IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATURAL RESOURCES DEFENSE )
COUNCIL, INC., and DELAWARE )
AUDUBON SOCIETY, )
                        )     Civil Action No.
      Plaintiffs, )       88-263-SLR
                        )
      v. )
                        )
TEXACO REFINING AND MARKETING, )
INC., )
                        )
      Defendant. )

<u>MOTION TO ENFORCE JUDGMENT</u>

By this motion, plaintiffs Natural Resources Defense Council, Inc. and

Delaware Audubon Society respectfully seek enforcement of the Court's prior

judgments dated September 1, 1998 and February 23, 2000.  Plaintiffs urge the

Court to rule that defendant Texaco Refining and Marketing, Inc. has failed to

comply with the requirements of the Court's prior orders by (1) misinterpreting

data generated by a Court-ordered study of contamination in the Delaware River

and (2) failing to carry out or complete essential elements of the Court-ordered

study.  Plaintiffs suggest that the Court refer the matter in the first instance, for

scientific advice, to the Court-appointed expert who designed the study the Court

required defendant to conduct.

In support of their motion, plaintiffs submit an Opening Brief, two

declarations, a four-volume appendix, and a statement pursuant to Local Rule

7.1.1.

Dated:  July 18, 2005

Mitchell S. Bernard
Nancy S. Marks
Amelia Toledo
Natural Resources Defense Council
40 West 20th Street
New York, New York 10011
(212) 727-2700

C. Scott Reese (2036)
Cooch & Taylor
824 Market Street
Suite 1000
Wilmington, Delaware 19899
(302) 984-3811

Attorneys for Plaintiffs

2