IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>    Defendant. | Civil Action No.<br>88-263-SLR |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

I am counsel to plaintiffs Natural Resources Defense Council and Delaware Audubon Society, who are filing a motion to enforce the Court's prior orders dated September 1, 1998 and February 23, 2000. I have had detailed discussions with John W. Kampman, counsel for defendant, concerning the subject matter of plaintiffs' motion. The parties' negotiations to try to resolve or arbitrate the dispute underlying plaintiffs' motion have persisted for more than a year, and have included lengthy correspondence, telephone conversations, and an in-person meeting. The parties have a fundamental and irreconcilable difference concerning the interpretation of data generated during a four-year, Court-ordered study of defendant's contribution to toxic contamination of the Delaware River, as well as whether defendant faithfully carried out all elements of the study the Court directed it to conduct. Given the parties' sharply contrasting substantive views on the salient issues, and their inability, after

reasonable and extensive efforts, to agree on a procedure for arbitration, plaintiffs' motion is necessary.

Dated: July 14, 2005

*Mitchell S. Bernard*
Mitchell S. Bernard
Natural Resources Defense Council
40 West 20th Street
New York, New York 10011
(212) 727-2700

Attorney for Plaintiffs