IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY,<br><br>     Plaintiff,<br><br> v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>     Defendant. | Civil Action No. 88-263-SLR |

## **ORDER**

AND NOW, to-wit, the Court having heard and considered the foregoing plaintiff's Motion to Enforce Judgment;

IT IS HEREBY ORDERED that plaintiff's Motion is GRANTED/DENIED.

SO ORDERED this _____ day of _____, 2005.

                     _____
                     CHIEF JUDGE SUE L. ROBINSON