Certificate of Service

I hereby certify that on July 18, 2005, I electronically filed Plaintiffs' Motion to Enforce Judgment, Opening Brief in Support of Motion to Enforce Judgment, Declarations of Mitchell S. Bernard and Robert J. Livingston in Support of Plaintiffs' Motion to Enforce Judgment, Appendices I-IV, and Plaintiffs' Rule 7.1.1 Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Richard D. Allen
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, Delaware 19899
rallen@mnat.com

I hereby certified that on July 18, 2005, I have caused the documents to be mailed by United States Postal Service, to the following non-registered participant:

John F. Kampman, Esq.
Wallace King Domike & Branson
1050 Thomas Jefferson St. NW
Washington, D.C. 20007

_s/_____
C. Scott Reese
Cooch and Taylor
824 Market Street
Suite 1000
Wilmington, Delaware 19899
(302) 652-3641
creese@ctlaw.org