IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 88-263-SLR |
| v. | ) ) | |
| TEXACO REFINING AND MARKETING, INC., | ) ) ) | |
| Defendant. | ) ) | |

Appendix to Plaintiffs' Motion to Enforce Judgment

<u>VOLUME I</u>

Mitchell S. Bernard
Nancy S. Marks
Amelia Toledo
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
New York, New York 10011
(212) 727-2700

C. Scott Reese (2036)
COOCH & TAYLOR
824 Market Street
Suite 1000
Wilmington, Delaware 19899
(302) 984-3811

Attorneys for Plaintiffs

July 18, 2005

## TABLE OF CONTENTS

### VOLUME I

Page

Lenwood W. Hall Jr. & Dennis T. Burton, Final Report: A Baseline    A00001
Study for Assessing the Potential Aquatic Ecological Effects from
Motiva Enterprises LLC Delaware City Refinery Effluent Using the
Sediment Triad Approach, December 2003



**December 2003**
**Final Report**



# A Baseline Study for Assessing the Potential Aquatic Ecological Effects from Motiva Enterprises LLC Delaware City Refinery Effluent Using the Sediment Triad Approach

## Lenwood W. Hall, Jr.
## and
## Dennis T. Burton



### University of Maryland System
### Agricultural Experiment Station
### Wye Research and Education Center
### P. O. Box 169
### Queenstown, Maryland 21658

A00001

December 2003
Final Report

A Baseline Study for Assessing the Potential Aquatic Ecological Effects from Motiva Enterprises
LLC Delaware City Refinery Effluent Using the Sediment Triad Approach

Lenwood W. Hall, Jr.
and
Dennis T. Burton

University of Maryland System
Agricultural Experiment Station
Wye Research and Education Center
P. O. Box 169
Queenstown, Maryland 21658

AC0001a

This page was intentionally left blank.

A 00002

# EXECUTIVE SUMMARY

Motiva Enterprises LLC (Motiva) owns and operates a large oil refinery on the Delaware River in Delaware City, Delaware. In 1988 the Natural Resources Defense Council (NRDC) and the Delaware Audubon Society (DAS) filed an action under the Clean Water Act, alleging since 1983 that there had been on going violations of NPDES permit limits by the Refinery now owned by Motiva. The Court found that numerous permit violations had occurred between 1983 and 1991 and that the Refinery had failed to make any attempt to determine the impact of permit violations by conducting monitoring studies. A monitoring plan was then developed by the Refinery in 1993 but was considered to be inadequate by the plaintiffs. NRDC and DAS then filed a motion asking the Court to direct Motiva to develop a monitoring plan that would determine the impact of noncomplying discharges and to determine the impact, if any, of past noncomplying discharges. Unsuccessful settlement discussions between NRDC/DAS and Motiva caused the Court to retain an expert (Dr. Jay C. Means) in 1997 to help resolve this dispute. Dr. Means produced a report outlining a plan to determine the impact of past and future noncomplying discharges. The Means' report implied that polynuclear aromatic hydrocarbons ( PAHs) present in Motiva's effluent were the major chemical constituents that could potentially impact aquatic resources in the Delaware River during exceedences of permitted discharges. The study described in this report is a result of the various studies recommended by Dr. Means and ordered by the Court.

The specific objectives of this four year study were to: (1) measure water column concentrations of PAHs and metals in Motiva's effluent and intake canals and selected Delaware River sites; (2) assess fate and transport issues associated with the Refinery effluent; (3) characterize sediment PAHs, total organic carbon (TOC) and grain size distributions in the discharge canal, near-

i

A 00003

field, mid-field and far-field areas of the Refinery in a reconnaissance study to aid in the selection of Triad sample sites (including reference areas); (4) conduct Triad sampling (chemical characterizations, sediment toxicity assessments and benthic community characterizations) at selected study sites during the spring and summer of 2001 and 2002; (5) perform fingerprinting of PAHs in Motiva's effluent to differentiate Motiva -type PAHs in Delaware River sediment and biota from other sources; (6) assess bioavailability of PAHs, PCBs and metals by conducting bivalve studies; (7) conduct long term coring to determine the impact of past non-complying discharges and (8) integrate and analyze all study components to determine if Motiva-related PAHs are impacting aquatic biota in the Delaware River.

The final conclusion based on the results from all study components indicated that the Delaware River study area in the vicinity of the Motiva Refinery displayed some degree of sediment contamination, chronic sediment toxicity and benthic health impacts. However, these environmental effects did not appear to be related to Motiva exceedences. Rather, the magnitude of these effects was not particularly surprising for an urbanized/industrialized estuary and, as is common with these ecosystems elsewhere, the sources appear to be diverse and diffuse. The remainder of this executive summary presents the specific results of the various studies described above.

Monthly water column monitoring of PAHs in Motiva outfalls (001 and 601), cooling water intake canal, discharge canal and selected Delaware River sites from 1999 to 2002 showed that PAHs were higher in the particulate phase when compared to the dissolved phase and mean PAH concentrations were higher at the 601 outfall (wastewater treatment plant) when compared to the 001 outfall or the cooling water intake canal. Mean PAH concentrations were similar for the 001 outfall and the cooling water intake canal. Mean total analyte concentrations at both the 001 outfall and

ii

A00004

cooling water intake canal were less variable than 601 outfall during the 1999-2002 time period. Monthly mean PAH concentrations were higher at a downstream water column river site in 1999-2000 when compared with near-field river sites (sites near the Refinery). In 2001-2002 water column concentrations of PAHs were higher at near-field river sites when compared with an upstream reference site. The upstream reference site showed less variability in PAH analytes over the four year period when compared with two near-field sites. Cluster analysis showed that PAHs from the 601 outfall and a downstream river site were different from several near-field water column sites, an upstream reference site and the cooling water intake canal. The repetitive and systematic sampling of outfalls 601 and 001 (approximately 30 times between 1999 and 2002) provided a defensible basis to determine the average and maximum PAH composition in the effluent streams over time to aid in the fingerprinting analysis described later in this section. The four year sampling at both the 001 and 601 outfall showed that the majority of PAH mass released from the Refinery consisted of petrogenic 4-ring PAHs.

Monthly water column concentrations for various trace metals were generally low, when compared to water quality criteria, at the 601 outfall, 001 outfall, the cooling water intake canal and various near-field and far-field Delaware River stations sampled from 2000 to 2002. Exceedences of U. S. EPA marine water quality criteria for nickel, copper and zinc were found occasionally at both outfalls and the cooling water intake canal during 2000. Marine water quality criteria were also occasionally exceeded at various Delaware River sites. Copper chronic criteria were exceeded at least once at both outfalls and the cooling water intake canal. Either acute or chronic marine water quality criteria for copper were exceeded at least once at the near-field river sites and the reference site in 2001-2002.

