The computational mesh for the Refinery study is illustrated in Figure 4.10. The mesh extends from the head-of-tide at Trenton (RM 133.3) to the Cape May-Cape Henlopen transect RM 0.0 and approximately 17 miles seaward to an instrument mooring arc. The mesh contains a total of 3,548 computational nodes and 1,108 computational cells (elements). The finest element spacing is provided near the mouth of the Refinery's discharge canal, where nodal midpoint separations range from approximately 40 to 100 ft.

### 4.2.4 Hydrodynamic Model Inputs

#### 4.2.4.1 Nodal Water Depths

Nodal water depths were obtained from the following three sources: (1) NOAA navigation charts for the Delaware Estuary; (2) bathymetric survey data collected by Vandemark Lynch, Inc. in the near-field region and (3) bathymetric survey data collected by the U.S. Army Corps of Engineers within a few miles of the Refinery (Najarian Associates, 2002). The various data sets were referenced to a common vertical datum and checked for consistency.

#### 4.2.4.2 Boundary Tidal Forcing

Delaware Estuary tides are driven by external boundary conditions, i.e., sea level fluctuations at the ocean entrance. The seaward boundary used in the model consisted of a former instrument-mooring arc located approximately 17 miles offshore from the entrance to Delaware Bay. Currents and salinity data sampled along an arc during an observational study by Garvine (1991) were used. Tidal elevations boundary conditions were prescribed along each mooring arc node based on available NOAA predictions of hourly tidal elevations near arc endpoints at the northern and southern end of the arc as described in Najarian Associates (2002). Tidal elevations were prescribed at the other five arc nodes based on estimated amplitude and phase adjustments. A phase adjustment

A00103

of approximately one-half hour (or less) was applied to other arch nodes based on their relative distance from the nearest endpoint. Tidal elevations were also prescribed at the open boundary located at the western end of the C&D Canal (in the Upper Chesapeake Bay) at Town Point, Maryland, using a phase adjustment between Town Point and Baltimore as described in Najarian Associates (2002).

### 4.2.4.3 Freshwater Inflows

In addition to boundary data, RMA-10 requires an input of freshwater inflow data specified in terms of (1) flow across a line forming a boundary of the estuary or (2) flow into a grid element forming part of a boundary. Flows were based on observed daily flows at available USGS gauging stations located within the tributary drainage areas of the Delaware River watershed . Daily flows for each of 24 tributary drainage basins, which are summarized in Table 4.1, were based on (1) the measured flows at 15 corresponding basin gauging stations and (2) prorations of those flows by multiplying the ratio of the total tributary drainage area to the gauged drainage area. For those tributary drainage basins without gauging stations, ratios from adjacent tributary basins were applied (Table 4.2).

The two predominant inflows to the Estuary are contributed by the Delaware River (input at the head-of-tide at Trenton, New Jersey) and the Schuylkill River Input at the Fairmont Dam (about nine miles upstream from the confluence with the Estuary). These inflows were specified in terms of flow across a specified boundary line as shown in Table 4.2. Other tributary inflows were specified as flows into particular finite elements. The aggregation of 24 tributary inflows to nine inputs (to elements or boundary lines) is also shown in Table 4.2.

### 4.2.5 Hydrodynamic Model Calibration Process

AC0104

Model calibration is the process whereby certain model input parameters are adjusted repeatedly until the model reproduces an observed set of data. The original Delaware Estuary Program RMA-10 model was previously calibrated with observed Delaware Estuary tide and salinity data (DiLorenzo et al., 1992). In the present study, this calibration was refined using additional tidal elevation and current data collected near the Refinery. In addition, the model's hydrodynamic transport component was calibrated by conducting the dye-tracer study of the Refinery's discharge plume described in Section 4.1. The period selected for model calibration extended over the field-sampling interval from May 19-24, 2000 (Section 4.1). Using various model input parameters, the model was exercised repeatedly during this interval to simulate the tidal elevation response throughout the model domain, and the tidal current response near the Refinery.

As described above, the RMA-10 model was forced with a set of time-varying boundary conditions. Also, a set of *fixed* model-input parameters was selected with a time step of 15 minutes and a run time of one fortnight (about 15 days). In addition, a set of *adjustable* hydrodynamic parameters was selected following an approach adopted by Walters (1992). The tuning parameters were assumed to be spatially uniform within a limited number of zones (four) of varying morphology that included (1) an ocean entrance/lower Bay zone extending approximately 39 miles landward from the mooring arc boundary to the lower Delaware Bay at RM 22; (2) a narrowing upper Bay zone extending from RM 22 to RM 57; (3) a meandering "triple-bend" zone of the Estuary extending from RM 57 to RM 65 and (4) an upper Estuary zone extending from RM 65 to the head-of-tide at RM 134.5.

Initially, the current RMA-10 model was exercised using tuning values selected from the previous USEPA/DRBC-sponsored Delaware Estuary Program study (DiLorenzo et al., 1992).

A 00105

Resulting simulated tidal elevations were then compared to observed tidal data at four interior stations. Also, simulated tidal currents near the Refinery were compared to the observed currents (Figure 5-4 in Appendix E). This procedure was repeated until model results compared favorable with the observed data. The input parameters that resulted in the best fit were then selected as the RMA-10 calibration parameters. The final calibration values for the model's adjustable hydrodynamic parameters are given in Table 4.3.

### 4.2.6 Hydrodynamic Calibration Results

A comparison of simulated vs. observed tidal elevation responses at four interior monitoring sites is shown in Figure 4.11 for (1) Lewes (RM 1); (2) Reedy Island (RM 54); (3) Refinery (RM 61), and (4) Philadelphia (RM 99). The tidal data at Lewes, Reedy Island, and Philadelphia were obtained from NOAA; data near the Refinery were collected by OSI (Appendix D). Overall, the model tracks the observed tidal-elevation variations, both in terms of amplitude and phasing (Figure 4.11). The model reproduced salient features of the tidal response, including the observed diurnal inequality in the tidal range and the spring-neap variation over the selected fortnight (i.e., the calibration interval). The model underestimated peak elevations in the Philadelphia region, well above the Refinery. However, the average discrepancies between observed and simulated elevation values were relatively small. The computed standard errors in elevation for all data points at each site ranged from 5.4 to 9.1% of the mean daily tidal range (Table 4.4). The correlation between simulated and observed elevations was high, ranging from 0.95 to 0.99.

The calibrated model also provided fair comparisons with observed tidal current data. Figure 4.11 (lower panel) displays simulated vs. observed longitudinal current speeds near the Refinery (ADCP; Figures 4.1-4.8). The model reproduced the overall timing of the current response, but

A00106

under-predicted peak current speeds. However, the average discrepancies between observed and simulated current speeds were relatively small. As shown in Table 4.4, the computed standard errors in current speed for all 387 data points is less than 10% of the mean daily current range. Likewise, the correlation between simulated and observed currents was high (~ 0.92).

### 4.2.7 Transport Calibration and Dye-Survey Results

The hydrodynamic transport component of RMA-10 was calibrated with dye-tracer data collected during the May 22, 2000 field survey (Section 4.1). For this simulation, the prescribed dye loading time series was computed from the measured, instantaneous dye concentration in the Refinery's effluent and discharge rate. With this input, the adapted model was exercised for a spin-up period, the period of dye-injection and the subsequent May 22, 2000 dye survey.

