Table 4.1  Tributary inflows and corresponding USGS gauging stations.

| River Mile | Tributary | Gauged Area (sq. mi.) | Total Area (sq. mi.) | Ratio of Areas | Corresponding Gauging Station |
|---|---|---|---|---|---|
| 134.3 | Delaware River | 6,780.0 | 6,780.0 | 1.00 | Delaware River at Trenton, NJ |
| 133.8 | Assunpink Creek | 89.4 | 95.8 | 1.07 | Assunpink Creek at Trenton, NJ |
| 128.4 | Crosswicks Creek | 83.6 | 168.4 | 2.01 | Crosswicks Creek at Extonville, NJ |
| 115.6 | Neshaminy Creek | 210.0 | 368.0 | 1.75 | Neshaminy Creek near Langhorne, PA |
| 111.1 | Rancocas Creek | 176.4 | 452.0 | 2.56 | N.B. Rancocas Creek at Pemberton, NJ |
| 104.6 | Frankford Creek | 210.0 | 58.1 | - | Neshaminy Creek near Langhorne, PA |
| 101.6 | Cooper River | 17.1 | 77.2 | 4.51 | Cooper River at Haddonfield, NJ |
| 95.5 | Big Timber Creek | 56.3 | 79.3 | 1.41 | Great Egg Harbor River at Folsom. NJ |
| 92.5 | Schuylkill River | 1,893.0 | 1,909.0 | 1.01 | Schuylkill River at Philadelphia, PA |
| 89.7 | Mantua Creek | 56.3 | 78.2 | 1.39 | Great Egg Harbor River at Folsom, NJ |
| 82.9 | Chester Creek | 61.1 | 236.0 | 3.86 | Chester Creed near Chester, PA |
| 80.7 | Racoon Creek | 14.6 | 67.2 | 4.6 | Salem River at Woodstown, NJ |
| 77.0 | Oldmans Creed | 14.6 | 68.7 | 4.71 | Salem River at Woodstown, NJ |
| 70.7 | Christina River | 450.1 | 591.0 | 1.31 | [a] |
| 58.9 | C&D Canal | 47.0 | 165.8 | 3.53 | Red Clay Creek at Wooddale, DE |
| 58.4 | Salem River | 14.6 | 114.5 | 7.84 | Salem River at Woodstown, NJ |
| 54.5 | Alloway Creek | 14.6 | 73.3 | 5.02 | Salem River at Woodstown, NJ |
| 37.8 | Cohansey River | 113.0 | 267.0 | 2.36 | Maurice River at Norma, NJ |
| 34.4 | Leipsic River | 31.9 | 167.0 | 5.24 | St. Jones River at Dover, DE |
| 23.7 | St. Jones River | 31.9 | 114.0 | 3.57 | St. Jones River at Dover, DE |
| 23.1 | Murdekill River | 31.9 | 174.0 | 5.45 | St. Jones River at Dover, DE |
| 21.0 | Maurice River | 113.0 | 374.0 | 3.31 | Maurice River at Norma, NJ |
| 17.3 | Dennis Creek | 113.0 | 128.0 | 1.13 | Maurice River at Norma, NJ |
| 2.00 | Broadkill River | 31.9 | 158.0 | 4.95 | St. Jones River at Dover, DE |

[a] Christina River gauged area (450.1) is the sum of the following three gauged areas (1) Red Clay Creek at Wooddale, DE (47.0); (2) White Clay Creek near Newark, DE (89.1) and (3) Brandywine Creek at Wilmington, DE (314.0).

A00138

Table 4.2  Aggregation of tributary and overland inflows and input to specified elements.

| River Mile | Tributary | RMA-10 Element | Gauged Area (sq. mi.) | Total Area (sq. mi.) | % Aggregation | Bank |
|---|---|---|---|---|---|---|
| 134.3 | Delaware River | line input | 6,780.0 | 6,780.0 | 98.61 | east |
| 133.8 | Assunpink Creek | line input | 89.4 | 95.8 | 1.39 | east |
| | | | | 6,875.8 | 100.00 | |
| 128.4 | Crosswicks Creek | 469 | 83.6 | 168.4 | 14.99 | east |
| 115.6 | Neshaminy Creek | 469 | 210.0 | 368.0 | 32.75 | west |
| 111.1 | Rancocas Creek | 469 | 118.0 | 452.0 | 40.22 | east |
| 104.6 | Frankford Creek | 469 | 210.0 | 58.1 | 5.17 | west |
| 101.6 | Cooper River | 469 | 17.1 | 77.2 | 6.87 | east |
| | | | | 1,123.7 | 100.00 | |
| 92.5 | Schuylkill River | line input | 1,893.0 | 1,909.0 | 100.00 | west |
| 95.5 | Big Timber Creek | 384 | 56.3 | 79.3 | 27.03 | east |
| 89.7 | Mantua Creek | 384 | 56.3 | 78.2 | 26.65 | east |
| 80.7 | Racoon Creek | 384 | 14.6 | 67.2 | 22.90 | east |
| 77.0 | Oldmans Creek | 384 | 14.6 | 68.7 | 23.42 | east |
| | | | | 293.4 | 100.00 | |
| 82.9 | Chester Creek | 347 | 61.1 | 236.0 | 28.54 | west |
| 70.7 | Christina River | 347 | 450.1 | 591.0 | 71.46 | west |
| | | | | 827.0 | 100.00 | |
| 58.4 | Salem River | line input | 14.6 | 114.5 | 100.00 | east |
| 54.5 | Alloway Creek | 165 | 14.6 | 73.3 | 21.54 | east |
| 37.8 | Cohansey River | 165 | 113.0 | 267.0 | 74.46 | east |
| | | | | 340.3 | 100.00 | |
| 58.9 | C&D Canal | 155 | 47.0 | 165.8 | 21.29 | west |
| 34.4 | Leipsic River | 155 | 31.9 | 167.0 | 21.44 | west |
| 23.7 | St. Jones River | 155 | 31.9 | 114.0 | 14.64 | west |
| 23.1 | Murderkill River | 155 | 31.9 | 174.0 | 22.34 | west |
| 20.0 | Broadkill River | 155 | 31.9 | 158.0 | 20.29 | west |
| | | | | 778.8 | 100.00 | |
| 21.0 | Maurice River | 114 | 113.0 | 374.0 | 74.50 | east |
| 17.3 | Dennis Creek | 114 | 113.0 | 128.0 | 25.50 | east |
| | | | | 502.0 | 100.00 | |

