This page was
intentionally left
blank.

A00208

## SECTION 5

## MID-FIELD SAMPLING FOR TRIAD SITE SELECTION

**5.1 Objectives**

The objective of this task was to characterize PAHs, total organic carbon and grain size

distributions during the summer of 2000 at various sites in Motiva's discharge canal, near-field, mid-

field and far-field areas to aid in the selection of sample sites for the 2001 and 2002 sediment Triad

studies.

**5.2 Methods**

Results from preliminary Triad sampling conducted in 1999 in the study area (Hall, 2000)

and a dye study (described in Section 4.1) were used to select candidate sample sites. Triad sampling

consisting of chemical characterizations, sediment toxicity tests and benthic community assessments

was conducted in the summer of 1999 at 10 stations covering approximately 12 nautical miles of

the Delaware River near the Motiva Refinery (Figure 5.1). The total sediment PAH concentrations

presented in Figure 5.1 ranged from 1,770 to 2,960 ng/g dry weight at the downstream and upstream

sites (Stations DR10 and DR6 ) to 15,500 ng/g at Station DR5 below the C and D Canal. PAH

concentrations near the Refinery (Stations DR1, DR2 and DR7) ranged from 3,160 to 5,450 ng/g.

These PAH data from the 1999 sampling show that the spatial area potentially impacted by the

Motiva Refinery was well bounded up and down river. However, additional PAH characterizations

in sediment were still needed between the most upstream (DR10) and downstream (DR6) sites to

confirm that potentially toxic areas were not missed. PAH characterizations on the mud flat south

of the discharge canal and extending beyond the discharge canal across the river to Pea Patch Island

and beyond were specifically needed. The spatially expanded sampling was also conducted to

A 00209

determine if more appropriate reference areas (other than DR9, DR10 and DR6) exist. Factors such as salinity and comparable habitat were considered when selecting potential reference sites. The dye study results described in detail in Section 4 were also used as guidance for selecting sample sites.

Sediment samples were collected from 53 sites in the vicinity of the Motiva Refinery during August of 2000 (Figures 5.2 a and b). Dr. Robert Livingston of Florida State University assisted the University of Maryland in the selection of sample sites. Sediment samples were collected at each site using a petite Ponar grab sampler; only the first 2 to 5 cm of surficial sediment were used for chemical analysis. The general sediment collection, handling and storing procedures described in Hall et al. 1991 were used. All sediment samples were analyzed for PAHs, total organic carbon (TOC) and grain size distributions as described in Appendix B. PAHs were fingerprinted as described in Section 7 to identify PAH assemblages possibility associated with Motiva and non-Motiva sources. Targeted sampling was generally conducted to select sites that were predominately silt/clay sediment to maximize PAH concentrations. However, a few sediment samples were also collected in sandy areas.

The PAH, TOC and grain size distribution data were displayed on a map of the study area using GIS methods. PAHs were also analyzed as a distribution of exposure data using methods described in Hall et al 1999. A 90th percentile value (a standard exposure benchmark) was determined for the data set. The 90th percentile value developed from a distribution of PAH values is a value that is only exceeded 10% of the time.

## 5.3 Results

Total PAH concentrations, TOC and grain size distributions for the 53 Delaware River sites are presented in Table 5.1 and Figures 5.3 a - d. The mean total PAH concentrations for all 53 sites

A00210

was 5,978 ng/g dry weight. Total PAH concentrations ranged from 108 ng/g at site DR69 to 30,886 ng/g at site DR67. The percent sand content at both the high and low PAH sites was similar (35 and 37% sand). Higher concentrations of PAHs in sediment generally occurred downstream of the Motiva Refinery. The region with the highest PAH concentrations (9,343 to 30,886 ng/g) was below the C and D canal near the 1999 Station DR5. The PAH concentrations at Sites DR61 and DR62 on the east side of the river were higher than expected (16,019 and 18,618 ng/g). Two of the highest three concentrations occurred in this area. Based on the results from the dye study (Section 4) and PAH fingerprinting (Section 7), it is highly unlikely that the PAHs from these two sites are related to Motiva's effluent. Total PAHs in the discharge canal and within ~ 1.5 miles of the canal were all less that 6,000 ng/g. The highest values near the discharge canal but on the other side of the channel were 9,282 ng/g (Station DR51), 12,386 ng/g (Station DR56) and 14,731 ng/g (Station DR53). The 90 percentile for the distribution of total PAH concentrations for all sites was 15,493 ng/g (Figure 5.4).

The mean % TOC for all sites was 2.41% with values ranging from 0.89 % at DR57 to 6.46 % at DR65 (Table 5.1). The mean % sand and % silt/clay for all sites was 34 and 66%, respectively. Percent sand ranged from 11.9 % at DR83 to 93.8% at DR21. As would be expected, the percent silt/clay was lower at site DR21 (6.2%) and higher at DR83 (88.1%).

Stations selected for Triad sampling in the spring and summer of 2001 and 2002 with corresponding rationale are listed below. The locations of the various stations are presented in Figures 5.2a and 5.2b.

Station DR1 (1999 site) - This station is located in the Refinery discharge canal near the 001 outfall. Based on 1999 results, PAH concentrations exceeded ERL values, sediment toxicity was reported and benthic communities were highly degraded.

5-3

AC0211

Station DR2 (1999 site) - This station is located south of the refinery discharge canal a few hundred meters downstream in the Delaware River. The 1999 data showed the following: total PAHs exceeded the ERL; sediment toxicity was reported and benthic communities were highly degraded.

Station DR23 (2000 site) - This station is south of Station DR2 and is located on the mudflat area (69% silt/clay) between the discharge canal and the intake canal. Total PAH concentrations exceeding ERL values were reported.

Station DR51 (2000 site) - This station is located east of Station DR23. Total PAH concentrations exceeding ERL values were reported.

Station DR52 (2000 site) - This station is located south of Station DR51. Total PAH concentrations exceeding ERL values were reported. This station was sampled by Skidaway Institute of Oceanography (Skidaway) for their long-term coring studies in October of 2000 (see Section 9).

Station DR53 (2000 site) - This station is located south of Station DR52. PAH concentrations exceeding ERLs were reported (14,731 ng/g). This was the 6th highest concentration reported during the August 2000 sampling.

Station DR55 (2000 site) - This station is located south of station DR53. PAH concentrations exceeding ERLs were reported during August of 2000.

Station DR67 (2000 site) - This station is located south of the C and D Canal and is very close to Station DR5 (the 1999 site with the highest PAH concentrations and reported sediment toxicity). The total PAH concentrations at this site (30,886 ng/g) were the highest reported during the August 2000 sampling.

