Delaware River sites were as follows: arsenic (15 sites), nickel (12 sites), zinc (10 sites), mercury (9 sites), copper (7 sites), lead (6 sites), chromium (4 sites) and cadmium (1 site) (Tables 6.28 and 6.29). Sites DR56, DR52, DR53, DR67, DR68 and DR83 had the highest number of exceedences for the various bulk metals. The ERM values for both zinc (DR53) and mercury (DR68) were exceeded.

As discussed previously, the use of SEM/AVS ratios is often used to determine the bioavailability of metals. When ratios are less than 1, toxicity due to SEM metals is unlikely. A ratio greater than 1 suggests toxicity due to metals is possible. Toxicity is only likely when a ratio is much greater than 1.

Mean SEM/AVS ratios for all Delaware River sites ranged from 0.19 at DR9B to 2.59 at DR51 (Table 6.30). The highest ratios were generally found downstream from the refinery in the area from DR51 downstream to DR68. The highest SEM/AVS ratio found for any replicate for any site was 4.3 (replicate 2 at DR51). Approximately 63% of all replicates for the 15 sites had SEM/AVS ratios less than 1. Toxicity due to metals is unlikely during the summer of 2002 at these sites.

### 6.2.2.19 Summer 2002 Grain Size Data

The mean percent sand, silt and clay for all Delaware River sites combined was 37.1, 49.8 and 13.1 %, respectively (Table 6.31). The mean percent sand ranged from 15.8% at DR83 to 70.3% at DR2. The mean percent silt ranged from 24.4% at DR2 to 65.6% at DR26. The mean percent clay ranged from 5.3% at DR2 to 20.1% at DR83. The sites with the highest variability among replicates were DR51, DR1 and DR2.

### 6.2.2.20 Summer 2002 Porewater/Sediment Parameter Data

AC0243

The mean porewater/sediment parameter data in Table 6.32 for the 15 Delaware River sites showed that mean sulfide concentrations ranged from 42 to 158 mg/kg dry weight sediment, mean ammonia concentrations ranged from 1.8 to 17.8 mg/kg, mean nitrate + nitrite concentrations were consistently 5 mg/kg, and mean percent TOC ranged from 1.09 to 6.64. The mean concentrations for sulfide, ammonia, nitrate + nitrite and TOC for all Delaware River sites in the summer of 2002 were 65, 8.2, 5.0 mg/kg and 3.4%, respectively.

### 6.2.2.21 Temporal and Spatial Patterns for Chemical Characterizations

#### 6.2.2.21.1 Total PAHs

Mean total PAH concentrations for all 15 Delaware River sites sampled during the spring and summer of 2001 and 2002 showed somewhat higher concentrations in the summer of 2001 when compared with the other three sampling periods (Table 6.33). However, there were no statistically significant differences ($p < 0.05$) among mean total PAH concentrations for the four sampling periods. Temporal changes in total PAH concentrations by site were most pronounced for DR1. An increase occurred from the summer of 2001 to the spring of 2002 followed by a reduction in the summer of 2002. A increase in total PAHs of ~ 50% also occurred at DR83 from the spring to the summer of 2001.

Spatial patterns of total PAH concentrations presented in Table 6.33 for all four sampling periods showed higher mean concentrations at the three downstreams sites (DR67, DR68 and DR83). The highest concentrations of PAHs were consistently found at downstrean site DR67. The highest mean total PAH concentrations reported at the upstream sites near the Refinery were at DR56. The lowest mean total PAH concentrations were found at DR10, DR9B, DR51, DR2 and DR23.

PAHs associated with the Refinery effluent were primarily petrogenic 4-ring PAHs as

6-20

AC0244

described in detail in the fingerprinting section of this report (Section 7). The spatial scale of Motiva derived PAHs was limited to the discharge canal (DR1) and the near-field area near the Refinery (DR2, DR23 and DR26). The hydrodynamic model described in Section 4 shows that the highest concentrations of effluent occur in the discharge canal and near-field. The total mean PAH concentrations at these discharge canal and near-field sites are less than the downstream sites where background pyrogenic and diagenic PAHs are the dominant source (see Section 7).

### 6.2.2.21.2 Total Pesticides

Mean total pesticide concentrations for the Delaware River sites sampled during the spring and summer of 2001 and 2002 showed somewhat higher concentrations of mean total pesticides in the summer of 2001 when compared with the other three sampling periods (Table 6.34). A high total pesticide value found at DR51 during the summer of 2001 was an influential data point for this elevated seasonal value. Despite this high value, there was no statistical difference ($p < 0.05$) among the mean pesticide concentrations for the four sampling periods. Temporal changes by site were observed for DR9B (decrease from spring to summer of 2001), DR45 (decrease from summer of 2001 to spring 2002) and DR1 (increase from spring to summer of 2001 and a decrease from the spring to the summer of 2002).

Spatial patterns of mean total pesticide concentrations by site in Table 6.34 showed higher concentrations south of DR9B and north of DR53 (Figure 6.1). The highest total mean pesticide concentrations were found at DR51, DR45 and DR26. Total pesticide concentrations were generally much lower at the six downstream sites and upstream site DR10.

### 6.2.2.21.3 Total PCBs

Mean total PCB concentrations for the Delaware River sites sampled during the spring and

A 00245

summer of 2001 and 2002 were somewhat lower in the spring of 2001 when compared with the other three sampling periods (Table 6.35). However, there were no statistically significant differences (p<0.05) in mean PCB concentrations among the four sampling periods. A three-fold increase did occur in total PCB concentrations (influenced by one high replicate concentration) at DR2 from the spring to the summer of 2001; total PCB concentrations were similar to the spring concentrations at this site for the spring and summer of 2002. An 80-fold increase in total PCB concentrations occurred at DR68 from the summer of 2001 to the spring of 2002 followed by a three-fold decrease in the summer of 2002. Total PCB values at DR68 increased substantially from 2001 (4.8 ng/g dry weight) to 2002 (138 ng/g dry weight).

Spatial patterns of total mean PCB concentrations by site in Table 6.35 showed that the highest concentrations were consistently reported at DR53. The second highest mean value was reported approximately 1 km upstream from DR53 at DR52 (Figure 6.1). The third highest total PCB concentration was found at downstream site DR68. The lowest mean total PCB concentrations were found at upstream site DR10 and downstream site DR55.

### 6.2.2.21.4 SEM/AVS

The SEM/AVS ratio data for metals is often used to determine bioavailability as previously discussed. Therefore, this ratio was used to express potential metal toxicity to aquatic life (i.e., ratios much greater than 1 suggest toxicity due to metals). Mean total SEM/AVS ratios for the Delaware River sites sampled during the spring and summer of 2001 and 2002 indicated that a higher ratio may occur in the spring of 2002 (Table 6.36). However, this value was not statistically higher (p<0.05) than the mean SEM/AVS ratios for the other three sampling periods. A high ratio of 70 at DR51 was a significant factor influencing the high mean spring 2002 value during this

AC0246

period. A decrease in mean SEM/AVS ratios occurred from spring to summer of 2001 at DR9B, DR56 and DR55. An increase in SEM/AVS ratios occurred at DR51 and DR2 from the summer of 2001 to the spring of 2002.

Spatial patterns of mean SEM/AVS ratios in Table 6.36 showed highest ratios at DR51 (18.82), DR2 (4.65) and DR55 (3.72). The lowest mean SEM/AVS ratios (<1) were found at DR45, DR26, DR1 and DR23.

