IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATURAL RESOURCES DEFENSE            )
COUNCIL, INC., and DELAWARE          )
AUDUBON SOCIETY,                     )
                                     )          Civil Action No.
     Plaintiffs,                     )           88-263-SLR
                                     )
     v.                              )
                                     )
TEXACO REFINING AND MARKETING,       )
INC.,                                )
                                     )
     Defendant.                      )


Appendix to Plaintiffs' Motion to Enforce Judgment

<u>VOLUME II</u>


Mitchell S. Bernard
Nancy S. Marks
Amelia Toledo
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
New York, New York 10011
(212) 727-2700

C. Scott Reese (2036)
COOCH & TAYLOR
824 Market Street
Suite 1000
Wilmington, Delaware 19899
(302) 984-3811

Attorneys for Plaintiffs

July 18, 2005

## TABLE OF CONTENTS

## VOLUME II

Page

Lenwood W. Hall Jr. & Dennis T. Burton, <u>Final Report: A Baseline</u>          A00001
<u>Study for Assessing the Potential Aquatic Ecological Effects from</u>
<u>Motiva Enterprises LLC Delaware City Refinery Effluent Using the</u>
<u>Sediment Triad Approach</u>, Appendices A-M, December 2003

# December 2003
# Final Report
# (Appendices A-M)



# A Baseline Study for Assessing the Potential Aquatic Ecological Effects from Motiva Enterprises LLC Delaware City Refinery Effluent Using the Sediment Triad Approach

## Lenwood W. Hall, Jr.
## and
## Dennis T. Burton



## University of Maryland System
## Agricultural Experiment Station
## Wye Research and Education Center
## P. O. Box 169
## Queenstown, Maryland 21658

A C0001

**APPENDICES**

Appendix A - Court Order
Appendix B - Battelle Analytical Methods
Appendix C - Battelle Raw Chemistry Data (Data included on Compact Disc)
Appendix D - Ocean Survey Inc., Dye Study Report
Appendix E - Najarian Hydrodynamic Report
Appendix F - Maryland Geological Survey Letter from Jeff Halka (2000) to D. Burton
Appendix G - Jerry Neff Report on the Role of Colloidal Material in the Fate of PAHs
Appendix H - Skip Livingston Settlement Memo (2/2/00) to L. Hall
Appendix I - Battelle QA Project Plan for Three Phase Separation and Analysis
Appendix J - Battelle Draft Three Phase Letter (12/21/01) from A. Uhler to L. Hall
Appendix K - Versar Sediment Trap Study Report
Appendix L - Salazar and Salazar Report
Appendix M - Skidaway Report

A00001a

# APPENDIX A

Court Order

A00002

This page was intentionally left blank.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATURAL RESOURCES DEFENSE                )
COUNCIL, INC., and DELAWARE              )
AUDUBON SOCIETY,                         )
                                         )
            Plaintiffs,                  )        Civil Action No.
                                         )        88-263-SLR
                                         )
    v.                                   )
                                         )
TEXACO REFINING AND MARKETING,           )
INC.,                                    )
                                         )
            Defendant.                   )

## STIPULATED ORDER RESOLVING PLAINTIFFS' MOTION TO ENFORCE JUDGMENT

Plaintiffs Natural Resources Defense Council and Delaware Audubon

Society ("Plaintiffs") filed a motion against Defendant Texaco Refining and

Marketing, Inc. ("Defendant"), to enforce the Court's September 1, 1998 Opinion

and Order ("Court Order"). The Court heard trial testimony on January 26 and

27, 2000, and on January 27, at the request of the parties, suspended the trial

proceedings. Plaintiffs and Defendant now stipulate and agree as follows:

1.  Defendant will revise and modify its studies implementing the Court

Order in the following ways:

a.  Sampling Site Selection. During the spring/summer of 2000,

approximately 30 to 50 sites will be sampled in the midfield area off the refinery

for total PAHs, grain size, and TOC. In addition to a review of the PAH analyses

A00003

of the preliminary ten-station analysis conducted during the summer of 1999, these data will be used in the site selection process for final sample sites in the area. Site selection will be conducted after the dye study is completed (see subparagraph c below), and will be evaluated in conjunction with the results of the chemical characterization of the refinery's effluent. Plaintiffs' expert, Dr. Livingston, will be involved in the selection of appropriate sites for triad sampling.

b. <u>Sampling Duration</u>. Defendant will conduct triad sampling (sediment toxicity tests, benthic community assessments, and chemical characterizations) during the spring and summer of 2001 and 2002, after the site selection process has been completed.

c. <u>Fate and Transport</u>. Defendant will conduct the following studies: (1) a dye study to verify the near-field plume model; (2) a sedimentation study (via sediment traps) in the near-field and mid-field receiving areas, with total PAH measurement of sediment collected from the traps; and (3) an estimate of dissolved, particulate, and colloidal (three-phase) PAHs on selected water samples from the near- and mid-field areas. Protocols for the sediment trap analyses (number (2) above) will be developed by the various investigators involved in the study, in consultation with Dr. Livingston. With regard to study number (3) above, ultrafiltration will be carried out in conjunction with total PAH analyses. Dr. Livingston will provide a protocol for the three-phase analysis.

d. <u>Bioavailability</u>. Defendant will conduct a caged bivalve study at selected sample sites in the study area, with concurrent PAH, metals, and PCB

analyses. This study will be conducted after the field site selection process has been completed, and station arrays for the bivalve study will be based on the results of the various studies associated with site selection. Dr. Mike Salazar will be involved in this process.

e. Replicate Chemistry Measurements. All five replicates will be analyzed for PAHs and metals at appropriate sites. Other contaminants, such as pesticides and PCBs, will be analyzed as appropriate based on data collected during 1999.

f. Reference Sites. Defendant will conduct additional sampling to determine if a reference site in tidal creeks above the refinery is suitable. At present, sampling stations DR-10 and DR-6 appear to be potentially promising sites based on selected chemical analysis from 1999. Habitat stratification will be carried out in these areas to adjust the final placement of the reference area, after which reference station locations will be determined for a comparison with the potential impact areas. Reference stations should approximate the range of habitats encompassed by the impact site stations. Dr. Livingston will be involved in the selection of appropriate reference sites.

g. Sediment Toxicity Tests. Defendant will consider replacement of the sediment toxicity test species Streblospio with another species, as well as the need for bioassay organisms of different trophic levels and in both the sedimentary and pelagic environments. Defendant will confer with Dr. Livingston on these issues before study decisions are made.

A 00005

h. <u>Tissue Analyses</u>. Defendant will carry out tissue analyses for PAHs to try to determine the effective concentrations leading to potential adverse biological effects in its sediment toxicity test species. Dr. Livingston will provide Defendant with appropriate protocols. If a question arises concerning the feasibility of such analyses, the parties' experts will confer and attempt to resolve that issue.

i. <u>Consistency of Metals Analysis</u>. Concurrent with PAH analysis, Defendant will analyze effluent samples for a suite of metals. All associated chemical characterizations, including field sediment monitoring, organisms taken in the caged bivalve study, and long-core determinations, will cover the same list of PAHs and metals. If the sediments or caged bivalves have high, potentially toxic levels of metals, Defendant will use best efforts to measure metals in the sediment toxicity (bioassay) tests. If the metals are not tested in the sediment toxicity organisms, and if there is a toxic response, Defendant will not attribute the response to metals.

j. <u>Long Cores</u>. The long-coring work proposed by Skidaway will be conducted after the final sample selection site process has been completed. Metals will be analyzed on core samples concurrently with PAH analysis at appropriate sites. Dr. Livingston will be involved in the site selection for long cores. The Skidaway operation will be coordinated with the preliminary field operations in the establishment of the likely zones of impact and depositional areas.

A00006

A—4

k. <u>Written Program Management Plan</u>.  Defendant will develop a written program management plan to demonstrate how all components of the studies will be conducted, scheduled, and integrated to answer the original research questions.  The written plan will include proposed statistical analyses and analytical tools to be used in the integration of the various project components. At a minimum, the program management plan will include definition of the chemical aspects of the effluent; the appropriate determination of fate and transport questions relating to establishment of appropriate sampling plans in space and time; the use of caged animals for chronic as well as acute bioassay approaches; the coordinated chemical analyses of the various aspects of the study related to bioavailability and fate and effects; the predetermined coordination of these efforts to define the long-core effort; and the overall determination of the statistical analysis of data collected during the project. The written plan will be developed no later than May 1, 2000.

l. <u>PAH Fingerprinting</u>.  Fingerprinting of PAHs from refinery effluent will be compared to PAHs in the sediments.

m. <u>Tiered Approach</u>.  A tiered approach will be used, and stations and/or chemical tests may be dropped if it does not materially affect the outcome of the project.  The parties will confer and attempt to agree on any such reductions.

A00007

n. <u>Dispute Resolution</u>. In the event disputes arise concerning the conduct of the Court-ordered studies, the parties will confer and try to resolve them. The parties will explore the possibility of arbitrating such disputes before individuals with expertise in the relevant scientific subject matter area.

2. By involving Dr. Livingston in consultations concerning various aspects of the ongoing studies, Defendant does not relinquish its primary authority or responsibility to carry out the terms of the Court Order, and make decisions on all aspects of the studies.

3. By agreeing to involve Dr. Livingston in consultations concerning various aspects of the ongoing studies, Plaintiffs do not relinquish their right to raise or to litigate in this Court any appropriate claim regarding Defendant's conduct of the Court-ordered studies.

4. All claims Plaintiffs raised in their motion to enforce the Court Order are resolved by the terms of this Stipulation. The trial proceedings that were suspended on January 27, 2000, are closed.

5. The Court retains jurisdiction to enforce this Stipulated Order and its prior Opinion and Order of September 1, 1998.

Dated: February 22, 2000

C. Scott Reese (#2036)
COOCH & TAYLOR
824 Market Street Mall
P.O. Box 1680
Wilmington, DE 19899
(302) 984-3811

A00008

*Mitchell S. Bernard*

Mitchell S. Bernard
Nancy S. Marks
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
New York, NY 10011
(212) 727-4469

Attorneys for Plaintiffs


*Richard D. Allen*

Richard D. Allen (#469)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Attorneys for Defendant


So ordered this 23d day of February, 2000:


*Sue L. Robinson*

Hon. Sue L. Robinson
United States District Judge

A 00009

# APPENDIX B

Battelle Analytical Methods

A00010

This page was
intentionally left
blank.

**Table 1. A description for analysis of water and sediment for selected contaminants**

| Matrix | Analytes | Method |
|---|---|---|
| *Water* | Dissolved Metals: Al, As, Cd, Cr, Cu, Pb, Ni, Se, Zn Hg Sn | EPA method 1640 (pre-concentration with ICP/MS) EPA method 1631 EPA method 1638 (ICP/MS) |
| | Chlorinated pesticides and 20 individual PCB congeners | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992) methods. Analysis using GC/ECD. |
| | PAH (extended list of PAH compounds including isomer specific PAH compounds from the WSPA list) | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992) methods. Analysis using GC/MS in Selected Ion Monitoring Mode. |
| *Sediment* | Metals: Al, As, Cd, Cr, Cu, Pb, Hg, Ni, Se, Sn, Zn | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992). Methods using cold vapor atomic absorption for Hg. |
| | Acid volatile sulfides and simultaneously extractable metals (AVS/SEM) | Extraction and instrumental analysis following Allen, et al., 1991, "Determination of Acid Volatile Sulfides and Simultaneously Extracted Metals in Sediment". |
| | Chlorinated pesticides and 20 individual PCB congeners | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992) methods. Analysis using GC/ECD. |
| | PAH (extended list of PAH compounds including isomer specific PAH compounds from the WSPA list) | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992) methods. Analysis using GC/MS in Selected Ion Monitoring Mode. |
| | Ammonia | EPA/CE p. 3-154, 1,2 |
| | Nitrate- Nitrite | EPA/CE p. 3-183, 1,2 |
| | Sulfide | SW-846, 9030 |
| | Total Organic Carbon (TOC) | SW-846, 9060 |
| | Particle Size | ASTM D-4464-85,C-1070-86 |
| *Tissue* | Metals: Al, As, Cd, Cr, Cu, Pb, Hg, Ni, Se, Sn, Zn | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992). Methods cold vapor atomic absorption for Hg. |
| | PCBs | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992) methods. Analysis using GC/ECD. |
| | PAH (extended list of PAH compounds including isomer specific PAH compounds from the WSPA list) | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992) methods. Analysis using GC/MS in Selected Ion Monitoring Mode. |

