This page was intentionally left blank.

A 00098



Figure 1-1: Study Area Map

A00099



Figure 1-2: Year-1999 MOTIVA sediment sampling sites.

A 00100



## 2.0 DESCRIPTION OF THE DELAWARE CITY REFINERY

The Refinery is located on a 5,000-acre tract, one of the largest industrial sites on the eastern seaboard. With a daily rated capacity of 140,000 barrels (5,880,000 gallons) of crude oil, the original Refinery was put on-stream in 1956. As background to the present study, a brief description of Refinery facilities is provided below, along with a summary of recent discharge monitoring data.

### 2.1 Refinery Facilities

#### 2.1.1 MARINE TERMINAL AREA

To receive tankers carrying crude oil, and to ship out product, three deep-water piers were constructed along the Refinery's shoreline, and a navigation channel was dredged. In the dredging operation, the dredging company excavated almost 14,000,000 cubic yards of silt, sand and gravel. The shipping channel is over two miles long, extending from the main channel south of Pea Patch Island to the docks, and is maintained by the Refinery. In front of the piers, the channel was widened into a turning basin to allow the tankers to maneuver to and from the piers.

Pier One receives crude oil cargoes from tankers rated up to 135,000 deadweight tons. Pier Two receives crude oil as well and is also used for shipping out finished product. Pier Three is dedicated to finished product shipments only. The structures on the piers are hose handling frames that are used to connect the piping on the tankers to that on the piers. The tanks are for storage of ballast and bilge water from the tankers so that it can be purified before being returned to the Estuary.

Pipelines connect the Refinery to the water terminal. Crude oil is pumped from the piers to Refinery tankage through the largest (outside) line. The next line carries Number 6 fuel oil from the piers to the Refinery. The remaining lines pump finished products from the Refinery to the piers for shipment by barges or tankers.

#### 2.1.2 WASTEWATER TREATMENT PLANT

A wastewater treatment plant located at the Refinery provides treatment of water that has come into contact with oil during the refining process. Wastewaters pass through a separator that skims off oil and returns it to the Refinery for reprocessing. Plant facilities include aeration tanks, clarifiers, filters and a holding pond.

#### 2.1.3 THE COOLING WATER PUMP STATION

The Cooling Water Pump Station (Figure 2-1) withdraws water from the Delaware Estuary and pumps it to the Refinery where it is used to keep the process equipment at the correct operating temperature. The Cooling Water Intake (CWIN) is located at the head of Cedar Creek (Figure 2-1).

A00101



The Cooling Water Pump Station houses ten pumps that can supply up to 500 MGD. A mile-long intake channel for cooling water was dredged from the Delaware Estuary up Cedar Creek to the pump station.

### 2.1.4 FROZEN EARTH PROPANE STORAGE

Propane is also stored at the Refinery in a frozen earth propane storage facility. This underground storage chamber is a cylindrical pit approximately 165 feet in diameter and 130 feet deep, whose shell is a thick layer of frozen earth. This installation stores liquefied propane below the surface of the ground where it cannot escape and flood the surrounding areas.

### 2.1.5 CRUDE OIL STORAGE TANKS

Crude oil pumped from the tankers is stored in floating roof storage tanks. There are eight 200,000-barrel tanks, three 273,000-barrel tanks, and one 400,000-barrel storage tank. The crude oil is pumped from the storage tanks to the Crude Unit where the refining process begins.

### 2.1.6 OIL DISPATCHING DEPARTMENT

The Oil Dispatching Department is responsible for: (a) receiving crude oil from tankers and pumping it to the Crude Unit; (b) receiving all the finished streams from the units and blending them into finished products; and (c) shipping the finished products via trucks, pipeline, tank cars and ships.

### 2.1.7 UTILITIES

The purpose of the Utilities Unit is to supply and monitor the operating units with their necessary utilities which are better handled from a central system.

### 2.1.8 STACK GAS SCRUBBER

The Stack Gas Scrubber removes both particulate matter and up to 100 tons per day of gaseous sulfur compounds from effluent stack gases. This permits burning low-value, high-sulfur coke instead of high-value, low-sulfur fuel oil, while meeting all environmental air quality standards.

### 2.1.9 FLUID COKER

The purpose of the 45,000 barrels per day (BPD) Coker is to up-grade a heavy tar substance (Vacuum Residuum) to more valuable products like gasoline, Hydrocracker and Cat Cracker charge stocks. Products made at the Coker are gas, gasoline, gas oils, and fluid coke.

### 2.1.10 CRUDE UNIT

The Crude Unit, which is the primary distillation unit for the Refinery, has a design capacity of 5.88 MGD (140,000 BPD). It separates crude oil into fractions of increasing the boiling range. These intermediate stocks -- gasoline, naphthas, distillate, gas oils, vacuum residuum -- are further processed in other units.

On this site are the Sour Water Strippers, which remove contaminants (ammonia and hydrogen sulfide) from the various units sour water streams, and gasoline treaters that remove the odorous compounds in the gasoline streams from various units.

A00102



### 2.1.11 RISER CRACKER FLUID CATALYTIC CRACKER

This unit has a fresh feed capacity of 2.898 MGD (69,000 BPD). It was the largest of its kind ever built at the time of construction. It converts gas oil from the Crude Unit, Hydrocracker, and Fluid Coker into high-octane gasoline, fuel oils, and gases.

### 2.1.12 ALKYLATION UNIT

Alky Plant feed consists primarily of Refinery-produced gases butylenes and isobutene. By use of a catalyst (Liquid Sulfuric Acid) they are converted to 0.42 MGD (10,000 BPD) of a very high-octane gasoline called Alkylate, a basic component in unleaded gasoline.

### 2.1.13 POLYMERIZATION UNIT

In the Polymerization Unit, Refinery gases (propylene, propane, butylenes, and butanes) under high pressure and temperature combine to form heavier liquids called polymers. This plant can produce up to 235,200 gallons per day (5,600 BPD) of polymer gasoline.

### 2.1.14 CENTRAL CONTROL BUILDING

The operational control functions for the Crude Unit, Fluid Coker, Catalytic Cracker, Hydrocracker, Alkylation/Polymerization and the Low Pressure Reforming Unit have been centralized in this building.

### 2.1.15 REFORMER

In this plant, 0.336 MGD (8,000 BPD) of a low-octane gasoline component are transformed, at high temperatures and pressures, to a high-octane gasoline component. Also, a low-pressure reforming unit processes up to 1.764 MGD of low-octane gasoline into high-octane gasoline.

### 2.1.16 OLEFIN FRACTIONATION UNIT

In the Olefin Fractionation Unit, gasoline from the Polymerization Unit is fractionated to separate heptenes, octenes and nonenes. These products are sold to other companies for their use in plastics. The combined daily production rate of heptenes, octenes, and nonenes is 75,600 gallons.

### 2.1.17 METHANOL UNIT

The 0.274 MGD Methanol Plant is a five-section process consisting of hydrogenation and sulfur removal, reforming, synthesis gas compression, Methanol synthesis and methanol purification. Plant feedstock consists of natural gas, Refinery fuel gas and $CO_2$ from the hydrogen plant.

### 2.1.18 DESULFURIZERS

The Desulfurization process removes the impurities, sulfur and nitrogen, from various hydrocarbon streams by the use of hydrogen and a catalyst. The sulfur is recovered as a saleable product in the Sulfur Plant. There are four Desulfurizers in this area which purify.

A 00103



### 2.1.19 HYDROCRACKER - HYDROGEN PLANT II

Using a catalyst and hydrogen at high temperatures and high pressure, the 0.5-MGD (19,000 BPD) Hydrocracker upgrades high-sulfur heavy oil into low-sulfur gasoline blending stocks. This facility supplies hydrogen to the Hydrocracker and can yield 40,000 cu. ft. of hydrogen per day.

### 2.1.20 CONTROL LABORATORY

The function of the Control Laboratories is to insure the quality and uniformity of marketed products. Control of the final product begins with the testing of the crude oil and continues through all the phases of refining to the blending of the finished material.

## 2.2 Refinery Discharge Monitoring Data

The Refinery's various facilities discharge toxic organic constituents such as PAHs to the Estuary through a discharge canal. Such hydrophobic organic contaminants have a strong affinity to sorb onto particulate matter (e.g., particulate organic carbon). Thus, many of the contaminants that are discharged from the Refinery bind rapidly to local sediments, especially carbon-rich sediments. Some contaminants sorb directly onto suspended solids within either the circulated cooling waters (withdrawn from the Estuary) or within the waste stream.

### 2.2.1 EFFLUENT TOTAL SUSPENDED SOLIDS (TSS)

Table 2-1 provides TSS concentration data for the Refinery's effluent (i.e., at Outfall Site 001), as measured by Refinery staff. TSS concentrations of approximately 30 mg/l were present in the Refinery's effluent during July 2001. These moderate concentrations are significant inasmuch as recent discharge monitoring data also reveal a relatively large fraction of particulate PAHs in Refinery effluent (Table 2-2).

