

**Table 6-3: Final Model Calibration Coefficients**

| Zone | River Mile | Bottom Mannings n | Shoreline Mannings n | $E_{xx}, E_{xy}, E_{yx}, E_{yy},$ (lb-sec/ft²) | $E_{zx}, E_{zy}$ (lb-sec/ft²) | $K_{xx}, K_{yy}$ (ft²/sec) | $K_{zz}$ (ft²/sec) |
|---|---|---|---|---|---|---|---|
| 1 Ocean and Bay | Arc to RM 22 | 0.028 | 0.028 | 1.0 | 0.20 | 0.02 | 0.20 |
| 2 Upper Bay | RM 22 to RM 57 | 0.018 | 0.018 | -1.0 | 0.20 | 0.02 | 0.20 |
| 3 Three-Bends | RM 57 to RM 65 | 0.010 | 0.010 | -1.0 | 0.20 | 0.02 | 0.20 |
| 4 Three Bends to Philly | RM 65 to RM 93 | 0.030 | 0.030 | -1.0 | 0.20 | 1.00 | 0.20 |
| 5 Upper Estuary | RM 93 to RM 134 | 0.035 | 0.035 | -10.0 | 0.20 | 1.00 | 0.20 |

**Table 6-4: Statistical Evaluation Of Model Performance For Water Elevations and Current Magnitudes For The Calibration Run. Standard Errors Are Expressed As A Percentage Of The Mean Daily Range (MDR).**

| Station | Number of Data Points | Observed Mean Daily Range (MDR) | Standard Error (% of MDR) | Correlation Coefficient |
|---|---|---|---|---|
| Lewes, DE | 553 | 4.78 ft | 9.1% | 0.9504 |
| Reedy Island, DE | 553 | 5.79 ft | 5.4% | 0.9887 |
| MOTIVA Tide Gauge | 453 | 5.73 ft | 8.0% | 0.9772 |
| Philadelphia, PA | 553 | 6.69 ft | 8.5% | 0.9735 |
| MOTIVA Current Meter | 387 | 5.42 ft/sec | 9.6% | 0.9225 |

A 00238



**Table 6-3: Final Model Calibration Coefficients**

| Zone | River Mile | Bottom Mannings n | Shoreline Mannings n | $E_{xx}$, $E_{xy}$, $E_{yx}$, $E_{yy}$ (lb-sec/ft$^2$) | $E_{xz}$, $E_{yz}$ (lb-sec/ft$^2$) | $K_{xx}$, $K_{yy}$ (ft$^2$/sec) | $K_{zz}$ (ft$^2$/sec) |
|---|---|---|---|---|---|---|---|
| 1 Ocean and Bay | Arc to RM 22 | 0.028 | 0.028 | 1.0 | 0.20 | 0.02 | 0.20 |
| 2 Upper Bay | RM 22 to RM 57 | 0.018 | 0.018 | -1.0 | 0.20 | 0.02 | 0.20 |
| 3 Three-Bends | RM 57 to RM 65 | 0.010 | 0.010 | -1.0 | 0.20 | 0.02 | 0.20 |
| 4 Three Bends to Philly | RM 65 to RM 93 | 0.030 | 0.030 | -1.0 | 0.20 | 1.00 | 0.20 |
| 5 Upper Estuary | RM 93 to RM 134 | 0.035 | 0.035 | -10.0 | 0.20 | 1.00 | 0.20 |

**Table 6-4: Statistical Evaluation Of Model Performance For Water Elevations and Current Magnitudes For The Calibration Run. Standard Errors Are Expressed As A Percentage Of The Mean Daily Range (MDR).**

| Station | Number of Data Points | Observed Mean Daily Range (MDR) | Standard Error (% of MDR) | Correlation Coefficient |
|---|---|---|---|---|
| Lewes, DE | 553 | 4.78 ft | 9.1% | 0.9504 |
| Reedy Island, DE | 553 | 5.79 ft | 5.4% | 0.9887 |
| MOTIVA Tide Gauge | 453 | 5.73 ft | 8.0% | 0.9772 |
| Philadelphia, PA | 553 | 6.69 ft | 8.5% | 0.9735 |
| MOTIVA Current Meter | 387 | 5.42 ft/sec | 9.6% | 0.9225 |

A 00239

FIGURE 6-1. RMA-10 Model Grid showing close-up of Grid near the Motiva Delaware City Refinerey

Najarian Associates

Engineers • Planners • Scientists • Surveyors

A 00240



**Figure 6-2:** Observed Atlantic Ocean water elevations at Atlantic City, NJ (measured by NOAA) and calculated ocean elevations used to force the RMA-10 model at the ocean boundary. Model input elevations were calculated by lagging the observed Atlantic City elevations by 50 minutes and decreasing the observed amplitudes by 10%.

