

**Table 4.1.  Recent land use distributions in the Delaware Estuary watershed** (from Sutton et al., 1996).

|  | 1978 (%) | 1990 (%) | 1978-1990 % Change |
|---|---|---|---|
| Urban | 11.68 | 13.86 | +2.18 |
| Agriculture | 36.01 | 31.44 | -4.57 |
| Open/Brush | 0.15 | 0.20 | +0.05 |
| Woodland | 46.97 | 50.17 | +3.20 |
| Water | 1.11 | 1.11 | 0.00 |
| Wetlands | 3.28 | 3.12 | -0.16 |
| Barren | 0.80 | 0.10 | -0.70 |
| **TOTAL** | **100.0** | **100.0** | |

**Table 4.2.  Estimated basin-wide non-point source** (From Sutton et al., 1996).

| Constituent | Load (pounds per year) |
|---|---|
| Total N | $2.64 \times 10^7$ |
| Total P | $1.21 \times 10^6$ |
| Total Suspended Solids | $1.64 \times 10^8$ |
| Lead | $3.51 \times 10^4$ |
| Zinc | $2.68 \times 10^5$ |

A 00168



**Table 4.3  Design effluent flows for Delaware Estuary municipal discharges.**
(from DRBC, 1990)

| Permittee | NPDES | River Mile | Design Capacity (MGD) | 1990-1992 Average Annual Flow (MGD) | Effluent Design Flow (m³/s) |
|---|---|---|---|---|---|
| PORT PENN STP | DE0021539 | 54.6 | 0.05 | 0.02 | 0.002 |
| CITY OF SALEM | NJ0024856 | 58.4 | 1.40 | 0.84 | 0.061 |
| DELWARE CITY STP | DE0021555 | 60.8 | 0.55 | 0.39 | 0.024 |
| PENNSVILLE SEWAGE AUTH. | NJ0021598 | 67.0 | 1.875 | 1.59 | 0.082 |
| CARNEYS PT. SEWAGE AUTH. | NJ0021601 | 70.8 | 1.30 | 0.82 | 0.057 |
| CITY OF WILMIGTON | DE0020320 | 71.8 | 90.0 | 90.87 | 3.942 |
| PENNS GROVE SEWAGE AUTH. | NJ0024023 | 72.0 | 0.75 | 0.66 | 0.033 |
| LOGAN TOWNSHIP MUA | NJ0027545 | 79.0 | 1.00 | 0.59 | 0.044 |
| DELCORA | PA0027103 | 80.7 | 44.00 | 37.76 | 1.927 |
| TINICUM TOWNSHIP | PA0028380 | 85.3 | 1.40 | 0.98 | 0.061 |
| GREENWICH TOWNSHIP | NJ0030333 | 86.9 | 1.00 | 0.57 | 0.044 |
| GLOUCESTER COUNTY UA | NJ0024686 | 89.7 | 20.10 | 17.55 | 0.880 |
| PHILADELPHIA-SOUTHWEST STP | PA0026671 | 90.7 | 200.00 | 213.20 | 8.760 |
| CAMDEN COUNTY MUA | NJ0026182 | 97.9 | 80.00 | 52.95 | 3.504 |
| PHILADELPHIA-SOUTHEAST STP | PA0026662 | 96.7 | 112.00 | 117.46 | 4.906 |
| PHILADELPHIA-NORTHEAST STP | PA0026689 | 104.2 | 210.00 | 221.25 | 9.691 |
| PALMYRA BOROUGH | NJ0024449 | 107.7 | 1.05 | 0.57 | 0.046 |
| RIVERTON BOROUGH | NJ0021610 | 108.8 | 0.22 | 0.20 | 0.010 |
| CINNAMINSON | NJ0024007 | 108.8 | 2.00 | 1.52 | 0.088 |
| DELRAN SEWAGE AUTHORITY | NJ0023507 | 111.0 | 1.50 | 1.58 | 0.066 |
| RIVERSIDE SEWAGE AUTHORITY | NJ0022519 | 111.1 | 1.00 | 1.04 | 0.044 |
| BEVERLY SEWAGE AUTHORITY | NJ0027481 | 114.7 | 1.00 | 0.56 | 0.044 |
| BURLINGTON TOWNSHIP | NJ0021709 | 117.1 | 1.65 | 1.09 | 0.072 |
| CITY OF BURLINGTON | NJ0024660 | 117.1 | 3.20 | 1.70 | 0.140 |
| BRISTOL TOWNSHIP | PA0026450 | 116.9 | 2.25 | 1.67 | 0.099 |
| BRISTOL BOROUGH | PA0027294 | 118.9 | 2.70 | 2.44 | 0.118 |
| LOWER BUCKS COUNTY JMUA | PA0026468 | 122.1 | 10.00 | 8.38 | 0.438 |
| HAMILTON TOWNSHIP | NJ0026301 | 128.4 | 16.00 | 10.42 | 0.701 |
| CITY OF TRENTON | NJ0020923 | 131.8 | 20.00 | 17.28 | 0.876 |
| MORRISVILLE BOROUGH | PA0026701 | 133.0 | 7.10 | 4.14 | 0.311 |

