FIGURE – 5–2

MOTIVA ENTERPRISES
DELAWARE CITY REFINERY
SEDIMENT SAMPLING LOCATIONS
ALL SEDIMENT COLLECTED ON MAY 21, 2000

Najarian
Associates

Professional Engineers, Land Surveyors & Planners - Scientists
One Industrial Way West, Eatontown, New Jersey 07724
(732) 389-0220 • Facsimile No. (732) 389-0246

DELAWARE CITY, DELAWARE

SEDIMENT SAMPLING LOCATIONS

CEDAR CREEK

SED19
SED17
SED20
SED23
SED24
SED21
SED22
SED18
SED12
SED13
SED14
SED15
SED16
SED9
SED10
SED11
SED3
SED4
SED5
SED6
SED8
SED1
SED2
SED7

INTAKE STRUCTURE

DELAWARE CITY REFINERY

MOTIVA ENTERPRISES

DISCHARGE CANAL

RED LION CR.

N

1000    0    1000

N 580,000

E 605,000

M0203



**Figure 5-3: Observed tidal elevations at Delaware City**

A 00204



Figure 5-15: Vertical conductivity and temperature profiles at station CTD1 during Max-Ebb Tide on May 22, 2000. Station CTD1 was located inside the Refinery's discharge canal.

A 00205



FIGURE 5-14

MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 4 - HIGH SLACK TIDE: 1534-1738 EDT
MAPPING LEVEL: 2 FEET BELOW SURFACE

A 00206



FIGURE 5-13
MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 4 - HIGH SLACK TIDE: 1554-1738 EDT
MAPPING LEVEL: 1 FOOT BELOW SURFACE

A 00207



FIGURE 5-12
MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 3 - MAX FLOOD TIDE: 1351-1518 EDT
MAPPING LEVEL: 2 FEET BELOW SURFACE

A 00208



FIGURE 5-11
MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 3 - MAX FLOOD TIDE: 1331-1518 EDT
MAPPING LEVEL: 1 FOOT BELOW SURFACE



FIGURE 5-10

MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 2 - LOW SLACK TIDE; 1137-1331 EDT
MAPPING LEVEL: 2 FEET BELOW SURFACE

A00210



FIGURE 5-9

MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 2 – LOW SLACK TIDE: 1137-1331 EDT
MAPPING LEVEL: 1 FOOT BELOW SURFACE

A00211

F:\JOB6178RBS\\MAP01BrevIs.dwg    07/09/2001    11:17:54 AM EDT



FIGURE 5.8
MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 1 - MAX EBB TIDDE: 06:57-10:41 EDT
MAPPING LEVEL: 3 FEET BELOW SURFACE

A 00212

FIGURE 5-7
MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
MAPPING NO. J - MAX EBB TIDE; 0657.1041 EDT
MAPPING LEVEL: 1 FOOT BELOW SURFACE

A00213




Figure 5-6: Observed vertically averaged current speeds near the Refinery during the max-ebb (ME), low-slack (LS), max-flood (MF) and high-slack (HS) dye surveys (Correct Direction -- along River axis). Double arrows indicate actual sampling intervals for ME survey (MESI), LS survey (LSSI), MF survey (MFSI) and HS survey (HSSI).

A 00214

VERTICALLY AVERAGED CURRENT SPEED (cm/sec)
(+ FLOOD; - EBB)

Figure 5-5: Observed vertically averaged longitudinal current speeds near the Refinery.

A 00215



Figure 5-4: Observed current speeds near the Refinery (Measurements are in meters above the ADCP)

A 00216



Figure 5-16: Vertical conductivity and temperature profiles at station CTD2 during Max-Ebb Tide on May 22, 2000. Station CTD2 was located 8,770 ft downstream of the Refinery's discharge canal.

A 00217



Figure 5-17: Vertical conductivity and temperature profiles at station CTD3 during low-slack tide on May 22, 2000. Station CTD3 was located 6,370 ft downstream of the Refinery's discharge canal.

A 00218



Figure 5-18: Vertical conductivity and temperature profiles at station CTD4 during max-flood tide on May 22, 2000. Station CTD4 was located 6,140 ft downstream of the Refinery's discharge canal.

A 00219



Figure 5-19: Vertical conductivity and temperature profiles at station CTD5 during high-slack tide on May 22, 2000. Station CTD5 was located 8,820 ft upstream of the Refinery's discharge canal.

