

Figure 8-14: Calculated suspended sediment concentration at sediment sampling locations DR-6 to DR-10 using a Settling Velocity of $1 \times 10^{-5}$ m/s and constant release for 118 days (5 kg/m$^3$ of clay released from the mouth of the discharge embayment starting at hour 48 and ending on hour 2880).

A 00273



Figure 8-15: Calculated suspended sediment concentration at sediment sampling locations DR-2 to DR-5 and longitudinal current speed at ADCP site using a Settling Velocity of $1 \times 10^{-6}$ m/s and constant release for 118 days (5 kg/m$^3$ of clay released from the mouth of the discharge embayment starting at hour 48 and ending on hour 2880).

A 00274



**SIMULATION TIME (HOURS)**
━━━━━ **SUSPENDED SEDIMENT CONCENTRATION**

Figure 8-16: Calculated suspended sediment concentration at sediment sampling locations DR-6 to DR-10 using a Settling Velocity of $1 \times 10^{-6}$ m/s and constant release for 118 days (5 kg/m$^3$ of clay released from the mouth of the discharge embayment starting at hour 48 and ending on hour 2880).

A 00275



Figure 8-17: Simulated increase in bed elevation and longitudinal current speed at sediment sampling location DR-2 for the Model Scenario.

A 00276



Figure 8-18: Delaware River sampling sites and total sediment PAH values (ng/g) from 1999 summer sampling (Source: Battelle, 2001).

A 00277



Figure 8-19: Total sediment PAH distribution from year-2000 summer survey (Source: Battelle, 2001).

A 00278



Figure 8-20: Total sediment PAH distribution from year-2001 spring survey
(Source: Battelle, 2001).

A 00279



Figure 8-2l: Sediment % TOC at Mid-Field sites during year-2000 survey
(Source: Battelle, 2001)



Figure 8-22: Sediment % TOC at Mid-Field site during year-2001 survey (Source: Battelle, 2001).

A00281



Figure 8-23: Year-2000 Mid-field station data: PAH concentration vs. %TOC (Data Source: Battelle, 2001)

A 00282



**Figure 8-24:  Year-2000 Mid-field station data: TOC-normalized PAH concentration vs. % Silt/Clay**
(Data Source: Battelle, 2001)

A 00283



Figure 8-25: Simulated increase in bed elevation for a settling velocity of 0.005 m/sec for 0.0625 mm diameter sand particles.

A 00284



## 9.0 SUMMARY AND CONCLUSIONS

A model study was conducted to aid in evaluating potential aquatic ecological impacts due to Motiva's Delaware City Refinery. The first step in this study consisted of a comprehensive review of the physical characteristics of the receiving waters of the Delaware Estuary. The Delaware Estuary comprises all tidally inundated waters from the falls at Trenton, NJ to the mouth of Delaware Bay. This includes both the main stem of the Estuary – which extends approximately 133 miles – as well as all tidal tributaries. Gross morphologic features of the Delaware Estuary include a relatively deep entrance, a relict river channel, adjacent tidal shallows, a wide lower Bay, and a narrow upstream channel. The Estuary's funnel-shaped geometry concentrates upstream flows and contributes to the amplification of upper-Estuary tides.

The EPA delineated three regions within the Delaware Estuary based on general patterns of salinity, turbidity and biological productivity (EPA, 1995). The lowermost region, the Delaware Bay Zone, extends from the mouth of the Delaware Bay (RM 0) to Artificial Island, NJ (RM 50). The Delaware Bay Zone is characterized by relatively high salinity, low turbidity and high biological productivity. Approximately 90% of the primary productivity occurs within this Zone (Pennock and Sharp, 1986). In contrast, the Transition Zone (i.e., RM 50-RM 80) is a region of relatively high turbidity, variable salinity (0-18 parts per thousand, ppt) and low productivity. Motiva's Delaware City Refinery is located within the Transition Zone at RM 61.7. This location separates the Refinery from some of the most productive regions of the Estuary and provides enhanced tidal currents for plume dilution. The uppermost region, the freshwater Tidal River Zone, extends 53 miles from the head-of-tide at Trenton, NJ (RM 133) to Marcus Hook, PA (RM 80). Over the years, this zone experienced severe impacts due to industrialization, development and other anthropogenic influences.

Delaware Estuary tides are predominantly semi-diurnal. Mean tidal ranges vary from approximately 4.25 ft near the mouth to 8.25 ft at Trenton, an approximate two-fold amplification. Delaware Estuary tides also vary over fortnightly periods (14.7 days). Maximum astronomical tidal ranges occur during both full-moon and new-moon phases ("spring" tides); minimum ranges occur about half way between ("neap tides"). For example, the spring tidal range at Reedy Point (RM 58.9) is about 1.8 m (6.0 ft), about 9% above the mean range of 1.7 m (5.5 ft).

The total, annually averaged freshwater inflow to the Delaware Estuary is approximately 20,364 cfs. The ratio of the mean tidal volume flux (at the mouth) to the mean freshwater inflow is approximately 226-to-1. Due to the relatively large tides throughout the Delaware Estuary – and associated vertical mixing processes -- vertically salinity variations are often weak throughout this relatively shallow estuary (average depth 5.8 m or 19 ft). Thus, under mean-inflow conditions, the Delaware Estuary has been classified as a vertically homogeneous Estuary.

A 00285



Under high-flow conditions, the limit of salt intrusion (as represented, for example, by the 1 ppt isohaline) is displaced seaward to the C&D Canal area (RM 59), and brackish waters (<25 ppt) enter mid-Delaware Bay. Under typical low-flow conditions, the same 1 ppt isohaline intrudes landward to the Chester, PA area (RM 83), while brackish waters intrude to the head of Delaware Bay. Large seasonal salinity variations occur near the Refinery, perhaps limiting this region of the Estuary to species that are tolerant to salinity changes.

Estuarine fluxes of salt and particulate matter are regulated by physical transport processes. These include both: (1) advection processes that carry waterborne constituents at the ambient flow velocity; and (2) dispersion processes that spread constituents due to the combined effects of velocity shears and random motions. For suspended sediment transport, both particle settling and deposition/erosion introduce additional degrees of freedom (i.e., sources or sinks) into the constituent transport balance.

