# TABLE OF CONTENTS

1.  Introduction ................................................................................................................... 1
2.  Polycyclic Aromatic Hydrocarbons (PAHs) in Aquatic Environments................................. 1
3.  Colloidal Organic Matter................................................................................................. 4
4.  Sorption of PAHs by Colloidal Organic Matter ................................................................ 6
5.  Bioavailability of Colloidal and Particulate PAHs ........................................................... 14
6.  References ..................................................................................................................... 17

# LIST OF TABLES

Table 1. Physical properties of PAHs..................................................................................... 8

Table 2. Mean log $K_{oc}$ for pyrene and colloidal and sediment organic matter ........................... 9

Table 3. Distribution of total PAHs between the dissolved and particulate fractions of water samples collected from the Delaware River and Delaware City Refinery. ............................................... 13

Table 4. Distribution of individual PAHs between the dissolved and particulate phases of a water sample collected from the Delaware City Refinery in September 1999 ............................................... 14

Table 5. Distribution of individual PAHs between the dissolved and particulate phases of a water sample collected from the Delaware River at Station DR-6 in September 1999 ................................... 15

A 00374

# EXECUTIVE SUMMARY

Polycyclic aromatic hydrocarbons (PAHs) in the environment are derived primarily from combustion (pyrogenic) and petroleum (petrogenic) sources. Pyrogenic PAH assemblages usually are dominated by higher molecular weight three- through six-ring PAHs. Petrogenic PAH assemblages are composed primarily of two- and three-ring PAHs and alkylated congeners usually are more abundant than unalkylated parent PAHs. Petrogenic and pyrogenic PAHs enter aquatic environments from a large number of natural and anthropogenic sources.

PAHs in aquatic environments tend to sorb to natural particulate and colloidal organic matter in the water column and sediments. The natural organic colloids that complex with PAHs and other hydrophobic organic chemicals are primarily humic and fulvic acids of terrestrial, aquatic, and marine plant origin. Organic colloids have molecular weights of about 500 to 1,000,000 amu. Terrestrial humic materials are primarily aromatic structures, whereas marine humic materials are primarily aliphatic.

Nonpolar organic compounds, such as PAHs, bind reversibly to dissolved (colloidal) and particulate organic matter in the water column and sediments. Sorption of PAHs to colloids increases the apparent solubility of the PAHs in sediment pore water and the overlying water column. The affinity of PAHs for sorption to colloidal and particulate organic matter is defined by the organic carbon/water partition coefficient, $K_{oc}$. Values for $K_{oc}$ increase with increasing PAH molecular weight and with increasing aromaticity and molecular weight of organic colloids. Frequently, but not always, the $K_{oc}$ for PAHs is higher for colloidal than for particulate humic materials.

There may be sufficient colloidal matter in sediment pore water to significantly increase the apparent solubility and concentrations of higher molecular weight PAHs in sediment pore water. Pore water colloids have little or no effect on the solubility of low molecular weight, petrogenic PAHs in sediment pore water. Concentrations of organic colloids in ocean and coastal waters usually are low enough that they do not contribute much to solubility enhancement of high molecular weight PAHs in the water column. Much of the PAHs in apparent solution in urban-influenced estuaries and coastal waters may be associated to sub-micron soot particles (pyrogenic PAHs). PAHs are tightly bound to soot particles and are not bioavailable.

PAHs in true solution are much more bioavailable to freshwater and marine animals than PAHs sorbed to colloidal or particulate organic matter. Numerous studies have shown that organic colloids decrease the bioavailability and toxicity of higher molecular weight PAHs to freshwater and marine animals. Colloids have little effect on the bioavailability of low molecular weight two- and three-ring PAHs characteristic of petrogenic PAH assemblages. Thus, although organic colloids may increase the mobility of PAHs in the aquatic environment, they have little effect or actually decrease the biological effects of the PAHs to freshwater and marine organisms.

**A 00375**

---

Role of Colloidal Material in the Fate of PAH in Aquatic Environments



# 1. INTRODUCTION

The behavior, environmental fate, and biological effects of chemical contaminants in freshwater and marine environments depends on the physical/chemical properties of the chemicals, their phisical forms in the environment, and their biological properties. Most nonpolar (hydrophobic) organic chemicals, such as polycyclic aromatic hydrocarbons (PAHs), may enter aquatic environments in solid, liquid, and dissolved forms. In the aquatic environment, they become distributed among different physical phases depending on their physical/chemical properties. Effects of the chemicals on aquatic organisms and ecosystems depend on the physical forms of the chemicals and their toxicological properties. Only bioavailable chemicals (chemicals in a form that can be bioaccumulated by aquatic organisms) are likely to have biological impacts, if their concentrations are high enough.

The objective of this review is to evaluate the role of organic colloids in the environmental fate and biological effects of PAHs in freshwater and marine environments.

# 2. POLYCYCLIC AROMATIC HYDROCARBONS (PAHs) IN AQUATIC ENVIRONMENTS

Polycyclic aromatic hydrocarbons (PAHs) are natural organic compounds composed of two or more fused benzene rings (Neff, 1979). Aromatic rings are fused when they share two carbon atoms. Naphthalene ($C_{10}H_8$), consisting of two fused aromatic rings, is the lowest molecular weight PAH. Coronene ($C_{24}H_{12}$) is the highest molecular weight, naturally occurring PAH with sufficient environmental mobility (solubility 14 ng/L) to pose a potential ecological risk. Most PAHs in aquatic environments are derived from incomplete combustion or pyrolysis of organic matter at high temperature (pyrogenic PAHs) or from fossil fuels (petrogenic PAHs). Small amounts of PAHs may also be synthesized by living organisms or derived from the diagenesis of natural precursor molecules.

Petrogenic PAHs in the environment are derived from coal and petroleum. Although coal is considered an aromatic material, most of the PAHs in coal are so tightly bound to the solid matrix that they do not leach into water and have a low bioavailability. A typical crude petroleum may contain from 0.2 percent to more than 7 percent PAHs. The abundance of aromatic hydrocarbons in petroleum usually decreases markedly with increasing molecular weight. In most cases, the two-ring (naphthalene) and three-ring (phenanthrene) aromatic hydrocarbons and related heterocyclic aromatic hydrocarbons, such as dibenzothiophene, account for at least 90 percent of the PAHs that can be resolved in crude petroleum by conventional analytical methods (Neff, 1979, 1990).

The PAHs in coal and petroleum often contain one or more methyl, ethyl, butyl, or occasionally higher alkyl substituents on one or more of the aromatic carbons. As a general rule, these alkyl PAHs are more abundant than the parent compounds in petroleum (Sporsol et al., 1983). Homologues with two to four alkyl carbons usually are more abundant than the less or more highly alkylated homologues.





Role of Colloidal Material in the Fate of PAH in Aquatic Environments

Petrogenic PAHs enter the marine environment from natural seeps, oil spills, discharges of treated and untreated ballast and bilge water from oil tankers and other ships, and effluents from oil refineries, oil/water separators on production platforms, and municipal sewage treatment plants (National Academy of Sciences, 1985). An estimated 3.5 million metric tons of crude and refined petroleum products enters the oceans each year from these sources. If five percent by weight of all petroleum products released to the ocean is PAHs, the total annual input of PAHs to the ocean from petroleum is approximately 175,000 metric tons.

The major source of PAHs containing three or more aromatic rings in the environment is the combustion of organic matter (Neff, 1979). Combustion of any organic material, including fossil fuels, generates a wide variety of PAHs ranging from naphthalene to complex PAH polymers, particularly if combustion takes place in an oxygen-deficient environment. The PAH assemblages produced by pyrolysis of organic matter are complex and, unlike assemblages in petroleum, are dominated by four-, five-, and six-ring PAHs. In pyrogenic PAH assemblages, the dominant compound in each homologous series is the unalkylated parent compound or a homologue with only one or two alkyl substituents (Sporsol et al., 1983). There is an inverse relationship between the temperature of formation and the abundance of alkyl carbons in a PAH assemblage. The differences in ratios of parent and alkyl substituted PAH congeners can be used to distinguish between petrogenic and various types of pyrogenic PAH assemblages in environmental samples (Douglas et al., 1992; Page et al., 1999).

PAHs with molecular weights up to that of about pyrene are sufficiently volatile that a significant fraction of the total PAH may be present in the vapor phase of a combustion plume (Gundel et al., 1995). However, nearly all the higher molecular weight airborne PAHs produced by flame pyrolysis are associated with the particulate fraction produced during combustion (soots and carbon blacks). Soot is thought to be an agglomerate of peri-condensed PAHs (Venkatesan and Dahl, 1989). PAHs associated with soot particles are part of the particle structure or are tightly adsorbed to the particle and are not easily desorbed. Concentrations of pyrogenic PAHs in nearshore marine sediments often are closely correlated with the abundance of spheroidal carbonaceous particles (soot) (Broman et al., 1990), indicating that the PAHs remain associated with the soot after deposition and usually are not modified by photooxidation, dissolution, or biodegradation during transport in the air and water (Prahl and Carpenter, 1983; Readman et al., 1984a,b, 1987). As a result of this stability, pyrolytic PAH assemblages remain very stable over long periods of time after deposition in soils and sediments. PAH assemblages, thought to have been derived from ancient forest fires, have been identified in Cretaceous/Tertiary and Jurassic deposits (Venkatesan and Dahl, 1989; Killops and Massoud, 1992).

A great many domestic and industrial activities, as well as natural events such as forest fires, produce PAH by pyrolysis/pyrosynthesis. Pyrosynthesized PAH may be released to the environment in airborne particulates or in the solid or aqueous byproducts of the pyrolysis process. Burning of fossil fuels is an important source of PAHs in the environment. The particulate fractions of exhaust from gasoline and diesel-powered vehicles contain 16 to 332 μg/g total four- through six-ring PAHs (Takada et al., 1991). Fluoranthene and pyrene represent between 46 and 88 percent of the total PAHs in diesel engine exhaust and 15 to 17 percent of the total PAHs in gasoline engine exhaust. These often are the most abundant PAHs in marine and

Battelle
. . . Putting Technology To Work

A00377

estuarine sediments. Diesel exhaust also has high concentrations of alkylpyrenes. Nearly all the PAHs derived from vehicular exhaust are deposited within about 50 meters of roads (Harrison and Johnston, 1985; Hewitt and Rashed, 1990). Much of the deposited PAHs, however, find their way to water bodies in surface runoff from land (Hoffman et al., 1984; Sharma et al., 1994).

Several industrial processes, such as coal coking (Lao et al., 1975), carbonization of coal to produce manufactured gas, coal tars, carbon black, and creosote (Villaume, 1984; Merrill and Wade, 1985; Mueller et al., 1989), catalytic cracking of petroleum feed stocks to produce refined petroleum products (Neff et al., 1994), and aluminum smelting (Thrane, 1987; Näf et al., 1994) produce airborne particulates and solid wastes containing high concentrations of PAHs. Flue gases and wastewaters from these industrial processes usually are treated to remove most of the PAHs and other contaminants. However, PAHs may reach marine and estuarine environments in wastewater effluents and in deposition of airborne vapor-phase or particulate PAHs from these sources. For example, an estimated 10 metric tons of PAHs were discharged to the sea from seven Norwegian aluminum smelters in 1992, down from 42 metric tons in 1988 (Knutzen, 1995).

Because some of the PAH-containing soot particles from gasoline and diesel engine exhaust and other combustion sources are in the sub-micrometer range (Katz and Pierce, 1976), they remain suspended in the water column indefinitely and behave like the non-settleable (dissolved) fraction of hydrocarbons in the water column. Some of the soot-associated PAHs may be included in the dissolved or colloidal fractions, depending on the methods used to fractionate surface water and pore water samples.

