## 2.0    INTRODUCTION

A tissue chemistry biomonitoring study was conducted by the University of Maryland in the vicinity of the Motiva Oil Refinery, as part of a court settlement to measure PAHs and other chemicals of concern (i.e., pesticides, PCBs, and metals) in the brackish water clam, *Rangia cuneata*, at selected sites near the Motiva Refinery and determine if the tissue burdens are associated with, or the proximate cause of any adverse effects on the clams.

Three separate field sampling events were conducted with the estuarine clam *Rangia cuneata* to assess chemical bioavailability and effects due to exposure: 1) Preliminary sampling in November 2000; 2) Spring sampling from March 27 to April 3, 2001; and 3) Fall sampling on November 1 and 2, 2001. *Rangia* sampling in the spring and the fall along suspected chemical gradients allowed an assessment of temporal and spatial trends in the tissue chemistry data. *Rangia* were collected from nine stations in the Delaware River (Figure 1; Table 1). Stations were situated up to 4.49 km north of the Motiva discharge canal to 13.54 km south. Tissues from clams were analyzed for polyaromatic hydrocarbons (PAHs), organochlorine compounds (i.e., pesticides and PCBs), and metals. Only results from the spring and fall sampling 2001 events will be discussed in detail in this report because the preliminary sampling was conducted to determine PAH elimination from clam tissues.

**Table 1.  Stations used during spring and fall field sampling events.**

| Station | Field Designator | Distance (km, North/South) of Effluent Canal | Latitude (dd mm.mmm) | Longitude (dd mm.mmm) | Collection Depth (ft) Spring | Collection Depth (ft) Fall |
|---------|------------------|----------------------------------------------|----------------------|-----------------------|--------|------|
| DR102 | Far-field | 4.49 (North) | 39°38.125' | 75°35.870' | 5 | 5 |
| DR45 | Far-field | 3.04 (North) | 39°37.455' | 75°36.395' | 3 | 4 |
| DR30 | Far-field | 1.70 (North) | 39°36.762' | 75°36.641' | 4 | 3 |
| DR26 | Near-field | 0.34 (North) | 39°36.027' | 75°36.654' | 3 | 4 |
| DR2 | Near-field | 0.29 (South) | 39°35.817' | 75°36.510' | 5 | 5 |
| DR23 | Near-field | 0.85 (South) | 39°35.598' | 75°36.240' | 2 | 6 |
| DR40 | Far-field | 4.65 (South) | 39°34.184' | 75°34.329' | 4 | 8 |
| DR104 | Far-field | 8.91 (South) | 39°32.428' | 75°34.081' | 4 | 12 |
| DR106 | Far-field | 13.54 (South) | 39°30.070' | 75°34.770' | 3 | 9 |

The stations were grouped according to physical location as far near- and far-field from the point of effluent discharge into the Delaware River. Three groupings were identified: north far-field (NFf), near-field (NF), and south far-field (SFf). Water depth ranged from 3 to 12 feet. Figure 2 shows the location of the Motiva facility and sampling stations in relation to the Atlantic Ocean and monitoring stations used for the National Oceanic and Atmospheric Administration (NOAA) National Status and Trends (NS&T) program (NOAA 1989).

### 2.1    *Rangia* as a Biomonitor

The estuarine clam, *Rangia cuneata*, is a permanent and dominant benthic resident of this section of the Delaware River and occurs in large numbers throughout the study area. Like most other bivalves, *Rangia* have many characteristics that make it a useful biomonitor (Mason 1991, Havlik and Marking 1987, Johnson et al. 1993). *Rangia* are sedentary, concentrating and integrating exposure to localized, site-specific chemicals. These clams are non-selective filter



Figure 1. Map of study area showing the Motiva Refinery and near- and far-field stations on the Delaware River.

A00514



Figure 2. Map of study area showing the Motiva Refinery in relation to Atlantic Ocean and NOAA Status & Trends sampling stations.

A 00515

feeders, ingest large quantities of detritus and plankton (Olsen 1976), and are eaten by many organisms, which in turn are eaten by humans (LaSalle and de la Cruz 1985). The estuarine clam is readily identifiable and normally occurs in sufficiently dense numbers to ensure genetic stability. Due to their relatively large size, associated tissues provide sufficient mass for chemical analysis, and, thus large numbers of individuals are not required for a given tissue sample. Sample size (i.e., the number of individuals used for a composite tissue sample) was determined on meeting environmental and statistical criteria. Individuals are large enough so that low concentrations of chemicals can be determined using very few specimens. *Rangia* have a long life span (up to 15 years) and shell length is directly related to age (Wolfe and Petteway 1968). Adult *R. cuneata* have wide ranges of tolerance for many environmental factors including temperature (Gallagher and Wells 1969, Cain 1975), salinity (Hopkins et al. 1973), substrate type (Tenore et al. 1968, Traver 1972, Swingle and Bland 1974), dissolved oxygen concentration (Harrel 1975, Harrel et al. 1976, Harrel and Hall 1991), heavy metals (Olsen and Harrel 1973, McConnell 1993), certain insecticides (Chaiyarach et al. 1975, Lunsford and Blem 1982), and petroleum hydrocarbons (Neff and Anderson 1975, Neff et al. 1976). Although *Rangia* are tolerant to a wide range of environmental factors, they are sensitive indicators of chemical exposure and associated biological effects (Widdows and Donkin 1992). Due to *Rangia's* eurytolerance to many environmental factors and sensitivity, this species can be used in situ, or transplanted into estuaries and inland waters for use as a biomonitor of polynuclear aromatic hydrocarbons and other chemicals. Although several authors, including those above, have suggested that *Rangia* is a tolerant species, they have unique reproductive requirements. *Rangia* rely on very specific changes in salinity to trigger spawning. This indicates that *Rangia* can only reproduce under very specific conditions (Harrel 1975, Harrel et al. 1976, Harrel and Hall 1991).

## 2.2    Study Objective

The objective of this study was to measure PAHs and other chemicals of concern(i.e., pesticides, PCBs, and metals) in the brackish water clam, *Rangia cuneata*, at selected sites near the Motiva Refinery and determine if the tissue burdens are associated with, or the proximate cause of any adverse effects on the clams.

## 3.0    METHODS

### 3.1    Field Collection of Clams

Clams for the Spring 2001 tissue study were collected from nine sites in the vicinity of the Motiva Refinery (Figure 1) on March 27 and 28, 2001 (sampling event 1) and April 3, 2001 (sampling event 2). Originally, 15 different Delaware River sites were sampled, but clams could not be collected in the harder, more scoured sediments away from the edges of the river. A second sampling event, which targeted mud flat sites near existing triad (i.e., sediment quality triad sampling) midfield sites, was necessary to collect a sufficient numbers of clams. Clams were collected from nine sites during the second sampling event.

Clams were collected with a commercial grade hard clam "suitcase style" rake modified for towing behind a boat. Sample tows were approximately three minutes in duration in a random heading from the center of each site. Average boat speed, elapsed time, and quantity of clams collected per tow were recorded for density measurements. All clams within a specific size range (40 - 50 mm) were retained long enough to randomly select 16 clams per replicate, three replicates per site, for chemical analyses of the tissues. After rinsing with ambient water, clams for metals analyses were transferred to a double wrapped plastic bag and placed on dry ice. A similar method was used for the PAH/Pesticide/PCB samples except the clams were wrapped in pre-cleaned aluminum foil and then bagged. Standard water quality parameters were measured at each study location.

Clams for the Fall 2001 tissue study were collected on November 1 and 2, 2001 from the same nine sites used for the spring collection. The same sample collection and preparation methods were used as described above for the spring sampling event.

All clams for the Spring 2001 study were kept frozen until the day of shipment and then shipped on dry ice in one batch to Battelle, Duxbury on April 5, 2001. Clam tissues were analyzed for PAHs, pesticides, PCBs, metals, percent moisture and lipid content by Battelle Duxbury. The same procedures were followed for the Fall 2001 sampling event, except the metals samples were shipped directly to Battelle Sequim, WA on November 8, 2001. *Rangia* tissues were analyzed for a total of 43 parent PAHs and alkyl homologs and 33 PAH isomers.

### 3.2    Data Analysis

#### 3.2.1    Bioaccumulation Data

Tissue chemistry data were used for statistical comparisons among stations, between sampling events (i.e, spring and fall sampling), and between near-field and far-field station groupings. The data were graphed to provide a better understanding of the relationships between various measurement parameters. All station versus distance data were plotted on arithmetic scales to identify trends and relationships not possible using log-log plots.

A weight of evidence approach was used to determine effects by comparing concentrations of chemicals measured in *Rangia* tissues with critical body residues (CBRs; threshold concentrations of chemicals in tissues where effects are predicted) estimated from a variety of techniques. These included equilibrium partitioning theory, narcosis theory, and tissue residue effects. Field observations were used to corroborate the conclusions reached by evaluating chemical concentrations in tissues.

A00517

In addition to evaluating the total PAH data, the PAH data were evaluated by individual PAH compounds as well as by the following categories to provide more insight and detailed information on potentially toxic and persistent constituents.

