the spring to 3.92 in the fall. This suggests that these animals spawned before the fall collection. Furthermore, it could explain, at least in part, why the tissue burdens of PAH were lower. Table 24 provides estimated reproduction times and measured percent lipids in *Rangia* from various studies reported in the literature and at various locations.

Table 24. Estimated reproduction times and measured percent lipids in *Rangia* at various locations.

| Reproduction | Location | % Lipids | Reference |
|---|---|---|---|
| Late fall, early winter | Virginia | Min: 5.8%<br>Max: 9.0% | Bender et al 1986, 1987, 1988 |
| Onset April-early May<br>Light spawn early summer<br>Major spawns mid-October to early November<br>Gametes August-November | Virginia | | Cain 1975 |
| March-May<br>Late summer-November | Lake Pontchartrain | | Fairbanks 1963 |
| Early development, Feb-March<br>Ripe, July-September<br>Major spawning begins August<br>Mostly spent by early November | Alabama | Min: Nov-Dec 7.5%<br>Max: March 10.5%<br>Yearly Mean = 8.8%<br>Little variability | Jovanovich & Marion 1987, 1989 |
| Most spawning Aug-Sept<br>Minimal development Dec | Texas | Nov 0.80-2.0<br>(mean = 1.08)<br>August 6.1-8.1<br>(mean = 7.18 | Harrel & McConnell 1995 |

Figure 21 (a,b,c) shows the percent lipid content in *Rangia* tissues by area, mean tPAH by area, and lipid-normalized TPAH by area. Collectively, these data support a recurrent theme throughout this study that pooling can obscure important information such as our interpretation of spawning time. In most cases, with respect to percent lipids, spawning, temperature, and tissue concentrations of PAH it was necessary to carefully scrutinize each parameter by individual site. This also made it difficult to present and discuss the data since pooling was important to convey major issues and major trends in the data but the final interpretation required identifying the fine structure of variability among stations and seasons.

### 5.2.3.3 Temperature

The effects of temperature alone could explain some of the differences in spawning time, lipid content, and associated influences on tissue residues of PAHs in *Rangia*. In a *Rangia* transplant study conducted in the lower Calcasieu River, Louisiana, bottom temperatures at some sites ranged from 28.6°C to 33.4°C in July and August. Temperatures at another site ranged from 36.0°C to 41°C in July and August. The very high August temperature of 41°C is suspected as the major cause for the 100 percent mortality of *Rangia* deployed at this site (Demas and Demcheck 1989). It is difficult to draw conclusions with respect to potential temperature effects for the Motiva study because measurements were only taken during the spring and fall sampling events, and the temperature data provided in the modeling study is limited. Nevertheless, one can probably assume that variation in seasonal temperature may be similar to other areas upstream on the Delaware River. The USGS monitoring site in Trenton, NJ is the site nearest to Motiva where detailed seasonal temperature data are available. The Trenton data show a typical seasonal variation with lows near 0°C between the middle and end of December and highs near 30°C in July and August (Figure 22). Temperatures during the spring sampling at Motiva were

---

A00583



Figure 21a.  Percent lipids by area:   Spring versus Fall.



Figure 21b.  Mean total PAH by  area:   Spring versus Fall.



Figure 21c.  Mean lipid-normalized  total PAH by area:   Spring versus Fall.

between 6 and 8°C and temperatures during the fall Motiva sampling were near 6 and 11°C. It is somewhat surprising that these spring and fall temperatures are so similar but they corroborate some of the Motiva temperature measurements. The most important aspect with respect to temperatures at the near-field Motiva sites is that temperatures did not change much between the spring and the fall and this is probably related to the temperature influence of the warmer effluent water. This in itself could be considered another significant stress on the *Rangia* population and one wonders how they can survive under these potentially adverse conditions.



Figure 22. Seasonal variability in water temperatures (°C) at Trenton, NJ

### 5.2.3.4 Salinity

The effects of salinity alone could explain some of the differences in spawning time, lipid content, and associated influences on tissue residues of PAHs in *Rangia*. Previous studies have shown that changes in salinity can trigger spawning in *Rangia*. Given that spawning is related to lipid content and PAH concentrations in Rangia tissues, the salinity regime in the vicinity of the Motiva site would have to be better characterized to draw any significant conclusions with respect to these interactions

### 5.2.3.5 Synergistic effects between temperature and salinity

It seems most likely that temperature, salinity, and food act in concert to trigger spawning in *Rangia*, control seasonal changes in tissue weights, gonad weights, lipid content, and the concentration of PAHs in *Rangia* tissues. The Najarian Associates (2002) modeling study for sediment transport in the vicinity of the Motiva refinery points out that the refinery is located in a"Transition Zone" (RM-50 to RM 80) which is characterized by relatively high turbidity, variable salinity, and low productivity. It is somewhat surprising that substantial *Rangia* populations are located in this area given the somewhat harsh environment. Given the potential effects of chemicals such as PAHs from the Motiva refinery it is even more surprising. However, *Rangia* seems reasonably well-adapted to this area, is apparently able to survive, grow, and reproduce and may have also been genetically altered to tolerate these conditions.

### 5.3    Source and Weathering of PAHs in *Rangia* Tissues

The ratio of near-field versus far-field and the ratio of LMW PAHs to HMW PAHs also provide additional insight into the seasonal differences, the source and timing of these inputs, and the degree of weathering (Figure 7). For the LMW PAHs in *Rangia* tissues, the ratio of near-field to far-field stations in the spring is a factor of 10 compared to only 2.4 in the fall, about a factor of five difference between seasons. For the HMW PAHs the ratio is virtually constant with a factor of 2.44 in the spring and 2.25 in the fall. Again, this means that the real differences between near-field and far-field stations are occurring in the spring rather than the fall. At the near-field stations, the ratio of LMW PAHs to HMW PAHs in the spring is 2.28 compared to only 1.36 in the fall, almost a factor of two times higher in the spring than in the fall. For the far-field stations the ratio is reversed with a factor of only 0.57 for the spring and a factor of 1.28 in the fall, more than a factor of two difference and higher in the fall.

In general, the absence of LMW PAHs or the dominance of HMW PAHs suggests relatively weathered oil. The presence of more LMW than HMW PAHs suggests relatively unweathered oil and relatively recent inputs to the environment. The spring near-field ratio of 2.28 LMW/HMW in *Rangia* tissues probably indicates recent inputs while the spring far-field ration of 0.57 LMW/HMW is probably indicative of relatively weathered oil. The other ratios are so close to one (1.36 and 1.28) that they do not represent strong signals in any particular direction.

The weathered nature of the accumulated hydrocarbons in the clam tissues as well as the high petroleum hydrocarbon concentrations in the sediment (96 ppm total hydrocarbons) suggest that the sediments were a major source of hydrocarbons accumulated by the clams. However, hydrocarbon accumulation from sediments by *Rangia cuneata* could not be demonstrated in laboratory experiments in which clams were exposed for up to 30 days to natural sediments artificially contaminated with petroleum (Reitsema et al. unpublished observation).

If sediment-adsorbed hydrocarbons are available for accumulation by benthic animals, the potential biological impact would be greatest in shallow turbid bays such as those found along the Gulf and south Atlantic Coasts of the U.S. Hydrocarbons entering such areas rapidly become adsorbed to suspended sediments and are distributed over large areas by currents, tides, and wave action. Once deposited on the bottom, these contaminated sediments would provide a source for hydrocarbons for uptake by the benthic fauna. Similar processes might also occur in deeper coastal and offshore waters, but because of the greater dilutions, accumulation of hydrocarbons in the bottom sediments would be greatly diminished.

Few of the dominant benthic taxa of the northern Gulf of Mexico feed directly on phytoplankton. Rather, most of them feed on near-bottom seston and detritus. This is in contrast to models for Chesapeake Bay and San Francisco Bay. Detritivores represented over 80% of the macrobenthic organisms and over 90% of the biomass in Gulf of Mexico estuaries. The paucity of benthos that consumed phytoplankton led us to hypothesize that macrobenthos in Gulf of Mexico estuaries had less effect on plankton communities than was documented in US east coast estuaries, where benthic communities consumed much of the water column production. We provided as evidence gut contents analyses of dominant taxa, the feeding morphology of suspension feeders (especially clams), and the lack of vertical mixing or strong turbulent flow that is necessary for benthos to remove substantial portions of the phytoplankton (Gaston et al. 1997).

A 00586

### 5.4    Comparisons with Other Studies

Due to the limited number of studies on *Rangia cuneata*, particularly those that combined tissue chemistry and sensitive effects endpoints such as growth and reproduction, it is necessary to evaluate the potential of extrapolating data from other studies that have related tissue burdens and associated effects. This is the primary reason for considering some of the related studies in more detail.

#### 5.4.1   Other Rangia Studies

There are only a few studies that provide information on the accumulation of PAHs by *Rangia cuneata*. As with most studies of this type, they are difficult to compare because of differences in methodology, latitude, season, potential health of the test organisms, and PAH compounds measured during the Motiva study. Another problem is that most of these *Rangia* studies were conducted over 10 years ago when many of the most sophisticated PAH analysis techniques were still being perfected and the environmental significance not fully understood.

#### 5.4.2   Other PAH Monitoring Data

The Mussel Watch program conducted by the National Oceanic and Atmospheric Administration (NOAA 1989) has developed one of the largest tissue chemistry databases for PAHs and other chemicals in mussels and oysters collected from all coasts of the United States. There may be some differences in bioaccumulation potential among *Rangia*, oysters, and mussels, but comparing the *Rangia* tissue chemistry with the NOAA NS&T oyster tissue chemistry data (NOAA 2003) could be useful as a first order approximation. Although NOAA specifically chooses Mussel Watch stations to represent areas away from major point sources of contamination, the concentrations of PAHs measured in native mussels and oysters by NOAA are among the highest reported in the world.

To make these comparisons, total PAH concentrations were calculated for the NOAA data and recalculated for the Motiva data. The list of all PAH compounds measured as part of the NOAA NS&T program are summarized in Table 25. Total PAHs for the NOAA data were determined by summing values for each of these compounds.

**Table 25.  PAH compounds used to calculate total PAH for NOAA NS&T Mussel Watch and Motiva.**

| PAH Isomers | | Parent PAH Compounds | |
|---|---|---|---|
| Motiva *Rangia* | NOAA NS&T | Common to both Motiva & NOAA | |
| 1-Methylnaphthalene | 1-Methylnaphthalene | Acenaphthene | Chrysene |
| 1-Methylphenanthrene | 1-Methylphenanthrene | Acenaphthylene | Dibenz[a,h]anthracene |
| 1,2,8-Trimethylphenanthrene | 1,6,7-Trimethylnaphthalene | Anthracene | Fluoranthene |
| 2,3,5-Trimethylnaphthalene | | Benzo[a]pyrene | Fluorene |
| 2-Methylnaphthalene | 2-Methylnaphthalene | Benzo[b]fluoranthene | Indeno[1,2,3-c,d]pyrene |
| 2,6-Dimethylnaphthalene | 2,6-Dimethylnaphthalene | Benzo[e]pyrene | Naphthalene |
| | | Benzo[g,h,i]perylene | Perylene |
| | | Benzo[j/k]fluoranthene | Phenanthrene |
| | | Benz[a]anthracene | Pyrene |
| | | Biphenyl | |

A 00587

Total PAHs were recalculated (Table 26) for the Motiva data using only the PAH compounds measured by NOAA. Each of the NOAA PAH compounds were measured in *Rangia* tissues for the Motiva study, with the exception of 1,6,7-trimethylnaphthalene. To estimate the relative contribution made to the total by 1,6,7-trimethylnaphthalene, two trimethyl compounds (i.e., 1,2,8-Trimethylphenanthrene and 2,3,5-Trimethylnaphthalene) were used in calculating the total PAH for the Motiva study.

**Table 26. Concentration of TPAHs (ng/g-dw) in *Rangia* based on list of analytes used in NOAA NS&T Program**

|  | North Far-field | | | Near-field | | | South Far-field | | |
|---|---|---|---|---|---|---|---|---|---|
| *SPRING* | DR-102 | DR-45 | DR-30 | DR-26 | DR-2 | DR-23 | DR-40 | DR-104 | DR-106 |
| Rep 1 | 487 | 650 | 763 | 1070 | 1433 | 882 | 575 | 361 | 350 |
| Rep 2 | 467 | 579 | 618 | 701 | 1149 | 1318 | 529 | 418 | 352 |
| Rep 3 | 502 | 569 | 621 | 981 | 1052 | 1049 | 440 | 406 | 259 |
| *Station Mean* | *485* | *600* | *667* | *917* | *1212* | *1083* | *515* | *395* | *320* |
| 95% CI | 20.4 | 49.6 | 93.7 | 218.2 | 224.3 | 249.1 | 77.3 | 34.2 | 60.2 |
| Area Mean | 584.0 | | | 1070.6 | | | 409.9 | | |
| | | | | | | | | | |
| *FALL* | | | | | | | | | |
| Rep 1 | 563 | 599 | 490 | 697 | 639 | 551 | 530 | 1087 | 302 |
| Rep 2 | 495 | 566 | 535 | 575 | 575 | 640 | 420 | 365 | 255 |
| Rep 3 | 341 | 535 | 489 | 428 | 569 | 584 | 617 | 304 | 341 |
| *Station Mean* | *466* | *567* | *505* | *567* | *594* | *592* | *522* | *585* | *299* |
| 95% CI | 128.9 | 36.2 | 29.7 | 152.6 | 44.0 | 51.0 | 111.6 | 492.5 | 48.4 |
| Area Mean | 512.5 | | | 584.3 | | | 468.9 | | |

Based on the calculations described above, the highest mean concentrations of TPAHs measured in *Rangia* tissues were associated with the near-field stations in the spring (Table 26; 917, 1212, and 1083 ng/g dry weight). Important insights into the relative magnitude and site-specificity of PAH exposure and potential effects can be gained by visualizing the relative distribution of total concentration of PAHs. Figure 23 shows the distribution of TPAHs by season and area for the Motiva study as well as for the six NOAA NS&T Delaware Bay Mussel Watch Stations nearest the Motiva sampling sites. The NOAA stations range in distance from approximately 5 to 30 miles away from the Motiva Refinery. There is considerable variability in the NOAA TPAH concentrations at each station (Figure 23). Approximately 25% of the NOAA values are greater than the lowest TPAH concentration measured in *Rangia*. The highest NOAA NS&T value (2656 ng/g dw) is approximately twice the highest value from the Motiva data set (i.e., spring near-field value of 1071 ng/g dw). It should be pointed out that most of the more recent tissue total PAH concentrations published by NOAA are lower than concentrations measured in *Rangia*. However, uncertainties remain in making direct comparisons between *Rangia* and oysters, and lower concentrations at the NOAA stations, which are all closer to the ocean, are expected to be lower because of dilution. These data suggest that the entire Delaware River is relatively heterogeneous with respect to total PAH exposure. In addition, by examining the relative amount of each PAH class, the NOAA data, like the Motiva data, demonstrate that the area is not homogeneous and in fact very site-specific in terms of PAH sources and the specific compounds accumulated by *Crassostrea virginica* and *Rangia cuneata*.





