Legend for Pb-210 profile

△   - total Pb-210

□   - Ra-226

○   - excess Pb-210 <u>vs</u> depth

◇   - excess Pb-210 <u>vs</u> cumulative mass

A 00652

Fig. 2A
Profile of Natural Radioactivity in Station 66 Core



$^{226}Ra$, $^{210}Pb$ Activity (dpm/g)

Delaware River CH0010
66II
Acc. Rate = 0.13cm/y
Mass Accum. = 0.13g/cm$^2$y

08/01/01

A 0C653

Fig. 2B





Delaware River CH0010
66II

05/14/01

A00654

Fig. 3A
Profile of Natural Radioactivity in Station 50 Core



$^{226}$Ra, $^{210}$Pb Activity (dpm/g)

Delaware River CH0010
50II
Acc. Rate = 1.22cm/y
Mass Accum. = 0.80g/cm$^2$y

07/03/01

A 00655

Fig. 3B



$^{137}$Cs Activity (dpm/g)

Depth (cm)

Delaware River.CH0010
50II

07/03/01

A 00656

Fig. 3C



Delaware River CH0010
50II

A00657

Fig. 4A

## Core 50





A00658

Fig. 4B

# Core 50



metal/Al (*10$^4$)

Depth (cm)

- ● Se/Al vs depth (cm)
- △ Cd/Al vs depth (cm)

A 00659

Fig. 4C

## Core 50



metal/Al (*10$^4$)

Depth (cm)

· · ◆ · · Ni/Al vs depth (cm)
—△— Sn/Al vs depth (cm)
—□— Cu/Al vs depth (cm)
—●— Pb/Al vs depth (cm)

A 00660

Fig. 4D

## Core 50



metal/Al (*10$^4$)

Depth (cm)

- Ag/Al vs depth (cm)

A 079061

Fig. 5A

**Core 66**



metal/Al (*10$^4$)

Depth (m)

···◆··· Cr /Al vs depth, cm
—□— Zn/Al vs depth (cm)
—●— Hg/Al vs depth (cm)

A 00662

Fig. 5B

# Core 66



metal/Al (*10$^4$)

Depth (cm)

- ● Se/Al vs depth (cm)
- △ Cd/Al vs depth (cm)

A⌐ 663

Fig. 5C

## Core 66



metal/Al (*10$^4$)

Depth (cm)



···◆··· Ni/Al vs depth (cm)
—△— Sn/Al vs depth (cm)
—□— Cu/Al vs depth (cm)

A 00664

Fig. 5D

# Core 66



metal/Al (*10$^4$)

Depth (cm)

A C C 6 6 5

— ● — Ag/Al vs depth (cm)



Fig. 6A

A 00666



Fig. 6A

A00667



Fig. 7A

A 00668



Fig. 7B

A 00669



### Delaware Estuary
### Core 9A



A00670



**Delaware Estuary**
**Core 9A**



A 00671





A 00672



**Delaware Estuary**
**Core 24**



A 00673



### Delaware Estuary
### Core 50



A 00674

## Delaware Estuary
## Core 50



A 00675

**Delaware Estuary**
**Core 52**



A00676

## Delaware Estuary
## Core 52



A 00677

## Delaware Estuary
## Core 59



A00678

# Delaware Estuary
## Core 59



A00679



## Delaware Estuary
## Core 66



A 00680

# Delaware Estuary
## Core 66



A00681



Delaware Estuary
Core 68



A 00682

A 00683