FIGURE 4.1
MOTIVA REFINERY DYE DILUTION STUDY
DELAWARE RIVER, DELAWARE CITY, DELAWARE
22 MAY 2000
MAPPING NO. 1 - MAX EBB TIDE: 0657-1041 EDT
MAPPING LEVEL: 1 FOOT BELOW SURFACE

| DILUTION RATIO | PERCENT DISCHARGE | DYE CONCENTRATIONS (ppb by WT) |
|---|---|---|
| 0:1 | 100% | 20.50 |
| 1:1 | 50.00% | 10.25 |
| 5:1 | 16.67% | 3.42 |
| 10:1 | 9.09% | 1.86 |
| 20:1 | 4.76% | 0.98 |
| 50:1 | 1.96% | 0.40 |
| 100:1 | 0.99% | 0.20 |
| 200:1 | 0.50% | 0.10 |

LEGEND
TRANSECT LOCATION
19:50  TRANSECT TIME (EDT)

NOTES:
1. GRID SYSTEM IS IN FEET AND IS THE DELAWARE STATE PLANE COORDINATE SYSTEM, NAD 83.
2. CONTOURS REPRESENT DYE DILUTION RATIOS. (SEE TABLE)
3. SHORELINE IS APPROXIMATE AND WAS PLOTTED FROM NOAA CHART NO. 12311.
4. THE INFORMATION PRESENTED ON THIS CHART REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY OCEAN SURVEYS, INC. ON 22 MAY 2000 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

A00119

Figure 2: Simulated time-and-depth averaged current speeds (from, Hall and Burton, 2003).

A00120

Figure 4.18: Simulated time and depth averaged current speeds.

A00121

Figure 3: Stations used for the Triad analyses.

A00122



# Delaware River Estuary
## Triad Study Station Locations

A00123

Figure 4: Distribution of % total organic carbon in the sediments of the study area.

A00124



Delaware River Estuary — % TOC: 0-1, 1-2, 2-3, 3-4, 4-5, 5-6, 6-7. Spring 2001, Summer 2001, Spring 2002, Summer 2002.

Figure 5: Distribution of % sand in the sediments of study area.

A00126



Figure 6: Distribution of total Polynucleated Aromatic Hydrocarbons (TPAH) and Environmental Protection Agency (EPA) Priority Pollutant PAH (EPAH) in sediments of the study area.

A00128

# Delaware River Estuary

TPAH (µg/kg dry wt.)
- 1000 - 2000
- 2000 - 3000
- 3000 - 4000
- 4000 - 5000
- 5000 - 7500
- 7500 - 10000
- 10000 - 15000
- 15000 - 20000
- 20000 - 25000

**Spring 2001**

**Summer 2001**

**Spring 2002**

**Summer 2002**



Delaware River Estuary — EPAH (µg/kg dry wt.): 0–1000, 1000–2000, 2000–3000, 3000–4000, 4000–5000, 5000–6000, 6000–7000, 7000–8000. Spring 2001, Summer 2001, Spring 2002, Summer 2002.

Figure 7: Loading trends of TPAHs from the 001 and 601 discharge areas (3/99-8/02).

A00131



A00132

Figure 8: Loading trends of individual PAHs from the 001 discharge area (3/99-9/02).

| | |
|---|---|
| **N0** | Naphthalene* |
| **N1** | C1-Naphthalenes |
| **N2** | C2-Naphthalenes |
| **N3** | C3-Naphthalenes |
| **FP2** | C2-Fluoranthenes/Pyrenes |
| **FP3** | C3-Fluoranthenes/Pyrenes |
| **BC3** | C3-Chrysenes |

*Environmental Protection Agency (EPA) Priority Pollutant PAH



001 loading: 1999-2002

Figure 9: Comparison of loading trends of TPAHs and EPAHs from outfall 001 with concentrations of TPAHs and EPAHs averaged over the Triad stations (Figure 3) during the individual Triad samplings from 8/00-8/02). Data were averaged for all stations (ALLSED) and for sediments taken in depositional areas having high concentrations of PAHs (Figure 6; CONTSED).

A00135



A00136



A00137

Figure 10: NOAA ERL and ERM toxicity benchmarks.

A00138