# Delaware River Estuary

LMW PAHs  3000 - 4000        4000 - 5000   ·   5000 - 6000   •   6000 - 7000
   ERM        •   7000 - 8000    ●   8000 - 9000    ● 9000 - 10000



Spring 2001

Summer 2001

Spring 2002

Summer 2002



A00140



A00141

Figure 11: Results of *Hyalella* experiments (% survival, length [growth], % gravid).

      A.  Graphical presentations
      B.   Maps





*Hyalella* length

A00144





A00145



# Delaware River Estuary

Hya. %
survival

20 - 30  30 - 40  40 - 50  50 - 60
60 - 70  70 - 80  80 - 90  90 - 100

Spring 2001

Summer 2001

Spring 2002

Summer 2002

A00146



# Delaware River Estuary

Hyalella length
- 4.8 - 5.2
- 5.2 - 5.6
- 5.6 - 6.0
- 6.0 - 6.4
- 6.4 - 6.8
- 6.8 - 7.2
- 7.2 - 7.6

Spring 2001

Summer 2001

Spring 2002

Summer 2002

A00147

