Figure 12:  Results of *Leptocheirus* experiments (% survival, length [growth], % gravid)

        A.  Graphical presentations

        B.  Maps

A00149



A00150



*Leptocheirus* dry weight

Legend:
- ■ Leptocheirus dry weight-SP01
- ■ Leptocheirus dry weight-SP02
- — Poly. (Leptocheirus dry weight-SP01)
- — Poly. (Leptocheirus dry weight--SP02)
- ■ Leptocheirus dry weight-SU01
- ■ Leptocheirus dry weight-SU02
- — Poly. (Leptocheirus dry weight-SU01)
- — Poly. (Leptocheirus dry weight--SU02)

A00151



A00152

# Delaware River Estuary

**Leptocheirus** | 10 - 20 | 20 - 30 | 30 - 40 | 40 - 50 | 50 - 60
**% survival** | 60 - 70 | 70 - 80 | 80 - 90 | 90 - 100



Spring 2001

Summer 2001

Spring 2002

Summer 2002

# Delaware River Estuary

| Leptocheirus dry wt. | | | |
|---|---|---|---|
| 0.30 - 0.40 | 0.40 - 0.50 | 0.50 - 0.60 | 0.60 - 0.70 |
| 0.70 - 0.80 | 0.80 - 0.90 | 0.90 - 1.00 | 1.00 - 1.10 |

**Spring 2001**

**Summer 2001**

**Spring 2002**

**Summer 2002**

# Delaware River Estuary

**Leptocheirus # offspring**

| | | | |
|---|---|---|---|
| 0.00 - 0.50 | 0.50 - 1.00 | 1.00 - 1.50 | 1.50 - 2.00 |
| 2.00 - 2.50 | 2.50 - 3.00 | 3.00 - 3.50 | 3.50 - 4.00 |



Spring 2001

Summer 2001

Spring 2002

Summer 2002

A00155

Figure 13: Maps of numbers, species richness and Shannon diversity of infauna taken during the 4 Triad samplings in the study area.

A00156



# Delaware River Estuary



# infaunal
taxa

| 3 - 5 | 5 - 7 | 7 - 9 |
| 9 - 11 | 11 - 13 | 13 - 15 |

Spring 2001

Summer 2001

Spring 2002

Summer 2002