# Delaware River Estuary

**Infauna**
**Sh-Diversity**

| | |
|---|---|
| 0.00 - 0.25 | 0.25 - 0.50 | 0.50 - 0.75 | 0.75 - 1.00 |
| 1.00 - 1.25 | 1.25 - 1.50 | 1.50 - 1.75 | 1.75 - 2.00 |



Spring 2001

Summer 2001

Spring 2002

Summer 2002

Figure 14: Maps of biomass to dominant infaunal macroinvertebrates taken during the 4 Triad samplings in the study area.

A00160

# Delaware River Estuary

Ran. cuneata | 0.00 – 0.20 | 0.20 – 0.40 | 0.40 – 0.60 | 0.60 – 0.80
AFDW | 0.80 – 1.00 | 1.00 – 2.00 | 2.00 – 3.00



Spring 2001



Summer 2001



Spring 2002



Summer 2002

A00161



# Delaware River Estuary

**Tubificoides heterochaetus #**

0 - 100 | 100 - 200 | 200 - 300 | 300 - 400
400 - 500 | 500 - 600 | 600 - 800 | 800 - 1000

Spring 2001 · Summer 2001 · Spring 2002 · Summer 2002

A00162

# Delaware River Estuary





A00164

Figure 13: Maps of numbers, species richness and Shannon diversity of infauna taken during the 4 Triad samplings in the study area.

A00165



# Delaware River Estuary

# infaunal
taxa

| | | |
|---|---|---|
| 3 - 5 | 5 - 7 | 7 - 9 |
| 9 - 11 | 11 - 13 | 13 - 15 |



Spring 2001

Summer 2001

Spring 2002

Summer 2002

