Figure 14: Maps of biomass to dominant infaunal macroinvertebrates taken during the 4
Triad samplings in the study area.

A00169

# Delaware River Estuary

| Ran. cuneata | 0.00 - 0.20 | 0.20 - 0.40 | 0.40 - 0.60 | 0.60 - 0.80 |
|---|---|---|---|---|
| AFDW | | 0.80 - 1.00 | 1.00 - 2.00 | 2.00 - 3.00 |



Spring 2001

Summer 2001

Spring 2002

Summer 2002

A00170



# Delaware River Estuary

Tubificoides
heterochaetus #

| 0 - 100 | 100 - 200 | 200 - 300 | 300 - 400 |
| 400 - 500 | 500 - 600 | 600 - 800 | 800 - 1000 |

Spring 2001

Summer 2001

Spring 2002

Summer 2002



# Delaware River Estuary

**Corophium lacustre (#)**

| | | |
|---|---|---|
| 0 - 500 | 500 - 1000 | 1000 - 1500 | 1500 - 2000 |
| 2000 - 2500 | 2500 - 5000 | 5000 - 8000 | |



**Spring 2001**

**Summer 2001**

**Spring 2002**

**Summer 2002**

A00173