

# Delaware River Estuary

**Napthalenes (µg/kg dry wt.)**

- 0 - 100
- 100 - 200
- 200 - 300
- 300 - 400
- 400 - 500
- 500 - 600
- 600 - 700
- 700 - 800
- 800 - 900

**Spring 2001**

**Summer 2001**

**Spring 2002**

**Summer 2002**

# Delaware River Estuary

**Napthalenes (µg/kg dry wt.)**

- 0 - 100
- 100 - 200
- 200 - 300
- 300 - 400
- 400 - 500
- 500 - 600
- 600 - 700
- 700 - 800
- 800 - 900

Spring 2001

Summer 2001

Spring 2002

Summer 2002



