# Delaware River Estuary



C1-Fluoranthenes/
Pyrenes
(µg/kg dry wt.)

| | | | |
|---|---|---|---|
| 0 - 100 | 100 - 200 | 200 - 300 | 300 - 500 |
| 500 - 700 | 700 - 900 | 900 - 1100 | 1100 - 1300 |

**Spring 2001**

**Summer 2001**

**Spring 2002**

**Summer 2002**

# Delaware River Estuary



C2-Fluoranthenes/
Pyrenes
(µg/kg dry wt.)

0 - 100    100 - 200    200 - 300    300 - 400
400 - 600    600 - 800    800 - 1000

Spring 2001

Summer 2001

Spring 2002

Summer 2002

A00179





# Delaware River Estuary



C2-Chrysenes
(µg/kg dry wt.)

0 - 100  100 - 200  200 - 300  300 - 400
400 - 600  600 - 800  800 - 1000

Spring 2001  Summer 2001

Spring 2002  Summer 2002



Figure 15: Distribution of PAH/TOC ratios by station during the Triad sampling periods (April 2001, August 2001, April 2002, August 2002).

A00184




A00185

Figure 16: Distribution of the low molecular weight PAHs ($\mu$gkg$^{-1}$ DW) in the study area by sampling period.

A00186



# Delaware River Estuary

**Total LMW PAH**
**(μg/kg dry wt.)**

< 1000 | 1000 - 2000 | 2000 - 3000 | 3000 - 4000 | 4000 - 5000 | 5000 - 6000 | 6000 - 7000 | 7000 - 8000 | > 10000

**Spring 2001**

**Summer 2001**

**Spring 2002**

**Summer 2002**