# Delaware River Estuary



Napthalenes (µg/kg dry wt.)

0 - 100    100 - 200    200 - 300    300 - 400    400 - 500    500 - 600    600 - 700    700 - 800    800 - 900

Spring 2001

Summer 2001

Spring 2002

Summer 2002





# Delaware River Estuary

C2-Napth.
(µg/kg dry wt.)

0 - 100 | 100 - 200 | 200 - 300 | 300 - 400
400 - 500 | 500 - 600 | 600 - 700 | 700 - 800

**Spring 2001**  **Summer 2001**

**Spring 2002**  **Summer 2002**

# Delaware River Estuary



C1-Fluoranthenes/
Pyrenes
(µg/kg dry wt.)

0 - 100    100 - 200    200 - 300    300 - 500
500 - 700    700 - 900    900 - 1100    1100 - 1300

Spring 2001

Summer 2001

Spring 2002

Summer 2002



# Delaware River Estuary

C2-Fluoranthenes/
Pyrenes
(µg/kg dry wt.)

0 - 100    100 - 200    200 - 300    300 - 400
400 - 600    600 - 800    800 - 1000

Spring 2001

Summer 2001

Spring 2002

Summer 2002

A00192