

# Delaware River Estuary

**C1-Chrysenes (µg/kg dry wt.)**

| 0 - 100 | 100 - 200 | 200 - 300 | 300 - 400 | 400 - 500 | 500 - 750 | 750 - 1000 | 1000 - 1250 |

**Spring 2001**

**Summer 2001**

**Spring 2002**

**Summer 2002**

# Delaware River Estuary

**C2-Chrysenes (µg/kg dry wt.)**

- 0 – 100
- 100 – 200
- 200 – 300
- 300 – 400
- 400 – 600
- 600 – 800
- 800 – 1000

**Spring 2001**

**Summer 2001**

**Spring 2002**

**Summer 2002**



Delaware River Estuary