A 00005

Fate and transport studies specifically involving a dye-tracer study, development of a hydrodynamic plume and sediment transport model, a three phase study (estimate of dissolved, particulate and colloidal phases) and a sediment trap study were conducted to provide information on site selection for Triad sample sites and understand the fate and transport processes of PAHs from Motiva's effluent. The dye-tracer study, that mapped the Motiva effluent from four tidal phases and two depths, showed that the effluent plume was located on the Delaware side of the river with maximum coverage of approximately 3 miles upstream and 7 miles downstream depending on tidal cycle. The hydrodynamic plume model - adapted to delineate the transport of conservative dissolved constituents - was used in conjunction with the dye study to identify the spatial extent of Motiva's effluent. These data were then used to aid in the selection of 15 Triad sampling stations (including reference sites) in the Delaware River as discussed in detail below. A sediment transport model was developed to account for particle transport for hydrophobic compounds such as PAHs. This model showed that particulates leaving the discharge canal at settling velocities between 0.001 m/sec (high settling rate) and 0.0007 m/sec (median settling rate) accumulated along the west side of the Delaware River near the Refinery and in adjacent areas to the north and south. Particles with settling velocities of < 0.0007 m/sec were transported further from the Refinery, both longitudinally (one tidal cycle or less from the Refinery) and laterally (across the Delaware River from the Refinery in some cases).

The three-phase study was conducted to estimate the contribution of dissolved, particulate, and colloidal phase PAHs from selected water samples near the Refinery. For all stations combined, the distributions of total PAHs (naphthalenes through benzo[g,h,i]perylene) were 68% in the particulate phase, 22% in the dissolved phase and 10% in the colloidal phase. The colloidal phase,

iv

A00006

which generally contained 2 and 3 ring PAHs that decreased with increasing molecular weight, was not a primary source of PAHs in the Delaware River.

A sedimentation study (via sediment traps) was conducted in the near-field and mid-field receiving areas of Motiva's discharge with total PAHs collected and analyzed from traps. The sedimentation rates predicted from the traps grossly overestimated net sedimentation (18-22 cm/yr in the discharge canal to 96-192 cm/yr at the river stations) likely due to locally re-suspended material undergoing re-suspension/depositional cycling. PAH concentrations reported from the effluent canal traps and river stations were similar to concentrations reported in the mid-field study and Triad studies described below.

Total PAHs, total organic carbon, and grain size distributions were measured during the summer of 2000 at 53 sites in Motiva's discharge canal, near-field, mid-field and far-field areas to aid in the identification of sample sites for sediment Triad studies in 2001 and 2002. These data, in combination with the fate and transport data described above, were used to select 15 sample sites (including reference sites) covering approximately 12 nautical miles from the most upstream to the most downstream site. Five sites were located above the discharge canal, nine sites were below the discharge canal and one site was located in the discharge canal.

Results from the Triad studies (chemical characterization, sediment toxicity tests and benthic community characterizations) conducted at 15 sites during the spring and summer of 2001 and 2002 showed evidence for contaminant-induced degradation in 2001 at a site in the discharge canal and two downstream far-field sites. All three lines of evidence suggested impairment. Stressful conditions for benthic communities at the discharge canal site included elevated temperature and various pesticides (Dieldrin, 4,4'-DDD and 4,4'-DDT exceeded sediment quality thresholds).

v

A 00007

Stressful conditions at the two downstream sites that may be responsible for degraded benthic communities and sediment toxicity included Hg, Zn and pyrogenic PAHs. Two lines of evidence from the Triad analysis suggested impairment at a site approximately 1.5 miles downstream from Motiva's effluent canal (chemistry and toxicity), the most downstream site (chemistry and toxicity), and a site approximately 2 miles upstream from the Refinery (benthic communities and chemistry). Chemical stressors at the site approximately 1.5 miles downstream from the effluent canal potentially contributing to toxicity were various pesticides, polychlorinated biphenyls (PCBs), Hg, Zn, low molecular weight PAHs and high molecular weight PAHs. Chemical stressors measured at the most downstream site that may be related to toxicity were Hg, total PAHs, low molecular weight PAHs and high molecular weight PAHs. Possible stressors contributing to degraded benthic communities at the site approximately 2 miles upstream from the effluent canal were 4,4'-DDT and metals. For all other sites, only one line of evidence - a chemical measurement exceeding a sediment quality threshold (Effect Range Low - ERL) - was found without significant toxicity or benthic community impairment.

Motiva related PAHs were found at four sites in both the discharge canal and near-field as discussed in detail in the fingerprinting analysis presented below. Total PAHs, low molecular weight PAHs and high molecular weight PAHs were all below established sediment quality thresholds at the four discharge canal and/or nearfield sites in 2001. Two individual PAHs (fluorene and 2-methylnaphthalene) exceeded toxicity thresholds (ERL values) during either the spring or summer of 2001 at three of the discharge canal/near-field sites. However, exceedence of the fluorene and 2-methylnaphthalene ERL only occurred concurrently with toxicity and/or impaired benthic communities at the discharge canal site during the summer of 2001. These two low molecular

A00008

weight PAHs were associated with both urban background sources in the Delaware River as well as the Motiva effluent as described below in the fingerprinting section. The exact contribution of these two sources is difficult to quantify with a low level of uncertainty. Therefore, the Motiva effluent can not be completely eliminated as a potential stressor at the discharge canal site during the summer of 2001. Additional multivariate analysis as presented below was used to explore this issue in more detail.

A summary of Triad data for the 15 Delaware River sites sampled in 2002 showed only one site (located approximately one mile downstream of the effluent canal) where all three lines of evidence suggested impairment. Toxicity and benthic community impairment at this site may be related to PCBs and low molecular weight PAHs. Two lines of evidence - benthic community impairment and chemistry - suggested impairment at two upstream sites, the discharge canal site and five downstream sites. Total PAHs, low molecular weight PAHs and high molecular weight PAHs were potentially stressful conditions at three downstream sites. Pesticides exceeded sediment toxicity thresholds (ERLs) at two upstream sites, the discharge canal site and two downstream sites. Potential stressors at the discharge canal site and the most downstream site were PCBs. Metals were a potential stressor at one near-field site.