The resulting simulated dye plume was plotted and compared with corresponding transect data collected at four different phase intervals of the tide during the May 22, 2000 dye mappings. Figures 4.12 through 4.15 compare *observed* dye distribution maps (top left panel in each figure) collected at the four tidal phases and corresponding *simulated* distributions (three remaining panels in each figure). It should be noted that the observed dye-tracer distributions in these figures are not truly synoptic "snap-shots" (note the indicated sampling times for each transect). Each distribution was sampled over an extended mapping interval (3.7 h for the max-ebb mapping, 1.9 h for the low-slack mapping, 1.8 h for the max-ebb mapping and 2.1 h for the high-slack mapping). As a result, the observed dye-distribution maps represent a composite distribution as the current speeds change during these intervals.

Generally, the model reproduced salient features of the observed (composite) dye-tracer distributions for each tidal phase, including (1) elevated near-field concentrations that decreased

A00107

rapidly away from the Refinery; (2) the observed *longitudinal extend* of the plume and (3) the shore-hugging nature of the plume. Note that reproduction of these features is important since a goal of this study was to delineate the extent of the plume's influence. The model did not reproduce fine-scale features of the plume, including the detailed lateral distribution and the exact location of the 200:1 dilution contour. However, this was expected due to the non-synoptic nature of the observed dye maps and the semi-empirical nature of the model formulation for turbulent transport and mixing. For example, the observed dye distribution for the max-ebb survey (Figure 4.12, top left panel) extends from 06:57-10:41, encompassing the time of max-ebb tide (about 08:00) and beyond. Both the observed and simulated distributions indicated a shore-hugging plume that extends longitudinally several miles below the C & D Canal, but with lateral discrepancies.

The dye mapping for the low-slack interval (Figure 4.13, upper left panel) actually occurred during the beginning-to-middle stages of the flooding tide. Consequently, the simulated plumes were largely confined to the region above the C & D Canal. During maximum-flood tide (Figure 4.14), both the model and the dye data indicated that the plume extends about 4 miles upstream along the west shore of the Estuary. At high slack (Figure 4.15), both the observed and simulated plumes broaden somewhat, but had approximately the same longitudinal extend upstream. Accordingly, the model provided a reasonable tool for simulating longitudinal transport processes - a key issue for this study.

### 4.3 Sediment Transport Study

#### 4.3.1 Objectives

The hydrodynamic model discussed in Section 4.2 was developed to simulate the transport of conservative water quality constituents (e.g., salinity, materials in solution, etc.). However, many

4-18

A00108

hydrophobic organic compounds such as PAHs have a strong affinity to sorb onto particulate matter (e.g., particulate organic carbon). Thus, many of the chemicals that are discharged from the Refinery bind rapidly to carbon-rich particulates present in the Refinery's waste stream and the local receiving waters. While many of the coarser particles that are discharged settle out rapidly, fine particles may be transported greater distances by physical transport processes. Thus, a sediment transport model of the study area was developed to account for particle transport.

### 4.3.2 Sediment Transport Model Selection and Formulation

To simulate particle transport, Najarian Associates selected SED2D, a companion two-dimensional, finite-element sediment transport model from the RMA suite. SED2D is linked with RMA-10 inasmuch as SED2D inputs RMA-10's output of tidal elevations and vertically averaged currents (x and y components) at each grid nodal point (Letter et al., 1998). SED2D uses the same model grid and solves the time-varying constituent transport equation for suspended sediments. This equation accounts for time variations in suspended sediment concentration due to (1) physical transport processes such as tidal advection and turbulent diffusion and (2) internal and external source/sink mechanisms such as deposition, bed erosion and external loadings. SED2D also accounts for changes in bed elevation due to simulated differences in the rates of erosion and deposition.

SED2D treats both cohesive (e.g., clays) and non-cohesive sediments (e.g., sands). The model computes erosion and deposition continuously and independently. The basic mathematical form of the bed source/sink term in the transport equation is assumed to be the same for both sands and clays:

4-19

A.00109

$$S = -\alpha_1 C + \alpha_2$$

where C is the suspended sediment concentration.

For sand transport, the positive constant $\alpha_1$ is proportional to the settling velocity, $V_s$, and inversely proportional to the water depth, D (due to the model's depth-integrated formulation). Hence the first part of the source/sink term (i.e., $-\alpha_1 C$) acts as a bed sink term that accounts for particle settling. However, the entire source/sink term (i.e., $-\alpha_1 C + \alpha_2$) acts as either a bed source or sink term depending on the transport potential of the flow and suspended sediment concentrations.

To evaluate the constant $\alpha_2$, SED2D models particle mobility in accordance with the regression relations of Ackers and White (1973). Simulated bed sediments remain immobile only as long as energy forces in the flow field remain less than the critical shear stress threshold for erosion. When critical shear stresses are exceeded, SED2D calculates a sediment transport rate in *concentration* units (i.e., mass flux per unit mass flow rate). The resulting concentration $C_{eq}$, multiplied by $-\alpha_1$, comprises the parameter $\alpha_2$.

$$\alpha_2 = -\alpha_1 C_{eq}$$

Combining the previous two equations, one obtains:

$$S = -\alpha_1 (C - C_{eq})$$

Hence the parameter $\alpha_2$ allows the bed to become a source of suspended sediments when bed shear stresses are high and water column concentrations are low (i.e., when $C < C_{eq}$).

Conversely, when bed shears are relatively low and/or suspended sediment concentrations

A C0110

are relatively high (i.e., $C > C_{eq}$), the relative contribution of $\alpha_2$ decreases (or vanishes) and the entire term becomes a bed sink, thereby reducing water column concentrations. Hence $C_{eq}$ represents a so-called "equilibrium concentration" for sand.

For clay transport, deposition rates are also proportional to the settling velocity and are calculated as follows:

$$S = \frac{-2V_s}{D} C\left(1 - \frac{\tau}{\tau_d}\right) \quad \text{for } C < 300 \text{ mg/L}$$

and

$$S = \frac{-2V_s}{D} C^{\frac{5}{3}}\left(1 - \frac{\tau}{\tau_d}\right) \quad \text{for } C > 300 \text{ mg/L}$$

where:

D is the water depth;
$\tau$ is the bed shear stress and
$\tau_d$ is the critical shear stress for particle erosion.

Clay bed erosion creates are computed from a simplification of Partheniades (1962):

$$S = \frac{P}{D}\left(\frac{\tau}{\tau_e} - 1\right)$$

where:

P is an erosion rate constant and
$\tau e$ is the critical shear stress for particle erosion.

Cohesive sediments in transport remain in suspension as long as the bed shear stress

4-21

A 00111

exceeds the critical value for deposition. When the bed stress is sufficiently high to cause mass failure of the bed layer, the erosion source term becomes:

$$S = \frac{T_L \rho_L}{D \Delta t} \text{ for } \tau > \tau_s$$

where:

$T_L$ is the thickness of the failed layer;
$\rho_L$ is the density of the failed layer;
$\Delta t$ is the time interval over which failure occurs and
$\tau_s$ is the bulk shear strength of the layer.