A 00139

Table 4.3  Final model calibration coefficients[a].

| Zone | River Mile | Bottom Mannings n | Shoreline Mannings n | $E_{xx}, E_{xy},$ $E_{yx}, E_{yy}$ (lb-sec/ft$^2$) | $E_{xx}, E_{yz},$ (lb-sec/ft$^2$) | $K_{xx}, K_{yy}$ (ft$^2$/sec) | $K_{zz}$ (ft$^2$/sec) |
|---|---|---|---|---|---|---|---|
| 1 Ocean and Bay | Arc to RM 22 | 0.028 | 0.028 | 1.0 | 0.02 | 0.02 | 0.20 |
| 2 Upper Bay | RM 22 to RM 57 | 0.018 | 0.018 | -1.0 | 0.20 | 0.02 | 0.20 |
| 3 Three-Bends | RM 57 to RM 65 | 0.010 | 0.010 | -1.0 | 0.20 | 0.02 | 0.20 |
| 4 Three Bends to Philly | Rm 65 to RM 93 | 0.030 | 0.030 | -1.0 | 0.20 | 1.00 | 0.20 |
| 5 Upper Estuary | RM 93 to RM 134 | 0.035 | 0.035 | -10.0 | 0.20 | 1.00 | 0.20 |

[a] Near-field zone extends 1,061 ft upriver and 1,021 ft downriver from center of discharge embaymouth mouth.

A00140

Table 4.4  Statistical evaluation of model performance for water elevations and current magnitudes for the calibration run[a].

| Station | Number of Data Points | Observed Mean Daily Range (MDR) | Standard Error (% of MDR) | Correlation Coefficient |
|---|---|---|---|---|
| Lewes, DL | 553 | 4.78 ft | 9.1% | 0.9504 |
| Reedy Island, DE | 553 | 5.79 ft | 5.4% | 0.9887 |
| Motiva Tide Gauge | 453 | 5.73 ft | 8.0% | 0.9772 |
| Philadelphia, PA | 553 | 6.69 ft | 8.5% | 0.9735 |
| Motiva Current Meter | 387 | 5.42 ft/sec | 9.6% | 0.9225 |

[a] Standard errors are expressed as a percentage of the mean daily range (MDR).

AC0141

Table 4.5 Total PAHs partitioned in the dissolved and particulate phases in subsurface water column samples taken during 1999. Concentrations are in ng/L.

| Sampling Location | Fraction | September 1999 | October 1999 | November 1999 | December 1999 |
|---|---|---|---|---|---|
| Refinery Influent[a] | Dissolved | 37 | 50 | 57 | 4 |
| | Particulate | 1,250 | 388 | 90 | 306 |
| Refinery Effluent[b] | Dissolved | 23 | 43 | 41 | 5 |
| | Particulate | 2,770 | 424 | 144 | 409 |
| DR2 | Dissolved | 29 | 39 | NA | 43 |
| | Particulate | 1,530 | 239 | 439 | 285 |
| DR6 | Dissolved | 415 | 43 | 44 | 110 |
| | Particulate | 2,030 | 225 | 80 | 291 |
| DR7 | Dissolved | 65 | 58 | 60 | 5 |
| | Particulate | 2,390 | 391 | 200 | 318 |
| DR10 | Dissolved | 60 | 61 | 137 | 43 |
| | Particulate | 2,840 | 194 | 296 | 404 |

[a] Influent taken at the Refinery's cooling water intake (CWIN).
[b] Effluent taken at the Refinery's NPDES outfall 001.

A00142

Table 4.6  Model scenario 1 input parameters for clay.

| Parameter | Description | Prescribed Value | Representative Literature Values |
|---|---|---|---|
| MNCL | Maximum number of consolidating layers | 1 | |
| TAUCD | Critical shear stress for deposition | 0.06 nt/m²* | 0.043** |
| ERODCP | Critical shear stress erosion | 0.06 kg/m²/sec* | 0.06** |
| EROCON | Constant for erosion equation | 0.002* | |
| THKTYPE | Typical layer thickness | 0.03m* | |
| TAUP | Bed shear stress when cohesive particles begin to erode | 0.06nt/m²* | |
| PERC | Erosion constant | 0.002 kg/m²/sec* | |
| QSI | Bed shear stress when cohesive layers begin to erode in mass | 0.06nt/m²* | |
| QSE | Bed shear stress at which cohesive layers at age of 1 year begin to erode in mass | 0.066nt/m²* | |
| RHOI | Initial dry density of a deposit of this type of cohesive material | 90 kg/m³* | |
| RHOE | The consolidated dry density of deposits of this type of cohesive material at age =1 year | 99kg/m³* | |
| CCC | Consolidation coefficient relating the change from RHOE and QSE to time in years | 1 year* | |
| THICKL | Clay layer thickness | 0.03m* | |
| AGE | Layer age | 0* | |
| DIF (J,1) | Turbulent exchange coefficient in x-direction | 150 m²/sec | |
| DIF (J,2) | Turbulent exchange coefficient in y-direction | 150 m²/sec | |
| XNVALU (J) | Manning's n at location J | 0.01 | |
| VS | Settling Velocity | 0.001 m/sec<br>0.0007 m/sec<br>0.0001 m/sec<br>0.00001 m/sec<br>0.000001 m/sec | 0.0001-0.0009 m/sec***<br><br>0.000006 m/sec** |

*Default value.