Station DR68 (2000 site) - This station is located south of station DR67. PAH concentrations exceeding ERL values were reported at this site. Note this site is also close to Station DR5 which was sampled in 1999. This site was sampled by Skidaway for the long-term coring (see Section 9).

Station DR83 (2000 site) - This site is located south of Station DR68. PAH concentrations exceeding ERLs were reported at this site; these concentrations were similar to those reported at Station DR5 in 1999. The % silt/clay (88%) was highest of any station sampled in August of 2000. Triad sampling at this site would provide more spatial coverage of the area with the highest PAH concentrations.

Station DR26 (2000 site) - This station is located north of the effluent canal (near station DR7 sampled in 1999). Degraded benthic communities were reported at Station DR7 in 1999. Total PAH concentrations exceeding ERL values were reported from the August 2000 sampling.

Station DR56 (2000 site) - This station is located northeast of Station DR26. PAH concentrations exceeding ERL values (12, 386 ng/g) were reported during August 2000.

A00212

Station DR45 (2000 site) - This station is located north of Station DR26. Total PAH concentrations exceeding ERLs were reported in August 2000.

Station DR9B (1999 and 2000 site) - This station is located northeast of Station DR45. This site will serve as a reference site because dye studies showed that Motiva's PAHs should be minimal, total PAHs are below ERLs based on 1999 and 2000 sampling and benthic communities were relatively healthy based on 1999 results. This site was sampled by Skidaway for the long-term coring studies (see Section 9).

Station DR10 (1999 sampling) - This station is located north of Station DR9B. This site will also serve as a reference because dye studies showed that Motiva's PAHs should be minimal, total PAHs are below ERLs based on 1999 sampling and benthic communities were relatively healthy based on 1999 results.

## 5.4 References

Hall, L.W. Jr. 2000. Letter from L.W. Hall, Jr. to Bert Molina dated October 18, 2000.

Hall, L.W. Jr., J.M. Giddings, K.R. Solomon and R.Balcomb. 1999. An ecological risk assessment
for the use of the Irgarol 1051 as an algaecide for antifouling paint. *Critical Reviews Toxicol*ogy 29:367-437.

Hall, L.W. Jr., M.C. Ziegenfuss, S. A. Fisher, R. W. Alden III., E. Deaver, J. Gooch and N. Debert-
Hastings. 1991. A pilot study for ambient toxicity testing in Chesapeake Bay. Volume 1 -
Year 1 Report. CBP/TRS 64/91. Chesapeake Bay Program Office, USEPA, Annapolis, MD.

AG0213

Table 5.1  Total PAHs (ng/g dry wt.), TOC and grain size data from the 53 sites sampled during the mid-field study. Coordinates for each site are also presented.

| Date | Time | Station ID # | Total PAH | % TOC | % Sand | % Silt/Clay | Depth (ft.) | Latitude dd mm.mmm | Longitude dd mm.mmm |
|------|------|------|------|------|------|------|------|------|------|
| 8/22/00 | 1045 | 69 | 108 | 3.05 | 34.8 | 65.2 | 4 | 39 31.549 | 75 34.189 |
| 8/22/00 | 1559 | 21 | 664 | 1.13 | 93.8 | 6.2 | 5 | 39 35.860 | 75 36.565 |
| 8/23/00 | 1231 | 57 | 1102 | 0.89 | 62.3 | 37.6 | 9 | 39 37.130 | 75 35.965 |
| 8/22/00 | 1503 | 33 | 1487 | 1.26 | 62.9 | 37.0 | 5 | 39 35.703 | 75 36.142 |
| 8/22/00 | 1416 | 25 | 1901 | 1.30 | 31.0 | 69.0 | 5 | 39 35.346 | 75 35.878 |
| 8/22/00 | 1520 | 32 | 2071 | 1.44 | 28.8 | 71.2 | 4 | 39 35.867 | 75 36.299 |
| 8/22/00 | 1657 | 30 | 2094 | 1.35 | 29.8 | 70.2 | 7 | 39 36.762 | 75 36.641 |
| 8/22/00 | 1405 | 36 | 2110 | 2.33 | 20.8 | 79.1 | 8 | 39 34.694 | 75 35.057 |
| 8/22/00 | 1444 | 49 | 2175 | 1.63 | 36.2 | 63.8 | 9 | 39 35.575 | 75 36.028 |
| 8/22/00 | 0902 | 66 | 2210 | 1.56 | 34.0 | 66.0 | 8 | 39 33.135 | 75 33.852 |
| 8/23/00 | 1146 | 9B | 2264 | 1.26 | 64.3 | 35.7 | 9 | 39 37.933 | 75 35.053 |
| 8/23/00 | 1217 | 82 | 2392 | 1.01 | 68.0 | 32.0 | 20 | 39 37.985 | 75 35.569 |
| 8/23/00 | 1056 | 78 | 2443 | 1.29 | 30.3 | 69.6 | 12 | 39 36.202 | 75 35.409 |
| 8/22/00 | 1648 | 50 | 2448 | 1.84 | 30.9 | 69.1 | 7 | 39 36.548 | 75 36.458 |
| 8/22/00 | 1747 | 81 | 2666 | 1.09 | 59.3 | 40.7 | 20 | 39 37.545 | 75 35.796 |
| 8/22/00 | 1626 | 34 | 2678 | 2.08 | 27.5 | 72.5 | 6 | 39 36.181 | 75 36.453 |
| 8/22/00 | 1729 | 47 | 2822 | 2.39 | 28.0 | 72.0 | 9 | 39 37.766 | 75 36.157 |
| 8/22/00 | 1429 | 24 | 2826 | 3.10 | 39.1 | 60.9 | 4 | 39 35.477 | 75 36.056 |
| 8/22/00 | 1055 | 74 | 3078 | 2.07 | 15.6 | 84.4 | 12 | 39 31.073 | 75 34.275 |
| 8/22/00 | 1638 | 28 | 3123 | 2.71 | 26.4 | 73.6 | 6 | 39 36.382 | 75 36.653 |
| 8/23/00 | 0956 | 77 | 3197 | 1.24 | 39.2 | 60.8 | 7 | 39 35.391 | 75 34.868 |
| 8/21/00 | 1418 | 64 | 3448 | 2.64 | 39.1 | 60.9 | 8 | 39 35.788 | 75 36.847 |
| 8/23/00 | 1133 | 80 | 3564 | 1.55 | 41.8 | 58.2 | 14 | 39 37.366 | 75 35.427 |
| 8/22/00 | 1711 | 42 | 3615 | 2.63 | 22.6 | 77.4 | 7 | 39 37.135 | 75 36.634 |
| 8/23/00 | 1108 | 79 | 3648 | 1.27 | 27.6 | 72.5 | 17 | 39 36.543 | 75 35.568 |
| 8/22/00 | 1612 | 22 | 3751 | 3.37 | 31.3 | 68.7 | 5 | 39 35.730 | 75 36.402 |
| 8/23/00 | 0918 | 76 | 4068 | 1.56 | 39.6 | 60.5 | 8 | 39 34.793 | 75 33.892 |
| 8/21/00 | 1357 | 63 | 4086 | 3.62 | 34.0 | 65.9 | 9 | 39 35.804 | 75 36.802 |
| 8/22/00 | 1547 | 26 | 4260 | 2.74 | 31.2 | 68.9 | 4 | 39 36.027 | 75 36.654 |
| 8/23/00 | 0933 | 54 | 4417 | 1.84 | 31.8 | 68.2 | 11 | 39 34.849 | 75 34.300 |
| 8/22/00 | 1533 | 31 | 4455 | 2.18 | 27.2 | 72.9 | 5 | 39 36.004 | 75 36.424 |
| 8/22/00 | 1343 | 38 | 4527 | 2.51 | 14.2 | 85.8 | 5 | 39 34.427 | 75 34.703 |
| 8/22/00 | 1720 | 45 | 4655 | 2.69 | 20.6 | 79.3 | 8 | 39 37.455 | 75 36.395 |
| 8/23/00 | 1017 | 52 | 4786 | 2.31 | 28.8 | 71.3 | 14 | 39 35.538 | 75 35.434 |
| 8/21/00 | 1439 | 65 | 5033 | 6.46 | 33.4 | 66.5 | 3 | 39 35.747 | 75 36.886 |
| 8/23/00 | 1122 | 59 | 5185 | 1.18 | 42.5 | 57.5 | 17 | 39 36.894 | 75 35.608 |
| 8/22/00 | 1329 | 40 | 5629 | 2.75 | 24.0 | 75.9 | 6 | 39 34.184 | 75 34.329 |
| 8/23/00 | 0910 | 55 | 5753 | 2.15 | 30.7 | 69.3 | 14 | 39 34.506 | 75 33.709 |