### 6.2.2.21.5 Grain Size

Mean grain size data (expressed as % sand) for the 15 Delaware River sites sampled in the spring and summer of 2001 and 2002 generally showed consistent grain size (37 to 41 % sand) for all four sampling periods (Table 6.37). Temporal comparisons by site showed a higher percentage in mean % sand at DR51 and DR1 from the summer of 2001 to the spring of 2002.

Spatial patterns by site in Table 6.37 showed highest mean % sand at DR2 and DR51. Both of these sites are ~1 km from each other near the Refinery effluent canal (Figure 6.1). The lowest mean % sand (highest % silt and clay) was found at downstream site DR83.

### 6.2.2.21.6 Porewater/Sediment Parameters

Temporal and spatial trends for mean sulfide, ammonia, nitrate + nitrite-N and % TOC measured during the spring and summer of 2001 and 2002 are presented in Table 6.38. Mean sulfide concentrations were approximately 60% higher in the spring of 2001 when compared with the other three sampling periods. Mean sulfide concentrations for the summer of 2001 and spring/summer 2002 were similar. Decreases in sulfide concentrations occurred from spring to summer of 2001 at all sites except DR2. The highest mean sulfide concentrations was found at DR26 (175 mg/kg) (near-field of the Refinery). The lowest concentration was found at DR55 (50 mg/kg).

Æ 00247

Temporal patterns of mean ammonia concentrations showed highest mean values in summer of 2002 (8.2 mg/kg) and lower values in summer of 2001 (2.2 mg/kg) (Table 6.38). Ammonia values generally increased at most sites between the spring of 2002 and the summer of 2002. The highest mean ammonia concentrations by site for all four sampling periods was found at DR1 (11.2 mg/kg); the lowest value was reported at DR67 (1.8 mg/kg).

Temporal patterns of mean nitrate + nitrite concentrations in Table 6.38 were consistent for all Delaware River sites sampled over the four sampling periods (~5 mg/kg). Mean site concentrations of nitrate + nitrite sampled over the four sampling periods were also consistent. The highest mean value was found at DR23 and DR68 (5.5 mg/kg); the lowest mean value (5.0 mg/kg) occurred at eight different sites.

Temporal patterns of mean % TOC ranged from 3.1% in the spring of 2001 to 3.8% during the summer of 2001 and summer of 2002 (Table 6.38). The highest mean % TOC concentration was found at DR1 (6.1 %); lowest mean concentration occurred at DR51 (1.1%).

### 6.3 Objective of Sediment Toxicity Tests

The objective of this task was to measure the toxicity of ambient Delaware River sediment from the 15 sites described in Section 5 using 28-day chronic survival, growth, and reproduction tests with the epifaunal and infaunal amphipods, *Hyalella azteca* and *Leptocheirus plumulosus*.

### 6.3.1 Methods

Twenty-eight day chronic survival, growth and reproduction tests were conducted with the epifaunal and infaunal amphipods, *Hyalella azteca* and *Leptocheirus plumulosus* using test procedures described in McGee and Fisher (1998). Both of these species have been reported to be sensitive to contaminants such as PAHs (Hall et al., 1991; Hall et al., 2000). These species have

6-24

*7 00248*

also been tested extensively by the University of Maryland in low salinity areas of the Chesapeake Bay similar to the Delaware River habitat of concern in this study.

Sediment samples for toxicity testing (and chemical characterizations as previously described) were collected by University of Maryland personnel from all sites in the Delaware River during the spring and summer of 2001 and 2002. Sediment samples were collected using a Ponar grab sampler (Volume 8.2 L); only the first 2 to 5 cm of surficial sediment material was retained for testing. After sediment collection, samples were returned to the laboratory for testing. General sediment collection, handling, and storage procedures described in Hall et al. (1991) were used.

True field replicate samples were maintained separately for the laboratory toxicity tests and chemical analysis (Section 6.2). Sediment was collected at each station by first randomly identifying five grab sample (replicate) locations within a 100 m x 100 m square grid. At each of the 15 sample sites, a discrete field replicate was collected for toxicity tests, chemical analysis and benthic community assessments. All samples were maintained out of direct sunlight and transported on ice in coolers. Samples for toxicity tests were held at 4 °C until initiation of the toxicity tests within 14 days of collecting the sediment. Samples for contaminant analyses were stored in accordance with the requirements of the respective analytical methods to be used (see Appendix B). QA/QC for all components of the study from field collection through data analysis followed the USEPA guidance reported in McGee and Fisher (1998).

Survival ≥ 80% and measureable growth at the end of the 28-d exposure were used as the performance criteria for *Hyalella* in the negative control sediment; survival ≥ 80%, measurable growth and reproduction were used for *Leptocheirus*. Negative control sediment was collected from the Magothy River (2001) and Wye River (2002) in Chesapeake Bay. Statistically significant

A00249

differences between the endpoints for each species (survival, growth and/or reproduction) in reference station sediments (DR10 and DR9B) versus ambient sediments from other Delaware River sites were evaluated via analysis of variance (ANOVA). *A priori* tests of each endpoint in a given treatment was contrasted to reference responses to discern which sediments differ from reference endpoints. Endpoint data were subjected to appropriate statistical transformation (e.g., arcsine transformation for percent data) if needed prior to statistical analyses. *Hyalella* growth was measured by changes in length (taken from the second antenna to the base of the urosome along the dorsal surface). Reproduction was determined by the proportion of gravid females. *Leptocheirus* growth was determined by calculating growth rate (mg/d) via drying to a constant weight at 100 C. The reproductive endpoint for *Hyalella* was % gravid females; number of neonates released during the test was the endpoint for *Leptocheirus*. Toxicity was inferred in test sediments with endpoints that were significantly (p<0.05) lower than those observed for reference sediments. Both *Hyalella* and *Leptocheirus* negative control species met the acceptability criteria during all tests.

**6.3.2 Results**

Sediment toxicity data from *H. azteca* and *L. plumulosus* tests are summarized below by sampling period and year.

**6.3.2.1 Spring 2001 *Hyalella* Toxicity Data**

A comparison of *Hyalella* survival, growth and reproduction endpoints from reference sites (DR10 and DR9B) with ambient Delaware River sites showed no significant (p<0.05) differences for any of the endpoints (Table 6.39).

**6.3.2.2 Spring 2001 *Leptocheirus* Toxicity Data**

A fungal type growth occurred in various replicates in both the reference and ambient

6-26

A00250

Delaware River test sites (but not in the Magothy River negative control replicates) during the Spring 2001 *Leptocheirus* toxicity test. Because this fungal growth was randomly found in the Delaware River reference conditions and ambient test conditions, all replicates that contained the fungus were discarded before conducting the statistical analysis. Test acceptability requirements ($\geq$ 80% reference survival in DR10) was met after discarding the replicates infected with the fungus. These test results still have some degree of uncertainty despite removing the replicates infected with the fungus.

Survival of *Leptocheirus* was significantly reduced at DR53 when compared with reference sites DR9B (Table 6.40). Survival of this amphipod was not reduced at any other sites when compared with the Delaware River reference sites. Reproduction was also significantly reduced at DR1, DR53 and DR83 when compared with the Delaware River reference site DR9B. Growth (final weight) was not reduced at any of the Delaware River sites when compared with the reference sites.

### 6.3.2.3 Summer 2001 *Hyalella* Toxicity Data

Survival of *Hyalella* was significantly reduced at DR53, DR67, DR68 and DR83 when compared to Delaware River reference sites (Table 6.41). Growth and reproductive endpoints were not reduced at any of the Delaware River sites when compared with the reference sites.