A 00011

**Table 2. PAH target analyte list**

| PAH |
|---|
| Decalin and C1 – C4 Decalins |
| Benzo(b)thiophene and C1 – C4 Benzo(b)thiophenes |
| Naphthalene and C1 – C4 Naphthalenes |
| 1-Methylnaphthalene |
| 2-Methylnaphthalene |
| 2-Ethylnaphthalene |
| 1-Ethylnaphthalene |
| 2,6/2,7-Dimethylnaphthalene |
| 1,3/1,7-Dimethylnaphthalene |
| 1,6-Dimethylnaphthalene |
| 1,4/2,3-Dimethylnaphthalene |
| 1,5-Dimethylnaphthalene |
| 1,2-Dimethylnaphthalene |
| 1,8-Dimethylnaphthalene |
| 2-Isopropylnaphthalene |
| 1,6,7-Trimethylnaphthalene |
| Biphenyl |
| Acenaphthylene |
| Acenaphthene |
| Dibenzofuran |
| Fluorene and C1 – C3 Fluorenes |
| Anthracene |
| Phenanthrene and C1 – C4 Phenanthrenes/Anthracenes |
| 1-Methylphenanthrene |
| 3-Methylphananthrene |
| 2-Methylphananthrene |
| 4,9-Methylphenanthrene |
| 3,6-Dimethylphenanthrene |
| 3,5-Dimethylphenanthrene |
| 2,6-Dimethylphenanthrene |
| 2,7-Dimethylphenanthrene |
| 3,9-Dimethylphenanthrene |
| 1,6/2,5/2,9-Dimethylphenanthrene |
| 1,7-Dimethylphenanthrene |
| 1,9/4,9-Dimethylphenanthrene |
| 1,2-Dimethylphenanthrene |
| 1,8-Dimethylphenanthrene |
| 1,5-Dimethylphenanthrene |
| 9,10-Dimethylphenanthrene |
| 1,2,8-Trimethylphenanthrene |
| Dibenzothiophene and C1 – C4 Dibenzothiophenes |
| 1-Methyldibenzothiophene |
| 4-Methyldibenzothiophene |
| 2/3-Methyldibenzothiophene |
| 1,2-Dimethyldibenzothiophene |
| Fluoranthene |
| Pyrene and C1 – C3 Fluoranthenes/Pyrenes |
| Benzo(a)anthracene |
| Chrysene and C1 – C4 Chrysenes |
| Benzo(b)fluoranthene |
| Benzo(k)fluoranthene |
| Benzo(e)pyrene |
| Benzo(a)pyrene |
| Perylene |
| Indeno(1,2,3-c,d)pyrene |
| Dibenz(a,h)anthracene |
| Benzo(g,h,i)perylene |

A 00012

## Table 3.  Method detection limits

| Matrix | Method | Compounds | Method Detection Limit |
|---|---|---|---|
| **Water** Metals | EPA method 1640 (pre-concentration with ICP/MS) | Al | 1.0 µg/L |
| | | As | 0.1 µg/L |
| | | Cd | 0.02 µg/L |
| | | Cr | 1.0 µg/L |
| | | Cu | 0.05 µg/L |
| | | Pb | 0.05 µg/L |
| | | Ni | 0.05 µg/L |
| | | Se | 0.25 µg/L |
| | | Zn | 1.0 µg/L |
| | EPA method 1631 | Hg | 0.001 µg/L |
| | EPA method 1638 (ICP/MS) | Sn | 0.1 µg/L |
| **Water** Chlorinated Pesticides & PCBs | NOAA NS&T (1998)/ EPA EMAP (1992)  GC/ECD | α-BHC | 1.456 ng/L |
| | | β-BHC | 1.698 ng/L |
| | | Lindane | 1.302 ng/L |
| | | δ-BHC | 1.916 ng/L |
| | | Heptachlor | 3.221 ng/L |
| | | Heptachlor expoxide | 1.380 ng/L |
| | | Endosulfan I | 1.328 ng/L |
| | | Endosulfan II | 1.816 ng/L |
| | | Endosulfan sulfate | 2.226 ng/L |
| | | Endrin | 1.669 ng/L |
| | | Endrin Aldehyde | 2.117 ng/L |
| | | Endrin Ketone | 2.499 ng/L |
| | | Aldrin | 0.825 ng/L |
| | | Dieldrin | 1.384 ng/L |
| | | Methoxychlor | 5.012 ng/L |
| | | 4,4'-DDT | 4.663 ng/L |
| | | 4,4'-DDD | 2.468 ng/L |
| | | 4,4'-DDE | 1.248 ng/L |
| | | 2,4'-DDT | 6.130 ng/L |
| | | 2,4'-DDD | 1.905 ng/L |
| | | 2,4'-DDE | 2.327 ng/L |
| | | PCB08 | 1.225 ng/L |
| | | PCB18 | 0.999 ng/L |
| | | PCB28 | 0.479 ng/L |
| | | PCB52 | 1.172 ng/L |
| | | PCB44 | 1.116 ng/L |
| | | PCB66 | 2.916 ng/L |
| | | PCB101 | 1.204 ng/L |
| | | PCB77 | 1.756 ng/L |
| | | PCB118 | 1.394 ng/L |
| | | PCB153 | 1.306 ng/L |
| | | PCB105 | 1.483 ng/L |
| | | PCB138 | 1.547 ng/L |
| | | PCB126 | 1.357 ng/L |
| | | PCB187 | 1.314 ng/L |
| | | PCB128 | 1.313 ng/L |

3

A00013

September 14, 2001

| Matrix | Method | Compounds | Method Detection Limit |
|---|---|---|---|
| | | PCB180 | 1.641 ng/L |
| | | PCB170 | 1.477 ng/L |
| | | PCB195 | 1.516 ng/L |
| | | PCB206 | 1.474 ng/L |
| | | PCB209 | 1.427 ng/L |
| *Water* PAH | NOAA NS&T (1998)/ EPA EMAP (1992) GC/MS SIM | Naphthalene | 0.392 ng/L |
| | | Acenaphthylene | 0.422 ng/L |
| | | Acenaphthene | 0.549 ng/L |
| | | Fluorene | 0.550 ng/L |
| | | Phenanthrene | 0.413 ng/L |
| | | Anthracene | 0.391 ng/L |
| | | Fluoranthene | 0.261 ng/L |
| | | Pyrene | 0.747 ng/L |
| | | Benzo(a)anthracene | 0.611 ng/L |
| | | Chrysene | 0.335 ng/L |
| | | Benzo(b)fluoranthene | 0.537 ng/L |
| | | Benzo(k)fluoranthene | 0.724 ng/L |
| | | Benzo(a)pyrene | 0.655 ng/L |
| | | Indeno(1,2,3-c,d)pyrene | 1.520 ng/L |
| | | Dibenz(a,h)anthracene | 1.007 ng/L |
| | | Benzo(g,h,i)perylene | 1.154 ng/L |
| | | 2-Methylnaphthalene | 0.536 ng/L |
| | | 1-Methylnaphthalene | 0.331 ng/L |
| | | 2,6-Dimethylnaphthalene | 0.407 ng/L |
| | | 2,3,5-Trimethylnaphthalene | 0.775 ng/L |
| | | Biphenyl | 0.361 ng/L |
| | | Dibenzofuran | 0.429 ng/L |
| | | 1-Methylphenanthrene | 0.322 ng/L |
| | | Dibenzothiophene | 1.051 ng/L |
| | | Benzo(e)pyrene | 0.347 ng/L |
| | | Perylene | 0.658 ng/L |
| | | Decalin | 3.912 ng/L |
| | | Benzothiophene | 0.634 ng/L |
| *Sediment* Metals | NOAA NS&T (1998)/ EPA EMAP (1992) | Al | 1.0 µg/g |
| | | As | 0.018 µg/g |
| | | Cd | 0.009 µg/g |
| | | Cr | 0.5 µg/g |
| | | Cu | 0.7 µg/g |
| | | Pb | 0.8 µg/g |
| | | Hg | 0.03 µg/g |
| | | Ni | 0.5 µg/g |
| | | Se | 0.18 µg/g |
| | | Sn | 0.36 µg/g |
| | | Zn | 1.8 µg/g |
| *Sediment* Chlorinated Pesticides & PCBs | NOAA NS&T (1998)/ EPA EMAP (1992) GC/ECD | α-BHC | 0.052 µg/kg |
| | | β-BHC | 0.015 µg/kg |
| | | Lindane | 0.018 µg/kg |
| | | δ-BHC | 0.015 µg/kg |
| | | Heptachlor | 0.016 µg/kg |
| | | Heptachlor expoxide | 0.016 µg/kg |
| | | Endosulfan I | 0.034 µg/kg |
| | | Endosulfan II | 0.011 µg/kg |
| | | Endosulfan sulfate | 0.013 µg/kg |

A00014

September 14, 2001

| Matrix | Method | Compounds | Method Detection Limit |
|--------|--------|-----------|------------------------|
| | | Endrin | 0.055 µg/kg |
| | | Endrin Aldehyde | 0.055 µg/kg |
| | | Endrin Ketone | 0.011 µg/kg |
| | | Aldrin | 0.015 µg/kg |
| | | Dieldrin | 0.035 µg/kg |
| | | Methoxychlor | 0.035 µg/kg |
| | | 4,4'-DDT | 0.024 µg/kg |
| | | 4,4'-DDD | 0.013 µg/kg |
| | | 4,4'-DDE | 0.016 µg/kg |
| | | 2,4'-DDT | 0.078 µg/kg |
| | | 2,4'-DDD | 0.014 µg/kg |
| | | 2,4'-DDE | 0.066 µg/kg |
| | | PCB08 | 0.144 µg/kg |
| | | PCB18 | 0.015 µg/kg |
| | | PCB28 | 0.013 µg/kg |
| | | PCB52 | 0.015 µg/kg |
| | | PCB44 | 0.015 µg/kg |
| | | PCB66 | 0.016 µg/kg |
| | | PCB101 | 0.014 µg/kg |
| | | PCB77 | 0.039 µg/kg |
| | | PCB118 | 0.017 µg/kg |
| | | PCB153 | 0.017 µg/kg |
| | | PCB105 | 0.015 µg/kg |
| | | PCB138 | 0.020 µg/kg |
| | | PCB126 | 0.027 µg/kg |
| | | PCB187 | 0.015 µg/kg |
| | | PCB128 | 0.023 ug/kg |
| | | PCB180 | 0.020 µg/kg |
| | | PCB170 | 0.187 µg/kg |
| | | PCB195 | 0.016 µg/kg |
| | | PCB206 | 0.016 µg/kg |
| | | PCB209 | 0.017 µg/kg |
| *Sediment* PAH | NOAA NS&T (1998)/ EPA EMAP (1992) GC/MS SIM | Naphthalene | 0.132 µg/kg |
| | | Acenaphthylene | 0.036 µg/kg |
| | | Acenaphthene | 0.036 µg/kg |
| | | Fluorene | 0.040 µg/kg |
| | | Phenanthrene | 0.054 µg/kg |
| | | Anthracene | 0.028 µg/kg |
| | | Fluoranthene | 0.039 µg/kg |
| | | Pyrene | 0.037 µg/kg |
| | | Benzo(a)anthracene | 0.049 µg/kg |
| | | Chrysene | 0.037 µg/kg |
| | | Benzo(b)fluoranthene | 0.044 µg/kg |
| | | Benzo(k)fluoranthene | 0.031 µg/kg |
| | | Benzo(a)pyrene | 0.100 µg/kg |
| | | Indeno(1,2,3-c,d)pyrene | 0.077 µg/kg |
| | | Dibenz(a,h)anthracene | 0.042 µg/kg |
| | | Benzo(g,h,i)perylene | 0.046 µg/kg |
| | | 2-Methylnaphthalene | 0.128 µg/kg |
| | | 1-Methylnaphthalene | 0.086 µg/kg |
| | | 2,6-Dimethylnaphthalene | 0.111 µg/kg |
| | | 2,3,5-Trimethylnaphthalene | 0.060 µg/kg |
| | | Biphenyl | 0.051 µg/kg |
| | | Dibenzofuran | 0.055 µg/kg |