### 2.2.2 EFFLUENT PAH DATA

Table 2-2 display's Year-1999 PAH grab sample data collected by the WREC at two locations: (1) in the influent at the cooling water intake (Figure 2-2); and (2) in the effluent at Outfall Site 001. PAHs present in Refinery effluent were predominantly in the particulate phase. The ratio of particulate to total PAHs in Refinery effluent ranged from about 96-99%. During December 1999, effluent PAH concentrations decreased by nearly an order of magnitude.

Table 2-3 displays corresponding Year-2000 Hydrocarbon/PAH sampling data of the Refinery effluent and influent. In this case, however, total PAHs, PAH isomers and cyclic hydrocarbons were measured. Again, Total PAHs were predominant.

Table 2-4 displays WRECs Year-2001 Hydrocarbon/PAH daily load calculations for the Refinery. On the sampling dates, Total PAH loads discharged from the Refinery ranged from about 441 g/d to 1,215 g/d. Corresponding intake loads varied from about 411 g/d to 1,164 g/d.

A00104



### 2.2.3 EFFLUENT METALS DATA

Table 2-5 presents WRECs Year-2001 measurements of trace metal concentrations in Refinery effluent and influent and relative corresponding acute and chronic toxicity criteria. The data indicate some exceedences of these criteria for nickel and copper for Outfall Site 001. However, these "end-of-pipe" concentrations are undoubtedly diluted in the receiving waters. A complete mixing-zone analysis would be needed to determine compliance with these criteria which would be applicable at the edge of the mixing zone.

A00105



*Table 2-1: Effluent TSS concentration data collected at Outfall Site 001.*
*(Source: Hank Lloyd, Motiva Enterprises L.L.C.)*

| SAMPLING DATE | TIME | TSS CONCENTRATION (mg/l) |
|---|---|---|
| July 18, 2001 | 17:00 | 30 |
| July 19, 2001 | 02:00 | 31 |
| July 19, 2001 | 10:30 | 24 |
| July 19, 2001 | 17:00 | 24 |
| July 20, 2001 | 01:00 | 58 |
| July 20, 2001 | 09:00 | 24 |
| July 20, 2001 | 17:00 | 26 |
| July 21, 2001 | 01:30 | 37 |
| July 21, 2001 | 09:00 | 23 |
| July 21, 2001 | 17:00 | 30 |
| July 22, 2001 | 01:00 | 39 |
| July 22, 2001 | 09:30 | 27 |
| | *Sample Mean:* | *31* |

*Table 2-2:  WREC's Year-1999 PAH partitioning data collected from the Refinery's cooling water intake (CWIN) sampling station and outfall site (Site 001).  Concentrations are in units of ng/l (parts per trillion).  (Reproduced from Battelle, 2001).*

| SAMPLING LOCATION | FRACTION | SEPT. 99 PAH CONC. (ng/l) | OCT. 99 PAH CONC. (ng/l) | NOV. 99 PAH CONC. (ng/l) | DEC. 99 PAH CONC. (ng/l) |
|---|---|---|---|---|---|
| CWIN* | Total | 1,286 | 438 | 148 | 311 |
| | Particulate | 1,250 | 388 | 90.0 | 306 |
| | Dissolved | 36.5 | 50.4 | 56.7 | 4.4 |
| Outfall Site 001** | Total | 37,750 | 6,518 | 5,692 | 818 |
| | Particulate | 37,000 | 6,396 | 5,640 | 787 |
| | Dissolved | 750 | 122 | 51.7 | 31.3 |

*Cooling Water Intake
** Refinery effluent samples

A00106



*Table 2-3: WRECs Year-2000 Hydrocarbon/PAH data collected from the Refinery's cooling water intake (CWIN) sampling station and outfall site (Site 001). Reproduced from Battelle (2001).*

| DATE | HYDROCARBON MEASURED | 001 CONC. (ng/L) | CWIN CONC. (ng/L) |
|---|---|---|---|
| 1/25/00 | Cyclic Hydrocarbons | 0 | 0 |
| | Total PAHs | 2544 | 454 |
| | PAH Isomers | 1188 | 192 |
| 2/22/00 | Cyclic Hydrocarbons | 0 | 0 |
| | Total PAHs | 435 | 362 |
| | PAH Isomers | 30 | 58 |
| 3/23/00 | Cyclic Hydrocarbons | 575 | 948 |
| | Total PAHs | 2080 | 3793 |
| | PAH Isomers | 121 | 416 |
| 4/20/00 | Cyclic Hydrocarbons | 4 | 2 |
| | Total PAHs | 481 | 426 |
| | PAH Isomers | 69 | 77 |
| 5/16/00 | Cyclic Hydrocarbons | 27 | 7 |
| | Total PAHs | 486 | 572 |
| | PAH Isomers | 40 | 96 |
| 6/13/00 | Cyclic Hydrocarbons | 6 | 5 |
| | Total PAHs | 289 | 3006 |
| | PAH Isomers | 45 | 226 |
| 7/18/00 | Cyclic Hydrocarbons | 23 | 1 |
| | Total PAHs | 142 | 166 |
| | PAH Isomers | 36 | 73 |

A00107



Table 2-3 (Cont'd): WRECs Year-2000 Hydrocarbon/PAH data collected from the Refinery's cooling water intake (CWIN) sampling station and outfall site (Site 001). Reproduced from Battelle (2001).

| Date | Hydrocarbon Measured | 001 Conc. (ng/L) | CWIN Conc. (ng/L) |
|---|---|---|---|
| 8/16/00 | Cyclic Hydrocarbons | 34 | 2 |
| | Total PAHs | 214 | 329 |
| | PAH Isomers | 24 | 69 |
| 9/13/00 | Cyclic Hydrocarbons | 9 | 6 |
| | Total PAHs | 256 | 1526 |
| | PAH Isomers | 27 | 268 |
| 10/26/00 | Cyclic Hydrocarbons | 2 | 5 |
| | Total PAHs | 123 | 153 |
| | PAH Isomers | 20 | 35 |
| 11/29/00 | Cyclic Hydrocarbons | 243 | 1 |
| | Total PAHs | 177 | 94 |
| | PAH Isomers | 28 | 23 |
| 12/20/00 | Cyclic Hydrocarbons | NA | NA |
| | Total PAHs | NA | NA |
| | PAH Isomers | NA | NA |

A 00108



*Table 2-4: WREC's Year-2001 Hydrocarbon/PAH loadings from the Refinery. Total PAHs are represented by PAHs and Alkyl Homologues. Reproduced from Battelle (2001).*

| DATE | HYDROCARBON MEASURED | Site 001 Conc. (ng/L) | Site 001 Loading (g/d) | CWIN Conc. (ng/L) | CWIN Loading (g/d) |
|---|---|---|---|---|---|
| 1/10/01 | Cyclic Hydrocarbons | 60 | 76 | 12 | 15 |
|  | Total PAHs | 349 | 441 | 921 | 1164 |
|  | PAH Isomers | 43 | 54 | 145 | 183 |
|  | All Analytes | 451 | 570 | 1079 | 1364 |
| 2/6/01 | Cyclic Hydrocarbons | 243 | 301 | 73 | 90 |
|  | Total PAHs | 892 | 1104 | 332 | 411 |
|  | PAH Isomers | 167 | 207 | 67 | 83 |
|  | All Analytes | 1303 | 1613 | 472 | 584 |
| 3/8/01 | Cyclic Hydrocarbons | 118 | 147 | 2 | 2 |
|  | Total PAHs | 432 | 540 | 465 | 581 |
|  | PAH Isomers | 66 | 82 | 86 | 107 |
|  | All Analytes | 616 | 769 | 554 | 692 |
| 4/3/01 | Cyclic Hydrocarbons | 428 | 588 | 83 | 114 |
|  | Total PAHs | 468 | 643 | 377 | 518 |
|  | PAH Isomers | 57 | 78 | 57 | 78 |
|  | All Analytes | 954 | 1311 | 517 | 710 |
| 5/15/01 | Cyclic Hydrocarbons | 60 | 85 | 31 | 44 |
|  | Total PAHs | 858 | 1215 | 319 | 452 |
|  | PAH Isomers | 139 | 197 | 68 | 96 |
|  | All Analytes | 1057 | 1496 | 418 | 592 |
| 6/5/01 | Cyclic Hydrocarbons | 77 | 118 | 45 | 69 |
|  | Total PAHs | 409 | 625 | 338 | 517 |
|  | PAH Isomers | 47 | 72 | 53 | 81 |
|  | All Analytes | 533 | 815 | 437 | 668 |

A 00109



Table 2-5: WRECs Year-2001 effluent/influent metals data. Underlined concentrations exceeded chronic toxicity criteria; double-underlined concentrations exceeded acute criteria. Reproduced from Battelle (2001).