A 00241



**Figure 6-3: Comparisons of computed and observed water elevation and current speeds. Observed data for Lewes DE, Reedy Island, DE, and Philadelphia, PA collected by NOAA. MOTIVA Refinery water elevations and currents were collected by OSI.**



**Figure 6.4:  Measured and simulated dye concentrations for the maximum ebb mapping.**  Measured dye concentration data were collected by OSI on May 22, 2000 from 07:11 to 10:09 EDT.  Simulated dye contours represent the calculated concentrations on May 22, 2000 at the beginning, middle and end of the observation period.

A 00243



**Figure 6.5:   Measured and simulated dye concentrations for the low slack mapping.**  Measured dye concentration data were collected by OSI on May 22, 2000 from 11:48 to 13:31 EDT.  Simulated dye contours represent the calculated concentrations on May 22, 2000 at the beginning, middle and end of the observation period.

A 00244



**Figure 6.6:  Measured and simulated dye concentrations for the maximum flood mapping.**  Measured dye concentration data were collected by OSI on May 22, 2000 from 14:02 to 15:18 EDT.  Simulated dye contours represent the calculated concentrations on May 22, 2000 at the beginning, middle and end of the observation period.

A00245



**Figure 6.7: Measured and simulated dye concentrations for the high slack mapping.** Measured dye concentration data were collected by OSI on May 22, 2000 from 15:34 to 17:38 EDT. Simulated dye contours represent the calculated concentrations on May 22, 2000 at the beginning, middle and end of the observation period.

A 00246



# 7.0 SEDIMENT TRANSPORT MODEL FORMULATION AND ADAPTATION

## 7.1 Sediment Transport Model Selection and Formulation

To simulate particle transport, Najarian Associates selected SED2D, a companion two-dimensional, finite-element sediment transport model from the RMA suite. SED2D is linked with RMA-10 inasmuch as SED2D inputs RMA-10's output of tidal elevations and vertically averaged currents (x- and y-components) at each grid nodal point (Letter et al., 1998). SED2D uses the same model grid and solves the time-varying constituent transport equation for suspended sediments. This equation accounts for time variations in suspended sediment concentration due to: (1) physical transport processes such as tidal advection and turbulent diffusion; and (2) internal and external source/sink mechanisms such as deposition, bed erosion and external loadings. Also, SED2D accounts for changes in bed elevation due to simulated differences in the rates of erosion and deposition.

SED2D treats both cohesive (e.g., clays) and non-cohesive sediments (e.g., sands) (Letter et al., 1998). The model computes erosion and deposition continuously and independently. The basic mathematical form of the bed source/sink term in the transport equation is assumed to be the same for both sands and clays:

$$S = -\alpha_1 C + \alpha_2$$

where: C is the suspended sediment concentration.

For sand transport, the positive constant $\alpha_1$ is proportional to the settling velocity, $V_s$, and inversely proportional to the water depth, D (due to the model's depth-integrated formulation). Hence the first part of the source/sink term (i.e., $-\alpha_1 C$) acts as a bed sink term that accounts for particle settling. However, the entire source/sink term (i.e., $-\alpha_1 C + \alpha_2$) acts as either a bed source or sink term depending on the transport potential of the flow and suspended sediment concentrations.

To evaluate the constant $\alpha_2$, SED2D models particle mobility in accordance with the regression relations of Ackers-White (1973). Simulated bed sediments remain immobile only as long as energy forces in the flow field remain less than the critical shear stress threshold for erosion. When critical shear stresses are exceeded, SED2D calculates a sediment transport rate in *concentration* units (i.e., mass flux per unit mass flow rate). The resulting concentration, $C_{eq}$, multiplied by $-\alpha_1$, comprises the parameter $\alpha_2$.

$$\alpha_2 = -\alpha_1 C_{eq}$$

Combining the previous two equations, one obtains:

$$S = -\alpha_1 \left( C - C_{eq} \right)$$

A 00247



Hence the parameter $\alpha_2$ allows the bed to become a source of suspended sediments when bed shear stresses are high and water column concentrations are low (i.e., when $C<C_{eq}$).

Conversely, when bed shears are relatively low and/or suspended sediment concentrations are relatively high (i.e., $C>C_{eq}$), the relative contribution of $\alpha_2$ decreases (or vanishes) and the entire term becomes a bed *sink*, thereby reducing water column concentrations. Hence $C_{eq}$ represents a so-called "equilibrium concentration" for sand.