A 00169



## Table 4.4  Design effluent flows for Delaware Estuary industrial discharges.
(from DRBC, 1990)

| Permittee | NPDES | River Mile | 1992 Maximum monthly Flow (MGD) | 1988-92 Maximum Annual Flow (MGD) | Design Flow (m³/s) |
|---|---|---|---|---|---|
| PSEG SALEM NUCLEAR | NJ0005622 | 51.5 | | | |
| STAR ENTERPRISES | DE0000256 | 61.7 | 402.0 | 320.0 | 17.608 |
| STAR ENTERPRISES | DE0000256 | 61.7 | 9.80 | 10.77 | 0.472 |
| FORMOSA PLASTICS | DE0000612 | 61.7 | 0.54 | 0.46 | 0.024 |
| GEORGIA GULF | DE0000647 | 62.7 | 0.23 | 0.29 | 0.013 |
| STANDARD CHLORINE | DE0020001 | 62.6 | 0.49 | 0.48 | 0.022 |
| OCCIDENTAL CHEMICAL | DE0050911 | 62.7 | 0.30 | 0.23 | 0.013 |
| DUPONT-CHAMBER WORKS | NJ0005100 | 69.8 | 49.70 | 66.65 | 2.919 |
| DUPONT-CHAMBER WORKS | NJ0005100 | 69.8 | 0.03 | 0.03 | 0.001 |
| DUPONT-CHAMBER WORKS | NJ0005100 | 69.8 | 9.80 | - | 0.429 |
| DUPONT-CHAMBER WORKS | NJ0005100 | 69.8 | 27.90 | - | 1.222 |
| DUPONT-EDGEMOOR | DE0000051 | 73.4 | 4.30 | 4.13 | 0.188 |
| DUPONT-CHERRY ISLAND | DE0050644 | | 0.25 | 0.19 | 0.011 |
| IKO MANUFACTURING | DE0050857 | | 0.014 | 0.015 | 0.001 |
| GENERAL CHEMICAL CORP. | DE0000655 | 78.2 | 30.10 | 26.62 | 1.318 |
| B.F. GOODRICH | NJ0004286 | 77.0 | 0.91 | 0.95 | 0.042 |
| MONSANTO | NJ0005045 | 79.0 | 1.19 | 0.95 | 0.052 |
| BP OIL | PA0012637 | 80.2 | 57.15 | - | 2.503 |
| BP OIL | PA0012637 | 80.2 | 3.31 | - | 0.145 |
| PQ CORP. | PA0013021 | | 0.235 | - | 0.010 |
| NORTH AMERICA SILICA | PA0051713 | | 0.404 | - | 0.018 |
| ROLLINS ENVIRONMENTAL | NJ0005240 | 80.7 | 0.27 | 0.22 | 0.012 |
| BOEING HELICOPTERS | PA0013323 | | 1.04 | - | 0.046 |
| BOEING HELICOPTERS | PA0013323 | | 0.072 | - | 0.003 |
| DUPONT – REPAUNO | NJ0004219 | 86.3 | 31.30 | 20.25 | 1.371 |
| AIR PRODUCTS & CHEMICALS | NJ0004278 | 86.9 | 0.18 | 0.1565 | 0.008 |
| HERCULES – GIBBSTOWN | NJ0005134 | 87.2 | 0.32 | 0.3019 | 0.014 |
| MOBIL OIL | NJ0005029 | 88.6 | 10.19 | 11.54 | 0.506 |
| PENNWALT | NJ0005185 | | 0.72 | 0.67 | 0.032 |
| DEPT. OF NAVY | PA0036455 | | 1.009 | - | 0.044 |
| DEPT. OF NAVY | PA0036455 | | 2.616 | - | 0.115 |
| DEPT. OF NAVY | PA0036455 | | 8.21 | - | 0.360 |
| CHEVRON | PA011533 | 92.5 | 9.13 | 8.15 | 0.400 |
| SUN REFINING & MARKETING | PA0012629 | | 3.75 | 3.21 | 0.164 |
| PHILADELPHIA GAS-PASSYUNK | PA0046876 | | 1.211 | - | 0.053 |
| COASTAL EAGLE POINT | NJ0005401 | 94.5 | 3.90 | 3.6 | 0.171 |
| MCANDREWS AND FORBES | NJ0004090 | 98.9 | 0.36 | - | 0.016 |
| GEORGIA PACIFIC | NJ0004669 | 104.4 | 0.30 | 0.20 | 0.013 |
| PHILADELPHIA GAS – RICHMOND | PA0012882 | | 21.893 | - | 0.959 |
| ALLIED SIGNAL | PA0012017 | | 0.028 | - | 0.001 |
| ROHM & HAAS – PHILADELPHIA | PA0012777 | | 5.62 | 4.51 | 0.246 |
| ROHM & HAAS – PHILADELPHIA | PA0012777 | | 1.67 | 1.34 | 0.073 |
| ROHM & HAAS – PHILADELPHIA | PA0012777 | | 1.96 | 1.58 | 0.086 |
| ROHM & HAAS – PHILADELPHIA | PA0012777 | | 0.83 | 0.61 | 0.036 |
| ROHM & HAAS – PHILADELPHIA | PA0012777 | | 0.64 | 0.51 | 0.028 |
| OCCIDENTAL CHEMICAL | NJ0004391 | 117.1 | 0.31 | 0.29 | 0.014 |
| ROHM & HAAS – BRISTOL | PA0012769 | 118.7 | 1.78 | 1.57 | 0.078 |
| HERCULES – BURLINGTON | NJ0005142 | | 0.04 | - | 0.002 |
| USX | PA0013463 | | 21 | 26 | 1.139 |
| USX | PA0013463 | | 6.90 | 57.42 | 2.515 |
| G.R.O.W.S. | PA0043818 | 125.6 | 0.067 | - | 0.003 |
| PRE-FINISH METALS | PA0045021 | | 0.214 | - | 0.009 |
| RHONE-POULENC BASIC CHEM. | PA0011720 | | 0.072 | - | 0.003 |

A 00170



**Table 4.5  Comparison of historic water quality trends among estuarine zones during period of major STP upgrades (1970s and 1980s) (from Marino et al., 1991).**

| | TIDAL RIVER ZONE | | TRANSITION ZONE | UPPER DELAWARE |
|---|---|---|---|---|
| | Upper (RM110-133; RK 177-214) | Lower (RM 80-110; RK 129-177) | (RM 50-80; RK 81-129) | Bay Zone (RM 29-50; RK 47-81) |
| DO | — | ↑ | ↑ | — |
| BOD$_5$ | — | ↓ | — | — |
| NH$_3$+NH$_4$ | ↓ | ↓ | ↓ | ↓ |
| NO$_3$ | ↑ | ↑ | ↑ | — |
| TKN | ↓ | ↓ | ↓ | ↓ |
| TP | ↓ | ↓ | ↓ | ↓ |
| TURBIDITY | ↓ | ↓ | ↓ | ↓ |
| FC | ↓ | ↓ | ↓ | — |

↑ Represents a significant increasing trend
↓ Represents a significant decreasing trend
— Represents no significant trend

A 00171



| Table 4.6:  All Historical DRBC Data (1967-2000) at Pea Patch Island (concentration units: mg/l) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Parameter | N | Mean | Median | Min | Max | 25th Perc | 75th Perc | Std. Dev. |
| Temperature | 723 | 17 | 18 | 0 | 29 | 11 | 24 | 7.3 |
| Turbidity | 705 | 25 | 22 | 1 | 95 | 15 | 31 | 14 |
| Conductivity | 637 | 4388 | 3200 | 146 | 82000 | 1040 | 6240 | 5754 |
| DO | 720 | 6.9 | 6.8 | 0.9 | 13.2 | 5.5 | 8.2 | 2.2 |
| Summer DO | 316 | 5.4 | 5.75 | 0.9 | 9.7 | 4.7 | 6.4 | 1.5 |
| BOD5 | 527 | <2.4 | <2.4 | 0.2 | 14 | 2.4 | 2.8 | 1.3 |
| PH | 687 | 7.3 | 7.3 | 5.0 | 8.7 | 7 | 7.6 | 0.5 |
| TSS | 424 | 45 | 42 | 4 | 139 | 30.5 | 57 | 21 |
| NH3NH4N | 735 | 0.590 | 0.3 | 0.003 | 4.1 | 0.1 | 0.8 | 0.70 |
| NO3N | 708 | 1.684 | 1.63 | 0.02 | 4.4 | 1.315 | 1.99 | 0.568 |
| TPHOS | 743 | 0.177 | 0.14 | 0 | 1.140 | 0.098 | 0.207 | 0.152 |
| Chloride | 724 | 1262 | 841 | 12 | 15620 | 224.5 | 2000 | 1348 |
| Tot. Coliform | 249 | 6809.577 | 2700 | 2.6 | 245000 | 790 | 6600 | 19434 |
| FC | 712 | 328.8904 | 50 | 2 | 20000 | 20 | 190 | 1223 |

| Table 4.7:  DRBC Data from 1990 through 2000 at Pea Patch Island (concentration units: mg/l) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Parameter | N | Mean | Median | Min | Max | 25th Perc | 75th Perc | Std. Dev. |
| WTEMP | 168 | 18.7 | 20.5 | 4 | 29 | 13 | 25 | 6.7 |
| TURB1 | 167 | 21.7 | 18 | 1 | 72 | 13 | 28 | 13.2 |
| COND | 179 | 4427.911 | 3500 | 146 | 17900 | 1450 | 6610 | 3539.06 |
| DO | 177 | 7.420452 | 7 | 2.9 | 12 | 6.3 | 8.3 | 1.570145 |
| Summer DO | | | | | | | | |
| BOD5 | 1 | 2.4 | | 2.4 | 2.4 | | | |
| PH | 179 | 7.513966 | 7.5 | 6.3 | 8.7 | 7.2 | 7.8 | 0.405684 |
| TALK | 140 | 49.1 | 50 | 23 | 73 | 42 | 56 | 9.720038 |
| TNRES | 181 | 42.72928 | 38 | 9 | 139 | 27 | 53 | 22.44249 |
| NH3NH4N | 180 | 0.137628 | 0.072 | 0.003 | 1.07 | 0.0455 | 0.1555 | 0.170816 |
| NO3N | 181 | 1.578017 | 1.58 | 0.02 | 3.38 | 1.37 | 1.807 | 0.441328 |
| TPHOS | 180 | 0.146794 | 0.138 | 0 | 0.52 | 0.1095 | 0.165 | 0.074757 |
| TCHL | 181 | 1467.275 | 1153 | 13 | 15620 | 369 | 2251 | 1585.47 |
| TC | 0 | | | | | | | |
| FC | 174 | 30.35057 | 17 | 2 | 800 | 10 | 30 | 66.56622 |
| COPPTOT | 121 | 4.448843 | 3.03 | 0 | 48.9 | 2 | 5.5 | 5.693514 |
| ZINCTOT | 121 | 19.79455 | 17 | 5.5 | 60.2 | 12 | 24.2 | 10.34709 |