A 00220



Figure 5-20: Vertical conductivity and temperature profiles at station CTD6 during high-slack tide on May 22, 2000. Station CTD6 was located 6,385 ft upstream of the Refinery's discharge canal.

A 00221



Figure 5-21: Vertical salinity and sigma-t profiles at station CTD1 during max-ebb tide on May 22, 2000. Station CTD1 was located inside the Refinery's discharge canal.

A 00222



Figure 5-22: Vertical salinity and sigma-t profiles at station CTD2 during max-ebb tide on May 22, 2000. Station CTD2 was located 8,870 ft downstream of the Refinery's discharge canal.

A 00223



Figure 5-23: Vertical salinity and sigma-t profiles at station CTD3 during low-slack tide on May 22, 2000. Station CTD3 was located 6,370 ft downstream of the Refinery's discharge canal.

A 00224



Figure 5-24: Vertical salinity and sigma-t profiles at station CTD4 during max-flood tide on May 22, 2000. Station CTD2 was located 6,140 ft downstream of the Refinery's discharge canal.

A 00225



Figure 5-25: Vertical salinity and sigma-t profiles at station CTD5 during high-slack tide on May 22, 2000. Station CTD5 was located 8,820 ft downstream of the Refinery's discharge canal.

A00226



Figure 5-26: Vertical salinity and sigma-t profiles at station CTD6 during high-slack tide on May 22, 2000. Station CTD5 was located 6,385 ft downstream of the Refinery's discharge canal.

A 00227



A 00228



## 6.0 HYDRODYNAMIC MODEL ADAPTATION AND CALIBRATION

### 6.1 Hydrodynamic Model Selection

To satisfy the study objectives, we selected a hydrodynamic model that: (1) simulates relevant hydrodynamic transport processes; (2) simulates relevant estuarine features, including channel morphology; and (3) is well documented and validated in previous model studies. On this basis, the RMA-10 mathematical model was selected.

RMA-10 is a three-dimensional, time-varying, finite-element, hydrodynamic and hydrothermal model. Earlier versions of this model were developed by Dr. Ian King of the University of California, Davis -- with the support of the U.S. Army Corps of Engineers' (COEs) Waterways Experiment Station. These versions included the two-dimensional (depth-averaged) RMA-2 model that was developed during the early 1970s (Norton et al., 1973). Subsequently, the model was updated to incorporate curved, isoparametric elements (both triangular and quadrilateral). This new version of the model became the basis for the COEs TABS-2 modeling system (McAnally and Thomas, 1990). The three-dimensional RMA-10 model evolved as a natural extension of RMA-2, as documented in refereed publications by King (1985) and King and Rachiele (1989a). Model documentation and an additional report on its application for the COE can be found in King (1993) and King and Rachiele (1989b).

RMA-10 is well-suited to applications in tidally dominated estuaries like the Delaware Estuary. Unlike finite-difference models, RMA's quadratic, finite-element formulation accommodates simulations of the Estuary's irregular shoreline configuration and channel bathymetry using a moderately spaced mesh, and any section of the model's finite-element mesh may be modified locally without changing other areas of the mesh. Also, the model's implicit solution scheme allows for use of long time steps (e.g., 15-30 minutes). RMA-10 also simulates alternately wet and dry marsh areas (King and Roig, 1988; MacArthur et al. 1990). RMA-10 provides options for using one-, two- and three-dimensional elements – an economical advantage for simulating both open bay areas and narrow upriver channels.

Over the years, consulting firms, universities, and government agencies in the U.S., Canada, Europe, Asia and Australia have used the RMA models extensively. Applications of this model to outfall plumes include Bogle et al. (1993), King et al. (1993), and Pierson and King (1995). Recently, the model was applied to the Hudson River Estuary with the support of the Hudson River Foundation for Science and Environmental Research (DiLorenzo et al., 1999). Locally, the model was employed in a hydrodynamic and salinity intrusion study of the Delaware Estuary sponsored by the U.S. EPA (DiLorenzo, 1993). Subsequently, RMA-10 was applied to the Delaware Estuary as a localized, three-dimensional model nested within a large-scale, two-dimensional model (Ramsey et al., 1995). Most recently, the three-dimensional RMA-10 model was applied to the Delaware Estuary in support of PSEG's Salem Generating Station Permit Application (PSEG, 1998) and PSEG's 316(a) Demonstration for the Mercer Generating Station (Najarian Associates, 2000).