Literature studies suggest that the Delaware Estuary contains two turbidity maxima that move up and down the Estuary and are centered at salinities of 1-3 ppt and 7.5-10 ppt. The low-salinity turbidity maximum is dominated by individual particles having a mean diameter of 3 microns, though there are aggregated particles up to 100 microns in diameter. These suspended sediments contain about 1-4% carbon. Suspended particles in the down-estuary turbidity maximum consist of aggregated particles held together by an organic matrix having a mean diameter of 12 microns, a maximum diameter of 125 microns, and a carbon content of about 1-4%. Seaward of the turbidity maxima, the population of suspended particles is dominated by individual particles having 10-20 micron diameters and carbon content ranges from 4-9%.

Delaware Estuary water quality conditions vary both spatially and temporally in response to natural and anthropogenic influences. Physical factors such as tides, wind, and freshwater inflows induce water quality variability at time scales ranging from several minutes to years. Subtidal volume exchange processes -- between the Delaware Estuary and either the adjacent Atlantic Ocean or upper Chesapeake Bay via the C&D Canal -- induce variability at time scales ranging from days to weeks (Wong and Garvine, 1984; Najarian et al. 1980). Seasonal variations in freshwater inflow influence the rate of nitrification in the Delaware Estuary (Wofsy et al. 1981). Biochemical processes may act in concert with hydrodynamic and seasonal controls. Superimposed on this natural continuum, human activities influence estuarine water quality at both short and long time scales. Short-term events such as oil spills may occur over periods of hours to days, but their effects may linger for months or years. Long-term water quality trends in the Delaware Estuary may be linked to factors such as sewage treatment plant upgrades (Albert, 1988) and coal mining activities (Tarr and McCurley, 1984).

The Delaware Estuary has a long history of pollutant loadings from both point and nonpoint sources. By 1917, the Estuary received the mostly untreated sewage from an aggregate population of more than two million (Tarr and McCurley, 1984). By 1941, a 22-mile portion of the Estuary surrounding the Philadelphia-Camden areas was subject to

A 00286



gross pollution, with an average dissolved oxygen concentration of about 8% of the saturation level. These historic depletions of DO were caused primarily by bacterial respiration during consumption of the largely untreated sewage that entered the Estuary during the first half of the century (Sutton et al. 1996). In particular, about 40% of the oxygen decrease during the period 1967-1993 was attributed to ammonium oxidation to nitrate (Santoro, 1998).

Presently, the Delaware watershed has approximately 1,450 industrial and municipal wastewater dischargers, 162 of which are located along the Estuary. Major municipal dischargers are located along the main stem Estuary between RM 90 and RM 104. These include the following: Philadelphia-Southwest (design capacity 200 mgd), Camden County MUA (80 mgd), Philadelphia-Southeast (112 mgd) and Philadelphia-Northeast (210 mgd). Industrial dischargers are distributed along the middle and upper Delaware Estuary. However, the largest industrial dischargers include PSEG Salem, Motiva Enterprises, LLC, BP-Oil, and Dupont-Chamber Works and are located within the vicinity of the Estuary's Transition Zone (RM 53-80).

Combined sewer overflows (CSO's) -- point-source discharges that combine untreated wastewater and stormwater runoff -- are prevalent in the Tidal River Zone of the Delaware Estuary. Philadelphia, Pennsylvania alone has 176 CSO discharge points; Camden County, New Jersey has 36 (DRBC, 1988). CSOs represent a significant source of oxygen demanding wastesfecal coliforms and various other pollutants.

The Estuary's municipal and industrial dischargers have State or National Pollution Discharge permits and associated monitoring plans to control pollutant discharges. Substantial upgrades to most sewage treatment plants (STPs) were made during the 1970s and 1980, reducing the loading of biochemical oxygen demand and pollutants to the Delaware Estuary. These upgrades were the principal cause of the improvements seen in Delaware Estuary water quality during the 1970s and 1980s.

During the period of major STP upgrades (1970s and 1980s), turbidity levels, ammonia concentrations, total phosphorous concentrations and fecal-coliform levels decreased significantly over most of the Delaware Estuary. At the same time, dissolved oxygen concentrations increased significantly within the Transition Zone and Lower Tidal River Zone

At the DRBC sampling station closest to the Refinery (Pea Patch Island, RM 60.5), the median total suspended solids concentration (TSS or TNRES) during the historical period (1967-2000) was 42 mg/l. The historical range varied from 4 mg/l to 139 mg/l. For the most recent decade (1990-2000), the median TSS concentration was 38 mg/l. The corresponding TSS range for 1990-2000 was 9 mg/l to 139 mg/l. Seasonally, the greatest range of TSS values at Pea Patch Island occurred during the month of May; the smallest range during December through February (Figure 4-11).

A 00287



Turbidity levels peak in the Transition Zone (RM 50-80) -- an area of relatively strong tidal currents and resuspension of fine-grain sediments. The Transition Zone is also an area where collodial particles aggregate (flocculate) due to the mixing of fresh and brackish waters.

Sediment concentrations of chromium, copper, lead and zinc sampled by the DRBC (1994a) all exceeded sediment effects levels at stations within the stretch of the lower Tidal River Zone between RM 80-RM 115. At RM 56.3 (approximately 5 miles south of the Refinery), sediment metals levels were generally lower than those observed farther upstream. Possible sources of these metals include the following: municipal and industrial discharges, stormwater runoff, atmospheric input, and natural sources. (Santoro 1998).

DRBC indicated that sediment total PAHs were contaminants of concern in all estuarine zones. Sources of PAHs in estuarine sediments include the combustion of fossil fuels as well as direct petroleum sources. The data of Costa and Sauer (1994) indicate that total PAH concentrations range from < 2,000 ng/gdw near False Egg Island Point (RM 24.2) to over 40,000 ng/gdw near Darby Creek (RM 84.5). Concentrations were generally above 10,000 ng/gdw in the upper Estuary at various locations (Raccoon Creek to above Philadelphia).

Costa and Sauer (1994) found PCBs in the sediments throughout the Estuary in concentrations that ranged from less than 50 ng/gdw to over 250 ng/gdw and exceeded the No Observed Effect Level (NOEL) at 14 of the 16 stations. Highest concentrations were measured in the most urbanized section of the Estuary between Chester, PA and Trenton, NJ (PSEG, 1998).

Following these historical reviews, a hydrodynamic field-monitoring program was conducted. These field investigations consisted of the following: (1) continuous monitoring of both tidal elevations and current velocities near the Refinery; (2) dye tracer mapping of the Refinery's discharge plume; (3) vertical profiling of conductivity and temperature; and (4) side scan sonar surveys and coordinated sediment grain size analyses.