Because of the diversity of sources of pyrogenic PAHs in the environment and their complex dispersal and fate patterns, it is difficult to estimate the quantities of pyrogenic PAHs entering the oceans each year. Neff (1979) estimated that Approximately 50,000 metric tons/year of PAHs enters the oceans each year from fallout and rainout from the atmosphere, most of it derived from combustion processes; an additional nearly 7,500 tons enters the oceans in waste water effluents and surface runoff from land. Based on our current knowledge of environmental pathways and persistence of pyrogenic PAHs, these estimates are much lower than actual values.

Farrington (1986) proposed that PAHs of pyrogenic and petrogenic origin have different behaviors in the marine environment. The PAHs of pyrogenic origin are more tightly bound to or incorporated into particles due to the high temperature formation process or to subsequent reactions forming particulate matter in the atmosphere. PAHs associated with soot particles have a low bioavailability and are resistant to bioaccumulation and biodegradation. Particle-bound PAHs in marine sediments near Norwegian aluminum smelters (a source of PAH-rich soot particles) produce fewer adverse effects on local benthic communities than expected, based on laboratory studies with dissolved PAHs (Knutzen, 1995).

Crude oil or refined petroleum products usually enter aquatic environments in soluble, colloidal, or more loosely bound particulate forms. PAHs from liquid petroleum products can partition into the aqueous phase and may be bioavailable for bioaccumulation and biodegradation. Dissolved PAHs from oil well produced water discharged to the North Sea (Johnsen et al., 1998) and spilled crude oil (Neff and Burns, 1996) were bioaccumulated by marine organisms. However,

A 00378



the relative bioavailability of petrogenic PAHs depends on the physical form of the PAHs. Dissolved PAHs are more bioavailable than PAHs associated with organic and inorganic particles or dissolved organic matter.

# 3. COLLOIDAL ORGANIC MATTER

Colloids are particles, generally less than 0.1 to 0.2 μm in diameter that pass through conventional filters and can not be sedimented by centrifugation (Boehm and Quinn, 1973; Wells and Goldberg, 1991; Gschwend and Schwarzenbach, 1992). Colloids in environmental samples usually are operationally defined. Wijayaratne and Means (1984b) defined colloidal organic matter as that passing a 0.40-μm filter. Yunker et al. (1993) defined the colloidal fraction of the Mackenzie River and estuary as particles with diameters of 0.001 to 0.2 μm.

Weathering and erosion of terrestrial rocks introduces several forms of colloidal iron (Fe[III]) hydrous oxides to fresh and marine waters in runoff from land (Burns and Burns, 1981). These colloidal particles have diameters of only tens of angstrom units. They tend to adsorb as surface films on clay particles. The iron oxide colloidal particles and coatings have a high affinity for binding organic solutes from the ambient water. Manganese behaves similarly, but tends to remain in the water phase as discrete colloidal particles (Schoer, 1985). Inorganic colloids may bind to organic colloids affecting the capacity of the latter to bind to hydrophibic organic contaminants, such as PAHs (Wijayaratne and Means, 1984a; Jones and Tiller, 1999).

Natural organic matter also can form colloids in ground water and surface fresh, estuarine, and marine waters. The nonliving organic matter in soils, sediments, and natural waters is the degradation and excretory products of marine, freshwater, and terrestrial bacteria, plants, and animals (Morris and Eglinton, 1977). In freshwater and estuarine systems, sediment organic matter, both dissolved and particulate, is derived in large part from terrestrial plant materials, and includes lignins, phenols, phenolic acids, cellulose, and xylose (Jednacak-Biscan and Juracic, 1987). Organic material in marine sediments and seawater is derived primarily from marine phytoplankton and sediment mictobiota (Pocklington, 1977). It consists primarily of complex aliphatic assemblages (Jednacak-Biscan and Juracic, 1987).

The quantitatively most important organic materials in sediments are the humic substances. Four classes of humic substances can be differentiated, based on molecular weight and solubility behavior (Jonasson, 1977; Aiken et al., 1985):

- Humins are high molecular weight polymers that are insoluble in water at any pH.
- Humic acids are extremely complex medium molecular weight organic compounds that are not water soluble at a pH of 2 or lower, but are soluble at higher pH values.
- Fulvic acids have molecular weights of about 700 to 1000 atomic mass units (amu) and are less condensed precursors of humic acids. They are completely water soluble at all pH values.
- Yellow organic acids are low molecular weight soluble acids, probably representing, in part, the final stages of microbial degradation of humic substances in sediments and water.

A 00379

Although humic and fulvic acids are soluble, they are large enough, particularly when aggregated, that they have a colloidal behavior. They represent the predominant colloidal organic matter in most soils, sediments, and natural waters. Humic and fulvic acids are polyelectrolytes with a strong tendency to adsorb to particles and to adsorb metal and organic molecules. They are thought to have a micellar structure with a central hydrophobic cavity and an outer hydrophilic surface (Nissenbaum and Swaine, 1976). Freshwater colloids have a more open structure with a larger hydrodynamic radius and lower diffusivity than the more tightly coiled marine colloids (Chin and Gschwend, 1991).

Terrestrial, freshwater, and marine humic substances, though they share some physical and chemical properties, have markedly different chemical structures (Pocklington, 1977). The generic molecular structure of a terrestrial (soil) humic acid is a micellar polymer consisting of di- and tri-hydroxyphenols, bridged by oxygen, methyl, amino, sulfur, and other groups (Stevenson, 1982). Quinones, carboxylic acid groups, and sugars are present. The main structural units of terrestrial fulvic acids appear to be phenols and benzene carboxylic acids, giving the terrestrial colloidal matter an aromatic character. The subunits are held together by hydrogen bonds between hydroxyl and carboxylic acid groups to form a stable molecule. The abundant carboxylic acid and hydroxyl groups in humic and fulvic acids are responsible for their remarkable binding and ion exchange capacities.

The structure of marine humic substances appears to be less variable than that of terrestrial humic substances (Harvey and Boran, 1985). Harvey et al. (1983) proposed that marine humic acids are formed from the free radical autooxidative cross-linking of unsaturated lipids released by marine plankton. They are composed of two to four fatty acid chains. Unlike terrestrial humic substances, marine humic substances are predominantly aliphatic (Poutanen and Morris, 1985; Ishiwatari, 1992). Cross-linking is primarily via hydroxyl groups.

Freshwater humic substances appear to be intermediate in structure between terrestrial and marine humic substances. Like marine humic substances, they are primarily aliphatic (Malcolm, 1985). Between 15 and 30 percent of the carbon in stream fulvic and humic acids is aromatic carbon. The molecules contain abundant hydroxyl and carboxylic acid functional groups along the aliphatic chains.

Because of the random coil structure of humic substances, it is difficult to accurately estimate their molecular weights by conventional methods. Reported molecular weights range widely from 500 to 1,000,000 amu (Chin and Gschwend, 1991). Pore water colloids from Mystic Lake (freshwater) have a molecular weight of 8800 to 9400 amu. The molecular weight of porewater humic substances from contaminated sediments in Boston Harbor (estuarine) is 8400 to 9100 amu (Chin and Gschwend, 1991). The overlying water column of Boston Harbor contains an organic colloidal fraction with a molecular weight of about 10,000 amu (Chin and Gschwend, 1992). Several fresh groundwater samples contained dissolved organic matter, 60 to 80 percent of which was humic substances, with an average molecular weight of 1600 to 1700 amu (Amy et al., 1991). However, more than 75 percent of the DOC in rivers from the southeastern US is in size fractions greater than 10,000 amu (Alberts et al., 1994).

A 00380



In freshwater and estuarine systems, 40 to 60 percent of total dissolved organic matter (DOM) is humic substances (Schlautman and Morgan, 1993). Humic materials account for about 48 percent of the total organic carbon in Washington coastal sediments (Prahl and Carpenter, 1983). Between 5 and 25 percent of the total DOM in open ocean seawater containing 0.5 to 1.0 mg/L total DOM is humic substances (Ishiwatari, 1992). Alkali-soluble humic substances account for an average of about 30 percent of the total organic matter in continental margin sediments, 17 percent in continental slope sediments, and 6 percent in sediments from the central areas of the abyssal ocean. Humin (insoluble) concentrations increase as humic substance (soluble) concentrations decrease.

The pore water of coastal marine sediments usually contains between 1 and 100 mg/L total organic colloidal material (Chin and Gschwend, 1991). A contaminated sediment sample from 7-9 cm below the surface in Boston Harbor contained about 5.2 percent total organic carbon, including 19.9 mg C/L total organic carbon in sediment pore water, of which 7.3 mg C/L (37 percent ) was organic colloids (Chin and Gschwend, 1992). The 14-16 cm interval from a relatively uncontaminated sediment sample contained 3.34 percent total organic carbon, including 37.9 mg C/L total organic carbon in sediment pore water, of which 21.5 mg C/L (57 percent) was organic colloids. The organic colloids in the harbor sediments were primarily marine humic substances.

Porewater organic colloids (determined by ultrafiltration) were depleted near the sediment/water interface and increased in concentration with depth in a sediment core from Boston Harbor (Chin and Gschwend, 1991). Losses of organic macromolecules in the upper sediment layers may be due to bioturbation by benthic organisms and biotransformation by sediment microbes. Thus, sediment bed-to-overlying water releases of colloidal material appear to be occurring and may play a significant role in cycling of particle-reactive chemicals, such as PAHs, into the water column (Latimer et al., 1999).

# 4.  SORPTION OF PAHS BY COLLOIDAL ORGANIC MATTER

Natural organic colloids in soils, sediments, and the water column have a high affinity for absorption and binding of nonpolar organic chemicals (Wijayaratne and Means, 1984a,b). This association increases the apparent solubility and concentration of low-solubility hydrophobic organic chemicals in the water phase.

The concentration of total PCBs in pore water of heavily contaminated sediments from New Bedford Harbor, MA, increased with depth in the sediment core (Brownawell and Farrington, 1986). The concentrations of many of the higher molecular weight, less soluble PCB congeners exceeded the reported solubilities of chlorobiphenyl isomer groups in a mixture of Aroclor in seawater. Profiles of DOC and PCB concentrations in sediment cores were similar, suggesting that PCBs were sorbed to DOC, increasing their apparent solubilities in sediment pore water. The profiles of interstitial water PCB concentrations suggested a diffusional flux to the overlying water column.

As discussed above, the most abundant natural organic mater in most soils and sediments are humic substances, including insoluble humins and water-soluble humic and fulvic acids. Low molecular weigh organic acid degradation products of humic and fulvic acids also are present, but their roles in complexation and solubilization of hydrophobic organic chemicals is unclear (Raber et al., 1998). Humic and fulvic acids have a strong affinity for binding to inorganic particles, particularly the iron and manganese hydrous oxide coatings on clay particles in soils and sediments (Wijayaratne and Means, 1984a; Jones and Tiller, 1999). Humic materials in soils and sediments partition between the adsorbed and dissolved phases. The dissolved humic fraction has different binding properties than the adsorbed fraction, suggesting fractionation of the humic material (Jones and Tiller, 1999).