- Total PAH (TPAH; ng/g-dw)
- Molar PAH Concentration (umole PAH/g-ww)
- Total Low Molecular Weight PAHs (ng/g-dw)
- Total High Molecular Weight PAHs (ng/g-dw)
- Lipid-normalized Total PAH (ug PAH/g lipid)
- Selected Cyclic Hydrocarbons
- PAH Isomers
- All PAH Analytes  (= mean TPAH + selected cyclic PAHs)

Total PAH is the most general category commonly used in monitoring and assessment programs.  Low molecular weight (LMW) and high molecular weight (HMW) PAHs are the next category based on dividing the TPAHs into low-molecular weight versus high molecular weight compounds.  Although a rather gross subdivision, it provides more information than the total PAHs because these groups of compounds behave differently.  In general, the LMW PAHs are more soluble in water, are more acutely toxic, and are less persistent.  Conversely, the HMW PAHs are less soluble in water, more lipophilic, and have the potential for more chronic toxicity because they tend to be more bioaccumulative and persistent in aquatic biota.  More discrimination is provided by dividing the PAHs into more characteristic classes as identified by GCMS; i.e., naphthalenes, fluorenes, dibenzothiophenes, phenanthrenes/anthracenes, chrysenes, and other PAHs.  This gives a more precise way of evaluating differences among stations, between seasons, and relationships with distance.  As groups, selected cyclic PAHs and PAH isomers are of the least environmental and toxicological significance.  Finally, although previous work has evaluated the potential environmental significance of accumulated PAHs by grouping them into categories of low- and high-molecular weights, by classes, or by individual PAH compounds, it is still not clear which compounds are the most toxic and under what environmental conditions this toxicity might be either enhanced or ameliorated.  It is beyond the scope of this report to make a comparison based on each individual PAH compound, but observing generic patterns in the way the individual PAHs are distributed provides much more information than the other less specific categories.  This is also the best possible way to look at potential toxicity because there is more information on the potential effects of the individual compounds than for groups of compounds and for making comparisons between laboratory and field studies.  Recent studies suggest that some individual PAHs or selected groups of PAHs are more toxic than others.  Therefore, it is important to examine the fine structure of the individual compounds or groups that contribute to the total PAH concentration.  Further, it is important to evaluate how the composition of PAHs differ over space (stations) and time (spring versus fall).

Only data from the spring and fall sampling events were evaluated and analyzed.  Statistical analyses included conducting t-tests to test for differences between spring and fall, and an analysis of variance (ANOVA) to test for differences among three or more stations.  Data that did not meet the assumptions of common variances and normality were analyzed using the non-parametric equivalent.  The t-test with Welch correction was used for data that met the normality criterion but did not meet the common variance criterion.  All statistical tests were conducted at the 95% confidence level ($\alpha = 0.05$).

### 3.2.2   Effects Data

Traditional effects endpoints such as growth and reproduction were not measured as part of the *Rangia* field sampling, but every attempt was made to extract effects-related information from the available data to support establishing links between tissue chemistry and effects. The primary data used to quantify clam health and possible effects were percent lipids and percent water information for each *Rangia* tissue sample, even though these measurements are not very sensitive effects endpoints.

### 3.3   Literature Review

Approximately 130 papers on *Rangia cuneata* were reviewed (see Appendix A for complete reference list). The vast majority of these papers were found in the Applied Biomonitoring electronic database of over 14,000 citations. Key references and information were also acquired from the University of Maryland, searches of the internet web, and directly from the authors of specific publications. Another 130 references related to bioaccumulation of PAHs and other chemicals by other bivalve species were also reviewed. The most important relevant information from each of these papers has been re-evaluated in light of new information obtained from other studies. Critical references routinely used for comparing tissue burdens with respect to other locations and with respect to associated effects were also reviewed, as well as a number of papers on the bioavailability of sediment-sorbed PAHs.

Some of the available studies compare bioaccumulation of oil and other chemicals in *Rangia* and oysters. Others provide information on the spawning cycle of *Rangia* in the general vicinity of the Motiva refinery (Virginia) or other locations in the southeastern US. Many papers are important with respect to the general biology of *Rangia* in these areas. Relatively few studies have been conducted on the effects of PAH exposure to *Rangia*, and the most important work was conducted over two decades ago. Most of these older studies do not include the more advanced monitoring and assessment techniques that were developed in the last few years. For example, there is insufficient information in previous studies concerning alkylated homolog and chemical fingerprinting analyses, studies on biomarkers and physiological studies such as scope for growth, and more importantly, comparative studies on bioaccumulation in other species and associated responses to other chemicals. Given the rather widespread distribution of *Rangia* in the southeast and the relatively recent spread of this species into more northern latitudes, this lack of information is somewhat surprising. Limited information also increased the difficulty in substantiating specific conclusions with respect to potential adverse effects in *Rangia* caused by bioaccumulation of PAHs or any of the other chemicals of concern.

AC0519

## 4.0    RESULTS

In this Results Section, a number of comparisons are made between and among *Rangia* tissue chemistry results involving stations, seasons, distance, and various PAH groupings. To simplify the presentation of results, comparisons and relationships begin at the most general level of organization and move to more detailed comparisons. For example, the most general comparison would be total PAH concentrations between spring (data for all stations pooled) and fall (data for all stations pooled). A more detailed comparison would include distance from the Motiva effluent canal. For PAHs the most general category is TPAHs. More defined categories include LMW and HMW PAHs, major groupings of PAHs, classes of PAH compounds such as naphthalenes, dibenzothiophenes, etc., and finally, individual PAH compounds. For stations, the most general category would be all stations, followed by near-field and far-field, and finally near-field, north far-field and south far-field. Distance is the only category that is not subdivided except as applicable for near-field versus far-field with respect to relative distance from the Motiva effluent canal. PAHs are emphasized in the Results Section because they are the primary chemical of concern. Less detail is provided on pesticides, chlorinated hydrocarbons, and metals.

## 4.1    Tissue Chemistry — PAH Concentration

In general, many differences were found in the concentrations of PAHs in *Rangia* tissues among stations and between seasons. Because these differences depend on the level of detail used in the analysis, the distinction between groupings has been emphasized throughout this report.

Mean concentrations (±95% confidence intervals) of the major PAH categories (mean TPAH, molar concentrations, LMW PAHs, HMW PAHs, lipid normalized PAHs, selected cyclic PAHs, PAH isomers, and all PAH analytes), percent lipids, and percent solids for each station are provided in Table 2. These data provide an overview of differences in PAH concentrations and the degree of variability in the data during each sampling event. The data were reorganized by season (Table 3) to more easily compare the PAH uptake between spring and fall. Table 3 also gives the ratios for PAH concentrations between spring and fall.

Near-field stations are highlighted in Tables 2 and 3 to help visualize the trends identified during data analysis. The highest concentrations of PAHs were generally found in clams from the near-field stations, particularly during the spring. Although distinct groups based on area were identified, the reader is encouraged to look at the variability and subtle differences in the replicated data for each station as well as within each area.