Figure 23. Concentration of TPAHs measured in Motiva *Rangia* and oyster tissues from NOAA NS&T Delaware Bay sampling stations. NOAA data are for 1986 to 1998 for all stations except Hope Creek (HC) and Woodland Beach (WB) which are only for 1998. S = spring; F = fall for Motiva sampling.

A00589

All of the TPAH concentrations measured in *Rangia* were well below the highest total PAH concentrations measured as part of NOAA's NS&T Mussel Watch program at all of their 250 sites across the US measured between 1986 and 1998 (Figure 24). The highest TPAH concentration was near 30,000 ng/g dw. The data presented in Figure 24 are only for NOAA's top 20 sites with respect to highest concentrations of low- and high-molecular weight PAHs. Using a rank and percentile analysis to compare the Motiva data to the NOAA NS&T data, the spring near-field total PAH concentration was at the 53 percentile of all measurements for NOAA's top 20 contaminated sites. The fall near-field concentration was at the 33 percentile. Arnolds Point Shoal ranked 14th in 1988 for low molecular weight PAHs in the NOAA NS&T Mussel Watch program. Kelly Island ranked 18th in 1986. There were the only two Delaware Bay stations that ranked in the top 20 for low molecular weight PAHs between 1986 and 1988.

A number of studies have shown that bivalves provide a conservative estimate of bioavailable PAHs because they typically have the highest concentrations across all species measured, and the data are most reliable because more studies have been done on bivalves than any other species. Recently, Neff (2002) has compiled a list showing the range of mean total PAH concentrations in tissues from a variety of marine taxa from around the world (Table 27). In a total of 296 samples, the range in concentration for all species measured was 0.5 to 1,729,000 ng/g dw. The highest concentration was measured in bivalves. Furthermore, the bivalve data are the most reliable because 153 of the 296 total samples (52%) were on bivalve tissues. Meador et al. (1995) found a similar emphasis on the use of bivalve tissues in their review of bioaccumulation of PAHs in marine organisms. In their study, over 20% of the papers reviewed included bivalve tissue chemistry data. The next closest taxon was fish, at 17.9%. Based on historical data and compilations such as those by Neff (2002) and Meador et al. (1995), the implication is that the *Rangia* tissue chemistry results are representative of PAH exposures and probably can be considered a worst-case scenario.

Table 27. **Range of mean concentrations of total PAHs in tissues of marine organisms from throughout the world. Concentrations are ug/g dw. From Neff (2002).**

| Taxon | Tissue | Number Samples | Concentration Range | Arithmetic Mean | Geometric Mean |
|---|---|---|---|---|---|
| All species | Whole/Muscle | 296 | 0.5-1729000 | 18140 | 430 |
| Macroalgae | Whole | 10 | 260-4660 | 1660 | 690 |
| Sponge | Whole | 1 | 770 | | |
| Polychaete | Whole | 2 | 7.3-112 | 600 | |
| Crustacean | Whole/Muscle | 18 | 4-13350 | 1500 | 170 |
| Crustacean | Digestive Gland | 5 | 1400-440000 | 114000 | 21400 |
| Bivalve | Soft Tissue | 153 | 3-1729000 | 29370 | 650 |
| Snail | Soft Tissue | 14 | 10-290000 | 53840 | 4390 |
| Octopus | Whole | 2 | 460-730 | 600 | |
| Echinoderm | Whole | 3 | 0.5-460 | 260 | 40 |
| Enteropneust | Whole | 1 | 620 | | |
| Fish | Muscle | 84 | 20-23450 | 870 | 190 |
| Fish | Liver | 12 | 13-3500 | 990 | 300 |
| Marine Bird | Muscle | 5 | 21-110 | 66 | 57 |
| Marine Bird | Liver | 1 | 8 | | |
| Marine Mammal | Muscle | 2 | 14-510 | 260 | |
| Marine Mammal | Liver | 2 | 0.55-2.8 | 1680 | |

A 00590



Figure 24. Total PAH (ng/g dry wt) in bivalves from NOAA NS&T Mussel Watch versus Motiva *Rangia* from the near-field stations.

### 5.4.3   Relevant Studies in the Area or Similar Latitudes

There are four pertinent studies that have been conducted with *Rangia* that allow direct comparison of bioaccumulation potential and associated effects. One of the most useful studies was conducted by Bender et al. (1986) who monitored PAHs in oysters (*Crassostrea virginica*), brackish water clams (*Rangia cuneata*), and sediments in three Virginia rivers: the Rappahannock, York, and James Rivers. The second paper describes a study conducted by Huggett (1977) in which he conducted multiple bioaccumulation experiments with oysters (*Crassostrea virginica*), *Rangia*, and *Macoma balthica*. These bioaccumulation studies are important to evaluating the Motiva data because Huggett discusses differences in accumulation among species, the effect of suspended sediment on bioaccumulation, and the consequences of elevated water temperatures. In the third paper, Alvarez-Legoretta et al. (1994) used tissue PAH concentrations in native *Rangia* to determine if PAHs are responsible for the declining clam fishery. Although this work was conducted in the Gulf of Mexico, it has direct relevance to the Motiva study because the authors monitored natural populations of *Rangia*, measured PAHs in sediment and tissues, and used these data to predict environmental effects.

#### 5.4.3.1 Bender et al. (1986)

Bender et al. (1986) provide the most compelling evidence to suggest that PAH tissue burdens in *Rangia* are similar to those in oysters (*Crassostrea virginica*). They found similar concentrations of PAHs in both species when collected from about the same location on the James River during the spring sampling period. In the Bender study, both *Rangia* and oysters had higher concentrations of PAHs in the fall than in the spring. Oysters had a total PAH concentration of 2.96 ug/g dry wt in the fall versus 0.88 ug/g dry wt in the fall; the fall mean was more than three times higher than the spring mean and the difference was highly significant (p = 0.0001). The *Rangia* collected by Bender et al. had higher concentrations of total PAHs than did their oysters, but the trend was similar. In the fall, *Rangia* had a total PAH concentration of 6.39 ug/g dry wt while those collected in the spring had a total PAH concentration of 3.16 ug/g dry wt. As with the Bender et al. oysters, the fall mean for their *Rangia* was more than twice that of the spring mean, and the difference was statistically significant (p = 0.01). The Bender et al. data are opposite to the results reported in the Motiva study. As shown in Tables 2 and 3, Motiva clams had higher total PAH concentrations in the spring than in the fall.

The real question is the effect of the reproductive status of the oysters and *Rangia* on PAH accumulation. *Crassostrea virginica* generally spawns in the spring in the rivers studied by Bender et al. (and probably in the Motiva study area as well) while *Rangia* spawn in the fall. Although Bender et al. (1986) do not discuss the reproductive status of the oysters in their study, it appears that the spring oysters they sampled may have spawned prior to collection. Since the tissue weights or percent lipid data are not provided, it is difficult to confirm the reproductive status. However, it seems reasonable to assume that both *Crassostrea* and *Rangia* were in better condition in the fall than in the spring because *Rangia* may not have spawned yet and *Crassostrea* had sufficient time after spawning to build up their energy and lipid reserves and prepare for the next spawning event. Their precise reproductive status in both surveys remains unknown, and it is difficult to draw any additional conclusions with respect to these data. Bender et al. (1986) identified seasonal differences but did not include a statistical analysis of their data.

More important information can be extracted by evaluating the station-specific differences in these seasonal trends rather than just looking at the overall seasonal means. Using the data provided in Bender et al., we calculated the spring-to-fall ratio for each station for each species and found significant differences. For oysters, the spring-to-fall ratio by station varied from 1.52 to 8.44 and

A 00592

for *Rangia*, from 0.74 to 9.93. The interesting aspect of these data is that the oyster seasonal ratio was always >1 while the *Rangia* seasonal ratio was $\leq$ 1 at three different stations. These relationships demonstrate the highly complex nature of interactions between environmental concentrations of PAHs and those found in bivalve tissues. Furthermore, it shows how each relationship must be carefully evaluated considering all possible environmental and organismal factors when attempting to draw conclusions regarding these relationships. It would not be surprising to find station-specific and species-specific differences in PAH accumulation.

The concentrations of total PAHs measured in mussel tissues for the Motiva study are similar to those measured by Bender et al. (1986). Even though the highest concentrations reported by Bender et al. (1986) exceed concentrations measured in the Motiva study, most of the tissue PAH concentrations measured in the spring of 1985 were lower than those measured at Motiva in the fall of 1984.

Collectively, all of these observations are consistent with those of Bender et al. (1986) who found higher PAH concentrations in bivalve tissues during the spring by factors of two to three at most stations for both *Crassostrea virginica* and *Rangia cuneata* in their studies on the Rappahannock, York, and James Rivers in Virginia. They concluded that these observed differences were probably related to the spawning cycles of these two bivalve species. They explain that *Crassostrea virginica* in this area spawns in the summer and builds up lipid and glycogen reserves in the fall. *Rangia cuneata* however, spawns in the late fall and early winter. Bender et al. (1986) suggest that *Rangia* was probably in peak condition during the fall 1984 survey; i.e., high lipids, high gametes, high nutrition. This raises the question of whether comparing well-conditioned *Rangia* with poorly-conditioned *Crassostrea* is appropriate. If the concentration of PAHs in bivalve tissues is linked to lipids, as suggested by equilibrium partitioning theory, it may be more appropriate to lipid-normalize these data before making those comparisons. This also becomes important for the Motiva Refinery project in terms of placing the *Rangia* bioaccumulation data in the appropriate environmental perspective. This will be discussed in more detail later; i.e., how does bioaccumulation of PAHs in *Rangia* tissues compare with other species and what is the environmental significance of those tissue residues?

### 5.4.3.2  Huggett (1977)

In 1977, Huggett (1977) conducted 14 separate bioaccumulation experiments under controlled laboratory conditions, which included eight tests with *Crassostrea virginica*, five tests with *Rangia cuneata*, and one with the facultative deposit-feeding clam *Macoma balthica*. The main purpose of these tests was to evaluate the bioavailability of sediment-associated kepone when the bivalves were exposed to suspended sediments. Exposure periods varied between one to four weeks. Low, medium, and high concentrations of sediment particles were compared with concentrations of kepone on the sediments ranging from approximately 7 to 30 ug/g (dry weight?). Although this factorial experiment was extremely well designed and could have yielded very useful information, the health and spawning condition of the test animals may have compromised test results. As in the Bender et al. (1986) study, the condition of the test animals probably affected their ability to accumulate kepone. Huggett did not consider the effects of spawning condition or reproductive status. The tests were conducted between February and August, which makes it difficult to compare the results for each species because of differences in reproductive cycles.

*Crassostrea* accumulated more kepone than *Rangia* in only one test conducted between 13 May and 19 June in which low concentrations of suspended sediment were evaluated. There were no statistically significant differences in kepone accumulation in all other tests where these species

A  00593

were compared. The difference found in the May/June test could be due to higher concentrations of lipids in the tissues of *Crassostrea*, which begin spawning between late May and late June in the Chesapeake area. Both species showed less of a dose-response in the summer than in the spring, suggesting that both species were under some form of stress during the summer which may have masked any differences in accumulation that may have been occurring.

One of the most interesting aspects of these tests is the effect of increasing suspended sediment loads on both species. As mentioned previously, the lack of a clear dose-response relationship between accumulation of kepone and an increasing dose may have been masked by stress in the summer tests. Increasing sediment loads may provide additional stress, which is probably most pronounced in the summer. Even in the spring test however, there are some indications that *Crassostrea* and *Rangia* did not accumulate as much kepone as expected at the higher doses of sediment and kepone, suggesting high sediment loads may indirectly be interfering with bioaccumulation.

In conclusion there are three points to be made from the Huggett (1977) studies: 1) There is no compelling evidence to suggest that there is a difference in kepone accumulation by *Crassostrea* and *Rangia*; 2) Suspended sediment appears to have a significant effect on the health of both species and their ability to accumulate chemicals; and 3) Both species appeared to be under stress during the summer and this stress was accentuated by exposure to high concentrations of suspended sediment. High summer stress in *Crassostrea* could be associated with the stress of reproduction and stress in *Rangia* could be associated with holding conditions. Huggett (1977) only provided the mean tissue concentrations in his paper, which indicates that replicate data are available from the original study. These data may be available at VIMS. It may be possible to obtain those data and make more rigorous statistical comparisons.