Two lines of evidence that suggested impairment in 2002 at one mid-field site upstream from the effluent canal and two mid-field sites downstream from the effluent canal were chemistry and toxicity. Both low molecular weight PAHs and high molecular weight PAHs were potential chemical stressors at all three sites. Dieldrin concentrations at one downstream mid-field site exceeded a sediment toxicity threshold. PCBs were a potential chemical stressor at two mid-field sites; concentrations at one mid-field site consistently exceeded Effect Range Median (ERM) values

A C0009

during both the spring and summer of 2001 and 2002. Metals were also a potential stressor at one downstream mid-field site. The only Triad parameter to suggest possible adverse ecological effects at the most upstream site and a mid-field site in 2002 was an exceedence of a chemical threshold. However, toxicity and benthic community impairment was not documented at these two sites.

As discussed in the fingerprinting section below, Motiva related PAHs are present at the discharge canal site and three near-field sites. Grouped categories of PAHs (total, low molecular weight and high molecular weight) are all below established sediment quality thresholds (ERLs) at these sites. However, the following individual PAHs exceeded ERL values concurrently with benthic community impairment at the following sites: acenaphthene, fluorene and phenanthrene at the effluent canal site during the spring of 2002 and fluorene at two near-field sites during the summer of 2002. The source of these three PAHs is a combination of both background signature from the Delaware River and the Motiva effluent as described in the fingerprinting analysis. The exact contribution of each source is difficult to quantify; therefore, the possible impact of Motiva's effluent can not be eliminated as a source for impairment at these three sites in 2002. This issue is resolved using multivariate analysis and a "weight of evidence" approach as described below.

Advanced chemical fingerprinting of PAHs was conducted during this study to determine if PAHs from Motiva's effluent are associated with biological effects in the Delaware River. This forensic approach is particularly critical for the Delaware River near the Motivia Refinery because PAHs in river sediments can arise from numerous sources (such as urban background, atmospheric deposition, etc.) other than the Motiva Refinery. More than one thousand samples were collected to evaluate the potential impact of the Refinery on the receiving water, sediment and biota of the Delaware River. The detailed PAH analyses showed that PAHs released from the Refinery between

A00010

1999 and 2002 were dominated by petrogenic 4-ring PAHs. Specifically, the Refinery signature exhibited relatively high levels of fluoranthenes/pyrenes with two (FP2) and three (FP3) alkyl groups and benz(a)anthracene/chrysenes with two (BC2), three (BC3) and four (BC4) alkyl groups. This PAH signature was the result of treatment processes conducted in the Motiva wastewater treatment plant and exhibited little variability over time relative to the background patterns in the Delaware River. Water and sediment samples identified a range of PAH characteristics associated with the Delaware River urban background signature. These characteristics included varying levels of 2- to 3-ring PAHs (likely from weathered automotive fuel, marine fuel or bilge tank discharges), pyrogenic 4- to 6-ring PAHs (from partially combusted organic material like soot), and perylene (diagenetic product of plant decomposition). The Motiva PAH signature was only evident at moderate to low levels in selected near-by sampling stations for sediment (one effluent canal site and four near-field sites), bivalves (four near-field sites) and effluent/near-field water (three near-field sites). Moderate levels of PAHs from the Refinery were observed in sediment from an additional site in the effluent channel. PAH concentrations in the river sediments consistently showed Delaware River urban background signature, and exhibited little to no contribution from the Refinery. The dated core study (described below) revealed location-specific changes in the relative amount of pyrogenic and diagenetic PAHs over time; however, none of the cores contained identifiable PAHs from the Refinery.

The Refinery wastewater treatment plant consistently removes a majority of the petroleum waste generated by the plant, especially the fraction containing 2- to 3-ring PAHs. Some petrogenic 4-ring PAH residuals experience a dilution of more than twenty-fold with water from the Delaware River before release to the effluent canal. Beyond the effluent canal, mixing occurs rapidly as

ix

A C0011

evidenced by the dominant presence of Delaware River urban background in the effluent canal and river sampling stations. The dynamic mixing with material in the river generally limits the areal extent of the Refinery signature to the effluent canal and near-field regions. Beyond these areas, the Delaware River urban background signatures consistently dominate the PAHs found in sediment, water and tissue samples measured in this study.

Bivalve bioavailability studies with resident clams (*Rangia cuneata*) were conducted at a total of nine Delaware River near-field and far-field (north and south) sites near the Refinery. Total PAHs, pesticides, PCBs and metals were measured in clam tissue during both the spring and fall of 2001 to determine if the analytes were bioavailable and tissue burdens were causing adverse effects on resident clams. Total PAHs in the tissues of clams collected from the near-field sites were significantly higher than in the clams located in the far-field stations in both spring and fall. However, the weight of evidence using tissue residue concentrations suggests no adverse effects due to accumulation of PAHs. Estimated clam density of animals in the field showed that *Rangia* were able to survive, grow and reproduce in areas where the animals have been exposed to PAHs and other chemical stressors. A temporal comparison of total PAHs in clam tissue from the near-field sites showed that concentrations were higher in the spring than the fall. Chemical fingerprinting of PAHs showed that clams from the near-field sites contained a mixed signature of Refinery and Delaware River background PAHs. Total PAHs in tissues of clams from the far-field sites were generally attributed to background sources and not the Refinery.

Both total pesticides and total PCBs were significantly higher in clam tissue during the spring than fall at all stations. In the spring, both total pesticides and total PCBs were higher at north far-field sites when compared with near-field or south far-field sites. Arsenic, cadmium, chromium,

x

A 00012

lead, tin and zinc concentrations in clam tissues were consistent across all stations in both spring and fall. In the spring, copper, mercury, nickel and selenium concentrations in clam tissues were consistent across all stations. Similarly, copper, mercury, nickel and selenium concentrations were consistent across all stations in the fall; however, the mean concentrations were slightly higher in the fall than in the spring.

Sediment cores collected at near-field, mid-field, and far-field sites of the Motiva Refinery were analyzed for PAHs. Selected cores were also analyzed for metals. This task was conducted to determine if PAH concentrations from previous non-complying Motiva discharges may be responsible for potential biological effects in the Delaware River. Two cores from approximately 50 samples collected from various near-field, mid-field and far-field sites were found to be acceptable for detailed analysis based on sediment type, surficial sediment, radionuclide activities and location to the Refinery. One site was located near the Refinery and the other site was approximately five miles downstream. Total PAH concentrations from all sections of the core collected at the near-field site were less than a conservative effects sediment threshold (ERL value) for total PAHs. The accumulation of total PAHs at this site from 1992 to 2000 was similar to concentrations measured from 1984 to 1992. Fingerprinting analysis of the near-field core demonstrated that the PAHs were primarily associated with background concentrations and not related to Motiva. Total PAHs from the far-field sediment core were also less than PAH ERL values and these PAHs were not related to the Refinery effluent. In general, the total PAH concentrations measured from the two Delaware River core sites were less than concentrations reported from other industrial areas in the United States.