A separate bed model computes temporal changes in the elevation, composition and character of the bed using a Crank-Nicholson weighting of the time-step contributions. The model assumes that sand beds consist of sediment reservoir of finite thickness, below which is a non-erodible surface. The bed model converts the mass rate of exchange with the bed to a volume metric rate of change via the bed porosity parameter.

Simulated clay beds consist of a sequence of layers, each having its own characteristics: thickness, density, age, bulk shear strength and type. A layer "type" specifies a second set of characteristics:

- critical shear stress for erosion,
- erosion rate constant,
- initial and one-year densities,
- initial and one-year bulk shear strengths,
- consolidation coefficient and
- sand or clay

Newly deposited clays form layers up to a specified thickness, and then increase in density and strength with increasing overburden pressure and age. SED2D increases the layer type value by

4-22

AG0112

one for each additional layer deposited above it.

### 4.3.3 Sediment Transport Model Adaptation

A separate simulation is required for each representative grain size since SED2D considers a single, effective grain size for each model run.  In the present study, site-specific measurements of sediment grain size and fall velocity were obtained for sediments taken from DR22, DR25, DR26, DR30, DR 63 and DR65 (Figure 4.16) and analyzed by the Maryland Geological Survey (Appendix F).  In addition, model sensitivity analyses were conducted for critical shear stresses for erosion, deposition constants and erosion rate constants because representative values for these parameters are uncertain.  In addition, initial suspended sediment concentrations within the receiving waters, initial bed thickness and external sediment sources (mass loadings) to the model domain were prescribed.  Wind-wave effects on currents and bottom shears were not considered due to the narrowness of the local Delaware Estuary and its limited fetch.

### 4.3.4 Sediment Transport Model Scenario Development

As a first step, the Refinery's effluent was examined for total suspended solids (TSS).  Total PAHs partitioned in the dissolved and particulate phases of the Refinery effluent and the receiving waters were also examined.  The mean TSS concentration for the Refinery's effluent (i.e., NPDES outfall 001) over a 4-day period in July 2001 was 31 mg/L; the range was 23 to 58 mg/L (n=12) (Hank Lloyd, personal communication, Motiva Enterprises LLC).  Total PAHs partitioned in the dissolved and particulate phases for the Refinery's cooling water intake, effluent (outfall 001), and four stations in the Delaware River (DR2, DR6, DR7 and DR10) were determined monthly in subsurface water column samples collected by the University of Maryland from September to December 1999 (Figure 4.17).  Approximately 1L of each sample was filtered (0.45 cellulose filter)

4-23

AC0113

and extracted for PAH analyses by Battelle SOP 5-200 *Water Extraction for Trace Level Semi-volatile Organic Contaminant Analysis* (Battelle, 2001; Appendix B). A separate 1L sample was spiked with surrogate compounds and extracted for determination of total (particulate + dissolved) PAH concentrations. The concentration of particulate PAH was determined by the method of difference where,

[Particulate PAH in ng/L] = [Total PAH in ng/L] - [Dissolved PAH in ng/L].

The PAHs in the Western States Petroleum Association list for parent and isomer-specific 2 through 6 ring compounds (Appendix B) were determined by Battelle using gas chromatography/mass spectrometry techniques following Battelle SOP 5-157, *Identification and Quantification of Polynuclear Aromatic Hydrocarbons by Gas Chromatography/Mass Spectrometry.*

Total PAHs occurred predominately in the particulate phase (Table 4.5). The fraction of total PAHs in the particulate phase from September to December 1999 ranged from a low of 61.2% to a high of 98.7% in the influent; 77.8 to 98.8% in the effluent; 86.0 to 98.1% at DR2; 64.5 to 84.0% at DR6; 76.9 to 98.4% at DR7; and 68.4 to 97.8% at DR10. The raw data are presented in Appendix C.

As a first approximation in the sediment transport model, the large percentage of PAHs in the particulate phase were simulated as a mass loading of sorbed particles discharged from the Refinery. Hence, the main model scenario was designed to simulate the tidal transport of such particles after they exited the Refinery's discharge canal. The scenario was not designed to simulate the transport of other sediments within the receiving waters, including particles contaminated by other pollutant sources. Only particles associated with the Refinery waste stream were considered.

To implement the scenario, the following initial conditions were prescribed. First, initial

4-24

A00114

suspended sediment concentrations were set to zero everywhere within the adjacent receiving waters. The initial bed thickness was also set to zero. In addition, a steady mass loading of particles from the Refinery's discharge canal was introduced into the model domain. Next, a series of model runs were conducted to simulate the subsequent tidal transport of the discharged particles over several complete lunar cycles (about 118 days or more than 8 fortnights). Note that during the simulation period, sediments exiting the Refinery's discharge canal may be deposited and re-suspended many times, forming a migration pattern within the receiving waters. Due to the prescribed initial conditions (zero suspended sediment concentration and zero bed thickness), whatever sediment subsequently accumulated in the model domain during the simulation interval may be traced to the Refinery's discharges. Thus, the model provided a means for tracking Refinery-contaminated sediments that are subsequently transported up and down the Estuary by semi-diurnal and fortnightly varying tides.

The purpose of the model scenario was to simulate probable deposition sites for particles of varying size that exit the discharge canal under typical, repeating tidal conditions. Such sites may then be screened for sediment contamination impacts (e.g., "hot spot" concentrations) using available data or application of the Triad approach.

As noted above, the model scenarios were not intended to address all possible ambient and discharge conditions. For example, PAHs are contributed from other sources and are transported throughout the receiving waters by tides and storm events. Simulation of these processes is extremely complicated and beyond the scope of the present analysis. Also, a relatively small fraction of PAHs are discharged from the Refinery in the dissolved phase rather than the simulated particulate phase. However, these dissolved compounds likely adsorb onto the vast repository of sediment

A00115

particles within the near-field, i.e., the turbid Transition Zone of the Delaware Estuary (Section 4 in Appendix E). Once sorbed, their transport should not be markedly different from the simulated particles exiting the discharge canal in the model scenarios.

### 4.3.5 Fortnightly Tidal Transport Scenarios of Suspended Particles

To implement the sediment transport scenarios discussed above, the hydrodynamic model (RMA-10) was initially exercised over eight complete fortnights (~118 days) using the calibration parameters shown in Table 4.6 and the following time series as inputs:

- Ocean Boundary: 90% of the tidal elevations created from 37 tidal constituents obtained from NOAA for Atlantic City, New Jersey,
- Delaware River at Trenton Falls (upper boundary): Average discharge (11,700 cfs) measured by USGS from 1913 to 1999, and
- Tributary Inflows: Prorated flow from average Delaware River discharge (11,700 cfs) based on drainage area ratios (Table 4.2).

The resulting distribution of simulated time-and-depth-averaged current speeds showed that relatively large average current speeds were simulated in the areas of the main navigation channels, while weak circulation patterns were simulated in shallow near shore regions and coves (Figure 4.18) Areas of weak circulation include: (1) the relatively shallow Hamburg Cove area located immediately north of the Refinery on the Estuary's western shoreline; (2) the Goose Island Flats located on the Estuary's eastern shoreline opposite Pea Patch Island; (3) the Salem Cove area located on the Estuary's eastern shoreline opposite the C & D Canal entrance and (4) the Reedy Island Bar area located on the Estuary's western side below the C & D Canal. Accumulation of sediments is likely to occur in such regions. Moreover, transported chemicals such as PAHs are likely to accumulate in such regions, especially where organic carbon is available.