**New Bedford Harbor ( Teeter, 1988).

***Chesapeake Bay turbidity maximum (Gibbs , 1985).

4-53

A 00143

Table 4.7  Model scenario input parameters for sand.

| Parameter | Description | Prescribed Value |
|-----------|-------------|------------------|
| SACLL | Minimum sand grain size | 0.0625 mm[a] |
| SGSA | Specific gravity of sand grains | 2.65[a] |
| GSF | Grain shape factor | 0.67[a] |
| CLDE | Characteristic length factor for deposition | 1 times the depth[a] |
| CLER | Characteristic length factor for erosion | 10 times the depth[a] |
| TTHICKK(J) | Sand bed thickness at location J | 0.0 meters[a] |
| EFDR(J) | Effective sand grain size for roughness at location J | 0.0625 mm[a] |
| EFDT(J) | Effective sand grain size for transport at location J | 0.0625 mm[a] |
| VS | Settling velocity | 0.005 m/sec |

[a] Default value.

A 00144

Table 4.8 Summary of 3-phase raw PAH concentrations (ng/L) and proportions. Data for each site are means of replicates A and B. The particulate phase (P) consists of particles captured on a 0.45 μm filter. The colloidal phase (C) is captured on particles between 0.45 and 0.01 μm. The dissolved phase (D) passes through a 0.01 μm filter.

| Site | Unit | Sum of Selected Cyclic Hydrocarbons | | | Sum of Total PAHs | | | Sum of Selected Cyclic Hydrocarbons & Total PAHs | | |
|------|------|------|------|------|------|------|------|------|------|------|
| | | P | C | D | P | C | D | P | C | D |
| DR1 | ng/L | 0.4 | 2.0 | 48.8 | 113.7 | 80.8 | 31.9 | 114.1 | 82.8 | 80.7 |
| DR2 | ng/L | 0.3 | 1.0 | 23.5 | 112.5 | 36.5 | 46.1 | 112.8 | 37.5 | 69.6 |
| DR7 | ng/L | 0.3 | 1.0 | 22.8 | 105.4 | 45.8 | 12.6 | 105.7 | 46.8 | 35.4 |
| DR21 | ng/L | 0.2 | 1.5 | 17.0 | 100.3 | 33.2 | 31.0 | 100.5 | 34.7 | 48.0 |
| DR22 | ng/L | 0.2 | 1.3 | 28.4 | 77.8 | 19.3 | 37.8 | 78.0 | 20.6 | 66.2 |
| DR26 | ng/L | 0.3 | 2.2 | 54.0 | 80.4 | 33.8 | 44.6 | 80.7 | 36.0 | 98.6 |
| Mean | ng/L | 0.3 | 1.5 | 32.4 | 98.4 | 41.6 | 34.0 | 98.6 | 43.1 | 66.4 |
| DR1 | % | 0.8 | 3.9 | 95.3 | 50.2 | 35.7 | 14.1 | 41.1 | 29.8 | 29.1 |
| DR2 | % | 1.1 | 4.0 | 94.9 | 57.7 | 18.7 | 23.6 | 51.3 | 17.1 | 31.6 |
| DR7 | % | 1.3 | 4.3 | 94.5 | 64.3 | 28.0 | 7.7 | 56.3 | 24.9 | 18.8 |
| DR21 | % | 1.3 | 7.8 | 90.9 | 61.0 | 20.2 | 18.8 | 54.9 | 18.9 | 26.2 |
| DR22 | % | 0.8 | 4.2 | 95.0 | 57.7 | 14.3 | 28.0 | 47.3 | 12.5 | 40.2 |
| DR23 | % | 0.5 | 4.0 | 95.5 | 50.6 | 21.3 | 28.1 | 37.5 | 16.7 | 45.8 |
| Mean | % | 0.9 | 4.4 | 94.8 | 56.5 | 23.9 | 19.5 | 48.1 | 20.0 | 32.0 |

A 00145

Table 4.8 - continued.