A00214

Table 5.1 - continued.

| Date | Time | Station ID # | Total PAH | % TOC | % Sand | % Silt/Clay | Depth (ft.) | Latitude dd mm.mmm | Longitude dd mm.mmm |
|------|------|------|------|------|------|------|------|------|------|
| 8/22/00 | 1452 | 23 | 5999 | 2.48 | 31.6 | 68.5 | 4 | 39 35.598 | 75 36.240 |
| 8/22/00 | 1109 | 75 | 6138 | 2.18 | 37.5 | 62.6 | 11 | 39 30.602 | 75 34.414 |
| 8/23/00 | 1046 | 60 | 7320 | 3.17 | 19.2 | 80.9 | 7 | 39 35.801 | 75 35.163 |
| 8/22/00 | 0959 | 5B | 9062 | 2.84 | 17.1 | 82.9 | 13 | 39 32.431 | 75 33.877 |
| 8/23/00 | 1030 | 51 | 9282 | 2.85 | 30.5 | 69.5 | 14 | 39 36.022 | 75 35.808 |
| 8/22/00 | 0913 | 71 | 9343 | 2.40 | 28.8 | 71.2 | 18 | 39 32.892 | 75 33.809 |
| 8/22/00 | 0941 | 72 | 12111 | 3.28 | 31.7 | 68.3 | 10 | 39 32.250 | 75 33.797 |
| 8/23/00 | 1245 | 56 | 12386 | 2.14 | 31.0 | 69.0 | 11 | 39 36.570 | 75 35.928 |
| 8/22/00 | 1125 | 83 | 13342 | 3.28 | 11.9 | 88.1 | 19 | 39 30.563 | 75 34.307 |
| 8/23/00 | 0946 | 53 | 14731 | 3.71 | 20.6 | 79.4 | 11 | 39 35.182 | 75 34.901 |
| 8/22/00 | 1012 | 68 | 15072 | 3.96 | 24.9 | 75.1 | 11 | 39 32.023 | 75 33.816 |
| 8/22/00 | 1025 | 73 | 15789 | 4.70 | 26.4 | 73.6 | 15 | 39 31.743 | 75 33.886 |
| 8/21/00 | 1603 | 61 | 16019 | 4.54 | 36.6 | 63.4 | 20 | 39 36.246 | 75 33.737 |
| 8/21/00 | 1625 | 62 | 18618 | 3.70 | 33.0 | 67.0 | 14 | 39 35.075 | 75 32.761 |
| 8/22/00 | 0926 | 67 | 30886 | 2.78 | 37.0 | 62.9 | 11 | 39 32.586 | 75 33.827 |
| Mean | | | 5978 | 2.41 | 34.0 | 66.0 | 10 | | |

A00215

Figure 5.1  Delaware River sampling sites and total sediment PAH values (ng/g dry wt.) from 1999 summer sampling.



A00216

Figure 5.2a   Sites (northern panel) sampled in August of 2000 have numbers greater than 10 (with the exception of 9B).  All sites sampled in 1999 have triangle designations.



A00217

Figure 5.2b   Sites (southern panel) sampled in August of 2000 have numbers greater than 10 (with the exception of 5B). All sites sampled in 1999 have triangle designations.



A00218

Figure 5.3a  Delaware River mid-field sampling sites (north panel) with associated total PAHs (P) in ng/g dry wt., % TOC (C) and % sand (S) data.

A00219

Figure 5.3b  Delaware River mid-field sampling sites (west panel) with associated total PAHs (P) in ng/g dry wt., % TOC (C) and % sand (S) data.



A00220

Figure 5.3c  Delaware River mid-field sampling sites (east panel) with associated total PAHs (P) in ng/g dry wt., % TOC (C) and % sand (S) data.



A00221

Figure 5.3d  Delaware River mid-field sampling sites (south panel) with associated total PAHs (P) in ng/g dry wt., % TOC (C) and % sand (S) data.



A00222

Figure 5.4  Probabalistic distribution of total PAH concentrations for all sites with a calculated 90th percentile value.



A00223

This page was
intentionally left
blank.

A 00224

## SECTION 6

## TRIAD SAMPLING

### 6.1 General Description

The Sediment Quality Triad (Triad) is a well established " weight of evidence" approach used to integrate chemistry, toxicity testing and biological observations to determine pollution-induced degradation (Chapman et al., 1987; Long, 1989; Chapman, 1996; among others). Specifically, the Triad involves three separate components, each of which comprise one or more measurement endpoints: sediment chemistry analyses which measure contaminants that contribute to exposure; laboratory toxicity tests which measure effects of sediment collected in the study area under standardized conditions and biological community assessments (typically benthos) which are used to measure the status of resident communities. All three lines of evidence and their associated interrelationships are used to identify potential degradation in aquatic systems. The Triad approach was specifically used in the present study to determine potential impacts of PAH contamination on aquatic biota in the Delaware River resulting from exceedences of Motiva's discharges.