### 6.3.2.4 Summer 2001 *Leptocheirus* Toxicity Data

Survival of *Leptocheirus* was significantly reduced at DR67 when compared with either Delaware River reference site (DR9B and DR10) (Table 6.42). Growth of this test species was significantly reduced at DR68 when compared with DR9B. Reproduction of *Leptocheirus* was significantly reduced at DR53 when compared with both Delaware River reference sites.

A 00251

### 6.3.2.5 Spring 2002 *Hyalella* Toxicity Data

A comparison of *Hyalella* survival, growth and reproduction endpoints from the reference sites (DR10 and DR9B) with Delaware River sites showed no significant (p<0.05) differences (Table 6.43).

### 6.3.2.6 Spring 2002 *Leptocheirus* Toxicity Data

A comparison of *Leptocheirus* survival from both reference sites with the other Delaware River sites in Table 6.44 showed no significant differences. *Leptocheirus* reproduction was significantly lower at sites DR56, DR52 and DR53 when compared to the reference sites (DR10 and DR9B).

### 6.3.2.7 Summer 2002 *Hyalella* Toxicity Data

There were no significant differences in *Hyalella* survival and reproduction among all Delaware River sites when compared with either reference site (Table 6.45). *Hyalella* growth was significantly reduced at DR56 and DR53 when compared with reference site DR10.

### 6.3.2.8 Summer 2002 *Leptocheirus* Toxicity Data

There were no significant differences in *Leptocheirus* survival and reproduction among all Delaware River sites and the reference sites (Table 6.46). *Leptocheirus* growth was significantly reduced at DR55 when compared with reference site DR9B.

### 6.3.2.9 Temporal and Spatial Patterns in Toxicity

A temporal comparison of toxicity data for both test species with three endpoints (survival, growth and reproduction) for the spring and summer of 2001 and 2002 shows that the highest number of significant endpoint effects (seven) for four stations in the summer of 2001 (Table 6.47). *Hyalella* survival was significantly reduced at DR53 and the three most downstream sites (DR67,

A 00252

DR68 and DR83). *Leptocheirus* reproduction, survival and growth was also significantly reduced in the summer of 2001 at DR53, DR67 and DR68, respectively. Temporal comparisons of toxicity by site were most consistent at DR53 as significant toxicity was found for at least one endpoint during all four sampling periods. Toxicity based on at least one endpoint was also found for both sampling periods in 2002 at DR56. For site DR83, some degree of toxicity was reported during both sampling periods in 2001.

Spatial patterns in toxicity over the four sampling periods showed the highest number of significant effects (six) at DR53 over the four sampling periods with at least one significant effect found during each sampling period. Significant effects from two endpoints during two different sampling periods were observed at DR56 and DR83. For sites DR67 and DR68, significant adverse effects were reported for two endpoints during the summer of 2001. Significant effects from one endpoint were found at DR1, DR52 and DR55. There were no significant effects from any of the six endpoints for any sampling period at DR45, DR26, DR51, DR2 and DR23.

### 6.4 Objective of Benthic Community Characterizations

The objective of this task was to characterize the condition of macrobenthic communities of the upper reaches of Delaware Bay in the vicinity of the Motiva Refinery. Macrobenthos are animals retained on 0.5 mm screen and include a variety of invertebrates, for example, annelids (primarily, polychaetes and oligochaetes), crustaceans (primarily, amphipods and isopods) and molluscs (primarily, bivalves and gastropods). This section emphasizes the sedimentary infaunal species. Epifaunal species were also collected but many epifaunal species are either highly motile, attached to hard substrates and/or very patchy in spatial distribution and are, therefore, not adequaelty sampled by standard infaunal collection techniques. Samples were collected in May

A C0253

(spring samples) and August (summer samples) of 2001 and 2002. This section emphasizes the summer samples because the index of biotic integrity used in this report to characterize benthic community condition has a summer index period (Llansó et al., 2002a,b). The summer period is expected to produce the greatest amount of stress on the benthic communities due to the greater frequency of low dissolved oxygen events and possibly greater sediment contaminant effects as levels of biological activities are generally directly related to water temperature.

Macrobenthic communities are used extensively as indicators of estuarine environmental status and trends because numerous studies have demonstrated that benthos respond predictably to many kinds of natural and anthropogenic stress (Pearson and Rosenberg, 1978; Dauer, 1993; Tapp et al., 1993; Wilson and Jeffrey, 1994). Many characteristics of benthic communities make them useful indicators (Bilyard, 1987), the most important of which are related to their exposure to stress and the diversity of their response. Exposure to hypoxia is typically greatest in near-bottom waters and anthropogenic contaminants often accumulate in sediments where benthos live. Benthic organisms generally have limited mobility and cannot avoid these adverse conditions (Wass, 1967). This immobility is advantageous in environmental assessments because, unlike most pelagic fauna, benthic assemblages reflect local environmental conditions (Gray, 1979). The structure of benthic communities responds to many kinds of stress because these assemblages typically include organisms with a wide range of physiological tolerances, feeding modes, and trophic interactions (Pearson and Rosenberg, 1978; Rhoads et al., 1978; Boesch and Rosenberg, 1981). Relationships between benthic community condition, water quality, sediment quality, nutrient loads and land use patterns are well established in estuarine ecosystems (Dauer, 1993; Dauer and Alden, 1995; Dauer et al., 2000).

6-30

A00254

### 6.4.1 Methods

#### 6.4.1.1 Field Collections

Samples of the benthic communities were collected at 15 sample sites shown in Figure 6.1. and described in detail in Section 5. At each sample site a 100 by 100 m grid was established and five locations were randomly selected within each grid. For each of the four sampling periods (May 2001, August 2001, May 2002, August 2002) a new set of random locations was selected within each sampling site. The selection of sampling sites and random locations within each site were determined by the University of Maryland sampling team and sampling coordinates were provided to the Benthic Ecology Laboratory of Old Dominion University.

At each replicate location the benthic community was sampled using a $0.044\ m^2$ Young grab. All replicates were handled and processed separately both in the field and in the laboratory using standard procedures as described in the Old Dominion University QAPj Plan. Each replicate was sieved on a 0.5 mm screen, the biota were relaxed in dilute isopropyl alcohol and preserved with a buffered formalin-rose bengal solution in the field.

At each replicate location the following parameters were recorded: water depth, bottom salinity, bottom water temperature and bottom dissolved oxygen. All sediment particle size parameters, sediment total organic carbon content and sediment contaminant concentrations were determined by Battelle as described in Section 6.2.

The quality assurance/quality control (QA/QC) program at the Benthic Ecology Laboratory of Old Dominion University is designed to ensure that data of the highest quality possible are generated. The QA/QC program is designed to manage sample handling, documentation and custody, proper data generation and quality control actions. The QA/QC program tracks and

A 0255

monitors the fate of a sample from collection to data analysis and submission of results assuring that the proper samples have been analyzed by the appropriate methods and that necessary QC measures have been taken to ensure that data of definable quality have been produced. For all parameters measured a discrepancy of less than 5.0% from re-analyzed samples is considered acceptable, except for estimates of weight, where a discrepancy of less than 0.1% from re-analyzed samples is considered acceptable.

### 6.4.1.2 Laboratory Analysis

In the laboratory each replicate was sorted and all the individuals identified to the lowest possible taxon and enumerated. Biomass was estimated for each taxon as ash-free dry weight (AFDW) by drying to constant weight at 60 °C and ashing at 550 °C for four hours. Biomass was expressed as the difference between the dry and ashed weight.