A00015

September 14, 2001

| Matrix | Method | Compounds | Method Detection Limit |
|---|---|---|---|
| | | 1-Methylphenanthrene | 0.044 µg/kg |
| | | Dibenzothiophene | 0.035 µg/kg |
| | | Benzo(e)pyrene | 0.042 µg/kg |
| | | Perylene | 0.040 µg/kg |
| | | Decalin | 0.111 µg/kg |
| | | Benzothiophene | 0.079 µg/kg |
| *Sediment* Ammonia | EPA/CE p. 3-154, 1,2 | | 0.01 mg/g |
| *Sediment* Nitrate-Nitrite | EPA/CE p. 3-183, 1,2 | | 0.01 mg/g |
| *Sediment* Sulfide | SW-846, 9030 | | 2 mg/kg |
| *Sediment* TOC | SW-846, 9060 | | 100 mg/kg |
| *Sediment* Particle Size | ASTM D-4464-85,C-1070-86 | %sand, %silt, %clay, 25 logarithmically-based size fractions between 0.4 um and 2000 um, plus the fraction greater thank 2000 um, sample statistics [mean, median, mode, skewness, kurtosis] | 0.2% |
| *Tissue* PAH | NOAA NS&T (1998)/ EPA EMAP (1992) GC/MS SIM | Naphthalene | 0.747 µg/kg |
| | | Acenaphthylene | 0.191µg/kg |
| | | Acenaphthene | 0.122 µg/kg |
| | | Fluorene | 0.266 µg/kg |
| | | Phenanthrene | 0.326 µg/kg |
| | | Anthracene | 0.211 µg/kg |
| | | Fluoranthene | 0.277 µg/kg |
| | | Pyrene | 0.903 µg/kg |
| | | Benzo(a)anthracene | 0.188 µg/kg |
| | | Chrysene | 0.201 µg/kg |
| | | Benzo(b)fluoranthene | 0.200 µg/kg |
| | | Benzo(k)fluoranthene | 0.143 µg/kg |
| | | Benzo(a)pyrene | 0.297 µg/kg |
| | | Indeno(1,2,3-c,d)pyrene | 0.563 µg/kg |
| | | Dibenz(a,h)anthracene | 0.431 µg/kg |
| | | Benzo(g,h,i)perylene | 0.889 µg/kg |
| | | 2-Methylnaphthalene | 0.558 µg/kg |
| | | 1-Methylnaphthalene | 0.243 µg/kg |
| | | 2,6-Dimethylnaphthalene | 0.241 µg/kg |
| | | 2,3,5-Trimethylnaphthalene | 0.392 µg/kg |
| | | Biphenyl | 0.158 µg/kg |
| | | Dibenzofuran | 0.181 µg/kg |
| | | 1-Methylphenanthrene | 0.280 µg/kg |
| | | Dibenzothiophene | 0.409 µg/kg |
| | | Benzo(e)pyrene | 0.125 µg/kg |
| | | Perylene | 0.861 µg/kg |
| | | Decalin | 1.160 µg/kg |
| | | Benzothiophene | 0.559 µg/kg |
| *Tissue* PCBs | NOAA NS&T (1998)/ EPA EMAP (1992) | PCB08 | 0.427 ug/kg |
| | | PCB18 | 0.166 ug/kg |
| | | PCB28 | 0.190 ug/kg |
| | | PCB52 | 0.210 ug/kg |

A00016

6

| Matrix | Method | Compounds | Method Detection Limit |
|---|---|---|---|
| | GC/ECD | PCB44 | 0.201 ug/kg |
| | | PCB66 | 0.357 ug/kg |
| | | PCB101 | 0.790 ug/kg |
| | | PCB77 | 0.400 ug/kg |
| | | PCB118 | 0.375 ug/kg |
| | | PCB153 | 0.630 ug/kg |
| | | PCB105 | 0.219 ug/kg |
| | | PCB138 | 0.387 ug/kg |
| | | PCB126 | 0.220 ug/kg |
| | | PCB187 | 0.249 ug/kg |
| | | PCB128 | 0.366 ug/kg |
| | | PCB180 | 0.386 ug/kg |
| | | PCB170 | 0.176 ug/kg |
| | | PCB195 | 0.170 ug/kg |
| | | PCB206 | 0.152 ug/kg |
| | | PCB209 | 0.116 ug/kg |
| *Tissue* Metals | NOAA NS&T (1998)/ EPA EMAP (1992) | Al | 1.8 µg/kg |
| | | As | 0.04 µg/kg |
| | | Cd | 0.03 µg/kg |
| | | Cr | 0.25 µg/kg |
| | | Cu | 0.04 µg/kg |
| | | Pb | 0.02 µg/kg |
| | | Hg | 0.02 µg/kg |
| | | Ni | 0.02 µg/kg |
| | | Se | 0.12 µg/kg |
| | | Sn | 0.04 µg/kg |
| | | Zn | 0.7 µg/kg |

A 00C17

September 14, 2001

## Table 4. Sampling information

| Matrix | Analysis | Sample Handling | Holding Time (Issues) | Approximate Sample Size Required |
|---|---|---|---|---|
| *Water* | Metals | Samples are not acidified until after filtering, therefore Teflon bottles without acid will be sent to the refinery. | Water samples must be filtered within 24 hours of collection. Therefore overnight shipping on ice at 4°C is required. Bottles should be packed upright in cooler. Samples should not be collected on Friday. | 100 mL for effluent or freshwater<br><br>500 mL for seawater |
| | PAH/Pest/PCB | Collect sample in 1-L amber bottle, seal with Teflon lined cap. Bottles provided. | 7 day holding time. Samples should be shipped on the day collected. Ship bottles upright in cooler at ~ 4°C (on ice) with plenty of packing material | 2 L |
| *Sediment* | Metals – bulk metals | Collect the sediment for bulk metals and AVS/SEM metals in a 4-oz. jar. Sample using Kynar coated sample scoop. Minimize exposure to air by filling the jar to the top with sediment. Jars provided. | Samples should be shipped on the day collected. Ship jars upright in cooler at ~ 4°C (on ice) with plenty of packing material. | ~ 100 g (includes sediment for bulk metals and AVS/SEM metals. |
| | AVS/SEM | See above. | See above. | See above. |
| | PAH/Pest/PCB | Collect sediment in 250-ml glass jar. Sample using Kynar coated sample scoop. Jars provided. | 14 day holding time. Samples should be shipped on the day collected. Ship jars upright in cooler at ~ 4°C (on ice) with plenty of packing material. | ~ 50 – 100 g |
| | Sulfide and TOC | Collect sediment in 1, 125-mL polyethylene or glass jar filled to top *(no head space)*. Jars provided. | 7 day holding time Sulfide. Ship jars upright in cooler at ~ 4°C (on ice) with plenty of packing material. Samples should be shipped on the day collected. | ~ 25 – 30 g |
| | Ammonia, Nitrate-Nitrite, and Particle Size | Collect sediment in 1, 200-mL polyethylene jar , ¾ full. Jars provided. | Holding time of 7 days for Ammonia and Nitrate-Nitrite. Ship jars upright in cooler at ~ 4°C (on ice). Samples should be shipped on the day collected. | ~ 40 – 60 g |
| *Tissue* | Metals | Bivalve samples should be collected and shipped whole (in the shell). Metals samples should be double bagged in Ziploc freezer storage bags. | 1 year extraction holding time from collection. Samples should be shipped on the day collected. Ship in coolers at ~ 4°C (on ice). | 20 g |
| | PAH/Pest/PCB | Bivalve samples should be shipped whole (in the shell). Organic samples should double wrapped in solvent (DCM) rinsed foil and bagged in Ziploc freezer storage bags. | 1 year extraction holding time from collection. Samples should be shipped on the day collected. Ship in coolers at ~ 4°C (on ice). | 30 g |

A 00018

Appendix C to Plaintiffs' Appendix Volume II, which is in read-only format and is greater than 2.5 megabytes, is being served on the Court and opposing counsel in CD-format.

# APPENDIX D

Ocean Survey Inc., Dye Study Report

A00019

This page was
intentionally left
blank.

A00020

# FINAL REPORT

### MOTIVA ENTERPRISES REFINERY
### EFFLUENT OUTFALL MODEL
### VERIFICATION STUDY

### DELAWARE CITY, DE

### OSI Report No. 00ES032

Prepared For:  Najarian Associates, Inc.
One Industrial Way West
Eatontown, NJ 07724

Prepared By:  Ocean Surveys, Inc.
91 Sheffield Street
Old Saybrook, CT 06475

Submitted:  13 September 2000
Revised: 7 August 2001

A 00021

# TABLE OF CONTENTS

1.0    INTRODUCTION ................................................................................. 1

  1.1    Operation Plan and Survey Schedule ................................................. 1

2.0    SURVEY EQUIPMENT AND PROCEDURES ................................... 3

  2.1    Horizontal Control and Survey Vessel Navigation ......................... 3
  2.2    Sediment Mapping ............................................................................. 4

    2.2.1    Side Scan Sonar ................................................................... 4
    2.2.2    Van Veen Sediment Grab Sampler ..................................... 5

  2.3    *In Situ* Instruments and Moorings ................................................. 6

    2.3.1    Tide Gauge Station ............................................................. 6
    2.3.2    Acoustic Doppler Current Profiler (ADCP) ..................... 7

  2.4    Dye Plume Survey ............................................................................. 7

    2.4.1    Dye Injection ....................................................................... 7
    2.4.2    Initial Concentration .......................................................... 8
    2.4.3    Recirculation Monitoring ................................................... 9
    2.4.4    Fluorescence Detection ..................................................... 10
    2.4.5    Horizontal Dye Mapping .................................................. 11

  2.5    Conductivity and Temperature Profiling ...................................... 12

3.0    DATA PROCESSING AND PRESENTATION ................................ 12

  3.1    Sediment Mapping ........................................................................... 12
  3.2    *In Situ* Instruments ....................................................................... 13
  3.3    Dye Concentration Data ................................................................. 13
  3.4    CTD Profile Data ............................................................................. 14

4.0    DATA DISCUSSION ........................................................................... 15

  4.1    Sediment Characteristics ................................................................ 15
  4.2    Plant Recirculation ......................................................................... 15
  4.3    Dye Plume Mappings ...................................................................... 17

A 00022

## **APPENDICES**

A    Equipment Specifications
B    Sediment Map
C    In Situ Instrument Time Series Plots
D    Dye Plume Maps
E    CTD Profiles
F    ASCII Listings on CD-ROM

A 00023

# FINAL REPORT

### MOTIVA ENTERPRISES REFINERY
### EFFLUENT OUTFALL MODEL
### VERIFICATION STUDY

## 1.0    INTRODUCTION

During the period of 19 – 23 May 2000 Ocean Surveys, Inc. (OSI) conducted a detailed field investigation of the discharge plume of the Motiva Enterprises Refinery in Delaware City, Delaware (Figure 1). This work was performed to provide plume and river characteristics to Najarian Associates to assist in the development of a numerical model of the discharge plume and its receiving waters.

The data acquisition program consisted of a continual release dye tracer investigation, in situ monitoring of the Delaware River's currents and water level, and salinity, temperature and depth profiling.

## 1.1    Operation Plan and Survey Schedule

On site operations began on 18 May with the mobilization of the survey vessel and installation of a Coastal Micro-Tide recorder. Installation of the *in situ* instruments was completed on 19 May with the deployment of an Acoustic Doppler Current Profiler (ADCP) opposite the discharge canal in the Bulkhead Shoal Channel. These instruments were set to record continuously throughout all other onsite operations and were recovered on the morning of 22 May 2000.

A00024

WILMINGTON, DELAWARE

CHRISTINA RIVER

N

NEW CASTLE

PENNS NECK

STUDY

MOTIVA ENTERPRISES

PEA PATCH IS.

DELAWARE CITY

CHESAPEAKE & DELAWARE CANAL

AREA

REEDY IS.

ARTIFICIAL ISLAND

DELAWARE

CEDAR SWAMP

RIVER

A00025

FIGURE 1

OSI

OCEAN SURVEYS, INC.

Operations at the Motive Refinery began on the 19 May with the installation of the recirculation monitoring equipment and dye injection system at the plant's intake structure and the installation of the initial concentration monitoring station along the plant's discharge canal.

On day 3 (20 May) sonar imagery was utilized to provide an over-all view of the discharge area and its sediment characteristics. Multiple push probes were made and 24 grab samples were obtained on 21 May at select locations within the survey area to characterize sediments and to further aid in the interpretation of the remote sensing data. Upon completion of field investigations, sediment samples were sent to Motiva Enterprises to be analyzed for grain size distribution.

Rhodamine WT dye was continuously injected into the Motiva Refinery cooling water intake structure beginning at 17:00 on 21 May 2000. The injected was initiated approximately 12 hours prior to the start of plume mapping in order to develop quasi-steady state concentrations in the near and far field dilution zones.

*injection*

On day 5 (22 May) the field crew checked dye injection, verified the operation of the initial concentration and recirculation concentration instrumentation, and conducted a series of recovery tests to determine/quantify the level of dye quenching or reduction (the recovery test revealed no significant reduction in the dye concentration). Plume mapping operations commenced with the maximum ebb tide mapping beginning at 06:57 hours (EDT). Plume mappings continued with sequential mappings at low slack, maximum flood and high slack tide, concluding at 17:38 hours (EDT). Each plume mapping consisted of a horizontal mapping of dye concentrations at two levels 1 ft and 3 ft below the surface along with salinity, temperature and depth profiling (CTD). The 3 ft level was adjusted to 2 ft below the surface upon review of the CTD data and one preliminary dye vertical profile to capture the full horizontal extent of the plume.