| Date | | Al | Cr | Ni | Cu | Zn | As | Se | Cd | Sn | Pb | Hg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Acute Water Quality Criteria (ug/l) | --- | --- | 74 | 4.8 | 90 | --- | 290 | 42 | --- | 210 | 1.8 |
| | Chronic Water Quality Criteria (ug/L) | --- | --- | 8.2 | 3.1 | 81 | --- | 71 | 9.3 | --- | 8.1 | 0.94 |
| | Det. Lim. | (1.00) | (1.00) | (0.05) | (0.05) | (1.00) | (0.10) | (0.25) | (0.02) | (0.10) | (0.05) | (0.001) |
| 1/10/01 | Site 001 | 5.09 | ND | 5.40 | 1.59 | 6.29 | 0.87 | 0.91 | ND | ND | 0.25 | ND |
| | CWIN | 7.54 | ND | 3.95 | 1.87 | 12.80 | 0.73 | ND | 0.03 | ND | ND | 0.001 |
| 2/6/01 | Site 001 | 14.20 | ND | 8.22 | 3.11 | 22.50 | 0.76 | 1.68 | 0.08 | ND | 0.09 | 0.002 |
| | CWIN | 10.20 | ND | 7.63 | 2.56 | 16.90 | 0.74 | 0.82 | 0.07 | ND | 0.09 | 0.002 |
| 3/8/01 | Site 001 | 6.33 | ND | 3.97 | 3.14 | 19.80 | 0.87 | 1.04 | 0.07 | ND | 0.07 | 0.003 |
| | CWIN | 7.22 | ND | 2.77 | 2.26 | 8.75 | 0.77 | 0.43 | 0.05 | ND | 0.08 | 0.002 |
| 4/3/01 | Site 001 | 41.80 | ND | 4.62 | 2.97 | 4.20 | 0.66 | 0.87 | ND | ND | 0.13 | 0.002 |
| | CWIN | 40.90 | ND | 3.08 | 3.22 | 6.95 | 0.68 | 0.54 | 0.03 | ND | 0.11 | 0.002 |
| 5/15/01 | Site 001 | 8.30 | ND | 6.26 | 3.31 | 5.55 | 0.75 | 0.94 | ND | 0.14 | ND | 0.001 |
| | CWIN | 14.36 | ND | 3.63 | 2.45 | 4.55 | 0.75 | 0.35 | 0.06 | 0.13 | ND | 0.001 |
| 6/5/01 | Site 001 | 7.44 | ND | 5.57 | 5.58 | 5.95 | 0.87 | 0.89 | 0.16 | 0.16 | 0.06 | ND |
| | CWIN | 9.49 | ND | 4.16 | 4.03 | 6.84 | 0.89 | 0.56 | 0.03 | 0.15 | ND | ND |

2-10

A 00110



Figure 2-1: MOTIVA Refinery Map

A00111



Figure 2-2:  MOTIVA Refinery permit sites 001 and CWIN.

A 00112



## 3.0 PHYSICAL CHARACTERISTICS OF THE STUDY AREA

### 3.1 Location

The Delaware River drains a 13,533-square-mile (sq. mi.) basin located within four states: Pennsylvania, New Jersey, New York and Delaware (United States Environmental Protection Agency (EPA), 1998; Figure 3-1). The Delaware River extends approximately 330 miles (mi.) through the Appalachian Plateau, Ridge and Valley, Reading Prong, Piedmont, and Coastal Plain physiographic provinces. The Delaware Estuary comprises all tidally inundated areas from the falls at Trenton, NJ to the mouth of Delaware Bay (Figure 3-2). This includes both the main stem of the Estuary – which extends approximately 133 miles – as well as all tidal tributaries. The Delaware Estuary communicates with the upper Chesapeake Bay via the Chesapeake and Delaware (C&D) Canal located at River Mile (RM) 59.

The EPA delineated the Delaware Estuary into three regions based on general patterns of salinity, turbidity and biological productivity (EPA, 1995) (Figure 3-3). The uppermost region, the freshwater Tidal River Zone, extends 53 miles from the head-of-tide at Trenton, NJ (RM 133) to Marcus Hook, PA (RM 80). Over the years, this zone experienced severe impacts due to industrialization, development and other anthropogenic influences. The lowermost region, the Delaware Bay Zone, extends from the mouth of the Delaware Bay (RM 0) to Artificial Island, NJ (RM 50). The Delaware Bay Zone is characterized by relatively high salinity, low turbidity, and high biological productivity. Approximately 90% of the primary productivity occurs within this Zone (Pennock and Sharp, 1986). In contrast, the Transition Zone (i.e., RM 50-RM 80) is a region of relatively high turbidity, variable salinity (0-18 parts per thousand, ppt), and low productivity. Motiva's Delaware City Refinery is located within the Transition Zone at RM 61.7, opposite Pea Patch Island. This location separates the Refinery from some of the most productive regions of the Estuary and provides enhanced tidal currents for plume dilution.

### 3.2 Morphology

General features of the Delaware Estuary and its watershed are summarized in Table 3.1. Gross morphologic features of the Delaware Estuary include a relatively deep entrance, a relict river channel, adjacent tidal shallows, a wide lower Bay, and a narrow upstream channel. The Estuary's width varies from 11.2 miles at its mouth to about 26.7 miles at the widest point in the Bay (approximately RM 12). Upstream from this point, the Estuary narrows gradually to a width of 0.2 miles at Trenton, NJ (RM 133). Corresponding cross-sectional areas also decrease upstream from the widest point (Figure 3-4). The Estuary's funnel-shaped geometry is typical of many drowned river valleys of the Atlantic Coastal Plain. This feature concentrates upstream flows and contributes to the amplification of upper-Estuary tides, as discussed in section 3.5.2.

Broad coastal plain marshes border the Delaware Estuary along the New Jersey and Delaware shorelines. These marshes are incised by numerous tidal creeks. At 50 miles upstream, the

A 00113



estuarine channel turns abruptly through a triple bend. By RM 60, the channel is oriented northeastward along the fall zone. Beyond this point, the channel meanders slightly to the head-of-tide at Trenton, NJ. The tidal Delaware River has a mean depth of approximately 21 feet.

Estuarine bathymetry in the vicinity of the Refinery is displayed in Figure 3-6. The area adjacent to the discharge canal (Hamburg Cove) is relatively shallow, with mean low water depths varying from about 1 to 3 feet. Further offshore, depths increase sharply in navigation channels located on both sides of Pea Patch Island.

In the major navigation channels, the natural tidal system has been modified extensively by dredging activities. A small channel that extends from Trenton to the sea was authorized in 1910 and enlarged in 1930, 1935, 1938, 1945, 1954, and 1958. At the present time, a predominantly 30-40-ft channel extends from Trenton, NJ to Philadelphia, PA. Also, a 40-ft shipping channel is maintained from Philadelphia to the sea. This channel varies in width from 400 ft to 1000 ft. In 1992, Congress authorized ongoing studies to support further dredging of this channel to 45 ft.

In 1829, the C&D Canal (RM 59) was opened for navigation. Initially, this 17 mile-long locked strait was dredged to a depth of 10 ft and a width of 36 ft. In 1927, the C&D Canal was purchased by the United States Government and converted to a 90-ft-wide, 12-ft-deep sea level canal. Subsequently, the C&D Canal was enlarged several times to its present 35-ft deep and 450-ft wide configuration. Materials dredged from the Canal were placed along the Delaware Estuary shoreline above RM 50.

### 3.3 Surface Water Hydrology

#### 3.3.1 AVERAGE TRIBUTARY INFLOWS

The 13,533-sq.-mi. Delaware Estuary Watershed contains numerous branching tributaries and reservoir systems (Figure 3-7). In the upper Delaware Basin, major tributaries to the mainstem include the West Branch, East Branch, Neversink River, Mongoup River, Lackawaxen River, Lehigh River, and the Delaware & Raritan Canal. In the lower Basin, the Schuykill River comprises the largest tributary to the Delaware Estuary. It flows in a generally southeast direction to its junction with the Estuary near Philadelphia, PA. Relevant statistics for the Schuylkill River and other tributaries (Figure 3-4) to the Delaware Estuary are listed in Table 3.2.

The total, annually averaged freshwater inflow to the Delaware Estuary is approximately 20,364 cfs (DiLorenzo et al., 1992). Most of the inflow (approximately 72%) is contributed by two major tributaries to the upper Estuary: the non-tidal Delaware River (57.2%) and the Schuylkill River (14.5%). Annual mean inflows from these upstream sources are 11,650 cfs and 2,950 cfs, respectively (Table 3.2, Figure 3-8). Only 10.2% of the total average freshwater inflow is discharged below the C&D Canal (i.e., below RM 59). Of this, 6.8% (1,385 cfs) is discharged along the eastern (New Jersey) Shore; and 3.5% (713 cfs) along the western (Delaware) Shore (Figure 3-9).

A 00114



## 3.3.2 HISTORICAL FLOW VARIABILITY

The U. S. Geological Survey (USGS) reports average *annual* flows at Trenton ranging from a maximum of 19,810 cfs (561 m³/sec) for water year 1928 to a minimum of 4,708 cfs (133 m³/sec) for water year 1965, Figure 3-10. Average annual runoff typically varies between 1.2-2.0 cfs per square mile. Storm runoff has exceeded 60 cfs per square mile (Miller, 1988).