For clay transport, deposition rates are also proportional to the settling velocity and are calculated based on Krone (1962):

$$S = \frac{-2V_s}{D} C \left(1 - \frac{\tau}{\tau_d}\right) \quad \text{for } C < 300 \text{ mg/l}$$

and

$$S = \frac{-2V_s}{D} C^{\frac{5}{3}} \left(1 - \frac{\tau}{\tau_d}\right) \text{ for } C > 300 \text{ mg/l}$$

where:
D is the water depth;
$\tau$ is the bed shear stress; and
$\tau_d$ is the critical shear stress for particle deposition.

Clay bed erosion rates are computed from a simplification of Partheniades (1962):

$$S = \frac{P}{D} \left(\frac{\tau}{\tau_e} - 1\right)$$

where:
P is an erosion rate constant; and
$\tau_e$ is the critical shear stress for particle erosion.

Cohesive sediments in transport remain in suspension as long as the bed shear stress exceeds the critical value for deposition. When the bed shear stress is sufficiently high to cause mass failure of the bed layer, the erosion source term becomes:

$$S = \frac{T_L \rho_L}{D \Delta t} \quad \text{for } \tau > \tau_s$$

where:
$T_L$ is the thickness of the failed layer;
$\rho_L$ is the density of the failed layer;
$\Delta t$ is the time interval over which failure occurs; and
$\tau_s$ is the bulk shear strength of the layer.

A 00248

A separate bed model computes temporal changes in the elevation, composition and character of the bed using a Crank-Nicholson weighting of the time-step contributions. The model assumes that sand beds consist of sediment reservoir of finite thickness, below which is a non-erodible surface. The bed model converts the mass rate of exchange with the bed to a volumemetric rate of change via the bed porosity parameter.

Simulated clay beds consist of a sequence of layers, each having its own characteristics: thickness, density, age, bulk shear strength and type. Also, a layer "type" specifies a second set of characteristics:

- critical shear stress for erosion;
- erosion rate constant;
- initial and one-year densities;
- initial and one-year bulk shear strengths
- consolidation coefficient
- sand or clay

Newly deposited clays form layers up to a specified thickness, and then increase in density and strength with increasing overburden pressure and age. SED2D increases the layer type value by one for each additional layer deposited above it.

## 7.2 Sediment Transport Model Adaptation

Since SED2D considers a single, effective grain size for each model run, a separate simulation is required for each representative grain size. In the present study, site-specific measurements of sediment grain size and fall velocity were obtained.

As noted above, model adaptation requires specification of several other parameters, including: critical shear stresses for erosion and deposition and erosion rate constants. As representative values for these parameters are uncertain, model sensitivity analyses were conducted for each parameter.

In addition, model adaptation requires specification of initial conditions: initial suspended sediment concentrations within the receiving waters and initial bed thickness. Values for these parameters depend on the particular model scenarios under consideration. Finally, external sediment sources (mass loadings) to the model domain must be prescribed. Again, such specifications depend on the scenario under consideration, as discussed in the next section.

Note that in this initial study, wind-wave effects on currents and bottom shears were not considered due to the narrowness of the local Delaware Estuary and its limited fetch.

A 00249



# 8.0 SEDIMENT TRANSPORT MODEL APPLICATION

## *8.1 Sediment Transport Model Scenario Development*

Hydrophobic organic contaminants such as PAHs have a strong affinity to sorb onto particulate matter (e.g., particulate organic carbon). Thus, many of the contaminants that are discharged from the Refinery bind rapidly to carbon-rich sediments present in the Refinery's waste stream and the local receiving waters. Such sediments are then re-distributed by physical transport processes (section 3.6.1). Hence, a goal of this study was to model the transport of Refinery-associated sediments throughout the Delaware Estuary. As a first step, the Refinery's effluent was examined for suspended solids. Also, the dissolved and particulate fractions of certain contaminants (e.g., PAH compounds) were examined in both the Refinery effluent and the receiving waters.

Table 8-1 provides total suspended solids (TSS) concentration data for the Refinery's effluent (i.e., at Outfall Site 001), as measured by Refinery staff during July 2001. As indicated, effluent TSS concentrations ranged from 23 mg/l to 58 mg/l during this period. One source of suspended solids is the Refinery's cooling-water intake of ambient Delaware Estuary waters from the turbid Transition Zone. In any case, the presence of suspended solids in Refinery effluent is significant inasmuch as the effluent PAH data also indicate a relatively large fraction of particulate PAHs (Table 8-2).