A 00172



Table 4.8.  Recent turbidity summary statistics for Reedy Island (RM 54) and Pea Patch Island (RM 60.5).  Units are htu.

| | Valid N | Mean | Median | Min | Max | 25th Perc. | 75th Perc. | Std. Dev. |
|---|---|---|---|---|---|---|---|---|
| **Reedy Island 1995-1997** | 100 | 23.1 | 17.0 | 4.00 | 101.0 | 11.0 | 30.5 | 17.12 |
| **Pea Patch Island 1990-2000** | 167 | 21.7 | 18.0 | 1.0 | 72.0 | 13.0 | 28 | 13.2 |

A 00173



**Table 4.9  Concentrations of inorganic contaminants in sediment samples collected from the tidal Delaware River, July 1991** (source: DRBC 1994*a*).

| | | | | Concentration (mg/kg or ppm) | | | |
|---|---|---|---|---|---|---|---|
| Sample ID | River Mile | Arsenic | Beryllium | Cadmium | Chromium | Copper | Lead |
| 12-NJ | 125.0 | 1.19 | 1.50 | 0.50 | 48.0 | 36.6 | 36.1 |
| 12-PA | 125.0 | 3.53 | 1.50 | 5.40 | 40.2 | 50.0 | 90.7 |
| 11NJ | 114.5 | 2.22 | 0.90 | 1.40 | 34.9 | 62.3 | 63.7 |
| 11-PA | 114.5 | 2.65 | 1.00 | 0.50 | 17.6 | 43.1 | 39.2 |
| 10-NJ | 107.0 | 1.17 | 0.90 | 0.50U | 18.2 | 36.0 | 159.0 |
| 10-PA | 107.0 | 1.99 | 1.00 | 1.00 | 26.7 | 73.3 | 113.0 |
| 09-PA | 105.0 | 2.03 | 1.00 | 2.50 | 26.7 | 94.1 | 113.0 |
| 08-NJ | 101.0 | 1.56 | 0.90 | 0.50 | 73.6 | 36.8 | 86.3 |
| 08-PA | 101.0 | 5.79 | 1.90 | 9.70 | 116.0 | 141.0 | 314.0 |
| 07-NJ | 97.5 | 4.90 | 2.40 | 9.80 | 164.0 | 245.0 | 397.0 |
| 07-PA | 97.5 | 4.46 | 1.30 | 3.10 | 60.3 | 83.0 | 117.0 |
| 06-NJ | 92.9 | 1.76 | 1.00 | 1.00 | 18.0 | 39.8 | 63.1 |
| 06-PA | 92.9 | 33.30 | 1.40 | 3.30 | 149.0 | 86.7 | 159.0 |
| 05-NJ | 88.5 | 32.80 | 1.50 | 4.90 | 121.0 | 94.6 | 157.0 |
| 05-PA | 88.5 | 4.07 | 1.00 | 1.00 | 22.5 | 17.6 | 22.0 |
| 04-NJ | 78.5 | 4.07 | 1.00 | 1.00 | 36.8 | 17.1 | 35.3 |
| 04-PA | 78.5 | 8.19 | 1.00 | 1.50 | 76.5 | 50.0 | 68.6 |
| 14-PA | | 4.43 | 0.90 | 0.90 | 51.4 | 63.2 | 68.4 |
| 15-NJ | | 7.04 | 1.40 | 1.40 | 91.3 | 72.8 | 103.0 |
| 03-NJ | 70.0 | 7.79 | 1.40 | 1.00 | 71.2 | 32.7 | 61.5 |
| 03-DE | 70.0 | 6.27 | 1.50 | 1.00 | 67.6 | 33.3 | 55.4 |
| 02-DE | 61.0 | | | | | | |
| 01-NJ | 56.3 | 3.08 | 1.00 | 0.5 | 28.4 | 13.5 | 24.5 |
| 01-DE | 56.3 | 4.50 | 1.0 | 0.50U | 44.5 | 11.4 | 15.3 |

**U** – undetected at the value indicated.

A 00174



**Table 4.9 (continued). Concentrations of inorganic contaminants in sediment samples collected from the tidal Delaware River, July 1991** (source DRBC 1994a).

| Concentration (mg/kg or ppm) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sample ID | River Mile | Mercury | Nickel | Selenium | Silver | Zinc | Aluminum |
| 12-NJ | 125.0 | 0.200U | 41.1 | 0.05 | 0.50 | 470.0 | 3360 |
| 12-PA | 125.0 | 0.200U | 30.4 | 0.44 | 1.50 | 515.0 | 10500 |
| 11-NJ | 114.5 | 0.200U | 23.6 | 0.23 | 0.50 | 283.0 | 7480 |
| 11-PA | 114.5 | 0.200U | 16.7 | 0.10 | 0.50 | 186.0 | 5280 |
| 10-NJ | 107.0 | 0.200U | 14.5 | 0.09 | 0.50 | 88.8 | 3720 |
| 10-PA | 107.0 | 0.200U | 18.4 | 0.14 | 1.00 | 228.0 | 5450 |
| 09-PA | 105.0 | 0.200U | 25.2 | 0.20 | 1.50 | 287.0 | 7260 |
| 08-NJ | 101.0 | 0.200U | 22.2 | 0.05 | 0.50 | 99.0 | 3610 |
| 08-PA | 101.0 | 0.500 | 43.1 | 0.88 | 3.70 | 833.0 | 16700 |
| 07-NJ | 97.5 | 0.300 | 50.5 | 1.18 | 3.40 | 882.0 | 16400 |
| 07-PA | 97.5 | 0.200 | 30.8 | 0.40 | 2.20 | 368.0 | 11800 |
| 06-NJ | 92.9 | 0.200U | 14.1 | 0.14 | 0.50 | 131.0 | 4240 |
| 06-PA | 92.9 | 0.600 | 34.8 | 1.09 | 0.90 | 952.0 | 14600 |
| 05-NJ | 88.5 | 0.500 | 38.2 | 1.32 | 2.00 | 895.0 | 16600 |
| 05-PA | 88.5 | 0.200U | 14.7 | 0.10 | 0.50 | 118.0 | 4160 |
| 04-NJ | 78.5 | 0.200U | 18.1 | 0.24 | 0.50 | 108.0 | 8740 |
| 04-PA | 78.5 | 0.200U | 35.3 | 0.78 | 1.00 | 230.0 | 10700 |
| 14-PA | | 0.200U | 27.8 | 0.47 | 0.50 | 203.0 | 10700 |
| 15-NJ | | 0.200U | 37.9 | 0.44 | 1.00 | 282.0 | 14500 |
| 03-NJ | 70.0 | 0.200U | 34.6 | 0.58 | 6.70 | 187.0 | 21200 |
| 03-DE | 70.0 | 0.200U | 30.9 | 0.29 | 0.50 | 78.4 | 18900 |
| 02-DE | 61.0 | 0.200 | 36.3 | 0.64 | 1.50 | 176.0 | 18600 |
| 01-NJ | 56.3 | 0.200U | 16.8 | 0.24 | 0.50 | 101.0 | 8440 |
| 01-DE | 56.3 | 0.200U | 25.2 | 0.30 | 0.50 | 59.4 | 17200 |

**U – undetected at the value indicates**

A 009175



**Table 4.10. Total flux of trace metals through the Delaware Estuary** (from Church et al., 1994).

| Input Flux | Fe | Mn | Co | Cu | Ni | Cd | Zn |
|---|---|---|---|---|---|---|---|
| River | 400 | 136 | 0.6 | 2.4 | 4 | 0.2 | 13 |
| Marsh | 885 | 102 | 0.7 | 1 | 0.1 | <0.1 | 3.8 |
| Atmosphere | 1.4 | 0.2 | <0.1 | 0.1 | 0.1 | <0.1 | 0.6 |
| **TOTAL** | **1286** | **238** | **1.3** | **3.5** | **4.1** | **0.3** | **17.2** |
| **Export Flux** | | | | | | | |
| Tidal Exchange | 176 | 19 | 0.2 | 2.2 | 2.7 | 0.2 | 7.5 |
| Amount of Sediments Needed to Balance Input Flux | 1110 | 219 | 1.1 | 1.3 | 1.5 | 0.1 | 9.7 |

A 00176





**Figure 4-1: History of upgrades at major municipal treatment plants.** Source: Bryant and Pennock, 1988.

A 00177

A 00178

A 00179



Figure 4-12. Summer Turbidity Data for a Dry Year (1995) and a Wet Year (1996) (From Najarian Associates, 1998).