A 00229

RMA-10 solves the full, nonlinear Navier-Stokes equations for three dimensions, and incorporates the hydrostatic assumption. The model simulates salinity and temperature using the advection-diffusion equation. The governing equations are coupled to density through an equation of state. Thus, RMA-10 is capable of simulating density-induced currents (i.e., circulation patterns resulting from temperature and/or salinity variations). RMA-10 is constructed using quadratic basis (interpolation) functions for velocity and salinity, and linear basis functions for water depth. A Galerkin, weighted-residuals approach (Abraham, 1991) is used to formulate the model's finite-element integrals. The model equations are transformed to a constant vertical grid to facilitate automatic solution of the free-surface problem. A Newton-Raphson iterative method is used to solve the resulting set of simultaneous, nonlinear equations. A fully implicit, Crank-Nicholson scheme is utilized for time integrations. Recent developments of graphical user interfaces facilitate pre-processing of RMA-10 input data and post-processing of simulation results (BOSS, International, Inc., 1998).

### 6.2 Computational Mesh

One of the first steps in adapting a hydrodynamic model is the construction of a computational mesh over the model domain. This mesh contains discrete points (nodes) where initial condition and depth data are input to the model. The model then computes solutions to the governing hydrothermal equations at each of these nodes.

A well-designed mesh balances spatial resolution requirements with available computational resources. The mesh must incorporate large-scale bathymetric features (navigation channels, adjacent flats, etc.) and provide finer spacing in areas of large spatial gradients. However, computational limitations always constrain the level of mesh detail.

The computational mesh for the present study was based on Najarian Associates previous model for the EPA/DRBC-sponsored study of the Delaware Estuary (DiLorenzo, 1992). However, the model's horizontal mesh was refined in the vicinity of the Refinery. This refinement allowed for the simulation of small-scale features in the study area (i.e., local shoreline features, the discharge canal, local gradients, secondary circulation patterns, etc.).

As noted above (sections 3.5.1 and 5.2.3), the relatively shallow Delaware Estuary is generally tidally dominated and well-mixed vertically. This allowed for the three-dimensional RMA-10 model to be applied with one layer in the vertical. The corner points of each element contained 3 nodal points in the vertical -- one at the surface, one at mid-depth and one at the bottom. Halfway between each corner node was a mid-side node with one nodal point at the surface and one at the bottom. Therefore, each quadrilateral element contained 20 nodal points and each triangular element contained 15 nodal points. The adapted one-layer model retains the capability of adding additional vertical layers, if needed, in future modeling studies.

A 00230



The resulting refined computational mesh is illustrated in Figure 6-1. The mesh extends from the head-of-tide at Trenton (RM 133.3) to the Cape May – Cape Henlopen transect RM 0.0 and approximately 17 miles seaward to an instrument mooring arc. The mesh contains a total of 3,548 computational nodes and 1,108 computational cells (elements). The finest element spacing is provided near the mouth of the Refinery's discharge canal, where nodal midpoints separations range from approximately 40 ft to 100 ft.

### 6.3 Hydrodynamic Model Inputs

RMA-10 requires additional model input in various forms, including: (1) nodal coordinates and depths; (2) time-series input data (boundary tides and tributary inflows); and (3) various "tuning" parameters such as bottom friction and turbulent exchange coefficients. Specifications for each of these data are provided below.

#### 6.3.1 NODAL WATER DEPTHS

In this study, nodal water depths were obtained from three sources: (1) NOAA navigation charts for the Delaware Estuary; (2) bathymetric survey data collected by Vandemark Lynch, Inc. in the near-field region; (3) bathymetric survey data collected by the U.S. Army Corps of Engineers within a few miles of the Refinery. The various data sets were referenced to a common vertical datum and checked for consistency.

#### 6.3.2 BOUNDARY TIDAL FORCING

Delaware Estuary tides are driven by external boundary conditions: sea level fluctuations at the ocean entrance. Thus, RMA-10 requires an input of representative "forcing functions" (e.g., time series of tidal elevations) at the model's seaward boundary. In this case – as in the previous DELEP study (DiLorenzo et al., 1993) -- the seaward boundary consists of a former instrument-mooring arc located approximately 17 miles offshore from the entrance to Delaware Bay. Both currents and salinities were sampled along this arc in an observational study conducted by Garvine (1991); the latter provided boundary condition data for the DELEP salt transport model (DiLorenzo et al., 1993).