A maximum tidal range of approximately 6.0 ft was observed near the Refinery during the sampling period (May 18-23, 2000). Maximum tidal current up to about 90 cm/sec (1.8 knots) were monitored at the ADCP station over the sampling period. Also, the observed currents speeds were nearly vertically uniform.

The dye-tracer experiments were conducted to quantify the transport and dilution of the Refinery's discharge plume and, thus, facilitate the adaptation of a transport model. Plume transport and dilution was monitored by: (1) continuously injecting a fluorescent dye tracer into the Refinery's discharge at a controlled rate; (2) monitoring the resultant dye concentrations within the receiving waters; and (3) mapping the horizontal and vertical distribution of the resultant dye plume at different tidal phases.

A 00288



The resulting maximum-ebb mapping revealed a nearly vertically homogeneous, *shore-hugging* plume that extended approximately 7 miles downstream and only about 1 mile upstream. The low-slack tide mapping revealed a plume extending approximately 5 miles downstream and only about 1 mile upstream. Near Pea Patch Island, the outer edge of the plume extended further offshore than in the previous (max-ebb) survey. However, the core area of the plume was confined close to the shoreline zone near the mouth of the discharge Canal and Red Lion Creek. The maximum-flood sampling revealed a tongue of diluted dye extending approximately 3 miles upstream, centered in the vicinity of a false channel. Also, the core area of the plume was confined close to the shoreline zone, but extended northward nearly two miles further than in the previous survey. Also, the outer edge of the max-flood plume extended downstream only about 2 miles. The high-slack survey revealed a similar but somewhat enlarged downstream plume area owing to the current reversals during the sampling interval.

Overall, the core region of the plume (e.g., Dilution=20 or less) remained trapped near the western shoreline in each of the four surveys. The maximum extent of this region was about four miles southward and three miles northward.

The vertical profiling of conductivity and temperature near the Refinery on May 22, 2000 revealed salinities varying from approximately 0-1 ppt at the six monitoring sites. Also, like vertical velocity variations, vertical salinity variations at each station were small, approximately 1 ppt or less. For the observed salinity range (0-1 ppt) and temperature ranges (18.80°C - 19.16°C at the Estuary profiling stations; 27.33°C - 27.35°C in discharge canal) corresponded to a maximum vertical density variation of less than 0.001 g/cc (1 kg/m$^3$). Hence the observed *vertical* density variations (and associated baroclinic pressure gradients) are likely to contribute insignificantly to local circulation patterns.

The grain-size analyses performed on the 24 sediment grab samples collected throughout the study area revealed that most area sediments fall in the very fine sand-silt category. The side scan sonar imagery was reviewed in conjunction with the sediment sample descriptions and grain-size analyses. Based on this review, bottom sediments were characterized predominantly as "aqueous silty/mud" and "compact silt/clay." Along the shoreline, some coarser materials (fine sand and some gravel) were observed.

The measured dye concentration data, along with continuous measurements of tidal elevation and salinity, were used to adapt both a three-dimensional, finite-element hydrodynamic model (RMA-10) and a coupled constituent transport model to the study area. Previously, these models were employed by Najarian Associates in: (1) a hydrodynamic and salinity intrusion study of the entire Delaware Estuary sponsored by the U.S. EPAs Delaware Estuary Program (DiLorenzo, 1993); and (2) a hydrodynamic and salinity intrusion study of the Hudson River Estuary sponsored by the Hudson River Foundation for Science and Environmental Research (DiLorenzo et al., 1999).

A00289

The model's computational mesh utilized in the previous Delaware Estuary Program study extends from the head-of-tide at Trenton (RM 133.3) to the Cape May – Cape Henlopen transect RM 0.0 and approximately 18 miles seaward to an instrument mooring arc. For this application, this mesh was refined in the area of the Refinery. The resulting mesh contains a total of 3,548 computational nodes and 1,108 computational cells (elements). The finest element spacing is provided near the mouth of the Refinery's discharge canal, where nodal midpoints separations range from approximately 40 ft to 100 ft.

Input for the adapted RMA-10 model included: (1) nodal coordinates and depths; (2) time-series input data (boundary tides and tributary inflows); and (3) various "tuning" parameters such as bottom friction and turbulent exchange coefficients. With these inputs, the previous RMA-10 model calibration was further refined using additional tidal elevation and current data collected near the Refinery. In addition, the model's hydrodynamic transport component was calibrated through comparisons with the dye-tracer mapping data.

The resulting calibrated model further delineated the physical extent of the Refinery's discharge plume under a range of ambient conditions. However, an understanding of the physical transport of particle-bound contaminants such as PAHs requires an understanding of sediment transport processes. Accordingly, a companion sediment transport model (SED2D-WES) was adapted to the study area. The linked RMA-10 and SED2D-WES models were then used to simulate the transport of suspended sediments that were discharged from the Refinery Estuary. Ambient conditions for these simulations consisted of mean River discharge and a 118-day period of semi-diurnal, diurnal and fortnightly varying tides. Model input for these simulations included a sample median value (0.07 cm/sec) for the silt/clay settling velocity as well as a range of alternate values. Fine sand particles were also simulated using a higher settling velocity (0.5 cm/sec).

In general, the model indicated that coarse particles (e.g., sands) discharged from the Refinery tended to settle out rapidly, while fine silt/clay particles were transported beyond the near-field zone. For the specified median (and higher) settling velocities, discharged silt/clay sediments accumulated in the vicinity of the Refinery and in adjacent areas to the north (Hamburg Cove) and the south (Bulkhead Shoal Channel). Simulated increases in bed elevation occurred primarily during slack water intervals, when deposition processes were dominant.

As the prescribed settling velocity was decreased below the sample median value (0.07 cm/sec), discharged particles were transported further from the Refinery, both longitudinally and laterally. The longitudinal extent of sediment accretion was limited to a distance of one tidal excursion (or less) from the Refinery (i.e., within the up-estuary and down-estuary extent of the dye plume). This result is significant inasmuch as the locations of triad sampling sites, to date, are within these bounds. Also, the model simulated limited sediment accretion on the east side of the Estuary in areas of weak

A 00290



circulation (i.e., near Salem Cove). Moreover, the quantity of material remaining in suspension increased as the prescribed settling velocity decreased.