Humic substances are thought to have a micellar structure with a central hydrophobic cavity and an outer hydrophobic surface (Nissenbaum and Swaine, 1976). They may solubilize hydrophobic compounds by association of the organic compounds with the hydrophobic core of the micelle and maintenance of the resulting complex in colloidal suspension by ionizable hydrophobic sites, such as amine, hydroxyl, phenolic, and carboxylic acid groups (Wijayaratne and Means, 1984b). Sorption of hydrophobic organic chemicals to particle-associated humic materials probably is by the same mechanism (Wijayaratne and Means, 1984a).

A nonplar organic solute, such as a PAH, will become distributed between the dissolved phase and various sorbed phases according to its relative affinity for the different phases. The distribution of the solute between the dissolved and the sorbed phases can be described by an equilibrium partition coefficient, $K_p$, described as:

$$K_p = C_s/C_w$$

Where $C_s$ is the concentration of chemical sorbed to particles (solid or colloidal) and $C_w$ is the concentration of the chemical in solution in the water in contact with the particles. The quantitatively most important sorbtive phase in soils, sediments, and the water column is organic matter (Karickhoff et al., 1979; Karickhoff, 1981). This relationship is described by the organic-carbon partition coefficient, $K_{oc}$, described as:

$$K_{oc} = K_p/f_{oc}$$

Where $f_{oc}$ is the fraction organic carbon in the sediment.

There is a linear relationship between the log $K_{oc}$ of nonpolar organic chemicals and their log aqueous solubilities and log octanol/water partition coefficients ($K_{ow}$) (Karickhoff et al., 1979). $K_{ow}$ is a measure of the affinity of a nonpolar organic chemical for bioconcentration from water into the lipid-rich tissues of aquatic organisms.

The solubility of PAHs decrease and their log $K_{ow}$ and log $K_{oc}$ increase with increasing molecular weight (Table 1). The single-phase freshwater solubility decreases from about 30 mg/L for naphthalene (MW 128.2) to about 0.0001 mg/L for coronene (MW 300.4). Estimated Log $K_{oc}$ increases from 2.94 for naphthalene to 7.21 for coronene. Based on these relationships, one

A 00382



would predict that the concentration and mobility of PAHs in sediment pore water would decrease sharply with increasing PAH molecular weight.

**Table 1. Physical properties of PAHs. Solubility and log $K_{ow}$ data from Eastcott et al. (1988). Log $K_{oc}$ estimated from log $K_{ow}$ by the regression equation of Karickhoff (1981): log $K_{oc} = 0.989$log $K_{ow} - 0.346$.**

| PAH | No. Carbons | MW | Solubility (mg/L) | Log $K_{ow}$ | Log $K_{oc}$ |
|---|---|---|---|---|---|
| Naphthalene | 10 | 128.2 | 30.6 | 3.35 | 2.94 |
| 2-Methylnaphthalene | 11 | 142.2 | 25.6 | 3.86 | 3.47 |
| Dimethylnaphthalene | 12 | 156.2 | 2.0 | 4.31 | 3.91 |
| Fluorene | 13 | 166.2 | 1.84 | 4.18 | 3.79 |
| Phenanthrene | 14 | 178.2 | 1.18 | 4.57 | 4.08 |
| Anthracene | 14 | 178.2 | 0.073 | 4.54 | 4.20 |
| Pyrene | 16 | 202.3 | 0.135 | 5.18 | 4.83 |
| Fluoranthene | 16 | 202.3 | 0.263 | 5.22 | 4.82 |
| Chrysene | 18 | 228.3 | 0.002 | 5.79 | 5.38 |
| Benz(a)anthracene | 18 | 228.3 | 0.014 | 5.91 | 5.50 |
| Benzofluoranthrne | 20 | 252.3 | 0.002 | 5.75 | 5.34 |
| Benzo(a)pyrene | 20 | 252.3 | 0.004 | 5.98 | 5.57 |
| Perylene | 20 | 252.3 | 0.0004 | 6.50 | 6.08 |
| Dibenzanthracene | 22 | 276.3 | 0.0005 | 6.22 | 5.80 |
| Benzo(ghi)perylene | 22 | 276.3 | 0.0003 | 7.10 | 6.68 |
| Coronene | 24 | 300.4 | 0.0001 | 7.64 | 7.21 |

However, both the dissolved (colloidal) and particulate organic phases in soils and sediments sorb nonpolar organic chemicals, such as PAHs. High molecular weight PAHs may be present in association with organic colloids in sediment pore water at concentrations in excess of expectations for a two-phase solution-sorbent system (Chin and Gschwend, 1992). Colloids can significantly enhance the concentration of particle-reactive (log $K_{ow} > 5$) organic compounds. PAHs associated with colloidal organic matter in sediment pore water behave somewhat like dissolved PAHs. They may be released into the overlying water column by sediment disturbance or porewater fluxes.

The distribution of PAHs in sediments depends on the relative affinities (log $K_{oc}$) of the PAHs for dissolved (colloidal) and particulate organic matter in the sediments. The log $K_{oc}$s for a given PAH and colloidal and particulate humic and fulvic acids in sediments vary widely depending on the chemistry of the humic material, the nature of the adsorbing particles, ionic strength (salinity) of the pore water, and water pH (Gauthier et al., 1987; Chin and Gschwend, 1992; Schlautman and Morgan, 1993; Chin et al., 1997).

Colloidal organic matter often has a higher affinity for PAHs than particulate organic matter in sediments. Wijayaratne and Means (1984a) reported that the log $K_{oc}$s for naphthalene and anthracene and natural estuarine colloids (passing a 0.40-μm filter) are 3.61 and 5.71, respectively, compared to log $K_{oc}$s for particulate organic matter of 2.94 and 4.20, respectively (Table 1). Colloidal organic matter in soil, particularly the higher molecular weight humic acids, also have higher log $K_{oc}$s for phenanthrene, anthracene, pyrene, and fluoranthene than the

A 00383



**Battelle**
*Putting Technology To Work*

particle-sorbed humic materials (Amy et al., 1991; Laor and Bebhun, 1997; Laor et al., 1998). Alberts et al. (1994) measured the binding of four PAHs to sedimentary humic and fulvic acids and dissolved organic matter from four river systems with high DOC concentrations (7 to 34 mg/L). Log $K_{oc}$s ranged from 4.96-5.57 (anthracene), 5.19-5.62 (phenanthrene), 5.06-5.65 (pyrene), and 4.04-4.94 (benzo(a)pyrene), compared to estimated sediment log $K_{oc}$s of 4.20, 4.08, 4.83, and 5.57, respectively (Table 1). The partition coefficient of benzo(a)pyrene was estimated at a lower pH than used for the other PAHs, possibly accounting for the lower log $K_{oc}$s. The sorbed organic matter may be occluded by inorganic components of the particles, leaving fewer sites available for hydrophobic association (Wijayaratne and Means, 1984a).

However, there are several reports in the scientific literature of lower log $K_{oc}$s for colloidal organic matter than for particulate organic matter for PAHs. Chin and Gschwend (1992) determined the colloidal and particulate phase log $K_{oc}$s for pyrene and phenanthrene at different depths in a sediment core from a heavily contaminated site in Boston Harbor (Table 2). The mean log $k_{oc}$ for pyrene was lower for colloids than for sediment organic matter in both contaminated and relatively clean sediments. The log $K_{oc}$s for both sediment organic phases were the same as or slightly lower than the log $K_{ow}$ for pyrene. The higher colloidal phase log $K_{oc}$s in contaminated than uncontaminated sediment were attributed to the solubilizing effects of nonpolar organic contaminants, particularly petroleum hydrocarbons, in the sediments. This solubility enhancement tends to increase with increasing PAH molecular weight (Zemanek et al., 1997). The relatively uncontaminated sediment contained a higher concentration of pore water colloids than the contaminated sediment. Chin and Gschwend (1992) estimated that between 44 and 49 percent of the pyrene in the pore water of the contaminated sediment layers was bound to colloids compared to 52 percent in the pore water of the relatively uncontaminated sediment layer.

**Table 2. Mean log $K_{oc}$ for pyrene and colloidal and sediment organic matter at different depth intervals in a contaminated and relatively uncontaminated sediment core from Boston Harbor. The concentration of organic colloids in pore water (mg C/L) is included. From Chin and Gschwend (1992).**

| Depth Interval | Porewater Colloids | Log $K_{oc}$ (Colloids) | Log $K_{oc}$ (Sediment) |
| --- | --- | --- | --- |
| **Contaminated** | | | |
| 7 – 9 cm | 7.3 | 5.05 | 5.20 |
| 15 – 17 cm | 7.7 | 5.00 | 5.18 |
| 25 – 29 cm | 13 | 4.88 | 4.99 |
| **Uncontaminated** | | | |
| 14 – 16 cm | 21.5 | 4.71 | 5.23 |

Phenanthrene behaved differently. The mean log $K_{oc}$s for colloids and sediment organic matter in the 25 to 29-cm layer of the contaminated sediment were 4.43 and 4.30, respectively. About 25 percent of the phenanthrene in the sediment pore water was bound to colloids. Chin and Gschwend (1992) concluded that colloids can significantly enhance the concentration of particle-reactive compounds (compounds with a log $K_{ow}$ greater than about 5.0) in sediment pore waters.

Chin and Gschwend (1992) used a fluorescence quenching method for measuring sorption of pyrene and phenanthrene to colloids and sediment organic matter. This method is subject to

A 00384

errors from substances other than PAHs that quench fluorescence. Correction of the errors results in an adsorption coefficient that is 40 to 60 percent lower than the reported values (Zimmermann et al., 1999). This correction would lower the estimated fraction of pyrene and phenanthrene in pore water that is sorbed to colloidal material. The solubility enhancement of colloids for PAHs is less than estimated by fluorescence methods.

The solubility enhancement of humic substances tends to increase with humic acid concentration. Natural marine humic substances from Japanese sediments enhanced the solubility of anthracene at concentrations greater than about 0.02 percent in seawater (Shinozuka et al., 1987). Anthracene solubilization increased sharply at humic acid concentrations higher than about 0.1 percent. These humic acid concentrations (200 to 1000 mg/L) are much higher than concentrations typically encountered in sediment pore water (Chin and Gschwend, 1991). Chin et al. (1997) reported a significant solubility enhancement of pyrene by three freshwater humic substances at concentrations as low as 10 to 20 mg/L. The different results may be attributed to differences in log $K_{oc}$ of the test PAHs (solubility enhancement increases with increasing solute hydrophobicity) and differences in the binding properties of marine and freshwater humic substances.

The log $K_{oc}$ for pyrene increases with the percent aromaticity and decreases with the percent aliphatic carbon in freshwater humic acids (Chin et al., 1997). Log $K_{oc}$ for pyrene and five natural freshwater humic and fulvic acids ranged from 3.64 to 4.33. Log $K_{oc}$s for pyrene and freshwater humic materials from four southeast US rivers ranged from 5.06 to 5.65 (Alberts et al., 1994). Gauthier et al. (1987) measured the log $K_{oc}$ for pyrene and 14 natural humic and fulvic acids from different sources. Marine humic acids had log $K_{oc}$s of 4.46 to 4.81; soil humic acids had log $K_{oc}$s of 4.94 to 5.51. Three soil fulvic acids had log $K_{oc}$s of 4.73 to 5.02. There was a direct correlation between log $K_{oc}$ and aromaticity of the different humic substances. Thus, soil and freshwater humic substances, which have an aromatic character, have a greater affinity for binding and solubilization of PAHs than marine humic substances, which are primarily aliphatic.