### Table 2.  Concentrations of various PAH components measured in *Rangia* tissues collected in spring and fall 2001.

*Spring Sampling Event*

| | | North Far-field | | | Near-field | | | South Far-field | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DR102 | DR45 | DR30 | DR26 | DR2 | DR23 | DR40 | DR104 | DR106 |
| Mean TPAH (ng/g-dw) | Rep 1 | 1094 | 1221 | 2228 | 5717 | 5618 | 4327 | 1243 | 464 | 590 |
| | Rep 2 | 1066 | 1147 | 1890 | 3659 | 6429 | 7113 | 1111 | 707 | 474 |
| | Rep 3 | 1130 | 1047 | 1959 | 4836 | 5580 | 5642 | 796 | 649 | 340 |
| | *Station Mean* | *1097* | *1138* | *2026* | *4737* | *5876* | *5694* | *1050* | *607* | *468* |
| | *95% CI* | *37* | *99* | *202* | *1169* | *543* | *1577* | *260* | *144* | *141* |
| | *Area Mean (± 95% CI)* | | *1420 (±304)* | | | *5436 (±682)* | | | *708 (±196)* | |
| Mean Molar Weight | Rep 1 | 0.000202 | 0.000199 | 0.000451 | 0.001031 | 0.001215 | 0.000911 | 0.000259 | 0.000099 | 0.000135 |
| (umole/g wet) | Rep 2 | 0.000228 | 0.000175 | 0.000471 | 0.000603 | 0.001186 | 0.001462 | 0.000212 | 0.000150 | 0.000098 |
| | Rep 3 | 0.000219 | 0.000160 | 0.000434 | 0.000819 | 0.000924 | 0.000989 | 0.000149 | 0.000113 | 0.000083 |
| | *Station Mean* | *0.000216* | *0.000178* | *0.000452* | *0.000818* | *0.001108* | *0.001121* | *0.000207* | *0.000120* | *0.000105* |
| | *95% CI* | *0.000015* | *0.000022* | *0.000021* | *0.000242* | *0.000182* | *0.000337* | *0.000063* | *0.000030* | *0.000030* |
| | *Area Mean (± 95% CI)* | | *0.00028 (±0.00008)* | | | *0.00102 (±0.00016)* | | | *0.00014 (±0.00004)* | |
| LMW PAHs (ng/g-dw) | Rep 1 | 426 | 334 | 1101 | 3963 | 3519 | 3242 | 457 | 42 | 173 |
| | Rep 2 | 398 | 370 | 923 | 2388 | 4462 | 5259 | 407 | 204 | 42 |
| | Rep 3 | 395 | 266 | 998 | 3183 | 3932 | 4078 | 212 | 182 | 31 |
| | *Station Mean* | *407* | *323* | *1007* | *3178* | *3971* | *4193* | *359* | *143* | *82* |
| | *95% CI* | *19.6* | *59.8* | *101.0* | *891.3* | *535.2* | *1146.7* | *146.4* | *99.2* | *89.6* |
| | *Area Mean (± 95% CI)* | | *579 (±244)* | | | *3781 (±539)* | | | *195 (±100)* | |
| HMW PAHs (ng/g-dw) | Rep 1 | 667 | 888 | 1128 | 1754 | 2100 | 1085 | 786 | 422 | 416 |
| | Rep 2 | 668 | 777 | 967 | 1271 | 1967 | 1854 | 704 | 503 | 431 |
| | Rep 3 | 735 | 781 | 962 | 1653 | 1649 | 1564 | 583 | 467 | 309 |
| | *Station Mean* | *690* | *815* | *1019* | *1559* | *1905* | *1501* | *691* | *464* | *386* |
| | *95% CI* | *44.3* | *70.9* | *106.7* | *288.5* | *262.1* | *439.6* | *115.1* | *46.1* | *75.2* |
| | *Area Mean (± 95% CI)* | | *841 (±102)* | | | *1655 (±210)* | | | *513 (±99)* | |
| Lipid Normalized TPAH | Rep 1 | 12677 | 16284 | 25196 | 116677 | 130655 | 139582 | 7186 | 5102 | 6338 |
| (ug TPAH/g-lipid) | Rep 2 | 15856 | 16390 | 20272 | 63078 | 126065 | 134213 | 10881 | 6421 | 5508 |
| | Rep 3 | 9476 | 16879 | 18154 | 87933 | 93007 | 110634 | 12496 | 5680 | 2738 |
| | *Station Mean* | *12670* | *16518* | *21207* | *89230* | *116576* | *128143* | *10188* | *5735* | *4861* |
| | *95% CI* | *3610* | *359* | *4088* | *30353* | *23243* | *17425* | *3081* | *748* | *2133* |
| | *Area Mean (± 95% CI)* | | *16798 (±2888)* | | | *111316 (±16581)* | | | *6928 (±1957)* | |
| Selected Cyclic | Rep 1 | 2125 | 3474 | 3066 | 8883 | 5773 | 5046 | 2314 | 1191 | 1278 |
| (ng/g-dw) | Rep 2 | 1495 | 3367 | 3239 | 5487 | 9789 | 9490 | 2283 | 1758 | 1067 |
| | Rep 3 | 1842 | 2296 | 3197 | 8675 | 8514 | 7930 | 1664 | 1277 | 965 |
| | *Station Mean* | *1820* | *3045* | *3167* | *7682* | *8026* | *7488* | *2087* | *1409* | *1104* |
| | *95% CI* | *357* | *737* | *102* | *2154* | *2322* | *2551* | *414* | *346* | *181* |
| | *Area Mean (± 95% CI)* | | *2678 (±484)* | | | *7732 (±1184)* | | | *1533 (±329)* | |
| PAH Isomers | Rep 1 | 10 | 15 | 246 | 1256 | 1117 | 1140 | 19 | 10 | 12 |
| (ng/g-dw) | Rep 2 | 8 | 13 | 229 | 634 | 1426 | 1825 | 16 | 13 | 10 |
| | Rep 3 | 9 | 14 | 214 | 1124 | 1340 | 1289 | 13 | 13 | 9 |
| | *Station Mean* | *9.1* | *14.2* | *229.7* | *1004.7* | *1294.3* | *1418.1* | *16.1* | *12.1* | *10.3* |
| | *95% CI* | *0.78* | *1.39* | *17.87* | *371.26* | *180.89* | *408.03* | *3.55* | *1.95* | *1.36* |
| | *Area Mean (± 95% CI)* | | *84 (±71)* | | | *1239 (±206)* | | | *13 (±2.1)* | |
| All PAH Analytes | Rep 1 | 3218 | 4695 | 5295 | 14600 | 11391 | 9373 | 3557 | 1655 | 1868 |
| (ng/g-dw) | Rep 2 | 2561 | 4514 | 5129 | 9145 | 16219 | 16603 | 3393 | 2465 | 1541 |
| | Rep 3 | 2972 | 3342 | 5156 | 13511 | 14095 | 13572 | 2460 | 1927 | 1306 |
| | *Station Mean* | *2917* | *4184* | *5193* | *12419* | *13902* | *13183* | *3137* | *2015* | *1571* |
| | *95% CI* | *376* | *831* | *101* | *3267* | *2738* | *4108* | *669* | *467* | *320* |
| | *Area Mean (± 95% CI)* | | *4098 (±698)* | | | *13168 (±1760)* | | | *2241 (±522)* | |
| Percent Lipids | Rep 1 | 8.63 | 7.50 | 8.84 | 4.90 | 4.30 | 3.10 | 17.30 | 9.09 | 9.31 |
| | Rep 2 | 6.72 | 7.00 | 9.32 | 5.80 | 5.10 | 5.30 | 10.21 | 11.01 | 8.60 |
| | Rep 3 | 11.93 | 6.20 | 10.79 | 5.50 | 6.00 | 5.10 | 6.37 | 11.43 | 12.43 |
| | *Station Mean* | *9.09* | *6.90* | *9.65* | *5.40* | *5.13* | *4.50* | *11.29* | *10.51* | *10.11* |
| | *95% CI* | *2.98* | *0.74* | *1.15* | *0.52* | *0.96* | *1.38* | *6.27* | *1.41* | *2.31* |
| | *Area Mean (± 95% CI)* | | *8.55 (±1.25)* | | | *5.01 (±0.57)* | | | *10.64 (±2.00)* | |