### 5.4.3.3 *Alvarez-Legoretta et al. (1994)*

Alvarez-Legoretta et al. (1994) collected *Rangia cuneata* from a coastal lagoon in the southern Gulf of Mexico and measured PAH concentrations in clam tissues and bottom sediment. The benthic macrofauna in this lagoon is dominated by bivalves such as *Rangia cuneata* and they support an artisanal fishery which is the main economic activity in the area. The purpose of this study was to determine if the concentrations of PAHs in *Rangia* and surrounding sediments are responsible for the declining clam fishery. The authors also speculated regarding the relative concentrations of PAHs measured in *Crassostrea virginica* from other parts of Mexico.

The authors concluded that the increase in total PAHs in sediments was associated with an increase in *Rangia cuneata*. However, the increase in total petroleum hydrocarbons in *Rangia* between 1988 and 1989 is relatively small, from about 68 to 75 ug/g dry weight. If the total polyaromatic hydrocarbons are compared, there is a general decrease from 1987 to 1988 to 1989; 80 to 25 to 15 ug/g dry weight, respectively. Conversely, the PAHs in sediment increased from about 2.5 to 18 ug/g dry weight. Although possible, it seems unlikely that the sediment concentrations increased while the *Rangia* concentrations decreased.

The authors conclude that overfishing rather than petroleum hydrocarbon pollution is the proximate cause of the decline in the clam fishery in Laguna de Pom. The tissue hydrocarbon concentrations were higher than in *C. virginica* from a neighboring lagoon, but lower than those measured in bivalves from a lagoon further away. Alvarez-Legoretta et al. (1994) suggest that the petroleum hydrocarbon concentrations measured in their study were lower than the "widely" accepted limit of 70 ug/g for coastal sediments. It is not clear if this limit refers to a limit for effects or a limit for the highest concentration measured.

A  594

*5.4.3.4 Sullom Voe*

Combined measurement of scope-for-growth and the concentration of two- and three-ring aromatic hydrocarbons, a major toxic component of oil, in the tissues of mussels between 1982 and 1989 provides an assessment of spatial and temporal effects of oil exposures in the vicinity of the Sullom Voe oil terminal (1982-1985, Widdows et al 1987, Widdows and Donkin 1992). Unique features of this case study include quantification: 1) environmental inputs of oil; 2) subsequent PAH accumulation in mussel tissues; and 3) associated biological effects. Mussels living near the source of oil inputs, the tanker loading areas, accumulated hydrocarbons to concentrations typically an order of magnitude higher than those in clean reference areas. These tissue burdens were associated with a significant reduction in SFG at stations with the highest tissue burdens in mussels. The relationship between SFG and the log concentration of two- and three-ring aromatic hydrocarbons demonstrates that an order of magnitude increase in the tissue concentration can account for an approximately 50% reduction in the growth potential of mussels.

Annual variations in SFG and hydrocarbon residues in the tissues of mussels sampled near the oil terminal indicate that there has been neither a gradual increase in the level of PAH contamination of the water column, nor a gradual deterioration in water quality within Sullom Voe, since the oil terminal became operational. The year-to-year variation in PAH concentrations in the mussels is closely correlated with the total amount of oil spilled during the month preceding the annual field sampling in July. These observations suggest that the system can respond to, and recover from, any transient increases in oil inputs.

Mussels at the Sullom Voe tanker loading jetties nearest the source of maximum PAH exposure are only moderately contaminated, but to no greater extent than many urban estuaries (e.g. River Tamar, southwest England) and stations such as Soolbergstrand on the Oslofjord (about 35 km south of Oslo) in a region that is not in the vicinity of any point sources of industrial or urban contamination by PAHs.

In comparison with other stations, mussels in Sullom Voe experience only moderate levels of PAH exposure and appear to have sufficient capacity (based on scope-for-growth) to grow, reproduce, and maintain a viable population.

The only evidence suggesting possible adverse effects based on tissue burdens of PAHs comes from a series of studies using scope for growth with marine mussels. The concentration of total PAHs measured in *Rangia* tissues exceeded those found to reduce scope-for-growth, a sensitive measure of impact, in marine mussels. However, there are many uncertainties in the correlations which reduce the utility of the extrapolations: 1) different species; 2) different suite of PAHs measured and difficult to compare the two suites; 3) mesocosm mussels under stress from insufficient food (Lowe 1988, Widdows and Johnson 1988). Furthermore, even though the marine mussels showed a reduction in scope-for-growth, they too were apparently able to survive, grow, and reproduce in the vicinity of a refinery. Therefore, reductions in scope-for-growth may not be directly associated with population effects.

## 6.0    REFERENCES

Alvarez-Legorreta, T., G. Gold-Bouchot, and O. Zapata-Perez. 1994. Hydrocarbon concentrations in sediments and clams (*Rangia cuneata*) in Laguna de Pom, Mexico. Bull. Environ. Contam. Toxicol. 52:39-45.

Bayne, B. L. 1985. Cellular and physiological measures of pollution effect. Mar. Pollut. Bull. 16(4):127-129.

Bender, M. E., P. O. deFur, and R. J. Huggett. 1986. Polynuclear aromatic hydrocarbon monitoring in estuaries utilizing oysters, brackish water clams, and sediments. In: Institute of Electrical and Electronic Engineer Oceans 1986 Conference Proceedings. Volume 3. Monitoring Strategies Symposium. Washington, D.C. Marine Technology Society.

Bender, M. E., W. J. Jr. Hargis, R. J. Huggett, and M. H. Jr. Roberts. 1988. Effects of polynuclear aromatic hydrocarbons on fishes and shellfish: an overview of research in Virginia. Mar. Environ. Res. 24:237-241.

Cain, T. D. 1975. Reproduction and recruitment of the brackish water clam Rangia cuneata in the James River, Virginia. Fish. Bull. 73(2):412-430.

Chaiyarach, S., V. Ratananun, and R. C. Harrel. 1975. Acute toxicity of the pesticides Toxaphene and Carbaryl and the herbicides Propanil and Mollinate to four species of aquatic organisms. Bull. Environ. Contam. Toxicol. 14:281-284.

Demas, C. R. and D. K. Demcheck. 1989. Uptake of manmade organic compounds by *Rangia cuneata* in the Lower Calcasieu River, Louisiana. In: G. E. Mallard and S. E. Ragone (Editors), U.S. Geological Survey Toxic Substances Hydrology Program -- Proceedings of the Technical Meeting. Phoenix, Arizona. U.S. Geological Survey, Water-Resources Investigations Report 88-4220. pp. 309-319.

Di Toro, D. M. and J. A. McGrath. 2000. Technical basis for narcotic chemicals and polycyclic aromatic hydrocarbon criteria. II. Mixtures and sediments. Environ. Toxicol. Chem. 19(8):1971–1982.

Di Toro, D. M., J. A. McGrath, and D. J. Hansen. 2000. Technical basis for narcotic chemicals and polycyclic aromatic hydrocarbon criteria. I. Water and tissue. Environ. Toxicol. Chem. 19(8):1951–1970.

Di Toro, D. M., C. S. Zarba, D. J. Hansen, W. J. Berry, R. C. Swartz, C. E. Cowan, S. P. Pavlou, H. E. Allen, N. A. Thomas, and Paquin. P.R. 1991. Technical basis for establishing sediment quality criteria for nonionic organic chemicals using equilibrium partitioning. Environ. Toxicol. Chem. 10:1541-1583.

Dillon, T. M. 1984. Biological Consequences of Bioaccumulation in Aquatic Animals: An Assessment of the Current Literature, Technical Report D-84-2. June 1984. Vicksburg, MS., US Army Engineer Waterways Experiment Station.

Dillon, T. M. and D. S. Burton. 1991. Acute toxicity of PCB congeners to *Daphnia magna* and *Pimephales promelas*. Bull. Environ. Contam. Toxicol. 46:208-215.

Gallagher, J. L. and H. W. Wells. 1969. Northern range extension and winter mortality of *Rangia cuneata*. Nautilus 83(1):22-25.

Gaston, G. R., C. M. Cleveland, S. S. Brown, and C. F. Rakocinski. 1997. Benthic-pelagic coupling in northern Gulf of Mexico estuaries: do benthos feed directly on phytoplankton? Gulf Research Reports 9(4):231-237.

Harrel, R. C., J. Ashcraft, R. Howard, and L. Patterson. 1976. Stress and community structure of macrobenthos in a Gulf Coast riverine estuary. Contrib. Mar. Sci. 20:69-81.

Harrel, R. C. and M. A. Hall. 1991. Macrobenthic community structure before and after pollution abatement in the Neches River estuary (Texas). Hydrobiologia 211:241-252.

Harrel, R. L. 1975. Water quality and salt intrusion in the lower Neches River. Texas J. Sci. 26:107-117.

Havlik, M. E. and L. L. Marking. 1987. Effects of Contaminants on Naiad Mollusks (Unionidae): A Review. United States Department of the Interior, Fish and Wildlife Service/Resource Publication 164.

Herbert, C. E. and K. A. Keenleyside. 1995. To normalize or not to normalize? Fat is the question. Environ. Toxicol. Chem. 14(5):801-807.

Hopkins, S. H., J. W. Anderson, and K. Horvath. 1973. The Brackish Water Clam *Rangia Cuneata* As Indicator of Ecological Effects of Salinity Changes in Coastal Waters. Vicksburg, Mississippi, U.S. Army Engineer Waterways Experiment Station. Contract Report No. DACW39-71-C-0007.

Huggett, R. J. 1977. In: Uptake of Kepone From Suspended Sediments by Oysters, *Rangia*, and *Macoma*. Kepone in the marine environment. Publications and prepublications. U.S. Environmental Protection Agency, Environmental Research Laboratory, Sabine Island, Gulf Breeze, Florida.

Jarvinen, A. W., and Ankley, G. T. 1999. Linkage of Effects to Tissue Residues: Development of a Comprehensive Database for Aquatic Organisms Exposed to Inorganic and Organic Chemicals. Pensacola, FL, SETAC.

Johnson, R. K., T. Wiederholm, and D. M. Rosenberg. 1993. Freshwater Biomonitoring Using Individual Organisms, Populations, and Species Assemblages of Benthic Macroinvertebrates. In: D. M. Rosenberg and V. H. Resh, Freshwater Biomonitoring and Benthic Macroinvertebrates. New York. Chapman & Hall. pp. 40-125.

Jovanovich, M. C. and K. R. Marion. 1989. Gametogenic cycle of *Rangia cuneata* (Mactridae, Mollusca) in Mobile Bay, Alabama, with comments on geographic variation. Bull. Mar. Sci. 45:130-138.

Jovanovich, M. C. and K. R. Marion. 1987. Seasonal variation in uptake and depuration of anthracene by the brackish water clam *Rangia cuneata*. Mar. Biol. 95:395-403.

LaSalle, M. W. and A. A. de la Cruz. 1985. Species Profiles: Life Histories and Environmental Requirements of Coastal Fishes and Invertebrates (Gulf of Mexico) -- Common Rangia. U.S. Fish Wildl. Serv. Biol. Rep. 82(11.31). U.S. Army Corps of Engineers, TR EL-82-4, 16 .

Law, R. J., C. Kelly, K. Baker, J. Jones, A. D. McIntosh, and C. F. Moffat. 2002. Toxic equivalency factors for PAH and their applicability in shellfish pollution monitoring studies. Roy. Soc. Chem. 4:383-388.

Lowe, D. M. 1988. Alterations in cellular structure of *M. edulis* resulting from exposure to environmental contaminants. Mar. Ecol. Prog. Ser. 46:91-100.

Lunsford, C. A. and C. R. Blem. 1982. Annual cycle of kepone residue and lipid content of the estuarine clam, *Rangia cuneata*. Estuaries 5(2):121-130.

Mason, C. E. 1991. Biology of Freshwater Pollution. New York, Longman Scientific & Technical.

McCarty, L. S. 1991. Toxicant Body Residues: Implications for Aquatic Bioassays With Some Organic Chemicals. In: M. A. Mayes and M. G. Barron (Eds.), Aquatic Toxicology and Risk Assessment. Philadelphia. American Society for Testing and Materials. pp. 183-192.

McCarty, L. S. and D. Mackay. 1993. Enhancing ecotoxicological modeling and assessment. Environ. Sci. Technol. 27(9):1719-1728.

McCarty, L. S., D. Mackay, A. D. Smith, G. W. Ozburn, and D. G. Dixon. 1992. Residue-based interpretation of toxicity and bioconcentration QSARs from aquatic bioassays: neutral narcotic organics. Environ. Toxicol. Chem. 11:917-930.

McConnell, M. A. 1993. Accumulation of Heavy Metals by the Estuarine Clam *Rangia Cuneata* Under Laboratory and Field Conditions. M.S. Thesis, Lamar University, Beaumont, Texas.

Meador, J. P., J. E. Stein, W. L. Reichert, and U. Varanasi. 1995. Bioaccumulation of polycyclic aromatic hydrocarbons by marine organisms. Rev. Environ. Contam. Toxicol. 143:79-165.

Najarian Associates. 2002. Final Report. A Hydrodynamic and Sediment Transport Model to Support Motiva Refinery Baseline Ecological Study. October 2002. Eatontown, NJ.

National Oceanic and Atmospheric Administration, 2003, National Status and Trends Program (Web Page), *Available at* http://ccmaserver.nos.noaa.gov/NSandT/NSandTdata.html, *Accessed* 2003.