Three peaks were reported for Ag, As, Hg, Zn, Cu, Ni, Sb and Se from the near-field core

A CC013

sample during 1995, 1990 and 1988. The highest concentrations of Zn, Se, Ni and Pb were reported in 1988 at this site. With the exception of Zn, there were no pronounced peaks for metals within the rapidly deposited layer of the far-field site. For both core sites, the source of metals (i.e., natural versus anthropogenic) was unknown.

A "weight of evidence" multivariate approach was used to integrate all components of the study to answer the following questions: (1) Are there sediment contaminant concentrations of potential ecological concern found anywhere in the Delaware River study area?; (2) Are historical or current (surficial layer) patterns of sediment contaminations (i.e., PAHs) inferentially related to Motiva's effluent?; (3) Are contaminant-associated biological impacts (i. e., sediment toxicity or benthic community impairment) indicated? and (4) Are biological effects correlated with sediment contamination related to Motiva's effluent? Nine of the 15 sample sites contained sediment contaminants that exceeded sediment quality guidelines. Low molecular weight PAHs, PCBs, and metals (primarily zinc) were the primary contaminants of concern. Total PAHs for two long term coring sites were less than conservative sediment effects thresholds (ERL values) and these PAHs were not related to the Refinery signature. Therefore, there is no evidence that historical exceedences of Motiva effluent contributed to historical contamination of sediments in the Delaware River. Results from multivariate analysis of PAH data in surficial sediment also showed that there is no evidence of geographic contaminant patterns related to Motiva exceedences. Chronic sediment toxicity was found in the study area at one mid-field and the three far-field (downstream) sites. Significant relationships were also found between chronic sediment toxicity and sediment contaminants. Chronic sediment toxicity appears to have a significant relationship to patterns of most PAH isomers, certain PCB isomers, and certain metals (Cu, Zn, As, Pb and Hg). However,

A 00014

sediment toxicity does not appear to be related to the PAH isomers associated with the Motiva effluent. Although impaired benthic communities were found, primarily at one near-field (effluent discharge canal site) and two far-field sites, this impairment is not due to exposure from PAHs associated with Motiva's effluent. Sites identified as potentially influenced by Motiva did not display elevated sediment contamination, toxicity or impaired benthic communities compared to reference sites. Various downstream far-field sites did show elevated indicators of sediment contamination and toxicity but not impaired benthic communities.

The data generated from this study will provide the background information needed to develop a long-term exceedence monitoring plan as required in Motiva's NPDES permit. The Triad approach with appropriate spatial and temporal modifications, regular PAH monitoring of Motiva's outfalls and continued fingerprinting analysis will be used to determine the nature and impact of any future non-complying discharges on aquatic life in the Delaware River.

xiii

A 00015

## ACKNOWLEDGEMENTS

We would like to thank Motiva Enterprises LLC for providing financial support for this study. We received full cooperation from Motiva and were provided completed freedom to inspect, analyze and interpret all data based on sound scientific principles and new perspectives in aquatic toxicology. We are particularly grateful to Mr. Hank Lloyd for providing all the necessary information and assistance needed to conduct this study. Drs. Phil Dorn and Ileana Rhodes are acknowledged for providing constructive comments on study design and review of data. We are also grateful to Dr. Skip Livingston for his helpful suggestions on the study design. The following staff of Wye Research and Education Center are acknowledged for their dedicated efforts in conducting this study: Ron Anderson, Bill Killen, Steve Turley and Michelle Osborn. We are grateful to the following subcontractors for their valuable contributions to the study: Battelle Duxbury for chemical analysis and PAH fingerprinting (Dr. Al Uhler, Mr. Steve Emsbo-Mattingly, Mrs. Julie Frederickson and Mrs. Bo Liu); Najarian Associates for overseeing the dye-tracer studies and development of a hydrodynamic plume and transport model (Dr. Joe DiLorenzo); Versar Inc. for sediment trap studies (Dr. Roberto Llanso); Old Dominion University for benthic community analysis (Dr. Dan Dauer, Dr. Mike Lane and Mr. Bud Rody); Applied Biomonitoring for bivalve studies (Drs. Mike and Sandra Salazar); Skidaway Institute of Oceanography for sediment core studies (Drs. Dick Lee and Clark Alexander) and Dr. Elgin Perry for statistical analysis of the effluent monitoring data. Special thanks are extended to Dr. Ray Alden for conducting the statistical analysis used in the final data integration and analysis section of this report.

A 00016

# TABLE OF CONTENTS

Executive Summary.................................................................................................i

Acknowledgements..............................................................................................xiv

1. Introduction......................................................................................................1-1
    1.1 References...................................................................................................1-4

2. Study Approach and Objectives.......................................................................2-1
    2.1 References...................................................................................................2-4

3. Chemical Analysis of Monthly Effluent, Intake and River Samples...............3-1
    3.1 Objectives...................................................................................................3-1
    3.2 Methods......................................................................................................3-1
    3.3 Results.......................................................................................................3-2
        3.3.1 Effluent and Intake Sites from March 1999 to November 2000..................3-2
        3.3.2 Delaware River Sites from August 1999 to November 2000......................3-5
        3.3.3 Data from Effluent and Intake Sites from January 2001 to August 2002.....3-6
        3.3.4 Data from Delaware River Sites from January 2001 to August 2002............3-7
        3.3.5 Similarity and Ranking of Hydrocarbon Analytes by Sample Sites.............3-9
        3.3.6 Metals Data from Effluent, Intake and Delaware River Sites.....................3-10
            3.3.6.1 Concentrations and Loadings from 2000.....................................3-10
            3.3.6.2 Concentrations and Loadings from 2001 to 2002........................3-11