Next, the linked SED2D model was exercised using the same (RMA-10) computational grid.

A00116

The initial condition for the SED2D simulation consisted of zero initial suspended sediment concentrations throughout the model domain. Zero bed thickness was also prescribed throughout the model domain, as discussed above. The boundary condition specified zero suspended sediment concentrations at the model's ocean boundary. In addition, a steady loading (point-source discharge) of 5 kg/m$^3$ of sediment per time step (15 min) was prescribed for the Refinery discharge.

A range of representative silt/clay settling velocities was also prescribed. These included a site-specific *median* value of 0.0007 m/sec determined by the Maryland Geological Survey (Appendix F) as well as the following alternate values: 0.001 m/sec, 0.0001 m/sec, 0.00001 m/sec and 0.000001 m/sec. These values were selected to represent a range of particles: relatively large silt/clay aggregate clusters, smaller aggregates and particles down to individual fine silt/clay particles. Note that grain size was not a direct SED2D input parameter for clay/silt particles, only settling velocity.

The resulting distribution maps of sediment accumulation corresponding to each of the above particle settling velocities during the 118-day model scenario simulation are illustrated in Figures 4.19 to 4.23. The corresponding time series of simulated current speeds and suspended sediment concentrations during the 118-day simulation interval at the preliminary sampling sites identified in 1999 are given in Figures 8-7 through 8-16 in the Najarian Associates report (Appendix E).

Model simulations at the highest settling velocity (0.001 m/sec) and the median settling velocity (0.0007 m/sec) (Figures 4.19 and 4.20) show that sediment accumulates along the west side of the Estuary near the Refinery and in adjacent areas to the north (Hamburg Cove) and south. Simulated suspended sediment concentrations at the lower settling velocities (Figures 4.21- 4.23) increased from the prescribed zero initial condition and continued to build-up and oscillate at tidal

4-27

AC0117

and fortnightly time scales. Eventually, these concentrations leveled off and reached a quasi-steady state of tidal oscillations.

When the settling velocity was prescribed below the sample median value (0.0007 m/sec), discharged particles were transported further from the Refinery, both longitudinally and laterally (Figures 4.21- 4.23). The longitudinal extent of sediment accretion was limited to a distance of one tidal excursion (or less) from the Refinery (i.e., within the up-estuary and down-estuary extent of the dye plume). This result is significant inasmuch as the locations of the Triad sampling sites are within these bounds (Section 5). Sediment accretion extended to the east side of the Estuary for the sub-median settling velocities, especially in areas of weak circulation near Salem Cove. Moreover, the quantity of material remaining in suspension increased as the prescribed settling velocity decreased.

Najarian Associates (2002) mapped the sediment total PAH concentrations and %TOC distributions obtained at the (1) 1999 preliminary sample sites, (2) mid-field study sites in 2000, and (3) spring Triad sites in 2001. The findings were examined in light of the above model scenario results. They indicate, that for the most part, a heterogeneous distribution of sediment PAH concentrations and several isolated "hot spots" occurred. The highest sediment PAH concentrations observed were (1) outside the near-field zone but within one tidal excursion of the Refinery and (2) in regions of relatively high %TOC and in, some cases, weak circulation. In each survey, total PAH concentrations in the sediment exceeded 3,000 ng/g dry weight throughout the Hamburg Cove region. The model simulated significant sediment accretion in this area (Figures 4.19-4.23), with an up-estuary gradient. It was concluded that the Refinery likely influences sediment quality in this region (Najarian Associates, 2002).

4-28

A C0118

On the opposite side of the Estuary, relatively high sediment PAH concentrations of 18,618 and 16,019 ng/g dry weight were measured in the Salem Cove and Goose Island Flats regions, respectively, during the 2000 summer survey. However, in these regions of weak currents (Figure 4.18) and relatively high %TOC, the model simulated significant increases in bed elevation only for the case of slow (i.e., below the 0.0007 m/sec median) settling velocities (Figures 4.21- 4.23). Thus, discharge of such fine silt/clay particles from the Refinery may influence contaminant levels in this region, especially if they do not form rapidly settling clusters. However, limited sampling data analyzed by the Maryland Geological Survey suggests that local silt/clay sediments are dominated by aggregated clusters (Halka, 2001). In such a case the model would suggest that significant increases in bed elevation and contaminant levels would not occur in these regions due to the Refinery's discharge.

As discussed by Najarian Associates (2002), the sediment total PAH concentrations of 15,500 30,886 and 16,658 ng/g dry weight were sampled in the Reedy Island Bar region (down-estuary of the C & D Canal) during the 1999, 2000 and 2001 surveys, respectively. This region exhibited relatively high %TOC values ranging from 1.56-4.70 and weak average currents. This region also coincided with the southern terminus of the dye plume during the ebb tide (Figure 4.1), corresponding to a down-estuary displacement of approximately one tidal excursion. However, significant sediment accretion due to the Refinery was not simulated in this region. Thus, the model suggests that this region may be impacted by other PAH sources (see Section 7 for further details). As discussed in Section 3.6.2.2 of the Najarian Associates report (Appendix E), the presence of a null zone and turbidity maximum may exacerbate sediment contamination in this region. More research is needed to resolve this issue.

A 00119

### 4.3.6 Additional Sensitivity Analyses

A series of model sensitivity runs were conducted for additional parameters besides settling

velocities since the model results are dependent on selected input parameter values. These additional

simulations considered effects of variations in (1) critical shear stresses for deposition and erosion;

(2) erosion rates and 3) turbulent exchange coefficients. The following values of the critical shear

stress for erosion for silt/clay were examined: (1) 0.1 kg/m²/sec and (2) 0.01 kg/m²/sec. All other

inputs were held fixed at the model scenario values (e.g., clay/silt settling velocity of 0.0007 m/sec).

For the most part, the model proved insensitive to such variations.

Additional model simulations were conducted for the following values of critical shear stress

for deposition of silt/clay: (1) 0.1 nt/m² and (2) 0.01 nt/m². Again, all other inputs were held fixed

at the model scenario values (e.g., clay/silt settling velocity of 0.0007 m/sec). The model proved

relatively insensitive to such variations.

Similarly, the model was insensitive to the following values of specified erosion rates for

silt/clay: (1) 0.1 nt/m² and (2) 0.01 nt/m². The model was also insensitive to the following values

of the turbulent exchange coefficients for suspended sediment transport: 1) 100 m²/sec and 2) 200

m²/sec. As above, all other inputs were held fixed at the model scenario values (e.g., clay/silt

settling velocity of 0.0007 m/sec).

### 4.3.7 Tidal Transport Scenario for Fine Sand Particles

An additional simulation was conducted for fine sand particles having a settling velocity of

0.005 m/sec and for the set of input parameters listed in Table 4.7. The results are displayed in

Figure 4.24 The model revealed that even relatively fine sand particles tend to settle out fairly

rapidly in the vicinity of the Refinery, with a radial symmetrical pattern of sediment accretion in the

AC0120

near-field zone. The side scan survey data (Figure 4.9) also indicate fine sand deposits in the near-field zone.