| Site | Unit | Sum of PAH Isomers | | | Sum of Low Molecular Weight PAHs | | | Sum of High Molecular Weight PAHs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | P | C | D | P | C | D | P | C | D |
| DR1 | ng/L | 19.8 | 18.0 | 6.9 | 42.6 | 75.4 | 30.2 | 71.0 | 5.4 | 1.7 |
| DR2 | ng/L | 25.1 | 6.6 | 5.1 | 56.8 | 33.8 | 45.7 | 55.8 | 2.7 | 0.3 |
| DR7 | ng/L | 21.7 | 8.3 | 6.4 | 47.7 | 41.6 | 11.6 | 57.6 | 4.3 | 1.0 |
| DR21 | ng/L | 22.6 | 6.6 | 11.0 | 45.8 | 30.8 | 30.3 | 54.4 | 2.4 | 0.7 |
| DR22 | ng/L | 18.3 | 4.1 | 11.8 | 36.3 | 18.1 | 36.8 | 41.5 | 1.2 | 0.9 |
| DR26 | ng/L | 15.8 | 6.5 | 16.9 | 34.0 | 31.3 | 43.7 | 46.4 | 2.5 | 0.9 |
| Mean | ng/L | 20.6 | 8.4 | 9.7 | 43.9 | 38.5 | 33.1 | 54.5 | 3.1 | 0.9 |
| DR1 | % | 44.3 | 40.2 | 15.5 | 28.7 | 50.9 | 20.4 | 90.9 | 6.9 | 2.2 |
| DR2 | % | 68.2 | 17.8 | 14.0 | 41.6 | 24.8 | 33.5 | 94.9 | 4.6 | 0.5 |
| DR7 | % | 59.6 | 22.7 | 17.7 | 47.3 | 41.2 | 11.5 | 91.7 | 6.8 | 1.5 |
| DR21 | % | 56.2 | 16.5 | 27.3 | 42.9 | 28.8 | 28.3 | 94.5 | 4.2 | 1.2 |
| DR22 | % | 53.4 | 11.9 | 34.7 | 39.8 | 19.8 | 40.4 | 95.0 | 2.9 | 2.2 |
| DR23 | % | 40.3 | 16.6 | 43.0 | 31.2 | 28.7 | 40.1 | 93.2 | 5.0 | 1.8 |
| Mean | % | 53.2 | 21.6 | 25.1 | 38.0 | 33.3 | 28.6 | 93.1 | 5.3 | 1.6 |

A 00146

Table 4.9  Summary of 3-phase blank corrected PAH concentrations (ng/L) and proportions.  Data for each site are means of replicates A and B.  The particulate phase (P) consists of particles captured on a 0.45 μm filter.  The colloidal phase (C) is captured on particles between 0.45 and 0.01 μm.  The dissolved phase (D) passes through a 0.01 μm filter.

| Site | Unit | Sum of Selected Cyclic Hydrocarbons | | | Sum of Total PAHs | | | Sum of Selected Cyclic Hydrocarbons & Total PAHs | | |
|------|------|------|------|------|------|------|------|------|------|------|
| | | P | C | D | P | C | D | P | C | D |
| DR1 | ng/L | 0.417 | 0.016 | 48.8 | 105 | 50.5 | 26.1 | 106 | 51 | 74.9 |
| DR2 | ng/L | 0.275 | 0.008 | 23.5 | 104 | 8.75 | 43.8 | 105 | 9 | 67.3 |
| DR7 | ng/L | 0.306 | 0.042 | 22.8 | 97.2 | 18.2 | 9.8 | 97 | 18 | 32.5 |
| DR21 | ng/L | 0.249 | 0.004 | 17.0 | 92.1 | 6.48 | 24.7 | 92 | 6 | 41.7 |
| DR22 | ng/L | 0.246 | 0.000 | 28.4 | 69.6 | 1.11 | 30.8 | 70 | 1 | 59.2 |
| DR26 | ng/L | 0.272 | 0.191 | 54.0 | 72.2 | 7.16 | 38.3 | 72 | 7 | 92.3 |
| Mean | ng/L | 0.294 | 0.044 | 32.4 | 90 | 15.4 | 28.9 | 90 | 15 | 61.3 |
| DR1 | % | 0.8 | 0.0 | 99.1 | 57.9 | 27.7 | 14.3 | 45.8 | 21.9 | 32.4 |
| DR2 | % | 1.2 | 0.0 | 98.8 | 66.5 | 5.6 | 27.9 | 57.9 | 4.8 | 37.3 |
| DR7 | % | 1.3 | 0.2 | 98.5 | 77.7 | 14.5 | 7.8 | 65.7 | 12.3 | 21.9 |
| DR21 | % | 1.4 | 0.0 | 98.5 | 74.7 | 5.3 | 20.0 | 65.7 | 4.6 | 29.7 |
| DR22 | % | 0.9 | 0.0 | 99.1 | 68.6 | 1.1 | 30.4 | 53.7 | 0.9 | 45.5 |
| DR23 | % | 0.5 | 0.3 | 99.2 | 61.3 | 6.1 | 32.6 | 42.1 | 4.3 | 53.6 |
| Mean | % | 1.0 | 0.1 | 98.9 | 67.8 | 10.1 | 22.2 | 55.1 | 8.1 | 36.7 |

A00147

Table 4.9 - continued.

| Site | Unit | Sum of PAH Isomers | | | Sum of Low Molecular Weight PAHs | | | Sum of High Molecular Weight PAHs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | P | C | D | P | C | D | P | C | D |
| DR1 | ng/L | 18.5 | 13.3 | 6.94 | 34.4 | 46.9 | 24.4 | 71.0 | 3.59 | 1.71 |
| DR2 | ng/L | 23.3 | 3.43 | 5.15 | 48.6 | 7.86 | 43.5 | 55.8 | 0.889 | 0.321 |
| DR7 | ng/L | 20.2 | 4.40 | 6.44 | 39.5 | 15.7 | 8.80 | 57.6 | 2.53 | 0.965 |
| DR21 | ng/L | 20.9 | 3.22 | 11.0 | 37.6 | 5.73 | 24.0 | 54.4 | 0.748 | 0.706 |
| DR22 | ng/L | 16.8 | 1.64 | 11.8 | 28.1 | 0.963 | 29.9 | 41.5 | 0.146 | 0.948 |
| DR26 | ng/L | 14.6 | 3.17 | 16.9 | 25.8 | 6.37 | 37.4 | 56.4 | 0.786 | 0.895 |
| Mean | ng/L | 19.1 | 4.9 | 9.7 | 35.7 | 13.9 | 28.0 | 54.5 | 1.44 | 0.92 |
| DR1 | % | 47.7 | 34.4 | 17.9 | 32.6 | 44.4 | 23.0 | 93.1 | 4.7 | 2.2 |
| DR2 | % | 73.1 | 10.7 | 16.1 | 48.6 | 7.9 | 43.5 | 97.9 | 1.6 | 0.6 |
| DR7 | % | 65.1 | 14.2 | 20.7 | 61.8 | 24.5 | 13.7 | 94.3 | 4.1 | 1.6 |
| DR21 | % | 59.6 | 9.2 | 31.2 | 55.9 | 8.5 | 35.6 | 97.4 | 1.3 | 1.3 |
| DR22 | % | 55.5 | 5.4 | 39.1 | 47.7 | 1.6 | 50.7 | 97.4 | 0.3 | 2.2 |
| DR23 | % | 42.1 | 9.1 | 48.7 | 37.0 | 9.2 | 53.8 | 96.5 | 1.6 | 1.9 |
| Mean | % | 57.2 | 13.8 | 29.0 | 47.3 | 16.0 | 36.7 | 96.1 | 2.3 | 1.6 |