Triad sampling specifically included the following three components: (1) contaminant exposure characterizations in sediment; (2) sediment toxicity tests and (3) benthic community assessments. These assessments were conducted at the 15 study sites in the Delaware River during the spring and summer of 2001 and 2002 as described in Section 5 (See Figure 6.1). Note that the Delaware River site (DR1) is located in the discharge canal of the Refinery. A description of each component of the Triad, including results, is presented below.

### 6.2 Objective of Chemical Characterizations

The objective of this task was to measure PAHs, chlorinated pesticides, PCBs, bulk and

6-1

A 00225

SEM metals, grain size and various pore water/sediment parameters from five replicate sediment samples collected from 15 sites in the Delaware River during the spring and summer of 2001 and 2002 (see Appendix B).

### 6.2.1 Methods

A 100 m x 100 m grid was established at each station described in Section 5. Five random locations within each grid were selected for collecting 5 replicate sediment samples with a standard Ponar grab sampler (volume of 8.2 L). For the discharge canal, the grid configuration was modified to include a rectangle of the same area ($10,000 \text{ m}^2$) since the discharge canal is not 100 m wide. The full suite of chemical analyses described in Appendix B was conducted on each replicate sediment sample collected from each site. Each replicate was retained in a separate container for the chemical analyses and sediment toxicity tests described in Section 6.3; contaminants were evaluated concurrently with toxicity tests. Benthic communities were also evaluated on replicates as described in Section 6.4. Quantification of the contaminants (described above) in the sediment provides valuable insights if high concentrations of potentially toxic contaminants are observed in conjunction with biological effects or impaired benthic communities.

Battelle Duxbury Laboratory (Battelle), Duxbury, Massachusetts, measured the Western States Petroleum Association (WSPA) list of PAHs for parent and isomer-specific 2 through 6 ring compounds (Appendix B). To aid in confident identification of the nature and source of PAH assemblages in sediment (petrogenic versus pyrogenic), the distribution of parent and alkyl homologue PAHs listed in Appendix B were also analyzed. Analysis of the parent and alkyl homologue PAHs provided a useful way to represent the broad distribution of unsubstituted and $C_1$ to $C_4$ alkyl homologues of PAHs in the environment. This representation is more diagnostic than

AC0226

selected isomers because it provides a wider spectrum of compositional information than the compound-specific target analytes (see Section 7). Battelle measured these compounds in sediment using gas chromatography/mass spectrometry (GC/MS) techniques following Battelle SOP 5-157 *Identification and Quantification of Polynuclear Aromatic Hydrocarbons by Gas Chromatography/Mass Spectrometry* (Modified SW 846 Method 8270; see Appendix B for description of method). The categories of hydrocarbons generated from this analysis were as follows: seleted cyclic hydrocarbons (decalins through benzo(b)thiophenes), total PAHs with alkyl homologues [including both low molecular weight (LMW) PAHs with 2 and 3 aromatic rings and high molecular weight (HMW) PAHs with 4 to 6 aromatic rings], PAH isomers and total analytes.

Chlorinated pesticides and PCBs identified as priority pollutants by EPA and target compounds of the NOAA Status and Trends Program were also measured by Battelle (Appendix B). Samples were measured for the organics using a GC equipped with an electron capture detector (ECD) following procedures described in Battelle SOP 5-128 *Identification and Quantification of Polychlorinated Biphenyls (by Conger and Aroclor) and Chlorinated Pesticides by Gas Chromatography/Electron Capture Detection* (Modified SW846 Method 8081; see Appendix B for description of method).

Bulk metals analyses were performed by Battelle, on all sediment samples using ICP/MS and cold vapor for mercury (Appendix B). Specific methods and detection limits are presented in Appendix B. In addition, acid volatile sulfides (AVS) and simultaneously extractable metals (SEM) were also measured by Battelle on all sediment samples as described in Appendix B using the method described by Allen et al. (1991). The concentrations of the SEMs were determined by the same analytical methods as bulk metals (see Appendix B). The concentrations were converted to

A00227

μmoles/g dry weight sediment and summed to yield total SEM. For all SEM metals that were below the detection limit, the detection limit was used as the assigned value when calculating final total SEM. SEM results were used in conjunction with the AVS data to estimate the potential toxicity of the sediment due to metals.

Sediment samples were also analyzed by Battelle or Battelle subcontractors for total organic carbon (TOC), ammonia-N, nitrite-N and sulfides occurring in sediment and pore water (Appendix B). Sediment grain size and distribution (between 0.4 and 2,000 $\mu$m) were determined on all five replicates at each site (Appendix B).

Concentrations of PAHs (total, LMW and HMW), pesticides, PCBs and bulk metals were compared with Sediment Quality Guidelines (SQG) to predict concentrations of potential ecological concern. Sediment concentrations of the above classes of contaminants were compared to the 10% threshold of effects, Effects Range Low (ERL) values, and the 50% probability of effects, Effects Range Median (ERM) values, established by Long et al. (1995) and reported by Buchman (1999) in the NOAA SQUIRT tables. These ERL and ERM values are well accepted guidelines based on correlations between toxicity data and measured concentrations from large data sets (Long et al., 1995).

### 6.2.2 Results and Discussion

Chemical data collected during the spring (April and May) and summer (August) of 2001 and 2002 are summarized below by sampling period and type of chemical.

#### 6.2.2.1 Spring 2001 PAH Data

Total PAH concentrations expressed as a mean of 43 analytes for the five replicates at each site ranged from 1,242 ng/g dry weight sediment at site DR10 (reference site) to 16,658 ng/g at

A00228

DR67 (Table 6.1). The same spatial trend, lowest concentrations at DR10 and highest concentrations at DR67, was also found for selected cyclic hydrocarbons, PAH isomers, and total analytes (Table 6.1). Variability of PAHs by replicate was low to moderate for most of the sites (Table 6.1). In some cases variability in grain size among replicates (see Section 6.2.2.4) was a likely factor influencing the PAH concentrations. For example, replicate 1 at site DR2 had a much higher PAH concentration than the other four replicates and a lower % sand content.