### 6.4.1.3 Data Analyses

### 6.4.1.3.1 Cluster Analysis

The sampling sites were classified into spatial (site) groups of similar taxonomic composition by performing a cluster analysis using the Bray-Curtis dissimilarity index calculated using log-transformed taxonomic abundance data (summer collections only). The Bray-Curtis index is the most widely used similarity measure (Clifford and Stephenson, 1975; Boesch, 1977) and its formulation is given below:

$$D_{jk} = \frac{\left( \sum |x_{ij} - x_{ik}| \right)}{\left( \sum x_{ij} + x_{ik} \right)}$$

6-32

A00256

where $D_{jk}$ is the Bray-Curtis dissimilarity index, and $x_{ij}$ is the abundance of the ith species the jth sample. The dendrogram for identifying site groups was constructed using the group average sorting strategy. Multidimensional scaling (MDS) using Kruskal's non-metric procedure was used to confirm the results of the original cluster analysis and to identify potential changes in spatial groups between spring and summer collections. MDS analysis attempts to construct a map of samples in two dimensions such that the rank dissimilarities between individual samples are preserved (Clarke and Warwick, 2001). MDS analysis for this study was conducted using the Bray-Curtis index of log-transformed taxonomic abundance data as the dissimilarity measure.

These two cluster analysis approaches were used to group the 15 sampling sites into a smaller number of site groups to simplify data analysis, data presentation and data interpretation. All further data analyses below and presentations of data were by site group.

### 6.4.1.3.2 MANOVA

A multivariate analysis of variance (MANOVA) was conducted to determine if there was a significant difference in centroids between site groups determined by the cluster analyses. The test statistic used for the MANOVA was Wilk's $\Lambda$ (Huberty, 1994). Pair-wise comparisons between individual site groups were made by testing whether or not the squared Mahalanobis distances between individual site group centroids were significantly different from zero using an F-test (Huberty, 1994). A MANOVA was performed for each of the three descriptive discriminant analyses described below.

### 6.4.1.3.3 Descriptive Discriminant Analysis

Descriptive discriminant analysis (DDA) was used to determine if there was a significant separation between site groups and to identify which parameters were most important in determining

AC0257

the differences between the site groups identified. DDA accomplishes this task by creating a series of linear composite variables or descriptive discriminant functions (DDFs) from the original predictor variables that maximize the difference between site groups. F-tests were used to determine if canonical correlations between individual DDFs and the grouping variable (site groups) were significantly different from zero, i.e., whether or not there was a significant separation between groups along the dimension represented by the DDF. These tests in combination with estimates of the proportion of variation explained by each DDF were used to determine the minimum number of DDFs required to explain the separation between site groups (Huberty, 1994). An ordination plot of 95% confidence ellipses for each of the site groups for selected DDFs was constructed to identify those parameters that best discriminated between the site groups. Those parameters that were significantly different between site groups (one-way ANOVA) and had high (absolute value $\geq 0.70$) between-group structure $r$ values or loadings were used as axis labels for the DDFs on the ordination plots.

In order to describe differences in site groups with respect to environmental variables, DDAs were performed for (1) biological data only, (2) hydrographic and sedimentary data only and (3) and combined hydrographic, sedimentary and contaminant data. Ordination plots of the biological and environmental variables in discriminant space were compared to determine if separation between site groups based on the biological data was influenced by the environmental parameters (Green, 1979).

### 6.4.1.3.4 Community Parameters

Benthic community structure was characterized using the following structural parameters: the Shannon Weiner species diversity index, Marglef's species richness index and Pielou's evenness

6-34

$A00258$

index, community abundance and community biomass.  The diversity indices were calculated as follows:

Shannon Weiner Informational Diversity Index:

$$H' = -\Sigma\, p_i \log_2 p_i \quad \text{where } p_i \text{ is the proportion of the ith species}$$

Margalef's Richness Index:

$$SR = (s-1)/\ln n \quad \text{where s is the number of species and n the number of individuals}$$

Pielou's Evenness Index:

$$J' = H'/H_{max} \quad \text{where } H_{max} \text{ equals } \log_2 s$$

### 6.4.1.3.5 MAIA Index of Biotic Integrity

Benthic community condition was characterized using the benthic community index of the Mid Atlantic Integrated Assessment Program (MAIA) (Llansó et al., 2002a,b). The MAIA index was developed to characterize benthic community condition for Delaware Bay, Chesapeake Bay and Pamlico Sound.  This index is a multi-metric index of biotic condition, frequently referred to as an index of biotic integrity (IBI).  IBI's are widely used in freshwater environments and define habitat-specific reference conditions that integrate biotic responses and account for natural habitat variations (Karr, 1991; Kerans and Karr, 1994; DeShon 1995).  This approach defines expected conditions at sites free of anthropogenic stress and then assigns categorical values for various descriptive metrics by comparison with observations at reference sites.  Reference (non-degraded) and degraded sites within the MAIA geographic region were selected according to dissolved oxygen, sediment contaminant and sediment toxicity criteria. Sites were defined as reference if for all sampling events dissolved oxygen concentrations were greater than 3.0 mg/L, no chemical contaminant concentration

A 00259

exceeded Long et al.'s (1995) effects range-median concentrations, no more than two chemical contaminants exceeded Long et al.'s (1995) effects range-low concentrations and sediments were not toxic in *Ampelisca* or Microtox® bioassays. Benthic estuarine IBI's have been successfully developed for Chesapeake Bay (Weisberg et al., 1997) and the estuaries of the southeastern Unites States (Van Dolah et al., 1999). The Chesapeake Bay benthic IBI has been used successfully to determine relationships between benthic community condition, water quality, sediment quality, nutrient loads and land use patterns in Chesapeake Bay (Dauer et al., 2000). The MAIA benthic IBI includes: (1) seven metrics for the low mesohaline (5-12 ppt salinity), high mesohaline (12-18 ppt salinity), and polyhaline (>18 ppt salinity) habitats (abundance, number of taxa, percent dominance, percent bivalves, percent pollution sensitive taxa, biomass and the Shannon-Wiener index); (2) three metrics for oligohaline (0.5-5.0 ppt salinity) habitats (percent dominance, percent abundance of pollution-indicative taxa and percent abundance of deep-deposit feeders) and (3) three metrics for tidal freshwater (< 0.5 ppt salinity) habitats (abundance, percent deep-deposit feeders and Tanypodinae-Chironomidae percent abundance ratio). The MAIA index was tested using an independent validation data set of *a priori* designated reference and degraded sites from the MAIA geographic region. The overall correct classification of the validation data set was 83%. The index had the greatest correct classification in the higher salinity regions (polyhaline - 87%, high mesohaline - 81%, low mesohaline - 92%, oligohlaine - 71% and tidal freshwater - 61%).

Benthic community condition was classified into four levels based on the value of the MAIA Index. Values less than 2 were classified as **severely degraded**; values from 2.0 to 2.6 were classified as **degraded**; values greater than 2.6 but less than 3.0 were classified as **marginal** and values of 3.0 or more were classified as **undegraded.** This categorical approach is adapted from

A00260

experience with the Chesapeake Bay benthic IBI.