*Final Report – Motiva Enterprises Refinery Effluent Outfall*
*Model Verification Study, Delaware City, Delaware*                                    Page 2

A 00026

**OCEAN SURVEYS, INC.**

On site operations were completed on day 6 (23 May) with the demobilization of the dye injection, initial concentration and recirculation concentration stations. The *in situ* instruments were also recovered and downloaded.

## 2.0    SURVEY EQUIPMENT AND PROCEDURES

### 2.1    Horizontal Control and Survey Vessel Navigation

A Trimble 4000 Differential Global Positioning System (DGPS) interfaced with OSI's PC-based hydrographic software package "Maretrack II" was used for survey vessel navigation and positioning. The global positioning system consists of 24 earth-orbiting satellites, which broadcast radio signals to the surface. These signals are used by the GPS receiver to calculate its position based on the signal's Doppler shift. Three or more satellite signals are required to accurately calculate the receiver's position. Differential correctors, used to increase vessel position accuracy to ± 1 meter, were received via a radio link to a USCG beacon transmitter. The geodetic positions derived from the DGPS system were converted to the Delaware State Plane Coordinate system (NAD83) for survey operations and preparation of final products.

OSI's Maretrack II navigation system was used for positioning and placement of all moored instruments and provided accurate trackline control for the dye plume mappings. This navigation system receives geodetic position data every second and converts these data into x-y grid coordinates in the specified coordinate system plane. The incoming data are recorded and processed in real time by the Maretrack computer. The vessel position, within a previously constructed project drawing of the survey area, is displayed on a video monitor to aid the boat operator in navigation. This system provides a highly accurate visual representation of survey vessel location in real time, combined with data logging capabilities and post-survey data processing and plotting packages.

*Final Report – Motiva Enterprises Refinery Effluent Outfall*
*Model Verification Study, Delaware City, Delaware*                                    Page 3

A 00027

Equipment specifications for the Trimble DGPS positioning system and other survey equipment used for this project are included in Appendix A.

## 2.2    Sediment Mapping

### 2.2.1    Side Scan Sonar

Side scan sonar images were obtained through the use of a Marine Sonic Technology, Ltd. -"Sea Scan PC", high resolution, dual channel side scan sonar system operating at a frequency of 600 kHz. The system allows detection of discrete objects as well as changes in bottom morphology and has the ability to store image information digitally for post survey processing, enhancement, and plotting/printing.

The side scan sonar system consists of three units: a tow fish which houses the transducers and signal amplifiers, a reinforced cable acting simultaneously as a transmission and tow cable, and a personal computer and color monitor where images are stored, processed and displayed. In operation, the side scan sonar derives its information from reflected acoustic energy. The set of transducers mounted in the compact towfish generates high-power, short duration acoustic pulses, which are emitted in a thin fan-shaped pattern that spreads downward to either side of the towfish in a plane perpendicular to its path. As the towfish progresses along the survey vessel's track, this beam sequentially scans the riverbed from a point directly beneath the fish outward to each side of the survey vessel trackline.

Acoustic energy reflected from bottom discontinuities is received by the set of transducers, amplified and transmitted to the survey vessel via the tow cable, where it is further amplified, processed, and converted to an interpretable format (plan view image) and displayed on the color monitor by the side scan sonar computer. The image

A 00028

displayed is essentially analogous to a high angle oblique "photograph" providing detailed representation of the riverbed features and characteristics.

Strong reflectors such as rocks, debris, and/or natural features with positive relief are represented by darkened areas on the image. Depressions and "shadow" areas behind features with positive relief are indicated by light areas on the image. Examination of the side scan images thus allows recognition of significant features, objects, and changes in bottom types on the riverbed. During data acquisition, all sonar images were merged with satellite position data to allow for post-survey interpretation and cross correlation with other data.

### 2.2.2   Van Veen Sediment Grab Sampler

A Van Veen sediment sampler was used to obtain grab samples for direct analysis of bottom materials. The Van Veen sampler is used primarily to sample unconsolidated materials from soft mud to coarse sand, and is capable of retrieving a relatively undisturbed, unwashed sample from the bottom in any water depth.

The sampler is constructed of steel designed for all types of benthic sediments and has a unique trigger mechanism activated when the sampler strikes the bottom. The unit is comprised of two-quarter cylinder buckets with each welded to a lever arm and connected to wire cables with which the sampler is lowered. Upon contact with the bottom, the upward motion of the lifting line pulls the lever arms and bucket halves together enclosing sediment within. The top of the unit is covered with mesh screen to prevent sediment and organisms from spilling out of the bucket during its ascent. Lead weights can be added to the sampler for increased penetration into the bottom, if necessary. The effective sampling area of the Van Veen grab sampler is 32 x 32 cm.

*Final Report – Motiva Enterprises Refinery Effluent Outfall*
*Model Verification Study, Delaware City, Delaware*                                          Page 5

A 00029

## 2.3   *In Situ* Instruments and Moorings

### 2.3.1   Tide Gauge Station

Changes in water elevation on the Delaware River were recorded using a Coastal Micro-Tide recorder.   The Micro-Tide recorder is a subsurface pressure-sensing unit that measures the hydrostatic pressure above the sensor.  The tide gauge station was installed using a rigid mounting frame attached to a fixed structure located along the riverbank near the southern end of Motiva Enterprises property.   One primary and one backup gauge were installed.

Since the Micro-Tide recorder measures total pressure, the recordings must be corrected for variations in barometric pressure during the deployment.   For this deployment barometric pressure data were utilized from Dover Airport.

The Micro-Tide recorder was referenced to MLLW by comparing the data set with tide gauge data collected from the National Ocean Service (NOS) tide gauge installed at Reedy Point (#8551910).  The mean water level over the course of the survey period was computed for both the OSI Micro-Tide recorder data and the NOS tide gauge.  A direct comparison was made between the two values.  The OSI data was corrected by this value to produce water levels of the same vertical datum (MLLW) as the NOS tide gauge.

| In Situ Instruments | Location (DE State Plane NAD83) | |
|---|---|---|
| | Easting (ft) | Northing (ft) |
| Tide Gauge | 607,897 | 576,102 |
| ADCP | 604,254 | 582,251 |

A 00030

### 2.3.2   Acoustic Doppler Current Profiler (ADCP)

The *in situ* water currents of the Delaware River were recorded using a 300 kHz RD Instruments ADCP.  The ADCP was mounted on an aluminum base and positioned at a fixed location on the riverbed.  Water current measurements were vertically averaged into 1-meter depth bins using an ensemble of 200 pings evenly spaced over a 6-minute sampling interval.  The resulting standard deviation is 1.2 cm/s.

The ADCP contains four transducers that produce a 300 kHz acoustic wave emanating in four directions.  Each transducer is angled 20° off center and evenly spaced around the head of the instrument.   The instrument sends out acoustic pulses (pings) at a predetermined rate and measures the Doppler shift of these pulses as they reflect off particles throughout the water column.  The resulting motion of the particles can then be calculated.  Data from a minimum of three transducers are used by the instrument to calculate a three-dimensional vector representing current speed and direction at any given distance above the instrument.  After a preset number of pings (ensemble) are transmitted and received these measurements are averaged over the length of the ensemble, grouped together within the specified depth range (depth bin), and stored digitally by the ADCP.

### 2.4   Dye Plume Survey

### 2.4.1   Dye Injection

Rhodamine WT dye, which is a biodegradable, fluorescent tracer that is extremely soluble in water and detectable in very small concentrations (less than 0.05 parts per billion), was utilized for this project.  The dye was supplied as a 20% aqueous solution by Crompton and Knowles Corporation, Gilbraltar, Pennsylvania.

A 00031

**OCEAN SURVEYS, INC.**

Rhodamine WT dye was introduced, utilizing a Cole Palmer Instrument Company Masterflex L/S Computerized Drive laboratory pump, into the Station's cooling water intake supply. This injection point was selected to allow sufficient distance for the dye to mix as it flows through the station before reaching the initial concentration monitoring site at the middle of the discharge canal.

Dye injection was initiated at 17:00 hours on 21 May 2000 at a rate of 18.44 lbs/hr and maintained at this constant value throughout the dye injection period (Figure 2). Dye injection was stopped at 18:26 hours on 22 May 2000 with nearly 24 hours of total dye injection totaling 432.16 lbs of dye.



*Figure 2: Linear dye injection at a rate of 18.44 lbs/hr.*

### 2.4.2    Initial Concentration

The initial dye concentration in the discharge was monitored by a Turner Designs Model 10 fluorometer system, set in continuous flow-through mode, and recorded digitally on a laptop computer.    A Soltec strip chart recorder served as a backup to the digital recording.    Water for these measurements was drawn from the Motiva water quality

A 00032

**OCEAN SURVEYS, INC.**

sampling station near the middle of the discharge canal. The sampling station was located a sufficient distance from the injection point to allow complete mixing of the dye to occur. Initial concentration data were collected continuously over the entire dye injection period and are plotted below in Figure 3.



*Figure 3: Initial concentration after complete mixing with intake water.*

### 2.4.3   Recirculation Monitoring

The level of dye recirculated through the Station's cooling water system was monitored using a Turner Designs Model 10 Fluorometer in flow-through mode installed on at the plants intake structure prior to dye injection contamination. Dye concentration data were recorded on a laptop computer and a Soltec strip chart recorder. Evidence of recirculation was observed through this data and can be seen in Figure 4.

A00033

**OCEAN SURVEYS, INC.**



*Figure 4: Recirculation concentration measured before the point of dye injection.*

### 2.4.4   Fluorescence Detection

The Model 10 fluorometer provides a relative measure of the quantity of light emitted from a fluorescent solution.  A lamp within the fluorometer emits light, which passes through a filter, excluding all but the excitation frequency of Rhodamine WT, and is allowed to strike the sample.  Any dye present in the solution will fluoresce.  The emitted light spectrum is passed through a secondary filter to a photomultiplier. An electric current is created in the photomultiplier proportional to the intensity of the fluorescent emission, which is converted, through instrument calibration, to Rhodamine WT concentration and recorded digitally for post-processing.

Water sample temperatures were recorded along with the fluorescence data employing a Yellow Springs Instrument Company Series 700 Thermistor located in line with the

A00034

sample chamber. These temperature data were used during data processing to correct the dye concentration data for temperature variations.

Pre-survey calibrations of the fluorometers were conducted using standard solutions prepared with dye drawn from the same lot as used for the study. These solutions were prepared employing Class A glassware as established by the National Bureau of Standards. The calibration data are then used to create third-order polynomial calibration curves for each fluorometer that relate the fluorescence levels measured by the instrument to actual dye concentrations.

### 2.4.5   Horizontal Dye Mapping

Multi surface horizontal mapping of the dyed discharge plume was conducted onboard the R/V Able. Dye concentrations were measured using a digital Turner Designs Model 10 fluorometer system with flow-through sample chamber and integrated thermistor. The fluorescence and temperature data were output to a two-pen Soltec strip chart recorder and to the navigation computer/data logger. Submersible pumps positioned directly over the GPS antenna were used to continually circulate sample water through opaque polyethylene tubing connected directly to the fluorometer from a fixed depth of 1-3 feet. Positioning data from the DGPS system was merged with the dye concentration data in Maretrack II to yield accurate maps of the discharge plume.

The horizontal dye mapping consisted of 8 to 10 cross-river transects ranging up to 7 miles downstream and 4 miles upstream of the plant's discharge canal. The dye plume concentrations within the Chesapeake and Delaware Canal were not monitored or mapped during this study. The dye plume was mapped four times to correspond with the following predicted tidal currents. The number and position of the transects that were surveyed during each mapping were adjusted to follow the movement and extent of the dye plume and cover the maximum area possible within the time constraints.

*Final Report – Motiva Enterprises Refinery Effluent Outfall*
*Model Verification Study, Delaware City, Delaware*                                    Page 11

A00035

**OCEAN SURVEYS, INC.**

| Predicted Tidal Current | Mapping Period (EDT) |
|---|---|
| Max Ebb | 06:57-10:41 |
| Low Slack | 11:37-13:31 |
| Max Flood | 13:31-15:18 |
| High Slack | 15:32-17:38 |

## 2.5    Conductivity and Temperature Profiling

Conductivity and temperature data were collected using a Sea-Bird Electronics, Inc. Model SBE 19 SeaCat Profiler. The SeaCat Profiler is a self-powered, self-contained micro processing unit capable of collecting temperature, conductivity, and depth data at a rate of two scans per second. Data are internally processed, corrected, and recorded in solid-state memory and can later be transferred via an RS-232 port to a computer where the operator can view the data and archive it for future processing.

Operationally, the SeaCat was lowered over the side of the vessel into the water where it was allowed to equilibrate with the surrounding water. To collect a cast, the instrument was lowered through the water column to the bottom. Once at the bottom, the SeaCat was held steady for one minute, then returned to the surface.