Table 3.3 and Figure 3-11 provide *monthly* averaged Delaware River discharges at Trenton, New Jersey, for the period 1912-98. Highest monthly flows occur during the freshet period (March and April); lowest monthly flows occur during August and September. Inter-annual variability is marked, as illustrated in Figure 3-11, by the divergent maximum and minimum averages for each month.

The USGS reports *daily* River discharges at Trenton ranging from 279,000 cfs to 1,240 cfs during the period 1912 – 1999. Figure 3-12 displays daily Trenton discharges over the last 10 years, as well as the same data plotted as a probability function. Strong seasonal patterns are evident, with the highest flows recorded during the winter and spring; lowest flows during the summer and fall. Also, interannual variability is marked. For example, an inspection of the winter 1995 and winter 1996 daily averages reveals flow differences between a dry year and a wet year. The probability distribution of average daily flows at Trenton for 10 years shows a 90% probability that the flow will be below 24,800 cfs (Table 3.4).

Although there are no substantial dams on the main stem of the Estuary, there are nineteen major impoundments on its tributaries (Figure 3-7). In the aggregate, these impoundments can store more than 50 days of the mean freshwater discharge at Trenton. Under an interstate agreement, (the "Good Faith" Agreement of 1982), New York City is required to release water from its reservoirs to the Delaware River at rates that will maintain a flow of at least 1,750 cfs at Montague, NJ. Also, the DRBC can direct the release of water from lower basin reservoirs to maintain an equivalent target flow of 3,000 cfs at Trenton. However, this target flow at Trenton can range between 2,500 cfs and 3,000 cfs depending on the drought situation.

### *3.4 Groundwater Hydrology*

Coastal Plain sediment materials of Cretaceous and Tertiary age underlie the upper Delaware Estuary. They begin at the Fall Line and dip downwards towards the southeast at a rate of about 30 feet per mile. They are overlain by a discontinuous sheet of Quarternary sediments. The total thickness of this sedimentary package varies from zero at the Fall Line to more than a mile at the ocean coast.

Although unquantified at present, groundwater seepage from unconfined aquifers may provide a significant source of freshwater to the Delaware Estuary. The United States Army Corps of Engineers (USACE, 1996) has estimated that 8.5 to 11 inches of annual rainfall is used for

A 00115



recharging aquifers in the region. The region's unconfined aquifers may discharge a portion of this supply to the Delaware Estuary. Evidence of such discharges is provided by Bachman and Ferrari (1995) who reported naturally high concentrations of radon in the unconfined aquifers, and by Church (personal communication) who found similar high concentrations of radon in the waters of Delaware Bay near the C&D Canal entrance. These studies suggest that groundwater is, indeed, seeping directly into the Bay.

## 3.5 Estuarine Hydrodynamics

### 3.5.1 SALINITY

The salinity distribution of the Delaware Estuary varies both spatially and temporally in response to various external factors, including: (1) the salinity distribution of adjacent coastal waters; (2) freshwater inflow variations; (3) tides and tidal exchange processes; (4) estuarine morphology; and (5) local/non-local wind-induced circulation. Typically, salinities at the mouth of Delaware Bay vary over a limited range -- from about 30-31 ppt, with an annual standard deviation of about 0.8 ppt (Garvine et al., 1992). However, as demonstrated in section 3.3.2, freshwater inflows vary markedly over time and enter the Estuary primarily from the opposite end. Also, bottom topography varies laterally throughout most of the Estuary. As a result of these influences, Delaware Estuary salinity patterns exhibit significant temporal, axial, and lateral salinity variations.

Due to the relatively large tides throughout the Delaware Estuary – and associated vertical mixing processes -- vertically salinity variations are often weak. This weak stratification is reflected in the high ratio (226) of semi-diurnal tidal flows at the mouth of Delaware Bay to the mean freshwater inflow (Garvine et al., 1992). That is, the potential stratifying effects of freshwater inflows are often overwhelmed by an energetic tidal exchange of saline, coastal waters. Thus, under mean inflow conditions, the Delaware Estuary has been classified as a vertically homogeneous or weakly stratified estuary. Typical vertical salinity variations range from 1-4 ppt (Garvine et al., 1992; Wong, 1995). During extreme spring-freshet conditions, vertical salinity variations as large as 5-15 ppt have been reported in Delaware Bay (Sharp et al., 1986).

Effects of varying freshwater inflow conditions (March, 1983) on Delaware Estuary salinity patterns are illustrated in Figure 3-13 from Sutton et al. (1996). Table 3.5 provides corresponding USGS flow data at Trenton, NJ. As tabulated, the high flow period (March 1983) depicted in Figure 3-13 represents a typical spring freshet; the selected low-flow period (October 1980) is below average.

Under typical high flow conditions, the limit of salt intrusion (as represented, for example, by the 1 ppt isohaline) is displaced seaward to the C&D Canal area (RM 59), and brackish waters (<25 ppt) enter the mid-Delaware Bay. Also, isohaline spacing is somewhat compressed in this brackish zone (DiLorenzo et al., 1992). Under the selected low-flow condition, the same 1 ppt

A 00116



isohaline intrudes landward to the Chester, PA area (RM 83), while brackish waters intrude to the head of Delaware Bay. Figure 3-13 suggests that large seasonal salinity variations occur near the Refinery, perhaps limiting this region of the Estuary to species that are tolerant to salinity changes. Salinity variability near the Refinery is displayed in Figure 3-14.

Table 3.6 provides long-term salinity statistics for the Delaware River Basin Commission (DRBC) monitoring stations at Pea Patch Island (River Mile 60.55), approximately 1.1 miles below the Refinery. This table is based on pooled, bi-weekly conductivity and temperature data collected by DRBC at these sites during the period 1967-2000, and application of a standard algorithm for computing salinities (UNESCO, 1981). As indicated, a salinity range of 0.08-26.94 ppt was observed at this site, with a sample mean and standard deviation of about 2.3 ppt and 2.28 ppt, respectively.

Monthly mean salinities at Reedy Island (RM 54) and Ship John Shoal (RM 36) during 1968-1997 are illustrated in Figure 3-14 and Table 3.7. Interannual variability accounts for 80% of the total deviations around the mean salinity for any given month of the year (Wong, 1995). Variability at less-than-monthly timescales is less significant.

It should be noted that the representative salinity patterns displayed in Figure 3-13 are by no means stationary under steady inflow conditions. Relatively large displacements occur with each ebbing and flooding tide. Hires et al., (1984) report that tidal displacements of approximately 8 miles occur within the Delaware Estuary. Effects of tidal excursions on mean salinity profiles are illustrated in Figure 3-15. This plot is based on bi-weekly water quality surveys conducted along the mainstem Estuary by the DRBC. These data were sorted according to the phase of the tide and averaged over a selected, three-month sampling interval   (Marino et al., 1991). Resulting axial profiles reveal a persistent pattern of tidal translations for salinity and various other water quality parameters (Figure 3-16, DiLorenzo et al., 1992) over this period.

Garvine et al., (1992) suggest that the *long-term* (decadal) mean axial distribution of salinity data is surprisingly close to a linear decrease with axial (upstream) distance. They estimate a long-term mean axial salinity gradient of approximately 0.5 ppt/mi extending from the mouth of Delaware Bay to the average landward end of salt intrusion. Moreover, they demonstrate that axial isohaline displacement only weakly responds to changes in River discharge so that much of the variance in displacement is due to tidal advection. As stated by Garvine et al., (1992):

> In particular, discharge changes of one standard deviation are associated with displacements only about half those produced by tidal advection. This implies the existence of a powerful buffering agent that counters the seaward advection of salt associated with increase river discharge.

In this region, the *overall* salinity pattern is relatively insensitive to variations in freshwater inflow.

A00117



Besides axial variability, lateral salinity variability is well documented in the broad, lower reaches of the lower Delaware Estuary. Wong (1994) and Wong and Munchow (1995) observed lateral variations as large as 6 ppt across the wide (25 miles) area of the lower Bay. A persistent feature they observed is a split in the lateral salinity structure -- with two branches of low salinity water along the shores separated by high salinity water in the middle of the Bay over the deep channel. This structure suggests that the high salinity inflow is concentrated in the deeper, middle parts of the Bay, while low-salinity outflows occur in the shallower parts along the shore. Furthermore, Wong suggests that such transverse salinity gradients and current shears may contribute to the effective axial dispersion coefficient and thereby buffer the response to discharge variations.

### 3.5.2 ASTRONOMICAL TIDES

Delaware Estuary tides are predominately semi-diurnal (Parker, 1984). Mean tidal ranges (Table 3.8) vary from approximately 4.25 ft near the mouth to 8.25 ft at Trenton – an approximate two-fold amplification of the tide over the length of the Estuary (Figure 3-17). Tidal amplification is less apparent in the vicinity of both the C&D Canal (i.e., near RM 59) and tidal shallows near the Salem River. Tidal amplification in the upper Delaware Estuary has been associated with its convergent (funneling) geometry and resonant response (DiLorenzo et al., 1993).