Table 8-2 display's PAH grab sample data collected by the University of Maryland during 1999 at various locations: (1) in the influent at the cooling water intake; (2) in the effluent at outfall site 001; and (3) at four estuarine (water column) sampling stations (DR-2, DR-6, DR-7 and DR-10, Figure 1-2). As indicated, PAHs in both the effluent and receiving waters were predominantly in the particulate phase. In Refinery effluent, the ratio of particulate to total PAHs ranged from about 78-99%. PAH concentrations in the receiving waters were considerably lower than in the Refinery effluent. At near-field station DR-2, the ratio of total PAHs in the water column to total PAHs in the effluent ranged from about 4-8% during the September, October and November sampling periods. These data suggest rapid mixing and dilution in the near-field zone. At far-field stations DR-6, DR-7 and DR-10, this ratio was comparable, varying from about 2-8% during the same period. Subsequently, during December 1999, effluent PAH concentrations decreased by nearly an order of magnitude. However, total PAH concentrations in the receiving waters did not decrease commensurately. Instead, measured water column concentrations varied from 323-447 ng/l. These data suggest that further dilution was limited by background concentrations beyond the near-field zone.

Based on these observations, it appears that PAHs discharged from the Refinery are predominantly in the particulate phase. To a first approximation, this process may be simulated as a mass loading of particles into the adjacent Estuary. Hence, the main model scenario was designed to simulate the tidal transport of such particles (and bound contaminants) after they exit the Refinery's discharge canal. This scenario addressed potential transport of particle-bound contaminants associated with the Refinery's waste

A00250



stream. This scenario was <u>not</u> designed to simulate the transport of other sediments within the receiving waters, including particles contaminated by other pollutant sources. Only particles associated with the Refinery waste stream were considered.

The purpose of this model scenario was to simulate probable deposition sites for particles of varying size that exit the discharge canal under typical, repeating tidal conditions. Such sites may then be screened for sediment contamination impacts (e.g., "hot spot" concentrations) using available data or application of the triad approach.

To implement this scenario, the following initial conditions were prescribed. First, initial suspended sediment concentrations were set to zero everywhere within the adjacent receiving waters, and the initial bed thickness was also set to zero. In addition, a steady mass loading of particles from the Refinery's discharge canal was introduced into the model domain. Next, a series of model runs were conducted to simulate the subsequent tidal transport of those discharged particles over several complete lunar cycles (about 118 days or more than 8 fortnights). Note that during the simulation period, sediments exiting the Refinery's discharge canal may be deposited and resuspended many times, forming a migration pattern within the receiving waters. Due to the prescribed initial conditions (zero suspended sediment concentration and zero bed thickness), whatever sediment subsequently accumulated in the model domain during the simulation interval may be traced to the Refinery's discharges. Thus, the model provides a means for tracking Refinery-contaminated sediments that are subsequently transported up and down the Estuary by semi-diurnal and fortnightly varying tides.

As noted above, the model scenarios are not intended to address all possible ambient and discharge conditions. For example, PAHs are contributed from other pollutant sources and are transported throughout the receiving waters by tides and storm events. Simulation of these processes is extremely complicated and beyond the scope of the present analysis. Also, a relatively small fraction of PAHs are discharged from the Refinery in a dissolved phase rather than the simulated particulate phase. However, these dissolved compounds likely adsorb onto the vast repository of sediment particles within the near-field – the turbid Transition Zone of the Delaware Estuary (section 4). Once sorbed, their transport should not be markedly different from the simulated particles exiting the discharge canal in the model scenarios.

### 8.2 Tidal Monthly Transport Scenario For Suspended Particles

As noted above, the model scenario simulated the fortnightly tidal transport of particles exiting the Refinery's discharge canal. Towards this objective, the hydrodynamic model (RMA-10) was exercised over eight complete fortnights (approximately 118 days) using the calibration parameters (Table 8-3) and the following time series as inputs:

1. Ocean Boundary:   90% of the tidal elevations created from 37 tidal constituents obtained from NOAA (www.noaa.gov) for Atlantic City, New Jersey,

A 00251

2. Delaware River at Trenton Falls (Upper Boundary): Average River discharge (11,700 cfs) measured by USGS from 1913 to 1999, and

3. Tributary Inflows: Prorated flow from average Delaware River Discharge (11,700 cfs) based on drainage area ratios (Table 6-2).

The resulting distribution of simulated time-and-depth-averaged current speeds is illustrated in Figure 8-1. Relatively large average current speeds were simulated in the areas of the main navigation channels, while weak circulation patterns were simulated in shallow nearshore regions and coves. Areas of weak circulation include: (a) the relatively shallow Hamburg Cove area located immediately north of the Refinery on the Estuary's western shoreline; (b) the Goose Island Flats located on the Estuary's eastern shoreline opposite Pea Patch Island; (c) the Salem Cove area located on the Estuary's eastern shoreline opposite the C&D Canal entrance; and (c) the Reedy Island Bar area located on the Estuary's western side below the C&D Canal (Figure 8-1). Accumulation of sediments is likely to occur in such regions. Moreover, transported contaminants such as PAHs are likely to accumulate in such regions, especially where organic carbon is available.