Figure 4-11: Monthly TSS statistics near Pea Patch Island (RM 60.5). Data Source: DRBC boat run data on EPA STORET database 1998-2000.

A00181



**Figure 4-10: Seasonal temperature distributions – Delaware Estuary** (From Cronin et al., 1962)

A 00182

**Figure 4-9: False color NOAA-11 sea surface temperature (SST) image of the Delaware Estuary and adjacent ocean on June 12, 1990 (Temperature in °C).**



A 00183



Figure 4-8:  Mean seasonal temperature – Delaware River at Trenton and offshore waters.  (Source:  Appendix C in PSE&G 1991)

A 00184



Figure 4-7. Daily Water Temperatures at Reedy Island (RM 54). Source: USGS, New Jersey.

A00185



Figure 4-6: Historical pH profile trends—Average for 1968-70, 1978-80, 1988-90, 1995-97.

A 00186



**Figure 4-5:** Historical total phosphorus profile trends—Average for 1968-70, 1978-80, 1988-90, 1995-97.

A 00187



Figure 4-4: Historical nitrate profile trends--Average for 1968-70, 1978-80, 1988-90, 1995-97.

A 00188



Figure 4-3:  Historical ammonia profile trends—Average for 1968-70, 1978-80, 1988-90, 1995-97.

A00189



**Figure 4-2:  Historical DO profile trends -- Three-year average Summer DO concentration for 1968-70, 1978-80, 1983-85, 1988-90, 1995-97.**

A 00190



## 5.0 FIELD MONITORING

### *5.1 Design of Field-Monitoring Program*

To characterize field conditions and support the model analyses, Ocean Surveys, Inc. (OSI) conducted detailed field investigations of the Refinery's discharge environment during the period May 18-23, 2000. These field investigations consisted of the following: (1) continuous monitoring of both tidal elevations and current velocities near the Refinery; (2) dye tracer experiments of the Refinery's discharge plume; (3) vertical profiling of conductivity and temperature; and (4) side scan sonar surveys and coordinated sediment grain size analyses. Details regarding the collection of the monitoring data are reported in "Motiva Enterprises Refinery Effluent Outfall Model Verification Study, Delaware City, DE" (OSI, 2001). The overall design of this monitoring program is outlined in Table 1 and described below:

#### 5.1.1 TIDAL MONITORING DESIGN

Adaptation of a hydrodynamic model to the study area requires site-specific hydrodynamic data. Accordingly, the field team (OSI, 2001) established one tide monitoring station and one current monitoring station in the vicinity of the Refinery's discharge. These stations were selected to provide representative hydrodynamic data for the study area (i.e., the local Delaware Estuary). The tide station was located along the shoreline near the southern end of the Motiva Enterprises property (Figure 5-1). Here, two Coastal MiniTide recording tide gauges (a primary and backup) were deployed. These instruments were installed using a rigid mounting frame attached to a fixed structure.

At the nearby current monitoring station (Figure 5-1), the team deployed a bottom-mounted, upward-looking 300-kHz Acoustic Doppler Current Profiler (ADCP). This RD Instruments Workhorse ADCP was set to record the vertical current velocity structure with a 1-meter vertical resolution. Both the tide and current data were recorded at 10-minute intervals. The tide and current monitoring instrumentation were deployed for the duration of the dye dilution study, approximately 5 days (Table 5-1).

#### 5.1.2 DESIGN OF DYE-TRACER EXPERIMENTS

An important step in assessing potential Refinery impacts is determining the spatial extent of the Refinery's discharge plume. Accordingly, a series of dye-tracer experiments were conducted to quantify the transport and dilution of the Refinery's discharge plume and, thus, facilitate the adaptation of a transport model. Plume transport and dilution was monitored by: (1) continuously injecting a fluorescent dye tracer into the Refinery's discharge at a controlled rate; (2) monitoring the resultant dye concentrations within the receiving waters; and (3) mapping the horizontal and vertical distribution of the resultant dye plume at different tidal phases.

A C0191



The dye tracer selected for these experiments was Rhodamine WT – a biodegradable, fluorescent tracer that is extremely soluble in water and detectable at very low concentrations (typically 0.05 ppb, or less). A 20% aqueous solution of Rhodamine WT was injected at a rate of 13.9 lbs/hr into the refinery effluent flow at a location that was sufficiently far upstream to ensure complete mixing of the dye with the resident flow. For the average refinery flow of 400 MGD, this injection rate corresponds to a fully mixed concentration of 20 ppb. Assuming a practical dye detection limit of 0.1 ppb above background, this specified concentration allowed the field team to detect and map the discharge water to a point where it will be diluted by a ratio of about 200:1.

The initial concentration of the discharge was monitored, in real time, using a Turner Designs Model 10 Fluorometer system and a digital recorder. This instrument was installed adjacent to the discharge canal, with an intake hose positioned at mid-depth in the center of the canal. Also, in-situ dye concentrations within the receiving waters were monitored and recorded, in real time, by a two-man field team equipped with a specially rigged survey vessel, an electronic positioning system, and two on-board Turner Designs Model 10 Fluorometer systems. These systems were set up so as to sample in two modes: (1) in a horizontal mode – where water is pumped continuously from two hoses positioned 1.5 ft and 5 ft below the water surface while the boat runs along a series of horizontal transects; and (2) in a vertical mode – where water is pumped continuously through the fluorometer via a long intake hose which is lowered and raised in the water column at selected vertical profiling stations. Fluorometer data were processed and corrected for instrumentation calibration, adjusted to a standard temperature, and converted to dye concentrations in parts per billion by weight (OSI, 2001).

The dye plume was mapped a total of four times (and at two depths), coincident with four tidal phases: maximum-ebb tide, low-slack tide, maximum-flood tide and high-slack tide. These mappings consisted of approximately 8-10 cross-estuary transects whose locations were adjusted to follow the movement and extent of the dye plume and cover the maximum area possible within the time constraints. Coverage ranged from up to approximately 7 miles downstream and 4 miles upstream.

### 5.1.3 CTD PROFILING DESIGN

During each dye experiment, the field crew collected vertical profiles of conductivity, temperature and depth (CTD) data at one or two locations within the receiving waters (Figure 5-1). During the max-ebb experiment, CTD data were collected within the discharge canal (CTD1) and at a downstream site opposite Pea Patch Island (CTD2). Likewise, during both the low-slack and max-flood experiments, CTD data were collected at downstream stations CTD3 and CTD4, respectively. Finally, during the high-slack experiment, CTD data were collected at both an upstream station (CTD5) and a downstream site (CTD6). At all of these stations, CTD profiles were collected using a SeaBird Electronics SBE-19 SeaCat CTD Profiler. The resulting data were used to compute vertical salinity and density profiles at each station. Hence, the vertical

A 00192



variation of density, conductivity, and temperature of the discharge, the Delaware Estuary, and their mixing area were documented.