Also in the previous DELEP study, tidal elevation boundary conditions were prescribed along each mooring arc node based on available NOAA predictions of hourly tidal elevations near the arc endpoints – at Ventnor City, New Jersey (at the northern end of the arc) and Ocean City, Maryland (at the southern end). Tidal elevations were prescribed at the other five arc nodes based on estimated amplitude and phase adjustments. A phase adjustment of approximately one-half hour (or less) was applied to the other arc nodes based on their relative distance from the nearest endpoint (DiLorenzo et al., 1993).

A 00231



Unfortunately, such NOAA data are no longer available for the Ocean City station, and the Ventnor station was relocated to nearby Atlantic City. Thus, in the present study, NOAA-predicted tidal elevations for Atlantic City were prescribed along the arc boundary, with the previously described phase adjustment. Also, a factor of 0.90 (i.e., 90%) was applied to the prescribed tidal elevations at offshore nodes along the arc to account for observed offshore decreases in the tidal range along the New Jersey shore (Swanson, 1976). Justification for these adjustments is provided by favorable model-to-data comparisons at the first interior monitoring station located at Lewes Delaware (nearly 20 miles landward of the Mooring arc), as described below (section 6.7).

Figure 6-2 displays time series of NOAA-predicted tidal elevations at NOAA's Atlantic City gauging station during the calibration period, along with the corresponding prescribed (i.e., adjusted) boundary condition. This 15-day (fortnightly) period encompasses a full spring-neap cycle in the tidal forcing.

Also as in the DELEP study, tidal elevations were prescribed at the model's other open boundary located at the western end of the C&D Canal (in the Upper Chesapeake Bay) at Town Point, Maryland. Representative tidal elevation data at this boundary were obtained from the nearest NOAA tide station located at Baltimore, Maryland -- approximately 95.3 miles southwest of Town Point. A phase adjustment between the Baltimore and Town Point stations was applied based, in this case, on published NOAA/National Ocean Survey Tide Table information. This approach was also adopted for the present study.

### 6.3.3 FRESHWATER INFLOWS

Besides boundary data, the model requires an input of freshwater inflow data. In RMA-10, tributary inflows are specified in terms of: (1) flow across a line forming a boundary of the estuary; or (2) flow into a grid element forming part of a boundary. In the previous DELEP study, such flows were based on observed daily flows at available USGS gauging stations located within the tributary drainage areas of the Delaware River watershed (Table 6-1). Daily flows for each of twenty four tributary drainage basins were estimated based on: (1) the measured flows at fifteen corresponding basin gauging stations; and (2) prorations of those flows by multiplying by the ratio of the total tributary drainage area to the gauged drainage area. For those tributary drainage basins without gauging stations (i.e., Frankford Creek, Big Timber Creek, Mantua Creek, Racoon Creek, Oldmans Creek, C&D Canal, Alloway Creek, Cohansey River, Murderkill River, Dennis Creek, Broadkill River), ratios from adjacent tributary basins were applied.

The two predominant inflows to the Estuary were contributed by the Delaware River (input at the head-of-tide at Trenton, New Jersey) and the Schuylkill River (input at the Fairmont Dam, about 9 miles upstream from the confluence with the Estuary). These inflows were specified in terms of flow across a specified boundary line in the previous model (Table 6-2).

A 00232



Other tributary inflows listed above were specified as flows into particular finite elements. Consistent with the level of detail in the model grid, several of these inflows were aggregated and entered into the same element. The aggregation of twenty-four tributary inflows to nine inputs (to elements or boundary lines) is shown in Table 6-2.

### 6.4 Hydrodynamic Model Calibration Process

Model calibration is a process whereby certain model input parameters are adjusted repeatedly until the model reproduces an observed set of data. Our DELEP model was previously calibrated with observed Delaware Estuary tide and salinity data. In the present study, this calibration was refined using additional tidal elevation and current data collected near the Refinery. In addition, the model's hydrodynamic transport component was calibrated by conducting a dye-tracer study of the Refinery's discharge plume.