Simulated areas of sediment accretion may correspond to areas where sediment-associated contaminants such as PAHs may accumulate, especially when organic carbon is available. Accordingly, sediment PAH field data and % TOC distributions sampled by the University of Maryland during 1999, 2000 and 2001 were examined in light of the model scenario results. These examinations revealed heterogeneous sediment PAH distributions and several isolated "hot spots." Highest sediment PAH concentrations were observed: (1) outside the near-field zone but within one tidal excursion of the Refinery; and (2) in regions of relatively high % TOC and, in some cases, weak circulation.

In each survey, sediment total PAH concentrations exceeded 3,000 ng/g dry wt throughout the Hamburg Cove region (just upstream from the Refinery). In the year-2000 survey, % TOC in Hamburg Cove ranged from a relatively low value of 1.35 to a maximum of 3.62. The model simulated significant sediment accretion in this area, with an up-estuary gradient. Thus, the Refinery likely influences sediment quality in this region. Note that this area contained numerous triad monitoring stations in the year-2000 summer survey.

On the opposite side of the Estuary, relatively high sediment PAH concentrations of 18,618 ng/g and 16,019 ng/g were measured in the Salem Cove and Goose Island Flats regions, respectively, during the summer-2000 field survey. In these regions of weak simulated currents and relatively high % TOCs, the model simulated significant increases in bed elevation only for the case of low (sub-median) silt/clay settling velocities. Thus, although the model indicates that the bulk of the discharged particles are deposited in both the near-field region and Hamburg Cove area, the model suggests that some discharged particles (and particle-bound contaminants) may be deposited in the Salem Cove and Goose Island Flats region, especially if they do not form more rapidly settling clusters. However, limited sampling data collected by the Maryland Geological Survey suggests that local silt/clay sediments are dominated by aggregated clusters (Appendix A).

The highest sediment PAH concentrations of 15,500 ng/g, 30,886 ng/g and 16,658 ng/g were sampled in the Reedy Island Bar region (down-estuary of the C&D Canal) during the 1999, 2000 and 2001 surveys, respectively. This region exhibited relatively high % TOC values ranging from 1.56-4.70 and weak average currents. This region also coincided with the southern terminus of the sampled dye plume during the ebb tide, corresponding to a down-estuary displacement of approximately one tidal excursion. However, this region does not correspond to a simulated area of sediment accretion. Thus, the model suggests that this region may be impacted by other pollutant sources.

Overall, the model results support the siting of the triad sampling. This includes both the numerous mid-field stations as well as the most distant up-estuary and down-estuary

A00291



stations included in the year-1999 summer survey.  Also, the study results highlight the importance of organic carbon content in determining areas of sediment contamination.

A 00292



## SECTION 10. REFERENCES

Ackers, P., and White, W.R., 1973.  Sediment transport: new approach and analysis.
    *ASCE, Jour. Hydr. Div.,* No. HY11, pp. 2041-2060.

Albert, R.C., 1988.  The historical context of water quality management for the Delaware
    Estuary. *Estuaries.* 11:99-107.

Abraham, D.D., 1991.  Analysis and verification of a three-dimensional hydrodynamic
    numerical model.  MS Thesis, Texas A&M University, 93 pp.

Academy of Natural Sciences of Philadelphia (ANSP), 1991.  Status and Trends of Toxic
    Pollutants in the Delaware Estuary. Delaware Estuary Program Report No. 91-14.
    ANSP, Patrick Center for Environmental Research, Philadelphia, Pennsylvania.

Ayers, M., Woolock, D., McCabe, G., and G. Tasker, 1994.  Sensitivity of water
    resources in the Delaware River Basin to climate variability and change.  USGS
    Water Supply Paper 2422, 42 pp.

Battelle, 2001.  Motiva-  Monthly effluent sampling study for 2000.
    Battelle Duxbury Operations, Duxbury, MA.

Bender, L., and K.C. Wong, 1993.  The effect of wave-current interaction on tidally
    forced estuarine circulation. *J. Geophys. Res.* 98(C9):16,521-16,528.

Bachman, J., and M. Ferrari, 1995.  Quality and Geochemistry of Groundwater in New
    Castle County, Delaware.  USGS-Geo Survey Report of Investigation No. 52.

Biggs, R.B., J. Sharp, and T. Church, 1983.  Optical properties, suspended sediments and
    chemistry associated with the turbidity maxima in Delaware Bay. *Can. J. Fish.
    Sci.* 40:172-179.

Biggs, R.B., and T. Church. 1984.  Bottom sediments. In *The Delaware Estuary* (J.
    Sharp, ed). University of Delaware Sea Grant Program. Newark, Delaware.

Bogle, G.V., Valioulis, I.A., and L. Meiorin, 1993.  Estimation of far-field dilution in
    ocean waste discharges. *ASCE, J. Wtwry., Port, Cstl. and Oc. Engnr., 119: 15-29.*

BOSS International, Inc., 1998.  BOSS SMS Surfacewater Modeling System Users
    Manual. BOSS International, Inc., Madison, WI.

Church, T.M., 1986.   Biogeochemical factors influencing the residence time of
    microconstituents in a large tidal estuary, Delaware Bay.  *Mar. Chem.,* 18: 393-
    406.

A 00293

Church, T. M., J. M. Tramontano and S. Murray, 1986.  Trace metal fluxes through the Delaware Estuary.  In: Proc. of Int'l. Council for Exploration of the Sea (ICES) Symposium. "Contaminant Fluxes through the Coastal Zone," Nantes, France, May 1984.  Rapp. P.-v Reun. Cons. int. Explor. Merc., 186:271-276.

Costa, H.J., and T.C. Sauer, 1994.  Distributions of Chemical Contaminants and Acute Toxicity in Delaware Estuary Sediments. Final Report. Delaware Estuary Program Report No. 94-08. U.S. EPA Region III, Philadelphia, Pennsylvania.

Cronin, L.E., J. Daiber, and E. Hurlburt, 1962.  Quantitative seasonal aspects of zooplankton in Delaware Bay.  *Ches. Sci.* 3(2):63-93.

DiLorenzo, J.L., Huang, Thatcher, M.L., and T.O. Najarian, 1992.  Effects of historic dredging activities and water diversions on the tidal regime and salinity distribution of the Delaware Estuary.  U.S. EPA Delaware Estuary Program Preliminary Characterization and Research Topic 5: Long-Term River Flow and Circulation Studies.  Submitted to Delaware River Basin Commission, West Trenton, NJ, 123 pp.