The behavior of humic substances in the water column is different from that in sediment pore water, primarily because of the large differences in concentrations of sorbents and sorbing organic chemicals. The concentration of DOC, including humic substances, in open ocean waters and even in coastal waters away from the immediate influence of major riverine inputs generally is quite low. Whitehouse (1985a,b) reported concentrations of DOC in open ocean samples of 0.64 to 5.2 mg C/L. Salt marsh water and terrestrial runoff often contained more than 10 mg C/L DOC. At these low ambient concentrations, complexation of nonpolar organic contaminants to the marine DOC was not important quantitatively. Oceanic DOC did not bind phenanthrene, anthracene, 2-methylanthracene, or 2-ethylanthracene, but did bind small amounts of benz(a)anthracene and benzo(a)pyrene. However, terrestrial and saltmarsh DOC did enhance the solubility of PAHs. The solubilization enhancement of terrestrial DOC at a concentration of 5.1 mg C/L increased with PAH molecular weight from +11 percent for phenanthrene to +668 percent for benz(a)anthracene. Salt marsh DOC at a concentration of 14.9 mg C/L did not enhance the solubility of phenanthrene but did enhance the solubility of 2-ethylanthracene by 45 percent and benzo(a)pyrene by 252 percent. At a concentration of 2 mg C/L, it had no effect on the solubility of any PAHs. Thus, both the concentration and source (chemical structure) of

A 00385

Battelle
. . . Putting Technology To Work

Case 1:88-cv-00263-SLR    Document 303-12    Filed 07/18/2005    Page 13 of 35

Sorption of PAHs by Colloidal Organic Matter.
Page: 11

humic substances affect their ability to sorb and increase the solubility of PAHs in the water column.

Solubilities of alkanes (saturated hydrocarbons) are much lower and log $K_{ow}$s are much higher than those for PAHs of similar molecular weight. Thus, DOC has a greater effect on solubility of alkanes than PAHs typically found in petroleum. Boehm and Quinn (1973) observed that removal of DOC from estuarine water samples from Narragansett Bay and the Providence River, Rhode Island, resulted in a 50 to 99 percent decrease in the amounts of n-alkanes (n-$C_{16}$ and n-$C_{20}$) and an isoalkane (pristane) solubilized. The decrease in alkane solubility was directly correlated with the amount of DOC removed. However, removal of DOC from the water samples had no effect on the solubilities of phenanthrene and anthracene. The solubility of a No. 2 fuel oil increased by 2.5 times in the presence of fulvic acid at a concentration of 3.7 mg C/L. Most of the increase was for the alkanes in the fuel oil.

An analysis of the distribution of alkanes in the dissolved and particulate phases of an estuary indicated that the dissolved phase included high molecular weight alkanes sorbed to colloids (Gomez-Belinchon et al., 1988; Gschwend and Schwarzenbach, 1992). The dissolved fraction was enriched in high molecular weight alkanes compared to predicted equilibrium partitioning between dissolved and particulate phases.

Most of the pyrene and benzo(a)pyrene were in the freely dissolved phase of Lake Michigan water containing 0.2 to 5 mg/L total suspended particles and 1 to 6 mg C/L total dissolved organic carbon (Eadie et al., 1990). In this freshwater environment, the log $K_{oc}$s for suspended particles were greater than the log $K_{oc}$s for DOC. The two PAHs were distributed among three phases in the water. Approximately 52 percent of benzo(a)pyrene and nearly 90 percent of pyrene were in the freely dissolved water phase; only 8 percent of benzo(a)pyrene and 2 percent of pyrene were bound to the DOC. The suspended particulate phase contained 40 percent of the benzo(a)pyrene and about 10 percent of the pyrene in the water. Similar results were obtained for water samples from Green Bay (a branch of Lake Michigan) (Eadie et al., 1992). In lake water containing 2.7 to 28 mg/L suspended particles and 5.2 to 11.5 mg C/L DOC, 53 percent of benzo(a)pyrene was in the particulate phase, 14.7 percent was associated with DOC, and 32.5 percent was freely dissolved. The maximum distribution for pyrene was 28.3 percent particulate, 8 percent in DOC, and 63.8 percent in the freely dissolved phase.

Surface and bottom waters of Chesapeake Bay containing less than 5 mg/L and 2 to 24 mg/L total suspended particles, respectively, contained an average of 8.71 ng/L and 14.05 ng/L total PAHs, respectively (Ko and Baker, 1994). Between 18 and 86 percent of individual PAHs in surface and bottom water were in the particulate phase. The remaining PAHs were associated with the dissolved and colloidal phases. There was a general tendency for the percent of a PAH sorbed to suspended particles to increase with PAH molecular weight from 17 percent in the particulate phase for fluorene to 86 percent in the particulate phase for benzo(k)fluoranthene. Surface water containing 0.9 to 4.9 ng/L phenanthrene and 0.2 to 0.5 ng/L benzo(a)pyrene contained 0.46 to 1.52 ng/L dissolved phenanthrene and 0.03 to 0.06 ng/L dissolved benzo(a)pyrene. The fraction of the dissolved PAHs that was associated with colloids was not measured. At these low concentrations, the solubilizing effect of colloids is not important in influencing the environmental behavior of PAHs.

A 00386

Battelle
. . . Putting Technology To Work

Yunker et al. (1993) measured several PAHs in particulate and colloidal fractions of water from the Mackenzie River and estuary, Canada. The largest fraction of total PAHs was always associated with the large particulate fraction (>1.2 μm), followed by the fine particulate fraction (1.0 to 0.2 μm), followed by the colloidal fraction (<0.2 μm). A water sample from the mouth of the river contained 107 ng/L, 1.2 ng/L, and 0.31 ng/L total PAHs in the large particle, fine particle, and colloidal phases, respectively. Most of the high molecular weight PAHs were associated with the >1.2-μm fraction. Little or none was associated with the colloidal fraction. Phenanthrene and anthracene were enriched in the colloidal fraction.

This distribution of PAH could be due to tight binding of high molecular weight PAHs to the particulate phases. The $K_{oc}s$ for fluoranthene and pyrene in natural water samples often are one to three orders of magnitude higher than those predicted from equilibrium partitioning models (Zhou et al., 1999). The discrepancy can be accounted for by soot, coal, or peat associated PAHs in the suspended particulate phase. The soot PAHs are inert and do not partition into the water phase. Pyrogenic PAHs associated with soot in sediments do not partition into the pore water phase and so have a low mobility (Readman et al., 1987; McGroddy and Farrington, 1995).

The concentration of suspended particles also can influence partitioning of PAHs between the dissolved and particulate phases. The log $K_d$ (particle/water distribution coefficient) for benzo(a)pyrene on the fine (<0.063-mm) fraction of suspended estuarine sediment decreased from 5.48 at a suspended particulate matter concentration of 25 mg/L to 4.34 at a suspended particulate matter concentration of 1000 mg/L (Turner et al., 1999). At low suspended particulate matter concentrations typical of ocean and most coastal waters, very little of the high molecular weight PAHs desorb from the particulate phase into the water where they may partition between the freely dissolved and colloidal phases. At high particulate matter concentrations, concentrations of DOC often are elevated also (Zhou et al., 1999) and a significant fraction of PAH may partition to the organic colloidal fraction in the water column.

Waters of the Delaware River near the Delaware City Refinery, collected between September and December 1999, contained less than 5 to 230 mg/L total suspended matter (Uhler, personal communication). Water samples from the river contained 124 ng/L to 2900 ng/L total PAHs (Table 3). Effluent water from the refinery contained 818 ng/L to 37750 ng/L total PAHs, compared to 148 ng/L to 1286 ng/L total PAHs in the intake water. Dissolved PAHs represented between 1.4 percent and 38.4 percent of the total PAHs in the river and intake water and between 0.9 percent and 3.8 percent of the total PAHs in the refinery effluent. All the PAHs detected in the dissolved phase of most river water samples were naphthalene and monomethylnaphthalenes. Procedural blank samples also contained low concentrations of naphthalenes; thus, measured concentrations of naphthalenes in the dissolved phase of samples probably are overestimates.

Three of the refinery wastewater samples contained additional PAHs in the dissolved phase. An effluent sample collected in September 1999 contained 750.5 ng/L total dissolved PAHs, including 51 ng/L total naphthalenes and several PAHs between fluoranthene and benzo(ghi)perylene (Table 4). The percent of individual PAHs in the dissolved phase ranged from 1.3 to 27 percent. PAHs that were present at lowest concentration in the effluent water sample had the highest percent in the dissolved phase. This may be due to the lower accuracy of



A 00387

Battelle
. . . Putting Technology To Work

analytical results near the method detection limits. Less than 5 percent of the total concentration of most PAHs was in the dissolved phase. Thus, the dissolved phase, which includes the colloidal PAHs, is not quantitatively important in the transport and flux of PAHs in the refinery wastewater.

There is no relationship between the hydrophobicity of the PAHs, as indicated by their log $K_{oc}$s (Table 1), and the fraction of the total concentration that is in the dissolved phase. If concentrations of the dissolved PAHs were in equilibrium with concentrations of particulate PAHs, the percent dissolved PAH should decrease with increasing log $K_{oc}$. If colloidal PAHs contributed significantly to the total PAHs in the dissolved phase, one would expect a higher percent of the total PAHs to be in the dissolved phase. Thus, it appears that a fraction of the particulate PAHs are in an occluded, nonbioavailable form and the dissolved phase does not include a large colloidal component.

**Table 3. Distribution of total PAHs between the dissolved and particulate fractions of water samples collected from the Delaware River and Delaware City Refinery water intake and effluent channels in late 1999. Concentrations are ng/L (parts per trillion). Data from Uhler (personal communication).**

| Sample | Fraction | Sept. 99 | Oct. 99 | Nov. 99 | Dec 99 |
|---|---|---|---|---|---|
| Water Intake | Total | 1286 | 438 | 148 | 311 |
| | Particulate | 1250 | 388 | 90.9 | 306 |
| | Dissolved | 36.5 | 50.4 | 56.7 | 4.4 |
| | % Dissolved | 2.84 | 11.5 | 38.4 | 1.41 |
| Refinery | Total | 37750 | 6518 | 5692 | 818 |
| Effluent | Particulate | 37000 | 6396 | 5640 | 787 |
| | Dissolved | 750 | 122 | 51.7 | 31.3 |
| | % Dissolved | 1.99 | 1.88 | 0.91 | 3.83 |
| River DR-2 | Total | 1559 | 278 | 439 | 328 |
| | Particulate | 1530 | 239 | 439 | 285 |
| | Dissolved | 29.1 | 39.0 | NA | 42.5 |
| | % Dissolved | 1.87 | 14.03 | --- | 12.96 |
| River DR-6 | Total | 2445 | 268 | 124 | 401 |
| | Particulate | 2030 | 225 | 80 | 291 |
| | Dissolved | 415 | 43.1 | 44.1 | 110 |
| | % Dissolved | 16.97 | 16.08 | 35.54 | 27.42 |
| River DR-7 | Total | 2455 | 448 | 260 | 323 |
| | Particulate | 2390 | 391 | 200 | 318 |
| | Dissolved | 65.2 | 57.5 | 59.7 | 5.1 |
| | % Dissolved | 2.66 | 12.82 | 23.01 | 1.58 |
| River DR-10 | Total | 2900 | 255 | 433 | 447 |
| | Particulate | 2840 | 194 | 296 | 404 |
| | Dissolved | 59.9 | 60.7 | 137 | 42.6 |
| | % Dissolved | 2.07 | 23.83 | 31.66 | 9.54 |

A 00388

Concentrations of individual PAHs in Delaware River water samples are much lower than those in the effluent water, making it difficult to draw conclusions about the distribution of PAHs



Case 1:88-cv-00263-SLR    Document 303-12    Filed 07/18/2005    Page 16 of 35
Bioavailability of Colloidal and Particulate PAHs
Page: 14

between the dissolved and particulate phases. A water sample collected in September 1999 from river station DR-6 downstream from the refinery outfall contained 2030 ng/L total particulate PAHs and 415 ng/L total dissolved PAHs (Table 5). The percent PAH in the dissolved phase ranged from 4.9 percent to 66 percent. The highest value was for acenaphthylene that was present in the particulate phase at only 5 ng/L. Although there wasn't a clear relationship between hydrophobicity and percent of individual PAHs in the dissolved phase, the relatively high percent dissolved PAHs suggests that a colloidal PAH phase was present (Gschwend and Schwarzenbach, 1992).