A00521

*Table 2 (continued). Fall Sampling Event*

| | | North Far-field | | | Near-field | | | South Far-field | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DR102 | DR45 | DR30 | DR26 | DR2 | DR23 | DR40 | DR104 | DR106 |
| Mean TPAH (ng/g-dw) | Rep 1 | 1318 | 1440 | 1265 | 2034 | 3380 | 2380 | 1066 | 1784 | 628 |
| | Rep 2 | 1225 | 1310 | 1472 | 2887 | 2606 | 2617 | 870 | 715 | 484 |
| | Rep 3 | 745 | 1132 | 1460 | 1738 | 3010 | 2345 | 1332 | 646 | 688 |
| | *Station Mean* | *1096* | *1294* | *1399* | *2220* | *2999* | *2447* | *1089* | *1048* | *600* |
| | *95% CI* | *348* | *175* | *131* | *675* | *438* | *168* | *262* | *722* | *118* |
| *Area Mean (± 95% CI)* | | *1263 (±147)* | | | *2555 (±328)* | | | *912 (±272)* | | |
| Mean Molar Weight | Rep 1 | 0.000245 | 0.000281 | 0.000410 | 0.000893 | 0.000745 | 0.000455 | 0.000311 | 0.001231 | 0.000245 |
| (umole/g wet) | Rep 2 | 0.000227 | 0.000255 | 0.000474 | 0.000623 | 0.000510 | 0.000553 | 0.000285 | 0.000275 | 0.000177 |
| | Rep 3 | 0.000216 | 0.000308 | 0.000454 | 0.000575 | 0.000678 | 0.000543 | 0.000411 | 0.000242 | 0.000284 |
| | *Station Mean* | *0.000229* | *0.000281* | *0.000446* | *0.000697* | *0.000644* | *0.000517* | *0.000336* | *0.000583* | *0.000235* |
| | *95% CI* | *0.000017* | *0.000030* | *0.000037* | *0.000194* | *0.000137* | *0.000061* | *0.000075* | *0.000636* | *0.000062* |
| *Area Mean (± 95% CI)* | | *0.000252 (±0.000052)* | | | *0.000486 (±0.000068)* | | | *0.000304 (±0.000167)* | | |
| LMW PAHs (ng/g-dw) | Rep 1 | 739 | 782 | 716 | 1110 | 1932 | 1447 | 605 | 698 | 382 |
| | Rep 2 | 713 | 700 | 879 | 1792 | 1526 | 1521 | 494 | 442 | 307 |
| | Rep 3 | 390 | 657 | 882 | 954 | 1693 | 1287 | 740 | 407 | 449 |
| | *Station Mean* | *614* | *713* | *826* | *1286* | *1717* | *1418* | *613* | *516* | *379* |
| | *95% CI* | *219.7* | *71.4* | *107.2* | *504.1* | *230.9* | *135.6* | *139.6* | *179.7* | *80.4* |
| *Area Mean (± 95% CI)* | | *718 (±94)* | | | *1474 (±207)* | | | *503 (±96)* | | |
| HMW PAHs (ng/g-dw) | Rep 1 | 579 | 658 | 549 | 924 | 1449 | 933 | 462 | 1086 | 246 |
| | Rep 2 | 512 | 610 | 593 | 1095 | 1080 | 1096 | 376 | 273 | 177 |
| | Rep 3 | 354 | 474 | 578 | 783 | 1317 | 1058 | 592 | 239 | 239 |
| | *Station Mean* | *482* | *581* | *573* | *934* | *1282* | *1029* | *477* | *532* | *221* |
| | *95% CI* | *130.6* | *107.8* | *25.7* | *176.8* | *211.1* | *98.9* | *123.0* | *542.7* | *42.6* |
| *Area Mean (± 95% CI)* | | *545 (±58)* | | | *1082 (±132)* | | | *410 (±187)* | | |
| Lipid Normalized | Rep 1 | 15823 | 20478 | 22349 | 92884 | 77180 | 32377 | 20788 | 55569 | 10240 |
| (ug TPAH/g-lipid) | Rep 2 | 18993 | 17827 | 27210 | 57288 | 36199 | 40202 | 16821 | 14269 | 8935 |
| | Rep 3 | 16807 | 22725 | 19283 | 38277 | 66438 | 35690 | 16902 | 12069 | 10916 |
| | *Station Mean* | *17207* | *20343* | *22947* | *62817* | *59939* | *36090* | *18170* | *27303* | *10030* |
| | *95% CI* | *1836* | *2774* | *4524* | *31368* | *24045* | *4445* | *2566* | *27729* | *1140* |
| *Area Mean (± 95% CI)* | | *20166 (±2296)* | | | *52949 (±14168)* | | | *18501 (±9415)* | | |
| Selected Cyclic | Rep 1 | 1262 | 1377 | 1058 | 768 | 2164 | 1544 | 577 | 323 | 691 |
| (ng/g-dw) | Rep 2 | 1150 | 1152 | 1245 | 1776 | 2124 | 1709 | 707 | 590 | 575 |
| | Rep 3 | 732 | 920 | 1095 | 1387 | 1953 | 1710 | 1059 | 758 | 644 |
| | *Station Mean* | *1048* | *1150* | *1133* | *1310* | *2080* | *1655* | *781* | *557* | *637* |
| | *95% CI* | *316* | *259* | *112* | *575* | *127* | *108* | *282* | *248* | *66* |
| *Area Mean (± 95% CI)* | | *1110 (±126)* | | | *1682 (±278)* | | | *658 (±127)* | | |
| PAH Isomers | Rep 1 | 221 | 240 | 187 | 236 | 345 | 280 | 195 | 249 | 118 |
| (ng/g-dw) | Rep 2 | 209 | 225 | 207 | 338 | 316 | 322 | 133 | 144 | 98 |
| | Rep 3 | 133 | 177 | 193 | 202 | 306 | 262 | 197 | 122 | 150 |
| | *Station Mean* | *188* | *214* | *196* | *259* | *322* | *288* | *175* | *172* | *122* |
| | *95% CI* | *54.09* | *37.04* | *11.03* | *80.14* | *22.62* | *34.64* | *41.14* | *76.59* | *29.45* |
| *Area Mean (± 95% CI)* | | *199 (±20.6)* | | | *290 (±31.7)* | | | *156 (±31.4)* | | |
| All PAH Analytes | Rep 1 | 2580 | 2816 | 2323 | 2802 | 5544 | 3924 | 1644 | 2107 | 1319 |
| (ng/g-dw) | Rep 2 | 2375 | 2462 | 2717 | 4663 | 4730 | 4327 | 1576 | 1305 | 1059 |
| | Rep 3 | 1477 | 2051 | 2555 | 3125 | 4962 | 4055 | 2390 | 1404 | 1331 |
| | *Station Mean* | *2144* | *2443* | *2532* | *3530* | *5079* | *4102* | *1870* | *1605* | *1236* |
| | *95% CI* | *664* | *433* | *224* | *1125* | *475* | *232* | *511* | *495* | *174* |
| *Area Mean (± 95% CI)* | | *2372 (±264)* | | | *4237 (±570)* | | | *1571 (±278)* | | |
| Percent Lipids | Rep 1 | 8.33 | 7.03 | 5.66 | 2.19 | 4.38 | 7.35 | 5.13 | 3.21 | 6.13 |
| | Rep 2 | 6.45 | 7.35 | 5.41 | 5.04 | 7.20 | 6.51 | 5.17 | 5.01 | 5.42 |
| | Rep 3 | 4.43 | 4.98 | 7.57 | 4.54 | 4.53 | 6.57 | 7.88 | 5.35 | 6.30 |
| | *Station Mean* | *6.40* | *6.45* | *6.21* | *3.92* | *5.37* | *6.81* | *6.06* | *4.52* | *5.95* |
| | *95% CI* | *1.95* | *1.29* | *1.18* | *1.52* | *1.59* | *0.47* | *1.58* | *1.15* | *0.47* |
| *Area Mean (± 95% CI)* | | *6.36 (±0.86)* | | | *5.37 (±1.10)* | | | *5.51 (±0.82)* | | |

**Table 3. Summary of PAH category for spring and fall sampling events (pooled vs by area).**

| STATION | Mean TPAH (ng/g dw) | | Mean Molar Conc. (umole/g wet wt) | | LMW PAHs (ng/g dw) | | HMW PAHs (ng/g dw) | | Selected Cyclic (ng/g dw) | | PAH Isomers (ng/g dw) | | All PAH Analytes (ng/g dw) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spring | Fall | Spring | Fall | Spring | Fall | Spring | Fall | Spring | Fall | Spring | Fall | Spring | Fall |
| DR102 (NFf) | 1097 | 1096 | 0.000216 | 0.000229 | 407 | 614 | 690 | 482 | 1820 | 1048 | 9 | 188 | 2,917 | 2,144 |
| DR45 (NFf) | 1138 | 1294 | 0.000178 | 0.000281 | 323 | 713 | 815 | 581 | 3045 | 1150 | 14 | 214 | 4,184 | 2,443 |
| DR30 (NFf) | 2026 | 1399 | 0.000452 | 0.000446 | 1007 | 826 | 1019 | 573 | 3167 | 1133 | 230 | 196 | 5,193 | 2,532 |
| DR26 (Nf) | 4737 | 2220 | 0.000818 | 0.000697 | 3178 | 1286 | 1559 | 934 | 7682 | 1310 | 1005 | 259 | 12,419 | 3,530 |
| DR2 (Nf) | 5876 | 2999 | 0.001108 | 0.000644 | 3971 | 1717 | 1905 | 1282 | 8026 | 2080 | 1294 | 322 | 13,902 | 5,079 |
| DR23 (Nf) | 5694 | 2447 | 0.001121 | 0.000517 | 4193 | 1418 | 1501 | 1029 | 7488 | 1655 | 1418 | 288 | 13,183 | 4,102 |
| DR40 (SFf) | 1050 | 1089 | 0.000207 | 0.000336 | 359 | 613 | 691 | 477 | 2087 | 781 | 16 | 175 | 3,137 | 1,870 |
| DR104 (SFf) | 607 | 1048 | 0.000120 | 0.000583 | 143 | 516 | 464 | 532 | 1409 | 557 | 12 | 172 | 2,015 | 1,605 |
| DR106 (SFf) | 468 | 600 | 0.000105 | 0.000235 | 82 | 379 | 386 | 221 | 1104 | 637 | 10 | 122 | 1,571 | 1,236 |
| *Mean:* | 2521 | 1577 | 0.000481 | 0.000441 | 1518 | 898 | 1003 | 679 | 3981 | 1150 | 445 | 215 | 6502 | 2727 |
| Ratio: | 1.60 | | 1.09 | | 1.69 | | 1.48 | | 3.46 | | 2.07 | | 2.38 | |
| | | | | | | | | | | | | | | |
| *Near-field Stations* | | | | | | | | | | | | | | |
| Mean: | 5436 | 2555 | 0.001016 | 0.000619 | 3781 | 1474 | 1655 | 1082 | 7732 | 1682 | 1239 | 290 | 13168 | 4237 |
| N | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 95% CI | 692 | 453 | 0.000194 | 0.000105 | 604 | 250 | 247 | 203 | 308 | 436 | 240 | 36 | 839 | 886 |
| Ratio: | 2.13 | | 1.64 | | 2.57 | | 1.53 | | 4.60 | | 4.28 | | 3.11 | |
| | | | | | | | | | | | | | | |
| *Far-field Stations* | | | | | | | | | | | | | | |
| Mean: | 1064 | 1088 | 0.000213 | 0.000352 | 387 | 610 | 677 | 478 | 2105 | 884 | 49 | 178 | 3170 | 1972 |
| N | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 95% CI | 438 | 220 | 0.000100 | 0.000111 | 263 | 124 | 185 | 107 | 677 | 208 | 71 | 25 | 1078 | 400 |
| Ratio: | 0.98 | | 0.61 | | 0.63 | | 1.42 | | 2.38 | | 0.27 | | 1.61 | |