National Oceanic and Atmospheric Administration. 1987. National Status and Trends Program for Marine Environmental Quality - Progress Report. A Summary of Selected Data on Chemical Contaminants in Tissues Collected During 1984, 1985 and 1986. NOAA Technical Memorandum NOS OMA 38.

National Oceanic and Atmospheric Administration. 1989. National Status and Trends Program for Marine Environmental Quality. Progress Report: a Summary of Data on Tissue Contamination From the First Three Years (1986-1988) of the Mussel Watch Project.

A 00598

Neff, J. M. 2002. Bioaccumulation in Marine Organisms. Effect of Contaminants From Oil Well Produced Water. Amsterdam, Elsevier.

Neff, J. M. and J. W. Anderson. 1975. Accumulation, release, and distribution of benzo[a]pyrene-c14 in the clam Rangia cuneata. Proceedings of Conference on Prevention and Control of Oil Pollution, San Francisco, March 25-27, 1975. American Petroleum Institute, Washington, D.C. 469-471.

Neff, J. M. and W. A. Burns. 1996. Estimation of polycyclic aromatic hydrocarbon concentrations in the water column based on tissue residues in mussels and salmon: an equilibrium partitioning approach. Environ. Toxicol. Chem. 15(12):2240-2253.

Neff, J. M., B. A. Cox, D. Dixit, and J. W. Anderson. 1976. Accumulation and release of petroleum-derived aromatic hydrocarbons by four species of marine animals. Mar. Biol. 38:279-289.

Olsen, K. R. and R. C. Harrel. 1973. Effects of salinity on acute toxicity of mercury, copper, and chromium for Rangia cuneata (Pelecypoda: Mactridae). Contrib. Mar. Sci. 17:9-13.

Olsen, L. A. 1976. Reproductive cycles of Polymesoda caroliniana (Bosc) and Rangia cuneata (Gray) with aspects of desiccation in the adults and fertilization and early larval stages in Polymesoda caroliniana, Ph.D. Dissertation, Tallahassee, Florida State University.

Schweitzer, L. E., J. E. Hose, I. H. Suffet, and S. M. Bay. 1997. Differential toxicity of three polychlorinated biphenyl congeners in developing sea urchin embryos . Environ. Toxicol. Chem. 16(7):1510-1514.

Smith, V. and P. P. Johnston. 1992. Differential haematoxic effect of PCB congeners in the common shrimp, Crangon crangon. Comp. Biochem. Physiol. C 101:641–649.

Swingle, H. A. and D. G. Bland. 1974. Distribution of the estuarine clam Rangia cuneata Gray in coastal waters of Alabama. Ala. Mar. Resources Bull. 10:9-16.

Tenore, K. R., D. B. Horton, and T. W. Duke. 1968. Effects of bottom substrate on the brackish water bivalve Rangia cuneata. Chesa. Sci. 9(4):238-248.

Traver, J. W. 1972. Occurrence, Distribution, and Density of Rangia Cuneata in Lake Pontchartrain and Lake Maurepas, Louisiana. Baton Rouge, Louisiana, Louisiana Wildlife and Fisheries commission, Technical Bulletin No. 1.

US Army Corps of Engineers, 1999, Environmental Residue Effects Database Home Page (Web Page), Available at http://www.wes.army.mil/el/ered/index.html#misc.

US Army Corps of Engineers, W. E. S. 1990. Environmental Effects of Dredging Technical Notes. EEDP-01-24 Literature Review for Residue-Effects Relationships With Hydrocarbon Contaminants in Marine Organisms. December 1990.

Van Leeuwen, C. P., P. T. J. Van Der Zandt, T. Aldenberg, H. J. M. Berhaar, and J. L. M. Hermens. 1992. Application of QSARs, extrapolation and equilibrium partitioning in aquatic effects assessment. I. Narcotic industrial pollutants. Environ. Toxicol. Chem. 11:267-282.

A 00599

Widdows, J. and P. Donkin. 1992. Mussels and Environmental Contaminants: Bioaccumulation and Physiological Aspects. In: E. Gosling (Ed.), The Mussel *Mytilus*: Ecology, Physiology, Genetics and Culture. Amsterdam. Elsevier Science Publishers. pp. 383-424.

Widdows, J., P. Donkin, S. V. Evans, D. S. Page, and P. N. Salkeld. 1995. Sublethal biological effects and chemical contaminant monitoring of Sullom Voe (Shetland) using mussels (Mytilus edulis). Proc. Roy. Soc. Edinburgh 103B:99-112.

Widdows, J., P. Donkin, P. N. Salkeld, and S. V. Evans. 1987. Measurement of Scope for Growth and Tissue Hydrocarbon Concentrations of Mussels (*Mytilus Edulis*) at Sites in the Vicinity of the Sullom Voe Oil Terminal - a Case Study. In: J. Kuiper and W. J. Van Den Brink (Eds.), Fate and Effects of Oil in Marine Ecosystems. Dordrecht. Martinus Nijhoff Publishers. pp. 269-277.

Widdows, J. and D. Johnson. 1988. Physiological energetics of *Mytilus edulis:* Scope for Growth. Mar. Ecol. Prog. Ser. 46:113-121.

Wolfe, D. A. and E. N. Petteway. 1968. Growth of *Rangia cuneata* Gray. Chesa. Sci. 9(2):99-102.

A 00600

# Appendix A

# References Used to Assess Effects of PAHs and Other Chemicals on *Rangia cuneata*

A 00601

Abadie, S. W. and M. A. Poirrier.  2000.  Increased density of large *Rangia clams* in Lake Pontchartrain after the cessation of shell dredging.  Journal of Shellfish Research. 19(1):481-485.

Abadie, S. W., and Poirrier, M. A., 2001, Environmental Atlas of the Pontchartrain Basin (*Rangia* clams as an indicator of hypoxia in Lake Pontchartrain) (Web Page), *Available at* http://www.coastal.uno.edu/coastal/research/lpbf/hypoxia_1.html.

Abadie, S.W. and M. A. Poirrier.  2001.  Environmental Atlas of the Pontchartrain Basin (Recent trends in water clarity and clam abundance) (Web Page), *Available at* http://www.coastal.uno.edu/coastal/research/lpbf/hypoxia_1.html.

Adams, W. J.  1987.  Chapter 16.  Bioavailability of neutral organic chemicals contained on sediments: a review.  *In* K. L. Dickson, A.W. Maki, W.A. Brungs (Eds.), Fate and Effects of Sediment Bound Chemicals in Aquatic Systems.  New York. Pergamon Press. p. 219-244.

Adams, W. J., R. A. Kimerle, B. B. Heidolph, and P. R. Michael.  1983.  Field comparison of laboratory-derived acute and chronic toxicity data.  *In:* W. E. Bishop, R. D. Cardwell, and B. B. Heidolph (EDs.), Aquatic Toxicology and Hazard Assessment: Sixth Symposium, ASTM STP 802.  Philadelphia. American Society for Testing and Materials. p. 367-385.

Adams, W. J., R. A. Kimerle, and R. G. Mosher.  1985.  Aquatic safety assessment of chemicals sorbed to sediments.  *In:* R. D. Cardwell, R. Purdy, and R. C. Bahner (Eds.), Aquatic Toxicology and Hazard Assessment:  Seventh Symposium.  Philadelphia. American Society for Testing and Materials. p. 429-453.

Alvarez-Legorreta, T., G. Gold-Bouchot, and O. Zapata-Perez.  1994.  Hydrocarbon concentrations in sediments and clams (*Rangia cuneata*) in Laguna de Pom, Mexico.  Bull. Environ. Contam. Toxicol. 52:39-45.

Anderson, J. W., J. M. Jones, S. Steinert, B. Sanders, J. Means, D. McMillan, T. Vu, and R. Tukey.  1999.  Correlation of CYP1A induction, as measured by the P450 RGS biomarker assay, with high molecular weight PAHs in mussels deployed at various sites in San Diego Bay in 1993 and 1995.  Mar. Environ. Res. 48:389-405.

Anderson, J. W. and J. M. Neff.  1974.  Accumulation and release of petroleum hydrocarbons by edible marine animals.  *Proceedings* International Symposium on Recent Advances in the Assessment of the Health Effects of Environmental Pollution, Vol. III.  Commission of European Communities, U.S. EPA, WHO.  pp. 1461-1469.

Anthony, A.  October 22 1992.  Letter to Col. J.D. Winchester, Marine Corps Base Quantico.

ASTM.  2001.  E-2122.  Standard Guide for Conducting In-situ Field Bioassays with Marine, Estuarine and Freshwater Bivalves.  American Society for Testing and Materials (ASTM), 2001 Annual Book of ASTM Standards.  (Accepted 12 November 2000) .

Auil-Marshalleck, S., C. Robertson, A. Sunley, and L. Robinson.  2000.  Preliminary review of life history and abundance of the Atlantic *Rangia* (*Rangia cuneata*): With implications for management in Galveston Bay, Texas.  Texas Parks and Wildlife Department, Fisheries Division.  Austin, Texas.

Axelman, A., K. Naes, C. Naf, and D. Broman.  1999.  PAH accumulation in SPMDs and caged mussels (*Mytilus edulis* L.), and comparison with PAH distribution in dissolved, colloidal and particulate size fractions in the water column.  Environ. Toxicol. Chem. 18(11):2454-2461.

Barbour, M. T., J. B. Stribling, and J. R. Karr.  1994.  Multimeric approach for establishing biocriteria and measuring biological condition.  *In:* W. S. Davis and T. P. Simon (Eds.), Biological Assessment and Criteria: Tools for Resource Planning and Decision Making.  Boca Raton. Lewis Publishers. p. 63-77.

A 00602

Bates, J. M., and Weber, C. I. 1981. Ecological assessments of effluent impacts on communities of indigenous aquatic organisms, ASTM STP 730. Philadelphia, PA, American Society for Testing and Materials.

Baumard, P., H. Budzinski, Q. Michon, P. Garrigues, T. Burgeot, and J. Bellocq. 1998. Origin and bioavailability of PAHs in the Mediterranean Sea from mussel and sediment records. Estuar. Coast. Shelf Sci. 47:77-90.

Baumard, P., H. Budzinski, and P. Garrigues. 1998. PAHs in Arcachon Bay, France: origin and biomonitoring with caged organisms. Mar. Pollut. Bull. 36(8):577-586.

Baumard, P., H. Budzinski, and P. Garrigues. 1998. Polycyclic aromatic hydrocarbons in sediments and mussels of the western Mediterranean Sea. Environ. Toxicol. Chem. 17(5):765-776.

Baumard, P., H. Budzinski, and P. Garrigues. 1998. Comparative study of mussel and sediment PAH distributions in various sites along European ocasts. *Poster Presentation* SETAC Europe. Bordeaux, France.

Baumard, P., H. Budzinski, P. Garrigues, H. Dizer, and P. D. Hansen. 1999. Polycyclic aromatic hydrocarbons in recent sediments and mussels *(Mytilus edulis)* from the Western Baltic Sea: occurrence, bioavailability and seasonal variations. Mar. Environ. Res. 47:17-47.

Beckvar, N., S. Salazar, M. Salazar, and K. Finkelstein. 2000. An in situ assessment of mercury contamination in the Sudbury River, Massachusetts, using transplanted freshwater mussels (*Elliptio complanata*). Can. J. Fish. Aqua. Sci. 57:1103-1112.

Bedford, W. B. and J. W. Anderson. 1972. Adaptive mechanisms of the estuarine bivalve, *Rangia cuneata*, to a salinity stressed environment. Am. Zool. 12:721.

Bender, M. E., P. O. deFur, and R. J. Huggett. 1986. Polynuclear aromatic hydrocarbon monitoring in estuaries utilizing oysters, brackish water clams, and sediments. *In* Institute of Electrical and Electronic Engineer Oceans 1986 Conference Proceedings. Volume 3. Monitoring Strategies Symposium. Washington, D.C. Marine Technology Society.

Bender, M. E., W. J. Jr. Hargis, R. J. Huggett, and M. H. Jr. Roberts. 1988. Effects of polynuclear aromatic hydrocarbons on fishes and shellfish: an overview of research in Virginia. Mar. Environ. Res. 24:237-241.

Bender, M. E., R. J. Huggett, and H. D. Slone. 1984. Kepone uptake: a comparison of field and laboratory data. In: H. H. White (Ed.), Concepts in Marine Pollution Measurements, Maryland Sea Grant Publication, University of Maryland, College Park. Pp. 279-290.

Bender, M. E., M. H. Roberts, Jr., and P. O. Defur. 1987. Unavailability of polynuclear aromatic hydrocarbons from coal particulates to the eastern oyster. Environ. Pollut. 44(4):243-260.

Benkert, K. A. 1992. Contaminant assessment of biota and sediments in the Albemarle-Pamlico Region. U.S. Fish and Wildlife Service. Fish and Wildlife Enhancement, Raleigh Field Office, Raleigh, North Carolina. January, 1992.

Bergen, B. J., W. G. Nelson, and R. J. Pruell. 1993. Bioaccumulation of PCB congeners by blue mussels (*Mytilus edulis*) deployed in New Bedford Harbor, Massachusetts. Environ. Toxicol. Chem. 12:1671-1681.

Bergen, B. J., W. G. Nelson, and R. J. Pruell. 1996. Comparison of nonplanar and coplanar PCB congener partitioning in seawater and bioaccumulation in blue mussels (*Mytilus edulis*). Environ. Toxicol. Chem. 15 (9):1517-1523.