4. Fate and Transport Studies..............................................................................4-1
    4.1 Dye Study..................................................................................................4-1
        4.1.1 Objectives...........................................................................................4-1
        4.1.2 Methods..............................................................................................4-1
            4.1.2.1 Tidal Monitoring Design.............................................................4-2
            4.1.2.2 Design of Dye-Tracer Experiments.............................................4-2
            4.1.2.3 Conductivity, Temperature and Depth Profiling Design...............4-4
            4.1.2.4 Side Scan Sonar Survey Design..................................................4-4
        4.1.3 Results and Discussion.......................................................................4-5
            4.1.3.1 Tidal Monitoring.......................................................................4-5
            4.1.3.2 Dye-Tracer Experiments............................................................4-6
            4.1.3.3 Conductivity, Temperature and Depth Profiling..........................4-8
            4.1.3.4 Side Scan Sonar Survey.............................................................4-9
    4.2 Hydrodynamic Study..................................................................................4-10
        4.2.1 Objectives...........................................................................................4-10
        4.2.2 Hydrodynamic Model Selection............................................................4-11
        4.2.3 Computational Mesh............................................................................4-12
        4.2.4 Hydrodynamic Model Inputs.................................................................4-13

A00017

# TABLE OF CONTENTS - CONTINUED.

4.2.4.1 Nodal Water Depths................................................................4-13
4.2.4.2 Boundary Tidal Forcing..........................................................4-13
4.2.4.3 Freshwater Inflows...............................................................4-14
4.2.5 Hydrodynamic Model Calibration Process.......................................4-14
4.2.6 Hydrodynamic Calibration Results................................................4-16
4.2.7 Transport Calibration and Dye-Survey Results................................4-17
4.3 Sediment Transport Study.................................................................4-18
4.3.1 Objectives.............................................................................4-18
4.3.2 Sediment Transport Model Selection and Formulation........................4-19
4.3.3 Sediment Transport Model Adaptation...........................................4-23
4.3.4 Sediment Transport Model Scenario Development.............................4-23
4.3.5 Fortnightly Tidal Transport Scenarios of Suspended Particles..............4-26
4.3.6 Additional Sensitivity Analyses...................................................4-30
4.3.7 Tidal Transport Scenario for Fine Sand Particles.............................4-30
4.4 Three Phase Study..........................................................................4-31
4.4.1 Objectives.............................................................................4-31
4.4.2 Methods...............................................................................4-32
4.4.3 Results and Discussion.............................................................4-34
4.5 Sediment Trap Study........................................................................4-37
4.5.1 Objectives.............................................................................4-37
4.5.2 Methods...............................................................................4-37
4.5.2.1 Sample Collection................................................................4-37
4.5.2.2 Laboratory Analyses............................................................4-39
4.5.2.3 Sedimentation Rate Calculations..............................................4-39
4.5.3 Results and Discussion.............................................................4-40
4.6 References....................................................................................4-43

5. Mid-Field Sampling for Triad Site Selection...........................................5-1
5.1 Objectives....................................................................................5-1
5.2 Methods.......................................................................................5-1
5.3 Results.........................................................................................5-2
5.4 References.....................................................................................5-5

6. Triad Sampling...............................................................................6-1
6.1 General Description..........................................................................6-1
6.2 Objective of Chemical Characterizations.................................................6-1
6.2.1 Methods................................................................................6-2
6.2.2 Results and Discussion.............................................................6-4
6.2.2.1 Spring 2001 PAH Data..........................................................6-4
6.2.2.2 Spring 2001 Pesticide and PCB Data.........................................6-6
6.2.2.3 Spring 2001 Metals Data........................................................6-7

A00018

## TABLE OF CONTENTS - CONTINUED.

6.2.2.4 Spring 2001 Grain Size Data..............................................6-8
6.2.2.5 Spring 2001 Porewater/Sediment Parameter Data.........................6-8
6.2.2.6 Summer 2001 PAH Data.......................................................6-9
6.2.2.7 Summer 2001 Pesticide and PCB Data.......................................6-10
6.2.2.8 Summer 2001 Metals Data....................................................6-11
6.2.2.9 Summer 2001 Grain Size Data..............................................6-12
6.2.2.10 Summer 2001 Porewater/Sediment Parameter Data.................6-12
6.2.2.11 Spring 2002 PAH Data......................................................6-13
6.2.2.12 Spring 2002 Pesticide and PCB Data....................................6-14
6.2.2.13 Spring 2002 Metals Data..................................................6-15
6.2.2.14 Spring 2002 Grain Size Data.............................................6-16
6.2.2.15 Spring 2002 Porewater/Sediment Parameter Data...................6-16
6.2.2.16 Summer 2002 PAH Data....................................................6-16
6.2.2.17 Summer 2002 Pesticide and PCB Data...................................6-18
6.2.2.18 Summer 2002 Metals Data................................................6-18
6.2.2.19 Summer 2002 Grain Size Data............................................6-19
6.2.2.20 Summer 2002 Porewater/Sediment Parameter Data.................6-19
6.2.2.21 Temporal and Spatial Patterns for Chemical Characterizations.6-20
        6.2.2.21.1 Total PAHs........................................................6-20
        6.2.2.21.2 Total Pesticides.................................................6-21
        6.2.2.21.3 Total PCBs........................................................6-21
        6.2.2.21.4 SEM/AVS...........................................................6-22
        6.2.2.21.5 Grain Size.........................................................6-23
        6.2.2.21.6 Porewater/Sediment Parameters.............................6-23
6.3 Objective of Sediment Toxicity Tests............................................6-24
    6.3.1 Methods......................................................................6-24
    6.3.2 Results......................................................................6-26
        6.3.2.1 Spring 2001 *Hyalella* Toxicity Data............................6-26
        6.3.2.2 Spring 2001 *Leptocheirus* Toxicity Data.......................6-26
        6.3.2.3 Summer 2001 *Hyalella* Toxicity Data...........................6-27
        6.3.2.4 Summer 2001 *Leptocheirus* Toxicity Data......................6-27
        6.3.2.5 Spring 2002 *Hyalella* Toxicity Data............................6-27
        6.3.2.6 Spring 2002 *Leptocheirus* Toxicity Data.......................6-28
        6.3.2.7 Summer 2002 *Hyalella* Toxicity Data...........................6-28
        6.3.2.8 Summer 2002 *Leptocheirus* Toxicity Data......................6-28
        6.3.2.9 Temporal and Spatial Patterns in Toxicity.....................6-28
6.4 Objective of Benthic Community Characterizations..........................6-29
    6.4.1 Methods......................................................................6-31
        6.4.1.1 Field Collections.....................................................6-31
        6.4.1.2 Laboratory Analysis.................................................6-32
        6.4.1.3 Data Analyses........................................................6-32