Two input parameters that could affect the sedimentation pattern for sand are the characteristic length factors for deposition and erosion. Additional model runs were conducted to assess the sensitivity of these two parameters. In the first run, the characteristic length factor for deposition was decreased from 1.0 to 0.5 times the depth. It was found that the sand particles settled out quicker, thereby decreasing the bed elevation changes up and downriver of the Refinery. However, there was very little change in the bed elevations in the immediate vicinity of the discharge. In the next run, the characteristic length factor for erosion was increased from 10 to 20 times the depth. This increase had no effect on the bed change in the near-field or far-field. Since neither of these changes greatly affected the sedimentation pattern for the sand particles, the default values were deemed appropriate.

### 4.4 Three-Phase Study

#### 4.4.1 Objectives

The objective of this Court-ordered task was to provide an estimate of dissolved, particulate, and colloidal phase (three-phase) PAHs in selected water samples from the near- and mid-field areas of the Refinery (Appendix A). PAHs exist in a near equilibrium state between the true dissolved state and those adsorbed with solid-phase substrates in the water column and sediment in aqueous systems. PAHs in aquatic environments tend to sorb to natural particulate and colloidal organic matter. The natural organic colloids that complex with PAHs and other hydrophobic organic chemicals are primarily humic and fulvic acids of terrestrial, aquatic and marine plant origin. As discussed by Neff (2000) in Appendix G, colloids are particles, generally less than 0.1 to 0.2 μm in

A00121

diameter that pass through conventional filters and can not be sedimented by centrifugation (Boehm and Quinn, 1973; Wells and Goldberg, 1991; Gschwend and Schwarzenbach, 1992; Yunker et al., 1993; Wang and Guo, 2000; Guo et al., 2002). Colloids in environmental samples are usually operationally defined by most investigators as those particles which range between 0.001 and 0.2 µm in diameter. Means and colleagues define colloidal organic matter as that passing through a 0.4 µm filter (Means and Wijayaratne, 1984; Wijayaratne and Means, 1984a,b). The three-phase analysis of Means (0.4 µm filter) was used as directed by the Court. The three-phase analysis of Means was supplied by Livingston (2000) and is attached as Appendix H. Battelle (Duxbury) performed the three-phase separation and PAH analyses.

### 4.4.2 Methods

Two 20 L replicate grab water samples were collected in polycarbonate containers (nitric acid methanol-rinsed) at six locations at the Refinery on January 11, 2001 (Figure 4.25). The sample stations included the discharge canal (DR1), one station located proximal to the discharge canal (DR21), two stations upriver from the discharge canal (DR7 and DR26), and two stations down river (DR2 and DR22) from the discharge canal. All samples were collected on an incoming tide within a one-hour period. Samples were taken by immersing the sampling containers below the water surface and then placing the samples on ice in a cooler. The samples were shipped to Battelle (Duxbury) overnight packed with blue ice for phase separation and PAH analysis.

The filtration procedure used by Battelle to separate the three phases is described in detail in their work/quality assurance project plan for the study which is presented in Appendix I. Briefly, the particulate phase was obtained by passing each 20-L sample through a series of two filters the first of which was a 0.7 µm glass fiber filter (GF/F) followed by 0.45 µm Pall Gelman GN Metricel

A00122

Membrane DBC filter. The colloidal phase, which was operationally defined as the fraction between 0.01 and 0.45 µm, was obtained by passing each 20-L filtrate obtained from the particulate phase filtration procedure through a 0.01 µm Amicon YM1, regenerated cellulose, ultra filtration membrane. The filtrate passing through the 0.01 µm filter was defined as the dissolved phase.

The particulate and colloidal filter samples were extracted for PAH analyses by Battelle SOP 5-192 *Soil/Sediment Extraction for Trace Level Semi-Volatile Organic Contaminant Analysis* with spiked internal standards for filter extraction as described in Battelle (2001). The dissolved phase samples were extracted for PAH analyses by Battelle SOP 5-200 *Water Extraction for Trace Level Semi-volatile Organic Contaminant Analysis* with the deviations described in Battelle (2001). The PAHs in the Western States Petroleum Association list for parent and isomer-specific 2 through 6 ring compounds (Appendix B) were determined by Battelle using gas chromatography/mass spectrometry techniques following Battelle SOP 5-157, *Identification and Quantification of Polynuclear Aromatic Hydrocarbons by Gas Chromatography/Mass Spectrometry*.

During the physical separation of the field sample waters into dissolved, colloidal, and particulate phases, each field sample was accompanied by a Procedural Blank. The Procedural Blank is a quality control sample that is high purity distilled water carried through both the physical separation processes and the analytical chemistry measurement procedures. In practice, if the Procedural Blank is found to contain measurable quantities of any target compounds of interest, it is assumed that these chemicals arise as unavoidable contamination from the physical separation and chemical analysis processes (Uhler and Liu, 2001). The presence of low levels of target compounds in Procedural Blanks are referred to as "background" levels of contaminants, i.e., unavoidable trace levels of contaminants encountered during sample handling and processing. Thus, Battelle

A C0123

recommended background correcting for the low levels of target compounds found in the processing

blanks to give a more accurate (and realistic) distribution of the contaminants in each of the three

phases at the six field sites (Uhler and Liu, 2001). In this study, analytical measurements of target

compounds for a given phase that is unadjusted for background contamination are called "raw"

analytical data. Measurements for target compounds adjusted for background levels of contaminants

introduced during sample handling and processing are referred to as background-corrected data.

### 4.4.3 Results and Discussion

A summary of the raw analytical data for the three phases and relative proportions of each

phase is given in Table 4.8. The raw data are presented in Appendix C. The concentrations of target

compounds found among the three phase samples were low. Likewise, there were very low but

measurable levels of "background" target compounds in the processing blanks, especially for the

multi-step long-duration colloidal and dissolved phase separations (~5 days of filtration for a 20-L

sample). Thus, the raw analytical data for the measurement of target compounds in the colloidal,

dissolved and particulate phases were biased (by varying degrees) by low levels of background PAH

and selected cyclic hydrocarbons.

In order to compensate for the background levels of target compounds in each phase

measurement, the field sample data were adjusted by subtracting the background concentration of

target compounds found in the phase-specific Procedural Planks processed with each sample. These

background-corrected data for each phase and relative proportions of each phase are summarized in

Table 4.9. The corrected data for all target compounds by phase and the relative proportions of all

target compounds by phase are given in Appendix J.

AC0124

A comparison of the raw and blank-corrected data shows that the values in each target group were generally lower in the blank-corrected target compounds (Tables 4.8 and 4.9). Among the background-corrected data, the distribution of the more water soluble selected cyclic hydrocarbons (decalins through C4-benzo(b)thiophenes) across all stations was 99% in the dissolved phase, 0.1% in the colloidal phase and 1% in the particulate phase (Table 4.9). For all stations combined, the distribution of total PAHs (naphthalenes through benzo[g,h,i]perylene) were 68% in the particulate phase, 10% in the colloidal phase and 22% in the dissolved phase. The distribution of the sum of total target analytes for all stations (sum of selected cyclic hydrocarbons and total PAHs) were 55% in the particulate phase, 8% in the colloidal phase and 37% in the dissolved phase.