A00148

Table 4.10  Station locations for the Delaware River sediment trap monitoring study in the Spring of 2001.

| Station | Latitude (dd mm.mmm) | Longitude (dd mm.mmm) | Location | Depth (ft at MLLW) |
|---|---|---|---|---|
| Effluent Canal | 39 36.756 | 75 36.873 | Motiva effluent canal | 4 |
| Lower River Station | 39 36.618 | 75 36.013 | Downstream of effluent canal | 8 |
| Upper River Station | 39 36.150 | 75 36.213 | Upstream of effluent canal | 6 |

A00149

Table 4.11  Inventory of sediment samples analyzed for the study.

| Station | Rep | Battelle ID | Matrix | Collection Date | Analysis |
|---|---|---|---|---|---|
| Effluent Canal (1st Deployment) | | W3586 | Trap Sediment | 05/02/01 | PAH, TOC, grain size |
| Down River Station (1st Deployment) | | W3587 | Trap Sediment | 05/02/01 | PAH, TOC, grain size |
| Upper River Station (1st Deployment) | | W3588 | Trap Sediment | 05/02/01 | PAH, TOC, grain size |
| Effluent Canal (2nd Deployment) | 1 | W3589 | Trap Sediment | 05/23/01 | PAH, TOC, grain size |
| Effluent Canal (2nd Deployment) | 2 | W3592 | Trap Sediment | 05/23/01 | PAH, TOC, grain size |
| Down River Station (2nd Deployment) | 1 | W3591 | Trap Sediment | 05/23/01 | PAH, TOC, grain size |
| Down River Station (2nd Deployment) | 2 | W3594 | Trap Sediment | 05/23/01 | PAH, TOC, grain size |
| Upper River Station (2nd Deployment) | 1 | W3590 | Trap Sediment | 05/23/01 | PAH, TOC, grain size |
| Upper River Station (2nd Deployment) | 2 | W3596-1-R | Trap Sediment | 05/23/01 | PAH, TOC, grain size |
| Effluent Canal | | W3595 | Bottom Sediment | 05/23/01 | % solid, wet density, silt-clay |
| Down River Station | | W3596 | Bottom Sediment | 05/23/01 | % solid, wet density, silt-clay |
| Upper River Station | | W3597 | Bottom Sediment | 05/23/01 | % solid, wet density, silt-clay |

AC0150

Table 4.12  Mass accumulation rates and accumulation rates of settling particular matter in the study area.

| Station | Rep | Mass Accumulation Rate (g/cm$^2$/yr)[a] | Sedimentation Rate (cm/yr)[b] |
|---|---|---|---|
| Effluent Canal (1st Deployment) | | 31.2 | 22.2 |
| Effluent canal (2nd Deployment) | 1 | 30.1 | 21.5 |
| Effluent canal (2nd Deployment) | 2 | 24.8 | 17.6 |
| Mean | | 28.7 | 20.4 |
| Lower River Station (1st Deployment) | | 100.4 | 143.4 |
| Lower River Station (2nd Deployment) | 1 | 109.7 | 156.7 |
| Lower River Station (2nd Deployment) | 2 | 134.4 | 192.0 |
| Mean | | 114.7 | 164.0 |
| Upper River Station (1st Deployment) | | 71.7 | 97.4 |
| Upper River Station (2nd Deployment) | 1 | 118.1 | 160.6 |
| Upper River Station (2nd Deployment) | 2 | 70.6 | 96.0 |
| Mean | | 86.8 | 118.0 |

[a] The variables for the calculations are given in Attachment 5 of Appendix K.
[b] Sedimentation rates based on bottom sediment densities of 0.7 to 1.4 g/cm$^3$ dry weight.

AC0151

Table 4.13   Sum of PAH concentrations (ng/g dry weight) from the Motiva effluent canal sediment trap site and two Delaware River sediment trap sites sampled in the Spring of 2001.