A conservative comparison of the 43 parent PAHs and alkyl homologues measured during this study with exceedences of various NOAA toxicity benchmarks (Buchman, 1999) in Table 6.1 showed the following: (1) mean total PAHs exceeded the ERL value of 4,022 ng/g at 9 of the 15 Delaware River sites; (2) mean total LMW PAHs exceeded the ERL value of 552 ng/g at all sites except DR10 and the ERM value of 3,160 ng/g was exceeded at five sites and (3) mean total HMW PAHs exceeded the ERL value of 1,700 ng/g at 11 sites. Exceedences for total PAHs in the various categories described above are bias because the total PAH values were based on 43 different parent PAHs and alkyl homologues in contrast to the NOAA benchmarks that are based on only 13 PAHs. A summary of exceedences in Table 6.2 based on the 13 PAH analytes used by NOAA resulted in the following: (1) the mean total PAH ERL was only exceeded at one site (DR67); (2) mean total LMW PAHs exceeded the ERL at seven sites (DR56, DR52, DR53, DR55, DR67, DR68 and DR83) and (3) mean total HMW PAH exceeded the ERLs at three sites (DR53, DR67 and DR68). There were no exceedences of ERM values for total, LMW or HMW PAHs.

Individual PAH ERLs were exceeded frequently for the LMW PAHs fluorene (mean values from DR45, DR56, DR26, DR51, DR52, DR53, DR55, DR67, DR68 and DR83), naphthalene (mean values from DR56, DR52, DR53, DR55, DR67, DR68 and DR83), and 2-methylnaphthalene (mean

A00229

values from DR56, DR52, DR53, DR55, DR67, DR68 and DR83) (Table 6.2). Mean site value

ERLs were exceeded at six sites or less for acenaphthylene, acenaphthene, anthracene, phenanthrene,

benz(a)anthracene, chrysene, benzo(a)pyrene and dibenz(a,h)anthracene. There were no exceedences

of mean site individual PAH ERLs for fluoranthene or pyrene. Individual PAH ERM values were

not exceeded for any replicate at any site.

### 6.2.2.2 Spring 2001 Pesticide and PCB Data

Total mean pesticide concentrations at the 15 Delaware River sites ranged from 0 to 34.95

ng/g dry weight sediment (Table 6.3). Higher pesticide concentrations were reported upstream from

the Refinery discharge canal at sites DR51, DR26, DR45 and DR9B. Concentrations of total

pesticides were much lower at the downstream sites below DR55. Mean site concentrations of the

insecticide Dieldrin exceeded ERL values at 9 sites upstream from site DR53. Mean site

concentrations of 4,4'- DDD exceeded ERL values at DR9B, DR45, DR26, DR51, DR1 and DR23.

ERL values for 4,4'- DDE were exceeded for mean site concentrations measured at DR9B, DR45,

DR26 and DR23. Mean site concentrations of 4,4'-DDT exceeded ERL values at DR9B, DR45 and

DR23. The ERM value for 4,4'-DDT was also exceeded at DR9B.

Total mean PCB concentrations ranged from 0.01 to 503.29 ng/g at the 15 study sites (Table

6.3). High total PCB concentrations were found both upstream (DR56, DR45 and DR26) and

downstream (DR52 and DR53) of the Refinery discharge canal. The total mean PCB concentration

of 503.29 ng/g at DR53 was significantly higher than the other sites. Much lower concentrations of

total PCBs were generally reported at the four downstream sites (DR55, DR67, DR68 and DR83)

and the upstream site (DR10). Total mean PCB concentrations exceeded ERL values at DR45,

DR56, DR26, DR52 and DR53. Total mean PCB concentrations also exceeded the ERM value at

6-6

A00230

DR53.

### 6.2.2.3 Spring 2001 Metals Data

Concentrations of bulk metals exceeding ERL values in descending order by number of Delaware River sites were as follows: arsenic (14 sites), nickel (14 sites), mercury (11 sites), zinc (11 sites), chromium (9 sites), lead (9 sites), copper (8 sites) and cadmium (3 sites) (Tables 6.4 and 6.5). The only two metals to exceed ERM values were mercury and zinc. Exceedences for both of these metals generally occurred below the Motiva Refinery at DR52, DR53, DR67, DR68 and DR83 (Tables 6.4 and 6.5).

The analysis of total metal residues in sediments does not always provide definitive information about the potential bioavailability of the measured concentrations. Some investigators (DiToro et al., 1990 and 1992) believe that there are some components in the sediments that bind with certain metals such that they are no longer available and therefore not toxic to the benthic organisms. Sulfides in sediments have the ability to bind with divalent metals such as cadmium, copper, lead, mercury, nickel and zinc and may render these metals unavailable to the extent that sulfides are available. Sediments from the study area were analyzed for the amount of acid volatile sulfides (AVS) and for the amount of freely available divalent metals as simultaneously extractable metals (SEM). Assuming that the sulfides would bind with the metals on a 1:1 molar basis, dividing SEM by the amount of AVS would suggest that these metals are available when the ratio is greater than 1. However, there are other substances that can be found in the sediments that can bind with, and effectively prevent these and other metals from being toxic to *in-situ* benthic organisms and benthic test organisms used in sediment bioassays (e.g., organic carbon). Thus, it has been proposed that when the ratio is less than 1, no toxicity due to the SEM metals is likely. When the ratio is

A00231

greater than 1, toxicity due to the SEM metals may be possible. It is only when the ratio is much greater than 1 that toxicity due to any one of these metals becomes more likely.

Mean SEM/AVS ratios for all Delaware River sites ranged from 0.18 at DR23 to 6.23 at DR55 (Table 6.6). Approximately one/third of all replicates at all sites had SEM/AVS ratios greater than 1. Most of these SEM/AVS ratios for the replicates ranged between 1 and 2. Stations DR53 and DR2 were the only sites with all SEM/AVS ratios greater than 1 for all replicates. The highest SEM/AVS ratios (24 to 25) were found in one replicate at both DR56 and DR55. For these replicates, toxicity due to metals is highly likely.

### 6.2.2.4 Spring 2001 Grain Size Data

The mean percent sand, silt and clay for all 15 Delaware River study sites combined was 38.4, 49.4 and 12.3 %, respectively (Table 6.7). The mean percent sand ranged from 19.5 at DR83 to 84.6 at DR2. Percent silt ranged from 12.7 at DR2 to 63.8 at DR45. The percent clay ranged from 2.7 at DR2 to 19.3 at DR83. Variability in grain size distributions among replicates was generally low for all sites except DR51, DR1 and DR2. At DR51, a lower percent sand (49-52%) was found in replicates 1 and 2 when compared with the other three replicates (82 to 95% sand). Replicate 1 at DR1 contained a higher percent sand (79%) than the other 4 replicates (32 to 48%). Replicate 1 at DR2 also had 56% sand while the other 4 replicates had 87 to 95% sand.