### 6.4.2 Results

#### 6.4.2.1 Cluster Analyses

The dendrogram using the group average sorting strategy of summer samples from 2001 and 2002 indicated five site groups (Figure 6.2): Site Group I - Station DR1 (effluent canal); Site Group II - Stations DR2, DR23, DR26 and DR45; Site Group III - Stations DR9B, DR51, DR52 (summer 2001) and DR53 (summer 2002); Site Group IV - Stations DR10, DR53 (summer 2001), DR55, DR56, DR67, DR68 and DR83; Site Group V - Station DR52 (summer 2002).

Independently the MDS ordination plot was interpreted to support the same five summer groupings (Figure 6.3A). The spring samples of 2001 and 2002 were independently analyzed by an MDS ordination plot and supported, with minor differences, the five site groups from the summer analyses (Figure 6.3B). The minor differences between spring and summer sample ordinations are indicated on Figure 6.3B.

All site groups were dominated by tidal freshwater and oligohaline taxa typical for US coastal plain estuaries (Tables 6.48-6.51). For all further data analyses using site groups the 15 stations were clustered as follows: Site Group I - DR1; Site Group II - DR2, DR23, DR26, DR45; Site Group III - DR9B, DR51, DR53; Site Group IV - DR10, DR55, DR56, DR67, DR68, DR83 and Site Group V - DR52.

#### 6.4.2.2 Descriptive Discriminant Analyses

A series of descriptive discriminant analyses (DDAs) were used to identify species, hydrographic, sedimentary and chemical contaminant parameters that best separated the five site groups identified by the cluster analyses. The important parameters separating site groups are

A 00261

presented below.

### 6.4.2.2.1 Benthic Species

Using only the abundances of the benthic species, a significant difference in centroids was detected between site groups and pair-wise comparisons indicating significant differences between all site groups except between I and V and between III and V (Figure 6.4, Table 6.52). Results of the discriminant analyses indicated a significant canonical correlation for three out of four DDFs with the first and second DDFs accounting for 70% and 18% of the variance between site groups, respectively (Table 6.53). Since the first two DDFs accounted for over 88% of the total variation in the taxonomic abundance data (Table 6.53), no additional DDFs were considered important in describing the separation between site groups. On the first DDF the negatively loading taxa were generally dominants at Site Groups I and II and the more positively loading taxa were generally dominants at Site Groups III and IV. The negatively loading taxa are generally considered dominants in both tidal freshwater and oligohaline regions and the positively loading taxa are generally considered dominants in oligohaline and low mesohaline regions. Separation on the second DFF is due to density differences in the two isopods *Chiridotea almyra* and *Cyathura polita*.

Table 6.54 presents results of the one-way ANOVA tests and between-group structure *r* values for each taxon and indicates the taxa selected as axis labels for the important DDFs. Ordination plots of the site groups in discriminant space suggest that the first DDF is responsible primarily for the separation between Site Groups I and II versus III and IV. Site Group I and II were characterized by a community consisting of a mixture of freshwater and oligohaline species including the oligochaetes *Limnodrilis hoffmeisteri*, *Tubificoides heterochaetus* and *Limnodrilus* spp.; the polychaetes *Hypaniola florida* and *Laeonereis culveri;* the amphipod *Leptocheirus*

A00262

*plumulosus;* the larval insect *Cryptochironomus fulvus;* the bivalve *Rangia cuneata* and an unknown

gastropod of the family Hydrobidae. In contrast, Site Groups III and IV were characterized by higher

densities of estuarine endemic species including the tellenid bivalve *Macoma balthica*; the

polychaetes *Boccardiellia ligerica* and *Nereis succinea*; the amphipods *Gammarus diaberi*,

*Erichsonella filiformis* and *Corophium lacustre* and the decapod crustacean *Rhithropanopeus*

*harrisii* (Figure 6.4). Separation on the second discriminant function was due primarily to

differences in abundance of two species of isopods *Chiridotea almyra* and *Cyathura polita* with Site

Groups I, III and V having higher abundances of *C. almyra* and Site Groups II and IV having higher

abundances of *C. polita. Cyathura polita* is classified as a pollution sensitive species (Weisberg et

al., 1997; Llansó et al., 2002b; Table 6.55).

### 6.4.2.2.2 Hydrographic and Sedimentary Parameters

For the second DDA, results of the MANOVA on hydrographic and sedimentary data

indicated a significant difference in centroids between site groups while pair-wise comparisons

indicated significant differences between all site groups except IV and V (Table 6.56). Results of

the discriminant analyses indicated a significant canonical correlation for three out of four DDFs

with the first and second DDFs accounting for approximately 89% and 10% of the variance between

site groups, respectively (Table 6.57). Since the first two DDFs accounted for over 98% of the total

variation in the hydrographic and sedimentary data (Table 6.57), no additional DDFs were

considered important in describing the separation between site groups.

Table 6.58 presents results of the one-way ANOVA tests and between-group structure *r*

values for each parameter and indicates the parameters selected as axis labels for the important

DDFs. The ordination plot of the site groups in discriminant space suggests that the first DDF is

A00263

responsible primarily for separating Site Group I from all other site groups (Figure 6.5). The parameters responsible for separation along this dimension are temperature and total organic content of the sediment in the direction of Site Group I and dissolved oxygen in the direction of all other site groups. The second discriminant axis is primarily responsible for the separation of Site Group II from all other site groups. The parameters responsible for separating the groups along this direction are mean particle size which increases in the direction of Site Group II and depth which increases in the direction of all other site groups.

A comparison of the biological and physical ordination plots suggest that differences in species composition between Site Group II and the remaining site groups is due at least in part in differences in both sample depth (Site Group II sites were shallower) and mean particle size (Site Group II sites had a higher sand content). Site Group II had two species, the polychaete *Laeonereis culveri* and the amphipod *Leptocheirus plumulosus*, that were dominants only at this site group. In addition, differences in species composition between Site Group I and the remaining site groups are probably due in part to the higher temperatures and total organic content of the sediment found at this site group.

Hydrographic and sedimentary parameters do not appear to fully explain the differences in species composition. The lack of significance for the pair-wise comparison between Site Groups IV and V reflected in the overlap of the 95% confidence intervals in discriminant space for these two site groups and the close proximity of Site Group III to Site Groups IV and V in discriminant space (Figure 6.5) suggests that all three site groups are very similar with respect to hydrographic and sedimentary characteristics. Since the hydrographic and sedimentary characteristics do not appear to fully explain the patterns in the biological data, an additional analysis was conducted using the

A00264

hydrographic and sedimentary characteristics in combination with sediment contaminant data in an attempt to further explain differences in community structure between site groups.

### 6.4.2.2.3 Contaminant, Hydrographic and Sedimentary Parameters

Results of the MANOVA on the hydrographic, sedimentary and contaminant data indicated a significant difference in centroids between site groups and significant differences between individual site groups were detected in all pair-wise comparisons (Table 6.59). Results of the discriminant analyses indicated a significant canonical correlation for all of the four DDFs with the first and second DDFs accounting for approximately 75% and 20% of the variance between site groups, respectively (Table 6.60). Since the first two DDFs accounted for nearly 95% of the total variation in the environmental data (Table 6.60), no additional DDFs were considered important in describing the separation between site groups.