## 3.0    DATA PROCESSING AND PRESENTATION

## 3.1    Sediment Mapping

Side scan sonar imagery was reviewed in conjunction with the sediment sample descriptions and grain size analysis data with the emphasis on defining various sediment types present on the riverbed. During this review, the riverbed in the area investigated

A 00036

was classified into four unique type categories. Based on this classification scheme, unique shade/hatch patterns have been used to construct a surficial sediment drawing attached in Appendix B .

## 3.2   *In Situ* Instruments

Tidal elevations were computed from the recorded pressure at the tide gauge. Custom OSI software applications were used to calculate the height of the water above the gauge, using barometric pressure obtained from Dover airport. The water level data were then converted to water elevations referenced to MLLW. A time series plot of water elevation was generated using Microsoft Excel, and is presented in Appendix C.

The *in situ* ADCP data were converted from binary to ASCII format using specialized software developed by RD Instruments. The resulting ASCII data were then processed and vector-averaged using Matlab to generate tabular ASCII data containing current speed and direction in two-foot vertical increments above the instrument over the one-month deployment period. The data are presented as time-series plots of speed and direction in Appendix C.

All *in situ* deployment data are available as ASCII files on the enclosed CD-ROM in Appendix F.

## 3.3 Dye Concentration Data

The data collected during the dye plume mappings must be converted from raw fluorescence data to dye-dilution ratios used in creating the contoured plume maps. This was accomplished by first correcting the fluorescence data to a standard temperature according to the equation:

A 00037

**OCEAN SURVEYS, INC.**

$$C_T = C_R \times e^{0.015(T_S - T_R)}$$

Where:

$C_T$ = Dye concentration corrected for sample temperature

$C_R$ = Raw concentration output from the fluorometer

$T_S$ = Sample temperature

$T_R$ = Reference temperature

Once the concentration is corrected for temperature, the fluorometer calibration curve is applied. The fluorometer calibration curve is a third-order polynomial equation relating the instrument's fluorescence response to true concentration of Rhodamine WT by weight. The final adjustment made is to subtract out any background fluorescence measured in the receiving waters.

To facilitate analysis, the plume maps have been contoured as dilution ratios based upon the average initial concentration of dye recorded during each specific mapping period. The dilution ration is determined by the formula: (initial concentration / vessel measured concentration) – 1 or ($IC/MC$) –1. Initial concentration represents the total concentration of dye in the Station's discharge (including injected dye and recirculated dye) as measured by the fluorometer system located near the middle of the discharge canal. The dye dilution plume maps have been contoured to indicate the positions of 0:1, 5:1, 10:1, 20:1, 50:1, 100:1 and 200:1 dilution contours. The dye plume maps are available in Appendix D and ASCII listing of dye concentration with corresponding location and time data are available on CD-ROM in Appendix F.

## 3.4    CTD Profile Data

Water quality data collected by the SeaCat Profiler were downloaded to a computer and post-processed using Sea-Bird Electronics CTD Data Acquisition Software, Seasoft

---

A00038

OCEAN SURVEYS, INC.

version 4.238. The data are presented as profiles in Appendix E and as ASCII listings on CD-ROM in Appendix F. The position of each profile station is shown on the corresponding dye plume maps.

*where are the stations located?*

*6 CTD stations are shown on the 8 plume dilution maps*

## 4.0   DATA DISCUSSION

### 4.1   Sediment Characteristics

Side scan sonar imagery, sediment grabs, push probe results and visual observations made during the course of the survey show limited variability of surface sediments throughout the surveyed area. In general, an aqueous silty/mud to compact silt/clay characterizes the river bottom, while coarser materials (sand and gravel) were found along the shoreline. Grain size analyses performed on the 24 sediment grab samples obtained throughout the area show that the majority of the sediment falls in the very fine sand-silt category

### 4.2   Plant Recirculation

Recirculation of the plant's discharge water was recorded through the presence of the recirculated dye at the intake facility. The concentration in the intake water peaked at half that of the discharge water, equivalent to a 1:1 dilution ratio. Recirculation appeared to be related to the change in tide from ebb to flood as seen in Figure 5.



*Figure 5: Comparison between recirculation concentration and tide elevation fluctuations.*

The recirculated dye also was traceable through the initial concentration. The sharp increases in concentration at the intake structure flowed through the plant's system and was recorded at the discharge canal. This was seen in the data once during the 24 hours injection period and a small remnant of the recirculation was present after injection was completed, as seen in Figure 6. A direct comparison between the time difference in the to peaks in concentration reveals a plant circulation time of approximately 90 to 105 minutes.

---

*Final Report – Motiva Enterprises Refinery Effluent Outfall*
*Model Verification Study, Delaware City, Delaware*                                    Page 16

A 00040

OCEAN SURVEYS, INC.



*Figure 6: Initial concentration vs. recirculation concentration reveals plant circulation travel time of 90 to 105 minutes.*

## 4.3    Dye Plume Mappings

The dye plume maps reveal a tidal excursion of the discharge water in the Delaware River of approximately 7 miles downstream, near Reedy Island, and 4 miles upstream of the plant.  However, the 20:1 dilution of the discharge never extended beyond 3 miles from the discharge canal.  Winds from the east during the dye plume mapping period, along with submerged breakwaters constructed by the USCOE in the center of the Delaware River attributed to the plume remaining on the west bank of the Delaware River throughout the study.

A 00041

During the third mapping on the maximum flood tide and the fourth mapping at high slack tide, the plume is divided between near shore higher concentrations and offshore lower concentrations. The outer plume appears to follow the Bulkhead Shole Channel and represents remnants of the earlier plume traveling upstream from below the plant. The near shore higher concentrations flow directly from the discharge canal.

A 00042

OCEAN SURVEYS, INC.

# APPENDIX A

## EQUIPMENT SPECIFICATIONS

- Rhodamine WT Dye
- Trimble DL 4000 DGPS Navigation System
- OSI Maretrack/Mareplot
- Turner Designs Model 10 Fluorometer
- Soltec 2-Pen Strip Chart Recorder
- SeaBird Electronics SBE 19 SeaCat Profiler
- Coastal Microtide *In Situ* Tide Gauge
- RD Instruments Workhorse Sentinel ADCP

*Final Report – Motiva Enterprises Refinery Effluent Outfall*
*Model Verification Study, Delaware City, Delaware*



**Industrial Products**

# Intracid® Rhodamine WT Liquid

## Technical Data Bulletin

**March, 1980**

| | |
|---|---|
| Appearance | Clear, very dark red aqueous solution, substantially free from insoluble matter. |
| Specific Gravity | Approximately 1.15 at 20/20°C. Gravity on a specific lot will be provided on request. |
| pH | 10.8 ± 0.7 at 20°C. |
| Dispersion in Sea Water | Shows complete dispersion when dropped into sea water. |
| Bleachability | Bleachable with sodium hypochlorite. |
| Optimum Excitation Wavelength | About 556 nm. |
| Optimum Analyzing Wavelength | About 580 nm. |
| pH Sensitivity | No significant change in fluorescence between 5.5 and 11.0. |
| Freezing Point | Approximately –10°C. |
| Viscosity | Less than 25 centipoises at 25°C. |
| Comments | This color was developed to exhibit high tinctorial strength and a low tendency to stain silt, dirt, and other suspended matter in shallow and inland waters. It is particularly suitable for water tracing work by fluorometry or by visual methods. A vendor of fluorometers such as G. K. Turner Associates should be consulted for detailed information on fluorometric techniques. For precise scientific work, the user should carry out his own measurements on the starting material, since there will be some variation from lot to lot.

The suitability of this product for a specific application should be evaluated by a qualified hydrologist before use. |

# Crompton & Knowles Corporation
**Industrial Products Division**



**OCEAN SURVEYS, INC.**
91 SHEFFIELD ST., OLD SAYBROOK, CT. 06475
TEL: (203) 388-4631     TLX: 5106013995

**DISCLAIMER:** To our best knowledge, the information and recommendations contained herein are accurate. and reliable However, this information and our recommendations are furnished without warranty, representation, inducement, or license of any kind. including. but not limited to the implied warranties of merchantability and fitness for a particular use or purpose. Customers are encouraged to conduct their own tests and to read the product labels carefully before using them. Furthermore, the customer assumes sole liability for any patent infringement that occurs by reason of its following our recommendations or using the information given

**CAUTION:** Dyes and chemicals may cause irritation if allowed to come in contact with the skin. The use of gloves and protective goggles recommended when handling these products. as with any other dye or chemical

Ā 00044

© 1980

**Trimble**

# 4000RS™ & 4000DS™

*DGPS Reference Surveyor and Differential Surveyor*

*The DGPS solution for real-time sub-meter accuracy utilizing L1 C/A code.*

The 4000RS Reference Surveyor and 4000DS Differential Surveyor, built with Trimble's most advanced GPS processor, use carrier-smoothed C/A code measurements to achieve real-time DGPS sub-meter position accuracy. Both receivers feature 9-channels of continuous satellite tracking (12 channels optional), a lightweight, rugged, weatherproof housing, and low-power consumption for extended field operation time from batteries.

The 4000RS and 4000DS are ideal for hydrographic and navigation systems, vessel tracking and other dynamic surveying applications. The 4000RS operates as an autonomous reference station, calculating DGPS corrections in the RTCM SC-104 standard format for transmission to mobile GPS receivers. Advanced carrier aided filtering and smoothing techniques applied to exceptionally low noise C/A code measurements are used to provide the highest performance available in GPS positioning.

The 4000DS is designed to use DGPS corrections in the RTCM SC-104 standard format broadcast by the 4000RS. The receiver applies the DGPS corrections to its precise C/A code measurements to generate real-time, sub-meter positions at up to a 2 Hz. rate — even under the most challenging operating conditions.

The 4000DS receiver's standard NMEA-0183 version 2 messages, navigation firmware, data and 1PPS outputs allow for optimal flexibility for system integration and interfacing with other instruments. The navigation functions enable waypoint-based route planning with displays for cross track error steering indicator, and bearing and distance to next waypoint.

While operating, the 4000RS and 4000DS can output binary and ASCII data for archiving or post-mission analysis. In addition, the 4000RS can operate as a mobile receiver with the same features, functionality and options as the 4000DS. For optimum DGPS positioning, combine the receivers with any of Trimble's data communications systems and QA/QC firmware to ensure the integrity of positioning accuracy.

A 00045



Applications:

*Precision GPS Positioning on the ground, at sea and in the air.*



**HYDRO/DGPS** Trimble's HYDRO softwar provides a totally integrated field-to-finish p....uct that combines your DGPS position with other survey sensors such as echosounders, compasses, sidescan sonar, tide gauges and acoustic positioning equipment. HYDRO also provides navigation and has post-processing capabilities to produce high-quality plots. Additional modules include contouring, profiles, volumes and digitizing. HYDROseismic and HYDROrig have specialized features for the exploration industry's requirements for surveying and rig positioning.

**Airborne Applications** Traditionally, aerial applications have required multiple pilots as well as numerous human flaggers and associated ground crews. Using TRIMFLIGHT™, a precise DGPS airborne navigation and mapping system, crops can be sprayed effectively and consistently—without flaggers or ground assistance, providing the pilot with graphical proof of where he has sprayed. The system can also be used for a wide variety of other aerial applications, such as geophysical exploration, photogrammetry, GIS data capture and search & rescue.





**Tracking** Trimble's Barge Monitoring System has taken DGPS one step further by using two-way radio communications. While DGPS corrections u transmitted to vessels for navigation, positions and other status information are reported back to the reference site for display. The system is being used for environmental policing to ensure that the barge dump the material in legal dump sites. If a dump occurs outside these sites, the system will warn the controller.

A 00046

# System Integration Components

## Data Communications Systems

Trimble offers optimized telemetry systems. The real-time DGPS data communication systems include short-range "license-free" telemetry for line-of-sight environments such as ports, rivers, and coastal regions. For mid-range applications, there are proven HF, VHF and UHF systems for various conditions and licensing requirements. For long-ranges (up to 500 km), Trimble offers MF ground-wave systems. All telemetry components and accessories are tested to ensure system reliability.

## GPS Monitor Utility™

The new GPS Monitor Utility is a Microsoft Windows® PC-based DGPS monitoring software tool. This performance analysis package is included with all 4000 Reference Surveyor and Differential Surveyor receivers, and is also available separately.



## QA/QC Real-time Quality Assurance

The QA/QC firmware option enables the user to verify the positioning integrity in real-time. QA/QC includes real-time position quality assurance displays, a position quality alarm with definable levels, and data output of quality related information. It provides unprecedented real-time assurances of the receiver's position accuracy so that the operator knows whether the required position quality is being met. If the accuracy falls below acceptable levels, an audible alarm notifies the operator.