The Estuary's amplified tides are a relatively new feature. Prior to the historical period of dredging (1910-1964), mean tidal ranges at Trenton were approximately 4.2 feet (DiLorenzo et al., 1993). Historic increases in navigation channel depths (from approximately 18 feet to 40 feet) and associated reductions in tidal dissipation likely contributed to the two-fold amplification of upper Estuary tides (DiLorenzo et al., 1993). These amplified tides enhance both vertical mixing and horizontal dispersion in the upper Delaware Estuary.

The tidal "bulge" arrives at the head-of-tide at Trenton approximately 6.5 hours after it enters the Estuary (Figure 3-18). This period corresponds, approximately, to half the tidal period (12.42 hours). Relative to the ocean entrance, high water phase lags generally increase monotonically with upstream distance, even in the vicinity of the C&D Canal and Salem River.

Delaware Estuary tides exhibit both standing-wave and partially progressive wave characteristics (Figure 3-19). In areas of the upper and lower Estuary, the time lag between maximum-flood tide and high water approaches 3 hours (i.e., one-quarter of a tidal period). Here, amplified, *standing-wave* tides are observed. Between RM 35 and RM 70, this lag is about 1.5 hours, corresponding to a partially progressive tide.

Delaware Estuary tidal ranges vary over fortnightly periods (14.7 days). Maximum astronomical tidal ranges occur during both full-moon and new-moon phases ("spring" tides); minimum ranges occur about half way between ("neap tides"). For example, the spring tidal range at Reedy Point (RM 58.9) is about 1.8 m (6.0 ft), about 9% above the mean range of 1.7 m (5.5 ft). Table 3.9 provides mean and spring tidal ranges for selected Delaware Estuary stations.

A 00118



The effects of river flow on Delaware Estuary tides were analyzed by Parker (1984). His analyses showed that enhanced river flows tend to reduce Delaware Estuary tidal ranges and delay the times of high water and low water. His comparisons of tide data collected under both low-flow and high-flow conditions revealed the following tidal range reductions under high-flow conditions: 27% at Trenton, 13% at Philadelphia, 12% at Artificial Island, and 3% at Cape May. Likewise, he reports the following delays in the time of high water: 13 minutes at Trenton, 2 minutes at Philadelphia, and 25 minutes at Artificial Island.

The spatial distribution of maximum tidal current speeds in the Delaware Estuary is illustrated in Figure 3-20 (NOAA 1987). Tidal currents generally decrease from the entrance to the wider portions of Delaware Bay. Here, maximum tidal current speeds within tidal shallows range from about 0.1–0.4 m/sec (0.25-0.75 knots); maximum current speeds along the bay axis are about 0.5 m/sec (1.0 knot). As the estuary funnels upstream in the Transition Zone, maximum current speeds increase and approach 0.8 m/sec (1.5 knots) (Figure 3-20).

The tidal excursion is commonly defined as the distance a drifting particle might be displaced *along the open estuary* during half a tidal cycle (e.g., during a flood or ebb interval, approximately 6 hours). It is calculated by integrating the tidal current speed over one-half of a tidal cycle. Delaware Estuary tidal excursions vary in accordance with the estuary's distribution of maximum tidal currents (Figure 3-20). Thus, relatively large tidal excursions occur in both the main entrance channel and the narrow upstream channel of the Transition Zone and lower Tidal River Zone (Table 3.9). Relatively small tidal excursions (approximately 3-9 km; 2-6 mi) occur in the wider reaches of Delaware Bay. Relatively large tidal excursions occur near the Refinery, as represented by computed tidal excursions of 10.4 miles at Pea Patch Island (RM 60.0).

### 3.5.3 METEOROLOGICAL TIDES

While the semi-diurnal tidal motions described above are principally responsible for the vigorous vertical and horizontal motions within the system, more subtle motions at subtidal frequencies are largely responsible for long-term transport. The Coriolis effect, gravitational circulation, topography, meteorological events, and freshwater pulses may contribute to subtidal circulation. Typical meteorological events include local wind events, having periods of 2-5 days, and large-scale, regional events, having periods of about 20 days.

Wong and Garvine (1984) examined the relation between atmospheric forcing and the subtidal response of the Delaware Estuary. They observed relatively large subtidal sea level fluctuations near the mouth of Delaware Bay, with a maximum range in excess of 1.6 ft (0.5 m). These fluctuations were driven primarily by an along-shore wind-stress component over the adjacent continental shelf. For example, currents driven by along-shore northerly winds are steered towards the coast by the earth's rotation. As a result, coastal sea levels rise (set-up) and induce a subtidal volume flux into the adjacent Estuary. An opposite situation occurs for up-shelf winds whereby coastal sea levels fall (set-down) and a volume flux is directed out of the Estuary. This

A00119



non-local, wind-forcing mechanism (the "coastal Ekman effect") was most significant at time scales longer than 3 days. Local wind forcing over the Estuary was found to be less significant.

Within the interior of the Delaware Estuary, Wong and Garvine (1984) determined that subtidal variability was driven not only by wind forcing along the coast, but also by non-local winds over northern Chesapeake Bay. The latter mechanism sets up and sets down sea levels near the head of Chesapeake Bay and propagates these fluctuations through the C&D Canal into the middle and upper Delaware Estuary. At a station near Artificial Island, they estimate that two-thirds of the subtidal variability is driven by the Coastal Ekman effect; the remaining one-third through coupling with the upper Chesapeake via the C&D Canal. Subtidal current variations on the order of 4 inch/sec were observed at this site. Wong and Garvine determined that the estuarine gravitational circulation was often weaker than the atmospherically driven subtidal current fluctuations.

Atmospheric forcing also may modify Delaware Estuary variability at tidal frequencies (Bender and Wong 1993; Trowbridge and Wong 1990). They suggest that changes in tidal characteristics can be explained by nonlinear interactions of the tide with surface waves and subtidal motions.

### 3.5.4 ESTUARINE GRAVITATIONAL CIRCULATION

Pape and Garvine (1982) mapped the subtidal circulation of Delaware Bay using seabed and surface drifters. They found surface drifters moved seaward and toward the Delaware shore. In contrast, bottom drifters launched off the Bay mouth (as far as 25 miles offshore) moved shoreward and often into the Bay, though at slower average speeds. For the period studied, their drifter measurements revealed a net surface outflow at about 2 inch/sec and a mean bottom flow of about 0.5 in/sec. These early studies suggested the presence of a relatively weak estuarine gravitational circulation in Delaware Bay.

Wong (1994) has proposed a modification of the traditional two-layer gravitational circulation model to explain the subtidal circulation of Delaware Bay. Traditional conceptual models of estuarine circulation assume uniform across-estuary depths. However, Delaware Estuary bathymetry is characterized by a deep, center channel flanked by shoaling areas along the shores. Under the influence of riverine inflows and associated longitudinal density gradients, this characteristic across-estuary bathymetry produces a net outflow along both shores, and a return flow concentrated in the deeper part of the channel. Thus, Wong observed two branches of low salinity water along the shores separated by high salinity water over the deep channel and extending to the surface.

Wong's modified gravitational circulation model for the Delaware Bay is supported by recent observations by Keiner and Yan (1997). Using a suite of satellite temperature images and empirical orthogonal function techniques, Keiner and Yan reported net outflows along the sides of the Estuary, and the presence of in-flowing surface waters over the center channel. Also, Wong and Munchow (1995) observed "fronts" in the Delaware Estuary -- regions in which observed salinity and temperature gradients are steep and, typically, involve small-scale circulation. In particular, relatively dense waters were observed in the middle of Delaware Bay,

A 00120



mingling with less dense waters near the shores. On an even smaller scale, Wong (1995) observed temperature variations of 3.7° F over a 500-ft distance within Delaware Bay.

The along-estuary flows described by Wong's conceptual model are likely coupled with transverse (across-estuary) circulation patterns (Fisher, 1974). The characteristic across-estuary bathymetry provides greater frictional resistance in the tidal shoals relative to the deep channel. As a result, a transverse shear develops in the tidal flow, with enhanced flows in the channel. Also, the mean salinity gradient is advected further in the channel than the adjacent shoals (Huzzey, 1988). On a flooding tide, this pattern of "differential advection" produces relatively higher salinity over the channel and lower salinity along the shores, as simulated by DiLorenzo et al. (1992). The associated transverse density gradient likely produces two transverse circulation cells characterized by converging surface flows (and sinking) at the center of the channel and diverging bottom flows, as observed in other estuaries (e.g., Valle-Levinson and Lwisa, 1995). This transverse circulation may aggregate suspended particles, oil slicks and biota along the main axis of the Delaware Estuary.