Next, the linked SED2D model was exercised using the same (RMA-10) computational grid. The initial condition for the SED2D simulation consisted of zero initial suspended sediment concentrations throughout the model domain. Also, zero bed thickness was prescribed throughout the model domain, as discussed above. The boundary condition specified zero suspended sediment concentrations at the models ocean boundary. In addition, a steady loading (point-source discharge) of 5 kg/m$^3$ of sediment per time step (15 minutes) was prescribed for the Refinery discharge.

Also, a range of representative silt/clay settling velocities was prescribed. These included a reported, site-specific *median* value (Appendix B) of 0.0007 m/sec as well as the following alternate values: 0.001 m/sec, 0.0001 m/sec, 0.00001 m/sec and 0.000001 m/sec. These values were selected to represent a range of particles: relatively large silt/clay aggregate clusters, smaller aggregates, and down to individual fine silt/clay particles. Note that grain size is not a direct SED2D input parameter for clay/silt particles, only settling velocity. Finally, additional SED2D input parameters were prescribed, as listed in Table 8-3.

Results of the 118-day model scenario simulation are illustrated in Figures 8-2, 8-3, 8-4, 8-5 and 8-6 -- distribution maps of sediment accumulation corresponding to each selected settling velocity. Figures 8-7 through 8-16 display corresponding time series of simulated current speeds (uppermost panel) and *suspended* sediment concentrations during the 118-day simulation interval at year-1999 triad sampling sites.

Model simulations for the median (0.0007 m/sec) settling velocity and higher (0.001 m/sec) value (Figures 8-3 and 8-2) accumulated sediment along the west side of the Estuary near the Refinery and in adjacent areas to the north (Hamburg Cove) and south.



Simulated suspended sediment concentrations (Figures 8-7 through 8-10) increased from the prescribed zero initial condition and continued to build-up and oscillate at tidal and fortnightly time scales. Eventually, these concentrations leveled off and reached a quasi-steady state of tidal oscillations.

Figure 8-17 displays a corresponding time series at near-field site DR-2 over a few simulated tidal cycles. As illustrated, simulated increases in bed elevation occurred primarily during slack water intervals, when deposition processes were dominant.

When the settling velocity was prescribed below the sample median value (0.0007 m/sec), some discharged particles were transported further from the Refinery, both longitudinally and laterally (Figures 8-4, 8-5 and 8-6). The longitudinal extent of sediment accretion was limited to a distance of one tidal excursion (or less) from the Refinery (i.e., within the up-estuary and down-estuary extent of the dye plume). This result is significant inasmuch as the locations of triad sampling sites, to date, are within these bounds. Also for sub-median settling velocities, sediment accretion extended to the east side of the Estuary, especially in areas of weak circulation near Salem Cove. Moreover, the quantity of material remaining in suspension increased as the prescribed settling velocity decreased (Figures 8-11 through 8-16).

As noted above, areas of sediment accretion depicted in Figures 8-2 through 8-6 correspond to areas where sediment-associated contaminants such as PAHs may accumulate, especially when organic carbon is available. Accordingly, sediment PAH data (Figures 8-18 through 8-20) and %TOC distributions (Figures 8-21 and 8-22) sampled by the University of Maryland during 1999, 2000 and 2001 were mapped and examined in light of the model scenario results.

For the most part, these examinations revealed a heterogeneous distribution of sediment PAH concentration and several isolated "hot spots." Highest sediment PAH concentrations were observed: (1) outside the near-field zone but within one tidal excursion of the Refinery; and (2) in regions of relatively high %TOC and, in some cases, weak circulation.

In each survey, sediment PAH concentrations exceeded 3,000 ng/g dry wt throughout the Hamburg Cove region. The model simulated significant sediment accretion in this area (Figures 8-2 through 8-6), with an up-estuary gradient. Thus, the Refinery likely influences sediment quality in this region. Note that this area contained numerous triad monitoring stations in the year-2000 summer survey.

On the opposite side of the Estuary, relatively high sediment PAH concentrations of 18,618 ng/g and 16,019 ng/g were measured in the Salem Cove and Goose Island Flats regions, respectively, during the 2000 summer survey. However, in these regions of weak currents (Figure 8-1) and relatively high %TOCs (Figure 8-21), the model simulated significant increases in bed elevation only for the case of very slow (i.e., below the 0.0007 m/sec median) settling velocities (Figures 8-4 through 8-6). Thus, discharge

A00253



of such fine silt/clay particles from the Refinery may influence contaminant levels in this region, especially if they do not form rapidly settling clusters. However, limited sampling data collected by the Maryland Geological Survey suggests that local silt/clay sediments are dominated by aggregated clusters (Appendix B).