### 5.1.4 SIDE SCAN SONAR SURVEY DESIGN

On May 20, 2000, the field team conducted side-scan sonar (SSS) surveys of the study area. The goal of these surveys was to provide an overall view of the discharge area and its sediment characteristics.

SSS provides detailed images of acoustic reflections from the estuarine bed, analogous to aerial photographs. These images may be used to characterize both bed composition (e.g., fine-, medium- and coarse-grained materials) and bed morphology (bedforms). Because it is towed from a ship, the SSS may be used to map broad distributions of sediment types in a relatively short period of time, and to delimit areas of the bed that may be mobile (e.g., ripples and sand waves). However, it is always necessary to carry out a coordinated bed-sampling program to "ground truth" the SSS' remotely sensed data.

In the present study, the field team employed a Marine Sonic Technology – Sea Scan PC Digital Side Scan System to document sediment type and character. The Sea Scan PC is a high resolution SSS system that integrates a digital geographical positioning system and real-time navigation plotter in a PC environment. It is designed to analyze reflected acoustical energy, process the resulting images, and provide map data in a Geographical Information System (GIS) format.

On May 20, 2000, the field team towed the Sea Scan system over a limited area adjacent to the Refinery's intake and discharge canals. This area extended along the nearshore zone from the trestle pier (located just north of the Refinery) to just below Cedar Creek. The resulting sonar images were then merged with satellite positioning data.

To confirm the remotely sensed data and to further delineate sediment characterization, the team collected 4 sediment samples in the study area (Figure 5-2). These surficial samples were collected using a Van Veen grab sampler. Upon collection, the field team prepared visual descriptions of each grab sample. Next, the samples were submitted to the Battelle Memorial Institute for grain-size and TOC analyses (Appendix A).

### 5.2 Results of Field Monitoring Program

### 5.2.1 TIDAL MONITORING RESULTS

Figure 5-3 displays tidal elevations monitored over the sampling period May 18-23, 2000. As illustrated, Delaware Estuary tides are predominantly semi-diurnal, with two high tides and two low tides per lunar day (24.84 hrs). A slight diurnal inequality is

A 00193



apparent, as evidenced by the unequal tidal ranges observed during each day. This inequality is a consequence of the mixed composition of semi-diurnal and diurnal tidal constituents.

The first day of the sampling period (May 18, 2000) corresponded to a spring tide (new moon) phase. A maximum tidal range of approximately 6.0 ft was observed on that day. Subsequently, the maximum observed tidal range waned to 5.1 ft on the last day of sampling (May 23, 2000). Factors controlling the observed tidal variations are discussed in section 3.5.

Figure 5-4 displays tidal current speeds monitored at the ADCP station (Figure 5-1) over the sampling period (May 18-23, 2000). As illustrated, current amplitudes up to about 90 cm/sec (1.8 knots) were observed at this site. Also, the observed currents speeds were nearly vertically uniform.

Figure 5-5 displays the corresponding vertically averaged currents at this site during a two-day period. Like the observed tidal elevations, a slight diurnal inequality is apparent in the observed tidal currents. During the lesser of the two tidal current cycles each day, stronger and prolonged ebb tides were observed during the sampling interval.

Finally, Figure 5-6 displays the corresponding vertically averaged currents during the day of dye surveys (May 22, 2000). In this figure, the following tidal current phases are identified: maximum ebb (ME), low slack (LS), maximum flood (MF) and high slack (HS).

### 5.2.2 RESULTS OF DYE-TRACER EXPERIMENTS

As described in section 5.1.2, the Refinery's plume was mapped a total of four times (and at two depths) on May 22, 2000, coincident with four tidal phases: maximum-ebb tide, low-slack tide, maximum-flood tide and high-slack tide. In each case, dye concentrations were recorded along approximately 8-10 cross-estuary transects. These data were then contoured to yield dye concentration maps for each tidal phase and at each sampled depth. For presentation purposes, these maps (Figures 5-7 through 5-14) were contoured as dilution ratios based upon the average initial concentration of the dye recorded during each mapping interval (OSI, 2001). Here, the dilution ratio, D, is defined as:

$$D = \frac{C_i}{C_m} - 1$$

where: $C_i$ = average initial dye discharge concentration (including re-circulated dye); and
$C_m$ = vessel-measured dye concentration.

Thus, the plume maps indicate the position of the following dilution-ratio contours: 0:1 (i.e., 0 dilution, $C_m = C_i$), 5:1 (i.e., $C_m = C_i/6$), 10:1, 20:1, 50:1, 100:1, and 200:1.

A 00194



The first two plume maps (Figures 5-7 and 5-8) correspond to the max-ebb tide survey at 1 ft and 3 ft below the water surface, respectively. The National Ocean Survey's (NOS) tidal current tables predicted that maximum-ebb tide would occur at 08:37 near the Refinery; the actual time of maximum-ebb tide was approximately 08:00 (Figure 5-6). The maximum-ebb dye-sampling interval (MESI) extended from 06:57 until 10:41, as indicated in Figures 5-6 and 5-7. Hence the resulting max-ebb mappings are not truly synoptic. Instead, they are representative of an interval of ebbing currents ranging in magnitude between approximately 25 cm/sec and 80 cm/sec (Figure 5-6).

The resulting "max-ebb" mapping at two depths (Figures 5-7 and 5-8) revealed a nearly vertically homogeneous, *shore-hugging* plume that extended approximately 7 miles downstream (at D=200:1), and only about 1 mile upstream. A patch of partially diluted effluent (at D=50:1) was centered about 5 miles downstream (i.e., 1 mile below the entrance to the C&D Canal). Onshore (out of the east) wind speeds averaging approximately 6.6 knots -- with gusts up to 18 knots (observed at Philadelphia International Airport by the National Weather Service) -- likely contributed to the observed shore-hugging pattern.

The second plume maps (Figures 5-9 and 5-10) were intended to correspond to low-slack tide at 1 ft and 2 ft below the water surface, respectively. Unfortunately, this survey was delayed due to a generator malfunction on the survey vessel. While low-slack tide (i.e., slack-before-flood tide) occurred at about 11:00, the actual low-slack sampling interval (LSSI) extended from about 11:40 to about 13:30. Thus, sampling occurred during an interval of *flooding* currents ranging between approximately 20 cm/sec and 60 cm/sec (Figure 5-6).

The resulting mappings at two depths (Figures 5-9 and 5-10) revealed a nearly vertically homogeneous plume extending approximately 5 miles downstream (at D=200:1), and only about 1 mile upstream. Near Pea Patch Island, the outer edge of the plume extended further offshore than in the previous (max-ebb) survey. However, the core area of the plume (e.g., D=20 or less) was confined close to the shoreline zone near the mouth of the discharge Canal and Red Lion Creek.

The maximum-flood sampling interval (MFSI) occurred between 13:31 and 15:18, while maximum-flood tide occurred at about 14:00. This interval corresponds to a period of nearly uniform peak flood currents ranging between approximately 40 cm/sec and 60 cm/sec (Figure 5-6). The plume mappings for this interval (Figures 5-11 and 5-12) revealed a tongue of diluted dye extending approximately 3 miles upstream, centered in the vicinity of a false channel. Also, the core area of the plume (e.g., D=20 or less) was confined close to the shoreline zone, but extended northward nearly two miles further than in the previous survey. Also, the outer edge of the max-flood plume extended downstream only about 2 miles.

The high-slack (i.e., slack-before-ebb) survey was conducted between 15:34 and 17:38, while slack tide occurred at about 16:40. This sampling interval corresponds to a period

A 00195

of reversing currents ranging between approximately 30 cm/sec and -40 cm/sec (Figure 5-6). The resulting mappings at two depths (Figures 5-13 and 5-14) revealed a similar but somewhat enlarged downstream plume area owing to the current reversals during the sampling interval.