The period selected for model calibration extends over the field-sampling interval: May 19-24, 2000. Using various model input parameters, the model was exercised repeatedly during this interval to simulate the tidal elevation response throughout the model domain, and the tidal current response near the Refinery.

As described above, the RMA-10 model was forced with a set of time-varying boundary conditions. Also, a set of *fixed* model-input parameters was selected: a time step of 15 minutes and a run time of one fortnight (about 15 days). In addition, a set of *adjustable* hydrodynamic parameters was selected (Table 6-3) following an approach adopted by Walters (1992). These tuning parameters were assumed to be spatially uniform within a limited number (four) of zones of varying morphology: (1) an ocean entrance/lower Bay zone extending approximately 39 miles landward from the mooring arc boundary to the lower Delaware Bay at RM 22; (2) a narrowing upper Bay zone extending from RM 22 to RM 57; (3) a meandering "triple-bend" zone of the Estuary extending from RM 57 to RM 65; and (4) an upper Estuary zone extending from RM 65 to the head-of-tide at RM 134.5.

Initially, the adapted RMA-10 model was exercised using tuning values selected from the previous DELEP study. Resulting simulated tidal elevations were then compared to observed tidal data at four interior stations. Also, simulated tidal currents near the Refinery were compared to the observed currents (Figure 5-4). This procedure was repeated until model results compared favorably with the observed data. The input parameters that resulted in the best fit were then selected as the RMA-10 calibration parameters. Final calibration values for the model's adjustable hydrodynamic parameters are displayed in Table 6-3.

### 6.5 Hydrodynamic Calibration Results

Figure 6-3 compares simulated vs. observed tidal elevation responses at four interior monitoring sites: Lewes (RM 1); Reedy Island (RM 54); Refinery (RM 61.7) and Philadelphia (RM 99). The tidal data at Lewes, Reedy Island and Philadelphia were obtained from NOAA; data near the Refinery were collected in this study (section 5).

A 00233

Overall, the model tracks the observed tidal-elevation variations, both in terms of amplitude and phasing (Figure 6-3). The model reproduces salient features of the tidal response, including the observed diurnal inequality in the tidal range and the spring-neap variation over the selected fortnight (i.e., the calibration interval). The model underestimates peak elevations in the Philadelphia region, well above the Refinery. However, the average discrepancies between observed and simulated elevation values are relatively small. As indicated in Table 6-4, the computed standard errors in elevation for all data points at each site range from 5.4% to 9.1% of the mean daily tidal range. Also, the correlation between simulated and observed elevations is high, ranging from 0.95 to 0.99.

The calibrated model also provided fair comparisons with observed tidal current data. Figure 6-3 (lower panel) displays simulated vs. observed longitudinal current speeds near the Refinery (site ADCP1). The model reproduces the overall timing of the current response, but under-predicts peak current speeds. However, the average discrepancies between observed and simulated current speeds are relatively small. As indicated in Table 6-4, the computed standard errors in current speed for all 387 data points is less than 10% of the mean daily current range. Also, the correlation between simulated and observed currents is high (about 0.92).

### 6.6 Transport calibration and dye-survey results

Suspended sediment transport within the local Delaware Estuary is regulated, in large part, by hydrodynamic transport processes (Section 3.3.3). For example, the field survey revealed significant longitudinal tidal displacements of the Station's discharge plume over each tidal cycle (e.g., Figures 5-7 through 5-14). Fine sediment particles suspended within this plume are likely to experience similar displacements.

To reproduce such patterns, the hydrodynamic transport component of RMA-10 was calibrated with dye-tracer data collected during the May 22, 2000 field survey. For this simulation, the prescribed dye loading time series was computed from the measured, instantaneous dye concentration in the Refinery's effluent and the Station's discharge rate. With this input, the adapted model was exercised for a spin-up period, the period of dye-injection, and the subsequent May 22, 2000 dye survey.

The resulting simulated dye plume was plotted and compared with corresponding transect data collected at four different phase intervals of the tide during the May 22, 2000 dye mappings. Figures 6-4 through 6-7 compare *observed* dye distribution maps (top left panels) collected at the four tidal phases and corresponding *simulated* distributions (three remaining panels in each figure). It should be noted that the observed dye-tracer distributions in these figures are not truly synoptic "snap-shots" (note the indicated sampling times for each transect). Each distribution was sampled over an extended mapping interval (3.7 hr for the max-ebb mapping, 1.9 hr for the low-slack mapping, 1.8 hr for the max-ebb mapping, and 2.1 hr for the high-slack mapping). As a result, the

A 00234



observed dye-distribution maps represent a composite distribution as the current speeds change during these intervals (Figure 5-6). For comparison, Figures 6-4 through 6-7 display simulated dye-tracer distributions at three specific times within each mapping interval.