DiLorenzo, J.L., Huang, P., Thatcher, M.L., M. ASCE and T.O. Najarian, 1993.  Dredging impacts on Delaware Estuary tides.  In *Estuary and Coastal Modeling III. Proceedings of the 3rd International Conference* (Spaulding, M.L., Bedford, K., Blumberg, A., Cheng, R., and C. Swanson, eds.), 86-104. Waterway, Port, Coastal and Ocean Div./ASCE.

DiLorenzo, J.L., Huang, P., Ullman, D., and T.O. Najarian, 1999.  Hydrologic and anthropogenic controls on the salinity distribution of the middle Hudson River Estuary.  Prepared for the Hudson River Foundation for Science and Environmental Research, New York, NY.

Delaware River Basin Commission (DRBC), 1987.  Sediment oxygen demand study. Delaware Estuary Use Attainability Project, Delaware River Basin Commission, West Trenton, New Jersey, 54 pp.

DRBC, 1988a.  Combined Sewer Overflow Report, DEL USA Project Element 8. Delaware Estuary Use Attainability Project, Delaware River Basin Commission, West Trenton, New Jersey.

DRBC, 1988b.  The Delaware River Basin Stream Mileage System.  Delaware River Basin Commission, West Trenton, New Jersey.

DRBC, 1990.  Current status of allocations, Delaware Estuary.  DRBC, West Trenton, New Jersey.

DRBC, 1994a.  Sediment contaminants of the Delaware Estuary. Estuary Toxics Management Program. DRBC, West Trenton, New Jersey.

A 00294



DRBC, 1994b. Delaware River and Bay water quality assessment: 1992-1993 305(b) Report. DRBC, West Trenton, New Jersey.

DRBC, 1996. Delaware River and Bay water quality assessment: 1994-1995 305(b) Report. DRBC, West Trenton, New Jersey.

DRBC, 1998a. Delaware River and Bay water quality assessment: 1996-1997 305(b) Report. DRBC, West Trenton, New Jersey.

DRBC, 1998b. Study of the loadings of polychlorinated biphenyls from tributaries and point sources discharging to the tidal Delaware River. Estuary Toxics Management Program, Delaware River Basin Commission, West Trenton, New Jersey.

EPA, 1995a. EMAP- Estuaries Virginian Province 1990-1993. Statistical Summary. June. 72 pp. (Database received from M. Hughs, Signal Corporation).

EPA, 1995b. The Delaware Estuary. Discover its Secrets. A management plan for the Delaware Estuary. Delaware Estuary Program Policy Committee, Draft Comprehensive Conservation and Management Plan, January, 1995.

Fisher, H.B., List, E.J., Koh, R.C., Imberger, J. and N.H. Brooks, 1979. <u>Mixing in inland and coastal waters</u>. Academic Press, New York, 483 pp.

Fisher, T.R., L.W. Harding, Jr., D.W. Stanley, and L.G. Ward, 1988. Phytoplankton, nutrients, and turbidity in the Chesapeake, Delaware, and Hudson Estuaries. *Estuar. Coastal Shelf Sci.* 27:26-93.

Frithsen, J.B., D.E. Strebel, S. Schreiner, and T. Schawitsch, 1995. Estimates of Contaminant Inputs to the Delaware Estuary. Report prepared for the Delaware Estuary Program, c/o Delaware River Basin Commission. Prepared by Versar, Inc. U.S. EPA Region III., Philadelphia

Garvine, R.W., 1991. Sub-tidal frequency estuary shelf interaction: Observations near Delaware Bay. *J. Geophys. Res.* 96(C4):7,049-7,064.

Garvine, R.W. R. McCarthy, and K.C. Wong, 1992. The axial salinity distribution in the Delaware Estuary and its weak response to river discharge. *Estuar. Coastal Shelf Sci.* 35:157-165.

Geyer, W.R., and H. Nepf, 1996. Tidal pumping of salt in a moderately stratified estuary. In *Buoyancy Effects on Coastal and Estuarine Dynamics, Coastal and Estuarine Studies* (American Geophysical Union.). 53:213-226.

A 00295



Gibbs, R. 1985. Estuarine flocs: their size, settling velocity and density. *Jour. of Geophys. Res.*, 90: 3,249-3,251.

Gottholm, B.W., M.R. Harmon, D.D. Turgeon, and S. Frew, 1994. Assessment of chemical contaminants in the Chesapeake and Delaware Bays. National Status and Trends Program, NOAA, Silver Spring, Maryland.

Greene, R.W., and R.W. Miller, 1994. Summary and assessment of polychlorinated biphenyls and selected pesticides in striped bass from the Delaware Estuary. Final Report, Project No. AFC-5. Delaware Department of Natural Resources and Environmental Control , Dover, Delaware.

Harding, L.W., B.W. Messon, and T.R. Fisher, Jr., 1986. Phytoplankton production in two east cost estuaries: Photosynthesis-light functions and patterns of carbon assimilation in Chesapeake and Delaware Bays. *Estuar. Coastal Shelf Sci.* 23:773-806.

Hauge, P., 1993. Polychlorinated biphenyls (PCBs), chlordane, and DDTs in selected fish and shellfish from New Jersey waters, 1988-1991: Results from New Jersey's Toxics in biota monitoring program. New Jersey Department of Environmental Protection and Energy, Division of Science and Research, Trenton, New Jersey.

Hires, R.I., G. Mellor, L. Oey, and R. Garvine, 1984. Circulation of the estuary. In *the Delaware Estuary* (J.H. Sharp, ed.). University of Delaware Sea Grant Program, Newark, Delaware.

Huzzey, L.M., 1988. The lateral density distribution in a partially mixed estuary. *Estuar. Coastal Shelf Sci.* 9:351-358.

Hsieh, B.B., and B.H. Johnson, 1991. Sensitivity of flow and salt transport to uncertainties at open boundaries: A 3-D experience. In *Estuary and Coastal Modeling, 2nd International Conference* (M.L. Spaulding, ed.), November 13-15, 1991. Tampa, Florida. WW Division of the American Society Civil Engineers.

Jacobsen, T.R., S.L. Friant, and T.M. Church, 1989. Toxicants in the water-column, sediments, and biota of the Delaware River Estuary. In *The State of the Delaware Estuary* (J.H. Sharp, ed.), 31-62. Delaware Estuary Program Workshop. October 19, 1989, Philadelphia. College of Marine Studies, University of Delaware, Newark.