**Table 4. Distribution of individual PAHs between the dissolved and particulate phases of a water sample collected from the Delaware City Refinery in September 1999. Only PAHs that were detected in the dissolved phase are included. Concentrations are ng/L (parts per trillion). Data from Uhler (personal communication).**

| PAH | Particulate | Dissolved | Total | % Dissolved |
|---|---|---|---|---|
| Naphthalene | 1180 | 30 | 1210 | 2.5 |
| $C_1$-Naphthalenes | 1590 | 21 | 1611 | 1.3 |
| Fluoranthene | 33 | 12 | 45 | 27 |
| Pyrene | 58 | 5.3 | 63 | 8.4 |
| $C_1$-Flu/Pyr | 1410 | 28 | 1438 | 1.9 |
| $C_2$-Flu/Pyr | 3986 | 107 | 4093 | 2.6 |
| $C_3$-Flu/Pyr | 8500 | 158 | 8658 | 1.8 |
| Benz(a)anthracene | 19 | 3.4 | 22 | 15 |
| Chrysene | 211 | 6.1 | 217 | 2.8 |
| $C_1$-Chrysene | 1510 | 24 | 1534 | 1.6 |
| $C_2$-Chrysene | 4630 | 74 | 4704 | 1.6 |
| $C_3$-Chrysene | 3210 | 58 | 3268 | 1.8 |
| $C_4$-Chrysenes | 2250 | 40 | 2290 | 1.8 |
| Benzo(b)fluoranthene | 179 | 4.2 | 183 | 2.3 |
| Benzo(j/k)fluoranthene | 31 | 1.6 | 32 | 5.0 |
| Benzo(e)pyrene | 1480 | 24 | 1504 | 1.6 |
| Benzo(a)pyrene | 678 | 16 | 394 | 3.9 |
| Perylene | 522 | 11 | 533 | 2.1 |
| Indeno(1,2,3-cd)pyrene | 105 | 3.3 | 108 | 3.0 |
| Dibenzanthracene | 187 | 3.8 | 191 | 2.0 |
| Benzo(ghi)perylene | 2300 | 67 | 2367 | 2.8 |

# 5. BIOAVAILABILITY OF COLLOIDAL AND PARTICULATE PAHS

The bioavailability of PAHs and other nonpolar organic chemicals to freshwater and marine organisms depends on the physical form of the chemicals. Organic chemicals in true solution in water usually are much more bioavailable than organic chemicals that are present in complexed, adsorbed, or solid forms (McCarthy, 1983; Hatzinger et al., 1998). PAHs of the types found in refinery effluent and river water may be present in the water in true solution, complexed with dissolved organic matter (colloidal phase), as micelles, adsorbed on the surface of particles, occluded within particles (e.g., in soot, coal, or tar), associated with oil droplets, and in the

Battelle
... Putting Technology To Work

Case 1:88-cv-00263-SLR    Document 303-12    Filed 07/18/2005    Page 17 of 35
Bioavailability of Colloidal and Particulate PAHs
Page: 15

tissues of aquatic organisms (Readman et al., 1984a,b; Gschwend and Schwarzenbach, 1992). The hydrocarbons in the different phases are exchangeable, at least to a limited extent (Johnsen, 1987), but, at any given moment, only a fraction of the total hydrocarbons in the water is in bioavailable forms. The dissolved hydrocarbons are the most bioavailable, followed by those in tissues of marine organisms (if the organisms are eaten) or associated with liquid oil droplets. PAHs that are sorbed to particulate and colloidal organic matter have a bioavailability that is limited by the rate of partitioning from the sorbed to the dissolved phases (Johnsen, 1987). Particulate PAH associated with soot and coal particles are essentially inert (Farrington, 1986; Baumard et al., 1999).

**Table 5. Distribution of individual PAHs between the dissolved and particulate phases of a water sample collected from the Delaware River at Station DR-6, downstream from the Delaware City Refinery in September 1999. Only PAHs that were detected in the dissolved phase are included. Concentrations are ng/L (parts per trillion). Data from Uhler (personal communication).**

| PAH | Particulate | Dissolved | Total | % Dissolved |
|---|---|---|---|---|
| Naphthalene | 265 | 139 | 404 | 34 |
| $C_1$-Naphthalenes | 464 | 112 | 576 | 19 |
| $C_2$-Naphthalenes | 422 | 74 | 496 | 15 |
| $C_3$-Naphthalenes | 268 | 32 | 300 | 11 |
| Biphenyl | 145 | 7.5 | 152 | 4.9 |
| Acenaphthylene | 4.8 | 9.0 | 14 | 66 |
| Dibenzofuran | 43 | 4.1 | 47 | 8.7 |
| Fluorene | 29 | 3.2 | 32 | 9.8 |
| $C_1$-Fluorenes | 20 | 13 | 33 | 40 |
| Fluoranthene | 18 | 6.8 | 24 | 28 |
| Pyrene | 38 | 6.2 | 45 | 14 |
| $C_1$-Flu/Pyr | 16 | 3.6 | 19 | 19 |
| Benz(a)anthracene | 5.9 | 1.5 | 7.4 | 20 |
| Chrysene | 9.0 | 1.8 | 11 | 17 |

Complexation of PAHs with natural dissolved organic matter in surface waters and sediment pore waters decreases their bioavailability to marine organisms (Leversee et al., 1983; McCarthy and Jiminez, 1985; Landrum et al., 1987; Servos et al., 1989; Hatzinger et al., 1998). Usually, PAHs sorbed to dissolved and suspended organic matter readily desorb from these substrates, maintaining an equilibrium defined by the log $K_{oc}$, as discussed above (McCarthy and Jiminez, 1985). However, when PAHs remain sorbed to dissolved or particulate humic materials for a month or more, the desorption rate is much lower than the initial adsorption rate, when PAH concentrations in the ambient water decrease (Johnsen, 1987; Kan et al., 1994). This adsorption/desorption hysteresis effectively decreases the bioavailability of adsorbed PAHs to aquatic organisms (Landrum et al., 1992).

Atlantic salmon *Salmo salar* accumulated benzo(a)pyrene more rapidly to higher concentrations from water containing no dissolved organic carbon than from water containing 22 mg/L dissolved humic material (Johnsen et al., 1989). Dissolved humic material at a concentration of 20 mg C/L decreased bioaccumulation of benzo(a)pyrene in bluegills *Lepomis macrochirus* by

A 00390

90 percent but had not effect on the bioaccumulation of naphthalene (McCarthy and Jiminez, 1985). There was an inverse relationship between the concentration of dissolved humic material in water and the bioaccumulation of 3-methylcholanthrene by water fleas *Daphnia magna* (McCarthy et al., 1985). The decrease in bioconcentration factor increased from 7 percent at a dissolved humic material concentration of 0.15 mg C/L to 82 percent at a dissolved humic material concentration of 15 mg C/L. Natural particulate and colloidal organic matter from a South Carolina stream (10-12 mg TOC/L) reduced the bioaccumulation of benzo(a)pyrene in *Daphnia* by 38 to 66 percent (Leversee et al., 1983). About 40 percent of the reduction was attributable to the dissolved organic matter. Bioaccumulation of 3-methylcholanthrene was increased in the presence of 2 mg/L Aldrich humic acid. Aldrich humic acid, a soil humic acid, has markedly different sorption properties than natural freshwater and marine humic acids, possibly explaining the unusual behavior (Landrum et al., 1987). It is possible that, if the Aldrich humic acid was not completely dissolved, the water fleas ingested the humic particles without assimilating the adsorbed PAHs, giving an anomalously high estimate of bioconcentration factor.

Boehm and Quinn (1976) reported that removal of natural dissolved organic matter from seawater resulted in an increase in the bioaccumulation of the n-alkane, hexadecane, but not the PAH, phenanthrene, by the marine clam *Mercenaria mercenaria*. Bioaccumulation of No. 2 fuel oil hydrocarbons was increased by sevenfold by removal of dissolved organic matter from the water. Uptake of the saturated fraction of the oil was increased 17-fold and uptake of the aromatic fraction was increased fivefold. Meador et al. (1995) reported that there was an inverse relationship between the hydrophobicity of several PAHs, as measured by log $K_{oc}$, and the reduction in their bioavailability to the sediment amphipod *Repoxinius abronius*. Dissolved organic matter in sediment pore water had little effect on the bioavailability of low molecular weight PAHs, but markedly decreased the bioavailability of high molecular weight PAHs.

Haitzer et al. (1999a,b) showed that several freshwater dissolved fulvic and humic acids decreased the bioavailability of pyrene and benzo(a)pyrene to nematodes *Caenorhabditis elegans* at concentrations as low as a few mg/L. The humic acid-mediated decrease in bioavailability was greater for benzo(a)pyrene than for pyrene. Inhibition of bioconcentration was directly related to the aromaticity and molecular weight of the humic substances. Similar results were obtained with PAHs and water fleas *Daphnia magna* (Kukkonen et al., 1989).

Axelman et al. (1999) studied the bioaccumulation of PAHs by caged mussels *Mytilus edulis* deployed in a Norwegian fjord near the discharge from an aluminum reduction plant. They measured PAHs in three phases of the ambient water; the suspended particulate phase (retained on glass microfilter with a nominal cutoff of 0.7 μm), a dissolved phase retained on a polyurethane foam (PUF) adsorbent, and a "colloidal" phase that passed the PUF filters. The average concentration of PAHs in the three phases was 2500 ng/L on colloids, 300 ng/L dissolved, and 1400 ng/L on particles. Low molecular weight PAHs were primarily in the dissolved and colloidal phases and high molecular weight PAHs were primarily particulate. PAH concentrations in the mussel tissues were higher than could be accounted for by bioaccumulation from the dissolved phase alone. The authors suggested that uptake from particles or the colloidal phase dominated over uptake from the dissolved phase. Wastewater effluents from aluminum smelters contain PAHs associated with fine soot particles (most of these probably were in the "colloidal" phase of the water samples). The soot-associated PAHs appear to be toxicologically

A00391


**Battelle**
. . . Putting Technology To Work

inert (Knutzen, 1995). However, the fine soot particles may be retained in the gills or digestive diverticualae of the mussels, contributing to anomalously high estimates of PAH bioconcentration. Thus, it is probable that true organic colloid-bound PAHs did not contribute significantly to bioaccumulation of PAHs by the mussels.

These studies show that, in most cases, freely dissolved PAHs and other nonpolar organic chemicals are more bioavailable than those associated with colloidal organic matter or organic particles. Experiments with sampling devices that sample only the organic solutes in true solution confirm that bioaccumulation of nonpolar organic compounds is directly correlated with the concentration of the chemical in the freely dissolved phase and particulate and colloidal organic solutes have little effect on bioaccumulation (Freidig et al., 1998; Ramos et al., 1998).