**Lipid Normalized Data (units = ng TPAH/g lipid dry weight)**

| Station | Mean TPAH | | LMW PAHs | | HMW PAHs | | Selected Cyclic | | PAH Isomers | | All PAH Analytes | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spring | Fall | Spring | Fall | Spring | Fall | Spring | Fall | Spring | Fall | Spring | Fall |
| DR102 (NFf) | 12670 | 17207 | 4726 | 9577 | 7944 | 7630 | 20770 | 16502 | 105 | 2969 | 33440 | 33710 |
| DR45 (NFf) | 16518 | 20343 | 4674 | 11281 | 11844 | 9062 | 43813 | 17908 | 206 | 3344 | 60331 | 38252 |
| DR30 (NFf) | 21207 | 22947 | 10530 | 13516 | 10678 | 9431 | 33013 | 18725 | 2407 | 3228 | 54220 | 41672 |
| DR26 (Nf) | 89230 | 62817 | 59978 | 35761 | 29252 | 27055 | 144538 | 33621 | 19002 | 7307 | 233768 | 96437 |
| DR2 (Nf) | 116576 | 59939 | 78281 | 34225 | 38294 | 25714 | 156037 | 40670 | 25422 | 6340 | 272612 | 100609 |
| DR23 (Nf) | 128143 | 36090 | 94590 | 20879 | 33553 | 15211 | 165767 | 24434 | 32161 | 4248 | 293910 | 60524 |
| DR40 (SFf) | 10188 | 18170 | 3322 | 10243 | 6866 | 7928 | 20624 | 12785 | 158 | 2954 | 30812 | 30955 |
| DR104 (SFf) | 5735 | 27303 | 1304 | 12724 | 4431 | 14578 | 13412 | 12008 | 115 | 4307 | 19146 | 39311 |
| DR106 (SFf) | 4861 | 10030 | 869 | 6339 | 3992 | 3691 | 11306 | 10700 | 105 | 2038 | 16167 | 20730 |
| *Mean:* | 45014 | 30538 | 28697 | 17172 | 16317 | 13367 | 67698 | 20817 | 8853 | 4082 | 112712 | 51356 |
| Ratio: | 1.47 | | 1.67 | | 1.22 | | 3.25 | | 2.17 | | 2.19 | |
| | | | | | | | | | | | | |
| *Near-field Stations* | | | | | | | | | | | | |
| Mean: | 111316 | 52949 | 77616 | 30289 | 33700 | 22660 | 155447 | 32908 | 25528 | 5965 | 266763 | 85857 |
| N | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 95% CI | 22612 | 16601 | 19594 | 9262 | 5118 | 7339 | 12025 | 19213 | 7447 | 1769 | 34507 | 24937 |
| Ratio: | 2.10 | | 2.56 | | 1.49 | | 4.72 | | 4.28 | | 3.11 | |
| | | | | | | | | | | | | |
| *Far-field Stations* | | | | | | | | | | | | |
| Mean: | 11863 | 19333 | 4237 | 10613 | 7626 | 8720 | 23823 | 14771 | 516 | 3140 | 35686 | 34105 |
| N | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 95% CI | 5048 | 4666 | 2791 | 2050 | 2560 | 2819 | 9921 | 2693 | 742 | 587 | 14466 | 7623 |
| Ratio: | 0.61 | | 0.40 | | 0.87 | | 1.61 | | 0.16 | | 1.05 | |

Ratio = Spring/Fall
NFf = North Far-field; Nf = Near-field; SFf = South Far-field

A00523

### 4.1.1  Total PAHs:  Differences among Stations and Seasons

The mean TPAH concentrations in *Rangia* tissues collected in the spring were 1.6 times higher than in *Rangia* collected in the fall (Table 3; Figure 3A), suggesting significant differences between these sampling periods.  In addition, the mean concentrations of major PAH categories measured in *Rangia* tissues were higher in the spring than in the fall for every comparison (Table 3), and the ratio of spring to fall varied from a low of 1.09 to a high of 3.46.  However, there was no statistically significant difference between spring (all stations pooled) and fall (all stations pooled) for total PAHs (Table 4; Figure 3A) using either a non-parametric t-test ($p = 0.7753$) or transformed data ($p = 0.8446$).



Figure 3.  Spring versus Fall.  A. TPAH at all stations pooled,  B. "Near-field" stations.  C. "Far-field stations.  Near-field = Stations DR26, DR2, DR23; Far-field = Stations DR102, DR45, DR30, DR40, DR104, DR106.  * = statistically significant difference ($\alpha = 0.05$).  Error bars are 95% confidence intervals.

For the spring data, an ANOVA showed two distinct groups with respect to tissue burdens of total PAHs in *Rangia*: the near-field stations (DR26, DR2, and D23) form one distinct group (i.e., the near-field stations), and all the other stations (DR102, DR45, DR30, DR40, DR104, and DR106) form a second group, which is referred to as the far-field stations.  Similar groupings for the near-field and far-field stations were found for the fall data, but with a slight overlap between one near-field station and two far-field stations.  This overlap most likely occurred because the TPAH concentrations were lower in the fall than in the spring, which made it more difficult to identify statistically different groups.

Based on the preponderance of evidence and the physical proximity of Stations DR26, DR2, and DR23, the data were divided to near-field and far-field groups to simplify statistical analyses and graphical presentation.  These groups were made even though another group, Stations DR26, DR30, and DR45, may exist based on similarities in some PAH tissue chemistry data.

ACC524

Pooling data can be misleading because information is lost when data are pooled. Because there was a wide variation among measured TPAH tissue concentrations in *Rangia* from different stations, pooling data masked the real differences between near-field and far-field stations. A difference in TPAH concentration was found between spring and fall when only the near-field data were compared (p < 0.0001; Table 4, Figure 3B). In the spring *Rangia* from the near-field stations had a mean TPAH concentration of 5436 ng/g dw, which was approximately 2.1 times higher than the concentration of TPAH measured in clams from same stations in the fall (mean = 2555 ng/g dw). However, no statistically significant difference was found (p = 0.8779) when the far-field stations were compared (1064 ng/g-dw spring vs 1088 ng/g-dw fall) (Table 4, Figure 3C). This confirms that the far-field stations are driving the means when pooling all data, and that it is probably inappropriate to pool the data for statistical comparisons. It is probably also inappropriate to think of means for all stations because of the large differences among stations, particularly in the spring.

**Table 4. Results of statistical tests on spring and fall PAH data.**

| Comparison | Stat Test | p value | Post-hoc results/Notes |
|---|---|---|---|
| TPAH: Spring by Individual Station | ANOVA | <0.0001 | Stations DR26, DR2, DR23 form a group<br>Stations DR106, DR104, DR40, DR102, DR45, DR30 for a second group |
| TPAH: Fall by Individual Station | ANOVA | <0.0001 | Stations DR26, DR2, DR23 form a group<br>Stations DR106, DR104, DR40, DR102, DR45, DR30 for a second group<br>Stations DR26, DR45, DR30 for a third group |
| *All Data: Spring vs Fall* | | | |
| TPAH | Mann-Whitney | 0.7753 | No significant difference (Figures 3A, 4) |
| LMW PAHs | Mann-Whitney | 0.4518 | No Significant Difference (Figure 4) |
| HMW PAHs | t-test | 0.0119 | Significant Difference (Figure 4) |
| Selected Cyclic | t-test | <0.0001 | Significant Difference (Figure 4) |
| PAH Isomers | Mann-Whitney | 0.2260 | No Significant Difference (Figure 4) |
| All Analytes | Mann-Whitney | 0.0031 | Significant Difference (Figure 4) |
| Lipid Normalized TPAHs | Mann-Whitney | 0.3871 | No Significant Difference (Figure 4) |
| *Near-field Data Only: Spring vs Fall* | | | |
| Near-field TPAH | t-test | <0.0001 | Significant Difference (Figures 3B, 5) |
| Near-field LMW PAHs | t-test | <0.0001 | Significant Difference (Figure 5) |
| Near-field HMW PAHs | t-test | 0.0003 | Significant Difference (Figure 5) |
| Near-field Selected Cyclic | t-test | <0.0001 | Significant Difference (Figure 5) |
| Near-field PAH isomers | t-test | <0.0001 | Significant Difference (Figure 5) |
| Near-field All Analytes | t-test | <0.0001 | Significant Difference (Figure 5) |
| Near-field Lipid Normalized TPAHs | t-test | <0.0001 | Significant Difference (Figure 5) |
| *Far-field Data Only: Spring vs Fall* | | | |
| Far-field TPAH | t-test | 0.8779 | No Significant Difference (Figures 3C, 6) |
| Far-field LMW PAHs | t-test | 0.0152 | Significant Difference (Figure 6) |
| Far-field HMW PAHs | t-test | 0.0104 | Significant Difference (Figure 6) |
| Far-field Selected Cyclic | t-test | <0.0001 | Significant Difference (Figure 6) |
| Far-field PAH isomers | Mann-Whitney | 0.0003 | Significant Difference (Figure 6) |
| Far-field All Analytes | t-test | 0.0024 | Significant Difference (Figure 6) |
| Far-field Lipid Normalized TPAHs | t-test | 0.0132 | Significant Difference (Figure 6) |

A 00525

### 4.1.2   PAH by Category: Near- and Far-field Stations – Differences between Seasons

When comparing all (i.e., all data from all stations pooled) spring data and all fall data, *Rangia* tissues had higher concentrations of mean TPAH, LMW PAHs, HMW PAHs, selected cyclic PAHs, and PAH isomers, all analytes, and lipid-normalized TPAHs in the spring than in the fall (Figure 4), although statistically significant differences ($\alpha$ = 0.05) were only found for HMW PAHs, selected cyclic PAHs, and all analytes (Table 4; Figure 4). The reason for the inability to detect statistically significant differences for each of the seven PAH categories is probably associated with the large variation in measured or calculated values for each category, as evidenced by the relatively large error bars (95% CI; Figure 4). The differences between seasons and among stations for each of these PAH categories are discussed in more detail below. The largest ratio between spring and fall, when all data for each monitoring period are pooled, was for Selected Cyclic Hydrocarbons (a factor of 3.46), and the lowest was for Molar Concentration (a factor of 1.09).