A 00603

Bergen, B. J., W. G. Nelson, J. G. Quinn, and S. Jayaraman. 2001. Relationships among total lipid, lipid classes, and polychlorinated biphenyl concentrations in two indigenous populations of ribbed mussels (*Geukensia demissa*) over an annual cycle. Environ. Toxicol. Chem. 20(3):575–581.

Beyers, R. J. and R. W. Warwick. 1968. The production of carbon dioxide by *Rangia cuneata*. Contrib. Mar. Sci. 13:43-50.

Borchardt, T. 1983. Influence of food quantity on the kinetics of cadmium uptake and loss via food and seawater in *Mytilus edulis*. Mar. Biol. 76:67-76.

Bowker, J. D., L. J. Schmidt, and L. J. Begnoche. 1994. Bioaccumulation of PCBs by introduced, caged channel catfish, zebra mussels and SPMDs from contaminated sediment. Poster WE03. SETAC 1994. Denver, CO.

Bowker, J. D., L. J. Schmidt, and L. J. Begnoche. 1995. Comparing concentrations of PCBs accumulated by zebra mussels, channel catfish, and SPMDs from contaminated sediment. National Biological Service Bulletin 31:1-3.

Broman, D. and B. Ganning. 1986. Uptake and release of petroleum hydrocarbons by two brackish water bivalves *Mytilus edulis* and *Macoma baltica*. Ophelia 25(1):49-58.

Brown, E. D., T. T. Baker, J. E. Hose, R. M. Kocan, G. D. Marty, M. D. McGurk, B. L. Norcross, and J. Short. 1996. Injury to the Early Life History Stages of Pacific Herring in Prince William Sound After the Exxon Valdez Oil Spill. *In:* S. D. Rice , R. B. Spies, D. A. Wolfe, and B. A. Wright (Eds.), Proceedings of the Exxon Valdez Oil Spill Symposium. American Fisheries Society Symposium 18. Bethesda, Maryland. American Fisheries Society. p. 448-462.

Bruner, K. A. 1993. Bioconcentration and trophic transfer of lipophilic contaminants by the zebra mussel, *Dreissena Polymorpha*: the role of lipid content, body size, and route of exposure. Ph.D. Dissertation, Ohio State University, 127 pp.

Bruner, K. A., S. W. Fisher, and P. F. Landrum. 1994. The role of the zebra mussel, *Dreissena polymorpha*, in contaminant cycling: I. The effect of body size and lipid content on the bioconcentration of PCBs and PAHs. J. Great Lakes Res. 20(4):725-734.

Bruner, K. A., S. W. Fisher, and P. F. Landrum. 1994. The role of the zebra mussel, *Dreissena polymorpha*, in contaminant cycling: II. Zebra mussel contaminant accumulation from algae and suspended particles, and transfer to the benthic invertebrate, *Gammarus fasciatus*. J. Great Lakes Res. 20(4):735-750.

Byrne, C. J. and I. R. DeLeon. 1986. Trace metal residues in biota and sediments from lake Pontchartrain, Louisiana. Bull. Environ. Contam. Toxicol. 37:151-158.

Cain, T. D. 1972. The reproductive cycle and larval tolerances of *Rangia cuneata* in the James River, Virginia, Ph.D. Dissertation, University of Virginia, Charlottesville.

Cain, T. D. 1973. The combined effects of temperature and salinity on embryos and larvae of the clam *Rangia cuneata*. Mar. Biol. 21:1-6.

Cain, T. D. 1974. Combined effects of changes in temperature and salinity on early stages of *Rangia cuneata*. Va. J. Sci. 25:30-31.

Cain, T. D. 1975. Reproduction and recruitment of the brackish water clam *Rangia cuneata* in the James River, Virginia. Fish. Bull. 73(2):412-430.

Calow, P. 1991. Physiological costs of combating chemical toxicants: ecological implications. Comp.

A 00604

Biochem. Physiol. 100C:3-6.

Capuzzo, J. M. 1981. Predicting pollution effects in the marine environment. Oceanus 24(1):25-33.

Capuzzo, J. M. 1987. Biological effects of petroleum hydrocarbons: assessments from experimental results. In: D. F. Boesch and N. N. Rabalais (Eds.), Long-Term Environmental Effects of Offshore Oil and Gas Development. London. Elsevier Applied Science Publishers. p. 343-410.

Capuzzo, J. M. 1996. Chapter 15. The bioaccumulation and biological effects of lipophilic organic contaminants. In: V. S. Kennedy, R. I. E. Newell, and A. F. Eble (Editors), The Eastern Oyster: Crassostrea virginica. College Park, Maryland. Maryland Sea Grant. p. 539-557.

Capuzzo, J. M., J. W. Farrington, P. Rantamaki, C. H. Clifford, B. A. Lancaster, D. F. Leavitt , and X. Jia. 1989. The relationship between lipid composition and seasonal differences in the distribution of PCBs in Mytilus edulis L. Mar. Environ. Res. 28:259-264.

Capuzzo, J. M. and D. F. Leavitt. 1988. Lipid composition of the digestive glands of Mytilus edulis and Carcinus maenas in response to pollutant gradients. Mar. Ecol. Prog. Series 46:139-145.

Capuzzo, J. M., M. N. Moore, and J. Widdows. 1988. Effects of toxic chemicals in the marine environment: predictions of impacts from laboratory studies. Aquatic Toxicol. 11:303-311.

Carey, J. 1995. Importance of site-specific factors in influencing contaminant distributions in ecoystems. In Second SETAC World Congress, 16th Annual Meeting, Abstract Book. Vancouver, British Columbia, Canada. SETAC Press. pp. p. 86.

Carey, J., Cook, P., Giesy, J., Hodson, P., Muir, D., Owens, J. W., and Solomon, K. 1998. Ecotoxicological Risk Assessment of the Chlorinated Organic Chemicals. Pensacola, FL., SETAC Press.

Carls, M. G., S. D. Rice, and J. E. Hose. 1999. Sensitivity of fish embryos to weathered crude oil: Part I. Low-level exposure during incubation causes malformations, genetic damage, and mortlaity in larval Pacific herring (Culpea pallasi). Environ. Toxicol. Chem. 18(3):481-493.

Carpenter, J. H. and R. J. Huggett. 1984. Meaningful chemical measurements in the marine environment - transition metals. In: H. H. White (Ed.), Concepts in Marine Pollution Measurements. Maryland Sea Grant Publication, University of Maryland, College Park, Pp. 379-403.

Carr, R. S., W. L. McCulloch, and J. M. Neff. 1982. Bioavailability of chromium from a used chrome lignosulphonate drilling mud to five species of marine invertebrates. Mar. Environ. Res. 6(3):189-204.

Chaiyarach, S., V. Ratananun, and R. C. Harrel. 1975. Acute toxicity of the pesticides Toxaphene and Carbaryl and the herbicides Propanil and Mollinate to four species of aquatic organisms. Bull. Environ. Contam. Toxicol. 14:281-284.

Chapman, P. M. and E. R. Long. 1983. The use of bioassays as part of a comprehensive approach to marine pollution assessment. Mar. Pollut. Bull. 14(3):81-84.

Chen, C. and J. Awapara. 1969. Effects of oxygen on the end-products of glycolysis in Rangia cuneata. Comp. Biochem. Physiol. 31:395-401.

Christmas, J. Y. 1973. Cooperative Gulf of Mexico Estuarine Inventory and Study. Ocean Springs, Mississippi Gulf Coast Research Laboratory.

Cox, B. A., J. W. Anderson, and J. C. Parker. 1975. An experimental oil spill: the distribution of aromatic hydrocarbons in the water, sediment, and animal tissues within a shrimp pond. Proceedings of Conference on Prevention and Control of Oil Pollution, San Francisco, March 25-27, 1975, American

A 00605

Petroleum Institute, Washington, D.C. 607-612.

Crecelius, E. A., J. M. Augenfeld, D. L. Woodruff, and J. W. Anderson. 1980. Uptake of trace metals by the clam *Macoma inquinata* from clean and oil-contaminated detritus. Bull. Environ. Contam. Toxicol. 25(3):337-344.

Daniels, C. B., C. B. Henry, and J. C. Means. 1990. Coastal oil drilling produced waters: chemical characterization and assessment of genotoxicity using chromosomal aberrations in *Cyprinodon variegatus*. In: Aquatic Toxicology and Risk Assessment: Thirteenth Volume ASTM STP 1096, W. G. Landis and W. H. Van Der Schalie (Eds.), American Society for Testing and Materials, Philadelphia, Pp. 356-371.

Darnell, R. M. 1958. Food habits of fishes and larger invertebrates of Lake Pontchartrain, Louisiana, an estuarine community. Publ. Inst. Mar. Sci. Univ. Tex. 5:353-416.

Darnell, R. M. 1961. Trophic spectrum of an estuarine community based on studies of Lake Pontchartrain, Louisiana. Ecology 42:553-568.

de Kock, W. C. 1984. Monitoring bio-available marine contaminants with mussels (*Mytilus edulis* L.) in the Netherlands. Environ. Monit. Assess. 7(3):209-220.

Decho, A. W. and S. N. Luoma. 1996. Flexible digestion strategies and trace metal assimilation in marine bivalves. Limnol. Oceanogr. 41:568-752.

DeLeon, I. R., J. B. Ferrario, and C. J. Byrne. 1988. Bioaccumulation of polynuclear aromatic hydrocarbons by the Clam, *Rangia cuneata*, in the vicinity of a creosote spill. Bull. Env. Contam. Toxicol. 41:872-879.

Demas, C. R. and D. K. Demcheck. 1987. Uptake of manmade organic compounds by *Rangia cuneata* in the lower Calcasieu River, Louisiana. *Proceedings* U.S. Geological Survey Toxic Substances Hydrology Program - Surface-water Contamination: Proceedings of the Technical Meeting. Denver, Colorado. Open-File Report 87-764.

Demas, C. R. and D. K. Demcheck. 1989. Uptake of synthetic organic compounds by a brackish-water clam, *Rangia cuneata*, in Bayou d'Inde and the Lower Calcasieu River, Louisiana. *In:* G. E. Mallard and S. E. Ragone (Editors), U.S. Geological Survey Toxic Substances Hydrology Program -- Proceedings of the Technical Meeting. Phoenix, Arizona. U.S. Geological Survey, Water-Resources Investigations Report 88-4220. pp. 309-319.

Demas, C. R. and D. K. Demcheck. 1989. Uptake of manmade organic compounds by *Rangia cuneata* in the Lower Calcasieu River, Louisiana. *In:* G. E. Mallard and S. E. Ragone (Editors), U.S. Geological Survey Toxic Substances Hydrology Program -- Proceedings of the Technical Meeting. Phoenix, Arizona. U.S. Geological Survey, Water-Resources Investigations Report 88-4220. pp. 309-319.

Di Guilio, R. T. and P. F. Scanlon. 1985. Heavy metals in aquatic plants, clams and sediments from the Chesapeake Bay, USA; implications for waterfowl. Sci. Total Environ. 41(3):259-274.

Di Giulio, R. T. and E. A. Ryan. 1987. Mercury in soils, sediments and clams from a North Carolina peatland. Water Air Soil Pollut. 33(1-2):205-220.

Di Toro, D. M. and J. A. McGrath. 2000. Technical basis for narcotic chemicals and polycyclic aromatic hydrocarbon criteria. II. Mixtures and sediments. Environ. Toxicol. Chem. 19(8):1971–1982.

Di Toro, D. M., J. A. McGrath, and D. J. Hansen. 2000. Technical basis for narcotic chemicals and polycyclic aromatic hydrocarbon criteria. I. Water and tissue. Environ. Toxicol. Chem. 19(8):1951–1970.

A 00606

Diamond, J. M., J. C. Hall, M. P. Dudley, and D. Gruber. 1994. Use of an integrated monitoring approach to determine site-specific effluent metal limits. Wat. Environ. Res. 66:733-743.

Donkin, P. 1994. Quantitative Structure-Activity Relationships. In: P. Calow (Ed.), Handbook of Ecotoxicology. London. Blackwell Scientific Publications. p. 321-347.

Donkin, P. 1997. Can analysis of contaminant residues in biota help establish cause-effect links. SETAC News 17(6):18-19.

Donkin, P., J. Widdows, S. V. Evans, and M. D. Brinsley. 1991. QSARs for the sublethal responses of marine mussels (Mytilus edulis). Sci. Tot. Environ. 109-110:461-476.

Donkin, P., J. Widdows, S. V. Evans, C. M. Worrall, and M. Carr. 1989. Quantitative structure-activity relationships for the effect of hydrophobic organic chemicals on rate of feeding by mussels Mytilus edulis. Aquat. Toxicol. 14(3):277-294.

Dugas, R. J., J. W. Tarver, and L. S. Nutwell. 1974. The Mollusk Communities of Lakes Pontchartrain and Maurepas, Louisiana. La. Wildl. Fish. Comm. Tech. Bull. No. 10, 13 pp.

Duinker, J. C., M. T. J. Hillebrand, and J. P. Boon. 1983. Organochlorines in benthic invertebrates and sediments from the Dutch Wadden Sea: identification of individual poly-chlorinated bi-phenyl components. Neth. J. Sea. Res. 17(1):19-38.

Ebersole, E. L. and V. S. Kennedy. 1994. Size selection of Atlantic Rangia Clams, Rangia cuneata, by blue crabs Callinectes sapidus. Estuaries 17(3):668-673.

Ernst, W., S. Weigelt, H. Rosenthal, and P. D. Hansen. 1991. Testing bioconcentration of organic chemicals with the common mussel (Mytilus Edulis). In: R. Nagel and R. Loskill (Eds.), Bioaccumulation in Aquatic Systems. Contributions to the Assessment. Weinheim. VCH. p. 99-131.