xvii

'A C0019

**TABLE OF CONENTS - CONTINUED.**

6.4.1.3.1 Cluster Analysis.................................................6-32
6.4.1.3.2 MANOVA.............................................................6-33
6.4.1.3.3 Descriptive Discriminant Analysis..............6-33
6.4.1.3.4 Community Parameters...............................6-34
6.4.1.3.5 MAIA Index of Biotic Integrity..................6-35
6.4.2 Results......................................................................6-37
6.4.2.1 Cluster Analysis...............................................6-37
6.4.2.2 Descriptive Discriminant Analysis..................6-37
6.4.2.2.1 Benthic Species.........................................6-38
6.4.2.2.2 Hydrographic and Sedimentary Parameters.................6-39
6.4.2.2.3 Contaminant, Hydrographic and Sedimentary Data......6-41
6.4.2.2.4 Site Group I................................................6-42
6.4.2.2.5 Site Group II...............................................6-43
6.4.2.2.6 Site Group III.............................................6-45
6.4.2.2.7 Site Group IV.............................................6-46
6.4.2.2.8 Site Group V.............................................6-47
6.4.3 Discussion................................................................6-48
6.4.3.1 Spatial Patterns................................................6-48
6.4.3.2 Community Parameters and Benthic Community Condition......6-49
6.4.4 Summary of Benthic Community Analysis.................6-52
6.4.4.1 Cluster Analysis...............................................6-52
6.4.4.2 Descriptive Discriminant Analyses..................6-52
6.4.4.3 Community Parameters.....................................6-54
6.5 Summary of Triad Data.....................................................6-55
6.5.1 2001 Triad Data........................................................6-55
6.5.2 2002 Triad Data........................................................6-56
6.6 References..........................................................................6-58

7. Advanced Chemical Fingerprinting of PAH.................................7-1
7.1 Introduction.......................................................................7-1
7.2 Background........................................................................7-2
7.2.1 General Chemistry of PAHs......................................7-2
7.2.2 Source Categories of PAHs in Urban Sediments........7-3
7.2.3 Sources of Background PAHs in Sediments................7-4
7.2.4 Overview of Advanced Chemical Fingerprinting.........7-5
7.2.5 Using ACF to Distinguish PAH Sources....................7-7
7.2.5.1 Typical Petrogenic PAH Source Signatures.....7-8
7.2.5.2 Typical Pyrogenic PAH Source Signatures.......7-9
7.2.5.3 Typical Urban Background PAH Signatures......7-10
7.2.5.4 Data Exploration and Classification Techniques........7-14
7.3 Methods of Chemical Analysis Used in this Investigation.........7-17

xviii

A00020

## TABLE OF CONTENTS - CONTINUED.

7.3.1 Sample Receipt and Storage.................................................................7-17
7.3.2 Sample Extraction and Extract Clean-Up...............................................7-18
7.3.3 Quality Control...................................................................................7-22
7.3.4 Instrumental Analysis of Total Extractable Hydrocarbons Fingerprints.....7-22
7.3.5 Instrumental Analysis of PAH.............................................................7-23
7.4 Results and Discussion...........................................................................7-24
7.4.1 Monthly Water Monitoring..................................................................7-25
7.4.2 Three-Phase Study.............................................................................7-30
7.4.3 Sediment Survey Study.......................................................................7-32
7.4.4 Triad Study.......................................................................................7-39
7.4.5 Sediment Trap Study..........................................................................7-43
7.4.6 Dated Core Study...............................................................................7-45
7.4.7 Bivalve Study....................................................................................7-47
7.4.8 Conclusions.......................................................................................7-50
7.5 References.............................................................................................7-51

8. Bivalve Bioavailability Studies...................................................................8-1
8.1 Preliminary Clam Depuration Study.........................................................8-1
8.1.1 Rationale for Preliminary Study............................................................8-1
8.1.2 Material and Methods..........................................................................8-2
8.1.3 Results and Discussion........................................................................8-4
8.2 Resident Clam Bioavailability Study.........................................................8-5
8.2.1 Objective...........................................................................................8-5
8.2.2 Materials and Methods........................................................................8-5
    8.2.2.1 Collection of Clams and Chemical Analyses.....................................8-5
    8.2.2.2 Data Analyses...............................................................................8-7
8.2.3 Results..............................................................................................8-8
    8.2.3.1 PAHs Tissue Concentrations...........................................................8-8
    8.2.3.2 Pesticide Tissue Concentrations.....................................................8-10
    8.2.3.3 PCB Tissue Concentrations...........................................................8-11
    8.2.3.4 Metal Tissue Concentrations.........................................................8-12
    8.2.3.5 Tissue Lipid and Moisture Concentrations......................................8-13
    8.2.3.6 Clam Density...............................................................................8-15
8.2.4 Discussion.........................................................................................8-15
    8.2.4.1 PAH Tissue Concentrations...........................................................8-16
    8.2.4.2 Chemical Fingerprints of PAHs.....................................................8-21
    8.2.4.3 Total Pesticides...........................................................................8-23
    8.2.4.4 PCBs..........................................................................................8-23
    8.2.4.5 Metals........................................................................................8-24
8.2.5 Conclusions.......................................................................................8-25
8.3 References.............................................................................................8-29

A 00021

## TABLE OF CONTENTS - CONTINUED.

9.  Sediment Core Studies
    9.1 Objective..................................................................................................9-1
    9.2 Introduction.............................................................................................9-1
    9.3 Materials and Methods.............................................................................9-2
        9.3.1 Preliminary Sampling and Sediment Analysis....................................9-2
        9.3.2 Coring Procedures........................................................................9-3
        9.3.3 Laboratory Analyses.....................................................................9-4
            9.3.3.1 Physical Characteristics.......................................................9-4
            9.3.3.2 Geochronology...................................................................9-4
            9.3.3.3 PAHs and Metals................................................................9-5
    9.4 Results and Discussion.............................................................................9-7
        9.4.1 X-radiographs and Grain Size.........................................................9-7
        9.4.2 Dating of Cores and Calculation of Accumulation Rates.......................9-8
        9.4.3 Detailed Observations of Cores.......................................................9-9
        9.4.4 PAHs in Cores at Stations DR50 and DR66.....................................9-11
        9.4.5 PAHs in Cores at Stations DR9A, DR24, DR52, DR59 and DR68...........9-14
        9.4.6 Chemical Fingerprinting of PAHs in Cores 50 and 66.........................9-15
        9.4.7 Metals in Cores at Stations DR50 and DR66....................................9-17
    9.5 References............................................................................................9-18