The distribution of the background-corrected sum of PAH isomers across all stations was 57% in the particulate phase, 14% in the colloidal phase and 29% in the dissolved phase (Table 4.9). Across all stations, the distribution of the sum of the low molecular weight PAHs (2- and 3-ring PAHs) among phases was 47% in the particulate phase, 16% in the colloidal phase and 37% in the dissolved phase. The distribution of the sum of the high molecular weight PAHs (4- through 6-ring PAHs) by phase was 96% in the particulate phase, 2% in the colloidal phase and 2% in the dissolved phase.

Background-corrected particulate concentrations of total PAHs were higher than either the colloidal or dissolved phases in all six stations (Table 4.9). For two of the six stations (DR1 and DR7), the background-corrected colloidal concentration of total PAHs was higher than the dissolved concentrations. Overall, more than 93% of the total high molecular weight PAHs were found in the particulate phase. The distribution of low molecular weight PAHs among phases was 47% in the particulate phase, 16% in the colloidal phase and 37% in the dissolved phase, while 99% of the

4-35

A 00125

selected cyclic hydrocarbons were present in the dissolved phase. Similar phase distribution trends have been reported by Axelman et al. (1999), Ko and Baker (1994) and Yunker et al. (1993). The high percentage distribution of high molecular PAHs in the particulate phase is likely due to strong binding of high molecular weight PAHs to solid-phase substrates (Neff, 2000). The high percentage distribution of low molecular PAHs and selected cyclic hydrocarbons in the dissolved phase is likely due to the relatively high solubility of low molecular weight compounds (Neff, 2000).

The compositional PAH relationship between the particulate, colloidal phase and dissolved phase was conducted by Battelle and is discussed in detail in Section 7.4.2 of this report. Briefly, the six samples demonstrated similar fractional compositions. Sample DR1 (Figure 4.25), which was taken in the discharge canal, was used by Battelle to illustrate differences among the three phases (Uhler et al., 2003). Naphthalene homologues dominated the dissolved phase (Figure 7.14 of this report). The low water solubility of heavier PAHs limited the number of 3- to 6-ring detects. The colloidal phase generally contained 2-and 3-ring PAHs that decreased with increasing molecular weight (Figure 7.14). This trend suggested that the colloidal fraction was not the primary source of PAH; rather, more labile PAH partitioned into the dissolved and colloidal phases from the particulate fraction. The particulate phase contained the highest concentration of PAHs (Figure 7.14). It included a wide range of 2- to 6-ring PAHs and contained important chemical signature information for identifying the PAH source(s). The combined whole sample indicated that the dissolved fraction contributed little to the overall PAH signature (Figure 7.14). By contrast, the colloidal fraction contributed most significantly to the 3-ring PAH group. The particulate fraction contributed most significantly in terms of PAH mass, analyte range, and source signature content for each whole water sample.

A00126

The principal component analysis (PCA) model illustrated the similarity of all samples to the partitioning model described for DR1 above (Figure 7.15). The particulate fraction of each sample plotted to the right on the PCA scores plot (Figure 7.15). This position corresponded to enriched levels of heavier PAH on the PCA loading plot. By contrast, the dissolved and colloidal fractions plotted to the left indicating higher levels of naphthalenes and little 4- to 6-ring PAH. The tight grouping of the dissolved and colloidal fractions revealed little PAH source information, especially since the 4-ring PAH possessed the most significant component of the Refinery signature.

## 4.5 Sediment Trap Study

### 4.5.1 Objectives

The objective of this Court-ordered task was to conduct a sedimentation study (via sediment traps) in the near-field and mid-field receiving areas of Motiva's discharge, with total PAH measurement of sediment collected from the traps (Appendix A). In addition to the studies dictated by the Court order, the following were also addressed: (1) sedimentation rates and sediment PAH concentrations were estimated from sediment traps in the effluent canal; (2) total organic carbon (TOC), grain size of settling particulate matter and percent solids of *in situ* bottom sediments were determined; (3) the Western States Petroleum Association (WSPA) list of PAHs for parent and isomer-specific 2 through 6 ring compounds were determined rather than just total PAHs (Appendix B) and (4) chemical fingerprinting of the PAHs in the particulate matter collected in the traps. The sediment trap study was performed under the direction of Dr. Roberto Llansó of Versar, Inc., Columbia, Maryland. The Versar Inc. report by Lansó and Kelly (2001) is given in Appendix K.

### 4.5.2 Methods

### 4.5.2.1 Sample Collection

A00127

The sediment trap methods are described in detail in Appendix K. Briefly, samples of settling particulate matter (SPM) and *in situ* bottom sediments were collected between April 4 and May 23, 2001. All SPM samples were collected with the use of moored sediment traps. Sampling locations were selected to provide information on SPM flux and associated PAH concentrations in the effluent canal and at two locations in the Delaware River upstream (upper river station) and downstream (lower river station) of the effluent canal (Figure 4.26). Descriptions of each sampling location are provided in Table 4.10.

Sediment traps were constructed so that the top of the collection cylinders were about 1.2 m (4 feet) above the bottom. Water depths ranged from approximately 1.2 to 2.4 m (4 to 8 feet) at mean lower low water (MLLW). Tidal range at each location was approximately 2.0 m (6.5 feet). The collection cylinders of the sediment traps deployed in the effluent canal were near the surface of the water at low tide. One sediment trap per location (two collection cylinders per trap) was deployed on April 4, 2001, and retrieved on May 2, 2001 (1st deployment). Replicate sediment traps (two traps per site) were redeployed on May 2, 2001 and retrieved on May 23, 2001 (2nd deployment).

The collection cylinders were straight-sided PVC cylinders with a collection area of 45.4 cm$^2$ and a height-to-width ratio of six (Figure 4.27). Traps with these collection characteristics (i.e., with aspect ratios >5) have been successfully used to measure vertical particle flux in Chesapeake Bay and Pudget Sound (Norton and Barnard, 1992; Boynton et al., 1993) and provide unbiased samples of SPM (Baker et al., 1988). The collection cylinders were attached to a 61 x 61 cm (2 x 2 feet) metal frame. The bottom of each cylinder was covered with a plastic cap secured to the cylinder with a single screw. A 473 mL (16 ounces) glass jar was placed inside one of the collection

4-38

A00128

cylinders. Upon retrieval of the traps, water in the collection cylinder was first drained through the screw hole, and the glass jar then removed, stored in ice for transport to the laboratory and later frozen pending sediment chemistry analysis. The overlying water and contents of the second collection cylinder were transferred to containers and later used for sedimentation rate calculations. *In situ* bottom sediments were collected at each of the sediment trap locations using a 440 $cm^2$ Young grab sampler.

### 4.5.2.2 Laboratory Analyses

PAH concentrations, percent solids and chemical fingerprinting analyses were performed by Battelle (Duxbury). Total organic carbon (TOC) and grain size distribution analyses were performed by Severn Trent Services (Tampa, Florida) and Mote Marine Laboratory (Sarasota, Florida), respectively, under the direction of Battelle. A total of nine sediment trap samples were analyzed for all of the above analytes. Three bottom samples were analyzed for percent solids at Battelle and shipped back to Versar, Inc., for wet density and percent silt-clay determinations. Table 4.11 lists inventories of the samples and the analyses performed. The preparation and analysis of the various samples is given in Appendix K.