| Station | Rep | SCHs | Total PAHs | LMW PAHs | HMW PAHs | PAH Isomers |
|---|---|---|---|---|---|---|
| Effluent Canal (1st Deployment) | | 1089[a] | 10770[a] | 4371[a] | 6399[a] | 1140[a] |
| Effluent Canal (2nd Deployment) | 1 | 649 | 6816 | 2628 | 4188 | 696 |
| Effluent Canal (2nd Deployment) | 2 | 603 | 6114 | 2452 | 3661 | 690 |
| Mean of 2nd Deployment Replicates | | 626 | 6465 | 2540 | 3925 | 693 |
| Lower River Station (1st Deployment) | | 159[a] | 5626[a] | 1843[a] | 3783[a] | 608[a] |
| Lower River Station (2nd  Deployment) | 1 | 65 | 2908 | 1000 | 1908 | 347 |
| Lower River Station (2nd  Deployment) | 2 | 70 | 3087 | 1033 | 2054 | 371 |
| Mean of 2nd Deployment Replicates | | 68 | 2998 | 1017 | 1981 | 359 |
| Upper River Station (1st Deployment) | | 157[a] | 4649[a] | 1575[a] | 3073[a] | 518[a] |
| Upper River Station (2nd Deployment) | 1 | 43 | 2548 | 898 | 1651 | 302 |
| Upper River Station (2nd Deployment) | 2 | 56 | 2625 | 900 | 1725 | 327 |
| Mean of 2nd Deployment Replicates | | 50 | 2587 | 899 | 1688 | 315 |

[a] Sample exceeded holding time before analysis.

A00152

Table 4.14  Total organic carbon (mg/kg dry weight) and grain size from the Motiva effluent canal sediment trap site and two Delaware River sediment trap sites sampled in the Spring of 2001.

| Station | Rep | TOC | % sand | % Silt | % Clay |
|---|---|---|---|---|---|
| Effluent Canal (1st Deployment) | | 230000[a] | 25.1 | 64.5 | 10.4 |
| Effluent Canal (2nd Deployment) | 1 | 68000 | 20.5 | 67.4 | 12.1 |
| Effluent Canal (2nd Deployment) | 2 | 72000 | 19.0 | 69.1 | 11.9 |
| | | | | | |
| Mean of 2nd Deployment Replicates | | 70000 | 19.8 | 68.3 | 12.0 |
| Lower River Station (1st Deployment) | | 38000[a] | 31.2 | 58.7 | 10.2 |
| Lower River Station (2nd Deployment) | 1 | 35000 | 32.4 | 56.5 | 11.1 |
| Lower River Station (2nd Deployment) | 2 | 33000 | 30.3 | 58.5 | 11.2 |
| | | | | | |
| Mean of 2nd Deployment Replicates | | 34000 | 31.4 | 57.5 | 11.2 |
| Upper River Station (1st Deployment) | | 39000[a] | 30.0 | 59.5 | 10.4 |
| Upper River Station (2nd Deployment) | 1 | 35000 | 29.5 | 59.6 | 10.9 |
| Upper River Station (2nd Deployment) | 2 | 34000 | 29.1 | 58.9 | 12.0 |
| | | | | | |
| Mean of 2nd Deployment Replicates | | 34500 | 29.3 | 59.3 | 11.5 |

[a] Sample exceeded holding time before analysis.

A00153

This page was
intentionally left
blank.

A00154



FIGURE 4.1
MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 1 - MAX EBB TIDE: 0657-1041 EDT
MAPPING LEVEL: 1 FOOT BELOW SURFACE

This page was intentionally left blank.

A00156



**FIGURE 4.2**
MOTIVA REFINERY DYE DILUTION STUDY
Delaware River, Delaware City, Delaware
22 MAY 2000
MAPPING NO. 1 - MAX EBB TIDE: 0657-1041 EDT
MAPPING LEVEL: 3 FEET BELOW SURFACE



This page was
intentionally left
blank.

A00158



FIGURE 4.3
MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 2 - LOW SLACK TIDE: 1137-1331 EDT
MAPPING LEVEL: 1 FOOT BELOW SURFACE

NOTES:
1. GRID SYSTEM IS IN FEET AND IS THE DELAWARE STATE
   PLANE COORDINATE SYSTEM, NAD 83.
2. CONTOURS REPRESENT DYE DILUTION RATIOS. (SEE TABLE)
3. SHORELINE IS APPROXIMATE AND WAS PLOTTED FROM
   NOAA CHART NO. 12311.
4. THE INFORMATION PRESENTED ON THIS CHART REPRESENTS THE
   RESULTS OF A SURVEY PERFORMED BY OCEAN SURVEYS, INC.
   ON 22 MAY 2000 AND CAN ONLY BE CONSIDERED AS INDICATING
   THE CONDITIONS EXISTING AT THAT TIME.

| DILUTION RATIO | PERCENT DISCHARGE | DYE CONCENTRATIONS (ppb by WT) |
|---|---|---|
| 0:1 | 100% | 25.53 |
| 1:1 | 50.00% | 12.81 |
| 5:1 | 16.67% | 4.30 |
| 10:1 | 9.09% | 2.29 |
| 20:1 | 4.76% | 1.20 |
| 50:1 | 1.96% | 0.49 |
| 100:1 | 0.99% | 0.25 |
| 200:1 | 0.50% | 0.13 |

LEGEND
18:60  TRANSECT LOCATION
       TRANSECT TIME (EDT)

ARTIFICIAL IS.
REEDY IS.
13.31
12.56
>200
DELAWARE RIVER
SALEM COVE
MILL CREEK
PENNS NECK
PEA PATCH IS.
11:48
12:05
12:23
12:41
12:31
RED LION CR.
CEDAR CREEK
INTAKE CANAL
DISCHARGE CANAL
DELAWARE CITY, DELAWARE
DUTCH NECK
CHESAPEAKE AND DELAWARE CANAL

4000    0    4000

A00159

This page was
intentionally left
blank.

A00160



FIGURE 4.4

MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 2 - LOW SLACK TIDE: 1137-1331 EDT
MAPPING LEVEL: 2 FEET BELOW SURFACE

A00161

F:\JDB\6171\Dsi-1\MAP02BRevis.dwg
12/04/2001    03:26:07 PM EST

This page was intentionally left blank.