### 6.2.2.5 Spring 2001 Porewater/Sediment Parameter Data

A summary of the porewater/sediment parameter data in Table 6.8 showed that mean sulfide concentrations ranged from 51 to 392 mg/kg dry weight sediment; mean ammonia concentrations ranged from 0.9 to 11.9 mg/kg; and mean nitrate + nitrite concentrations ranged from 5 to 5.8 mg/kg (Table 6.8). Mean concentrations for sulfide, ammonia and nitrate + nitrite at all Delaware River

A00232

sites were 159, 5.6 and 5.1 mg/kg, respectively. Total organic carbon ranged from 1.18% at station DR51 to 4.48% at DR68. The mean total organic carbon for all Delaware River sites was 3.1%.

### 6.2.2.6 Summer 2001 PAH Data

Total PAH concentrations expressed as a mean of 43 analytes for the five replicates at each site ranged from 2,678 ng/g dry weight sediment at site DR23 to 22,403 ng/g at DR67 (Table 6.9). The same spatial trend, lowest concentrations at DR23 and highest concentrations at DR67, occurred for total analytes (Table 6.9). Variability of PAHs by replicate was found at DR10, DR56, DR51, DR2, DR55 and DR67. Differences in grain size among replicates (see Section 6.2.2.9) was a likely contributing factor influencing these variable PAH concentrations. For example, replicate 1 at site DR10 had a much lower total PAH concentration than the other four replicates and a higher % sand content (a grain size less likely to absorb PAH concentrations).

The 43 parent PAHs and alkyl homologues measured during this study in Table 6.9 were compared in a conservative format with exceedences of various NOAA toxicity benchmarks (Buchman, 1999). The following results were found: (1) mean total PAHs exceeded the ERL value of 4,022 ng/g at 10 of the 15 Delaware River sites; (2) mean total LMW PAHs exceeded the ERL value of 552 ng/g at all sites and the ERM value of 3,160 ng/g was exceeded at six sites and (3) mean total HMW PAHs exceeded the ERL value of 1,700 ng/g at all sites. Exceedences for total PAHs in the various categories described above are bias because the total PAH values were based on 43 different parent PAHs and alkyl homologues in contrast to the NOAA benchmarks that are based on only 13 PAHs. A summary of exceedences in Table 6.10 based on the 13 PAH analytes used by NOAA resulted in the following: (1) the mean total PAH ERL was exceeded at DR67, DR68 and DR83; (2) mean total LMW PAHs exceeded the ERL at DR56, DR52, DR53, DR55,

A00233

DR67, DR68 and DR83 and (3) mean total HMW PAH exceeded the ERLs at DR67, DR68 and DR83. There were no exceedences of ERM values for mean total, LMW or HMW PAHs.

Individual PAH ERLs were exceeded frequently for the LMW PAHs fluorene (mean values from DR10, DR9B, DR45, DR56, DR26, DR51, DR1, DR23, DR52, DR53, DR55, DR67, DR68 and DR83), 2-methylnaphthalene (mean values from DR45, DR56, DR1, DR52, DR53, DR55, DR67, DR68 and DR83), naphthalene (mean values from DR56, DR52, DR53, DR55, DR67, DR68 and DR83) and acenaphthene (DR56, DR52, DR53, DR55, DR67, DR68 and DR 83) (Table 6.10). Mean site value ERLs were exceeded at six sites or less for acenaphthylene, anthracene, phenanthrene, fluoranthene, pyrene, benz(a)anthracene, chrysene, benzo(a)pyrene and dibenz(a,h)anthracene. There was at least one exceedence of a mean site individual PAH ERL for all 13 PAHs listed in Table 6.10. Individual PAH ERM values were rarely exceeded (three cases) for any replicate at any site.

### 6.2.2.7 Summer 2001 Pesticide and PCB Data

Total mean pesticide concentrations at the 15 Delaware River sites ranged from 0 to 391 ng/g dry weight (Table 6.11). Higher pesticide concentrations were found upstream from the Refinery discharge canal at sites DR51, DR26, DR45 and DR9B; total pesticide concentrations were not detected at the downstream sites below DR55. Mean site concentrations of the insecticide Dieldrin exceeded ERL values at 10 sites upstream from site DR55. Mean site concentrations of 4,4'-DDD exceeded ERL values at DR9B, DR45, DR26, DR51, DR1, DR2, DR23, DR52 and DR53. ERL values for 4,4'-DDE were exceeded for mean site concentrations measured at DR9B, DR45, DR26, DR1 and DR23. Mean site concentrations of 4,4'-DDT exceeded ERL values at DR51. The ERM value for 4,4'-DDT was also exceeded at DR51. One replicate value from this site was significantly

A00234

greater than the other four replicates.

Total mean PCB concentrations ranged from 0.45 to 531.1 ng/g at the 15 study sites (Table 6.11). The highest total PCB concentrations were found between sites DR52 and DR53. The total PCB concentration of 531 ng/g at DR53 was significantly higher than the other sites. Much lower concentrations of total PCBs were generally reported at the four downstream sites (DR55, DR67, DR68 and DR83) and the upstream site (DR10). Total mean PCB concentrations exceeded ERL values at DR45, DR56, DR26, DR2, DR52 and DR53. Total mean PCB concentrations also exceeded the ERM value at DR52 and DR53.

### 6.2.2.8 Summer 2001 Metals Data

Concentrations of bulk metals exceeding ERL values in descending order by number of Delaware River sites were as follows: mercury (14 sites), arsenic (13 sites), nickel (13 sites), chromium (11 sites), zinc (11 sites), copper (10 sites), lead (9 sites) and cadmium (3 sites) (Tables 6.12 and 6.13). The only two metals to exceed ERM values were mercury and zinc. Exceedences of ERMs for both of these metals occurred concurrently at sites DR67 and DR68 below the Motiva Refinery (Tables 6.12 and 6.13). Exceedences of mercury ERMs were also reported at DR56 and DR83; exceedences for zinc occurred at DR52 and DR53.

As previously discussed in Section 6.2.2.3, analysis of total metal residues in sediments does not always provide definitive information about the potential bioavailability of the measured concentrations. Therefore, the use of SEM/AVS ratios is often used to determine the bioavailability of metals. When ratios are less than 1 toxicity due to SEM metals is unlikely. A ratio greater than 1 suggest that toxicity due to metal is possible. It is only when a ratio is much greater than 1 that toxicity of metals is likely.

6-11

A 00235

Mean SEM/AVS ratios for all Delaware River sites ranged from 0.20 at DR45 to 2.42 at DR68 (Table 6.14). The highest ratios (1.7 to 2.4) were found at sites DR53, DR55, DR67 and DR68. All of these sites were downstream of the Motiva Refinery. Approximately 60% of all replicates at all sites had SEM/AVS ratios less than 1. These data suggest that the toxicity due to metals is unlikely during the summer 2001 sampling period.