Table 6.61 presents results of the one-way ANOVA tests and between-group structure $r$ values for each parameter and indicates the parameters selected as axis labels for the important DDFs. The ordination plot of the site groups in discriminant space suggests that the first DDF is responsible primarily for separating Site Group I from all other site groups (Figure 6.6). As with the previous discriminant analysis, the parameters responsible for separation along this dimension included higher temperature and total organic content of the sediment in the direction of Site Group I and higher dissolved oxygen in the direction of all other site groups. In addition, acid volatile sulfide (AVS) corrected mercury and cadmium were also responsible for separation in the direction of all site groups except I. The second discriminant axis is primarily responsible for the separation of Site Group II from all other site groups although all site groups were significantly different from each other along this dimension. Primary explanatory variables in the direction of Site Group II

A00265

include 12 different PCBs, four degradation products of 4,4'-DDT, and three additional pesticide compounds: cis chlordane, trans nonachlor, and Dieldrin. Also in this direction and on this axis were acid volatile sulfide, AVS corrected nickel, and mean particle size. In the direction of the other site groups, depth, arsenic, AVS corrected zinc and concentrations of 10 separate PAHs were important in describing the separation of the site groups along DDF-2.

### 6.4.2.2.4 Site Group I

Site Group I had the highest sediment total organic carbon content; little variation occurred at the other site groups (Figure 6.7). Site Group I was similar in water depth to Site Group II with average depths generally less than 2 m (Figure 6.8A) while all other sites had average depths exceeding 3 m. Site Group I had elevated water temperatures and the lowest dissolved oxygen levels of any site group of either year (Figure 6.9A,B). This site also had the greatest variability in median particle size between the two collection years (Figure 6.10). There was a 4-5 fold increase in the median particle size between the two sample years with sandier and more variable sediment types in 2002. Salinity differences between the spring and summer samplings were low in 2001 for all site groups (Figure 6.8B). In contrast, the 2002 spring mean salinity was less than 0.5 ppt and the summer mean salinity exceeded 6.5 ppt.

The spring community abundance was the largest among all site groups and dropped to very low values in both summer sampling periods (Figure 6.11A,B). In contrast the community biomass was lowest in both spring and summer samplings compared to all sites except the single sample Site Group V (Figure 6.11C,D). Species diversity values were generally the lowest at Site Group I with H′ values particularly low in the summer samples of both years (Figure 6.12A), species richness patterns followed H′ values (Figure 6.12B) and eveness was the lowest at this site group indicative

A0C266

of the high dominance (Figure 6.12C). The MAIA index indicated that this site group had a degraded condition in all sampling periods (Figure 6.13).

Site Group I had the greatest abundance and biomass of pollution tolerant species and the least abundance and biomass of pollution sensitive species (Figure 6.14). This site group was dominated in both density and biomass by pollution indicative oligochaetes of the genus *Limnodrilus* particularly in the spring samples (Tables 6.48-6.51). The *Limnodrilus* sp. category is for juveniles. Only sexually mature individuals can be identified to the species level. Most likely the vast majority of the specimens identified as *Limnodrilius* sp. were actually juvenile *Limnodrilus hoffmeisteri*. All oligochaetes are subsurface deposit feeders. This Site Group is also characterized by relatively low occurrences of suspension feeding and omnivorous feeding benthic species (Tables 6.48-6.51). The only other species that were dominant in both sampling periods were the isopod *Cyathura polita* and the amphipod *Gammarus daiberi*.

### 6.4.2.2.5 Site Group II

Site Group II had the shallowest mean water depth (Figure 6.8A). All site groups except Site Group I had similar patterns of water temperature and dissolved oxygen (Figure 6.9). This site group had a median particle size generally in the very fine sand range with an approximate silt clay content of 60% (Figure 6.10). As for all site groups, salinity differences between the spring and summer samplings were low in 2001 (Figure 6.8B). However, the 2002 spring mean salinity was less than 0.5 ppt and the summer mean salinity exceeded 6.5 ppt.

Site Group II in 2001 was the only site group that did not have a higher density in the spring samples compared to the summer samples (Figure 6.11A,B). This pattern was primarily due to the higher summer densities of the polychaete *Laeoneris culveri* (spring density - 153 individuals per

A00267

m², summer density 1,400 per m²). Community biomass was highest in both spring and summer samplings compared to all sites (Figure 6.11C,D). This pattern was due entirely to the presence of the bivalve *Rangia cuneata*. Species diversity values were generally the highest at this site group with H′ values particularly high in the spring samples of both years (Figure 6.12A), species richness patterns followed H′ values (Figure 6.12B) and eveness varied little between sampling times and years (Figure 6.12C). The MAIA index indicated that this site group had an undegraded condition in summer 2001 and a degraded condition in 2002 (Figure 6.13).

At this site group the abundance of pollution tolerant species was lower than Site Group I but still exceeded the abundance of pollution sensitive species (Figure 6.14). However, the abundance of pollution sensitive species was at the highest level among site groups and only slightly higher than Site Group III. In contrast, the biomass of pollution sensitive species greatly exceeded the biomass of pollution indicative species and attained the highest level among the site groups. This site group had eight taxa that were consistent dominants in both density and biomass - the oligochaetes *Limnodrilus* spp. (juv), *Limnodrilus hoffmeisteri*, and *Tubificoides heterochaetus*; the polychaetes *Laeonereis culveri* and *Marenzelleria viridis*; the amphipod *Leptocheirus plumulosus*; the isopod *Cyathura polita* and the bivalve *Rangia cuneata*. The three oligochate taxa accounted for the pollution indicative patterns of abundance and biomass at this site group (Tables 6.48-6.51). The pollution sensitive dominants were the suspension feeding bivalve *Rangia cuneata*, the omnivorous feeding isopod *Cyathura polita* and the surface deposit feeding polychaete *Marenzelleria viridis*. Site Group II had three taxa in common with the consistent dominants of Site Group I - the oligochaetes *Limnodrilus* spp. (juveniles), *Limnodrilus hoffmeisteri* and the isopod *Cyathura polita*.

A00268

**6.4.2.2.6 Site Group III**

Site Group III had a greater water depth than Site Groups I and II (Figure 6.8A). All site groups except Site Group I had similar patterns of water temperature and dissolved oxygen (Figure 6.9). This Site Group had a median particle size generally in the very fine sand to silt range and with a silt-clay content range from 50-55% (Figure 6.10). As for all site groups, salinity differences between the spring and summer samplings were low in 2001 (Figure 6.8B). However, the 2002 spring mean salinity was less than 0.5 ppt and the summer mean salinity exceeded 6.5 ppt.

Site Group III had a higher density in the spring samples compared to the summer samples (Figure 6.11A,B) and a generally consistent level of biomass (Figure 6.11C,D). Only the summer Site Group I samples and the depauparate Site Group V had lower biomass. All three species diversity indices varied little at this Site Group (Figure 6.12). Similar to Site Group II the MAIA index indicated that this site group had an undegraded condition in summer 2001 and a degraded condition in 2002 (Figure 6.13).

At Site Group III the abundance of pollution tolerant species was lower than Site Groups I and II but still slightly exceeded the abundance of pollution sensitive species (Figure 6.14). However, the abundance of pollution sensitive species was high and comparable to Site Group II. In contrast, the biomass of pollution sensitive species greatly exceeded the biomass of pollution indicative species and attained the second highest level among the site groups. This site group had nine taxa that were consistent dominants in both density and biomass - the oligochaete *Tubificoides heterochaetus*; the polychaetes *Marenzelleria viridis* and *Boccardiella ligerica*; the amphipods *Corophium lacustre* and *Gammarus daiberi*; the isopods *Cyathura polita* and *Chiridotea almyra*; the bivalve *Rangia cuneata* and the nemertean Nemertea spp. At this site group *Limnodrilus* spp.