## Universal Reference Station™

The Universal Reference Station (URS™) is a PC-based software system that works as a dedicated, programmable DGPS reference station for broadcasting corrections to an unlimited number of users. URS collects data from all satellites in view, including pseudo ranges, carrier phase and ephemeris data, and outputs the data and corrections for transmission to mobile receivers that are being used anywhere in range. URS also can also be programmed to collect data for post-processed applications.

## Standard Configuration

a. Series 4000 GPS receiver (4000DS)
b. Compact dome antenna
c. 30m antenna cable
d. Operating manual
e. Lemo to dual BNC cable
f. 5 pin Lemo to DB9 cable
g. 7 pin Lemo to DB9 cable
h. Dual power input cable



## Geodetic Antenna Option

a. Ground plane geodetic antenna
b. Soft case carrying case
*The Geodetic Antenna Option is standard with the 4000RS and is optional for the 4000DS.*



## TRIMTALK Series Radio Link Options

TRIMTALK radios are available in various application-specific configurations for reference site, repeater and mobile use. Frequency options are tailored to operation worldwide, including *license-free* in many countries.

## NavBeaconXL Option

The NavBeaconXL is designed specifically to receive the differential GPS correction broadcasts from DGPS/MSK radio beacons. Availability of these differential correction broadcasts is increasing rapidly worldwide.



*For information about additional options, contact your Trimble sales representative.*

A00047

# 4000 RS™ & 4000 DS™
*Differential GPS Reference Surveyor and Differential Surveyor*

## 4000 RS Features

Autonomous operation; Filtered and carrier-smoothed RTCM differential corrections (versions 1.0 and 2.0); 0.5 second measurement rate; Data integrity provision; Data link flow control on RTCM port; Triple DC input; L1 geodetic antenna; 30m antenna cable; Automatic mode restoration after power-off; Dual RS-232 I/O ports for data recording; Low power; Lightweight; Portable; Environmentally protected; 1 PPS output; NMEA-0183 outputs; RTCM input and output; 1-year warranty.

## 4000 DS Features

Less than 1 meter accuracy with Trimble 4000RS; Real-time operation; 0.5 second measurement rate; Data integrity provision; Triple DC input; Compact dome antenna; 30m antenna cable; Automatic mode restoration after power off; Extra RS-232 I/O port for data recording; Low power; portable; Environmentally protected; 1 PPS output; Navigation firmware; NMEA-0183 outputs; Weighted least squares solution; RTCM input; 1-year warranty.

## Options

- Firmware update service—4 years
- L1 carrier phase
- 12 channels
- Rack mount
- Event marker
- QA/QC firmware
- Internal memory for datalogging
- Extended hardware warranty
- 4 serial I/O ports

## Optional Accessories

- L1 Geodetic antenna
- 30m antenna cable extension, with in-line amplifier
- Office support module: OSM or OSM II
- AC power adapter, 50/60 Hz, 120V or 240V
- Receiver transport case
- TRIMTALK Series radio links
- NavBeacon XL MSK receiver

## Physical Characteristics

| | |
|---|---|
| **Size:** | 9.8"W x 11.0"D x 4.0"H (standard receiver) (24.8cm x 28.0cm x 10.2cm) 16.8"W x 16"D x 5.25"H (rack-mount receiver) (42.7cm x 40.6cm x 13.3cm) |
| **Weight:** | 6 lbs. (2.7kg) standard receiver 15lbs. (6.8kg) rack-mount receiver 0.5 lbs. (0.2kg) compact dome antenna 5.7 lbs. (2.6kg) L1 geodetic antenna |
| **Power:** | Nominal 10.5 to 35 VDC, 7 watts |
| **Operating temp:** | -20°C to +55°C |
| **Storage temp:** | -30°C to +75°C |
| **Humidity:** | 100%, fully sealed, buoyant (standard receiver) 95% non-condensing (rack-mount receiver) |

## Technical Specifications

### 4000 RS
**Pseudorange correction**

| | |
|---|---|
| **accuracy:** | Typically less than 30cm RMS: Low multipath environment |
| **Compatibility:** | Corrections may be applied to all differential-equipped GPS receivers |

### 4000 DS

| | |
|---|---|
| **Accuracy:** | Typically less than 1m RMS: Assumes at least five satellites and PDOP less than 4 |
| **Compatibility:** | Accepts RTCM SC-104 corrections Version 1.0 or 2.0 |

### 4000 RS and 4000 DS

| | |
|---|---|
| **Tracking:** | 9 channels of L1 C/A |
| **Start-up time:** | Less than 2 minutes from power-on to tracking |
| **Antenna:** | External antenna with 30m RG213 cable |
| **RS-232 data link rates:** | 50-57.6K baud |
| **RTCM message output:** | Types 1, 2, 3, 6, 9, 16 |
| **NMEA-0183:** | ALM, BWC, GGA, GLL, GSA, GSV, RMB, RMC, VTG, WPL, XTE, ZDA |
| **Ports:** | Dual serial; Triple power inputs; Antenna; and 1PPS output |
| **Display:** | Backlit LCD with four lines of forty alphanumeric characters; Large, easy-to-read characters—2.8mm x 4.9mm; Total viewing area: 32cm²; Adjustable backlight and viewing angle |
| **Keyboard:** | Alphanumeric, function, and softkey entry |

A00048

*Specifications subject to change without prior notice.*

**Trimble**

Surveying & Mapping Products
645 North Mary Avenue
Post Office Box 3642
Sunnyvale, CA 94088-3642

Trimble Navigation Europe, Ltd.
Trimble House, Meridian Office Park
Osborn Way, Hook
Hampshire, RG27 9Hx, England

Trimble Navigation Singapore
15 Scotts Road
#03-01 Thong Teck Building
Singapore 0922

# OCEAN SURVEYS, INC.

## MARETRACK-MAREPLOT II

The OSI Maretrack/Mareplot system is the result of more than a decade of integrated software/hardware evolution and development. Initially starting as a programmable calculator-based system, capability has been progressively increased with greatly expanded task abilities, processing speed, expanded display of real-time data, simultaneous multi-terminal output, redundant real-time data logging and most recently a full stand-alone remote site data processing ability.

The present version of the OSI Maretrack/Mareplot II survey vessel navigation, trackline control, data logging and post-processing system operates on high speed AT and 80386-based portable micro-computers.  The OSI Maretrack® system accepts position data input from an extensive range of instrumentation including:

| | |
|---|---|
| Racal "Micro-Fix" Falcon | Krup Atlas "Polarfix" |
| Motorola "IV" | IMC "Hydro I" |
| Del Norte "540" | Northstar 800 Loran-C |
| Cubic "Autotape" | Trimble 4000 GPS |
| Navitrack "Rho-Theta" | Magnavox 1101& 4200 GPS |

and offers the following real-time outputs:

**Numerical Outputs**

Line number and azimuth/heading
Distance to go start/end of line
Depth, Fix No., Vessel Speed, Time
Range data  (R1, R2, R3, R4,...R8)
Data Acquisition Status (on/off)

**Graphical Outputs**

- Labelled tracklines with fixes and vessel location
- Vessel icon shown on selectable scale left/right "off-line" bar display
- Grid North Arrow

Post processing capability include full data analysis and editing through generation of both profile and "boat" or "smooth" sheet presentations at any desired scale, complete drawing labelling including graphic scales and title blocks, project location and survey site inset and generation of ASCII or DFX format (AutoCad) 5¼" or 3½" IBM diskettes.

A 00049

# HYDROGRAPHIC DATA COLLECTION/PROCESSING SYSTEM

## HARDWARE

- 80286 Portable Computer Featuring:
  - 30 Mb Shock mounted hard disk
  - 1.2 Mb Floppy disk
  - 720Kb 3.5" Fixed disk
  - 10MHz Turbo Mode
  - RGB graphics monitor with external option
  - Special 4 Port Serial I/O card for system peripherals
  - Operates with MS-DOS 3.2 (IBM Compatible!)

## HY87 — HYDROGRAPHIC DATA COLLECTION

- Range/Range or Range/Azimuth
- Supports up to 16 ranges
- Interfaces to support:
  - Digital Echosounders
  - Plotters
  - Event Markers
  - Remote left/right indicators
  - Printer
  - Remote Graphics Display
- Supports the following grids:
  - Transverse Mercator
  - Universal Transverse Mercator
  - Lambert Conformal Conic
  - Engineering
- On-Line Screen Graphics displaying:
  - Boat Track
  - Survey Lines
  - Digitized Shoreline Data
  - Adjustable Left/Right indicator
  - Positioning Information
- On-Line Plotting of Boat Track and/or Corrected Soundings
- Keyboard interrupts to change program parameters while on-line
- Keyboard entry mode for processing manually collected data
- System Configuration selected from software
- Records data on hard disk and 3.5" fixed disk

## TIDE — PREDICTED HARMONIC TIDE

- Calculates and stores predicted tide corrections
- Accessed by HY87 for on-line depth reduction
- Provides a printed summary of corrections
- Screen graphics provide a tide graph

## DEPDIG — DEPTH DIGITIZATION

- Provides for digitization of echograms and tide charts
- DEPDIG data is merged with positions from HY87 for processing

## SHORE — SHORELINE FEATURE DIGITIZATION

- For digitizing shoreline and hydrographic features
- Information is displayed on graphics screen of HY87
- Information can be plotted on boat and smooth sheets
- Separate symbols for:

| | |
|---|---|
| Shorelines and buildings | Wrecks |
| Geodetic Marks | Tanks |
| Exposed Rocks | Spires |
| Tide Gauges | Bouys |
| Grid and Magnetic North | Antennae |
| Text | Boats |

## DCORR — DEPTH AND POSITION CORRECTION

- Provides graphic displays of depth and positions for on-screen editing
- Provides for entry of final tide, draft, and zero corrections
- Builds final data file for input into HYPLOT

## HYPLOT — HYDROGRAPHIC PLOTTING

- Plots and labels grids
- Plots boat's track from either HY87 or DCORR files
- Plots soundings in the following styles:
  - Decimal point on the mark (Corps of Engineers format)
  - Centered sounding with small lowered fraction (IHB format)
- Soundings can be oriented either:
  - Perpendicular to track
  - At a fixed angle to sheet
- Additional plot features:
  - Range/Range nets
  - Range/Azimuth nets
  - Plots Shoreline and Hydrographic Features
  - Plots Lines and Points
- Standard Title Blocks Include:
  - Plotting Record
  - Work Record
  - Smooth Sheet Record
  - Tidal Information Block

## GEOD — Geodetic Support

- GP to UTM Conversions
- UTM to GP Conversions
- Forward GP
- Grid Traverse



# OCEAN SURVEYS, INC.

OLD SAYBROOK, CONNECTICUT
TEL: (203)388-4631   TLX: 966429

AΓ0C50



MEMBER

# Turner Designs
# Model 10 Series Fluorometer

## UNIQUE FEATURES



## Dynamic Stability

The photomultiplier responds in sequence to: (1) no light, (2) a reference beam from the light source, and (3) fluorescence from the sample. Electronic circuitry (1) subtracts "dark current," (2) corrects for light-source intensity and photomultiplier-gain variations, and (3) measures fluorescence. This sequence, carried out 13 times per second, results in superb stability.

## AC or Battery Operation

The instrument may be operated on a 12 volt storage battery, 115 volts A.C. or 230 volts A.C. Current demand at 12 volts D.C. is only 2 amperes.

All power and telemetry wires can be brought through the front-panel telemetry connector. Wire one connector for the lab and one for field use. Change-over—including power change from A.C. to D.C.—takes only a few seconds.

## Power-off Insurance

The instrument features an automatic lamp start circuit. If the power fails, you will get data as soon as the power comes back on —automatically.

## No Cuvette Fogging

The instrument features a sealed sample compartment, with room for a desiccant. Even on a hot, muggy day, with a cold continuous-flow sample, no condensation will form.

## Rapid Warm-up

The lamp "cold spot" temperature is controlled by a thermostatted heater to ensure reliable starting and arc position stability over the full operating temperature range. This, coupled with the unique system design described under DYNAMIC STABILITY yields very rapid warm-up.

## Automated or Manual Range Selection

Select manual or automatic range change at the flip of a switch. On automatic, when readings drop below 20% of full scale, a more-sensitive range is automatically selected. When readings go off scale, a less-sensitive range is automatically selected.

Automatic or manual range change covers four increments with a total sensitivity change of over 30:1.

Sensitivity may also be increased manually by a factor of 100:1. This, with the automatic/manual range change, allows a total range selection of in excess of 3000:1. Ranges are factory calibrated to a precision of ±1%.

## Telemetry Outputs

Reading, range, over range, etc., are available as electrical outputs on a watertight front panel connector. Power may also be brought through this same connector.

## Wide Temperature Range

Low temperature operation is normally limited by the freezing point of the sample. The minimum operating and storage temperature is −20°C (−4°F).

The very low power requirement (24 watts) makes it possible to operate the instruments to +50°C (122°F), without fans or convective cooling.