As noted above, the modified gravitational circulation model includes two branches of buoyant outflow along the Bay shores separated by a dense inflow centered along the deep channel. However, Wong (1994) also reports that local wind may drive two branches of flows along the shores in the direction of local wind stress, and a return flow against the wind that is concentrated in the deep channel. These processes may either reinforce or counteract each other, depending on wind magnitude and direction. For example, the gravitational effect may dominate under low-to-moderate wind conditions. However, a strong wind blowing up the Estuary would tend to counteract the modified gravitational circulation and reduce transverse shear. Conversely, a wind blowing down the Estuary may reinforce the two effects and enhance transverse variability.
An additional feature of Delaware Estuary subtidal variability is the recent discovery of a buoyancy-driven coastal current (Garvine, 1991). This current bends southward at the mouth of Delaware Bay to form a broad (12-mile-wide), slow-moving (1-2 inch/sec) plume (Garvine 1991, Munchow 1992). The coastal current is identifiable by a salinity/temperature signature that is coherent over the length of the Delmarva peninsula. Potentially, this current may distribute riverborne nutrients, larvae, sediments, sewage, toxic chemicals, and spilled oil dominantly along the Delaware Coast.

### 3.5.5 C&D CANAL INFLUENCES

The C&D Canal provides a sea level connection between the upper Chesapeake Bay and the middle Delaware Estuary (RM 59). It is located approximately 2.7 miles south of the Refinery. Observational studies indicate that the mean salinity at the Chesapeake Bay end of the Canal is typically 2-3 ppt lower the mean salinity at the Delaware end (e.g., Wong, 1990). Also, the mean tidal range (5.5 ft) on the Delaware Bay side of the Canal exceeds the mean range on the Chesapeake Bay side (2.2 ft). In addition, the tidal phase differs by about 10 hours on each side (Hsieh and Johnson, 1991). These boundary differences drive reversing, semi-diurnal tidal currents on the order of 1.2 knots (2.0 ft/sec) within the Canal (Wong, 1990). However, such

A 00121



currents do not extend into the interior of the Delaware Estuary because of the limited conveyance area of the Canal (Wong, 1990; Najarian et al., 1980).

## 3.6 TRANSPORT PROCESSES

The tidal and subtidal circulation of the Delaware Estuary was described previously in section 3.5. This section focuses on Delaware Estuary transport processes and their effects on nonliving materials and organisms within the Bay.

### 3.6.1 HYDRODYNAMIC TRANSPORT PROCESSES

Estuarine fluxes of salt and particulate matter are regulated by physical transport processes. This section reviews these processes and their influence on the distribution of both salt and suspended matter in the Delaware Estuary

### 3.6.1.1 ADVECTION

At a fixed location along the main stem of the Delaware Estuary, the concentrations of various water quality constituents vary when flooding and ebbing tides displace an axial concentration gradient (e.g., Figure 3-16). This process (tidal "advection" of the mean gradient) may induce significant variability at tidal frequencies. However, such back-and-forth motions, alone, may not induce a *net* (tidally averaged) transport of salt, constituent mass or suspended solids. Shears in the flow field and random motions give rise to dispersive processes, as outlined below.

### 3.6.1.2 DISPERSION

In most estuaries, the seaward advection of salt due to the river outflow is balanced by mean landward fluxes due to the estuarine gravitational circulation and tidal "pumping" (i.e., temporal correlations of velocity and salinity) (Geyer and Nepf, 1996). The Delaware Estuary is no exception. For example, Wong (1994) observed a modified gravitational circulation in the Delaware Estuary consisting of a net inflow of saline water that was centered along the main navigation channel, and a net outflow of less saline water along both Bay shores. Steady vertical and lateral shears associated with this circulation pattern contribute to the net, upstream transport of salt (Fisher, 1979).

Besides steady shear processes, tidal pumping is an important transport mechanism for salt and suspended sediment. Tidal pumping occurs when the spatial distribution of flood flows across a cross section differs from the distribution of ebb flows, resulting in a net transport of constituent mass (Fisher, 1979). Such differences may arise from the interaction of tidal flows with either shoreline irregularities or uneven bottom topography ("tidal trapping"). This process traps low-velocity waters along the sides of an estuary – waters that then move out of phase with the main channel flow. This process tends to disperse constituent plumes and enhance salinity intrusion.

A00122



Tidal pumping also arises from tidal (oscillatory) shear processes. Tidal shear is important when the time scale of vertical or transverse mixing is comparable to the tidal period (12.42 hr) (Geyer and Nepf, 1996).

Garvine et al. (1992) propose two possible mechanisms to explain the buffered salinity response of the Delaware Estuary to freshwater inflow variations: (1) vertical shear flow dispersion in a tidally stirred regime; and (2) lateral shear coupled to lateral salinity gradients. The former likely contributes to the net transport of salt primarily through the tidal (oscillatory) shear mechanism; the latter through steady lateral shear. However, both proposed mechanisms include steady and oscillatory components.

Walters (1991) suggests that while vertical shear dispersion is important, it is not a dominant transport mechanism in the Delaware Estuary. This observation stems from the fact that time scales associated with vertical mixing in the Delaware Estuary are short compared to the period of tidal oscillations. Overall, Walters suggests that the tidally averaged salt transport in the Delaware Estuary is dominated by *horizontal* advective processes that lead to shear dispersion, and includes smaller contributions from vertical shear dispersion.

### 3.6.2 SUSPENDED SEDIMENT TRANSPORT PROCESSES

3.6.2.1 SUSPENDED SEDIMENT SOURCES

The Delaware Estuary Watershed contributes a variety of dissolved and suspended substances of natural and anthropogenic origin, including sediment (PSE&G, 1999). Biggs et al. (1983) estimated that the total suspended load to the Delaware Estuary is approximately two million tons per year. External sediment sources may alter the estuarine environment by: (1) decreasing light penetration; (2) transporting adsorbed materials; and (3) modifying bathymetry. The approximate distribution of Delaware Estuary sediment types is illustrated in Figure 3-21.

Like salinity, suspended sediment is transported by mechanisms of tidal pumping and steady shear dispersion. However, as noted by Jay and Musiak (1994), a fundamental difference arises because particle settling and deposition/erosion introduce additional degrees of freedom (i.e., sources or sinks) into the sediment balance. Consequently, spatial distributions of salt and suspended sediments differ, as do their associated estuarine transport processes. For example, in the Tamar Estuary -- a partially mixed estuary located in the southwest of England -- Uncles (1985a, 1985b) observed an up-estuary transport of suspended sediment due to tidal pumping in tidal shallows -- areas where sediment was available for resuspension. Also he observed down-estuary pumping in the deeper channel due to the absence of easily erodible bed materials.

Local winds produce surface waves that transport suspended sediments. These waves are capable of resuspending and redistributing sediments in shallow waters, creating near-shore currents, and inducing shoreline erosion. Winds from the north and west directions are both the most frequent and strongest; winds from the south and east are strong but less frequent. These

A00123



dominant winds can affect both the Delaware and New Jersey shores of the Bay. The marshy shoreline of the Bay, susceptible to wave attack, is eroding at rates of 1-20 feet per year. Nearshore, wind-induced currents move these fine-grained marsh materials along the shore and frequently into creek and river mouths.

Figure 3-22 presents a conceptual model of sediment transport within the Delaware Estuary. Mud/sandy mud is eroded from watershed soils and transported to Delaware Estuary tributaries. Fine-grain materials supplied by watershed and littoral sources move seaward along the margins of the Bay. The Estuary's numerous tidal creeks release suspended sediment to adjacent marshes, maintaining them in the face of rising sea level. Some unknown, but probably small, amount of suspended sediment escapes to the sea and some unknown amount enters from the sea. Coarse sediment from the rivers is trapped at their headwaters. Local outcrops of sands supply small quantities of material to beaches along shore of the Bay. Ocean environs, -- including its beaches, the continental shelf, and the Bay bottom -- are a source of coarse materials that may be transported up the Bay as far as adequate tidal currents persist (certainly up to RM 30). These tidal currents may contribute between 200,000 – 350,000 tons/year of sands to the Bay from the ocean (Biggs & Church, 1984).


### 3.6.2.2 TURBIDITY MAXIMA

Estuaries generally contain turbidity maxima somewhere in their upper reaches (PSE&G, 1999). The Delaware Estuary contains areas of high turbidity and suspended sediment concentrations that have been described in Biggs, et al. (1983) (Figure 3-23). These turbidity maxima move up and down the Estuary and are centered at salinities of 1-3 ppt and 7.5-10 ppt. Generally, the fresher waters above and the saltier waters below these maxima contain low suspended solids concentrations. The low-salinity turbidity maximum is dominated by individual particles having a mean diameter of 3 microns, though there are aggregated particles up to 100 microns in diameter. These suspended sediments contain about 1-4% carbon. Suspended particles in the downstream turbidity maximum consist of aggregated particles held together by an organic matrix having a mean diameter of 12 microns, a maximum diameter of 125 microns, and a carbon content of about 1-4%. Seaward of the turbidity maxima, the population of suspended particles is dominated by individual particles having 10-20 micron diameters and carbon content ranges from 4-9%.

### 3.6.3 BOTTOM SEDIMENT TRANSPORT

Within the Delaware Estuary, sediment is transported either along the bed (bed load transport) or within the water column (suspended load transport). The quantity of material that travels as either bed load or suspended load depends on the following: (1) the characteristics of the sediment materials; (2) the tidal current regime; and (3) the wave climate. For example, fine-grain, non-cohesive sediments are likely to be transported as suspended load in high energy regions of the Estuary (e.g., the Transition Zone). Conversely, coarse sediments in portions of

A 00124



Delaware Bay are more likely to be transported as bed load. This section focuses on bed load transport processes throughout the Delaware Estuary.