The highest sediment PAH concentrations of 15,500 ng/g, 30,886 ng/g and 16,658 ng/g were sampled in the Reedy Island Bar region (down-estuary of the C&D Canal) during the 1999, 2000 and 2001 surveys, respectively (Figures 8-18, 8-19 and 8-20). This region exhibited relatively high % TOC values ranging from 1.56-4.70 (Figure 8-21) and weak average currents (Figure 8-1). This region also coincided with the southern terminus of the dye plume during the ebb tide (Figure 5-7), corresponding to a down-estuary displacement of approximately one tidal excursion. However, significant sediment accretion due to the Refinery was not simulated in this region. Thus, the model suggests that this region may be impacted by other pollutant sources (e.g., Tables 4.3 and 4.4). Also, the presence of a null zone and turbidity maximum may exacerbate sediment contamination in this region (Section 3.6.2.2). More research is needed to resolve this issue.

Finally, the 1999, 2000 and 2001 surveys revealed sediment PAH concentrations of 10,400 ng/g, 14,731 ng/g and 13,782 ng/g, respectively in isolated hot spots located on the west side of Pea Patch Island. In some cases, the model simulation revealed moderate sediment accretion on the west side of Pea Patch Island, but not in this exact location.

Overall, the model results support the siting of previous triad sampling stations within a distance of one tidal excursion from the Refinery. This includes both the numerous mid-field stations as well as the most distant up-estuary and down-estuary stations included in the year-1999 summer survey. Also, the study results highlight the importance of organic carbon content in determining areas of sediment contamination.

As the model results were dependent on selected input parameter values, a series of model sensitivity runs were conducted for additional parameters besides settling velocities. These additional simulations considered effects of variations in: (1) critical shear stresses for deposition and erosion; (2) erosion rates; and (3) turbulent exchange coefficients.

Additional model simulations were conducted for the following values of the critical shear stress for erosion for silt/clay: 0.1 kg/m$^2$/sec and 0.01 kg/m$^2$/sec. Again, all other inputs were held fixed at the model scenario values (e.g., clay/silt settling velocity of 0.0007 m/sec). For the most part, the model proved insensitive to such variations.

Likewise, additional model simulations were conducted for the following values of the critical shear stress for deposition for silt/clay: 0.1 nt/m$^2$ and 0.01 nt/m$^2$. Again, all other inputs were held fixed at the model scenario values (e.g., clay/silt settling velocity of 0.0007 m/sec). Again, the model proved relatively insensitive to such variations.

A 00254



Similarly, the model was insensitive to the following values of specified erosion rates for silt/clay: 0.1 nt/m$^2$ and 0.01 nt/m$^2$. Moreover, the model was insensitive to the following values of the turbulent exchange coefficients for suspended sediment transport: 100 m$^2$/sec and 200 m$^2$/sec. Again, all other inputs were held fixed at the model scenario values (e.g., clay/silt settling velocity of 0.0007 m/sec).

An additional simulation was conducted for fine *sand* particles having a settling velocity of 0.005 m/sec and for a set of input parameters listed in Table 8-4. Results are displayed in Figure 8-25. The model revealed that even relatively fine sand particles tend to settle out fairly rapidly in the vicinity of the Refinery, with a radial symmetrical pattern of sediment accretion in the near-field zone. Note that the side scan survey data (Figure 5-27) also indicate fine sand deposits in the near-field zone.

Two input parameters that could affect the sedimentation pattern for sand are the characteristic length factors for deposition and erosion. Additional model runs were conducted to assess the sensitivity of these two parameters. In the first run, the characteristic length factor for deposition was decreased from 1.0 to 0.5 times the depth. It was found that the sand particles settled out quicker, thereby decreasing the bed elevation changes up and downriver of the Refinery. However, there was very little change in the bed elevations in the immediate vicinity of the discharge. In the next run, the characteristic length factor for erosion was increased from 10 to 20 times the depth. This increase had no effect on the bed change in either the near field or far field. Since neither of these changes greatly affected the sedimentation pattern for the sand particles, the default values were deemed appropriate.