Overall, the core region of the plume (e.g., D=20 or less) remained trapped near the western shoreline in each of the four surveys. The maximum extent of this region was about four miles southward and three miles northward.

### 5.2.3    RESULTS OF CTD PROFILING

As illustrated in Figure 5-1, CTD profile data were collected within the discharge canal (CTD1) and at a downstream site opposite Pea Patch Island (CTD2) during the max-ebb experiment. During both the low-slack and max-flood experiments, CTD data were collected at downstream stations CTD3 and CTD4, respectively. Finally, during the high-slack experiment, CTD data were collected at both an upstream station (CTD5) and a downstream site (CTD6). Results are displayed in Figures 5-15 through 5-20. Overall, the observed temperatures were relatively uniform over depth, suggesting a well-mixed water column.

The conductivity and temperature data were converted to both salinity and sigma-t density data using a standard conversion algorithm (UNESCO, 1981). Resulting vertical profiles at the six sites are displayed in Figures 5-21 through 5-26.

Overall, the salinities observed throughout May 22, 2000 were relatively low, varying from approximately 0-1 practical salinity units (psu; see UNESCO, 1981) at the six monitoring sites. Also, like vertical velocity variations, vertical salinity variations at each station were small, approximately 1 psu or less. For the observed salinity range (0-1 psu) and temperature ranges ($18.80^{\circ}C$ - $19.16^{\circ}C$ at the Estuary profiling stations; $27.33^{\circ}C$ - $27.35^{\circ}C$ in discharge canal), the corresponding maximum vertical density varied less than 0.001 g/cc (1 kg/m$^3$). Hence the observed *vertical* density variations (and associated baroclinic pressure gradients) are likely to contribute insignificantly to local circulation patterns.

### 5.2.4 RESULTS OF THE SIDE SCAN SONAR SURVEYS

The grain-size analyses performed on the 24 sediment grab samples collected throughout the study area (Figure 5-2) revealed that most area sediments fall in the very fine sand-silt category (Tables 5-2 and 5-3). The SSS imagery was reviewed in conjunction with the sediment sample descriptions and grain-size analyses. Based on this review, OSI characterized and mapped the area's bottom sediments qualitatively in terms of four categories based on grain size and composition (Figure 5-27). Overall, study area sediments were characterized predominantly as "aqueous silty/mud" and "compact silt/clay." Along the shoreline, some coarser materials (fine sand and some gravel) were

A 00196



observed. However, the survey revealed only limited spatial heterogeneity throughout the study area.

A 00197



**Table 5-1: Monitoring sites (see Figures 5-1 and 5-2 for locations)**

| STATION | MEASURED VARIABLES | MILE POINT (MP) | DE STATE PLANE COORDINATES EASTING | DE STATE PLANE COORDINATES NORTHING | SAMPLING FREQUENCY | SAMPLING DATE |
|---------|-------------------|-----------------|-------|-------|-------------------|---------------|
| TIDE1 | Tidal Height | 60.1 | 607898 | 576102 | Every 10 minutes | 5/18/00 – 5/23/00 |
| ADCP1 | Current Velocity | 61.4 | 604254 | 582251 | Every 10 minutes | 5/19/00 – 5/23/00 |
| CTD1 | Conductivity Temperature | 61.7 | 600260 | 581350 | 1 vertical profile | 5/22/00 |
| CTD2 | Conductivity Temperature | 60.1 | 607898 | 576380 | 1 vertical profile | 5/22/00 |
| CTD3 | Conductivity Temperature | 60.7 | 606710 | 578864 | 1 vertical profile | 5/22/00 |
| CTD4 | Conductivity Temperature | 60.6 | 606090 | 578339 | 1 vertical profile | 5/22/00 |
| CTD5 | Conductivity Temperature | 64.1 | 609906 | 599210 | 1 vertical profile | 5/22/00 |
| CTD6 | Conductivity Temperature | 60.3 | 607448 | 576886 | 1 vertical profile | 5/22/00 |
| SED1 | Sed. Char.* | 61.7 | 604095 | 583222 | 1 grab | 5/21/00 |
| SED2 | Sed. Char.* | 61.7 | 603745 | 582988 | 1 grab | 5/21/00 |
| SED3 | Sed. Char.* | 61.7 | 604375 | 582688 | 1 grab | 5/21/00 |
| SED4 | Sed. Char.* | 61.7 | 603788 | 582502 | 1 grab | 5/21/00 |
| SED5 | Sed. Char.* | 61.7 | 602985 | 582350 | 1 grab | 5/21/00 |
| SED6 | Sed. Char.* | 61.7 | 602375 | 582172 | 1 grab | 5/21/00 |
| SED7 | Sed. Char.* | 61.7 | 601733 | 582073 | 1 grab | 5/21/00 |
| SED8 | Sed. Char.* | 61.6 | 602247 | 581564 | 1 grab | 5/21/00 |
| SED9 | Sed. Char.* | 61.5 | 604945 | 581694 | 1 grab | 5/21/00 |
| SED10 | Sed. Char.* | 61.5 | 604261 | 581667 | 1 grab | 5/21/00 |
| SED11 | Sed. Char.* | 61.5 | 603182 | 581324 | 1 grab | 5/21/00 |
| SED12 | Sed. Char.* | 61.3 | 605308 | 581002 | 1 grab | 5/21/00 |
| SED13 | Sed. Char.* | 61.3 | 604562 | 580730 | 1 grab | 5/21/00 |
| SED14 | Sed. Char.* | 61.3 | 603898 | 580652 | 1 grab | 5/21/00 |
| SED15 | Sed. Char.* | 61.3 | 603267 | 580495 | 1 grab | 5/21/00 |
| SED16 | Sed. Char.* | 61.3 | 602689 | 580352 | 1 grab | 5/21/00 |
| SED17 | Sed. Char.* | 61.1 | 605555 | 580145 | 1 grab | 5/21/00 |
| SED18 | Sed. Char.* | 61.1 | 604028 | 579811 | 1 grab | 5/21/00 |
| SED19 | Sed. Char.* | 60.9 | 606117 | 579560 | 1 grab | 5/21/00 |
| SED20 | Sed. Char.* | 60.9 | 605268 | 579348 | 1 grab | 5/21/00 |
| SED21 | Sed. Char.* | 60.9 | 604694 | 579196 | 1 grab | 5/21/00 |
| SED22 | Sed. Char.* | 60.9 | 604112 | 579041 | 1 grab | 5/21/00 |
| SED23 | Sed. Char.* | 60.9 | 604206 | 578865 | 1 grab | 5/21/00 |
| SED24 | Sed. Char.* | 60.9 | 603338 | 578865 | 1 grab | 5/21/00 |

\* Sediment Characteristics: grain size distributions, TOC, total solids, total volatile solids, percent moisture