Generally, the model reproduced salient features of the observed (composite) dye-tracer distributions for each tidal phase, including: (1) elevated near-field concentrations that decreased rapidly away from the Refinery; (2) the observed *longitudinal extent* of the plume; and (3) the shore-hugging nature of the plume. Note that reproduction of these features is important since a goal of this study is to delineate the extent of the plume's influence. The model did not reproduce fine-scale features of the plume, including the detailed lateral distribution and the exact location of the 200:1 dilution contour. However, this is expected due to the non-synoptic nature of the observed dye maps and the semi-empirical nature of the model formulation for turbulent transport and mixing. For example, the observed dye distribution for the max-ebb survey (Figure 6-4, top left panel) extends from 06:57-10:41, encompassing the time of max-ebb tide (about 08:00, Figure 5-6) and beyond. Both the observed and simulated distributions indicate a shore-hugging plume that extends longitudinally several miles below the C&D Canal, but with lateral discrepancies.

The dye mapping for the low-slack interval (Figure 6-5, upper left panel) actually occurred during the beginning-to-middle stages of the flooding tide (Figure 5-6). Consequently, the simulated plumes were largely confined to the region above the C&D Canal.

During maximum-flood tide (Figure 6-6), both the model and the data indicate that the plume extends about 4 miles upstream along the west shore of the Estuary. At high slack (Figure 6-7), both the observed and simulated plumes broaden somewhat, but have approximately the same longitudinal extent upstream. Accordingly, the model provides a reasonable tool for simulating longitudinal transport processes – a key issue for this study.

A 00235



## Table 6.1: Tributary inflows and corresponding USGS gauging stations

| River Mile | Tributary | Gauged Area sq. mi. | Total Area sq. mi. | Ratio of Areas | Corresponding Gauging Station |
|---|---|---|---|---|---|
| 134.3 | Delaware River | 6,780.0 | 6,780.0 | 1.00 | Delaware River at Trenton, NJ |
| 133.8 | Assunpink Creek | 89.4 | 95.8 | 1.07 | Assunpink Creek at Trenton, NJ |
| 128.41 | Crosswicks Creek | 83.6 | 168.4 | 2.01 | Crosswicks Creek at Extonville, NJ |
| 115.6 | Neshaminy Creek | 210.0 | 368.0 | 1.75 | Neshaminy Creek near Langhorne, PA |
| 111.1 | Rancocas Creek | 176.4 | 452.0 | 2.56 | N.B. Rancocas Creek at Pemberton, NJ |
| 104.6 | Frankford Creek | 210.0 | 58.1 | | Neshaminy Creek near Langhorne, PA |
| 101.6 | Cooper River | 17.1 | 77.2 | 4.51 | Cooper River at Haddonfield, NJ |
| 95.5 | Big Timber Creek | 56.3 | 79.3 | 1.41 | Great Egg Harbor River at Folsom, NJ |
| 92.5 | Schuylkill River | 1,893.0 | 1,909.0 | 1.01 | Schuylkill River at Philadelphia, PA |
| 89.7 | Mantua Creek | 56.3 | 78.2 | 1.39 | Great Egg Harbor River at Folsom, NJ |
| 82.9 | Chester Creek | 61.1 | 236.0 | 3.86 | Chester Creek near Chester, PA |
| 80.7 | Racoon Creek | 14.6 | 67.2 | 4.6 | Salem River at Woodstown, NJ |
| 77.0 | Oldmans Creek | 14.6 | 68.7 | 4.71 | Salem River at Woodstown, NJ |
| 70.7 | Christina River | 450.1 | 591.0 | 1.31 | (see note) |
| 58.9 | C&D Canal | 47.0 | 165.8 | 3.53 | Red Clay Creek at Wooddale, DE |
| 58.4 | Salem River | 14.6 | 114.5 | 7.84 | Salem River at Woodstown, NJ |
| 54.5 | Alloway Creek | 14.6 | 73.3 | 5.02 | Salem River at Woodstown, NJ |
| 37.8 | Cohansey River | 113.0 | 267.0 | 2.36 | Maurice River at Norma, NJ |
| 34.4 | Leipsic River | 31.9 | 167.0 | 5.24 | St. Jones River at Dover, DE |
| 23.7 | St. Jones River | 31.9 | 114.0 | 3.57 | St. Jones River at Dover, DE |
| 23.1 | Murderkill River | 31.9 | 174.0 | 5.45 | St. Jones River at Dover, DE |
| 21.0 | Maurice River | 113.0 | 374.0 | 3.31 | Maurice River at Norma, NJ |
| 17.3 | Dennis Creek | 113.0 | 128.0 | 1.13 | Maurice River at Norma, NJ |
| 2.00 | Broadkill River | 31.9 | 158.0 | 4.95 | St. Jones River at Dover, DE |