Keiner, L., and X. Yan, 1997. Empirical Orthogonal function analysis of sea surface temperature patterns in Delaware Bay. *Trans. IEEE.* 35(5):1,299-1,306.

Kennish, M.J. and B.E. Ruppel, 1996a. PCB contamination in selected estuarine and coastal marine finfish and shellfish of New Jersey. *Estuaries* 19:S288-296.

A 00296



Kennish, M.J., and B.E. Ruppel, 1996b.  DDT contamination in commercially and recreationally important finfish and shellfish species from estuarine and coastal marine waters of New Jersey. *Arch. Environ. Contam. Toxicol.* 31:256-262.

King, I.P., 1985.  Strategies for finite element modeling of three Dimensional Hydrodynamic systems. *Advances in Water Resources*, 8: 69-76.

King, I.P., and L.C. Roig, 1988.  Two-dimensional finite-element models for flood plains and tidal flats.  Proceedings of Computational Methods in Flow Analysis (H. Niki, and M. Kawahara, eds.), Okayama University of Science, Japan.

King, I.P., and R.R. Rachiele, 1989a.  Multi-dimensional Modeling of Hydrodynamics and Salinity in San Francisco Bay. In: *Estuarine and Coastal Modeling III. Proceedings of the 1st International Conference* (Spaulding, M.L., ed.), pp. 511-521. Waterway, Port, Coastal and Ocean Div./ASCE.

King, I.P., and R.R. Rachiele, 1989b.  Simulation of impact of channel widening in San Francisco Bay using a three dimensional stratified flow model.  Prepared for Waterways Experiment Station, U.S. Army Corps of Engineers.

King, I.P., 1993.  Sydney deepwater outfalls environmental monitoring program post-commission phase - RMA-10 - A finite element model for three-dimensional density stratified flow.  Report for Australian Water and Coastal Studies PTY LTD on behalf of NSW Environmental Protection Authority, Bankstown, NSW.

King, I.P., Pierson, W.L., and B.A. Cathers. 1993.  Modeling of deep water outfall plumes in the East Australian Coastal Ocean. In *Estuary and Coastal Modeling III. Proceedings of the 3rd International Conference* (Spaulding, M.L., Bedford, K., Blumberg, A., Cheng, R., and C. Swanson, eds.), 71-85. Waterway, Port, Coastal and Ocean Div./ASCE.

King, I.P., and J.F. DeGeorge, 1995.  Multi-dimensional modeling of water quality using the finite difference method. In *Estuary and Coastal Modeling. Proceedings of the 4th International Conference* (Spaulding, M.L., and A., Cheng, eds.), 340-354. Waterway, Port, Coastal and Ocean Div./ASCE.

Lawler, Matusky & Skelly Engineers (LMS), 1990.  Modeling and Data Assessment of Dilution of Chambers Works Discharge in the Delaware River. Task A III Report.

Letter, J.V., Roig, L.C., Donnell, B.P., Thomas, W.A., McAnally, W.H., and S.A. Adamec, 1998.  A user's manual for SED2D-WES, a generalized computer program for two-dimensional, vertically averaged sediment transport.  U.S. Army Corps of Engineers Waterways Experiment Station, Vicksburg, MS., 81 pp.

A 00297

Marino, G.M., DiLorenzo, J.L., Litwack, H.S., Najarian, T.O., and M.L. Thatcher, 1991. General Water Quality Assessment and Trend Analysis of the Delaware Estuary. Prepared for the USEPA Delaware Estuary Program, Preliminary Characterization and Research Topic 1.

McAnally, W.H., Letter, J.V., Stewart, J.P., Thomas, W.A. and N.J. Brogdon, 1984. Application of Columbia hybrid modeling system. *ASCE J. Hydr. Engnr.*, 110: 627-642.

McAnally, W.H., and W.A. Thomas, 1990. TABS-2 Model users manual, U.S. Army Corps of Engineers, Vicksburg, MS.

Means, J.C., 1997. Report to United States District Court District of Delaware for Chief Judge Joseph Longobardi in the matter of: Natural Resources Defense Council and Delaware Audubon Society vs. Texaco Refining and Marketing, Inc.

MacArthur, R.C., Dexter, J.R., Smith, D.J., and I.P. King, 1990. Two dimensional finite element simulation of the flooding characteristics in Kawainui Marsh, Hawaii. Proceedings of the 1990 ASCE Conference of Hydraulic Engineering, San Diego, California.

Miller E.W., 1988. Physical environment of the Delaware Basin. In: *Ecology and Restoration of the Delaware River Basin* (S.K. Majumdar, E.W. Miller, and L.E. Sage, eds.), 1-29. Pennsylvania Academy of Science.

Munchow, A., and R.W. Garvine, 1993. Dynamical properties of a buoyancy-driven coastal current. *J. Geophys. Res.* 98:20,063-20,077.

Najarian Associates, 1999. New Jersey Pollutant Discharge Elimination System (NJPDES) Permit (No. NJ0005622) Renewal for the Salem Generating Station - Section 316(a) Demonstration, Appendix C, Attachment C-15, General water quality assessment and trend analysis of the Delaware Estuary. Report submitted to NJDEP by PSE&G, Newark, New Jersey.

Najarian Associates, 2000. Hydrothermal Modeling studies to support PSEG's section 316(a) demonstration for the Mercer Generating Station. Report submitted to NJDEP by PSEG, Newark New Jersey.

Najarian, T.O., M.L. Thatcher, and D.R.F. Harleman, 1980. C & D Canal effect on salinity of Delaware Estuary. *ASCE J. Waterway Port Coastal and Oceanic Div.*, 106: 1-17.

New Jersey Department of Environmental Protection (NJDEP), 1998. 1998 Identification and setting of priorities for section 303(d) water quality limited waters in New Jersey. Draft Report dated February 17, 1998. State of New Jersey, Department of Environmental Protection, Trenton, New Jersey.

A 00298

Norton, W.R., King, I.P., and G.T. Orlob, 1973. A finite element model for lower granite reservoir. Report to the U.s. Army Corps of Engineers, Walla Walla Disrtict.

National Oceanic and Atmospheric Administration (NOAA), 1987. Delaware River and Bay tidal circulation and water level forecast atlas, Estuarine and Ocean Physics Branch, Physical Oceanography Division, Office of Oceanography and Marine Assessment, National Ocean Service, 49 pp.