# 6. REFERENCES

Aiken, G.R., D.M. McKnight, R.L. Wershaw, and P. MacCarthy. 1985. An introduction to humic substances in soils, sediment, and water. Pages 1-9 In: G.R. Aiken, D.M. McKnight, R.L. Wershaw, and P. MacCarthy, Eds., Humic Substances in Soil, Sediment, and Water. Geochemistry, Isolation, and Characterization. John Wiley & Sons, New York.

Alberts, J.J., C. Griffin, K. Gwynne, and G.J. Leversee. 1994. Binding of natural humic matter to polycyclic aromatic hydrocarbons in rivers of the southeastern United States. Wat. Sci. Technol. 30:199-205.

Amy, G.L., M.H. Conklin, H. Liu, and C. Cawein. 1991. Polynuclear aromatic hydrocarbon binding to natural organic matter: a comparison of natural organic matter fractions. Pages 99-110 In: R.A. Baker, Ed., Organic Substances and Sediments in Water. Vol. 1. Humics and Soils. Lewis Publishers, Boca Raton, FL.

Axleman, J., K. Naes, C. Näf, and D. Broman. 1999. Accumulation of polycyclic aromatic hydrocarbons in semipermeable membrane devices and caged mussels (Mytilus edulis L.) in relation to water column phase distribution. Environ. Toxicol. Chem. 18:2454-2461.

Baumard, P., H. Budzinski, P. Garrigues, J.F. Narbonne, T. Burgeot, X. Michel, and J. Bellocq. 1999. Polycyclic aromatic hydrocarbons (PAH) burden of mussels (Mytilus sp.) in different marine environments in relation with PAH contamination, and bioavailability. Mar. Environ. Res. 47:415-439.

Boehm, P.D. and J.G. Quinn. 1973. Solubilization of hydrocarbons by the dissolved organic matter in sea water. Geochim. Cosmochim. Acta 37:2459-2477.

Boehm, P.D. and J.G. Quinn. 1976. The effect of dissolved organic matter in sea water on the uptake of mixed individual hydrocarbons and number 2 fuel oil by the marine filter-feeding bivalve (Mercenaria mercenaria). Estuar. Cstl. Mar. Sci. 4:93-105.

A 00392

Broman, D., C. Näf, M. Wik, and I. Renberg. 1990b. The importance of spheroidal carbonaceous particles (SCPs) for the distribution of particulate polycyclic aromatic hydrocarbons (PAHs) in an estuarine-like urban coastal water area. Chemosphere 21:69-77.

Brownawell, B.J. and J.W. Farrington. 1986. Biogeochemistry of PCBs in interstitial waters of a coastal marine sediment. Geochim. Cosmochim Acta 50:157-169.

Burns, R.G. and V.M. Burns. 1981. Authigenic oxides. Pages 875-914 In: E. Emiliani, Ed., The Sea. Vol. 7. The Oceanic Lithosphere. John Wiley & Sons, New York.

Chin, Y.-P., G.R. Aiken, and K.M. Danielsen. 1997. Binding of pyrene to aquatic and commercial humic substances: the role of molecular weight and aromaticity. Environ. Sci. Technol. 31:1630-1635.

Chin, Y.-P. and P.M. Gschewnd. 1991. The abundance, distribution, and configuration of porewater organic colloids in recent sediments. Geochim. Cosmochim. Acta 55:1309-1317.

Chin, Y.-P. and P.M. Gschwend. 1992. Partitioning of polycyclic aromatic hydrocarbons to marine porewater organic colloids. Environ. Sci. Technol. 26:1621-1626.

Douglas, G.S., K.J. McCarthy, D.T. Dahlen, J.A. Seavey, and W.G. Steinhauer. 1992. The use of hydrocarbon analysis in environmental assessment and remediation. J. Soil Contam. 1:197-216.

Eadie, B.J., N.R. Morehead, J. V. Klump, and P.F. Landrum. 1992. Distribution of hydrophobic organic compounds between dissolved and particulate organic matter in Green Bay waters. J. Great Lakes Res. 18:91-97.

Eadie, B.J., N.R. Morehead, and P.F. Landrum. 1990. Three-phase partitioning of hydrophobic organic compounds in Great Lakes waters. Chemosphere 20:161-178.

Farrington, J.W. 1986. Fossil fuel aromatic hydrocarbon biogeochemistry in the marine environment: research challenges. Pages 113-142 In: C.S. Giam and H.J.M. Dou, Eds., Strategies and Advanced Techniques for Marine Pollution Studies: Mediterranean Sea. Springer-Verlag, Berlin.

Freidig, A.P., E.A. Garicano, F.J.M. Busser, and J.L.M. Hermens. 1998. Estimating impact of humic acid on bioavailability and bioaccumulation of hydrophobic chemicals in guppies using kinetic solid-phase extraction. Environ. Toxicol. Chem. 17:998-1004.

Gauthier, T.D., W.R. Seitz, and C.L. Grant. 1987. Effects of structural and compositional variations of dissolved humic materials on pyrene $K_{oc}$ values. Environ. Sci. Technol. 21:243-248.

Gomez-Belinchon, J.I., R. Llop, J.O. Grimalt, and J. Albaiges. 1988. The decoupling of hydrocarbonss and fatty acids in the dissolved and particulate water phases of a deltaic environment. Mar. Chem. 25:325-348.

Battelle
. . . Putting Technology To Work

A00393

Gschwend, P.M. and R.P. Schwarzenbach. 1992. Physical chemistry of organic compounds in the marine environment. Mar. Chem. 39:187-207.

Gundel, L.A., V.C. Lee, K.R.R. Mahanama, R.K. Stevens, and J.M. Daisey. 1995. Direct determination of the phase distributions of semi-volatile polycyclic aromatic hydrocarbons using annular denuders. Atmos. Environ. 29:1719-1733.

Haitzer, M., G. Abbt-Braun, W. Traunspurger, and C.E.W. Steinberg. 1999a. Effects of humic substances on the bioconcentration of polycyclic aromatic hydrocarbons: correlations with spectroscopic and chemical properties of humic substances. Environ. Toxicol. Chem. 18:2782-2788.

Haitzer, M., B.K. Burnison, S. Höss, W. Traunspurger, and C.E.W. Steinberg. 1999b. Effects of quantity, quality and contact time of dissolved organic matter on bioconcentration of benzo(a)pyrene in the nematode, *Caenorhabditis elegans*. Environ. Toxicol. Chem. 18:459-465.

Haitzer, M. S. Höss, W. Traunspürger, and C. Steinberg. 1998. Effects of dissolved organic matter (DOM) on the bioconcentration of organic chemicals in aquatic organisms – A review. Chemosphere 37:1335-1362.

Harrison, R.M. and W.R. Johnston. 1985. Deposition fluxes of lead, cadmium, copper, and polynuclear aromatic hydrocarbons (PAH) on the verges of a major highway. Sci. Tot. Environ. 46:121-135.

Harvey, G.R. and D. A. Boran. 1985. Geochemistry of humic substances in seawater. Pages 233-247 In: G.R. Aiken, D.M. McKnight, R.L. Wershaw, and P. MacCarthy, Eds., Humic Substances in Soil, Sediment, and Water. Geochemistry, Isolation, and Characterization. John Wiley & Sons, New York.

Harvey, G.R., D.A. Boran, L. Chesal, and J.M. Tokar. 1983. The structure of marine fulvic and humic acids. Mar. Chem. 12:119-132.

Hewitt, C.M. and M.B. Rashed. 1990. An integrated budget for selected pollutants for a major rural highway. Sci. Tot. Environ. 93:375-384.

Hoffman, E.J., G.L. Mills, J.S. Latimer, and J.G. Quinn. 1984. Urban runoff as a source of polycyclic aromatic hydrocarbons to coastal waters. Environ. Sci. Technol. 18:580-587.

Ishiwatari, R. 1992. Macromolecular material (humic substance) in the water column and sediments. Mar. Chem. 39:151-166.

Jednacak-Biscan, J. and M. Juracic. 1987. Organic matter and surface properties of solid particles in the estuarine mixing zone. Mar. Chem. 22:257-263.

Johnsen, S. 1987. Interactions between polycyclic aromatic hydrocarbons and natural aquatic humic substances. Contact time relationship. Sci. Tot. Environ. 67:269-278.

A 00394

Battelle
. . . Putting Technology To Work

Johnsen, S., T.I. Røe, G. Durell, and M. Reed. 1998. Dilution and bioavailability of produced water components in the northern North Sea. A combined modeling and field study. SPE 46578. Pages 1-11 In: 1998 SPE International Conference on Health, Safety and Environment in Oil and Gas Exploration and Production. Society of Petroleum Engineers, Richardson, TX.

Johnsen, S., J. Kukkonen, and M. Grande. 1989. Influence of natural aquatic humic substances on the bioavailability of benzo(a)pyrene to Atlantic salmon. Sci. Tot. Environ. 81/82:691-702.

Jonasson, I.R. 1977. Geochemistry of sediment/water interactions of metals, including observations on availability. Pages 255-271 In: H. Shear and A.P. Watson, Eds., The Fluvial Transport of Sediment-Associated Nutrients and Contaminants. International Joint Commission, Windwor, Ontario.

Jones, K.D. and C.L. Tiller. 1999. Effect of solution chemistry on the extent of binding of phenanthrene by a soil humic acid: a comparison of dissolved and clay bound humic. Environ. Sci. Technol. 33:580-587.

Katz, M. and R.C. Pierce. 1976. Quantitative distribution of polynuclear aromatic hydrocarbons in relation to particle size of urban particulates. Pages 413-429 In: R. Freudenthal and P.W. Jones, Eds., Carcinogenesis – A Comprehensive Survey. Vol. 1. Polynuclear Aromatic Hydrocarbons. Chemistry, Metabolism, and Carcinogenesis. Raven Press, New York.

Kan, A.T., G. Fu, and M.B. Tomson. 1994. Adsorption/desorption hysteresis in organic pollutant and soil/sediment interaction. Environ. Sci. Technol. 28:859-867.

Karickhoff, S.W. 1981. Semi-empirical estimation of sorption of hydrophobic pollutants on natural sediments and soils. Chemosphere 10:833-846.

Karickhoff, S.W., D.S. Brown, and T.A. Scott. 1979. Sorption of hydrophobic pollutants on natural sediments. Wat. Res. 13:241-248.

Killops, S.D. and M.S. Massoud. 1992. Polycyclic aromatic hydrocarbons of pyrolytic origin in ancient sediments: evidence for Jurassic vegetation fires. Org. Geochem. 18:1-7.

Knutzen, J. 1995. Effects on marine organisms from polycyclic aromatic hydrocarbons (PAH) and other constituents of waste water from aluminum smelters with examples from Norway. Sci. Tot. Environ. 163:107-122.

Ko, F.-C. and J.E. Baker. 1994. Partitioning of hydrophobic organic contaminants to suspended sediments and plankton in the mesohaline Chesapeake Bay. Mar. Chem. 49:171-188.

Kukkonen, J. A. Oikari, S. Johnsen, and E.T. Gjessing. 1989. Effect of humus concentrations on benzo(a)pyrene accumulation from water to *Daphnia magna*: comparison of natural waters and standard preparations. Sci. Tot. Environ. 79:197-207.

Battelle
... Putting Technology To Work

A 00395

Landrum, P.F., S.R. Nihart, B.J. Eadie, and L.R. Herche. 1987. Reduction in bioavailability of organic contaminants to the amphipod *Pontoporeia hoyi* by dissolved organic matter of sediment interstitial waters. Environ. Toxicol. Chem. 6:11-20.