Figure 4. Spring versus Fall for Selected classes of PAH compounds. * = statistically significant difference ($\alpha$ = 0.05). Error bars are 95% confidence intervals.

The magnitude of the differences in classes of PAH compounds between spring and fall is higher when the near-field or far-field data were analyzed separately (Table 3; Figures 5, 6). At the near-field stations, spring is greater than fall by a ratio of approximately 2 for all PAH categories. At the far-field stations, the concentrations of three PAH categories (i.e., TPAH, LMW PAHs, and PAH Isomers) fall are greater in the fall than in the spring (as indicated by a ratio less than 1 in Table 2). This suggests that there are more bioavailable PAHs during the spring at the near-field stations. Although the concentrations of the PAH categories may be higher at some far-field stations during the fall, these concentrations are well below those measured at the near-field stations during either spring or fall.

When only the near-field data were compared, there were statistically significant differences between spring and fall for all PAH categories (Table 4, Figure 5). For the far-field data, statistically significant differences between spring and fall were found for all PAH categories except mean TPAHs (Table 4, Figure 6). Comparing Figures 5 and 6, which have similar y-axes scales, shows that for all categories, PAH concentrations were much higher in the clams from

A 00526

the near-field stations than those from the far-field stations.

Table 3 shows the effect of lipid normalization on the data. For all categories except PAH isomers, there is a slight decrease in the ratio between spring and fall. These data also suggest that when accounting for seasonal changes in lipid content, there is not much difference in HMW PAH.

### 4.1.2.1 LMW vs HMW PAHs

The contribution of low and high molecular weight PAHs to the total has a significant bearing on data interpretation, as well as environmental significance. For example, when using pooled data for the spring and fall comparisons, there was no significant difference in the concentration of low molecular weight PAHs ($p = 0.4518$; Table 4, Figure 4), even though the mean concentration in the spring (1518 ng/g dw) was 1.69 higher than the fall concentration (898 ng/g dw; Table 3; Figure 4). These results are similar to those for TPAH. The inability to detect differences is due, at least in part, to the variability in the tissue chemistry data for both near-field and far-field stations. For the near-field stations, there was a highly significant difference in low molecular weight PAHs between spring and fall ($p < 0.0001$; Table 4, Figure 5). The spring values were approximately 2.57 times higher than the fall values (3781 versus 1474 ng/g dw). Similarly, there was also a difference at the far-field stations between spring and fall ($p = 0.0152$; Table 4, Figure 6). For the far-field stations, the mean fall value was higher than the mean spring value (610 versus 387 ng/g dw; Table 3).



Figure 5. Spring versus Fall: Near-field Stations (Stations DR26, DR2, DR23).
* = statistically significant difference (a = 0.05). Error bars are 95% confidence intervals.

A00527



Figure 6. Spring versus Fall: Far-field Stations (Stations DR102, DR45, DR30, DR40, DR104, DR106). * = statistically significant difference (a = 0.05). Error bars are 95% confidence intervals.

Results for the high molecular weight PAHs were different. Statistically significant differences were found for all comparisons: between spring and fall using pooled data (p = 0.0119), near-field data (p = 0.0003), and far-field data (p = 0.0104) (Table 4, Figures 4 to 6). In the spring versus fall comparisons using pooled data, the mean concentration of high molecular weight PAHs for all stations differed by a factor of approximately 1.48 (1003 versus 679 ng/g dw; Table 4). For the near-field stations, the mean concentration in the spring was 1655 ng/g dw, which was about 1.53 times higher than the mean concentration in the fall of 1082 ng/g dw. For the far-field stations, the mean concentration in the spring was 677 ng/g, which was about 1.42 times higher than the mean concentration in the fall of 478 ng/g dw (Table 4).

Several differences were found by making comparisons between season (spring versus fall), classes of PAH compounds (LMW versus HMW PAHs), and location (near-field versus far-field). Figure 7 summarizes these comparisons. The greatest difference was found for the spring-to-fall comparison for LMW PAHs measured in clams from near-field versus far-field stations (Figure 7A). In this comparison, the concentration of LMW PAHs measured in clams from near-field stations (3781 ng/g dw) was almost 10 times greater than measured in the far-field clam tissues (387 ng/g dw). In the fall, the difference in LMW and HMW PAHs between near- and far-field was only 2.4X. The ratios between near- and far-field were similar in the spring (2.4X) and fall (2.3X).

Figure 7B shows the ratios of LMW:HMW PAHs at the near- and far-field stations for both spring and fall. At the near-field stations clams accumulated more LMW PAHs in both the spring and fall. In the spring, clams accumulated 3781 ng LMW/g dw, while only 1655 ng HMW/g dw, resulting in a ratio of 2.3. In the fall, clams accumulated 1474 mg LMW/g dw and only 1082 ng HMW/g dw, with a ratio of 1.4. By contrast, clams at the far-field stations accumulated less LMW PAHs in the spring than in the fall. In the spring, a ratio of 0.57 was found, based on accumulation of 378 ng LMW/g dw and 677 ng HMW/g dw. During the fall, clams at the far-field stations accumulated more LMW PAHs, as did all near-field clams, with 610 ng LMW/g dw and

A 00528

478 ng HMW/g dw (ratio = 1.3).



Figure 7. Concentrations (ng/g dw) of low molecular weight (LMW) and high molecular weight (HMW) PAHs measured in spring versus fall. A. Ratio of PAHs in near-field clams to far-field clams for both LMW and HMW PAHs. B. Ratio of LMW to HMW PAHs measured in clams from near-field and far-field stations. Near-field = Stations DR26, DR2, DR23; Far-field = Stations DR102, DR45, DR30, DR40, DR104, DR106.

### 4.1.2.2 Classes of Low and High Molecular Weight PAH Compounds

Even more discriminatory power is provided by examining the data in terms of classes of PAH compounds. The low and high molecular weight PAHs were divided into the following classes because of the relative potential for accumulation and toxic effect of each class: naphthalenes; fluorenes; dibenzothiophenes; phenanthrenes-anthracenes; fluoranthenes-pyrenes; chrysenes; and other PAHs. These classes show the differential composition of PAHs across stations and between the spring and fall sampling periods. In general, the composition of PAH changes from station to station and between sampling periods.

The following focuses on the compositional differences in PAHs among stations and between seasons. Clams collected from the near-field stations had the highest concentrations of all classes of the low and high molecular weight PAH compounds as well as total PAHs (Table 5). The most important difference between the spring and the fall is that concentrations of the various classes and total PAHs were generally much higher in the spring than in the fall.

In the spring, near-field *Rangia* accumulated more phenanthrenes-anthracenes than any other PAH class, at approximately 35% of the total PAHs (Table 5, Figure 8B,D). Concentrations of phenanthrene-anthracene range from 1494 to 2028 ng/g dw (Table 5, Figure 9B). The near-field clams also accumulated high amounts of dibenzothiophenes at approximately 25% and fluoranthenes-pyrenes at approximately 20%. Naphthalenes follow at approximately 10% followed by chrysenes, other PAHs, and fluorenes at less than 10%.

A00529

Table 5. PAH classes: percent of total PAH and concentration (ng/g dw).