Evans, D. H. 1998. The Physiology of Fishes. Boca Raton, CRC Press.

EVS Consultants. 1996. Data Report - Ketchikan Pulp Company, Annual Bioaccumulation Monitoring Study. Prepared for Ketchikan Pulp Company, Ketchikan, Alaska, June 1996.

EVS Consultants. 1997. Data Report - Ketchikan Pulp Company, Annual Bioaccumulation Monitoring Study. Prepared for Ketchikan Pulp Company, Ketchikan, Alaska, November 1997.

Fairbanks, L. D. 1963. Biodemographic studies of the clam Rangia cuneata Gray. Tulane Stud. Zool. 10:3-47.

Fairey, R., C. Roberts, M. Jacobi, S. Lamerdin, J. D. Clark, J. Downing, E. Long, J. Hunt, B. Anderson, J. Newman, R. Tjeerdema, M. Stephenson, and C. Wilson. 1998. Assessment of sediment toxicity and chemical concentrations in the San Diego Bay Region, California, USA. Environ. Toxicol. Chem. 17(8):1570-1581.

Favretto, L. L. G. F. 1988. Principal component analysis and pollution by trace elements in a mussel survey. J. Chemometrics 3(Suppl. A):301-308.

Fischer, H. 1988. Mytilus edulis as a quantitative indicator of dissolved Cadmium. Final study and synthesis. Mar. Ecol. Prog. Ser. 48:163-174.

Foster, G. D., S. M. Baksi, and J. C. Means. 1987. Bioaccumulation of trace organic contaminants from sediment by Baltic clams Macoma balthica and soft-shell clams Mya arenaria. Environ. Toxicol. Chem. 6(12):969-976.

Fucik, K. W., H. W. Armstrong, and J. M. Neff. 1977. Uptake of napthalenes by the clam *Rangia cuneata*, in the vicinity of an oil separator platform in Trinity Bay, Texas. *Proceedings* 1977 Oil Spill Conference (Prevention, Behavior, Control, Cleanup). New Orleans, Louisiana. pp. 637-640.

Gallagher, J. L. and H. W. Wells. 1969. Northern range extension and winter mortality of *Rangia cuneata*. Nautilus 83(1):22-25.

Gaston, G. R., C. M. Cleveland, S. S. Brown, and C. F. Rakocinski. 1997. Benthic-pelagic coupling in northern Gulf of Mexico estuaries: do benthos feed directly on phytoplankton? Gulf Research Reports 9(4):231-237.

Gaston, G. R. and J. C. Young. 1992. Effects of contaminants of macrobenthic communities in the upper Calcasieu Estuary, Louisiana. Bull. Env. Contam. Toxicol. 49:922-928. Springer-Verlag New York Inc.

Gerking, S. D. 1994. Feeding Ecology of Fish. San Diego, Academic Press.

Geyer, H., P. Sheean, D. Kotzias, D. Freitag, and F. Korte. 1982. Prediction of ecotoxicological behaviour of chemicals: relationship betwen physico-chemical properties and bioaccumulation of organic chemicals in the mussel *Mytilus edulis*. Chemosphere 11(11):1121-1134.

Geyer, H. J., I. Scheunert, R. Bruggemann, M. Matthies, C. E. Steinberg, V. Zitko, A. Kettr, and W. Garrison. 1994. The relevance of aquatic organisms' lipid content to the toxicity of lipophilic chemicals: toxicity of lindane to different fish species. Ecotox. Environ. Saf. 28:53-70.

Godcharles, M. F. and W. C. Jaap. 1973. Exploratory Clam Survey of Florida Nearshore and Estuarine Waters With Commercial Hydraulic Dredging Gear. Fla. Dep. Nat. Resour. Mar. Res. Lab. Prof. Pap. Ser. No. 21. 77 pp.

Goodwin, W. F. 1968. The distribution and density of the brackish water clam, *Rangia Cuneata* in the Altamaha River, Georgia. Ga. Fish Game Comm., Mar. Fish. Div. Contrib. Ser. No. 5:1-10.

Gordon, M., G. A. Knauer, and J. H. Martin. 1980. *Mytilus californianus* as a bioindicator of trace metal pollution: variability and statistical considerations. Mar. Pollut. Bull. 11:195-198.

Gouget, R. 1995. Maintenance dredging, Bayou D'Inde.

Gouget, R. Lake Calcasieu Rangia Transplant Proposal. HAZMAT.

Griscom, S. B., N. S. Fisher, and S. N. Luoma. 2000. Geochemical influences on sediment-bound assimilation of sediment bound metals in clams and mussels. Environ. Sci. Technol. 34:91-99.

Grovhoug, J. G., R. L. Fransham, A. Valkirs, and B. Davidson. 1996. Tributyltin concentrations in water, sediment, and bivalve tissues from San Diego Bay and Hawaiian Harbors. In: M. A. Champ and P. F. Seligman (Eds.), Tributyltin: Environmental Fate and Effects. Elsevier.

Gunnarsson, J. S., M. E. Granberg, H. C. Nilsson, R. Rosenberg, and B. Hellman. 1999. Influence of sediment-organic matter quality on growth and polychlorobiphenyl bioavailability in echinodermata (*Amphiura filiformis*). Environ. Toxicol. Chem. 18(7):1534-1543.

Gunter, G. and W. E. Jr. Shell. 1958. A study of an estuarine area with water-level control in the Louisiana marsh. Proc. La. Acad. Sci. 21:5-34.

Hansen, D. unpublished. Data sources for biota-sediment accumulation factor study.

Hansen, D. 1994. Data sources for biota-sediment accumulation factor study. Unpublished.

A 00608

Harmon, B. G. 1962. Mollusk as food of lesser scaup along the Louisiana coast. Trans. N. Am. Wildl. Conf. 27:132-138.

Harrel, R. C. 1993. Origin and decline of the estuarine clam *Rangia cuneata* in the Neches River, Texas. Amer. Malacol. Bull. 10(2):153-159.

Harrel, R. C. Proposal: in Situ Transplant Studies With Rangia.

Harrel, R. C. and M. A. Hall. 1991. Macrobenthic community structure before and after pollution abatement in the Neches River estuary (Texas). Hydrobiologia 211:241-252.

Harrel, R. C. and M. A. McConnell. 1995. The estuarine clam *Rangia cuneata* as a biomonitor of dioxins and furans in the Neches River, Taylor Bayou, and Fence Lake, Texas. Estuaries 18(1B):264-270.

Harrel, R. C., M. McConnell, and R. Masters. 1998. Reproductive stage and osmoregulation ability of the estuarine clam *Rangia cuneata* (BIBALVIA: MACTRIDAE). Texas Jour. Sci. 50(2):155-162.

Hartwell, S. I., D. A. Wright, R. Takacs, and C. H. Hocutt. 1991. Relative respiration and feeding rates of oyster and brackish water clam in variously contaminated waters. Mar. Poll. Bull. 22(4):191-197.

Heintz, R. A., J. W. Short, and S. T. Rice. 1999. Sensitivity of fish embryos to weather crude oil: Part II. Increased mortality of pink salmon (*Oncorhynchus gorbuscha*) embryos incubating downstream from weathered Exxon Valdez crude oil. Environ. Toxicol. Chem. 18(3):494-503.

Herbert, C. E. and K. A. Keenleyside. 1995. To normalize or not to normalize? Fat is the question. Environ. Toxicol. Chem. 14(5):801-807.

Hermsen, W., I. Sims, and M. Crane. 1994. The bioavailability and toxicity to *Mytilus edulis* L. of two organochlorine pesticides adsorbed to suspended solids. Mar. Environ. Res. 38:61-69.

Hickey, C. W., D. S. Roper, P. T. Holland, and T. M. Thrower. 1995. Accumulation of organic contaminants in two sediment-dwelling shellfish with contrasting feeding modes: deposit- (*Macomona liliana*) and filter-feeding (*Austrovenus stutchburyi*). Arch. Environ. Contam. Toxicol. 29:221-231.

Hoese, H. D. 1973. Abundance of the low salinity clam, *Rangia cuneata* in southwestern Louisiana. Proc. Natl. Shellfish. Assoc. 63:99-106.

Hofelt, C. S. and D. Shea. 1997. Accumulation of organochlorine pesticides and PCBs by semipermeable membrane devices and *Mytilus edulis* in New Bedford Harbor. Environ. Sci. Technol. 31:154-159.

Holley, M. E. and D. W. Foltz. 1987. Effects of multiple-locus heterozygosity and salinity on clearance rate in a brackish-water clam, *Rangia cuneata* (Sowerby). J. Exp. Mar. Biol. Ecol. 111:121-131.

Hopkins, S. H. 1970. Studies on the brackish water clams of the genus *Rangia* in Texas. Proc. Natl. Shellfish. Assoc. 60:5-6.

Hopkins, S. H., J. W. Anderson, and K. Horvath. 1973. The brackish water clam *Rangia cuneata* as indicator of ecological effects of salinity changes in coastal waters Vicksburg, Mississippi, U.S. Army Engineer Waterways Experiment Station. Contract Report No. DACW39-71-C-0007.

Huckins, J. N., J. Petty, and J. Thomas. 1997. Bioaccumulation: How chemicals move frm the water into fish and other aquatic organisms. American Petroleum Institute, Health and Environmental Sciences Department, API Publication Number 4656, May 1997.

Huggett, R. J. 1977. Uptake of kepone from suspended sediments by oysters, *Rangia*, and *Macoma*. In, Kepone in the Marine Environment, Publications and Prepublications. U.S. Environmental Protection

A 00609

Agency, Environmental Research Laboratory, Sabine Island, Gulf Breeze, FL.

Huggett, R. J., M. E. Bender, and M. A. Unger. 1987. Chapter 21. Polynuclear Aromatic Hydrocarbons in the Elizabeth River, Virginia. In K.L. Dickson, A.W. Maki, W.A. Brungs, W.A.(Eds.), Fate and Effects of Sediment Bound Chemicals in Aquatic Systems. New York. Pergamon Press. p. 327-341.

Jarvinen, A. W., and Ankley, G. T. 1999. Linkage of effects to tissue residues: development of a comprehensive database for aquatic organisms exposed to inorganic and organic chemicals. Pensacola, FL, SETAC.

Jovanovich, M. C. and K. R. Marion. 1987. Seasonal variation in uptake and depuration of anthracene by the brackish water clam Rangia cuneata. Mar. Biol. 95:395-403.

Jovanovich, M. C. and K. R. Marion. 1989. Gametogenic cycle of Rangia cuneata (Mactridae, Mollusca) in Mobile Bay, Alabama, with comments on geographic variation. Bull. Mar. Sci. 45:130-138.

Kiorboe, T. and G. Mohlenberg. 1981. Particle selection in suspension-feeding bivalves. Mar. Ecol. Prog. Ser. 5:291-296.

Kiorboe, T., F. Mohlenberg, and O. Nohr. 1980. Feeding, particle selection and carbon adsorption in Mytilus edulis in different mixtures of algae and resuspended bottom material. Ophelia 19:193-205.

Kiorboe, T., F. Mohlenberg, and O. Nohr. 1981. Effect of suspended bottom material on growth and energetics in Mytilus edulis. Mar. Biol. 61:283-288.

Knezovich, J. P. and F. L. Harrison. 1987. The bioavailability of sediment-sorbed organic chemicals: a review. Water Air Soil Pollut. 32:233-245.

Knezovich, J. P. 1994. Chemical and biological factors affecting bioavailability of contaminants in seawater. In: J. L. Hamelink, P. F. Landrum, H. L. Bergman, and W. H. Benson (Eds.), Bioavailability. Physical, Chemical, and Biological Interactions. Boca Raton, FL. Lewis Publishers. p. 23-38.

Kocan, R. M., J. E. Hose, E. D. Brown, and T. T. Baker. 1996. Herring embryo (Clupea pallasi) sensitivity to Prudhoe Bay petroleum hydrocarbons: laboratory evaluation and in situ exposure at oiled and unoiled sites in Prince William Sound. Can. J. Fish. Aquat. Sci. 53:2366-2375.

Krishnakumar, P. K., E. Casillas, and U. Varanasi. 1995. Effects of chemical contaminants on the health of Mytilus edulis from Puget Sound, Washington. II. Cytochemical detection of subcellular changes in digestive cells. Mar. Biol. 124:251-259.

La Salle, M. W. and A. A. de la Cruz. 1985. Species Profiles: life histories and environmental aspects of coastal fishes and invertebrates (Gulf of Mexico) -- Common Rangia. US Fish and Wildlife Service Biological Report 82(11.31). US Army Corps of Engineers, TR EL-82-4.

Lake, J. L., Galloway, W., and Hoffman, G. 1988. Comparison of field and laboratory bioaccumulation of organic and inorganic contaminants from Black Rock Harbor dredged material. US Army Corps of Engineers. Waterways Experiment Station. Field Verification Program (Aquatic Disposal). Technical Report D-87-6.

Lake, J., G. L. Hoffman, and S. C. Schimmel. 1985. Bioaccumulation of contaminants from Black Rock Harbor dredged material by mussels and polychaetes. US Army Corps of Engineers. Waterways Experiment Station. Long-Term Effects of Dredging Operations Program. Technical Report D-85-2.

Lake, J. L., R. McKinney, C. A. Lake, F. A. Osterman, and Heltshe. 1995. Comparisons of patterns of polychlorinated biphenyl congeners in water, sediment, and indigenous organisms from New Bedford Harbor, Massachusetts. Arch. Environ. Contam. Toxicol. 29:207-220.