10.  Integration and Analysis of Study Components..............................................10-1
    10.1 Background and Objectives......................................................................10-1
    10.2 Assessment of Potential Ecological Significance of Sediment Contaminants........10-2
        10.2.1 Methods..................................................................................10-2
        10.2.2 Results and Discussion................................................................10-4
            10.2.2.1 Sediment PAHs...............................................................10-4
            10.2.2.2 Sediment PCBs and Pesticides..........................................10-5
            10.2.2.3 Sediment Metals.............................................................10-6
            10.2.2.4 Conclusions...................................................................10-7
    10.3 Assessment of Contaminant Patterns in Sediment Cores.............................10-8
        10.3.1 Methods..................................................................................10-8
        10.3.2 Results and Discussion................................................................10-8
        10.3.3 Conclusions.............................................................................10-9
    10.4 Assessment of Contaminant Patterns in Surficial Sediments.......................10-9
        10.4.1 Methods..................................................................................10-9
        10.4.2 Results and Discussion...............................................................10-12
            10.4.2.1 Geographic Patterns of Contaminants in the Study Area........10-12
                10.4.2.1.1 Polynuclear Aromatic Hydrocarbons.........................10-12
                10.4.2.1.2 Non-PAH Contaminants.........................................10-13
                10.4.2.1.3 Toxicity-normalized Contaminants (SCIs)..................10-13
            10.4.2.2 Contaminants Characterizing the *a priori* Groups of Sites.....10-14

A00022

## TABLE OF CONTENTS - CONTINUED.

10.4.2.2.1 Polynuclear Aromatic Hydrocarbons in Sediments.....10-14
10.4.2.2.2 Non-PAH Sediment Contaminants..........................10-15
10.4.2.2.3 Toxicity-normalized Contaminants (SCIs)...............10-15
10.4.3 Conclusions..................................................................10-16
10.5 Assessment of Surficial Sediment Toxicity Patterns...............................10-16
10.5.1 Methods.....................................................................10-16
10.5.2 Results and Discussion.................................................10-18
10.5.2.1 Toxicity of Sediments in the Study Area...................10-18
10.5.2.1.1 *Hyalella azteca*.....................................10-18
10.5.2.1.2 *Leptocheirus plumulosus*.........................10-18
10.5.2.1.3 Overall Sediment Toxicity.........................10-18
10.5.2.2 Relationship of Chronic Toxicity Endpoints to Sediment
Contaminants in the Study Area...............................10-19
10.5.2.2.1 Univariate Relationships Between Toxicity and
Contaminants........................................10-19
10.5.2.2.1.1 PAH Isomers..............................10-19
10.5.2.2.1.2 Toxicity Normalized Organics...............10-19
10.5.2.2.1.3 Toxicity Normalized Metals...................10-20
10.5.2.2.1.4 Overall SQC Indices....................10-21
10.5.2.2.2 Multivariate Relationships Between Toxicity and
Contaminants........................................10-21
10.5.2.2.2.1 PAH Isomers..............................10-21
10.5.2.2.2.2 Other Sediment Contaminants...................10-22
10.5.2.2.2.3 Toxicity Normalized Sediment
Contaminants................................10-22
10.5.3 Conclusions.................................................................10-23
10.6 Assessment of Impacts on Benthic Biological Communities................................10-23
10.6.1 Methods.....................................................................10-23
10.6.2 Results and Discussion.................................................10-24
10.6.2.1 Health of the Benthic Community in the Study Area...............10-24
10.6.2.2 Relationship of MAIA IBI to Sediment Contaminants............10-25
10.6.3 Conclusions.................................................................10-25
10.7 Assessment of Patterns of Biological Impacts Related to Contaminants...............10-25
10.7.1 Methods.....................................................................10-25
10.7.1.1 Site-Specific Triad Assessments...............................10-25
10.7.1.2 Multivariate Comparisons of Biological Effects to Contaminant
Patterns........................................................10-27
10.7.1.3 Relationships Between Toxicity Endpoints and Contaminants
Characteristic of *a priori* Site Groups.....................10-28
10.7.1.4 Sediment Quality Triad Characteristics of *a priori* Site Groups.10-28
10.7.2 Results and Discussion.................................................10-28

A 00023

## TABLE OF CONTENTS  - CONTINUED.

10.7.2.1 Site-Specific Triad Assessments............................................10-28

10.7.2.2 Multivariate Comparisons of Biological Effects to Contaminant
Patterns.......................................................................................10-29

10.7.2.2.1 Geographic Patterns of Toxicity and Contaminants...10-29

10.7.2.2.2 Geographic Patterns of Benthic Impacts and
Contaminants................................................................10-30

10.7.2.2.3 Relationships Between Chronic Sediment Toxicity,
Benthic Community Health and Contaminants for *a priori*
Site Groups...................................................................10-31

10.7.2.2.4 Relationships Between Toxicity Endpoints and
Contaminants Characteristic of *a priori* Site Groups................10-32

10.7.2.2.5 Sediment Quality Triad Characteristics of *a priori*
Site Groups...................................................................10-33

10.7.3 Conclusions............................................................................10-35

10.8 Summary and Conclusions.........................................................................10-35

10.9 References..................................................................................................10-39

Appendices (All appendices are contained in a separate document)

Appendix A - Court Order
Appendix B - Battelle Analytical Methods
Appendix C - Battelle Raw Chemistry Data (data included on compact disc)
Appendix D - Ocean Survey Inc., Dye Study Report
Appendix E - Najarian Hydrodynamic Report
Appendix F - Maryland Geological Survey Letter from Jeff Halka (2000) to D. Burton
Appendix G - Jerry Neff Report on the Role of Colloidal Material in the Fate of PAHs
Appendix H - Skip Livingston Settlement Memo (2/2/00) to L. Hall
Appendix I - Battelle QA Project Plan for Three Phase Separation and Analysis
Appendix J - Battelle Draft Three Phase Letter (12/21/01) from A. Uhler to L. Hall
Appendix K - Versar Sediment Trap Study Report
Appendix L - Salazar and Salazar Report
Appendix M - Skidaway Report

A00024

# SECTION 1

# INTRODUCTION

Motiva Enterprises LLC (formerly Star Enterprises Delaware City Refinery) owns and operates an oil refinery on the Delaware River in Delaware City, Delaware that was established in 1956. The Motiva Refinery is located approximately 61.7 miles upstream from the mouth of the Delaware estuary. The Motiva Refinery, one of the largest industrial sites on the eastern seaboard, is located on a 5,000 acre tract. The rated daily capacity of the Motiva Refinery is 140,000 barrels (5,880,000 gallons) of crude oil.