### 4.5.2.3 Sedimentation Rate Calculations

Two types of sedimentation rates were determined as follows: (1) mass accumulation rate ($g/cm^2/yr$) which is the measured settling particulate matter flux into the traps and (2) predicted sedimentation rate (cm/yr) which is the estimated sedimentation rate of material that goes to the sediment bed. Both rate values are a function of net sedimentation plus resuspension. The mass accumulation rate and sedimentation rate could not be estimated separately from the sediment trap data. Consequently, the values overestimate net sedimentation in the discharge canal and Delaware

AC0129

River and are proportional to the magnitude of resuspension and sediment transport processes in the Delaware River.

The rate calculations were as follows:

Mass accumulation rate (g/cm$^2$/yr) = [(P/A)/D] x Y

where:

P is the amount of material collected (dry weight in grams);
A is the collection area of sediment trap cylinder (45.4 cm$^2$);
D is the number of days trap was deployed and
Y is the number of days in a year.

Sedimentation rate (cm/yr) = [Mass accumulation (g/cm$^2$/yr)/dry density (g/cm$^3$)]

where:

Dry density (g/cm$^3$) is [wet density x (bottom sediment % solids/100] and
Wet Density (g/cm$^3$) is calculated by weighing wet bottom sediment of known volume.

### 4.5.3 Results and Discussion

Mass accumulation rates in the discharge canal ranged from 25 to 31 g/cm$^2$/yr on a dry weight basis (Table 4.12). Mass accumulation rates at the lower and upper river stations ranged from 100 to 134 g/cm$^2$/yr and 71 to 118 g/cm$^2$/yr, respectively. Sedimentation rates ranged from 18 to 22 cm/yr in the discharge canal (Table 4.12). The predicted sedimentation rates for the lower and upper river stations ranged from 143 to 192 cm/yr and 96 to 161 cm/yr, respectively. Alexander et al. (2002) found a bed accumulation rate of ~1cm/yr during the Motiva coring study (Section 9). Accumulation rates ranging from 1.0 - 1.5 cm/yr have been found by the U.S. Geological Survey in the Delaware River in the vicinity of the Refinery (D. J. Phelan, personal communication, U. S. Geological Survey).

A 00130

It is clear that sedimentation rates predicted from the sediment trap study in both Motiva's discharge canal and the Delaware River stations below and above the discharge canal were extremely high. The majority of the mass accumulation appears to be attributable to re-suspended particulate matter. This is not surprising when one considers that the traps were deployed in shallow water ranging in depth from 4 to 8 feet (MLLW) where intense re-suspension and sediment transport occurs. Much of the suspended particulate matter flux was probably locally re-suspended material undergoing re-suspension/depositional cycling (Llansó and Kelley, 2001). Thus, the sedimentation rate estimates in this study grossly overestimate net sedimentation.

Llansó and Kelley (2001) have also observed high suspended particulate matter flux with sediment traps of similar characteristics at Kelly Island, an oyster bed monitoring site in the upper Delaware Bay. According to the authors, a video camera mounted on a sledge recorded high concentrations of suspended matter that were transported back and forth across the oyster beds by strong tidal currents. Llansó and Kelley (2001) concluded that the re-suspended material likely contributed more to sediment trap collections than particulate matter settling out of the water column onto the sediment bed.

A summary of the particulate PAHs found in the sediment traps located in the discharge canal, lower river station, and upper river station is presented in Table 4.13. The raw data are given Appendix K. The mean total PAH concentrations (6,465 ng/g dry weight) were higher in the effluent canal traps than the mean total PAH concentrations in the lower river station (2,998 ng/g) and upper river station (2,587 ng/g dry weight) during the second deployment. (The data for the 1st deployment were not used in the averages because the samples exceeded the holding time before chemical analysis). The concentrations of total PAHs in the discharge canal traps were similar to those that

A00131

have been observed in the discharge canal sediments during the mid-field study (Section 5) and Triad studies (Section 6). Likewise, the concentrations of total PAHs in the lower river station traps and upper river station traps were similar to those found in the sediments at stations in the same proximity during the mid-field study (mid-field sediment stations 31 and 34 same proximity as the upper river trap station and mid-field sediment stations 33 and 49 same proximity as the lower river trap station; Figure 5.2a).

The compositional PAH relationship of the suspended sediment in the traps is discussed in detail in Section 7.4.5 of this report. The suspended sediment in the effluent channel differed significantly from the upper river and lower river samples (Figure 7.26). It contained levels of petrogenic 4-ring PAH consistent with the Refinery effluent (Figure 7.11). It also contained 5- and 6-ring PAH consistent with Delaware River background (Figure 7.19). The mixture of Refinery and background PAH appeared consistently in all sediment trap replicates from the effluent canal. By contrast, the PAH pattern from the upper and lower river locations contained nearly identical pyrogenic and diagenetic compounds consistent with Delaware River Background (Figure 7.26).

The composition of the sediment trap samples compared predictably well to sediment samples collected proximal to the trap location as revealed by the principal component analysis (PCA) sediment survey model (Figure 7.27). The three sediment trap samples collected in the effluent canal plotted in the upper central quadrant of the PCA scores plot (Figure 7.27). This position corresponded to a mixture of petrogenic 4-ring PAH plus 5- and 6- ring PAH on the PCA loading plot (Figure 7.27). As described in Section 7.4.3 of this report, this composition indicated the presence of both Refinery and Delaware River background PAH. Indeed, the sediment trap samples from the effluent canal plotted directly on top of the sediment sample for station DR1

4-42

A00132

located in the effluent canal (Figure 7.27). This similarity suggested a close relationship between the suspended and deposited particulates in the effluent canal. Similarly, the upper and lower river samples plotted closely together with other Delaware River sediment samples enriched in soot (Figure 7.27). These data confirmed the minimal Refinery influence beyond the effluent canal and near-field.

Total organic carbon concentrations are summarized in Table 4.14. The raw data are given in Appendix K. The mean TOC concentration in the effluent canal during the 2nd deployment was higher (70,000 mg/kg dry weight) than the concentrations in the lower river station (34,000 mg/kg ) and upper river station (34,500 mg/kg). The particulate TOC concentrations in the sediment trap effluent canal samples, upper river samples and lower river samples were higher than the mean concentration found in the accumulated bottom sediments during the mid-field study (Table 5.1 in Section 5). The mean % TOC for all sediment stations during the mid-field study (Section 5) in the Delaware River was 24,100 mg/kg dry weight (Table 5.1 in Section 5).

A summary of the grain size data (% sand, silt and clay) for the sediment trap study is presented in Table 4.14. The complete grain size distribution analysis of the samples is given in Appendix K. The mean % sand in the effluent canal sediment traps (19.8 %) was lower than the mean % sand in the lower river traps (31.4%) and upper river traps (29.3%). The mean % sand for all sediment stations during the mid-field study (Section 5) in the Delaware River was 34% (Table 5.1 in Section 5). Conversely, the mean % silt/clay in the effluent canal sediment traps (80.3%) was higher than the lower (68.7%) and upper river traps (70.8%). The mean % silt/clay for all sediment stations during the mid-field study (Section 5) in the Delaware River was 66% (Table 5.1 in Section 5).