A00162



FIGURE 4.5

MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 3 - MAX FLOOD TIDE: 1331-1518 EDT
MAPPING LEVEL: 1 FOOT BELOW SURFACE

NOTES:

1. GRID SYSTEM IS IN FEET AND IS THE DELAWARE STATE PLANE COORDINATE SYSTEM, NAD 83.
2. CONTOURS REPRESENT DYE DILUTION RATIOS. (SEE TABLE).
3. SHORELINE IS APPROXIMATE AND WAS PLOTTED FROM NOAA CHART NO. 12311.
4. THE INFORMATION PRESENTED ON THIS CHART REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY OCEAN SURVEYS, INC. ON 22 MAY 2000 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

| DILUTION RATIO | PERCENT DISCHARGE | DYE CONCENTRATIONS (ppb wt) |
|---|---|---|
| 0:1 | 100% | 28.62 |
| 1:1 | 50.00% | 13.31 |
| 5:1 | 16.67% | 4.44 |
| 10:1 | 9.09% | 2.42 |
| 20:1 | 4.76% | 1.27 |
| 50:1 | 1.96% | 0.52 |
| 100:1 | 0.99% | 0.28 |
| 200:1 | 0.50% | 0.13 |

LEGEND

TRANSECT LOCATION
TRANSECT TIME (EDT)

A00163

F:\JOB\6171\Osi-1\MAP03TREV15.dwg    12/04/2001    03:49:40 PM EST

This page was intentionally left blank.

A00164



**FIGURE 4.6**

MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 3 - MAX FLOOD TIDE: 1331-1518 EDT
MAPPING LEVEL: 2 FEET BELOW SURFACE

A00165

This page was
intentionally left
blank.

A00166



FIGURE 4.7

MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO 4 - HIGH SLACK TIDE: 1534-1738 EDT
MAPPING LEVEL: 1 FOOT BELOW SURFACE

NOTES:
1. GRID SYSTEM IS IN FEET AND IS THE DELAWARE STATE PLANE COORDINATE SYSTEM, NAD 83.
2. CONTOURS REPRESENT DYE DILUTION RATIOS. (SEE TABLE)
3. SHORELINE IS APPROXIMATE AND WAS PLOTTED FROM NOAA CHART NO. 12311.
4. THE INFORMATION PRESENTED ON THIS CHART REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY OCEAN SURVEYS, INC. ON 22 MAY 2000 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

LEGEND

| DILUTION RATIO | PERCENT DISCHARGE | DYE CONCENTRATION (ug/l) |
|---|---|---|
| 0:1 | 100% | 23.82 |
| 1:1 | 50.00% | 11.91 |
| 5:1 | 16.67% | 3.94 |
| 10:1 | 9.09% | 2.15 |
| 20:1 | 4.76% | 1.12 |
| 50:1 | 1.96% | 0.46 |
| 100:1 | 0.99% | 0.23 |
| 200:1 | 0.50% | 0.12 |

A00167

This page was
intentionally left
blank.

A 00168



FIGURE 4.8

MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 4 - HIGH SLACK TIDE: 1534-1738 EDT
MAPPING LEVEL: 2 FEET BELOW SURFACE

A00169

This page was
intentionally left
blank.

A00170

SEDIMENT MAPPING
DELAWARE RIVER, DELAWARE CITY, DE.
20-21 MAY 2000

DELAWARE RIVER

PIER

MOTIVA
ENTERPRISES

CEDAR CREEK

DELAWARE CITY, DELAWARE

FIGURE 4.9

LEGEND

• GRAB SAMPLE LOCATION

FINE SAND WITH TRACE
AMOUNTS OF SILT

COMPACT SILT WITH TRACE
AMOUNTS OF SAND

HIGHLY AQUEOUS SILT WITH
TRACE AMOUNTS OF SAND

GRAVEL

NOTES:
1. THE SYSTEM IS IN FEET AND ON THE DELAWARE STATE
   GRID AS THE DELAWARE STATE.
2. SHORELINE IS APPROXIMATE AND WAS PLOTTED FROM
   NOAA CHART NO. 12311.
3. THE LOCATION PRESENTED ON THIS CHART REPRESENTS THE
   RESULTS OF A GRAB SAMPLING PROGRAM CONDUCTED ON
   20-21 MAY 2000 AND MAY NOT BE CONSIDERED AS INDICATING
   THE CONDITIONS EXISTING AT THAT TIME.

4-72.

A00171.

This page was
intentionally left
blank.

A00172



FIGURE 4.10: RMA-10 Model Grid showing close-up of Grid near the Motiva Delaware City Refinerey

A00173

This page was
intentionally left
blank.

A00174



**Figure 4.11: Comparisons of computed and observed water elevation and current speeds. Observed data for Lewes DE, Reedy Island, DE, and Philadelphia, PA collected by NOAA. MOTIVA Refinery water elevations and currents were collected by OSI.**

A00175

This page was intentionally left blank.

A00176



**Figure 4.12: Measured and simulated dye concentrations for the maximum ebb mapping.** Measured dye concentration data were collected by OSI on May 22, 2000 from 07:11 to 10:09 EDT. Simulated dye contours represent the calculated concentrations on May 22, 2000 at the beginning, middle and end of the observation period.

AC0177

This page was intentionally left blank.

A00178



**Figure 4.13: Measured and simulated dye concentrations for the low slack mapping.** Measured dye concentration data were collected by OSI on May 22, 2000 from 11:48 to 13:31 EDT. Simulated dye contours represent the calculated concentrations on May 22, 2000 at the beginning, middle and end of the observation period.

A00170

This page was
intentionally left
blank.