### 6.2.2.9 Summer 2001 Grain Size Data

The mean percent sand, silt and clay for all 15 Delaware River study sites combined was 37.1, 49.8 and 12.9 %, respectively (Table 6.15). The mean percent sand ranged from 16.7 at DR83 to 74.9 at DR2. Percent silt ranged from 16.9 at DR2 to 64.5 at DR83. The percent clay ranged from 3.6 at DR2 to 18.8 at DR83. Variability in grain size distributions among replicates was generally low for all sites except DR51 and DR2. The distance between these two sites is approximately 1 km (Figure 6.1). At DR51, a lower percent sand (37-39%) was found in replicates 1 and 4 when compared with the other 3 replicates (88-92% sand). Replicate 4 at DR2 also contained 67% sand while the other 4 replicates contained 82 to 90% sand.

### 6.2.2.10 Summer 2001 Porewater/Sediment Parameter Data

A summary of the porewater/sediment parameter data in Table 6.16 showed that mean sulfide concentrations ranged from 42 to 86 mg/kg dry weight sediment; mean ammonia concentrations ranged from 0.5 to 6.2 mg/kg; and mean nitrate + nitrite concentrations ranged from 5 to 7.1 mg/kg (Table 6.16). Mean concentrations for sulfide, ammonia and nitrate + nitrite at all Delaware River sites were 60, 2.2, and 5.4 mg/kg, respectively. Total organic carbon ranged from 1.3% at station DR51 to 7.0% at DR1. The mean total organic carbon for all Delaware River sites was 3.8%.

6-12

A00236

**6.2.2.11 Spring 2002 PAH Data**

Total PAH concentrations expressed as a mean of 43 analytes for the five replicates at each

site ranged from 1,475 ng/g dry weight sediment at site DR2 to 16,916 ng/g at DR67 (Table 6.17).

The same spatial trend - lowest concentration at DR2 and highest concentration at DR67 - was also

found for total analytes (Table 6.17). For six sites - DR10, DR51, DR1, DR2, DR53 and DR55 -

variability among replicates occurred for total PAH concentrations. Differences in grain size among

replicates was likely a factor contributing to these variable PAH concentrations. For example at

DR2, the highest total PAH concentration for any replicate (3,383 ng/g at replicate 3 in Table 6.17)

was reported concurrently with the lowest % sand for any of the replicates (52% at replicate 3 in

Table 6.23).

The 43 parent PAHs and alkyl homologues measured during this study in Table 6.17 were

compared in a conservative format with exceedences of various NOAA toxicity benchmarks

(Buchman, 1999). The following results were found: (1) mean total PAHs exceeded the ERL values

of 4,022 ng/g at eight of the 15 Delaware River sites; (2) mean total LMW PAHs exceeded the ERL

value of 552 ng/g at all sites except DR10 and the control; (3) the LMW PAH ERM value was also

exceeded at six sites and (4) mean total HMW PAHs exceeded the ERL value of 1,700 ng/g at eight

sites. The exceedences reported above for various categories of PAHs are highly bias because the

total PAH values were based on 43 different parent PAH and alkyl homologues in contrast to the

NOAA benchmarks that are based on only 13 different PAHs. A summary of exceedences in Table

6.18 based on the 13 PAH analytes used by NOAA resulted in the following: (1) the mean total

PAH ERL was exceeded at only one site (DR67); (2) mean total LMW PAH ERLs were exceeded

at DR56, DR52, DR53, DR55, DR67, DR68 and DR83 and (3) mean total HMW PAH ERLs were

A00237

exceeded at DR56, DR53, DR55, DR67, DR68 and DR83. There were no exceedences of ERM values for mean total, LMW or HMW PAHs.

Individual PAH ERLs were exceeded frequently for the LMW PAHs fluorene (mean values from DR45, DR56, DR1, DR52, DR53, DR55, DR67, DR68 and DR83), acenaphthene (mean values from DR56, DR52, DR53, DR55, DR67, DR68 and DR83), naphthalene (mean values from DR56, DR52, DR53, DR55, DR67, DR68 and DR83), and 2-methlynaphthalene (mean values from DR56, DR52, DR53, DR55, DR67, DR68 and DR83) (Table 6.18). Mean site value ERLs were exceeded at seven sites or less for acenaphthylene, anthracene, phenanthrene, fluoranthene, pyrene, benz(a)anthracene, chrysene, benzo(a)pyrene and dibenz(a,h)anthracene. For all 13 PAHs, the mean ERL value was exceeded for at least one site. All 13 PAH ERL values were exceeded at site DR67. Individual PAH ERM values were not exceeded for any replicate at any site.

### 6.2.2.12 Spring 2002 Pesticide and PCB Data

Total mean pesticide concentrations ranged from 0 at DR10, DR55, DR67 and DR83 to 24.1 ng/g dry weight sediment at DR45 (Table 6.19). Higher pesticide concentrations were generally found at sites upstream from the intake canal of the Refinery (sites north of DR23). Lower total pesticide concentrations were found at sites downstream from site DR52. Mean site concentrations of the insecticide Dieldrin exceeded ERL values at 10 sites. Mean site concentrations of 4,4'-DDD exceeded ERL values at DR9B, DR45, DR26 and DR23. ERL values for 4,4'-DDE were exceeded for mean site concentrations measured at DR9B, DR45, DR26, DR1 and DR23.

Total mean PCB concentrations ranged from 0 at DR10 to 422 ng/g at DR53 (Table 6.19). Total PCB concentrations exceeding ERM values were reported at DR53 and DR68. However, the five replicate PCB values reported at DR53 were more consistent (163 to 717 ng/g) than the

6-14

A00238

replicates reported at DR68 (10 to 809 ng/g). The total PCB values at site DR68 were significantly higher than values reported at this site during the spring and summer of 2001. Total PCB concentrations exceeding ERL values were also found at DR45, DR56, DR1, DR52, DR53, and DR68.

### 6.2.2.13 Spring 2002 Metals Data

Bulk metals concentrations exceeding ERL values in decending order by number of Delaware River sites were as follows: arsenic (15 sites), nickel (14 sites), mercury (11 sites), zinc (11 sites), lead (10 sites), copper (9 sites), chromium (8 sites) and cadmium (4 sites) (Table 6.20 and 6.21). Sites DR52, DR53, DR67 and DR68 had the highest number of ERL exceedences for the various bulk metals. The ERM values for both zinc and mercury were exceeded at five sites and two sites, respectively. At sites DR53 and DR68 the ERMs for both zinc and mercury were exceeded.

As previously discussed in Section 6.2.2.3, analysis of total metal residues in sediments does not always provide definitive information about the potential bioavailability of the measured concentrations. Therefore, the use of SEM/AVS ratios is often used to determine the bioavailability of metals. When ratios are less than 1 toxicity due to SEM metals is unlikely. A ratio greater than 1 suggest that toxicity due to metals is possible. It is only when a ratio is much greater than 1 that toxicity of metals is likely.