A00269

were no longer dominants as in Site Groups I and II. The dominant pollution indicative species was the oligochaete, *Tubificoides heterochaetus*. The pollution sensitive dominants were the same three species as in Site Group II, the suspension feeding bivalve *Rangia cuneata*, the omnivorous feeding isopod *Cyathura polita* and the surface deposit feeding polychaete *Marenzelleria viridis*. This Site Group had five taxa in common with the consistent dominants of Site Group II - the oligochaete *Tubificoides heterochaetus*, the polychaete *Marenzelleria viridis*, the amphipod *Gammarus daiberi*, the isopod *Cyathura polita*, and the bivalve *Rangia cuneata*

### 6.4.2.2.7 Site Group IV

Site Group IV had the greatest water depth (Figure 6.8A). All site groups except Site Group I had similar patterns of water temperature and dissolved oxygen (Figure 6.9). This site group had a median particle size generally in the silt range with silt-clay contents consistently near 70% (Figure 6.10). As for all site groups, salinity differences between the spring and summer sampling was low in 2001 (Figure 6.8B). However, the 2002 spring mean salinity was less than 0.5 ppt and the summer mean salinity exceeded 6.5 ppt.

Site Group IV had generally low density values compared to the other site groups (Figure 6.11A,B) when epifauna were excluded. This was the only site group that had a significant epifaunal component primarily due to density of the epifaunal amphipod *Corophium lacustre*. Biomass levels were generally also low except for the spring 2001 sampling (Figure 6.11C,D). All three species diversity indices varied little at this site group (Figure 6.12). The MAIA index indicated generally undegraded conditions at this site group except for the summer 2002 sampling (Figure 6.13).

At Site Group IV, the abundance of pollution indicative species was the lowest of the four

ACC270

major site groups (Figure 6.14). The only pollution sensitive species present was the oligochaete *Tubificoides heterochaetus* which was not a top 10 biomass dominant in either year (Tables 6.50 and 6.51). Again, the pollution sensitive dominants were the same three species as in Site Groups II and III, the suspension feeding bivalve *Rangia cuneata*, the omnivorous feeding isopod *Cyathura polita* and the surface deposit feeding polychaete *Marenzelleria viridis*. This Site Group had eight taxa that were consistent dominants in both density and biomass - the polychaetes *Marenzelleria viridis, Boccardiella ligerica* and *Nereis succinea*; the amphipods *Corophium lacustre* and *Gammarus daiberi*; the isopods *Cyathura polita* and *Chiridotea almyra* and the bivalve *Rangia cuneata*. The oligochaete *Tubificoides heterochaetus* was the ninth consistent density dominant but was not a top 10 dominant in biomass. This site group had seven taxa in common with the consistent dominants of Site Group III - the polychaetes *Marenzelleria viridis* and *Boccardiella ligerica*; the amphipods *Corophium lacustre* and *Gammarus daiberi*; the isopods *Cyathura polita* and *Chiridotea almyra* and the bivalve *Rangia cuneata*. In addition, the oligochaete *Tubificoides heterochaetus* was the eighth density dominant in common between the two sites. As indicated by Figure 6.4, these two site groups are separated primarily by abundances of the two isopod dominants. Site Group III had higher densities of *Chiridotea almyra* and Site Group IV higher densities of *Cyathura polita*. The estuarine distribution of these species overlaps (Watling et al., 1974) and little else is known about other aspects of their biology.

### 6.4.2.2.8 Site Group V

Site Group V consisted of only Site 52 and was separated from the other site groups primarily due to the paucity of species and individuals. Only 8 individuals of 3 species were collected in the summer 2002 samples and two replicates of the five had no organisms.

A 00271

### 6.4.3 Discussion

#### 6.4.3.1 Spatial Patterns

The 15 sampling locations were clustered into five site groups based upon similarities of the abundances of the benthic species during summer collections (Figures 6.2 and 6.3). The cluster analysis site groups were generally organized by increasing distance from the effluent canal site. Cluster analysis using the spring data indicated very similar site groupings to those based upon the summer data. One of the five site groups, Site Group V, was a single site characterized by a paucity of species and individuals. For example, only 8 individuals of 3 species were collected in the summer 2002 samples and two replicates of the five had no organisms. This site group will not discussed any further.

The MANOVA using the biological data indicated that all four site groups were significantly different from each other. The first DDF separated the site groups into Site Groups I and II compared to Site Groups III and IV (Figure 6.4). The dominant species indicated that Site Group I and II were characterized by a community consisting of a mixture of freshwater and oligohaline species. In contrast, Site Groups III and IV were characterized by higher densities of estuarine endemic species and a mixture of oligohaline and low mesohaline species. However, there was great overlap between dominants comparing spatially adjacent site groups.

The MANOVA using the hydrographic and sedimentary data also indicated that all four site groups were significantly different from each. The first DDF using hydrographic and sedimentary data primarily separated Site Group I (the effluent canal site) from all other site groups (Figure 6.5). The parameters most responsible for this separation were higher temperatures, higher total organic content of the sediment and lower dissolved oxygen at Site Group I. The second DDF primarily

A00272

separated Site Group II for all other sites with shallow water depth and larger particle size. There was much less separation of Site Groups III and IV.

When sediment contaminant data were used in addition to the hydrographic and sedimentary data, again the MANOVA indicated that all four site groups were significantly different from each other. However, few contaminants were important on the first DDF. Again, the first DDF primarily separated Site Group I from all other site groups (Figure 6.6). The second DDF did provide better separation among Site Groups II, III, and IV. Site Group II was separated by concentrations of 12 different PCBs, four degradation products of 4,4'-DDT, and three pesticide compounds. Site Group IV was separated by arsenic, AVS corrected zinc and 10 separate PAHs. Although the DDA including contaminant data produced slightly greater spatial separation of Site Groups III and IV on the second DDF, the increased discrimination using contaminants was not remarkably better that when using only hydrographic and sedimentary parameters. For example, in the DDA without contaminant data the first two DDFs accounted for 88.8% and 9.7%, respectively of the variance (Table 6.57) while in the DDA including contaminant data the first two DDFs accounted for 75.2% and 19.6%, respectively of the variance (Table 6.60). In both DDAs the first axis explained the vast majority of the variance between site groups and temperature was by far the most important parameter (compare Tables 6.58 and 6.61). In summary, the most important variables discriminating the site groups defined by species abundances were hydrographic and sedimentary.

### 6.4.3.2 Community Parameters and Benthic Community Condition

The MAIA Index was developed to determine the condition of macrobenthic communities of the tidal waters of Delaware Bay, Chesapeake Bay and Pamlico Sound (Llansó et al., 2002a,b). The index was developed using an index period of July through early October and was, therefore,

6-49

A00273

applied to the summer collections of this study. Salinity values were higher in the summer of 2002 (Figure 6.8B) because of the regional drought conditions. However, both cluster analyses generally resulted in greater similarity within samples from the same site than clustering by years (Figure 6.2 and 6.3). In fact, for 13 of 15 sites, the summer samples from both years were placed into the same cluster group; only sites DR52 and DR53 were placed in two cluster groups. The cluster analysis groupings and examination of the data from each sample at each site indicated that there were no major changes in species composition associated with the higher salinity values in the summer of 2002. Therefore, the MAIA Index for the summer 2002 samples was re-calculated using the summer 2001 salinity values (Table 6.62).

Comparing the MAIA Index values, the 15 sites could be placed into three categories: (1) sites with an undegraded condition in both years, (2) sites with a degraded condition in both years and (3) sites with an undegraded condition in 2001 and a degraded condition in 2002. There were six sites that showed an undegraded condition in both years - DR10, DR45, DR51, DR53, DR55 and DR56 and four sites that showed a degraded condition in both years - DR1, DR9B, DR67 and DR68. The remaining five sites showed an undegraded condition in 2001 and a degraded condition in 2002 - DR2, DR23, DR26, DR83 and DR52.