## Easy Calibration

Front panel controls—with control locks—set sensitivity and blank suppression. The blank suppression, once set, holds on all ranges. This allows the instrument to be calibrated to read directly in concentration.

In addition, the 10-027 Cuvette Adaptor Kit was designed to have the same calibration factor as the 10-020 High Volume Continuous-Flow Cuvette System. The instrument may be calibrated on easily-handled discrete samples, even when continuous-flow measurements are to be made.

## Rugged Reliability

The prime design criteria was field performance. The instruments are solid state except for the photomultiplier and light source. Even the front panel indicator lights are solid state! There are no relays or contacts except for the front panel controls.

Special circuit design ensures rapid recovery to normal operation under temperature and humidity conditions which cause moisture to condense on the instrument.

All moving parts are double-shielded against the environment. The photomultiplier is triple-shielded.

Careful mechanical design ensures proper operation in even the most rugged environment. Don't hesitate to use the instruments in a van or small boat. They will take it!

## Submersible Unit Available

Turner Designs' submersible, high pressure fluorometers are designed for towed or on-station measurements. Capable of operating at a depth of 200 meters (660′), the submersible fluorometers may also be used as nephelometers for underwater use to 67 meters (220′). Turner Designs further offers a conversion service to adapt existing Turner fluorometers for submersible use.

Please write for your free copy of a monograph on Submersible Fluorometers.

A 00051

# Specifications

**Sensitivity:** Limit of detectability is under 10 parts per trillion of Rhodamine B and under 5 parts per trillion of chlorophyll "a" when equipped with the appropriate light source and filters.

**Precision:** Linear to ±1% and readable to ±0.5% of full scale on a 4½ in. sealed, ruggedized meter.

**Speed:** Response time is one second to 63%, four seconds to 98%. (0.1 and 0.4 seconds available on special order, with 3x loss in sensitivity.)

**Stability:** Power-source variation over the full range of allowable voltage and frequency causes less than 0.5% of full-scale variation in reading.

**Power, AC:** 50 to 400 cps, AC, 105 to 130 volts at 0.3 amperes. May be connected for 210 to 260 volts at 0.15 amperes.

**Power, DC:** May also be operated from a DC source of 11 to 16 volts at 2 amperes. The negative DC power line is connected to the frame of the instrument.

**Ranges:** Fixed ranges of X1 (minimum sensitivity), X3.16, X10, and X31.6 may be selected manually or automatically; an additional range multiplier with a factor of X100 may be selected manually; the span control has a range of 4:1. All fixed ranges are calibrated to ±1% using the light source and reference filter ordered as accessories with the instrument. Where filters for several applications including Rhodamine dyes are supplied, calibration will be set on the light source and reference filter for Rhodamine, unless otherwise specified in the order. When used with light sources and reference filters other than those for which the calibration was made, tolerance is ±4%—but stable (a correction factor may be used), and may be set to ±1%.

**Auto Ranging:** When auto ranging is selected, auto ranging occurs when readings fall below 20% of full scale or go off scale. Maximum range selection time is approximately 12 seconds.

**Span Control:** Adjusts sensitivity on all ranges over a 4:1 range, to allow direct readout in concentration; ten-turn control with a lock. A ten-turn graduated dial is supplied on the 10-000 Fluorometer. A knob *without* graduations is supplied on the 10-005 Fluorometer.

**Blank Control:** Suppress blank on the most sensitive range— and forget it! Blank will be properly suppressed on all other ranges. A ten-turn graduated dial is supplied on the 10-000 Fluorometer. A knob *without* graduations is supplied on the 10-005 Fluorometer.

**Telemetry:** The following outputs are provided at the front panel connector:
1. *Analog output,* 0 to +5 volts, negative grounded, proportional to meter deflection. This voltage is supplied through a 3900-ohm protective resistor. It will supply up to one milliampere for current recorders through an appropriate external span control.
2. *Digital outputs* (TTL compatible) which indicate the range selected and whether an off-scale condition exists.
3. *Analog output,* which indicates the range selector position.

**Operating Temperature:** The minimum operating temperature is normally set by the freezing point of the sample, but should not be less than −20°C, ambient. The maximum operating temperature is +50°C, ambient.

**Storage Temperature:** −20°C to +60°C ambient.

**Temperature Rise:** Less than 8°C above ambient at the sample area.

**Sample:** Normally supplied complete with the 10-020 High-Volume Continuous-Flow Attachment. Refer to the Sample Systems section, under ORDERING INFORMATION for details.

**Physical:** Model 10-000 Rack-Mount Fluorometer.
1. The instrument is 19 in. wide x 7 in. high, and is designed to fit a standard electronic rack.
2. The electronic circuitry is enclosed in a clear anodized aluminum chassis assembly, which extends 8 in. behind the front panel.
3. The sample area extends 3 in. in front of the front panel.
4. The panel is beige, with black lettering.
5. The instrument may be supplied in the 10-002 Laboratory Case. See the Miscellaneous section, under ORDERING INFORMATION for details.
6. Power may be supplied from either a rear-panel terminal strip or through a front-panel connector, using a 10-001 male telemetry connector.
7. Net weight, 24 pounds.

**Physical:** Model 10-005 Field Fluorometer.
1. When used with the 10-020 High-Volume Continuous-Flow Attachment, the 10-025 Two-Milliliter Continuous-Flow Cuvette System or the 10-033 Continuous-Flow Nephelometry Kit, this instrument will withstand temporary immersion, with the cover on or off. It will *not* withstand continuous immersion, or deep immersion.
2. When equipped with other cuvette adaptors, the instrument is reasonably splash-proof, but will not withstand immersion, since water can enter the sample compartment. The main electronics compartment is separately protected.
3. The instrument is supplied in a case with a splash resistant cover that measures 8 in. high plus 1¼ in. for feet and hinges; 21 in. wide plus 1 in. for latches; 12 in. deep plus 2 in. for a carrying handle on the panel end. The cover hinge is separable so that it may be removed completely for best access. The panel is sealed to the case, and all controls, etc., are sealed to the panel to withstand immersion with cover on or off.
4. The case is painted in a textured beige. The panel is beige with black lettering.
5. Power is supplied through the waterproof panel connector only.
6. Net weight, 32 pounds.

A 0 0 C 5 2



A 00053

# 2 PEN PORTABLE RECORDER

MODEL **6723**

**2-Pens, each pen writes full scale**
**AC/DC or internal battery operation**
**8 Input ranges, 10mV to 100 V F.S.**
**Variable vernier between ranges**
**12 Chart speeds, 0.5cm/hr~16cm/min**
**120 mm chart width (5")**
**0.5 Second full scale pen response**

**Built-in battery charger**
**Pushbutton event markers**
**Built-in 50mV voltage calibration source**
**Long-life disposable pens**
**Dust-proof protective cover**
**Convenient carrying handle**
**Thermocouple inputs available**



■Specifications

Model 6723 2-pen Portable Recorder

| INPUT | |
|---|---|
| Measuring System | Null balance potentiometric DC servo system with solid state amplifier |
| Input Ranges | Eight (8) full scale ranges of 10, 50, 100, 500mV, 1, 5, 10 and 50V |
| Maximum Allowable Voltage | 100V DC for 10mV and 100mV ranges; 300V DC for 1V and 10V ranges |
| VAR Control | Front panel control provides continuously variable spans up to 100V |
| Input Impedance | 1MΩ on all ranges |
| Source Impedance | 10kΩ maximum |
| Frequency Response | DC to 1Hz for 100% full scale<br>DC to 1.5Hz for 66% full scale |
| Accuracy | ±1% of full scale (fixed ranges); ±2% (VAR) |
| Linearity | ±0.5% of full span (at 1V range) |
| Deadband | ±0.5% of full span |
| Temperature Drift | 20μV/°C |
| Zero Adjustment | Continuous zero adjustment 0 to 100% F.S. with a single-turn potentiometer. Zero position can be checked any time with a front panel ZERO check push-button switch. |
| Internal Calibration Source | Internal 50mV source is provided to calibrate both channels. |

| PEN & CHART | |
|---|---|
| Writing System | Disposable felt pen, red and black |
| Pen Lift | Separate manual pen lift provided for channel A and channel B |
| Event Marker | Manual, separate pushbutton provided for each channel, superimposed on trace |
| Writing Speed | 250mm/sec, approx. 0.5sec full scale |
| Chart | 120mm calibrated width Z-fold chart, 10 meters long, 37.5mm between folds |
| Chart Speeds | 12 calibrated speeds of 0.5, 1, 2, 4, 8, 16 cm/hr and cm/min via pushbutton selectors. External chart drive input provided on rear panel. (0.025mm/2 pulses TTL level, 300 ppsec or less) |
| Chart Speed Accuracy | ±1% |

| POWER REQUIREMENTS | |
|---|---|
| AC | 90–127V or 198–253V at 50–400Hz. (accepts any line frequency in the range without change of gears or sprocket) Power consumption. approx. 15VA in balanced condition approx. 20VA in unbalanced condition |
| Internal Battery | 12V (1.5V x 8) Eight manganese, alkaline or rechargeable Ni-Cd batteries Normal operation time is 8 hours using alkaline or Ni-Cd batteries, or 5 hours using manganese batteries, at input signal of 0.01Hz sinewave and chart speed of 4cm/hour Full charge requires approx. 15 hours with internal charger. |
| External Battery | 12V DC (11 to 15V) and 24V DC (22 to 30V) |

| ENVIRONMENTAL | |
|---|---|
| Operating Temperature | 5 to 40°C |
| Operating Humidity | 30 to 80% RH |

| DIMENSIONS & WEIGHT |
|---|
| 130(H) x 280(W) x 230(D) mm [5.1(H) x 11(W) x 9.1(D) in.] approx. 6kg (13 lbs) with batteries |

| STANDARD ACCESSORIES |
|---|
| ZM1-01-12-10M, Z-fold chart paper PF-0701, red felt pen PF-0702, black felt pen A-082, AC power cord Instruction manual |

| OPTIONAL ACCESSORIES |
|---|
| 6723-A048 Rackmount Adapter, 19" standard rack 6723-A155 Carrying/Shipping Case, heavy duty with handles and latches 6723-A243 Environmental Housing, Waterproof |

Specifications are subject to change without notice for product improvement.



PrimeLine™
SOLTEC®
DISTRIBUTION
P.O. Box 818
Sun Valley, California 91353-0818
Toll Free : 800-525-5554
In California : (818) 764-5400



A 0C54

Printed in Japan PD45-1/16-85/5M

# SEACAT PROFILER    SBE 19



Fast, accurate profiles of salinity, temperature, density, sound velocity, dissolved oxygen, pH, ORP, light transmission, PAR.

Proven sensors, computer-less field operation, semi-conductor memory, RS-232 data download, powerful software.

**Personal CTD**

SBE 19 Seacat Profiler data plotted using Sea-Bird's SEASOFT CTD Data Acquisition software. Salinity, density, and sound velocity were computed from the raw conductivity, temperature, pressure data according to the algorithms in Unesco Technical Paper no. 44 which incorporate the 1978 International Practical Salinity Scale (IPSS 78) and the 1980 equations of state (EOS 80).

Very narrow ranges of each variable have been chosen (for example, 1 ppt in salinity) so that the Profiler's high resolving capability may be easily perceived. SEASOFT offers menu control of variable choices and ranges.

The plot was made using an IBM PC compatible computer and Hewlett-Packard HP 7475A plotter.

# CONVENIENCE - PORTABILITY - PERFORMANCE - VALUE

**SBE** Sea-Bird Electronics, Inc 1808-136th Place NE Bellevue, Washington 98005 USA
Telephone: (206) 643-9866 · Telex: 292915 SBEI UR · Telefax: (206) 643-9954

A 00055

## Operation

The Seacat Profiler samples at a programmable rate up to 2 "scans" per second, and is able to characterize the water column with high accuracy and half-second resolution. Conductivity and temperature frequencies are multiplexed through a precision Wein bridge. Automatic circuitry periodically corrects any time or temperature-induced errors in the electronics. Pressure is acquired with high resolution through an A/D converter. Collecting high quality data is easy and and reliable, following these few simple steps:

- Connect the profiler to a computer, check instrument status and select sampling parameters using menu-driven SEASOFT software.
- Switch the profiler ON just before lowering into the water (cast number, time and date are automatically recorded).
- When the cast is complete, switch the profiler OFF. Up to 100 casts can be recorded (within limit of available memory) before uploading to computer.
- After recovery, connect profiler to the computer and transfer the stored CTD data (plus any auxiliary sensor data) to floppy or hard disk files.
- Run SEASOFT's graphing/plotting program to convert to engineering units, display the data and create presentation quality graphics.