### 3.6.3.1 BOTTOM SEDIMENT TYPE AND SOURCES

At the upstream end (head) of the Estuary, bottom sediments consist primarily of muddy sands and sandy muds. The sands have been transported along the bottom of the streams and rivers to the head of the Estuary (PSE&G, 1999). Minor bedload transport occurs, principally by tidal currents. Along the margins of the Estuary, small areas of sandy sediments may be found on beaches and shallow areas. The source of these sands is erosion of local outcrops of Coastal Plain sediment moved along the shore by wind waves. The dominant area of sand accretion and transport is the lower Bay where strong tidal currents and waves can erode the bottom, resuspend and remove muds, and transport material into the Bay from the ocean (Figure 3-20).

### 3.6.3.2 BOUNDARY-LAYER PROCESSES

Bed friction causes tidal currents speeds to decrease rapidly near the bottom. Sand-sized sediments are transported either by rolling along the bottom or by saltation (a process in which individual grains are transported a few centimeters to a few meters). Wind waves produce oscillatory currents that can lift individual grains from the bottom and transport them short distances in the direction of wave travel as each wave passes. In both cases, the speed of the current required to move a particle is directly proportional to the mass of the particle.

A 00125



Table 3.1  Summary of selected physical features of the Delaware Estuary.

| PHYSICAL FEATURE | LOCATION/STATISTIC | MEASURE | DATA SOURCE |
|---|---|---|---|
| Length | Falls at Trenton to Mouth of Bay | 214.5 km (133.3 mi) | DRBC (1988) |
| | Shoreline | 451 km (280 mi) | |
| Width | Minimum within Estuary | 0.19 km (0.12 mi) | NOAA Chart 12314 |
| | Maximum within Estuary | 43.4 km (27 mi) | NOAA Chart 12304 |
| | Mouth of Bay | 17.7 km (11 mi) | NOAA Chart 12304 |
| Depth | Mean | 5.8 m (19 ft) | EPA (1998) |
| | Maximum | 45 m (148 ft) | EPA (1998) |
| | Channel (Trenton to Philadelphia) | 9-12 m (30-40 ft) | NOAA Chart 12314 |
| Surface Area | Open Water (Main Stem and Creeks) | 1,964 km$^2$ (758.7 mi$^2$) | C Figure 8 |
| | Marsh Plain Areas | 639 km$^2$ (246.8 mi$^2$) | C Figure 8 |
| | Total | 2,603 km$^2$ (1,005.5 mi$^2$) | C Figure 8 |
| Volume | Total Estuary | 1.3 x 10$^{10}$ m$^3$ (4.5 x 10$^{11}$ ft$^3$) | Salter (1973) |
| | Tidal Prism | 4.3 x 10$^9$ m$^3$ (1.4 x 10$^{11}$ ft$^3$) | Reed's Almanac (1998) |
| Tidal Range (Spring) | Cape May Point (RM 0) | 1.7 m (5.7 ft) | Reed's Almanac (1998) |
| | Reedy Point (RM 52) | 1.8 m (6.0 ft) | Reed's Almanac (1998) |
| | Trenton (RM 133) | 2.6 m (8.5 ft) | Garvine (1991) |
| Flow | Tidal (Mouth of Bay) | 1.47x10$^5$ m$^3$/sec | C Table 2 |
| | Average Freshwater Inflow (total) | 573 m$^3$/sec (20,227cfs) | C Table 8 |
| | Tidal Flushing Time (High-Flow) | 43 days | C Table 8 |
| | Tidal Flushing Time (Low-Flow) | 214 days | DiLorenzo et al. (1992a) |
| Watershed | Total Area | 35,050 km$^2$ (13,533 mi$^2$) | AppC §IIIA1ai Table 1 |
| | Estuary Drainage Area | 15,494 km$^2$ (5,985 mi$^2$) | |

mi$^2$ = square miles

3-14

A 00126



**Table 3.2:** Delaware Estuary tributary inflows (from DiLorenzo et al., 1992).

| DRBC River Mile | Tributary | Gaged Drainage Area (sq. mi.) | Gaged Drainage Area (km²) | Total Drainage Area (sq.mi.) | Total Drainage Area (km²) | Bank | Gaged Flow (cfs) | Gaged Flow (cms) | Prorated Tributary Flow* (cfs) | Prorated Tributary Flow* (cms) | Cumulative Inflow (cfs) | Cumulative Inflow (cms) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Broadkill | 31.9 | 82.6 | 158 | 409.2 | West | 36.8 | 1.0 | 182.3 | 5.2 | 182.3 | 5.2 |
| 17.27 | Dennis Creek | 113 | 292.7 | 128 | 331.5 | East | 166 | 4.7 | 188.0 | 5.3 | 370.3 | 10.5 |
| 21.03 | Maurice River | 112** | 290.1 | 374 | 968.7 | East | 165** | 4.7 | 551.0 | 15.6 | 921.3 | 26.1 |
| 23.14 | Murderkill River | 31.9 | 82.6 | 174 | 450.7 | West | 36.8 | 1.0 | 200.7 | 5.7 | 1,122.0 | 31.8 |
| 23.7 | St. Jones River | 31.9** | 82.6 | 114 | 295.3 | West | 37.1** | 1.1 | 132.6 | 3.8 | 1,254.6 | 35.6 |
| 34.4 | Leipsic River | 31.9 | 82.6 | 167 | 432.5 | West | 36.8 | 1.0 | 192.7 | 5.5 | 1,447.2 | 41.0 |
| 37.8 | Cohansey River | 113 | 292.7 | 267 | 691.5 | East | 166 | 4.7 | 392.2 | 11.1 | 1,839.5 | 52.1 |
| 54.45 | Alloway Creek | 14.6 | 37.8 | 73.3 | 189.8 | East | 19.3 | 0.6 | 96.9 | 2.7 | 1,936.4 | 54.9 |
| 58.37 | Salem River | 14.6 | 37.8 | 114.5 | 296.6 | East | 19.3 | 0.6 | 151.4 | 4.3 | 2,087.7 | 59.2 |
| 58.9 | C&D Canal | 47 | 121.7 | 165.8 | 429.4 | West | 63.8 | 1.8 | 225.1 | 6.4 | 2,312.8 | 65.5 |
| 70.73 | Christina River | 450.1 | 1,165.8 | 591 | 1,530.7 | West | 657.8 | 18.6 | 863.7 | 24.5 | 3,176.5 | 90.0 |
| 76.97 | Oldman's Creek | 14.6 | 37.8 | 68.7 | 177.9 | East | 19.3 | 0.6 | 90.8 | 2.6 | 3,267.3 | 92.6 |
| 80.66 | Raccoon Creek | 26.9** | 69.7 | 67.2 | 174.0 | East | 40.6** | 1.2 | 101.4 | 2.9 | 3,368.8 | 95.5 |
| 82.93 | Chester Creek | 61.1** | 158.2 | 236 | 611.2 | West | 90.8** | 2.6 | 350.7 | 9.9 | 3,719.5 | 105.4 |
| 89.66 | Mantua Creek | 56.3 | 145.8 | 78.2 | 202.5 | East | 86.5 | 2.5 | 120.1 | 3.4 | 3,839.6 | 108.8 |
| 92.47 | Schuylkill River | 1893** | 4,902.9 | 1909 | 4,944.3 | West | 2,723.0** | 77.2 | 2,746.0** | 77.8 | 6,585.6 | 186.6 |
| 95.46 | Big Timber Creek | 56.3 | 145.8 | 79.3 | 205.4 | East | 86.5 | 2.5 | 121.8 | 3.5 | 6,707.5 | 190.1 |
| 101.58 | Cooper River | 17** | 44.0 | 77.2 | 199.9 | East | 34.2** | 1.0 | 155.3 | 4.4 | 6,862.8 | 194.5 |
| 104.6 | Frankford Creek | .210 | 543.9 | 58.1 | 150.5 | West | 295 | 8.4 | 81.6 | 2.3 | 6,944.4 | 196.8 |
| 111.06 | Rancocas Creek | 118** | 305.6 | 452 | 1,170.7 | East | 171** | 4.9 | 655.0 | 18.6 | 7,599.4 | 215.4 |
| 115.63 | Neshaminy Creek | 210** | 543.9 | 368 | 953.1 | West | 299** | 8.5 | 524.0 | 14.8 | 8,123.4 | 230.2 |
| 128.41 | Crosswicks Creek | 81.5** | 211.1 | 168.4 | 436.2 | East | 135** | 3.8 | 278.9 | 7.9 | 8,402.3 | 238.1 |
| 133.8 | Assunpink Creek | 90.6** | 234.7 | 95.8 | 248.1 | East | 133** | 3.8 | 140.6 | 4.0 | 8,543.0 | 242.1 |
| 134.34 | Delaware River | 6,780.0** | 17,560.2 | 6,780.0 | 17,560.2 | Both | 11,700.0** | 331.6 | 11,700.0 | 331.6 | 20,243.0 | 573.7 |

DRBC = Delaware River Basin Commission

sq. mi. = square miles, cfs = cubic feet per second, cms = cubic meters per second

\* = Prorated flow based on ratio of Total Drainage Area to Gaged Drainage Area

\** = Data updated using the USGS Water Resources Data for New Jersey, Pennsylvania, and Delaware Water Year 1997
All other data from DiLorenzo et al. (1992a).