8-6

A 00255



**Table 8-1: Effluent TSS sampling data at Outfall Site 001**
(Source: Hank Lloyd, Motiva Enterprises)

| SAMPLING DATE | TIME | TSS CONCENTRATION (mg/l) |
|---|---|---|
| July 18, 2001 | 17:00 | 30 |
| July 19, 2001 | 02:00 | 31 |
| July 19, 2001 | 10:30 | 24 |
| July 19, 2001 | 17:00 | 24 |
| July 20, 2001 | 01:00 | 58 |
| July 20, 2001 | 09:00 | 24 |
| July 20, 2001 | 17:00 | 26 |
| July 21, 2001 | 01:30 | 37 |
| July 21, 2001 | 09:00 | 23 |
| July 21, 2001 | 17:00 | 30 |
| July 22, 2001 | 01:00 | 39 |
| July 22, 2001 | 09:30 | 27 |
| | *Sample Mean:* | *31* |

A00256



Table 8-2:  University of Maryland's PAH partitioning data from the Refinery and receiving waters during 1999.  Concentrations are in units of ng/l (parts per trillion). Source: Battelle (2001).  Sampling locations are shown in Figures 1-2 and 2-2.

| SAMPLING LOCATION | FRACTION | SEPT. 99 | OCT. 99 | NOV. 99 | DEC. 99 |
|---|---|---|---|---|---|
| CWIN* | Total | 1,286 | 438 | 148 | 311 |
| | Particulate | 1,250 | 388 | 90.0 | 306 |
| | Dissolved | 36.5 | 50.4 | 56.7 | 4.4 |
| Outfall Site 001** | Total | 2,973 | 467 | 184 | 414 |
| | Particulate | 2,770 | 424 | 144 | 409 |
| | Dissolved | 23 | 43 | 40 | 5 |
| DR-2 | Total | 1,559 | 278 | 439 | 328 |
| | Particulate | 1,530 | 239 | 439 | 285 |
| | Dissolved | 29.1 | 39.0 | NA | 42.5 |
| DR-6 | Total | 2,445 | 268 | 124 | 401 |
| | Particulate | 2,030 | 225 | 80 | 291 |
| | Dissolved | 415 | 43.1 | 44.1 | 110 |
| DR-7 | Total | 2,445 | 448 | 260 | 323 |
| | Particulate | 2,390 | 391 | 200 | 318 |
| | Dissolved | 65.2 | 57.5 | 59.7 | 5.1 |
| DR-10 | Total | 2,900 | 255 | 433 | 447 |
| | Particulate | 2,840 | 194 | 296 | 404 |
| | Dissolved | 59.9 | 60.7 | 137 | 42.6 |

*Cooling Water Intake;    ** Refinery effluent samples

A 00257



**Table 8-3: Model Scenario 1 input parameters for clay**

| PARAMETER | DESCRIPTION | PRESCRIBED VALUE | REPRESENTATIVE LITERATURE VALUES |
|---|---|---|---|
| MNCL | Maximum number of consolidating layers | 1 | |
| TAUCD | critical shear stress for deposition | $0.06 \text{ nt/m}^2$ * | 0.043** |
| ERODCP | critical shear stress erosion | $0.06 \text{ kg/m}^2/\text{sec}$ * | 0.06** |
| EROCON | constant for erosion equation | 0.002 * | |
| THKTYPE | typical layer thickness | 0.03 m * | |
| TAUP | bed shear stress when cohesive particles begin to erode | $0.06 \text{ nt/m}^2$ * | |
| PERC | erosion constant | $0.002 \text{ kg/m}^2/\text{sec}$* | |
| QSI | bed shear stress when cohesive layers begin to erode in mass | $0.06 \text{ nt/m}^2$ * | |
| QSE | bed shear stress at which cohesive layers at age of 1 year begin to erode in mass | $0.066 \text{ nt/m}^2$ * | |
| RHOI | initial dry density of a deposit of this type of cohesive material | $90 \text{ kg/m}^3$ * | |
| RHOE | the consolidated dry density of deposits of this type of cohesive material at age = 1 year | $99 \text{ kg/m}^3$ * | |
| CCC | consolidation coefficient relating the change from RHOE and QSE to time in years | 1 year * | |
| THICKL | clay layer thickness | 0.03 m * | |
| AGE | layer age | 0 * | |
| DIF(J,1) | turbulent exchange coefficient in x-direction | $150 \text{ m}^2/\text{sec}$ | |
| DIF(J,2) | turbulent exchange coefficient in y-direction | $150 \text{ m}^2/\text{sec}$ | |
| XNVALU(J) | manning's n at location J | 0.01 | |
| VS | Settling velocity | 0.001 m/sec<br>0.0007 m/sec<br>0.0001 m/sec<br>0.00001 m/sec<br>0.000001 m/sec | 0.0001-0.0009 m/sec ***<br><br>0.000006 m/sec ** |

* default value
** New Bedford Harbor, Teeter (1988)
*** Chesapeake Bay turbidity Maximum, Gibbs (1985)