A 00198



**Table 5-2: Sediment grain size categories\***

| STATION | EASTING** | NORTHING | PERCENT SAND (>62.5 um) | PERCENT SILT (<62.5 um & >3.91 um) | PERCENT CLAY (<3.91 um & >0.04 um) |
|---------|-----------|----------|------------|------------|------------|
| SED1 | 607898 | 576102 | 14.2 | 68.0 | 17.8 |
| SED2 | 604254 | 582251 | 19.6 | 63.2 | 17.2 |
| SED3 | 600260 | 581350 | 16.5 | 69.7 | 13.7 |
| SED4 | 607898 | 576380 | 19.1 | 63.8 | 17.0 |
| SED5 | 606710 | 578864 | 39.3 | 50.3 | 10.4 |
| SED6 | 606090 | 578339 | 29.4 | 59.3 | 11.3 |
| SED7 | 609906 | 599210 | 91.4 | 7.1 | 1.5 |
| SED8 | 607448 | 576886 | 63.1 | 29.8 | 7.2 |
| SED9 | 604095 | 583222 | 36.1 | 52.0 | 11.9 |
| SED10 | 603745 | 582988 | 16.2 | 67.4 | 16.4 |
| SED11 | 604375 | 582688 | 41.9 | 48.6 | 9.5 |
| SED12 | 603788 | 582502 | 24.7 | 57.0 | 18.3 |
| SED13 | 602985 | 582350 | 15.0 | 70.7 | 14.3 |
| SED14 | 602375 | 582172 | 52.0 | 39.6 | 8.4 |
| SED15 | 601733 | 582073 | 27.9 | 60.6 | 11.5 |
| SED16 | 602247 | 581564 | 34.8 | 50.8 | 14.5 |
| SED17 | 604945 | 581694 | 22.6 | 61.2 | 16.2 |
| SED18 | 604261 | 581667 | 40.2 | 49.8 | 10.0 |
| SED19 | 603182 | 581324 | 62.7 | 30.7 | 6.6 |
| SED20 | 605308 | 581002 | 23.0 | 64.5 | 12.6 |
| SED21 | 604562 | 580730 | 29.4 | 61.2 | 9.4 |
| SED22 | 603898 | 580652 | 19.8 | 68.8 | 11.4 |
| SED23 | 603267 | 580495 | 13.7 | 69.2 | 17.1 |
| SED24 | 602689 | 580352 | 20.1 | 66.9 | 13.0 |

\*See Appendix A for methods and descriptions

** Center of mouth of discharge canal at Easting 601111, Northing 581912

A 00199



### Table 5-3: Sediment grain size distributions (percentages)

| | 0.00-0.49um | 0.49-0.69um | 0.69-0.98um | 0.98-1.38um | 1.38-1.95um | 1.95-2.76um | 2.76-3.91um | 3.91-5.52um | 5.52-7.81um | 7.81-11.0um | 11.0-15.6um | 15.6-22.1um | 22.1-31.0um | 31.0-44.0um | 44.0-62.5um | 62.5-88.0um | 88.0-125um | 125-177um | 177-250um | 250-350um | 350-500um | 500-710um | 710-1000um | 1000-1410um | 1410-2000um | 2000-2830um |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SED 1 | 0.4 | 1.3 | 1.9 | 2.3 | 2.8 | 3.8 | 5.3 | 6.7 | 8.0 | 8.8 | 9.9 | 10.7 | 9.4 | 7.8 | 6.8 | 5.4 | 3.3 | 2.2 | 1.3 | 0.9 | 0.6 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| SED 2 | 0.4 | 1.3 | 2.0 | 2.3 | 2.7 | 3.6 | 5.0 | 6.5 | 7.9 | 8.8 | 9.7 | 10.0 | 8.2 | 6.5 | 5.8 | 5.0 | 4.0 | 3.5 | 2.4 | 1.7 | 1.2 | 0.8 | 0.7 | 0.4 | 0.2 | 0.2 |
| SED 3 | 0.2 | 0.8 | 1.3 | 1.5 | 2.0 | 3.1 | 4.9 | 7.2 | 9.3 | 10.4 | 10.8 | 10.2 | 8.6 | 7.1 | 6.1 | 5.0 | 3.5 | 2.6 | 1.8 | 1.4 | 1.0 | 0.6 | 0.4 | 0.3 | 0.2 | 0.2 |
| SED 4 | 0.4 | 1.3 | 2.0 | 2.3 | 2.7 | 3.5 | 4.8 | 6.3 | 7.7 | 8.6 | 9.6 | 9.9 | 8.3 | 7.0 | 6.5 | 5.7 | 4.2 | 3.1 | 1.9 | 1.4 | 1.2 | 0.6 | 0.4 | 0.2 | 0.2 | 0.2 |
| SED 5 | 0.2 | 0.7 | 1.1 | 1.3 | 1.5 | 2.2 | 3.4 | 4.7 | 5.8 | 6.1 | 6.1 | 5.8 | 5.6 | 6.5 | 9.7 | 13.0 | 10.5 | 5.2 | 3.0 | 2.6 | 2.0 | 1.1 | 1.2 | 0.8 | 0.2 | 0.2 |
| SED 6 | 0.2 | 0.7 | 1.1 | 1.2 | 1.6 | 2.5 | 4.0 | 5.8 | 7.3 | 8.0 | 8.2 | 8.0 | 7.4 | 7.2 | 7.3 | 6.7 | 5.5 | 4.6 | 3.5 | 2.9 | 2.3 | 1.6 | 1.4 | 0.8 | 0.2 | 0.2 |
| SED 7 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.4 | 0.6 | 0.8 | 0.9 | 1.0 | 1.0 | 1.0 | 0.9 | 0.8 | 0.7 | 0.9 | 1.9 | 3.8 | 5.6 | 10.3 | 18.1 | 18.9 | 13.7 | 8.8 | 4.4 | 4.8 |
| SED 8 | 0.2 | 0.4 | 0.7 | 0.9 | 1.1 | 1.6 | 2.4 | 3.2 | 3.9 | 4.1 | 4.0 | 3.9 | 3.4 | 3.5 | 4.4 | 6.4 | 10.0 | 13.9 | 10.3 | 6.9 | 4.9 | 3.4 | 2.8 | 3.0 | 3.4 | 0.2 |
| SED 9 | 0.2 | 0.7 | 1.1 | 1.3 | 1.7 | 2.7 | 4.2 | 5.7 | 6.6 | 6.6 | 6.5 | 6.6 | 6.4 | 6.5 | 7.1 | 7.7 | 9.0 | 6.9 | 3.5 | 3.0 | 2.4 | 1.4 | 1.2 | 1.0 | 0.2 | 0.2 |
| SED 10 | 0.3 | 1.2 | 1.8 | 2.1 | 2.6 | 3.5 | 4.9 | 6.6 | 8.5 | 10.0 | 11.4 | 11.3 | 8.5 | 6.1 | 5.0 | 4.0 | 3.0 | 2.2 | 1.6 | 1.3 | 1.1 | 0.9 | 1.2 | 1.0 | 0.2 | 0.2 |
| SED 11 | 0.2 | 0.6 | 1.0 | 1.2 | 1.5 | 2.1 | 3.0 | 4.1 | 5.0 | 5.3 | 5.3 | 5.5 | 5.8 | 7.2 | 10.5 | 12.9 | 9.9 | 5.0 | 3.1 | 2.8 | 2.4 | 1.8 | 1.5 | 1.5 | 1.1 | 0.2 |
| SED 12 | 0.4 | 1.2 | 1.9 | 2.2 | 2.8 | 4.1 | 5.7 | 7.0 | 7.6 | 7.3 | 7.1 | 7.4 | 7.1 | 6.7 | 6.6 | 6.8 | 5.8 | 3.9 | 2.4 | 2.1 | 1.6 | 0.9 | 0.7 | 0.4 | 0.2 | 0.2 |
| SED 13 | 0.3 | 1.0 | 1.5 | 1.8 | 2.3 | 3.1 | 4.3 | 5.8 | 7.5 | 9.1 | 11.1 | 12.2 | 10.4 | 8.1 | 6.4 | 4.8 | 3.2 | 2.4 | 1.6 | 1.1 | 0.8 | 0.4 | 0.3 | 0.4 | 0.2 | 0.2 |
| SED 14 | 0.2 | 0.6 | 0.9 | 1.1 | 1.3 | 1.8 | 2.6 | 3.5 | 4.3 | 4.6 | 4.7 | 4.8 | 4.7 | 5.2 | 7.8 | 14.1 | 17.2 | 9.2 | 3.2 | 2.7 | 1.6 | 1.1 | 1.5 | 1.3 | 0.2 | 0.2 |
| SED 15 | 0.2 | 0.7 | 1.1 | 1.3 | 1.7 | 2.5 | 4.0 | 5.6 | 7.1 | 7.6 | 7.8 | 7.8 | 7.7 | 8.1 | 8.9 | 8.4 | 6.3 | 4.3 | 2.8 | 2.2 | 1.6 | 0.9 | 0.7 | 0.6 | 0.2 | 0.2 |
| SED 16 | 0.3 | 0.9 | 1.4 | 1.6 | 2.2 | 3.3 | 4.8 | 6.2 | 7.1 | 6.9 | 6.6 | 6.6 | 6.3 | 5.6 | 5.3 | 5.1 | 6.3 | 6.7 | 4.6 | 3.8 | 3.0 | 1.6 | 1.3 | 0.9 | 0.2 | 1.6 |
| SED 17 | 0.3 | 1.1 | 1.6 | 1.9 | 2.5 | 3.6 | 5.2 | 6.9 | 8.3 | 8.7 | 8.9 | 8.8 | 7.6 | 6.3 | 5.7 | 5.4 | 4.9 | 3.7 | 2.4 | 2.1 | 1.9 | 1.1 | 0.6 | 0.6 | 0.2 | 0.2 |
| SED 18 | 0.2 | 0.6 | 1.0 | 1.2 | 1.5 | 2.2 | 3.3 | 4.6 | 5.7 | 6.0 | 6.0 | 6.0 | 6.0 | 6.7 | 8.9 | 11.2 | 9.6 | 5.5 | 3.2 | 2.9 | 2.3 | 1.6 | 1.8 | 1.6 | 0.5 | 0.2 |
| SED 19 | 0.2 | 0.4 | 0.7 | 0.9 | 1.1 | 1.5 | 1.9 | 2.3 | 2.6 | 2.6 | 2.7 | 3.1 | 3.8 | 5.3 | 8.4 | 15.2 | 21.2 | 13.7 | 4.3 | 2.6 | 1.9 | 1.4 | 1.4 | 1.0 | 0.2 | 0.2 |
| SED 20 | 0.3 | 0.9 | 1.4 | 1.7 | 2.1 | 2.7 | 3.6 | 4.6 | 5.9 | 7.1 | 9.1 | 11.0 | 10.5 | 8.9 | 7.4 | 6.1 | 4.7 | 3.9 | 2.9 | 2.0 | 1.2 | 0.6 | 0.8 | 0.8 | 0.2 | 0.2 |
| SED 21 | 0.2 | 0.6 | 0.9 | 1.1 | 1.4 | 2.1 | 3.2 | 4.7 | 6.2 | 7.2 | 8.0 | 8.5 | 8.6 | 9.0 | 9.1 | 7.9 | 6.1 | 4.7 | 3.2 | 2.5 | 2.0 | 1.2 | 1.1 | 0.6 | 0.2 | 0.2 |
| SED 22 | 0.2 | 0.7 | 1.0 | 1.2 | 1.6 | 2.5 | 4.1 | 6.1 | 8.1 | 9.4 | 10.3 | 10.4 | 9.3 | 8.1 | 7.0 | 5.5 | 3.8 | 2.9 | 2.0 | 1.6 | 1.3 | 1.0 | 1.0 | 0.8 | 0.2 | 0.2 |
| SED 23 | 0.3 | 1.1 | 1.6 | 1.8 | 2.4 | 3.8 | 6.1 | 8.6 | 10.6 | 11.1 | 10.5 | 9.4 | 7.7 | 6.0 | 5.3 | 4.3 | 3.0 | 2.3 | 1.6 | 1.1 | 0.7 | 0.3 | 0.2 | 0.3 | 0.2 | 0.2 |
| SED 24 | 0.2 | 0.8 | 1.2 | 1.4 | 1.9 | 2.9 | 4.7 | 6.7 | 8.7 | 9.6 | 9.9 | 9.7 | 8.6 | 7.4 | 6.4 | 5.1 | 3.5 | 2.6 | 1.8 | 1.4 | 1.2 | 1.0 | 1.5 | 1.6 | 0.4 | 0.2 |