Notes:    Christina River gauged area (450.1) is the sum of the three gauged areas:
Red Clay Creek at Wooddale, DE (47.0)
White Clay Creek near Newark, DE (89.1) and
Brandywine Creek at Wilmington, DE (314).

A 00236



**Table 6.2: Aggregation of tributary and overland inflows and input to specified elements**

| River Mile | Tributary | RMA-10 Element | Gauged Area sq. mi. | Total Area sq. mi. | % Aggregation | Bank |
|---|---|---|---|---|---|---|
| 134.3 | Delaware River | line input | 6,780.0 | 6,780.0 | 98.61 | east |
| 133.8 | Assunpink Creek | line input | 89.4 | 95.8 | 1.39 | east |
| | | | | 6,875 | 100.00 | |
| | | | | | | |
| 128.41 | Crosswicks Creek | 469 | 83.6 | 168.4 | 14.99 | east |
| 115.6 | Neshaminy Creek | 469 | 210.0 | 368.0 | 32.75 | west |
| 111.1 | Rancocas Creek | 469 | 118.0 | 452.0 | 40.22 | east |
| 104.6 | Frankford Creek | 469 | 210.0 | 58.1 | 5.17 | west |
| 101.6 | Cooper River | 469 | 17.1 | 77.2 | 6.87 | east |
| | | | | 1,123.7 | 100 | |
| | | | | | | |
| 92.5 | Schuylkill River | line input | 1,893.0 | 1,909.0 | 100.00 | west |
| | | | | | | |
| 95.5 | Big Timber Creek | 384 | 56.3 | 79.3 | 27.03 | east |
| 89.7 | Mantua Creek | 384 | 56.3 | 78.2 | 26.65 | east |
| 80.7 | Racoon Creek | 384 | 14.6 | 67.2 | 22.90 | east |
| 77.0 | Oldmans Creek | 384 | 14.6 | 68.7 | 23.42 | east |
| | | | | 293.4 | 100.00 | |
| | | | | | | |
| 82.9 | Chester Creek | 347 | 61.1 | 236.0 | 28.54 | west |
| 70.7 | Christina River | 347 | 450.1 | 591.0 | 71.46 | west |
| | | | | 827.0 | 100.00 | |
| | | | | | | |
| 58.4 | Salem River | line input | 14.6 | 114.5 | 100.00 | east |
| | | | | | | |
| 54.5 | Alloway Creek | 165 | 14.6 | 73.3 | 21.54 | east |
| 37.8 | Cohansey River | 165 | 113.0 | 267.0 | 78.46 | east |
| | | | | 340.3 | 100.00 | |
| | | | | | | |
| 58.9 | C&D Canal | 155 | 47.0 | 165.8 | 21.29 | west |
| 34.4 | Leipsic River | 155 | 31.9 | 167.0 | 21.44 | west |
| 23.7 | St. Jones River | 155 | 31.9 | 114.0 | 14.64 | west |
| 23.1 | Murderkill River | 155 | 31.9 | 174.0 | 22.34 | west |
| 2.00 | Broadkill River | 155 | 31.9 | 158.0 | 20.29 | west |
| | | | | 778.8 | 100.00 | |
| | | | | | | |
| 21.0 | Maurice River | 114 | 113.0 | 374.0 | 74.50 | east |
| 17.3 | Dennis Creek | 114 | 113.0 | 128.0 | 25.50 | east |
| | | | | 502.0 | 100.00 | |

A 00237