NOAA, 1994. Inventory of chemical concentrations in coastal and estuarine sediments. NOS ORCA 76, National Status and Trends Program, Rockville, Maryland.

NOAA Tide Tables 1998, East Coast of North and South America

Ocean Surveys, Inc. (OSI), 2001. Final Report – Motiva Enterprises Refinery effluent outfall model verification study – Delaware City, DE, OSI Report No. 00ES032.

Pape, E.H., and R.W. Garvine, 1982. The subtidal circulation in Delaware Bay and adjacent shelf waters. *J. Geophys. Res.* 87: 7,955-7,970.

Parker, B.B, 1984. Frictional effects on the tidal dynamics of a shallow estuary. Ph.D. Dissertation, Johns Hopkins University. 292 pp.

Partheniades, E., 1962. A study of erosion and deposition of cohesive soils in salt water", Ph.D. Thesis, University of California.

Pennock, J.R., 1985. Chlorophyll distributions in the Delaware Estuary: Regulation by light-limitation. *Estuar. Coast. Shelf Sci.* 21:711-725.

Pennock, J.R., 1988. Food Webs. In *The Delaware Estuary: Rediscovering a Forgotten Resource* (T.L. Bryant, and J.R. Pennock, eds.). University of Delaware Sea Grant Program, Newark, Delaware.

Pennock, J.R., and Sharp, J.H., 1986. Phytoplankton production in the Delaware Estuary: Temporal and spatial variability. *Mar. Ecol. Prog. Ser.* 34:143-155.

Pierson, W.L., and I.P. King, 1995 Coastal ocean model performance in eastern Australia. In *Estuary and Coastal Modeling. Proceedings of the 4th International Conference* (Spaulding, M.L., and A., Cheng, eds.), 632-643. Waterway, Port, Coastal and Ocean Div./ASCE.

Polis, D.F., and S.L. Kupferman, 1973. Physical Oceanography. In *Delaware Bay Report Series* (D.F. Polis, ed), Volume 4. Newark, Delaware: University of Delaware.

Public Service Electric and Gas (PSE&G), 1991. Ecosystem of the Delaware Estuary. PSE&G Section 316. PSE&G Hancocks Bridge. New Jersey.

A 00299



Public Service Electric and Gas (PSE&G), 1999. New Jersey Pollutant Discharge Elimination System (NJPDES) Permit (No. NJ0005622) Renewal for the Salem Generating Station - Section 316(a) Demonstration, Appendix C, Ecosystem of the Delaware Estuary, Report submitted to NJDEP by PSE&G, Newark, New Jersey.

Ramsey, J.S., Hamilton, R.P., and D.G. Aubrey, 1995. Nested three-dimensional hydrodynamic modeling of the Delaware Estuary. In *Estuary and Coastal Modeling, Proceedings of the 4th International Conference* (Spaulding, M.L., and R.T. Cheng, eds.), 53-65. San Diego, California, October 26-28, 1995. Coastal Zone Management Committee, Waterways, Ports, Coastal and Ocean Division. and the Computational Hydraulics Committee of the Hydraulics Division, ASCE.

Reed, T.J., G. Centinaro, M. Deluca, and J. Oden, 1998. Water Resources Data New Jersey Water Year 1997. *USGS Data Report NJ 97-1.*

Riedel, G.F., and J.G. Sanders, 1998. Trace element speciation and behavior in the tidal Delaware River. *Estuaries* 21:78-90.

Santoro, E.D., 1998. Delaware Estuary Monitoring Report. Monitoring Implementation Team of the Delaware Estuary Program and Delaware Estuary Program, West Trenton, New Jersey.

Sharp, J.H., 1994. What not to do about nutrients in the Delaware Estuary. In *Changes in Fluxes in Estuaries* (K.R. Dyer, ed.). ECSA22/ERF Symposium, Denmark.

Sharp, J.H., L. Cifuentes, R.B. Coffin, and J.R. Pennock, 1986. The influence of river variability on the circulation, chemistry, and microbiology of the Delaware Estuary. *Estuaries.* 9:261-269.

Shrestha, P.L., and G.T. Orlob, 1996. Multiphase distribution of cohesive sediments and heavy metals in estuarine systems. *ASCE, J. Env. Engnr. Div., 122: 730-740.*

Sutton, C.C., J.C. O'Herron, II, and R.T. Zappalorti, 1996. The Scientific Characterization of the Delaware Estuary. The Delaware Estuary Program (DRBC Project No. 321; HA File No. 93.21), 200 pp.

Swanson, R.L., 1976. Tides. MESA New York Bight Atlas Monograph, Vol. 4, New York Sea Grant Institute, Albany, New York.

Tarr, J.A., and J. McCurley, 1984. Pollution Trends in Five Estuaries, 1880-1980 The Potomac, the Delaware, the Hudson-Raritan, the Connecticut, the Narragansett. Pittsburgh, Pennsylvania: Carnegie-Mellon University.

A 00300



Teeter, A., 1988. New Bedford Harbor Project – Acushnet River Estuary engineering feasibility study of dredging and dredged material disposal alternatives – Report 2, sediment and contaminant hydraulic transport investigations, U.S. Army Corps of Engineers Waterways Experiment Station, Vicksburg, MS.

Trowbridge, J., and K. Wong, 1990. Some observational evidence on the effect of atmospheric forcing on tidal variability in Upper Delaware Bay. *J. Geophys. Res.* (C)95(9):16,229-16,40.

USACE, 1996. Chesapeake and Delaware Canal Final Feasibility Report and Final Environmental Impact Statement. U.S. Army Corps of Engineers, Philadelphia. Pennsylvania.

Uncles, R.J., R.C.A. Elliot, and S.A. Weston, 1985a. Observed fluxes of water, salt and suspended sediment in a partially mixed estuary. *Estuar. Coastal Shelf Sci.* 20:147-167.

Uncles, R.J., Elliot, R.C.A, and S.A. Weston, 1985b. Dispersion of salt and suspended sediment in a partially mixed estuary. *Estuaries* 8:256-269.

Unesco, 1981. Tenth Report of the Joint Panel on Oceanographic Tables and Standards. Unesco Technical Papers in Marine Science, No. 36, p. 24

United States Fish and Wildlife Service (FWS), 1991. Assessment of organochlorine and metal contamination in the lower Delaware River Estuary (AFO-C91-O4). U.S. Fish and Wildlife Service (FWS), Environmental Contaminants Division, Annapolis, Maryland.