Lao, R.C., R.S. Thomas, and J.L. Monkman. 1975. Computerized gas chromatographic-mass spectrometric analysis of polycyclic aromatic hydrocarbons in environmental samples. J. Chromatog. 112:681-700.

Laor, Y., W.J. Farmer, Y. Aochi, and P.F. Strom. 1998. Phenanthrene binding and sorption to dissolved and to mineral-associated humic acid. Wat. Res. 32:1923-1931.

Laor, Y. and M. Rebhun. 1997. Complexation-flocculation: a new method to determine binding coefficients of organic contaminants to dissolved humic substances. Environ. Sci. Technol. 31:3558-3564.

Latimer, J.S., W.R. Davis, and D.J. Keith. 1999. Mobilization of PAHs and PCBs from in-place contaminated marine sediments during simulated resuspension events. Estuar. Cstl. Shelf Sci. 49:577-595.

Leversee, G.J., P.F. Landrum, J.P. Giesy, and T. Fannin. 1983. Humic acids reduce bioaccumulation of some polycyclic aromatic hydrocarbons. Can. J. Fish. Aquat. Sci. 40:63-69.

Malcolm, R.L. 1985. Geochemistry of stream fulvic and humic substances. Pages 181-209 In: G.R. Aiken, D.M. McKnight, R.L. Wershaw, and P. MacCarthy, Eds., Humic Substances in Soil, Sediment, and Water. Geochemistry, Isolation, and Characterization. John Wiley & Sons, New York.

McCarthy, J.F. 1983. Role of particulate organic matter in decreaseing accumulation of polynuclear aromatic hydrocarbons by *Daphnia magna*. Arch. Environ. Contam. Toxicol. 12:559-568.

McCarthy, J.F. and B.D. Jiminez. 1985. Reduction in bioavailability to bluegills of polycyclic aromatic hydrocarbons bound to dissolved humic material. Environ. Toxicol. Chem. 4:511-521.

McCarthy, J.F., B.D. Jiminez, and T. Barbee. 1985. Effect of dissolved humic material on accumulation of polycyclic aromatic hydrocarbons: structure-activity relationships. Aquat. Toxicol. 7:15-24.

McGroddy, S.E. and F.W. Farrington. 1995. Sediment porewater partitioning of polycyclic aromatic hydrocarbons in three cores from Boston Harbor, Massachusetts. Environ. Sci. Technol. 29:1542-1550.

Meador, J.P., E. Casillas, C.A. Sloan, and U. Varanasi. 1995a. Comparative bioaccumulation of polycyclic aromatic hydrocarbons from sediments by two infuanal invertebrates. Mar. Ecol. Prog. Ser. 123:107-124.

A 00396

Battelle
... Putting Technology To Work

Merrill, E.G. and T.L. Wade. 1985. Carbonized coal products as a source of aromatic hydrocarbons to sediments from a highly industrialized estuary. Environ. Sci. Technol. 19:597-603.

Morris, R.J. and G. Eglinton. 1977. Fate and recycling of carbon compounds. Mar. Chem. 5:559-572.

Mueller, J.G., P.J. Chapman, and P.H. Pritchard. 1989. Creosote-contaminated sites. Environ. Sci. Technol. 23:1197-1201.

Neff, J.M. 1979. Polycyclic Aromatic Hydrocarbons in the Aquatic Environment. Sources, Fates and Biological Effects. Applied Science Publishers, Barking, Essex, England. 262 pp.

Neff, J.M. 1990. Composition and fate of petroleum and spill-treating agents in the marine environment. Pages 1-33 In: J.R. Geraci and D.J. St. Aubin, Eds., Sea Mammals and Oil: Confronting the Risks. Academic Press, San Diego.

Neff, J.M. and W.A. Burns. 1996. Estimation of polycyclic aromatic hydrocarbon concentrations in the water column based on tissue residues in mussels and salmon: an equilibrium partitioning approach. Environ. Toxicol. Chem. 15:220-2254.

Neff, J.M., D.E. Langseth, E.M. Graham, T.C. Sauer, Jr., and S.C. Gnewuch. 1994. Transport and Fate of Non-BTEX Petroleum Chemicals in Soil and Groundwater. API Publication 4593. American Petroleum Institute, Washington, DC.

Nissenbaum, A., and D.J. Swaine. 1976. Organic matter-metal interaction in recent sediments: the role of humic substances. Geochim. Cosmochim. Acta 40:809-816.

Page, D.S., P.D. Boehm, G.S. Douglas, A.E. Bence, W.A. Burns, and P.J. Mankiewicz. 1999. Pyrogenic polycyclic aromatic hydrocarbons in sediments record past human activity: a case study in Prince William Sound, Alaska. Mar. Pollut. Bull. 38:247-260.

Pocklington, R. 1977. Chemical processes and interactions involving marine organic matter. Mar. Chem. 5:479-496.

Poutanen, E.-L. and R.J. Morris. 1985. Comparison of the structures of humic acids from marine sediments and degraded field diatoms by $^{13}$C and $^{H}$NMR spectroscopy. Mar. Chem. 17:115-126.

Prahl, F.G. and R. Carpenter. 1983. Polycyclic aromatic hydrocarbon (PAH)-phase associations in Washington coastal sediment. Geochim. Cosmochim. Acta 47:1013-1023.

Raber, B., I. Kögel-Knabner, C. Stein, and D. Klem. 1998. Partitioning of polycyclic aromatic hydrocarbons to dissolved organic matter from different soils. Chemosphere 36:79-97.

A00397

Battelle
. . . Putting Technology To Work

Ramos, E.U., S.M. Meijer, W.H.J. Vaes, H.J.M. Berhaar, and J.L.M. Hermens. 1998. Using solid-phase microextraction to determine partition coefficients to humic acids and bioavailable concentrations of hydrophobic chemicals. Environ. Sci. Technol. 32:3430-3435.

Readman, J.W., R.F.C. Mantoura, and M.M. Read. 1984a. The physicochemical speciation of polycyclic aromatic hydrocarbons (PAH) in aquatic systems. Z. Anal. Chem. 219:126-131.

Readman, J.W., R.F.C. Mantoura, and M.M. Rhead. 1984b. Distribution, composition and sources of polycyclic aromatic hydrocarbons in sediments of the River Tamar catchment and estuary, U.K. Pages 155-170 In: W.R. Parker and D.J.J. Kinsman, Eds., Transfer Processes in Cohesive Sediment Systems. Plenum Press, New York.

Readman, J.W., R.F.C. Mantoura, and M.M. Rhead. 1987. A record of polycyclic aromatic hydrocarbon (PAH) pollution obtained from accreting sediments of the Tamar Estuary, U.K.: evidence for non-equilibrium behaviour of PAH. Sci. Tot. Environ. 66:73-94.

Schlautman, M.A. and J.J. Morgan. 1993. Effects of aqueous chemistry on the binding of polycyclic aromatic hydrocarbons by dissolved humic materials. Environ. Sci. Technol. 27:961-969.

Schoer, J. 1985. Iron-oxo-hydroxides and their significance to behaviour of heavy metals in estuaries. Environ. Toxicol. Lett. 6:189-202.

Servos, M.R., D.C.G. Muir, and G.R.B. Webster. 1989. The effect of dissolved organic matter on the bioavailability of polychlorinated dibbenzo-p-dioxins. Aquat. Toxicol. 14:169-184.

Sharma, M., J. Marsalek, and E. McBean. 1994. Migration pathways and remediation of urban runoff for PAH control. J. Environ. Manage. 41:325-336.

Shinozuka, N., Lee, C., and Hayano, S. 1987. Solubilizing action of humic acid from marine sediment. Sci. Tot. Environ. 62:311-414.

Sporsol, S., N. Gjos, R.G. Lichtenthaler, K.O. Gustavsen, K. Urdal, F. Oreld, and J. Skel. 1983. Source identification of aromatic hydrocarbons in sediments using GC/MS. Environ. Sci. Technol. 17:282-286.

Stevenson, F.J. 1982. Humus Chemistry: Genesis, Composition, Reactions. Wiley-Interscience, New York.

Takada, H., T. Onda, M. Harada, and N. Ogura. 1991. Distribution and sources of polycyclic aromatic hydrocarbons (PAHs) in street dust from the Tokyo metropolitan area. Sci. Tot. Environ. 107:45-69.

Thrane, K.E. 1987. Deposition of polycyclic aromatic hydrocarbons (PAH) in the surroundings of primary aluminum industry. Water Air Soil Pollut. 33:385-393.

Turner, A., T.L. Hyde, and M.C. Rawling. 1999. Transport and retention of hydrophobic organic micropollutants in estuaries: implications of the particle concentration effect. Estuar. Cstl. Shelf Sci. 49:733-746.

Venkatesan, M.I. and J. Dahl. 1989. Organic geochemical evidence for global fires at the Cretaceous/Tertiary boundary. Nature, Lond. 338:57-60.

Villaume, J.F. 1984. Coal tar wastes: their environmental fate and effects. Pages 362-375 In: S.K. Majumdar and E.W. Miller, Eds., Hazardous and Toxic Wastes: Technology, Management and Health Effects. The Pennsylvania Academy of Sciences, Philadelphia.

Wells, M.L. and E.D. Goldberg. 1991. Occurrence of small colloids in seawater. Nature 353:342-344.

Whitehouse, B.G. 1985a. The effects of dissolved organic matter on the aqueous partitioning of polynuclear aromatic hydrocarbons. Estuar. Cstl. Shelf Sci. 20:393-402.

Whitehouse, B.G. 1985b. Observation of abnormal solubility behavior of aromatic hydrocarbons in seawater. Mar. Chem. 17:277-284.

Wijayaratne, R.D. and Means, J.C. 1984a. Sorption of polycyclic aromatic hydrocarbons by natural estuarine colloids. Mar. Environ. Res. 11:77-89.

Wijayaratne, R.D. and Means, J.C. 1984b. Affinity of hydrophobic pollutants for natural estuarine colloids in aquatic environments. Environ. Sci. Technol. 18:121-123.

Willis, J.N. and W.G. Sunda. 1984. Relative contributions of food and water in the accumulation of zinc by two species of marine fish. Mar. Biol. 80:273-279.

Yunker, M.B., R.W. MacDonald, W.J. Cretney, B.R. Fowler, and F.A. McLaughlin. 1993. Alkane, terpene, and polycyclic aromatic hydrocarbon geochemistry of the Mackenzie River and Mackenzie shelf: riverine contributions to Beaufort Sea coastal sediment. Geochim. Cosmochim. Acta 57:3041-3061.

Zemanek, M.G., S.J.T. Pollard, S.L. Kenefick, and S.E. Hrudey. 1997. Multi-phase partitioning and co-solvent effects for polynuclear aromatic hydrocarbons (PAH) in authentic petroleum- and creosote-contaminated soils. Environ. Pollut. 98:239-252.

Zhou, J.L., T.W. Fileman, S.Evans, P. Donkin, J.W. Readman, R.F. C. Mantoura, and S. Rowland. 1999. The partition of fluoranthene and pyrene between suspended particles and dissolved phase in the Humber Estuary: a study of the controlling factors. Sci. Tot. Environ. 243/244:305-321.

Zimmermann, U., T. Skrivanek, and H.-G. Löhmannströben. 1999. Fluorescence quenching of polycyclic aromatic compounds by humic substances. Part 1. Methodology for the determination of sorption coefficients. J. Environ. Monit. 1:525-532.

Battelle
. . . Putting Technology To Work

A 00399

This page was
intentionally left
blank.