**Spring**

*% of Total PAH*

| | Total PAHs | Naphthalenes | Fluorenes | Dibenzothiophenes | Phenanthrenes | Fluoranthenes | Chrysenes | Other PAHs |
|---|---|---|---|---|---|---|---|---|
| DR102 (NFf) | 1097 | 1.9% | 0.0% | 10.5% | 24.7% | 38.2% | 10.4% | 14.3% |
| DR45 (NFf) | 1138 | 4.5% | 0.0% | 18.1% | 3.3% | 43.0% | 11.8% | 19.4% |
| DR30 (NFf) | 2026 | 1.5% | 0.0% | 15.3% | 32.9% | 28.9% | 9.6% | 11.8% |
| DR26 (Nf) | 4737 | 10.5% | 0.5% | 23.4% | 31.5% | 19.2% | 8.6% | 6.2% |
| DR2 (Nf) | 5875 | 8.9% | 1.1% | 22.2% | 34.5% | 18.5% | 7.7% | 7.1% |
| DR23 (Nf) | 5694 | 9.0% | 6.7% | 22.1% | 35.1% | 16.0% | 5.9% | 5.3% |
| DR40 (SFf) | 1050 | 3.3% | 0.0% | 8.1% | 22.8% | 37.1% | 9.9% | 18.8% |
| DR104 (SFf) | 607 | 4.7% | 0.0% | 0.0% | 18.9% | 41.1% | 10.4% | 25.0% |
| DR106 (SFf) | 468 | 4.8% | 0.0% | 0.0% | 12.8% | 45.8% | 11.2% | 25.4% |

*PAH concentration (ng/g dw) by class*

| | Total PAHs | Naphthalenes | Fluorenes | Dibenzothiophenes | Phenanthrenes | Fluoranthenes | Chrysenes | Other PAHs |
|---|---|---|---|---|---|---|---|---|
| DR102 (NFf) | 1097 | 21 | 0 | 115 | 271 | 419 | 114 | 157 |
| DR45 (NFf) | 1138 | 51 | 0 | 206 | 37 | 489 | 134 | 220 |
| DR30 (NFf) | 2026 | 30 | 0 | 310 | 666 | 585 | 194 | 240 |
| DR26 (Nf) | 4737 | 499 | 24 | 1,109 | 1,494 | 912 | 407 | 293 |
| DR2 (Nf) | 5875 | 525 | 63 | 1,305 | 2,028 | 1,088 | 453 | 415 |
| DR23 (Nf) | 5694 | 513 | 380 | 1,257 | 1,996 | 911 | 334 | 302 |
| DR40 (SFf) | 1050 | 34 | 0 | 85 | 240 | 390 | 104 | 197 |
| DR104 (SFf) | 607 | 28 | 0 | 0 | 114 | 250 | 63 | 151 |
| DR106 (SFf) | 468 | 23 | 0 | 0 | 60 | 214 | 52 | 119 |

**Fall**

*% of Total PAH*

| | Total PAHs | Naphthalenes | Fluorenes | Dibenzothiophenes | Phenanthrenes | Fluoranthenes | Chrysenes | Other PAHs |
|---|---|---|---|---|---|---|---|---|
| DR102 (NFf) | 1096 | 15.4% | 0.5% | 9.5% | 28.8% | 20.6% | 7.4% | 17.7% |
| DR45(NFf) | 1294 | 13.7% | 0.5% | 9.2% | 27.8% | 20.5% | 8.1% | 20.1% |
| DR30(NFf) | 1399 | 16.6% | 0.3% | 15.8% | 23.5% | 19.0% | 8.5% | 16.3% |
| DR26(Nf) | 2220 | 13.9% | 0.3% | 21.2% | 21.7% | 17.9% | 12.3% | 12.7% |
| DR2(Nf) | 2999 | 12.3% | 0.2% | 22.7% | 21.5% | 19.4% | 14.2% | 9.8% |
| DR23(Nf) | 2447 | 13.1% | 0.2% | 20.6% | 23.3% | 18.6% | 12.9% | 11.2% |
| DR40(SFf) | 1089 | 18.7% | 0.5% | 8.7% | 24.1% | 19.1% | 7.4% | 21.6% |
| DR104(SFf) | 1048 | 17.1% | 0.6% | 5.7% | 21.2% | 20.2% | 7.8% | 27.4% |
| DR106(SFf) | 600 | 24.3% | 0.5% | 5.6% | 25.8% | 17.6% | 6.0% | 20.4% |

*PAH concentration (ng/g dw) by class*

| | Total PAHs | Naphthalenes | Fluorenes | Dibenzothiophenes | Phenanthrenes | Fluoranthenes | Chrysenes | Other PAHs |
|---|---|---|---|---|---|---|---|---|
| DR102 (NFf) | 1096 | 169 | 5.9 | 104 | 315 | 226 | 81 | 194 |
| DR45(NFf) | 1294 | 178 | 7.1 | 119 | 359 | 266 | 105 | 260 |
| DR30(NFf) | 1399 | 232 | 4.9 | 221 | 329 | 266 | 119 | 228 |
| DR26(Nf) | 2220 | 309 | 6.8 | 472 | 481 | 397 | 273 | 281 |
| DR2(Nf) | 2999 | 368 | 5.5 | 681 | 644 | 582 | 426 | 293 |
| DR23(Nf) | 2447 | 320 | 5.6 | 503 | 571 | 456 | 317 | 275 |
| DR40(SFf) | 1089 | 204 | 5.0 | 95 | 262 | 208 | 81 | 235 |
| DR104(SFf) | 1048 | 179 | 6.5 | 60 | 223 | 212 | 81 | 287 |
| DR106(SFf) | 600 | 146 | 3.0 | 33 | 155 | 105 | 36 | 122 |

NFf = North Far-field; Nf = Near-field; SFf = South Far-field

A00530

In the spring, the distribution of PAH classes was similar for clams from the north far-field and south far-field stations, and when pooled these data were different than the near-field clams. For the far-field clams, the fluoranthenes-pyrenes were the predominant PAHs accumulated, accounting for 28.9 to 45.8% of the total PAHs (Table 5, Figure 8A,C,D). The fingerprinting analysis by Battelle should help clarify whether or not these PAHs are related to the Motiva Refinery. Phenanthrenes were the second most predominant form, with chrysenes being third. Fluorenes are particularly interesting at the far-field stations because concentrations were below the limits of detection at all stations. The concentration of fluorenes at DR23 was significantly higher than at DR26 and DR2, the other two near-field stations (p = 0.0004). At station DR30, the fluoranthenes-pyrenes made up approximately 30% of the total PAHs, while phenanthrenes-anthracenes made up almost 35% of the total PAHs. This suggests that *Rangia* tissue composition at Station DR30 was more similar to the those at the near-field stations during this sampling period.



Figure 8A. Percent composition of total PAH by major classes of PAH compounds: North far-field.

## Near-field



Figure 8B.  Percent composition of total PAH by major classes of PAH compounds : Near-field.



Figure 8C. Percent composition of total PAH by major classes of PAH compounds : South far-field.



Figure 8D. Mean percent composition of total PAH by major classes of PAH compounds for clams collected in the spring from near-field and far-field stations.



Figure 9A.  Concentration of major classes of PAH compounds :  North far-field.

A 00535



Figure 9B. Concentration of major classes of PAH compounds : Near-field.



Figure 9C.  Concentration of major classes of PAH compounds :  South far-field.

A00537

### 4.1.2.3 Individual PAH Compounds

The differences between near-field and far-field stations are even more obvious when looking at the concentration of individual PAHs for each station (Figure 10A-C) and at the mean concentrations for the near-field and far-field stations (Figure 10D). For most far-field stations there is a very weak signal or no signal from all PAHs between naphthalene through dibenzothiophene. Most of these compounds are represented, albeit at lower proportions at the near-field stations.

### 4.1.3 Tissue Total PAH burdens versus distance

The amount of PAH accumulated by *Rangia* is related to distance and sampling season (Figure 11). As mentioned previously, total PAHs were generally highest at the near-field stations, with the highest concentration measured at Station DR2. There appears to be a gradient away from Station DR2, in both the north and south directions, with concentrations decreasing with distance. As demonstrated previously, the trend is less pronounced in the fall when concentrations at the near-field stations are approximately half of those measured in the spring. The south far-field stations are further away from DR2 than the north far-field stations. The two stations with similar distance, i.e., DR102 and DR40 at approximately 4.5 km from DR2, actually have very similar total PAH concentrations in both the spring and fall.

In both the spring and fall, there are good correlations between the various classes of PAH compounds and distance from Motiva. For each comparison shown in Figures 12 to 15, the data are best described by a power curve. The regression coefficients ($r^2$) for each plot suggest a very strong correlation between distance and the Y variables. These regression coefficients are summarized in Table 6. The strength of the relationship between the concentration of total PAH in *Rangia* tissues versus distance from Motiva was similar between spring and fall sampling ($r^2$ = 0.94 in spring versus 0.91 in fall). As shown in Figure 12, the x intercept and the power of x are both about twice as high in the spring as in the fall suggesting about a factor of two difference in the total PAH concentrations in *Rangia* tissues.