A 00610

Lake, J. L., N. I. Rubinstein, H. Lee II, C. A. Lake, J. Heltshe, and S. Pavignano. 1990. Equilibrium partitioning and bioaccumulation of sediment-associated contaminants by infaunal organisms. Environ. Toxicol. Chem. 9:1095-1106.

Landrum, P. F., G. A. Harkey, and J. Kukkonen. 1996. Chapter 4. Evaluation of Organic Contaminant Exposure in Aquatic Organisms: the Significance of Bioconcentration. In: M. C. Newman and C. H. Jagoe (Eds.), Ecotoxicology: a Hierarchical Treatment. Boca Raton. Lewis Publishers. p. 85-131.

Lane, J. M. 1986. Allometric and biochemical studies on starved and unstarved clams, Rangia cuneata (Sowerby, 1831). J. Exp. Mar. Biol. Ecol. 95:131-143.

Latimer, J. S., W. R. Davis, and D. J. Keith. 1999. Mobilization of PAHs and PCBs from In-Place Contaminated Marine Sediments During Simulated Resuspension Events. Estuarine, Coastal and Shelf Science 49(4):577-595.

Lobel, P. B. and D. A. Wright. 1982. Total body zinc concentration and allometric growth rates in Mytilus edulis collected from different shore levels. Mar. Biol. 66:231-236.

Lobel, P. B. D. A. Wright. 1982. Gonadal and nongonadal zinc concentrations in mussels. Mar. Pollut. Bull. 13(9): 320-323.

Lobel, P. B. D. A. Wright. 1982. Relationship between body zinc concentration and allometric growth measurements in the mussel Mytilus edulis. Mar. Biol. 66:145-150.

Lobel, P. B. 1987. Intersite, intrasite and inherent variability of the whole soft tissue zinc concentrations of individual mussels Mytilus edulis: Importance of the kidney. Mar. Env. Res. 21:59-71.

Lobel, P. B., C. D. Bajdik, S. P. Belkhode, S. E. Jackson, and H. P. Longerich. 1991. Improved protocol for collecting mussel watch specimens taking into account sex, size, condition, shell shape, and chronological age. Arch. Environ. Contam. Toxicol. 21 :409-414.

Lobel, P. R., S. P. Belkhode, S. E. Jackson, and H. P. Longerich. 1989. A universal method for quantifying and comparing the residual variability of element concentrations in biological tissues using 25 elements in the mussel Mytilus edulis as a model. Mar. Biol. 102:513-518.

Lobel, P. B., S. P. Belkhode, S. E. Jackson, and H. P. Longerich. 1990. Recent taxonomic discoveries concerning the mussel Mytilus: implications for biomonitoring. Arch. Environ. Contam. Toxicol. 19:508-512.

Lobel, P. B., S. P. Belkhode, S. E. Jackson, and H. P. Longerich. 1991. Sediment in the intestinal tract: a potentially serious source of error in aquatic biological monitoring programs. Mar. Environ. Res. 31:163-174.

Lobel, P. B., S. P. Belkhode, C. Bajdik, S. E. Jackson, and H. P. Longerich. 1992. General characteristics of the frequency distributions of element concentrations and of interelemental correlations in aquatic organisms. Mar. Environ. Res. 33:111-126.

Lobel, P. B., P. Mogie, D. A. Wright, and B. L. Wu. 1982. Metal accumulation in four molluscs. Mar. Pollut. Bull. 13(5):170-174.

Long, E. R. and P. M. Chapman. 1985. A sediment quality triad: Measures of sediment contamination, toxicity and infaunal community composition in Puget Sound. Mar. Pollut. Bull. 16(10):405-415.

Lunsford, C. A. 1981. Kepone distribution in the water column of the James River Estuary - 1976-78. Pestic. Monit. J. 14:119-124.

A 00611

Lunsford, C. A. and C. R. Blem. 1982. Annual cycle of kepone residue and lipid content of the estuarine clam, *Rangia cuneata*. Estuaries 5(2):121-130.

Lytle, T. F. and J. S. Lytle. 1982. Heavy metals in oysters and clams of St. Louis Bay, Mississippi. Bull. Environ. Contam. Toxicol. 29:50-57.

Martincic, D., M. Stoeppler, and M. Branica. 1987. Bioaccumulation of metals by bivalves from the Limski Kanal, North Adriatic Sea. IV. Zinc distribution between *Mytilus galloprovincialis*, *Ostrea edulis* and ambient water. Sci. Total Environ. 60(0):143-172.

Mason, R. P. 1988. Hydrocarbons in mussels around the Cape Peninsula, South Africa. S. Afr. J. Mar. Sci 7:139-151.

Maury, C. J. 1920. Recent mollusks of the Gulf of Mexico and Pleistocene and Pliocene species from the Gulf States. Bull. Am. Paleontol. 8:1-115.

Mauseth, G. S. and D. A. Kane. 1995. The use and misuse of science in natural resource damage assessment. A White Paper Prepared for the 1995 International Oil Spill Conference Technical Report IOSC-002(American Petroleum Institute, API Publication No. 4621B).

McCarty, L. S. 1991. Toxicant Body Residues: Implications for Aquatic Bioassays With Some Organic Chemicals. *In:* M. A. Mayes and M. G. Barron (Eds.), Aquatic Toxicology and Risk Assessment. Philadelphia. American Society for Testing and Materials. p. 183-192.

McCarty, L. S. and D. Mackay. 1993. Enhancing ecotoxicological modeling and assessment. Environ. Sci. Technol. 27(9):1719-1728.

McConnell, M. A. and R. C. Harrel. 1995. The estuarine clam *Rangia cuneata* (Gray) as a biomonitor of heavy metals under laboratory and field conditions. Amer. Malacol. Bull. 11(2):191-201.

McCulloch, W. L., J. M. Neff, and R. S. Carr. 1980. Bioavailability of heavy metals from used offshore drilling muds to the clam *Rangia cuneata* and the oyster *Crassostrea gigas*. Symposium on *Research on Environmental Fate and Effects of Drilling Fluids and Cuttings, Vol. II.* Lake Buena Vista, Florida. Courtesy Associates. pp. pp. 964-983.

McDowell, J. E., B. A. Lancaster, D. F. Leavitt, P. Rantamaki, and B. Ripley. 1999. The effects of lipophilic organic contaminants on reproductive physiology and disease processes in marine bivalve molluscs. Limnol. Oceanogr. 44(3, part 2):903-909.

McElroy, A. E. and J. C. Means. 1988. Factors affecting the bioavailability of hexachlorobiphenyls to benthic organisms. *In:* W. J. Adams, G. A. Chapman, and W. G. Landis (Eds.), Aquatic Toxicology and Hazard Assessment, Volume 10, ASTM STP 971. Philadelphia. ASTM. p. 149-158.

McLeay, D., D. Munday, H. Lanz, D. Konasweich, M. Farrell, and B. Reid. 1986. A laboratory study of the bioaccumulation of metals by bivalves exposed to Alice Arm sediment contaminated with amax-kitsault mine tailings. Can. Tech.Rep. Fish. Aquat. Sci. 0(1480):39-42.

McMillin, D., K. Sarradet, and J. Means. 1996. Bioaccumulation of PAH by osters (*Crassostrea virginica*) from estuarine sediments contaminated with petroleum hydrocarbons. Poster Presentation: 17th Annual SETAC Meeting. Washington DC.

Means, J. C. and A. E. McElroy. 1997. Bioaccumulation of tetrachlorobiphenyl and hexachlorobiphenyl by *Yolidia limatula* and *Nephtys incisa* from bedded sediments: Effects of sediment- and animal-related parameters. Environ. Toxicol. Chem. 16(6):1277-1286.

Means, J. C. and D. J. McMillin. 1997. Evaluation of the genotoxicity of bioaccumulatable contaminants

in sediments co-solvent mobilization. *In:* F. J. Dwyer, T. R. Doane, and M. L. Hinman (Editors), Environmental Toxicology and Risk Assessment: Modeling and Risk Assessment (Sixth Volume), ASTM STP 1317. Philadelphia, PA. American Society for Testing and Materials. p. 456-473.

Means, J. C., D. J. McMillin, and L. A. Reily. 1994. Distribution of trace elements in the Mississippi River plume and the northwestern Gulf of Mexico. Poster Presentation: 15th Annual SETAC Meeting. Denver, Colorado.

Means, J. C. and R. Wijayaratne. 1982. Role of natural colloids in the transport of hydrophobic pollutants. Science 215:968-970.

Means, J. C. and R. D. Wijayaratne. 1984. Chemical characterization of estuarine colloidal organic matter: implications for adsorptive processes. Bull. Mar. Sci. 35(3):449-461.

Means, J. C., R. D. Wijayaratne, and W. R. Boynton. 1983. Fate and transport of selected pesticides in estuarine environments. Can. J. Fish. Aqu. Sci. 40(suppl. 2):337-345.

Means, J. C. and A. C. Sigleo. 1986. Contribution of coral reef mucus to the colloidal organic pool in the vicinity of Discovery Bay, Jamaica, W. I. Bull. Mar. Sci. 39(1):110-118.

Medler, S. and H. Silverman. 1997. Muscular regulation of interfilament distance and ostial dimension in three species of freshwater bivalves. Journal of Shellfish Research 16(1):338-339.

Menon, N. N. and N. R. Menon. 1999. Uptake of polycyclic aromatic hydrocarbons from suspended oil borne sediments by the marine bivalve *Sunetta scripta*. Aquatic Toxicology 45:63-69.

Miller-Way, C. A. 1994. The Role of Infaunal and Epifaunal Suspension Feeding Macrofauna on Rates of Benthic-Pelagic Coupling in a Southeastern Estuary, Ph.D. Dissertation, Louisiana State University.

Miramand, P. P. G. 1985. Seawater uptake, sediment transfer and histo-autoradiographic study of plutonium (239-P) and americium (241-Am) in the edible cockle *Cerastoderma edule*. Mar. Ecol. Prog. Ser. 22:59-68.

Mitra, S., P. L. Klerks, T. S. Bianchi, J. Means, and K. R. Carman. 2000. Effects of estuarine organic matter biogeochemistry on the bioaccumulation of PAHs by two epibenthic species. Estuaries 23(6):864-876.

Moore, D. R. 1961. The marine and brackish water molluscs of the state of Mississippi. Gulf Res. Rep. 1:1-58.

Munns, W. R. Jr. Use of bioaccumulation data in aquatic life risk assessment. *In:* National Sediment Bioaccumulation Conference. Bethesda, Maryland. US Environmental Protection Agency, Office of Water, EPA 823-R-98-002, February 1998. pp. 6-3 -- 6-8.

Naes, K., T. Bakke, and R. Konieczny. 1995. Mobilization of PAH from polluted seabed and uptake in the blue mussel (*Mytilus edulis* L.). Mar. Freshwater Res. 46:275-285.

Naes, K., J. Knutzen, and L. Berglind. 1995. Occurrence of PAH in marine organisms and sediments from smelter discharge in Norway. Sci. Tot. Environ. 163:93-106.

Naes, K. and E. Oug. 1997. Multivariate approach to distribution patterns and fate of polycyclic aromatic hydrocarbons in sediments from smelter-affected Norwegian fjords and coastal waters. Environ. Sci. Technol. 31(5):1253-1258.

Naes, K., E. Oug, and J. Knutzen. 1998. Source and species-dependent accumulation of polycyclic aromatic hydrocarbons (PAHs) in littoral indicator organisms from Norwegian smelter-affected marine

A 00613

waters. Mar. Environ. Res. 45(2):193-207.

Narbonne, F. J., J. E. Djomo, D. Ribera, V. Ferrier, and P. Garriguez. 1999. Accumulation kinetics of polycyclic aromatic hydrocarbons absorbed to sediment by the mollusk *Corbicula fluminea*. Exotoxicol. Environ. Safety 42(1):1-8.

National Oceanic and Atmospheric Administration. 1989. National Status and Trends Program for Marine Environmental Quality. Progress Report: a Summary of Data on Tissue Contamination From the First Three Years (1986-1988) of the Mussel Watch Project.

Neff, J. M. and J. W. Anderson. 1975. Accumulation, release, and distribution of benzo[a]pyrene-c14 in the clam *Rangia cuneata*. Proceedings of Conference on Prevention and Control of Oil Pollution, San Francisco, March 25-27, 1975. American Petroleum Institute, Washington, D.C. 469-471.

Neff, J. M. and W. A. Burns. 1996. Estimation of polycyclic aromatic hydrocarbon concentrations in the water column based on tissue residues in mussels and salmon: an equilibrium partitioning approach. Environ. Toxicol. Chem. 15(12):2240-2253.

Neff, J. M., B. A. Cox, D. Dixit, and J. W. Anderson. 1976. Accumulation and release of petroleum-derived aromatic hydrocarbons by four species of marine animals. Mar. Biol. 38:279-289.

Odum, H. T. 1967. Biological Circuits and the Marine Systems of Texas. *In:* T. A. Olsen and F. J. Burgess (Editors), Pollution and Marine Ecology. New York. John Wiley and Sons. p. 99-157.

Odum, E. P. 1981. Revival of non-laboratory science. Assoc. Southeast. Biol. Bull. 28(3):119-121.

Okamura, B. 1986. Group living and the effects of spatial position in aggregations of *Mytilus edulis*. Oecologia 69:341-347.

Olsen, L. A. 1976. Ingested material in two species of estuarine bivalves: *Rangia cuneata* (Gray) and *Polymesoda caroliniana* (Bosc). Proc. Nat. Shellfish. Assoc. 66:103-104.