The Natural Resources Defense Council (NRDC) and the Delaware Audubon Society (DAS) filed an action in 1988 under the Clean Water Act, alleging that since 1983 there had been numerous violations of NPDES permit limits by the Motiva Refinery. Those violations were largely admitted by the Refinery, since they all had been reported on monthly Discharge Monitoring Reports submitted to the Delaware Department of Natural Resources and Environmental Control. The Court found that more than 400 permit violations (totaling more than 3000 "days of violations" under the Act) had occurred between 1983 and 1991. A trial was held to determine the appropriate remedy for those violations.

The trial in 1991 focused primarily on the Refinery's overall performance, including the causes of the violations, the corrective actions taken and the potential for environmental injury and other factors relevant to the penalty calculation. Based on the evidence, the Court imposed a penalty calculation. This resulted in a penalty of $500 per day for violations (versus the statutory maximum at that time of $25,000 per day). The Court also entered an injunction directing the Refinery to comply in the future with all provisions of its NPDES permit. Motiva (formerly Texaco) appealed

A00025

certain aspects of the Court's decision and the Court of Appeals reduced the overall penalty by roughly $100,000 and substantially narrowed the injunction.

One of the reasons why the plaintiffs (NRDC and DAS) recommended such a large penalty was because the Refinery had failed to make any attempt to determine the impact of the permit violations by conducting monitoring under the provision of the permit which specified:

> The permittee shall take all reasonable steps to minimize any adverse impact to the waters of the State or the United States resulting from noncompliance with this permit, including such accelerated or additional monitoring as necessary to determine the nature and impact of the noncomplying discharge.

While the Refinery on a few occasions had taken additional grab samples, the Court agreed that this permit provision for the most part had been ignored. Following the Court's decision, the plaintiffs took the position that the Refinery was obligated to develop a formal monitoring plan to be implemented in the event of future noncomplying discharges. Entrix, Inc. (Entrix) (1993) was retained to develop the plan for the Refinery.

After the Entrix plan was developed, the plaintiffs then asserted that the plan was inadequate and did not satisfy the requirements of the permit. They filed a motion asking the Court to direct the Refinery to develop an adequate monitoring plan, and also asked the Court to direct Motiva to determine the impact, if any, of past noncomplying discharges. In subsequent, unsuccessful settlement discussions, the plaintiffs agreed that it was not possible now to determine the impact of excess discharges prior to March 1993, but continued to argue that the Refinery could determine the impact of excess discharges since that period.

When the parties were unable to reach a settlement agreement, the court retained its own expert, Dr. Jay C. Means (Western Michigan University), to address these issues (Means, 1997).

A C0026

Means (1997) wrote a report in which he concluded that: (1) the Entrix plan was inadequate; (2) a scientifically defensible plan to determine the impact of future noncomplying discharges required five types of river studies, on the basis of which a response monitoring plan could then be developed and (3) it was possible now to determine the impact of past noncomplying discharges since March 9, 1993 (or at least certain noncomplying discharges). A two-day trial was then held on the issues raised. At the trial, Dr. Means defended his report, but did acknowledge that all of the details of his proposed studies needed to be developed and that his report was essentially an outline of the types of studies that should be conducted. The court ultimately directed the Refinery to implement the recommendations of Dr. Means set forth in his report.

Specifically, the Court ordered that the Refinery undertake the following studies:

1. A characterization of the chemical properties of the effluent stream from the Refinery [quantify polynuclear aromatic hydrocarbons (PAHs)].

2. A fate and transport study of the effluent in the receiving water, sediment and biota.

3. A study to determine how the material discharged may impact aquatic life in the Delaware River.

4. A study to establish the Refinery-associated PAHs in sediment on an adequate spatial scale outside the Refinery's discharge point.

5. Long core sampling to determine the impacts of noncomplying discharges from March 1993 to the present.

A court order settlement agreement between Motiva and NRDC/DAS (February, 2000; see Appendix A) further supported the five types of studies described above along with additional studies.

This final report, prepared by the University of Maryland's Wye Research and Education

A00027

Center (WREC), summarizes results from a four-year effort that incorporates the studies described above.  In advance of the four-year study initiated in January of 2001, a pilot study conducted by WREC during the summer of 1999 also provided useful information for Triad sampling (chemical characterizations, sediment toxicity data and benthic community assessments) and the development of this study design.

The Means 1997 report and court settlement agreement between Motiva and plaintiffs (February 2000; see Appendix A)  imply that PAHs present in Motiva's effluent are the major chemical components that could potentially impact aquatic resources in the Delaware River during exceedences of the permitted discharge (Means, 1997).  PAHs are ubiquitous in aquatic sediments (Strobel et al., 1995).  These compounds are widespread because of the large number and variety of PAH  sources including oil spills, natural oil seeps, forest fires, automobile exhaust, domestic heating, power plants and other industrial combustion processes including point source discharges. PAH contamination generally correlates with the degree of urbanization or industrialization; therefore, these compounds are often considered to be indicators of anthropogenic activity.  PAHs have been reported in sediment at various locations in the Delaware River [Michelle Harmon, personal communication, National Oceanic and Atmospheric Administration (NOAA) Status and Trends Program].  In addition, other contaminants that may be unrelated to refinery operation, such as elevated concentrations of polychlorinated biphenyls (PCBs), have also been reported in fish and shellfish in the Delaware River (U.S. EPA, 1998).

**1.1 References**

Entrix.  1993.  NPDES permit exceedance response plan Star Enterprises Delaware City Refinery.

'A00028

July 15, 1993. Entrix, Inc., Wilmington, DE.

Means, J. C.  1997.  Report to the United States District Court of Delaware for Judge Joesph Longobardi in the matter of: Natural Resources Defense Council and Delaware Aububon Society vs. Texaco Refining and Marketing Inc., Dover, DE.

Strobel, C. J., H. W. Buffum, S. J. Benyi, E. A. Petroccelli, D. R. Reifsteck and D. J. Deith. 1995. Statistical summary: EMAP estuaries Virginian Province - 1990 - 1993. EPA/620/R-94/026. U. S. Environmental Protection Agency, National Health and Environmental Effects Research Laboratory, Narragansett, RI.

U.S.EPA. 1998.  Condition of the Mid-Atlantic estuaries. EPA 600-R-98-147. U. S. Environmental Protection Agency, National Health and Environmental Effects Research Laboratory, Narragansett, RI.

AC0029