4-43

A 00133

**4.6 References**

Ackers, P. and W.R. White. 1973. Sediment transport: new approach and analysis. *ASCE, Journal Hydrodynamic Division*, HY11:2041-2060.

Axelman, J., K. Naes, C. Naf and D. Broman. 1999. Accumulation of polycyclic aromatic hydrocarbons in semipermeable membrane devices and caged mussels (*Mytilus edulis* L.) in relation to water column phase distribution. *Environmental Toxicology Chem*istry 18:2454-2461.

Baker, E.T., H.B. Milburn and D.A. Tennant. 1988. Field assessment of sediment trap efficiency under varying flow conditions. *Journal Marine Research* 46:573-592.

Battelle. 2001. Motiva - 3 phase sampling. Work/quality assurance project plan. QAPP N003741-0003. Battelle, Duxbury, MA. (Appendix I of the current report)

Boehm, P.D. and J.G. Quinn. 1973. Solubilization of hydrocarbons by the dissolved organic matter in sea water. *Geochemica et Cosmochimica Acta* 37:2459-2477.

Boynton, W.R., W.M. Kemp, J.M. Barnes, L.L. Matteson, F.M. Rohland, D.A Jasinski and H..L. Kimble. 1993. Maryland Chesapeake Bay water quality monitoring program, Ecosystem process component. Level One Rep. No. 10, Part 1: Interpretive Report (July 1984-December 1992). Maryland Department of the Environment, Baltimore, MD.

DiLorenzo, J.L., P. Huang, M.L. Thatcher and T.O. Najarian. 1992. Effects of historic dredging activities and water diversions on the tidal regime and salinity distribution of the Delaware Estuary. USEPA/Delaware Estuary Program Preliminary Characterization and Research Topic 5. USEPA/Delaware Estuary Program, Delaware River Basin Commission, West Trenton, NJ.

A00134

Garvine, R.W. 1991. Sub-tidal frequency estuary shelf interaction: Observations near Delaware Bay. *Journal Geophysical Research* 96(C4):7,049-7,064.

Gibbs, I.P. 1985. Estuarine flocs: their size, settling velocity and density. *Journal Geophysical Research* 90:3,249-3,251.

Gschwend, P.M. and R.P. Schwarzenbach. 1992 Physical chemistry of organic compounds in the marine environment. *Marine Chem*istry 39:187-207.

Guo, L., P.H. Santschi and S.M. Ray. 2002. Metal partitioning between colloidal and dissolved phases and its relation with bioavailability to American oysters. *Marine Environmental Research*. 54:49-64.

Halka, J. 2001. Grain size, water content, and settling velocity of Motiva sediment samples. Letter by Jeffrey Halka, March 2, 2001. Maryland Geological Survey, Baltimore, MD. (Appendix F of the current report)

Ko, F.C. and J.E. Baker. 1994. Partitioning of hydrophobic organic contaminants to suspended sediments and plankton in the mesohaline Chesapeake Bay. *Marine Chemistry* 49:171-188.

Lansó, R.J. and F.S. Kelly. 2001. Sediment trap study for assessing PAHs near Motiva Enterprises Delaware River City Refinery. Final Report (October 2001). Versar, Inc., Columbia, MD. (Appendix K of the current report)

Letter, J.V., L.C. Roig, B.P. Donnell, W.A. Thomas, W.H. McAnally and S.A. Adamec. 1998. A user's manual for SED2D-WES, a generalized computer program for two-dimensional, vertically averaged sediment transport. U.S. Army Corps of Engineers Waterways Experiment Station, Vicksburg, MS.

A 00135

Livingston, R.J. 2000. Three-phase sampling and analysis methods. pp 6-10, *In*: Settlement. Email from R.J. Livingston to L.W. Hall, Jr. February 2, 2000. (Appendix H of the current report)

Means, J.C. and R.D. Wijayaratne. 1984. Chemical characterization of estuarine colloidal organic matter: Implications for adsorptive processes. *Bulletin Marine Science* 35:449-461.

Najarian Associates. 2002. A hydrodynamic and sediment transport model to support the Motiva Refinery Baseline Ecological Study. Final Report. Najarian Associates, Eatontown, NJ. (Appendix E of the current report)

Neff, J.M. 2000. Role of colloidal material in the fate of PAH in aquatic environments. September 29, 2000. Battelle, Duxbury, MA. (Appendix G of current report)

Norton, D. and B. Barnard. 1992. Spatial and temporal trends in contaminant levels in settling particulate matter: Hylebos Waterway (Commencement Bay), July 1990 to November 1991. Washington State Department of Ecology, Environmental Investigations and Laboratory Services Program, Olympia, WA.

Ocean Surveys, Inc. 2001. Motive Enterprises Refinery effluent outfall model verification study, Delaware City, DE. OSI Rep. No. 00ES032. Ocean Surveys, Inc., Old Saybrook, CT. (Appendix D of the current report)

Partheniades, E. 1962. A study of erosion and deposition of cohesive soils in salt water. Ph.D. Thesis, University of California.

Teeter, A. 1988. New Bedford Harbor project - Acushnet River Estuary engineering feasibility study of dredging and dredged material disposal alternatives- Report 2 Sediment and

A00136

contaminant hydraulic transport investigations. U.S. Army Corps of Engineers Waterways Experiment Station, Vicksburg, MS.

Uhler, A.D. and B. Liu. 2001. Draft 3-phase experiment report. December 21, 2001. Battelle, Duxbury, MA. (Appendix J of the current report)

Uhler, A.D., S. Emsbro-Mattingly, S.A. Stout and B. Liu. 2003. Advanced Chemical Fingerprinting of PAH. Final Report. Battelle Memorial Institute, Duxbury, MA. (Section 7 of the current report)

Walters, R.A. 1992. A study of salt transport processes in Delaware Bay. pp 240-251, *In*: M.L Spaulding. (ed.), *Estuarine and Coastal Modeling*. Proc. 2nd Int. Conf., ASCE, Journal Waterway, Port, Coastal and Ocean Division.

Wang, W-X.. and L. Guo. 2000. Influences of natural colloids on metal bioavailability to two marine bivalves. *Environmental Science Technol*ogy 34:4571-4576.

Wells, M.L. and E.D. Goldberg. 1991. Occurrence of small colloids in seawater. *Nature* 353:342-344.

Wijayaratne, R.D. and J.C. Means. 1984a. Sorption of polycyclic aromatic hydrocarbons by natural estuarine colloids. *Marine Environmental Research* 11:77-89.

Wijayaratne, R.D. and J.C. Means. 1984b. Affinity of hydrophobic pollutants for naturaal estuarine colloids in aquatic environments. *Environmetal Science Technology* 18:121-123.

Yunker, M.B., R.W. MacDonald, W.J. Cretney, B.R. Fowler and F.A. McLaughlin. 1993. Alkane, terpene, and polycyclic aromatic hydrocarbon geochemistry of the Mackenzie River and Mackenzie shelf: Riverine contributions to Beaufort Sea coastal sediment. *Geochimica et Cosmochimica Acta* 57:3041-3061.

A 00137