A00180



**Figure 4.14: Measured and simulated dye concentrations for the maximum flood mapping.** Measured dye concentration data were collected by OSI on May 22, 2000 from 14:02 to 15:18 EDT. Simulated dye contours represent the calculated concentrations on May 22, 2000 at the beginning, middle and end of the observation period.

A 00181

This page was
intentionally left
blank.

A00182



**Figure 4.15: Measured and simulated dye concentrations for the high slack mapping.** Measured dye concentration data were collected by OSI on May 22, 2000 from 15:34 to 17:38 EDT. Simulated dye contours represent the calculated concentrations on May 22, 2000 at the beginning, middle and end of the observation period.

A00183

This page was
intentionally left
blank.

A00184



Figure 4.16 Sample sites for sediment grain size and fall velocity study in September 2000.

A00185

This page was
intentionally left
blank.

A00186

Figure 4.17 Sample sites for particulate and dissolved phase PAH analyses from September to December 1999.



AC0187

This page was
intentionally left
blank.

A00188

AVERAGE CURRENT SPEED (ft/sec)

**MOTIVA Delaware City Refinery**
**120-Day Averaged Current Speeds**

1.0
0.9
0.8
0.7
0.6
0.5
0.4
0.3
0.2
0.1
0.0

Goose Island Flats

Pea Patch Island

Salem Cove

Scale: 1 inch = 10,000 feet

Hamburg Cove

Discharge Canal

Intake Canal

MOTIVA Refinery

Reedy Island Bar

**Figure 4.18:** Simulated time and depth averaged current speeds.

4-81

A00189

This page was
intentionally left
blank.

A 00190

MOTIVA Delaware City Refinery

Increase in Bed Elevation after 118 Days

Settling Velocity = 0.001 m/sec

INCREASE IN BED ELEVATION (mm)

50 45 40 35 30 25 20 15 10 5 0

Goose Island Flats

Pea Patch Island

Salem Cove

Scale: 1 inch = 10,000 feet

Reedy Island Bar

Hamburg Cove

Discharge Canal

Intake Canal

MOTIVA Refinery

Figure 4.19: Simulated increase in bed elevation for a settling velocity of 0.001 m/sec.

4-82

A00101

This page was
intentionally left
blank.

A00192

MOTIVA Delaware City Refinery

Increase in Bed Elevation after 118 Days

Settling Velocity = 0.0007 m/sec

INCREASE IN BED ELEVATION (mm)

50
45
40
35
30
25
20
15
10
5
0

Goose Island Flats

Pea Patch Island

Salem Cove

Hamburg Cove

Discharge Canal

Intake Canal

MOTIVA Refinery

Reedy Island Bar

Scale: 1 inch = 10,000 feet

Figure 4.20:  Simulated increase in bed elevation for a settling velocity of 0.0007 m/sec.

A00193

This page was
intentionally left
blank.

A00194

MOTIVA Delaware City Refinery

Increase in Bed Elevation after 118 Days

Settling Velocity = 0.0001 m/sec

Scale: 1 inch = 10,000 feet

Salem Cove

Pea Patch Island

Goose Island Flats

Hamburg Cove

Discharge Canal

Intake Canal

MOTIVA Refinery

Reedy Island Bar

INCREASE IN BED ELEVATION (mm)

50 45 40 35 30 25 20 15 10 5 0

Figure 4.21: Simulated increase in bed elevation for a settling velocity of 0.0001 m/sec.

AC0195

This page was
intentionally left
blank.

A00196

**MOTIVA Delaware City Refinery**

**Increase in Bed Elevation after 118 Days**

**Settling Velocity = 0.00001 m/sec**

INCREASE IN BED ELEVATION (mm)

50 45 40 35 30 25 20 15 10 5 0

Scale: 1 inch = 10,000 feet

Salem Cove

Pea Patch Island

Goose Island Flats

Hamburg Cove

Discharge Canal

MOTIVA Refinery

Intake Canal

Reedy Island Bar

**Figure 4.22: Simulated increase in bed elevation for a settling velocity of 0.00001 m/sec.**

4-85

A00107

This page was
intentionally left
blank.

A00198

MOTIVA Delaware City Refinery

Increase in Bed Elevation after 118 Days

Settling Velocity = 0.000001 m/sec

INCREASE IN BED ELEVATION (mm)

Scale: 1 inch = 10,000 feet

Salem Cove

Pea Patch Island

Goose Island Flats

Hamburg Cove

Discharge Canal

Intake Canal

MOTIVA Refinery

Reedy Island Bar

Figure 4.23: Simulated increase in bed elevation for a settling velocity of 0.000001 m/sec.

A00199

This page was
intentionally left
blank.

A00200

## MOTIVA Delaware City Refinery
### Increase in Bed Elevation after 118 Days
### Settling Velocity = 0.005 m/sec

Scale: 1 inch = 10,000 feet

INCREASE IN BED ELEVATION (mm)

50 45 40 35 30 25 20 15 10 5 0

Goose Island Flats
Pea Patch Island
Salem Cove
Hamburg Cove
Discharge Canal
Intake Canal
MOTIVA Refinery
Reedy Island Bar

**Figure 4.24: Simulated increase in bed elevation for a settling velocity of 0.005 m/sec for 0.0625 mm diameter sand particles.**

4-87

A00201

This page was
intentionally left
blank.

A00202



Figure 4.25  Sample sites for particulate, colloidal, and dissolved phase PAH analysis in January 2001.

AC0203

This page was intentionally left blank.

A00204



Figure 4.26  Station locations for Delaware River sediment trap monitoring study.

A00205

This page was
intentionally left
blank.

A 00206

Figure 4.27  Schematic diagram of Delaware River sediment traps.



A00207