Mean SEM/AVS ratios for all Delaware River sites ranged from 0.28 at DR45 to 70.1 at DR51 (Table 6.22). The two highest SEM/AVS ratios (14 and 70) were observed at two sites (DR2 and DR51) near the Refinery. The highest SEM/AVS ratio found for any replicate for any site was 96.6 (replicate 1 at DR51). Approximately 40% of all replicates for the 15 sites had SEM/AVS

A 00239

ratios less than one. For these samples, toxicity due to metals is unlikely during the spring 2002 sampling period.

### 6.2.2.14 Spring 2002 Grain Size Data

The mean percent sand, silt and clay for all 15 Delaware River sites combined was 40.5, 46.9 and 12.5%, respectively (Table 6.23). The mean percent sand ranged from 16% at DR83 to 86.3% at DR51. Mean percent silt ranged from 10.7% at DR51 to 64.3% at DR26. The mean percent clay ranged from 3% at DR51 to 20.3% at DR83. The sites that showed the highest variability among replicates for all grain sizes were DR1 and DR2.

### 6.2.2.15 Spring 2002 Porewater/Sediment Parameter Data

The mean porewater/sediment parameter data in Table 6.24 for the 15 Delaware River sites showed that mean sulfide concentrations ranged from 38 to 166 mg/kg dry weight sediment, mean ammonia concentrations ranged from 1.0 to 18.4 mg/kg, mean nitrate + nitrite concentrations were consistently 5 mg/kg and mean percent TOC ranged from 0.72 to 6.58. The mean concentrations for sulfide, ammonia, nitrate + nitrite and TOC all Delaware River sites sampled in the Spring of 2002 were 64, 5.4, 5.0 mg/kg and 3.81%, respectively.

### 6.2.2.16 Summer 2002 PAH Data

Total PAH concentrations expressed as a mean of 43 analytes for the five replicates at each site ranged from 1,317 ng/g dry weight sediment at site DR2 to 14,537 ng/g at site DR83 (Table 6.25). A similar spatial trend was also observed for total hydrocarbon analytes. The lowest mean total analyte concentration (1,400 ng/g) was found at DR2 and the highest concentration occurred at DR83 (15,298 ng/g). Variability in total PAH concentrations among replicates was found at DR10, DR56, DR51, DR1 and DR83. A comparison of % sand with total PAH concentration by

6-16

A00240

replicate at sites DR51 and DR1 showed that the lowest total PAH concentrations occurred for the replicates with the highest % sand (Table 6.31).

The 43 parent PAH and alkyl homologues measured during this study in Table 6.25 were compared in a conservative format with exceedences of various NOAA toxicity benchmarks (Buchman, 1999). The following results were found: (1) mean total PAHs exceeded the ERL value of 4,022 ng/g at DR56, DR52, DR53, DR55, DR67, DR68 and DR83; (2) mean total LMW PAHs exceeded the ERL value of 552 ng/g at all 15 sites; (3) mean total LMW PAHs exceeded the ERM value 3,160 ng/g at DR56, DR53, DR67, DR68 and DR83 and (4) mean total HMW PAHs exceeded the ERL value of 1,700 ng/g at DR45, DR56, DR1, DR52, DR53, DR55, DR67, DR68 and DR83. The exceedences reported above for the various categories of PAHs are highly bias and overprotective because the total PAH values are based on 43 different parent PAH and alkly homologues in contrast to the NOAA benchmarks that are based on only13 different PAHs. A summary of exceedences in Table 6.26 based on the 13 PAH analytes used by NOAA results in the following: (1) mean total PAHs exceeded the ERL value of 4,022 ng/g at DR67, DR68 and DR83; (2) mean total LMW PAHs exceeded the ERL value of 552 ng/g at DR56, DR52, DR53, DR55, DR67, DR68 and DR83 and (3) the mean total HMW PAHs exceeded the ERL value of 1,700 ng/g at DR56, DR53, DR67, DR68 and DR83. There were no exceedences of ERM values for mean total, LMW or HMW PAHs.

Individual PAH ERLs were frequently exceeded for the LMW PAHs fluorene (mean values from DR45, DR56, DR26, DR51, DR23, DR52, DR53, DR55, DR67, DR68 and DR83), acenaphthene (mean values from DR56, DR52, DR53, DR55, DR67, DR68 and DR83), naphthalene (mean values from DR56, DR52, DR53, DR55, DR67, DR68 and DR83), anthracene (DR56, DR52,

6-17

A 00241

DR53, DR55, DR67, DR68 and DR83) and 2-methylnaphthalene (mean values from DR56, DR52, DR53, DR55, DR67, DR68 and DR83) (Table 6.26). Mean site value ERLs were exceeded at five sites or less for acenaphthylene, phenanthrene, ben[a]anthracene, chrysene, dibenz[a,h] anthracene, and pyrene. The only mean PAHs that did not exceed ERL values for any sites were benzo[a]pyrene and fluoranthrene. The ERLs for 10 individual mean PAHs were exceeded at DR67, DR68 and DR83. The ERM for 2-methylnapthalene was exceeded at replicate 4 at site DR83.

### 6.2.2.17 Summer 2002 Pesticide and PCB Data

Total mean pesticide concentrations ranged from 0.03 ng/g dry weight sediment at DR10 to 31.20 ng/g dry weight at DR45 (Table 6.27). Higher pesticide concentrations were generally found north of site DR26 (above the Refinery intake canal). Total pesticide concentration were generally low (≤2.7 ng/g) below site DR52. Mean site concentrations of dieldrin exceeded ERL values at DR9B, DR45, DR26, DR51, DR1, DR2, DR23, DR52 and DR53. Mean site concentrations of 4,4'-DDT exceeded ERL values at DR9B, DR45, DR26, DR1, DR23 and DR53. ERLs for mean site concentrations of 4,4'-DDD were exceeded at DR9B, DR45, DR26 and DR23. Mean site concentrations of 4,4'-DDE were exceeded at DR9B, DR45, DR26 and DR23.

Total PCB concentrations ranged from 0.12 ng/g dry weight at DR10 to 566 ng/g at DR53 (Table 6.27). Total mean PCB concentrations exceeded ERL values at DR45, DR26, DR52, DR53 and DR68. Total mean PCB concentration exceeded the ERM value at DR53. All replicates at DR53 exceeded the ERM value. Replicate 5 at DR68 exceeded the ERM value but the mean for all five replicates was below the ERM.

### 6.2.2.18 Summer 2002 Metals Data

Bulk metals concentrations exceeding ERL values in decending order by number of

A00242