The sites that were either declared undegraded in both years or degraded in both years occurred throughout the four major site groups (Table 6.62) and did not group together based upon similarity of benthic community composition (Figures 6.2 and 6.3). The most distinctive site group included only the effluent canal site (DR1). The four consistently degraded sites were in three different site groups - DR1 from Site Group I, DR9B from Site Group III and DR67 and DR68 from Site Group IV.

A00274

Comparing the four site groups Site Group I had the poorest condition. This site group had the lowest MAIA Index value (Figure 6.13), the lowest species diversity (Figure 6.12), and the lowest biomass (Figure 6.11). Abundance values were the highest in the spring samples (Figure 6.11A) and lowest in the summer samples, except for the depauperate Site Group V (Figure 6.11B). Site Group I had the highest amount of pollution indicative species and the least amount of pollution sensitive species (Figure 6.14). The benthic community at this site group was highly dominated by limnodrilid oligochaetes and the composition of community is characteristic of tidal freshwater regions (Crumb, 1977). The benthic community of tidal freshwater areas is most similar to the fauna of large eutrophic lakes (Diaz, 1980). Tubificid oligochaetes are highly opportunistic and their eurytopy explains their success in the relatively stressful tidal freshwater regions as well as anthropogenically stressed freshwater regions (Diaz, 1980). *Limnodrilus hoffmeisteri* is a cosmopolitan indicator of organic enrichment in freshwater systems (Paoletti and Samburgar, 1984). This species tolerates elevated temperatures and abundances of sexually mature individuals are higher downstream of power plant thermal effluents (Ashton, 1973). The reproductive output of *Limnodrilus hoffmeisteri* increases with temperature with a maximum output at 25 °C and even at 35 °C egg production is above that at ambient temperatures (Lenat et al., 1978).

For the remaining site groups the dominance of pollution indicative species in abundance declined from site group II through Site Group IV (Figure 6.14A) with abundances of pollution sensitive species much higher at Site Groups II, III and IV compared to Site Group I (Figure 6.14A). The biomass of pollution sensitive species exceeded that of pollution indicative species at Site Groups II, III and IV (Figure 6.14B). Site Group II had by far the highest amount of biomass (Figure 6.11) and the highest diversity values (Figure 6.12). The high biomass values were due to

A00275

the shallow dwelling suspension feeding bivalve, *Rangia cuneta*.

### 6.4.4 Summary of Benthic Community Analysis

#### 6.4.4.1 Cluster Analysis

Cluster analyses using the summer data indicated that the 15 sites formed five site groups based upon similarities of the abundances of the benthic species. The cluster analysis site groups were generally organized by increasing distance from the effluent canal site. The five site groups determined from summer data were: Site Group I - Station DR1 (effluent canal in summer 2001 and 2002); Site Group II - Stations DR2, DR23, DR26 and DR45 (summer 2001 and 2002); Site Group III - Stations DR9B, DR51, DR52 (summer 2001), and DR53 (summer 2002); Site Group IV - Stations DR10, DR53 (summer 2001), DR55, DR56, DR67, DR68 and DR83 (summer 2001 and 2002); and Site Group V - Station DR52 (summer 2002).

Cluster analysis using the spring data indicated very similar site groupings to those based upon the summer data. Site Groups I and II were identical. Similar to the summer cluster analysis, Site Group III included Stations DR9B and DR51, DR52 from spring 2001 and DR53 from spring 2002. In addition, Site Group III in spring also included Station DR53 from Spring 2001 and Station DR55 from Spring 2001. Similar to the summer cluster analysis, Site Group IV included both spring samples for Stations DR10, DR56, DR67, DR68 and DR83 as well as Station DR55 (Spring 2002). Site Group V included, again, only the 2002 sample for Stations DR52. For all further data analyses using site groups, the 15 stations were clustered as follows: Site Group I - DR1; Site Group II - DR2, DR23, DR26 and DR45; Site Group III - DR9B, DR51 and DR53; Site Group IV - DR10, DR55, DR56, DR67, DR68 and DR83 and Site Group V - DR52 (summer 2002).

#### 6.4.4.2 Descriptive Discriminant Analyses

A00276

Using only the abundances of the benthic species, the MANOVA indicated a significant difference in centroids of taxonomic abundance between site groups. Pair-wise comparisons indicated significant differences between all site groups except between that the depauperate Site Group V which was not different from either Site Groups I or III. Ordination plots of the site groups in discriminant space suggested that the first DDF was responsible primarily for the separation between Site Groups I and II versus III and IV. Site Groups I and II were characterized by a community consisting of a mixture of freshwater and oligohaline species. In contrast, Site Groups III and IV were characterized by higher densities of estuarine endemic species and a mixture of oligohaline and low mesohaline species.

Results of the MANOVA on hydrographic and sedimentary data indicated a significant difference in centroids between site groups while pair-wise comparisons indicated significant differences between all site groups except depauperate Site Group V and Site Group IV. The ordination plot of the site groups using hydrographic and sedimentary data suggests that the first DDF is responsible primarily for separating Site Group I from all other site groups. The parameters responsible for separation on the first DDF using hydrographic and sedimentary data are higher temperatures and total organic content of the sediment in the direction of Site Group I and higher dissolved oxygen in the direction of all other site groups.

Results of the MANOVA on the hydrographic, sedimentary and contaminant data indicated a significant difference in centroids between site groups and significant differences between individual site groups were detected in all pair-wise comparisons. Similar to the results using hydrographic and sedimentary data only, the first DDF when including sediment contaminants primarily separates Site Group I from all other site groups. Few contaminants were important in the

A00277

first DDF. When using contaminant data, the second DDF was primarily responsible for the separation of Site Group II from all other site groups. Primary explanatory variables in the direction of Site Group II include 12 different PCBs, four degradation products of 4,4'-DDT, and three pesticide compounds. In the direction of the other site groups, depth, arsenic, AVS corrected zinc and 10 separate PAHs were important in describing the separation of the site groups. However, the increased discrimination using contaminants was not remarkably better compared to using only hydrographic and sedimentary parameters.

### 6.4.4.3 Community Parameters

Based upon MAIA Index values, the 15 sites could be placed into three categories: (1) sites with a degraded condition in both years - DR1, DR9B, DR67 and DR68; (2) sites with an undegraded condition in both years - DR10, DR45, DR51, DR53, DR55 and DR56 and (3) sites with an undegraded condition in 2001 and a degraded condition in 2002 - DR2, DR23, DR26, DR83 and DR52. The MAIA Index when averaged over both summer collections indicated severally degraded conditions at Site Group I (1.0), marginal values at Site Groups II and III (2.8 and 2.6, respectively) and undegraded conditions at Site Group IV (3.1).

The MAIA Index was lowest and always indicative of degraded conditions at Site Group I which consisted of a single site - the effluent canal site (DR1). The benthic community at Site Group I was dominated by pollution indicative oligochaete species particularly, *Limnodrilus hohfmesiteri*. This species is indicative of both organic enrichment and elevated water temperatures. Site Group I was characterized by dominance of subsurface deposit feeding oligochaetes and by the relatively low occurrences of suspension feeding and omnivorous feeding benthic species.

The dominance of pollution indicative species by abundance declined among site group in

A00278