## Profiler Configuration and Options

The Seacat's sensors consist of an internal-field glass conductivity cell with platinum electrodes, an aged, pressure-protected thermistor temperature sensor, and a mechanical strain gauge pressure sensor with a stainless steel or titanium element (depending on sensor range). Four single-ended 12-bit A/D input channels, and output power for optional auxiliary sensors (+10 volt, 50 ma) are provided through a separate connector. Depending on the auxiliary sensor requirements, the 4 A/D input channels can be optionally configured as 2 differential input channels and 1 channel can also be configured for a current (log) input sensor (PAR). See Application Note 29 for more information about configuration options.

The standard plastic housing is rated for 600 meters, and holds 6 "D" size alkaline cells. Optional aluminum or titanium housings are available for 3400, 6800 or 10500 meters. 9-cell housings required to power a fluorometer are available in plastic or aluminum. Battery life is about 40 hrs. without optional equipment. Battery life with optional pump and most auxiliary sensors is about 15-20 hrs.

## Memory and Communication

128K bytes of CMOS static RAM is standard; 512K or 1024K is optional. Each sample (scan) of conductivity, temperature, and pressure uses 6 bytes. Auxiliary input voltages are stored in pairs, adding 3 bytes per pair. The 128K memory will last 3 hours when recording C, T, and P at 2 scans per second. When the main batteries are removed, the memory is supported for up to 3 years by board-mounted lithium cells. The Seacat Profiler communicates via a standard RS-232 interface. Stored data is uploaded at up to 38K baud, permitting 128K bytes of memory transfer in less than 2 minutes. In addition to recording internally, real-time data can be simultaneously transmitted short distances at 600 baud. Optional isolated line drivers permit real-time telemetry over cables up to 7,000 meters long.

## Profiler Specifications

|  | Range | Accuracy | Resolution |
|---|---|---|---|
| Conductivity (S/m) | 0 - 7 | ± 0.001 | ± 0.0001 |
| Temperature (°C) | -5 to +35 | ± 0.01 | ± 0.001 |
| Depth (meters)[1] | 60-1000 | ± 0.25% | ± 0.015% |
|  | 2000-10000 | ± 0.15% | ± 0.015% |

Weight (air) Plastic housing 5.1 Kg; aluminum 7.2 Kg; titanium 10.9 Kg
Weight (water) Plastic housing 1.2 Kg; aluminum 3.3 Kg; titanium 7.0 Kg
[1]Select range for intended operating depth: 60/100/200/340/600/1000/2000/3400/6800 or 10,500 meters. See Application Note 27, *Minimizing Strain Gauge Sensor Errors*

## Optional Equipment

| | | |
|---|---|---|
| SBE 5T Submersible Pump | Stainless Steel Guard Cage | Altimeter |
| NMEA 0183 GPS interface | SBE 18 pH sensor | SBE 27 pH/ORP sensor |
| SBE 23 Dissolved Oxygen sensor | Transmissometer | Fluorometer |
| Optical Backscatter Sensor | Chlorophyll Absorption Meter | PAR sensor |





**SBE** **SEA-BIRD ELECTRONICS, INC.** A 00C56 **Telephone (206) 643-9866**
1808 136th Place NE, Bellevue, WA 98005   e-mail: <seabird@seabird.com>  Telefax (206) 643-9954

## MicroTide
## Product Description

Coastal's MicroTide is an economical, solid-state instrument for monitoring and recording water level in lakes, rivers, and oceans. An on-board microprocessor controls sampling, averaging, and storage. Over 100,000 samples are stored in the standard 128K RAM: options to store over 350,000 samples are available.

MicroTide measures tides with 0.1% accuracy using an ICS strain gauge pressure sensor (or alternately a Paroscientific Digiquartz sensor).

MicroTide's many advantages include:

- *Economy.* Service costs are minimal because MicroTide can run for months on standard alkaline batteries.

- *Reliability.* MicroTide is completely solid-state and uses a proven logger and sensor.

- *Convenience.* MicroTide is controlled by Wizard, user-friendly software that runs on a personal computer.

- *Versatility.* Optional sensors as appropriate can usually be economically added.

Using MicroTide is very easy thanks to Wizard. His proprietary, portable PC software uses windows, graphics, and help keys to provide user-friendly control of the instrument. The figure below shows a sample of the Main Menu

Wizard provides the functions listed below.

- *Instrument Checkout.* Wizard has a monitor mode which displays the sensed data in real time and engineering units.

- *Instrument Initialization.* Wizard allows you to specify the parameters to measure, sampling frequency, and start date and time, and checks your input for errors.

- *Data Retrieval.* Wizard downloads data from the MicroTide via the serial port, or optionally by high speed bus interconnection to the disk drive.

- *Data Processing.* Wizard converts data into engineering units and saves the data in a format which is easily read by programs such as Lotus 123 or dBase.

- *Data Review.* Wizard provides a basic means of examining the data with plots or tabular listings



## MicroTide
## Specifications

**System Attributes**

| Item | Description |
|------|-------------|
| Clock | Solid state real time, accuracy one minute per year |
| Data Capacity | 128K RAM data storage stores almost 100,000 data points<br>up to 512K RAM expansion options store up to 350,000 data points |
| Dimensions | 5.5 inch diameter by 13 inch long stainless steel and UHMW plastic pressure housing; 17 lbs in air |
| Power Supply | User replaceable standard alkaline D cells |
| Sample Deployment | An example of a deployment would be to: average all standard sensors for 1 minute and store this once every 5 minutes<br><br>For this user selectable sampling scheme, the instrument would be memory limited and should be retrieved after 150 days deployment |
| User Interface | Wizard IBM PC Compatible software uses RS-232 serial interface to fully control sampling parameters, instrument functions and provide ASCII data files in engineering units. |

**Standard Sensors**

| Parameter | Type | Range | Accuracy | Units |
|-----------|------|-------|----------|-------|
| Pressure, Standard | ICS strain gauge | To 100 | 0.1% | PSIA |

**Optional Sensors**

| Parameter | Type | Range | Accuracy | Units |
|-----------|------|-------|----------|-------|
| Pressure, Scientific | Paroscientific | To 900 | 0.005% | PSIA |
| Temperature, Standard | YSI thermister | -5 to 34 | ±0.1 | °C |

**Notes**

1. Sensor resolution usually 1/4096 of range (12-bit)
2. Optional resolution for scientific sensors 1/65536 of range (16-bit)
3. Sensor ranges representative; hardware or software alternates possible
4. Sample deployment assumes minimum data capacity

A00058

# the Workhorse

*"When Getting the Job Done Comes First"*

# the Monitor



181 mm

**The Workhorse Monitor is designed for bottom-mounted real-time current profile monitoring at instrument depths less than 200 m.**

With its exceptionally small size and low profile, the **Monitor** is ideally suited for operation in shipping channels and harbors.

Designed for simple operation, the **Monitor** makes no compromise on performance with state-of-the-art BroadBand signal processing.

Current measurement's **big** innovation in the **Smallest** package yet!!!

A00059



**RD Instruments**
9855 Businesspark Avenue • San Diego, CA 92131
Phone: (619) 693-1178 • Internet: rdi@rdinst.com • Fax: (619) 695-1459

## The Monitor Design

The Workhorse Monitor ADCP is designed for general-purpose shallow-water current monitoring at instrument depths ranging from 4-200 m. Its small size, its mooring accessories, and its comprehensive software makes it easy and inexpensive to use. Its plastic housing will not corrode or degrade with time, and every surface can be painted with antifouling paint.

The internal electronics retain the time-tested, patented[†] signal processing used in RDI's BroadBand product line to give you the best measurement performance possible. The electronics have been redesigned for miniature size, lower cost and easier manufacturing.

While large, expensive components (i.e. for high power or lower frequencies) were eliminated, no compromise was made that affects the Monitor's mission. Because its fundamental design is the same as a BroadBand, you can be confident that it will work from the outset.

[†] Patents 5,208,785 and 5,343,443

## Inside a Monitor

The Monitor consists of a transducer assembly and a three-board system electronics. The transducer housing and pressure case are made from high-strength plastic composite, internally reinforced with metal where required.

Data are transmitted in either an ASCII or binary format. Monitor software assists users in the following operations: testing; data collection planning; real-time data collection, display and recording; data listing, display and conversion to engineering units in an ASCII format.

## Mooring Accessories

A PVC bottom frame, ballasted with lead shot, can be deployed in shallow water from a small boat. The frame is available in kits that are assembled on site.

## The Workhorse Sentinel

The Sentinel, a self-contained instrument, is about twice the length of the Monitor. The Sentinel can function in real-time mode the same as a Monitor. It can use its internal batteries and data recording as backup. The Monitor can also function like a Sentinel by adding internal recording and an external battery case.



A 00060

# the **Workhorse**

# 1200 kHz Brochure Addendum

The following specifications are specific to a 1200 kHz Workhorse ADCP.

## Water Velocity Profiles

Depth cell size: 0.05–4 m
Number of cells: 1-128
Range: ± 5 m/s default; ± 20 m/s maximum
Ping Rate: 5 Hz (50 x 25 cm bins)
Long-term accuracy: 0.5% ± 5 mm/s

## Measurement performance

| Cell size (m) | Standard deviation (mm/s) | First cell range (m) | Min. depth (m) | Max. range (m) 25° | Max. range (m) 0° |
|---|---|---|---|---|---|
| 0.25 | 120 | 0.55 | 0.85 | 16 | 12 |
| 0.5. | 60 | 0.8 | 1.4 | 18 | 13 |
| 1 | 30 | 1.3 | 2.5 | 20 | 14 |
| 2 | 20 | 2.3 | 4.6 | 22 | 16 |

**Notes: 1) standard deviation is ADCP uncertainty given a single-ping, 2) the first cell range is the distance from the transducer to the center of the first cell, 3) the minimum depth assumes one good depth cell 4) max. range is a nominal value based on typical oceanic backscatter; actual range will vary depending on environmental conditions. Assuming the ADCP is pointed vertically (0° tilt), the maximum range is limited to 94% of the distance to the surface.**

## Transducer and hardware

| Frequency | 1200 kHz |
| Bandwidth | 300 kHz |

## Power

| Transmit | 36 W @ 35V |
| Process | 2.2 W |
| Standby | 1 mW |

## Some typical deployments

Assumes 10 MB of memory and one standard alkaline battery pack @ 0°C with no safety margin. Velocity measurement standard deviation is 1.0 cm/s.

| | 1 | 2 | 3 |
|---|---|---|---|
| Water depth (m) | 5 | 10 | 15 |
| No. cells | 20 | 20 | 15 |
| Cell size (m) | 0.25 | 0.5 | 1 |
| Pings/ensemble | 140 | 35 | 10 |
| Ensemble time (min.) | 15 | 30 | 30 |
| Duration (days) | 100 | 400 | 500 |

**Dimensions:** same as 300 kHz Workhorse ADCP

RD Instruments, 9855 Businesspark Ave., San Diego, California, 92131, USA
Phone: 619-693-1178, Fax: 619-695-1459, Internet: rdi@rdinstruments.com, 2/1/95

A 00061

# the **Workhorse**

# 300 kHz Brochure Update

The following specifications represent revisions to the October 1995 Workhorse ADCP brochures.



Workhorse Sentinel dimensions

## Water Velocity Profiles

Depth cell size: 0.2 - 8 m
Number of cells: 1-128
Range: ± 5 m/s default; ± 20 m/s maximum
Ping Rate: 3 Hz (25 x 4 m bins)
Long-term accuracy: 0.5% ± 5 mm/s

## Compass

Built-in automated field calibration. This procedure requires that the ADCP be rotated with two different tilts on a flat, non-magnetic table. No additional equipment is required.

## Data Recording

| | |
|---|---|
| Media | PC Card flash memory |
| Capacity | Up to two 10, 20 or 40 MB cards (80 MB max) |
| Format | DOS-compatible, can be read by PC |
| Download rate | Up to 115,200 baud (via serial port) |
| Protocol | YMODEM (error-correcting) |
| Recorded data | Raw data files; ASCII log file with all setup parameters |

## Batteries

The lithium battery pack option is no longer available.
User-refillable packs for use in external case only (available 1997).

## Software

Workhorse Sentinels and Workhorse Monitors both include software for self-contained operation and for real-time data collection and display.

## Standard accessories

Standard accessories include syntactic foam buoys, steel and titanium frames, PVC bottom mount, trawl-resistant bottom mounts (which optionally include acoustic releases), external battery case, battery demagnetizer. These accessories are specified on a separate document.

## Weatherproof shipping case          Serial communication

| | | | | |
|---|---|---|---|---|
| Height | 350 mm | | Sentinel | RS232 is standard |
| Width | 420 mm | | Monitor | RS422 is standard |
| Length | 590 mm | | Monitor includes RS232-RS422 converter | |

RD Instruments, 9855 Businesspark Ave., San Diego, California, 92131, USA
Phone: 619-693-1178, Fax: 619-695-1459, Internet: rdi@rdinstruments.com, 2/1/95

A 00062