A 00127



**Table 3.3: Statistics of monthly mean data for water years 1913-1999, by water year, Delaware River at Trenton, NJ. (From USGS Water Resources Data Report, Reed et al., 1999.)**

|       | Oct   | Nov   | Dec   | Jan   | Feb   | Mar   | Apr   | May   | Jun   | Jul   | Aug   | Sep   |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Mean  | 6845  | 10490 | 12630 | 12570 | 12870 | 20610 | 22290 | 14150 | 8994  | 7039  | 5870  | 5777  |
| Max   | 28710 | 27340 | 42860 | 34950 | 27550 | 60840 | 52680 | 31690 | 33460 | 25720 | 30290 | 22490 |
| (WY)  | 1956  | 1928  | 1997  | 1979  | 1951  | 1936  | 1940  | 1989  | 1972  | 1928  | 1955  | 1933  |
| Min   | 1632  | 1868  | 2037  | 2539  | 3500  | 7715  | 6828  | 5074  | 2572  | 1548  | 1808  | 1762  |
| (WY)  | 1942  | 1915  | 1923  | 1981  | 1920  | 1981  | 1985  | 1995  | 1965  | 1965  | 1965  | 1932  |

All values in cubic feet per second (cfs)
WY = Water Year (October – September)

**Table 3.4: Duration table of daily flow (from Miller 1988).**

| Location | Discharge Equaled or Exceeded for Indicated Percent of Time | | | | |
|----------|-------|-------|-------|-------|-------|
|          | 2%    | 10%   | 50%   | 90%   | 98%   |
| Delaware at Trenton | 47500 cfs | 24800 cfs | 8300 cfs | 2750 cfs | 1780 cfs |
| Schuylkill at Philadelphia | 13000 cfs | 6000 cfs | 1600 cfs | 360 cfs | 160 cfs |

cfs = cubic feet per second

A00128

**Table 3.5: Average streamflows at Trenton, NJ. (From USGS Water Resources Data, New Jersey, 1981, 1983, 1997)**

| Monthly Period | Average Flow (cfs) | Historic Average For That Month (cfs) | Extreme Flow For That Month (cfs) |
|---|---|---|---|
| March 1983 | 23,230 | 20,600 | 60,840 (maximum) |
| October 1980 | 3,512 | 6,922 | 1,632 (minimum) |

cfs = cubic feet per second

**Table 3.6: Salinity statistics For DRBC's Pea Patch Island (River Mile 60.55) Stations During 1967-2000.**

| Sample Size | Mean | Median | Min. | Max. | Lower Quartile | Upper Quartile | Range | Variance | Standard Deviation |
|---|---|---|---|---|---|---|---|---|---|
| 637 | 2.32 | 1.73 | 0.08 | 26.94 | 0.55 | 3.45 | 17.8 | 5.18 | 2.28 |

All values in parts per thousand (ppt)

3-17

A 00129

**Table 3.7: Summary statistics for Delaware River discharge at Trenton, NJ, Reedy Island salinity, and Ship John Shoal salinity.**

|  | Delaware River Discharge at Trenton, NJ (cfs) | Reedy Island (RM 54) Salinity* (ppt) | Ship John Shoal (RM 36) Salinity* (ppt) |
|---|---|---|---|
| Mean | 11700 | 4.35 | 12.64 |
| Standard Deviation | 11891 | 2.76 | 4.16 |
| Maximum Value | 279000 | 14.93 | 24.17 |
| Minimum Value | 1240 | 0.06 | 1.87 |
| Number of Observations | 31046 | 8132 | 4847 |

*Values do not correspond to tabulated Trenton Discharges

Delaware River parameters calculated from 1912 to 1997 USGS daily means

Reedy Island parameters calculated from 1968 to 1997 USGS daily means

Ship John Shoal parameters calculated from 1969 to 1986 USGS daily means

cfs = cubic feet per second

3-18

A00130



**Table 3.8: Delaware Estuary tidal ranges vary over fortnightly periods (14.7 days). Maximum astronomical tidal ranges occur during both full-moon and new-moon phases ("spring" tides); minimum ranges occur about half way between ("neap tides (Source: NOAA Tide Tables, 1998)**

| Station Name | DRBC River Mile | Mean Range m (ft) | Spring Range m (ft) | Percent Increase Above Mean Range |
|---|---|---|---|---|
| Cape May Point | 0.0 | 1.5 (4.8) | 1.7 (5.7) | 19 |
| Breakwater Harbor | 1.6 | 1.3 (4.2) | 1.5 (4.9) | 17 |
| Mispillion River Entrance | 12.0 | 1.4 (4.6) | 1.7 (5.5) | 20 |
| Bidwell Ditch Entrance | 14.9 | 1.7 (5.8) | 2.1 (6.8) | 17 |
| Dividing Creek Entrance | 21.9 | 1.7 (5.6) | 2.0 (6.6) | 18 |
| Leipsic River Entrance | 34.4 | 1.7 (5.5) | 2.0 (6.4) | 16 |
| Liston Point | 48.1 | 1.7 (5.7) | 2.0 (6.4) | 12 |
| Salem | 51.5 | 1.8 (5.9) | 2.0 (6.5) | 10 |
| Reedy Point | 58.9 | 1.7 (5.5) | 1.8 (6.0) | 9 |
| Marcus Hook | 79.6 | 1.7 (5.5) | 1.8 (5.9) | 6 |
| Philadelphia Pier 11 | 100.1 | 1.9 (6.2) | 2.0 (6.5) | 6 |
| Burlington | 118.2 | 2.2 (7.2) | 2.3 (7.6) | 6 |
| Fieldsboro | 127.5 | 2.4 (7.8) | 2.5 (8.3) | 6 |
| Trenton | 131.8 | 2.5 (8.1) | 2.6 (8.5) | 6 |

3-19

A 00131

Table 3.9: Average tidal excursion along the Delaware Estuary.

| Station Name | State | DRBC River Mile | DRBC River Kilometer | Average* Maximum Ebb/Flood Speed (m/s) | Tidal** Excursion (miles) | Tidal Excursion (km) |
|---|---|---|---|---|---|---|
| Cape May Point | NJ | 0.0 | 0.0 | 0.7 | 6.5 | 10.5 |
| 5 Miles North of Cape Henlopen | DE | 5.0 | 8.1 | 0.7 | 6.5 | 10.5 |
| Mispillion River | DE | 12.0 | 19.45 | 0.5 | 4.3 | 6.9 |
| Brandywine Range, Miah Maull Range | NJ | 18.2 | 29.35 | 0.4 | 3.6 | 5.8 |
| Maurice River | NJ | 21.0 | 33.9 | 0.4 | 3.6 | 5.8 |
| St. Jones River | DE | 23.7 | 38.2 | 0.2 | 2.0 | 3.3 |
| Miah Maull Range at Cross Ledge | NJ | 26.3 | 42.3 | 0.6 | 5.6 | 9.1 |
| Ben Davis Point | NJ | 31.8 | 51.2 | 0.7 | 6.1 | 9.8 |
| Cohancey River | NJ | 38.8 | 62.4 | 0.5 | 4.5 | 7.3 |
| Smyrna River | DE | 44.4 | 71.6 | 0.5 | 4.7 | 7.6 |
| Appoquinmink River | DE | 50.9 | 81.9 | 0.6 | 5.0 | 8.0 |
| Reedy Island | DE | 55.3 | 89.1 | 1.3 | 11.3 | 18.2 |
| Pea Patch Island | DE | 60.0 | 96.6 | 1.2 | 10.4 | 16.7 |
| New Castle | DE | 65.0 | 104.7 | 1.1 | 9.7 | 15.6 |
| Cherry Island Flats | DE | 71.0 | 114.3 | 0.8 | 6.8 | 10.9 |
| Marcus Hook | PA | 78.6 | 126.5 | 0.8 | 7.4 | 12.0 |
| Eddystone | PA | 84.6 | 136.1 | 1.0 | 8.8 | 14.2 |
| Schuylkill River Entrance | PA | 92.0 | 148.2 | 0.2 | 2.0 | 3.3 |
| Petty Island | NJ | 103.7 | 167.0 | 0.9 | 8.1 | 13.1 |
| Rancocas Creek | NJ | 111.1 | 178.8 | 0.5 | 4.3 | 6.9 |
| Burlington Island | NJ | 119.9 | 193.0 | 0.7 | 6.1 | 9.8 |
| New Bold Island | NJ | 126.7 | 204.0 | 0.3 | 2.7 | 4.4 |

*Source: Reed's Nautical Almanac-North American East Coast 1998

** Computed as the product of the average maximum current speed and tidal period (12.42 hours), divided by π (3.14159)

A 00132