A 00258

**Table 8-4: Model Scenario 2 input parameters for sand**

| PARAMETER | DESCRIPTION | PRESCRIBED VALUE |
|---|---|---|
| SACLL | Minimum sand grain size | 0.0625 mm* |
| SGSA | specific gravity of sand grains | 2.65* |
| GSF | grain shape factor | 0.67* |
| CLDE | Characteristic length factor for deposition | 1 times the depth* |
| CLER | Characteristic length factor for erosion | 10 times the depth* |
| TTHICKK(J) | Sand bed thickness at location J | 0.0 meters* |
| EFDR(J) | Effective sand grain size for roughness at location J | 0.0625 mm* |
| EFDT(J) | Effective sand grain size for transport at location J | 0.0625 mm* |
| VS | Settling velocity | 0.005 m/sec |

\* default value

A 00259



**MOTIVA Delaware City Refinery**
**120-Day Averaged Current Speeds**

AVERAGE CURRENT SPEED (ft/sec)

Scale: 1 inch = 10,000 feet

Goose Island Flats
Pea Patch Island
Salem Cove
Hamburg Cove
Discharge Canal
Intake Canal
MOTIVA Refinery
Reedy Island Bar

Figure 8-1:  Simulated time and depth averaged current speeds.

A 00260



MOTIVA Delaware City Refinery

Increase in Bed Elevation after 118 Days

Settling Velocity = 0.001 m/sec

INCREASE IN BED ELEVATION (mm)

50 45 40 35 30 25 20 15 10 5 0

Scale: 1 inch = 10,000 feet

Salem Cove

Pea Patch Island

Goose Island Flats

Hamburg Cove

Discharge Canal

MOTIVA Refinery

Intake Canal

Reedy Island Bar

Figure 8-2:  Simulated increase in bed elevation for a settling velocity of 0.001 m/sec.

A 00261



**Figure 8-3: Simulated increase in bed elevation for a settling velocity of 0.0007 m/sec.**

A 00262



**Figure 8-4:** Simulated increase in bed elevation for a settling velocity of 0.0001 m/sec.

A00263



**MOTIVA Delaware City Refinery**

**Increase in Bed Elevation after 118 Days**

**Settling Velocity = 0.00001 m/sec**

Scale: 1 inch = 10,000 feet

**Figure 8-5: Simulated increase in bed elevation for a settling velocity of 0.00001 m/sec.**

A 00264



Figure 8-6:  Simulated increase in bed elevation for a settling velocity of 0.000001 m/sec.

A 00265



Figure 8-7: Calculated suspended sediment concentration at sediment sampling locations DR-2 to DR-5 and longitudinal current speed at ADCP site using a Settling Velocity of 1 X $10^{-3}$ m/s and constant release for 118 days (5 kg/m$^3$ of clay released from the mouth of the discharge embayment starting at hour 48 and ending on hour 2880).

A 00266



**Figure 8-8:** Calculated suspended sediment concentration at sediment sampling locations DR-6 to DR-10 using a Settling Velocity of $1 \times 10^{-3}$ m/s and constant release for 118 days (5 kg/m$^3$ of clay released from the mouth of the discharge embayment starting at hour 48 and ending on hour 2880).

A 00267



Figure 8-9:  Calculated suspended sediment concentration at sediment sampling locations DR-2 to DR-5 and longitudinal current speed at ADCP site using a Settling Velocity of $7 \times 10^{-4}$ m/s and constant release for 118 days (5 kg/m$^3$ of clay released from the mouth of the discharge embayment starting at hour 48 and ending on hour 2880).

A 00268



Figure 8-10:  Calculated suspended sediment concentration at sediment sampling locations DR-6 to DR-10 using a Settling Velocity of $7 \times 10^{-4}$ m/s and constant release for 118 days (5 kg/m$^3$ of clay released from the mouth of the discharge embayment starting at hour 48 and ending on hour 2880).

A 00269



Figure 8-11: Calculated suspended sediment concentration at sediment sampling locations DR-2 to DR-5 and longitudinal current speed at ADCP site using a Settling Velocity of $1 \times 10^{-4}$ m/s and constant release for 118 days ($5$ kg/m$^3$ of clay released from the mouth of the discharge embayment starting at hour 48 and ending on hour 2880).



Figure 8-12: Calculated suspended sediment concentration at sediment sampling locations DR-6 to DR-10 using a Settling Velocity of 1 X 10$^{-4}$ m/s and constant release for 118 days (5 kg/m$^3$ of clay released from the mouth of the discharge embayment starting at hour 48 and ending on hour 2880).

A 00271



Figure 8-13: Calculated suspended sediment concentration at sediment sampling locations DR-2 to DR-5 and longitudinal current speed at ADCP site using a Settling Velocity of $1 \times 10^{-5}$ m/s and constant release for 118 days (5 kg/m$^3$ of clay released from the mouth of the discharge embayment starting at hour 48 and ending on hour 2880).