A 00200

**Table 5-4: Sediment TOC analysis results\***

| STATION | TOC (mg/kg) | TOTAL SOLIDS (% of wet weight) | TOTAL VOLATILE SOLIDS (% of dry weight) | PERCENT MOISTURE |
|---|---|---|---|---|
| SED1 | 20,600 | 51.0 | 5.2 | 49.0 |
| SED2 | 26,800 | 49.3 | 5.1 | 50.7 |
| SED3 | 41,600 | 27.8 | 8.3 | 72.2 |
| SED4 | 23,900 | 51.2 | 5.1 | 48.8 |
| SED5 | 18,700 | 55.3 | 3.9 | 44.7 |
| SED6 | 33,500 | 41.0 | 5.4 | 59.0 |
| SED7 | 34,000 | 77.2 | 1.7 | 22.8 |
| SED8 | 51,700 | 58.4 | 8.4 | 41.6 |
| SED9 | 35,400 | 49.8 | 6.4 | 50.2 |
| SED10 | 25,500 | 46.7 | 5.8 | 53.3 |
| SED11 | 25,600 | 55.0 | 4.1 | 45.0 |
| SED12 | 41,800 | 48.2 | 8.0 | 51.8 |
| SED13 | 26,900 | 50.8 | 5.5 | 49.2 |
| SED14 | 19,400 | 60.4 | 3.0 | 39.6 |
| SED15 | 35,500 | 43.8 | 5.5 | 56.2 |
| SED16 | 41,800 | 48.2 | 8.0 | 51.8 |
| SED17 | 40,000 | 40.0 | 7.2 | 60.0 |
| SED18 | 26,400 | 49.5 | 4.8 | 50.5 |
| SED19 | 4,370 | 68.1 | 2.0 | 31.9 |
| SED20 | 23,700 | 48.4 | 5.8 | 51.6 |
| SED21 | 43,900 | 36.5 | 7.2 | 63.5 |
| SED22 | 40,700 | 29.4 | 9.2 | 70.6 |
| SED23 | 33,300 | 33.8 | 8.1 | 66.2 |
| SED24 | 43,100 | 29.6 | 9.7 | 70.4 |

\*See Appendix A for methods and descriptions

A 00201



FIGURE - B-1

MOTIVA ENTERPRISES
DELAWARE CITY REFINERY
SAMPLING STATION LOCATIONS

Najarian
Associates

Professional Engineers, Land Surveyors & Planners - Scientists
One Industrial Way West, Eatontown, New Jersey 07724
(732) 389-0220 • Facsimile No. (732) 389-6546

DELAWARE RIVER

CHESAPEAKE AND DELAWARE CANAL

DELAWARE CITY,
DELAWARE

SALEM COVE

PEA PATCH IS.

TIDE GAUGE
CTD2
CTD6
CTD3
CTD4

CEDAR CREEK

DELAWARE CITY REFINERY

INTAKE STRUCTURE

SEDIMENT SAMPLING LOCATIONS
(SEE FIGURE # 5-2)

MOTIVA ENTERPRISES

STP INJECTION POINT

CTD1
ADCP

DISCHARGE CANAL

RED LION CR.

MILL CREEK

PENNS NECK

CTD5

0     4000     4000

ARTIFICIAL IS.

REEDY IS.

DUTCH NECK

N

NOTES:

1. GRID SYSTEM IS IN FEET AND IS THE DELAWARE STATE
   PLANE COORDINATE SYSTEM, NAD 83.

2. SHORELINE IS APPROXIMATE AND WAS PLOTTED FROM
   NOAA CHART NO. 12311.

3. THE INFORMATION PRESENTED ON THIS CHART REPRESENTS THE
   RESULTS OF A SURVEY PERFORMED BY OCEAN SURVEYS, INC.
   ON 23 MAY 2000 AND CAN ONLY BE CONSIDERED AS INDICATING
   THE CONDITIONS EXISTING AT THAT TIME.

Y:\1671\Report\Figures\Figure 3-1: State Locations     12/04/2001  05:39:30 PM EST