U.S. Geological Survey (USGS), 1981. Water Resources Data, New Jersey – Water Year 1981. Volume 1. Atlantic Slope Basins, Hudson River to Cape May. USGS/WRD/HD 82-038, Trenton, New Jersey

U.S. Geological Survey (USGS), 1983. Water Resources Data, Jersey – Water Year 1983. Volume 1. Atlantic Slope Basins, Hudson River to Cape May. USGS/WRD/HD 84/053, Trenton, New Jersey

U.S. Geological Survey (USGS), 1997. Water Resources Data, New Jersey – Water Year 1997. Volume 1. Surface Water Data. USGS/WRD/NJ-97-1, West Trenton, New Jersey.

Valle-Levinson, A. and K.M. Lwiza, 1995. The effects of channels and shoals on exchange between the Chesapeake Bay and the adjacent ocean. *J. Geophys. Res.* 100: 18,551-18,563.

Walters, R.A., 1992. "A study of salt transport processes in Delaware Bay." in: Estuarine and Coastal Modeling, M.L. Spaulding (Ed.). Proc. 2nd Int. Conf., ASCE, *J. Waterway, Port, Coastal and Ocean Div.*, 240-251.

AC0301

Wofsy, S. M.B. McElroy, and J.W. Wilkins, 1981. Transformation of nitrogen in a polluted estuary: Nonlinearities in the demand for oxygen at low flow. *Science* 213: 754-757.

Wong, K.C., 1987. Subtidal volume exchange through the Chesapeake and Delaware Canal. *J. Geophys. Res.* 92: 10,870-10,874.

Wong, K.C., 1990a. Some observational evidence on the effect of atmospheric forcing on tidal variability in the Upper Delaware Bay. *J. Geophys. Res.* 95: 16,229-16,240.

Wong, K.C., 1990b. The current and sealevel variability in the Chesapeake and Delaware Canal. *J. Geophys. Res.* 95: 18,343-18,352.

Wong, K.C., 1994. On the nature of transverse variability in a coastal plain estuary. *J. Geophys. Res.* 99(C7): 14,209-14,222.

Wong, K.C. ,1995. On the relationship between long-term salinity variations and river discharge in the middle reach of Delaware Bay. *J. Geophys. Res.* 100 (C10):20,705-20,713.

Wong, K.C., and R.W. Garvine, 1984. Observations of wind-induced, subtidal variability in the Delaware Estuary. *J. Geophys. Res.* 89: 10,589-10,597.

Wong, K.C., and A. Munchow, 1995. Buoyancy forced interaction between the estuary and inner continental shelf. *Cont. Shelf Res.* 15: 59-88.

A 00302



# ANALYSIS OF SEDIMENT SAMPLES
# FOR BATTELLE MEMORIAL INSTITUTE: DUXBURY OPERATIONS
# METHODOLOGY AND DATA REPORT

Submitted To:

    Ms. Julie Seavey Fredriksson
Battelle Memorial Institute
397 Washington Street
Duxbury, MA 02332
(781) 952-5252

Submitted By:

    Ms. L. Kellie Dixon
Mote Marine Laboratory
1600 Ken Thompson Parkway
Sarasota, FL 34236
(941) 388-4441

June 19, 2000

Mote Marine Laboratory Technical Report No. 707

*This document is printed on recycled paper.*

# TABLE OF CONTENTS

Page No.

Table of Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

List of Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Summary of Analyses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Analyses and Methodology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    Total Organic Carbon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    Total Solids (Percent Solids) and Percent Moisture . . . . . . . . . . . . . . . . 1
    Total Volatile Solids (Percent Organics) . . . . . . . . . . . . . . . . . . . . . . 4
    Grain Size Distributions, Raw Sample . . . . . . . . . . . . . . . . . . . . . . . 4

Literature Cited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

# LIST OF TABLES

Page No.

Table 1.    Analyses, methodology, holding times, method detection limits (MDL), and
units of reporting for sediment samples.  Practical quantitation limits (PQL)
are defined as four (4) times the MDL. . . . . . . . . . . . . . . . . . . . . . . . 2

Table 2.    Data quality objectives for sediment analyses. . . . . . . . . . . . . . . . . . . 3

Table 3.    Listing of half-phi intervals and equivalent $\mu$m sizes. . . . . . . . . . . . . . . 6

Appendix A.  Quality Assurance Statement

Appendix B.  Sample Results

AC0304

## Background

Mote Marine Laboratory, as subcontractor to Battelle, performed analyses of grain size distributions, percent solids, moisture, and percent organics on sediment samples collected by Motiva Enterprises from the Delaware River and Bay in May of 2000. Analyses were conducted in accordance with MML's Comprehensive Quality Assurance Plan (CompQAP), approved by the Florida Department of Environmental Protection (#870216). Total organic carbon was performed by Savannah Laboratories, Savannah, GA, under a CompQAP similarly approved by the State (#890142G). Project Manager for Savannah Laboratories is Ms. Kathy Sheffield of Tampa, FL, (813) 885-7427, 6712 Benjamin Road, Suite 100, Tampa, FL, 33634. Total organic carbon data generated by Savannah Laboratories have been incorporated into the following data report and accompanying electronic data files.

## Summary of Analyses

Analyses requested, methodology references, holding times, and method detection limits (MDL) appear in Table 1, while project data quality objectives are summarized in Table 2. This report covers a group of 24 sediments. A statement from Mote Marine Laboratory's Quality Assurance Officer as to the meeting of data quality objectives for this project appears in Appendix A. No project specific audit requirements are in place for this project as analyses are being conducted under MML's and Savannah's CompQAP.

No data values were qualified by any descriptor other than 'U' (less than the stated method detection limit [MDL] ), or 'PQL' (less than the practical quantitation limit [PQL] ). Other measures of precision and accuracy, as applicable for the various analyses, were all within the stated data quality objectives.

Data for all samples appear in Appendix B.

## Analyses and Methodology

### Total Organic Carbon

Following Method 9060 (EPA SW-846), organic carbon is converted by high temperature combustion to carbon dioxide and then measured by either infrared absorbance, or by conversion to methane and subsequent flame ionization.

### Total Solids (Percent Solids) and Percent Moisture

Analysis of samples for total solids (percent solids) and percent moisture followed 2540G of Standard Methods, 17'h Edition (APHA, et al., 1989). Aliquots of homogenized sample were apportioned into predried, tared crucibles, dried at 103-105°C to a constant weight.

A 00305