A 00400

Appendix H, "Skip Livingston Settlement Memo (2/2/00) to L. Hall," is omitted because it is privileged and confidential settlement material that is not pertinent to Plaintiffs' motion.

A 00401

# APPENDIX I

Battelle QA Project Plan for the Three Phase Separation and Analysis

A 00402

This page was
intentionally left
blank.

A00403

**BATTELLE**
**WORK/QUALITY ASSURANCE PROJECT PLAN**

## 1.0 GENERAL PROJECT INFORMATION

| | |
|---|---|
| Project Title: | Motiva – 3 Phase Sampling |
| Project Number: | N003741-0003 |
| Client: | Motiva Enterprises LLC, Hank Lloyd<br>Delaware City Refinery<br>2000 Wrangle Hill Road<br>Delaware City, DE 19706<br>(302) 836-6617 |
| QAPP Effective Date: | January 11, 2001 |
| Version Number: | 0.0 |
| Project Manager: | Julie Fredriksson / Bo Liu |
| Prepared By: | Julie Fredriksson / Bo Liu    Date:    1/11/2001 |
| Reviewed By: | Date: |
| Deliverable Due Date: | ~ 10 weeks from sample receipt |

## 2.0 SCOPE OF WORK/WORK BREAKDOWN STRUCTURE

The objective of this project is to provide analytical support to Motiva as part of a chemical characterization study at their refinery site located in Delaware City, Delaware. Battelle Duxbury will prepare and analyze the dissolved, particulate, and colloidal phases of large volume water samples collected from sites in the Delaware River. In aqueous systems, polycyclic aromatic hydrocarbons (PAH) exist in a near equilibrium state between the true dissolved state, and adsorbed with solid-phase substrates in the water column. In the latter case, the solid phases of interest are operationally defined as particulate matter (generally particles larger than 0.4 μm) and colloidal material (generally, particles less than 0.4 μm and larger than 0.001 μm).

The objectives of this part of the Delaware River investigation are to:
1. Collect water samples from 6 locations proximal to, upriver from, and downriver from the discharge canal at the Delaware River Motiva Refinery in order to ascertain the proportional amounts of PAH associated with the dissolved, particulate, and colloidal phases.
2. Collect duplicate samples at each sampling location, in order to determine the range (variability) in the measured concentrations of PAH in each phase at each sampling location. (Six locations, sampled in duplicate, will yield a total of 12 field samples.).
3. Process those 12 samples through a filtering system such that the PAH compounds of interest are separated into dissolved, particulate, and colloidal fractions. Each of those fractions will then be analyzed by GC/MS to quantify their PAH content.
4. Examine the concentrations of PAH in each phase, and compare those concentrations among the 6 sampling locations. The principle objective of this comparison will be to ascertain (a) which phase contains the preponderance of PAH and (b) to determine if there is a phase- or concentration–difference among the sampling locations that can be attributable to sampling location (as opposed to differences due simply to sample heterogeneity).



BATTELLE
WORK/QUALITY ASSURANCE PROJECT PLAN

## 2.1    Technical Approach

### 2.1.1    Sample Receipt, Storage, and Handling

The 12 water samples were collected by University of Maryland staff on January 10, 2001. The samples will be received on January 12, 2001. The 20-L water samples will be collected in 20-L polycarbonate carboys and shipped on ice, each in a single cooler. The samples will be logged into the laboratory and given unique Battelle IDs. The samples will be stored in the walk in refrigerator until sample processing begins.

| Sample Type | Storage | Holding Times |
|---|---|---|
| Water | Refrigerate | There are no holding times associated with the water samples as it will not be possible to filter the 20-L water samples and obtain the dissolved water sample within a 7 days period. |
| Filters | Freeze immediately after collection | No holding time if filter samples are frozen. |

Sample extracts will be held for one month after the delivery of the final data. Unless otherwise specified by the client, the samples will be disposed of after these periods. The electronic data generated by the instruments and all hard-copy data will be archived for a period of at least three years, unless otherwise specified by the client. The project manger will be notified prior to the disposal of samples.

### 2.1.2 Sample Preparation and Extraction

The samples will be prepared and analyzed in three batches; 2 filter batches and 1 water batch. The filter batches will consist of 12 particulate filter samples and 12 colloidal filter samples. The water batch will consist of 12 dissolved water samples. Each batch will have the following quality control samples:

| QC sample Type | Required (check) | Comments |
|---|---|---|
| Blank | √ | The PB will be prepared by filtering 20-L of Milli-Q water. From the filtration process, a particulate PB (filter), a colloidal PB (filter) and dissolved water PB will be generated. |
| LCS | √ | The LCS will be prepared by filtering 20-L of Milli-Q water. From the filtration process, a particulate LCS (filter), a colloidal LCS (filter) and dissolved water LCS will be generated. |
| MS | | |
| MSD | | |
| SRM | | |
| Field Sample Duplicates | √ | Field duplicates are provided by client. Lab duplicates will not be prepared. |
| Field Sample Triplicates | | |
| Independent Check (ICS) | √ | |
| Other: | | |

A 00405

**BATTELLE**
**WORK/QUALITY ASSURANCE PROJECT PLAN**

#### 2.1.2.1 Sample filtration

All the filtration equipment and filters cleaning and handling protocols are critical in order to avoid system contamination. Prior the filtration, the glass fibre Filter and the glass microfibre filter will be heated to 400°C for at least 4 h, then stored in aluminum foil "package" at 105°C. The Amicon YM1 filter will be rinsed by floating it skin (glossy side down in a beaker of Milli-Q water for at least one hour, changing water three times. Please follow the manufacture instructions on how to operate and clean the Amicon YM1 filter for details. Rinse the filtration system tubes by "filtering" (no filter paper should be placed in the filter head during rinsing) at least 10 L Milli-Q water through the whole set up.

#### *Obtaining the Particulate Phases - Filtration procedure*
1) The 20-L water sample will be stored refrigerated until sample processing begins.
2) The 20-L water sample will then be transferred into a stainless steel tank.
3) The filtration is assisted by the use of pressurized nitrogen. The stainless steel tanks are pressurized with high purity $N_2$ gas (~85 psi) using Teflon lined stainless steel tubing. The 20-L of water is first forced through a stainless steel filter holder containing a 90-mm diameter, Whatman graded density glass microfibre (GMF) pre-filter (2 μm pore size) layered on top of a 90-mm diameter 0.7 μm glass fibre filter (GF/F). These are referred to as the "particulate" filters.
4) The filtration unit is set up in series, such that the water that passes through the partiuclate filter is immediately filtered through a second stainless steel filter holder containing a 149-mm Pall Gelman GN Metricel Membrane DBC filter (0.45 μm pore size). These filters are also referred to as "particulate" filters.
5) Once the entire 20-L sample has been filtered, depressurize the system.
6) Using forceps, carefully remove the particulate filters from the first and second filterheads and transfer them to a precleaned, labeled glass jar, Teflon tape the cap for storage. This filter sample should be labeled with a "-FP".
7) All filter samples will be stored frozen until sample extraction begins.
8) Please note that during the above filtration procedure, it may be necessary to change one or more of the pre-filters in the series. If the flow the water collected into the carboy begins to slow down dramatically this indicates that the filter may be clogged with particulate material and will require replacement. If the filters need to be replaced, carefully depressurize the system and using forceps, carefully place the used filter(s) into their correctly labeled jar. Replace the filterhead with a new filter, pressurize the system, and resume filtration.
9) The filtrate is collected directly into a pre-cleaned polycarbonate carboy, Teflon tape the cap, and stored refrigerated until processing for the "dissolved" phase begins.
10) Please try to finish the particulate filtration step for all the samples before starting to filter for the colloidal phase.
11) Extract the particulate filter samples once the particulate phase filtration step completes.

#### *Obtaining the Dissolved and Colloidal Phase - Filtration procedure*
1) Remove the filtered 20-L water sample from the refrigerator.
2) Transfer the filtered 20-L water sample into a stainless steel tank.
3) The filtration is assisted by the use of pressurized nitrogen. The stainless steel tanks are pressurized with high purity $N_2$ gas (~85 psi) using Teflon lined stainless steel tubing. The 20-L of water is forced through a stainless steel filter holder containing a 90-mm diameter, Amicon YM1, regenerated cellulose, ultra filtration membrane (0.01 μm pore size). These filters are referred to as the "colloidal" filters.
4) The filtrate is collected directly into a pre-cleaned polycarbonate carboy, Teflon tape the cap, and stored refrigerated until extraction of the "dissolved" phase begins.
5) Once the entire 20-L sample has been filtered, depressurize the system.
6) Using forceps, carefully remove the colloidal filter from the filterhead and transfer it to a precleaned, labeled glass jar. This filter sample should be labeled with a "-FC".

A 00406

**BATTELLE**
**WORK/QUALITY ASSURANCE PROJECT PLAN**

7) All filter samples will be stored frozen until sample extraction begins.
8) Use two filterheads set up so that the field duplicate samples will be filtered simultaneously.
9) Please note that during the above filtration procedure, it may be necessary to change the filters. If the flow the water collected into the carboy begins to slow down dramatically this indicates that the filter may be clogged with particulate material and will require replacement. If the filter needs to be replaced, carefully depressurize the system and using forceps, carefully place the used filter into its labeled jar. Replace the filterhead with a new filter, pressurize the system, and resume filtration.

### 2.1.2.2 Sample Extraction

*Extraction of Filter Samples – Particulate and Colloidal*
The filter samples will be extracted according to SOP 5-192, *Soil/Sediment Extraction for Trace Level Semi-Volatile Organic Contaminant Analysis*. There will be a total of 14 particulate filters (12 authentic samples, a PB, and a LCS) and 14 colloidal filters (12 authentic samples, a PB, and a LCS). All the filters will be spiked with SIS according Table 1 below:

#### Table 1. Surrogate Internal Standards (SIS) for Filter Extraction

| Standard Type | Standard Contents | Spike Amount (ng) | Standard ID (or equivalent) | Volume (uL) | Comments |
|---|---|---|---|---|---|
| SIS | Naphthalene-$d_8$, Phenanthrene-$d_{10}$, Chrysene-$d_{12}$ | ~2400 ng ea | FJ39 (~12 ng/$\mu$L) | 200 $\mu$L | All samples |

The LCS filters will be spiked with MS solution according to Table 2 below:

#### Table 2. Matrix Spike Solution for Filter Extraction

| Standard Type | Standard Contents | Spike Amount (ng) | Standard ID (or equivalent) | Volume (uL) | Comments |
|---|---|---|---|---|---|
| MS | Target PAH | ~2000 ng ea | FJ38 (~5 ng/$\mu$L) | 400 $\mu$L | LSC filters |

- Copper cleanup is not required.
- Clean the extract by filtering it through a glass fiber filter containing sodium sulfate.
- Concentrate the extract to ~ 1.0 mL.
- Alumina column cleanup **may not** be required. This will be assessed during the extraction process.
- Spike the extract with RIS according to Table 3.
- Final sample PIV: 1.0 mL.
- The sample extract will **not** be split. Simply transfer the spiked extract to GCMS for analysis.

#### Table 3. Recovery Internal Standards (RIS)

| Standard Type | Standard Contents | Spike Amount (ng) | Standard ID (or equivalent) | Volume (uL) | Comments |
|---|---|---|---|---|---|
| RIS | Acenaphthene-$d_{10}$, Fluorene-$d_{10}$, BAP-$d_{12}$ | ~1000 ng ea | FJ66 (~10 ng/$\mu$L) | 100$\mu$L | All samples |

A-00407