**Table 6.  Summary of regression coefficients ($r^2$) for power curves.**

|        | TPAH | Lipid Normalized | LMW PAH | HMW PAH | Lipids |
|--------|------|------------------|---------|---------|--------|
| Spring | 0.94 | 0.92             | 0.93    | 0.97    | 0.71   |
| Fall   | 0.91 | 0.82             | 0.94    | 0.82    | 0.075  |

A correlation analysis conducted on the spring and fall data showed similar strong relationships between distance and the PAH categories (Table 7), with all correlations being negative. Distance was most strongly correlated with total PAH in both the spring and fall (r = -0.73, -0.79). A very good correlation was also found for LMW PAH (r = -0.70, -0.78). The highest correlation coefficient was found in the spring for HMW PAHs (r = -0.83), while the corresponding fall value (r = -0.78) was slightly lower. Similar relationships were found for lipid-normalized total PAHs in the spring (r = -0.67) and in the fall (r = -0.66). Although there is some difference in correlation coefficients between spring and fall, these differences are small, suggesting that similar relationships existed during both times of the year.

A C0538

# North far-field



Figure 10A.  Concentration of all individual PAH compounds measured:  North far-field.

## Near-field



Figure 10B. Concentration of all individual PAH compounds measured: near-field.



Figure 10C.  Concentration of all individual PAH compounds measured:  South far-field.



**PAH**

Figure 10D.  Mean concentration of individual PAH compounds measured in clams collected in the spring from near-field and far-field stations.



Figure 11.  Mean total PAH concentration by station and distance from Motiva for Spring and Fall sampling.

A C 0 5 4 2



Figure 12.  Total PAH versus distance from Motiva.    Spring versus Fall.



Figure 13.  Lipid-normalized total PAH versus distance from Motiva.    Spring versus Fall.



Figure 14. Low molecular weight PAHs versus distance from Motiva.    Spring versus Fall.



Figure 15. High molecular weight PAHs versus distance from Motiva.    Spring versus Fall.

A 00544

**Table 7.  Summary of correlation coefficients (r).**

*Spring Data*

|          | Distance | % Lipids | TPAH | LNTPAH | LMW  | HMW  |
|----------|----------|----------|------|--------|------|------|
| Distance | 1.00     |          |      |        |      |      |
| % Lipids | 0.69     | 1.00     |      |        |      |      |
| TPAH     | -0.73    | -0.88    | 1.00 |        |      |      |
| LNTPAH   | -0.67    | -0.90    | 0.99 | 1.00   |      |      |
| LMW      | -0.70    | -0.88    | 1.00 | 1.00   | 1.00 |      |
| HMW      | -0.83    | -0.86    | 0.97 | 0.93   | 0.95 | 1.00 |

*Fall Data*

|          | Distance | % Lipids | TPAH | LNTPAH | LMW  | HMW  |
|----------|----------|----------|------|--------|------|------|
| Distance | 1.00     |          |      |        |      |      |
| % Lipids | -0.01    | 1.00     |      |        |      |      |
| TPAH     | -0.79    | -0.18    | 1.00 |        |      |      |
| LNTPAH   | -0.66    | -0.60    | 0.88 | 1.00   |      |      |
| LMW      | -0.78    | -0.15    | 1.00 | 0.87   | 1.00 |      |
| HMW      | -0.78    | -0.21    | 0.99 | 0.89   | 0.98 | 1.00 |

### 4.1.4  PAH Sources:  Pyrogenic, Biogenic & Petrogenic

PAHs derived from petrogenic sources (i.e., crude oil and its refined products) are characterized by their distributions of alkylated homologs of naphthalene, fluorene, phenanthrene, dibenzothiophene, and chrysene, where the parent PAH for each series is least abundant (Page et al. 1995).  PAHs derived from pyrogenic sources (i.e,. PAHs produced in combustion processes) are generally characterized by high concentrations of PAHs with molecular weights greater than C3-dibenzothiophene and/or high concentrations of the parent compound.  PAHs derived from biogenic sources (i.e., PAHs produced by bacterial modification of recent inputs of organic matter) are characterized by the presence of perylene.  Combustion-related sources produce a PAH distribution dominated by the parent compounds of the 3-, 4-, and 5-ring PAHs and fluoranthene and pyrene, and are referred to as petrogenic PAHs.  Although some PAHs can be both pyrogenic and petrogenic, a general characterization of PAHs accumulated by aquatic organisms can be achieved using the following equations:

[Pyrogenic PAHs] = sum of 17 EPA priority PAHs*
[Biogenic PAHs] = [perylene]
[Petrogenic PAHs] = [total PAH] - [pyrogenic + biogenic]
*US Environmental Protection Agency; Acenaphthene, Acenaphthylene, Anthracene, Benz(a)anthracene, Benzo(a)pyrene, Benzo(b)fluoranthene, Benzo(ghi)perylene, Benzo(k)fluoranthene, Chrysene, Dibenz(ah)anthracene, Dibenzothiophene, Fluoranthene, Fluorene, Indeno(123-cd)pyrene, Naphthalene, Phenanthrene, Pyrene

Differences in the percent PAH composition by station and sampling area suggest that the clams in the far-field stations may have accumulated PAHs from sources other than the Motiva refinery.  This is most discernable in the spring.  The percent composition of these PAH groups differs by station, season, and sampling area (Table 8, Figure 16).  In the spring for example, petrogenic sources range from a high of 83.7% at the near-field stations to a low of 37.8% at the south far-field stations.  In the fall, petrogenic sources range from a high of 83.7% at the near-field stations to a low of 56.7% at the south far-field stations. If the Motiva refinery was the only source of PAHs in this portion of the Delaware River, it would be expected that the percent composition of PAHs at each station would remain relatively constant even if the absolute concentrations were lower at the north and south far-field stations.  More detailed chemical fingerprinting analysis conducted by Battelle should help clarify the significance of these data.

A·00545

Table 8. Pyrogenic, biogenic, and petrogenic composition of PAHs at each station.

| Spring | Distance | Total PAH (ng/g-dw) | Concentration (ng/g-dw) Pyrogenic | Biogenic | Petrogenic | Percent of Total PAH % Pyrogenic | % Biogenic | % Petrogenic |
|---|---|---|---|---|---|---|---|---|
| DR-102 | 4.49 | 1097 | 420 | 16 | 660 | 38.3% | 1.5% | 60.2% |
| DR-45 | 3.04 | 1138 | 493 | 34 | 612 | 43.3% | 3.0% | 53.7% |
| DR-30 | 1.7 | 2026 | 560 | 29 | 1,436 | 27.6% | 1.4% | 70.9% |
| DR-26 | 0.34 | 4737 | 732 | 42 | 3,963 | 15.4% | 0.9% | 83.7% |
| DR-2 | 0.29 | 5876 | 992 | 63 | 4,821 | 17.0% | 1.1% | 81.9% |
| DR-23 | 0.85 | 5694 | 911 | 51 | 4,732 | 16.1% | 0.9% | 83.0% |
| DR-40 | 4.65 | 1050 | 429 | 27 | 594 | 41.5% | 2.6% | 55.9% |
| DR-104 | 8.91 | 607 | 325 | 28 | 253 | 54.7% | 4.8% | 40.5% |
| DR-106 | 13.54 | 468 | 261 | 24 | 183 | 56.5% | 5.7% | 37.8% |
| **Fall** | | | | | | | | |
| DR-102 | 4.49 | 1096 | 360 | 39 | 698 | 33.2% | 3.5% | 63.3% |
| DR-45 | 3.04 | 1294 | 433 | 43 | 818 | 33.6% | 3.3% | 63.1% |
| DR-30 | 1.7 | 1399 | 377 | 42 | 980 | 27.0% | 3.0% | 70.0% |
| DR-26 | 0.34 | 2220 | 415 | 58 | 1,746 | 19.3% | 2.7% | 78.0% |
| DR-2 | 0.29 | 2999 | 429 | 56 | 2,514 | 14.4% | 1.9% | 83.7% |
| DR-23 | 0.85 | 2447 | 440 | 55 | 1,952 | 18.0% | 2.3% | 79.8% |
| DR-40 | 4.65 | 1089 | 388 | 47 | 654 | 35.8% | 4.2% | 60.0% |
| DR-104 | 8.91 | 1048 | 429 | 60 | 559 | 38.4% | 4.9% | 56.7% |
| DR-106 | 13.54 | 600 | 214 | 22 | 364 | 35.8% | 3.7% | 60.5% |

## 4.2    Tissue Chemistry – Organochlorines

Clam tissues in the spring and fall were analyzed for a selected suite of organochlorines including pesticides (i.e., a-, b-, d-BHC, lindane (also called g-BHC); heptachlor and heptachlor epoxide, endosulfan I, II, and sulfate; endrin, endrin aldehyde, endrin ketone, aldrin, dieldrin, methoxychlor, and DDT and its degradation products) and PCBs (i.e, PCB 8, 18, 28, 52, 44, 66, 101, 77, 118, 153, 105, 138, 126, 187, 128, 180, 170, 195, 206, and 209) (Table 9). Clam tissues collected in the spring were also analyzed for cis-chlordane and trans-nonachlor; the fall tissues were not analyzed for these compounds even though tissues collected from all stations in the spring contained detectable concentrations.

The mean concentration of total PCBs and total pesticides was calculated for each station by season to simplify comparison of these organochlorine groups across stations (Table 10). A zero ("0") was substituted for compounds present at non-detect concentrations.

A 00546



Figure 16. Mean percent of pyrogenic, biogenic, and petrogenic sources of PAHs by season and sampling area.