Olsen, L. A. 1976. Reproductive cycles of *Polymesoda caroliniana* (Bosc) and *Rangia cuneata* (Gray) with aspects of desiccation in the adults and fertilization and early larval stages in *Polymesoda caroliniana*, Ph.D. Dissertation, Tallahassee, Florida State University.

Olsen, K. R. and R. C. Harrel. 1973. Effects of salinity on acute toxicity of mercury, copper, and chromium for *Rangia cuneata* (Pelecypoda: Mactridae). Contrib. Mar. Sci. 17:9-13.

Otto, J. and S. K. Pierce. 1981. An interaction of extra- and intra-cellular osmoregulatory mechanisms in the bivalve mollusc *Rangia cuneata*. Mar. Biol. 61:192-198.

Otto, J. and S. K. Pierce. 1981. Water balance systems of *Rangia cuneata*: ionic and amino acid regulation in changing salinities. Mar. Biol. 61:185-192.

Parker, J. C. 1966. Bottom fauna study -- distribution and relative abundance of *Rangia cuneata*. U.S. Fish Wild. Serv. Bur. Commer. Fish. Circ. 29:193-211.

Parker, R. H. 1955. Changes in the invertebrate fauna, apparently attributable to salinity changes, in the bays of central Texas. Texas J. Paleontol. 29:193-211.

Parker, R. H. 1956. Macroinvertebrate assemblages as indicators of sedimentary environments in east Mississippi delta region. Am. Assoc. Petrol. Geol. Bull. 43:2100-2166.

Parker, R. H. 1960. Ecology and distributional patterns of marine macroinvertebrates, northern Gulf of Mexico. *In:* F. P. Shephard (Editor), Recent Sediments of Northwest Gulf of Mexico. Tulsa, Oklahoma.

A 00614

Amer. Assoc. Petrol. Geol. Bull. p. 302-337.

Payne, B. S., A. C. Miller, and J. Lei. 1995. Palp to gill area ratio of bivalves: A sensitive indicator of elevated suspended solids. Regulated Rivers: Research & Management 11(2):193-200.

Pereira, W. E., C. E. Rostad, and G. T. Chiou. 1988. Contamination of estuarine sediments, water, and biota by halogenated organic compounds, Calcasieu River estuary, Louisiana. In: G. E. Mallard (Ed.), U.S. Geological Survey Toxic Substances Hydrology Program -- Surface-water contamination: Proceedings of the Technical Meeting, Denver, Colorado, February 2-4, 1987. U.S. Geological Survey. Open-File Report 87-764.

Peven, C. S., A. D. Uhler, R. E. Hillman, and W. G. Steinhauer. 1996. Concentrations of organic contaminants in Mytilus edulis from the Hudson-Raritan Estuary and Long Island Sound. Sci. Tot. Environ. 179:135-147.

Peven, C. S., A. D. Uhler, and F. J. Querzoli. 1996. Caged mussels and semipermeable membrane devices as indicators of organic contaminant uptake in Dorchester and Duxbury Bays, Massachusetts. Environ. Toxicol. Chem. 15(2):144-149.

Pfitzenmeyer, H. T. 1964. The occurrence of the brackish water clam, Rangia cuneata, in the Potomca River, Maryland. Chesapeake Sci. 5(4):209-215.

Pfitzenmeyer, H. T. 1972. Molluscs of the Chesapeake Bay. Chesa. Sci. Suppl. 13:S107-S115.

Phelps, H. L. and E. W. Hetzel. 1987. Oyster size, age and copper and zinc accumulation. J. Shellfish Res. 6(2):67-70.

Pinkney, A. E., R. E. Foley, D. R. Murphey, and P. C. McGowan. in prep. 1998 Bioaccumulation Study of Organochlorine Contaminants in the Potomac River Near the Old Landfill, Marine Corps Combat Development Command, Quantico, Virginia. US Fish and Wildlife Service, Chesapeake Bay Field Office.

Pinkney, A. E., R. E. Foley, D. R. Murphey, and P. C. McGowan. 1997. Bioaccumulation of Organochlorine Contaminants in the Potomac River Near the Old Landfill, Marine Corps Combat Development Command, Quantico, Virginia. Final Report. US Fish and Wildlife Service, Chesapeake Bay Field Office, Publication No. CBFO-C96-04, 68 pp plus appendices pp.

Pittinger, C. A., A. L. Jr. Buikema, S. G. Hornor, and R. W. Young. 1985. Variation in tissue burdens of polycyclic aromatic hydrocarbons in indigenous and relocated oysters. Environ. Toxicol. Chem. 4:379-387.

Poirrier, M. A., S. P. Powers, and P. O. Yund. 1992. Effects of urban runoff on infaunal invertebrates in southern Lake Pontchartrain. In Water Environment Federation 65th Annual Conference & Exposition. New Orleans, Louisiana. Water Environment Federation.

Prest, H. F., J. N. Huckins, J. D. Petty, S. Herve, J. Paasivirta, and P. Heinonen. 1995. A survey of recent results in passive sampling of water and air by semipermeable membrane devices. Mar. Pollut. Bull. 31(4-12):306-312.

Prest, H. F., W. M. Jarman, S. A. Burns, T. Weismuller, M. Martin, and J. N. Huckins. 1992. Passive water sampling via semipermeable membrane devices (SPMDs) in concert with bivalves in the Sacramento/San Joaquin River Delta. Chemosphere 25(12):1811-1823.

Prest, H. F., B. J. Richardson, L. A. Jacobson, J. Vedder, and M. Martin. 1995. Monitoring organochlorines with semi-permeable membrane devices (SPMDs) and mussels (Mytilus edulis) in Corio Bay, Victoria, Australia. Mar. Pollut. Bull. 30(8):543-554.

A00615

Pruell, R. J., J. L. Lake, W. R. Davis, and J. G. Quinn. 1986. Uptake and depuration of organic contaminants by blue mussels (*Mytilus edulis*) exposed to environmentally contaminated sediment. Mar. Biol. 91:497-507.

Pruell, R. J. and J. G. Quinn. 1987. Chapter 10: Availabliity of PCBs and PAHs to *Mytilus edulis* from artificially resuspended sediments. *In:* J. M. Capuzzo and D. R. Kester (Eds.), Oceanic Processes in Marine Pollution, Volume 1: Biological Processes and Wastes in the Ocean. Malabar, Florida. Krieer Publishing. p. 97-108.

Pruell, R. J., N. I. Rubinstein, B. K. Taplin, J. A. LiVolsi, and R. D. Bowen. 1993. Accumulation of polychlorinated organic contaminants from sediment by three benthic marine species. Arch. Env. Contam. Toxicol. 24:290-297.

PTI Environment Services. 1995. Final Report. Technical Review of Distribution Analysis Approaches for Cancer Potency Factors. Prepared for Washington Department of Ecology, Central Program, Environmental Review and Sediment Ssection, Olympia, Washington, CAOU-03-05, July 1995.

Pulley, T. E. 1952. An illustrated check list of marine mollusks of Texas. Texas J. Sci. 4:167-199.

Riisgard, H. U. 1988. Efficiency of particle retention and filtration rate in 6 species of Northeast American bivalves. Mar. Ecol. Prog. Ser. 45:217-223.

Riisgard, H. U. 1991. Filtration rate and growth in the blue mussel, *Mytilus edulis* Linneaus, 1758: Dependence on algal concentration. J. Shellfish Res. 10(1):29-35.

Riisgard, H. U. and E. Poulsen. 1981. Growth of *Mytilus edulis* in net bags transferred to different localities in a eutrophicated Danish fjord. Mar. Pollut. Bull. 12(8):272-276.

Riisgard, H. U., A. Randlov, and K. Hamburger. 1981. Oxygen consumption and clearance as a function of size in *Mytilus edulis* veliger larvae. Ophelia 20(2):179-184.

Ritz, D. A., R. Swain, and N. G. Elliot. 1982. Use of the mussel *Mytilus edulis* planulatus (Lamarck) in monitoring heavy metal levels in seawater. Aust. J. Mar. Freshwat. Res. 33:491-506.

Sabaliunas, D. and A. Sodergren. 1997. Use of semi-permeable membrane devices to monitor pollutants in water and assess their effects: a laboratory test and field verification. Environmental Pollution. 96(2):195-205.

Salazar, S. M., N. Beckvar, M. H. Salazar, and K. Finkelstein. 1996. An in situ assessment of mercury contamination in the Sudbury River, MA, using bioaccumulation and growth in transplanted freshwater mussels (*Elliptio Complanata*). NOAA Technical Memorandum NOS ORCA 89. Seattle, Washington, National Oceanic and Atmospheric Administration Technical Report , 66 pp.

Salazar, M. H., P. B. Duncan, S. M. Salazar, and K. A. Rose. 1995. In-situ bioassays using transplanted mussels: II. Assessing contaminated sediment at a Superfund site in Puget Sound. *In:* J. S. Hughes, G. R. Biddinger , and E. Mones ( Eds.), Third Symposium on Environmental Toxicology and Risk Assessment. American Society of Testing and Materials STP 1218. p. 242-263.

Salazar, M. H. and S. M. Salazar. 1991. Assessing site-specific effects of TBT contamination with mussel growth rates. Mar. Env. Res. 32(1-4):131-150.

Salazar, M. H. and S. M. Salazar. 1996. Mussels as bioindicators: effects of TBT on survival, bioaccumulation and growth under natural conditions. *In:* M. A. Champ and P. F. Seligman ( Eds.), Tributyltin: Environmental Fate and Effects. London. Chapman and Hall. p. 305-330.

Salazar, M. H. and S. M. Salazar. 1998. Using Caged Bivalves As Part of an Exposure-Dose-Response

Triad to Support an Integrated Risk Assessment Strategy. In: A. de Peyster and Day. K., Proceedings, Ecological Risk Assessment: A Meeting of Policy and Science, SETAC Special Publication. SETAC Press. p. 167-192.

Scanes, P. 1997. Uptake and depuration of organochlorine compounds in Sydney rock oysters. Mar. Freshwater Res. 48:1-6.

Shiomi, K., A. Shinagawa, T. Igarashi, K. Hirota, H. Yamanaka, and T. Kikuchi. 1984. Contents and chemical forms of arsenic in shellfishes in connection with their feeding habits. Bull. Jpn. Soc. Sci. Fish. 50(2):293-298.

Short, J. W. and M. M. Babcock. 1996. Prespill and postspill concentrations of hydrocarbons in mussels and sediments in Prince William Sound. In: S. D. Rice, R. B. Spies, D. A. Wolfe, and others (Eds.), Proceedings of the Exxon Valdez Oil Spill Symposium. Anchorage, Alaska. American Fisheries Society. American Fisheries Society Symposium 18. pp. 149-166.

Sigleo, A. C. J. C. M. 1990. Organic and inorganic components in estuarine colloids: implications for sorption and transport of pollutants. Rev. Environ. Contamin. Toxicol. 112:123-147.

Sikora, W. B., J. P. Sikora, and A. M. Prior. 1981. Environmental effects of hydraulic dredging for clam shells in Lake Pontchartrain, Louisiana. U.S. Army Corps of Engineers, New Orleans District. Contract Report No. DACW29-79-C-0099. Publ. No. LSU-CEL-81-18, 140 pp pp.

Stephenson, M. D., M. Martin, and J. H. Martin. 1980. Trace metal concentrations in mussels from bays of California. State Mussel Watch - Volume IV. Prepared for the State Water Resources Control Board.

Sundberg, K. and V. S. Kennedy. 1993. Larval settlement of the Atlantic Rangia, Rangia cuneata (Bivalvia: Mactridae). Estuaries 16(2):223-228.

Suttkus, R. D., R. M. Darnell, and J. H. Darnell. 1954. Biological study of Lake Pontchartrain (Annual Report 1953-54). Tulane Univeristy, New Orleans, La, 59 pp pp.

Swingle, H. A. and D. G. Bland. 1974. Distribution of the estuarine clam Rangia cuneata Gray in coastal waters of Alabama. Ala. Mar. Resour. Bull. 10:9-16.

Tarver, J. W. 1972. Occurrence, Distribution and density of Rangia Cuneata in Lakes Pontchartrain and Maurepas, Louisiana. Louisiana Wildlife Fisheries Commission, Tech. Bull. No. 1., 8 pp. pp.

Tarver, J. W. and R. J. Dugas. 1973. A study of the Clam Rangia Cuneata, in Lake Pontchartrain and Lake Maurepas, Louisiana, Louisiana Wildlife Fish. Comm. Tech. Bull. No. 5, 97 pp pp.

Tenore, K. R., D. B. Horton, and T. W. Duke. 1968. Effects of bottom substrate on the brackish water bivalve Rangia cuneata. Chesa. Sci. 9(4):238-248.

Thompson, A., J. R. Allen, D. Dodoo, J. Hunter, S. J. Hawkins, and G. A. Wolff. 1996. Distributions of chlorinated biphenyls in mussels and sediments from Great Britain and the Irish Sea coast. Mar. Poll. Bull. 32(2):232-237.

Trdan, R. J. and W. R. Hoeh. 1993. Relocation of Two State-listed Freshwater Mussel Species (Epioblasma torulosa rangiana and Epioblasma triquetra) in Michigan. In: K. S. Cummings, A. C. Buchanan, and L. M. Koch (Eds.), Conservation and Management of Freshwater Mussels, Proceedings of a UMRCC Symposium, 12-14 October 1992, St. Louis, MO. Rock Island. Upper Mississippi River Conservation Committee. p. 100-105.

Uhler, A. D. J. C. M. 1985. Reaction of dissolved chlorine with surficial sediment: oxidant demand and production of trihalomethanes. Environ. Sci. Tech. 19:340-344.

A 00617