IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY, | ) ) ) | |
| | ) | Civil Action No. |
| Plaintiffs, | ) | 88-263-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| TEXACO REFINING AND MARKETING, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

Appendix to Plaintiffs' Motion to Enforce Judgment

<u>VOLUME IV</u>

Mitchell S. Bernard
Nancy S. Marks
Amelia Toledo
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
New York, New York 10011
(212) 727-2700

C. Scott Reese (2036)
COOCH & TAYLOR
824 Market Street
Suite 1000
Wilmington, Delaware 19899
(302) 984-3811

Attorneys for Plaintiffs

July 18, 2005

## TABLE OF CONTENTS

## VOLUME IV

Page

Curriculum Vitae: Robert J. Livingston, February, 2005                        A00001

Dr. Jay C. Means, Report to the United States District Court of
Delaware for Judge Joseph Longobardi in the Matter of: Natural
Resources Defense Council and Delaware Audubon Society vs.
Texaco Refining and Marketing, Inc., November 3, 1997.                        A00016

Dr. Jay C. Means, Review of Subject Proposals to the United
States District Court of Delaware for Judge Joseph Longobardi in
the Matter of: Natural Resources Defense Council and Delaware
Audubon Society vs. Texaco Refining and Marketing, Inc. (Motiva
Enterprises, LLC, Inc.), August 26, 1999.                                     A00086

Excerpts from Dennis Burton's Deposition Transcript dated Nov. 2,
1999                                                                          A00101

Excerpts from Lenwood W. Hall's Deposition Transcript dated
Nov. 2, 1999                                                                  A00110

Lenwood W. Hall and Dennis T. Burton, Scope of Work, Nov. 6,
2000                                                                          A00120

Letter to Robert J. Livingston from Lenwood P. Hall dated March
22, 2000 (without enclosures)                                                 A00280

Letter to Robert J. Livingston from Lenwood P. Hall dated April 6,
2000 (without enclosures)                                                     A00281

Letter to Lenwood W. Hall from Robert J. Livingston dated June 8,
2000                                                                          A00282

Letter to Robert J. Livingston from Lenwood P. Hall dated August
16, 2000 (without enclosures)                                                 A00295

Letter to Dennis T. Burton from Charles A Lesser dated Sept. 13,
2000                                                                          A00296

Letter to Lenwood W. Hall from Robert J. Livingston dated Sept.
29, 2000                                                                      A00297

Letter to David Page from Lenwood W. Hall dated Oct. 5, 2000    A00305

Letter to Robert J. Livingston from Lenwood W. Hall dated Oct. 17, 2000    A00306

Letter to Robert J. Livingston from Lenwood W. Hall dated Dec. 14, 2000    A00318

Electronic mail message to Robert J. Livingston from Lenwood W. Hall dated May 16, 2001    A00325

Letter to Mitchell S. Bernard from Richard D. Allen dated Aug. 24, 2001    A00326

Letter to Richard D. Allen from Mitchell S. Bernard dated June 15, 2004    A00330

Letter to Mitchell S. Bernard from John W. Kampman dated Sept. 1, 2004    A00334

Lenwood W. Hall,  Preliminary Report: A Summary of Triad Results from Spring and Summer 2001 Studies Near the Motiva Refinery in the Delaware River, undated    A00357

Electronic mail message to Robert J. Livingston from Lenwood W. Hall, undated    A00367

Electronic mail message to Robert J. Livingston from Lenwood W. Hall, undated    A00368

# Curriculum Vitae: Robert J. Livingston
# (February, 2005)

Professor Emeritus, Department of Biological Science
Florida State University, Tallahassee, Florida 32306
Office: phone; (850) 644-l466, Home: (850) 893-l453
E-mail: Office, livingst@bio.fsu.edu; Home, livingstonr@comcast.net; FAX: (850) 644-9829

## Education

Princeton University - A.B. (1955-1959)
Columbia University - (post-graduate study-196l-1963)
Scripps Institute of Oceanography (U. of California, San Diego) (post-graduate study-1963)
Institute of Marine and Atmospheric Sciences  (U. of Miami) -M.S., Ph.D. (1964-1970)

## Fellowships and Honors

Undergraduate Fellowship - Princeton University
Graduated cum Laude, Princeton University
Dean's List - Columbia University
Aerojet General Fellowship, Scripps Institution of Oceanography (U. of California)
Robert E. Maytag Fellowship, Institute of Marine & Atmospheric Sciences (Univ. of Miami)
Third Annual Conservator Award; Apalachicola Seafood Festival
Conservation Award; Woodmen of the World, Life Insurance Society
Florida Scientist of the Year (1982); Museum of Science and Industry (Tampa, Florida)

## Academic and Research Positions

Research Aide (Institute of Marine & Atmospheric Sciences; 1964)
Graduate Assistant (Institute of Marine & Atmospheric Sciences; 1967-1970)
Assistant Professor (Department of Biological Science, Florida State University; 1970-1976)
Associate Professor (Department of Biological Science, Florida State University; 1977-81)
Professor (Department of Biological Science, Florida State University; 1981-present)
Director, Center for Aquatic Research and Resource Management (1984-present)

**Principal  Investigator (Over 100 research grants)**
**Reviewed Publications (Over 140 publications and 5 books)**
**Major Professor: Chaired 49 graduate degrees (M.S., Ph. D.)**

Robert J. Livingston is Professor Emeritus of Biological Science, Florida State University. The overall research effort has involved continuous, long-term analyses of lakes, rivers and coastal systems along the Gulf and Atlantic coasts. A 36-year database has been coupled with laboratory and field experimentation to evaluate how aquatic systems work. Livingston has graduated a broad range of graduate students whose research was based on behavioral and physiological ecology of individual aquatic populations and communities.

A00001

**Research Activities and Interests**

The long-term research program has included multidisciplinary (ecosystem) analyses, population/community studies, determinations of food web organization, and the impacts of various anthropogenous stress factors. The databases are currently being analyzed, modeled, and published in peer-reviewed journals and in a series of books.

**Overall approach**

The overall research effort of R. J. Livingston for the past 36 years has involved continuous, long-term analyses of various river and coastal systems (Econfina and Fenholloway river-estuaries, Apalachicola drainage system, Choctawhatchee drainage system, Perdido drainage system, Escatawpa-Pascagula drainage system, Mobile River-estuary, Winyah Bay system including the Sampit River). A descriptive database has been coupled with laboratory and field experimentation to evaluate how such systems work and how human activities affect the various parts of these drainage basins. This work has included multidisciplinary systems analyses, population/community structure, trophic interactions, and the impact of various forms of anthropogenous stress on a range of physical-chemical and biological processes. The validation or verification of bioassay results with field data from rivers and coastal areas has been an integral part of the research effort.

## Project headings

Ecological (field) study of Florida Bay and inshore waters of the Florida Everglades (P.I., Dr. Durbin Tabb)

Acute toxicity studies of effects of Dieldrin on estuarine fishes of south Florida (P.I., Dr. C. Richard Robins, Dr. Richard Wade)

Behavioral and ecological studies on circadian rhythms of reef fishes (P.I., R. J. Livingston)

Studies on the long-term physiological effects of chlorinated hydro-carbons and oil on estuarine organisms (P.I., R. J. Livingston)

Laboratory studies on the effects of inorganic mercury on fresh water fishes (P.I., R. J. Livingston)

Field and laboratory studies on the impact of pulp mill effluents on coastal organisms, Apalachee Bay (P.I., R. J. Livingston)

Field studies on the effect of dredging and eutrophication on areas of Escambia Bay (P.I., R. J. Livingston)

Field and laboratory studies on the impact of pesticides on the behavior and ecology of estuarine organisms, Apalachicola Bay (P.I. R. J. Livingston)

Ecosystems management and the application of scientific data to planned development of estuarine and coastal systems (P.I., R. J. Livingston)

Field and laboratory studies concerning the effects of clear-cutting and storm water runoff on estuarine populations and communities (P.I., R. J. Livingston)

Analysis of recovery of bay systems previously affected by anthropogenic disturbance with an emphasis on productivity, trophic structure and community response (P.I., R. J. Livingston)

Ecosystem functions in coastal areas of north Florida (P.I., R. J. Livingston)

Trophic relationships of coastal species associations (P.I., R. J. Livingston)

A00002

Comparison of the effects of pulp mill wastes on drainage systems in Florida, Mississippi, Alabama, and South Carolina.

Experimental ecology and the validation concept with respect to the impact of toxic substances on aquatic systems. Dr. Livingston has been chosen to lead a team from the E.P.A., the Virginia Institute of Marine Science, and F.S.U. to test the validation hypothesis (P.I., R. J. Livingston)

Validation of laboratory and field experimental data for 3 river systems in the southeastern U. S. (P.I., R. J. Livingston)

Comparative analysis of long-term, multidisciplinary data in a series of river-estuarine systems.

Ecosystem analysis of the Choctawhatchee River-Bay system.

Ecological studies of Lake Jackson, Florida.

Ecosystem analyses of the Perdido drainage system.

Experimental studies applied to the ecology of oysters (*Crassostrea    virginica*).

Modelling analysis of the temperature/salinity relationships of estuaries along the eastern Gulf of Mexico.

Comparative analyses of a series of river-estuarine systems along the East and Gulf coasts.

Comparative analysis of north Florida lakes.

Ecosystem analysis of the Perdido Drainage System

Comparative Analysis of Long-term Research in the NE Gulf of Mexico and SE Atlantic Ocean (P.I., R. J. Livingston)

Ecosystem analysis of the Rice Creek-St. Johns River-estuary. (P.I., R. J. Livingston).

Native American Training Program in Aquatic Ecology (Lake Analyses).

## Recent Research Grants and Funding: R. J. Livingston, Principal Investigator

National Oceanic and Atmospheric Administration, $30,000. (Analysis and publication of Apalachicola ecological data, 1999-2000)

Florida Department of Environmental Protection, $18,500.00 (GIS analysis of Apalachicola Bay, 1999-2000).

Northwest Florida Water Management District: $32,294.00 (Apalachicola River-Basin computerized assessment-1999-2000).

Champion International Corporation: $264,000.00 (Ecosystem studies of the Perdido Drainage system, 1999-2000).

Natural Resources Defense Council. $56,800.00. Analysis of mercury distribution in the Penobscot River-estuary, Maine. (2000-2001)

Florida Department of Environmental Protection, $8,500.00 (GIS analysis of Apalachicola Bay, 2000-2001).

Rayonier Inc. $264,000.00 (Analysis of recovery of the Amelia River River-estuary, 2000-2001)

Buckeye, Florida. $256,000.00 Recovery Studies, Econfina/Fenholloway systems, 2000-2001.

Northwest Florida Water Management District: $12,000.00 (Apalachicola River-Basin computerized assessment; 2000-2001).

International Paper, Inc.: $269,000.00 (Ecosystem studies of the Perdido Drainage system, 2000-2001).

Natural Resource Defense Council. $14,000.00. (Analysis of data concerning the Everglades system in Florida, 2000-2001).

A00003

Motiva, Inc. PI's: L. Hall, C. Burton, and R. J. Livingston. 1999-2002. (Analysis of impact of polynucleated aromatic hydrocarbons on the Delaware River estuary). Study undertaken by Federal Court Order. Participation of Livingston as co-researcher and reviewer of results.

Environmental Planning & Analysis, Inc. $6,000.00. (Establishment of a training program for Native Americans in Aquatic Ecology, 2001-2002).

Buckeye, Florida. $190,000.00 Recovery Studies, Econfina/Fenholloway systems, 2001-2002.

Rayonier Inc. $42,000.00 (Analysis of recovery of the Amelia River River-estuary, 2001).

National Oceanic and Atmospheric Administration, $30,000. (Analysis and publication of Apalachicola ecological data, 2001-2002).

International Paper, Inc.: $288,000.00 (Ecosystem studies of the Perdido Drainage system, 2001-2002).

Georgia Pacific Corporation. $259,000. (Ecosystem analysis of the Rice Creek-St. Johns River-estuary, 2001-2002).

The Elizabeth Ordway Dunn Foundation. $25,000. (Establishment of a training program for Native Americans in Aquatic Ecology, 2001-2002).

Environmental Planning & Analysis, Inc. $10,000. (Establishment of a training program for Native Americans in Aquatic Ecology, 2001-2002).

Environmental Planning & Analysis, Inc. $3,500. (Establishment of a training program for Native Americans in Aquatic Ecology, 2002-2003).

International Paper, Inc.: $253,000.00 (Ecosystem studies of the Perdido Drainage system, 2002-2003).

Buckeye, Florida. $90,000.00 Recovery Studies, Econfina/Fenholloway systems, 2002-2003.

National Oceanic and Atmospheric Administration, $30,000. (Analysis and publication of Apalachicola ecological data, 2002-2003).

Environmental Planning & Analysis, Inc. $3,500. (Establishment of a training program for Native Americans in Aquatic Ecology, 2003-2004).

Buckeye, Florida. $90,000.00 Recovery Studies, Econfina/Fenholloway systems, 2003-2004.

The Elizabeth Ordway Dunn Foundation. $20,000. (Establishment of a training program for Native Americans in Aquatic Ecology, 2003-2005).

International Paper, Inc.: $253,000.00 (Ecosystem studies of the Perdido Drainage system, 2003-2004).

International Paper, Inc.: $30,607.00 (Marsh studies of the Perdido Drainage system, 2004).

Environmental Planning & Analysis, Inc. $3,500. (Establishment of a training program for Native Americans in Aquatic Ecology, 2004-2005).

International Paper, Inc.: $235,690.00 (Ecosystem studies of the Perdido Drainage system, 2004-2005).

International Paper, Inc.: $80,916.00 (Marsh studies of the Perdido Drainage system, 2004-2005).

## Recent Collaborators

T. A. Battista (National Oceanic and Atmospheric Administration), D. A. Birkholz (Envirotest Laboratories), Alan Niedoroda, J. D. Christensen (National Oceanic and Atmospheric Administration), C. J. Dawes (University of South Florida), T. Gallagher (Hydroqual, Inc.), B. Galperin (University of South Florida), W. Huang (Florida State University), R. L. Howell, IV, (Florida State University), M. J. Kennison (Rutgers

A00004

University), C. J Klein (National Oceanic and Atmospheric Administration)., F. Graham Lewis, III, (Northwest Florida Water Management District),. S. E. McGlynn (Florida State University), M. E. Monaco (National Oceanic and Atmospheric Administration), Xufeng Niu (Florida State University), A. K. S. K Prasad (Florida State University), G. L. Ray, (U. S. Army Corps of Engineers, Vicksberg),   J. D. F. J. Vernberg, (University of South Carolina), Glenn C. Woodsum (Florida State University).

# Recent Publications (* denotes peer-reviewed publication)

82*. Livingston, R. J. 1984. Aquatic field monitoring and "meaningful" measures of stress. Concepts in Marine Pollution Measurements. pp.681-691.

83*. Livingston, R. J. 1985. The ecology of the Apalachicola estuary. Invited paper, U. S. Fish and Wildlife Series; Ecological Monograph.

84*. Livingston, R. J. 1985. Organization of fishes in coastal seagrass systems: the response to stress. In, Fish Community Ecology in Estuaries and Coastal Lagoons. Ed., A. Yanez-Arancibia. Chapter 16:367-382.

85*. Clements, W. E., and R. J. Livingston. 1984. Prey selectivity and functional response of the fringed filefish, *Monacanthus ciliatus* (Pisces: Monacanthidae). Mar. Ecol. Prog. Ser. 16, 291-295.

86*. Livingston, R. J., and D. A. Meeter. 1985. Correspondence of laboratory and field results: What are the criteria for verification? Proceedings of the Symposium for Multispecies Toxicity Testing. J. Cairns, editor. Blacksburg, Virginia. Chapter 8, pp. 76-88.

87*. Livingston, R. J. 1985. The relationship of physical factors and biological response in coastal seagrass meadows. Proceedings of a Seagrass Symposium, Estuarine Research Foundation. Estuaries 7, 377-390.

88*. Livingston, R. J. 1985. Aquatic field monitoring and meaningful measures of stress. In: Concepts in Marine Pollution Measurements, Ed., H. H. White. pp. 681-692.

89*. Livingston, R. J., R. J. Diaz, and D. C. White. 1985. Field validation of laboratory derived multispecies aquatic Test Ecosystems. U.S.E.P.A., Research and Development Summary Paper.

90*. Livingston, R. J. 1985. Application of scientific research to resource management: Case history, the Apalachicola Bay system. Proceedings of the International Symposium on Utilization of Coastal Ecosystems: Rio Grande, Brazil. pp. 103-125.

91*. Livingston, R. J. 1986. Ecological processes of recruitment in coastal epibenthic macrobiota. Proc., IOC/FAO Workshop on recruitment in tropical coastal demersal communities. Report # 44, 151-166.

A00005

92*. Livingston, R. J. 1987. Historic trends of human impacts on seagrass meadows in Florida (invited paper). Symposium Proceedings: Subtropical-Tropical Seagrasses of the Southeastern U.S. Florida Marine Research Publication 42:139-151.

93*. Livingston, R. J. 1987. Field sampling in estuaries: The relationship of scale to variability. Estuaries (Biological Variability in Estuaries).

94*. Livingston, R. J. 1986. Field verification of toxicity tests concerning the impact of toxic waste sites on three southeastern drainage systems. U.S.E.P.A., Research and Development Summary Paper.

95*. Federle, T. W., R. J. Livingston, L. E. Wolfe, and D. C. White. 1986. A quantitative comparison of microbial community structure of estuarine sediments for microcosms in the field. Can. J. Microbiology 32:319-325.

96*. Livingston, R. J. 1986 (invited paper). Inshore marine habitats. In: Ecosystems of Florida, eds. R. L. Myers and J. J. Ewel.

97*. Livingston, R. J. 1988. Field verification of multispecies microcosms using marine macroinvertebrates. American Society for Testing and Materials. ASTM STP 971. pp. 369-383.

98*. Livingston, R. J. 1987. Field verification of toxicity tests concerning the impact of toxic waste sites on three southeastern drainage systems. U.S.E.P.A. Research and Development Summary Paper.

99*   Prasad, A. K. S. K. & Livingston, R. J. (1987). An Atlas of diatoms and other algal forms from selected drainage areas in central and north Florida. Florida Department of Environmental Regulations.

100*  Livingston, R. J. & Prasad, A. K. S. K. (1987). Use of micro algae as indicators of toxic waste impact in stream systems of southeastern United States. International Symposium on Phycology, University of Madras,

101*. Livingston, R. J. 1988. Ecological processes of recruitment in coastal epibenthic macrobiota: a comparative approach. Proceedings, IREP Workshop on Recruitment in Tropical, Coastal, Demersal Communities. Ciudad del Carmen, Mexico.

102*. Livingston, R. J. 1987. Scientific research and resource managment: Relationships and inconsistencies. Proceedings, National Wetland Assess. Symposium. Portland, Maine.

103*. Livingston, R. J. 1988. Use of freshwater macroinvertebrate microcosms in the impact evaluation of toxic wastes. Proceedings, A.S.T.M. Conference (Bal Harbour, Florida). ASTM STP 998, 166-218.

104*. Livingston, R. J. 1988. Inadequacy of species-level designations for ecological studies of coastal migratory fishes. Invited paper, Sixth Biennial Conference on the Ecological and

6

Evolutionary Ethology of Fishes. Beaumont,Texas. Environmental Biology of Fishes, 22, 225-234.

105*. Livingston, R. J. 1988. Environmental research: how much is enough? Proc. Eighth Annual Minerals Management Symposium.

106. Livingston, R. J., and S. H. Wolfe (1988). Restoration and preservation ranks of water bodies within the Northwest Florida Water Management District. Report for the Northwest Florida Water Management District.

107*. Prasad, A. K. S. K. and R.J. Livingston. 1988. Altas of the Microflora of North Florida Rivers. Report for the Florida Department of Environmental Regulation.

108*. Livingston, R. J. and A.K.S.K. Prasad. 1989. A photographic atlas of North Florida estuarine phytoplankton and a summarization of life history relationships and associations with various environmental conditions. Report, Center for Aquatic Research and Resource Management.

109. Livingston, Robert J. 1989. Historical Overview and Data Review: Perdido River complex, Elevenmile Creek, Bayou Marcus, and the Perdido Bay system. Report for Environmental Planning & Analysis, Inc.

110. Livingston, Robert J. 1989. Dog Island- a Barrier Island Ecosystem. Publication of Florida State University.

111*. Prasad, A. K. S. K., Livingston, R. J. & Ray, G. L. (1989). The marine epizoic diatom *Falcula hyalina* from Choctawhatchee bay, the northeastern Gulf of Mexico: frustule morphology and ecology. Diatom Research 4:119-129.

112*. Prasad, A. K. S. K., R. J. Livingston, and J. A. Nienow (1990). The diatom genus *Cyclotella* Kützing (Bacillariophyceae) in Choctawhatchee Bay, northeastern Gulf of Mexico: fine structure, Phycologia

113*. Prasad, A.K.S.K., J. A. Nienow, and R. J. Livingston. 1990. The genus *Cyclotella* (Bacillariophyta) in Choctawhatchee Bay, Florida with special reference to *C. striata* and *C. choctawhatcheeana* sp nov. Phycologia.29(4): 418-436.

114*. Livingston, R. J. 1991, (The Rivers of Florida). The Oklawaha River: Environmental Overview. Publisher: Springer-Verlag, New York.

115*. Livingston, R. J. et al. 1991. (The Rivers of Florida). Ecology of the Choctawhatchee River system. Publisher: Springer-Verlag, New York.

116*. Livingston, R.J. and E. Fernald. 1991. Introduction. (The Rivers of Florida). Publisher: Springer-Verlag, New York.

117*. Livingston, R. J. 1991. (editor). The Rivers of Florida. Springer-Verlag, New York.

7

A00007

118*. Livingston, R.J. 1990. . Projected changes in estuarine conditions based on models of long-term atmospheric alteration. In: The Potential Effects of global climate change on the United States. U. S. E. P. A. publ. CR-814608-01-0.

119*. Livingston, R.J. 1990. Inshore Marine Habitats. In: R. Myers, Ed. Ecosystems of Florida. University Presses of Florida.

120*. Livingston, R.J. 1991. Medium sized rivers: gulf coastal plain. In: Biodiversity of the Southeastern U. S. eds: C. T. Hackney et al., 434 pp., Ecological Society of America.

121*. Livingston, R.J. (1991). Historical Relationships Between Research and Resource Management in the Apalachicola River-estuary. Ecological Applications 4: 361-382.

122*. Prasad, A. K. S. K. and R. J. Livingston. (1993). Frustule morphology of planktonic pennate diatom *Fragiliaria gessneri* Hustedt (Bacillariophyta) from the Florida coast of Gulf of Mexico, with a description of *Desikaneis* gen. nov. Phycologia 32:434-443.

123*. Livingston, R. J. (1993). Estuarine Wetlands. In, (J. Berry and M. Dennison, eds). Wetlands, Noyes Publications, pp. 128-153.

124*. Prasad, A. K. S. K., R. J. Livingston, & G. L. Ray. 1989. Diatom Research Volume 4 (1), 119-129.

125*. Prasad, A.K.S.K., G. A. Fryxell, and R. J. Livingston. 1993. The genus *Thalassiosira* (Bacillariophyta): *T. cedarkeyensis*, a new marine benthic diatom from the Florida coast of the gulf of Mexico. Phycologia (1993) Volume 32 (3): 204-212.

126*. Prasad, A. K. S. K. & Livingston, R. J. (1996) A micromorphological and systematic study of *Coscinodiscus jonesianus* (Bacillariophyta) from Florida coastal waters. Nova Hedwigia, Beihefte 112: 247-263

127*. Prasad, A.K.S.K. and R. J. Livingston. (1998). Fine structure and taxonomy of *Fryxelliella*, - a new genus of centric diatom (Triceratiaceae: Bacillariophyta) with a new valve feature, a circumferential marginal tube, and descriptions of *F. floridana* sp nov. from the Atlantic coast of Florida and *F. inconspicua* (Rattray) comb. nov. from the Miocene. Phycologia 36, 305-323.

128*. Lewis, F. G., G. C. Woodsum, X. Niu, and R. J. Livingston. In review, (2001). The effects of environmental factors on long-term penaeid shrimp abundance in Apalachicola Bay, Florida.

129*. Livingston, R. J., X. Niu, F. G. Lewis, and G. C. Woodsum. 1997. Freshwater input to a Gulf estuary: Long-term control of trophic organization. Ecol. Appl. 7: 277-299.

8

130*. Flemer, D. A., R. J. Livingston, and S. McGlynn. (1998) Seasonal growth stimulation of sub-temperate estuarine phytoplankton to nitrogen and phosphorus: An outdoor microcosm experiment. Estuaries 21: 145-159.

131*. Livingston, R. J. (1997). Eutrophication in estuaries and coastal systems: relationships of physical alterations, salinity stratification, and hypoxia. Pages 285-318 in F. J. Vernberg, W. B. Vernberg and T. Siewicki, eds. Sustainable Development in the Southeastern Coastal Zone. University of South Carolina Press, Columbus, South Carolina, U. S. A.

132*. Livingston, R. J. (1997), Trophic response of estuarine fishes to long-term changes of river runoff. Bull Mar. Sci. 60: 984-1004.

133*. McGlynn, S. E. and R. J. Livingston. (1997). The distribution of polynuclear aromatic hydrocarbons between aquatic plants and sediments. International Journal of Quantum Chemistry, John Wiley & Sons, Inc. pp. 1-13.

134*. Livingston, R. J., S. E. McGlynn, and Xufeng Niu. (1998). Factors controlling seagrass development in a Gulf coastal system: water/sediment quality and light. Aquatic Botany 60: 135-150.

135*. Prasad, A.K.S.K. and R. J. Livingston. (1998). Fine structure and taxonomy of *Fryxelliella*, - a new genus of centric diatom (Triceratiaceae: Bacillariophyta) with a new valve feature, a circumferential marginal tube, and descriptions of *F. floridana* sp nov., from the Atlantic coast of Florida and *F. inconspicua* (Rattray) comb. nov. from the Miocene. Phycologia 36:305-323.

136*. Livingston, R. J., Xufeng Niu, F. Graham Lewis, III, Glenn C. Woodsum. (1999). Recovery of oyster reefs (*Crassostrea virginica*) in a Gulf estuary following disturbances by two hurricanes. Bull. Mar. Sci. 64(3): 75-94.

137*. Livingston, Robert J. Eutrophication Processes in Coastal Systems: Origin and Succession of Plankton Blooms and Effects on Secondary Production. (2000). Invited book by CRC Press, Inc.

138*. Livingston, R. J., F. Graham Lewis, III, Glenn C. Woodsum, Xufeng Niu, R. L. Howell, IV, G. L. Ray, J. D. Christensen, M. E. Monaco, T. A. Battista, C. J Klein, B. Galperin, and W. Huang. 2000; Coupling of physical and biological models: response of oyster population dynamics to fresh water input in a shallow Gulf estuary. Est. Coast. Shelf Sci. 50(5), 655-672.

139. Livingston, R. J. 2001. Review of impacts of mercury on the Penobscot River-estuarine system (Maine, U.S.A.). Final report, Natural Resource Defense Council, New York, New York.

140*. Livingston, Robert J. (in manuscript, 2001). Atlas concerning the effects of Urban runoff on a series of sink hole lakes.

A00009

141. Livingston, R. J. and G. W. Woodsum. 2001. Analysis of data concerning the Florida Everglades. Final report, Natural Resource Defense Council, New York, New York.

142*. Livingston, Robert J. Food Web Organization in Coastal Systems: (2002). Invited book by CRC Press, Inc.

143*. Livingston, R. J., A.K.S.K. Prasad, Xufeng Niu, and S. E. McGlynn. 2002. Effects of ammonia in pulp mill effluents on estuarine phytoplankton assemblages: Field descriptive and experimental results. Aquatic Botany 74: 343-367.

144*. Livingston, Robert J. Restoration of Aquatic Systems: (2004-in press). Invited book by CRC Press, Inc.

145*. Prasad, A.K.S.K. and R. J. Livingston. 2004-in press. Fine structure and taxonomy of *Synedropsis karsteteri* sp. Nov. (Fragilariaceae, Bacillariophyta), a bloom-forming, brackish-water planktonic, araphid diatom from Perdido Bay, northeastern Gulf of Mexico. Diatom Research, in press-2004).

146*. Kennish, M., R. J. Livingston, D. Raffaelli, and K. Reise. (in press). The future of estuaries. Review paper for the International Conference on Environmental Future (Zurich, Switzerland).

147*. Rhew, K., M. Iwataki, J. J. Walters, and R. J. Livingston. (in press-2004). Morphology and spatial-temporal distribution of the dinoflagellate *Heteroapsa pygmaea* Loeblich, Schmidt *et* Sherley in Perdido Bay,-Florida USA.

148*. Livingston, R. J. (in press, 2005). Impacts of plankton blooms on coastal systems. (Invited paper). Ecological Applications.

*Peer-reviewed Publication

# Professional Societies

AIBS, AAAS, American Fisheries Society, American Society of Ichthyologists and Herpetologists, American Society of Limnology and Oceanography, American Institute of Fisheries Research Biologists (invited), Gulf and National Estuarine Research Society, Ecological Society of America.

# Recent Papers Given at Scientific Meetings

"Plankton Blooms in Coastal systems." International Conference on Aquatic Ecosystems. New Zealand. (May 2000).

"Effects of Phytoplankton Blooms on Gulf Systems". NRAC, Pensacola Florida. (August 2000).

A00010

"Nutrient Loading,the Buzz and the Reality?". Northwest Florida Regional Economic Symposium". Sandestin, Florida. (October 2000).

"Long-term response of sinkhole lakes to stormwater runoff: blue-green algae blooms and deteriortation of secondary production in Lake Jackson." Florida lake Management Society Symposium. Tallahassee, Florida, (April 2001)

"Effects of Nutrient loading and phytoplankton blooms in the Choctawhatchee System." National Meeting, River/Coast Keepers. (June 2001)..

"Effects of Nutrient loading and phytoplankton blooms on Gulf coastal systems." National Meeting, Estuarine Research Federation, Tampa, Florida. (November 2001).

"Nutrient loading and phytoplankton blooms in Gulf coastal systems: controlling factors and effects on secondary production." IEEE International Symposium, Oceans 2001 MTS/IEEE, Honolulu, Hawaii. (November 2001).

"Ecosystem Ecology: the Myth and the Reality" Keynote address; Waterkeeper Alliance National Conference. (June 2002).

"Design of Ecosystem Studies in Coastal Systems."Invited Lecture Series. Bay of Fundy Coordinating Committee, Canada. (October 2002).

"Ecology of the Apalachicola Bay system. Sierra Club. Tallahassee, Florida. (October 2002).

"Plankton blooms and ecosystem response." Invited Lecture Series. University of South Carolina. (November 2002).

"The Apalachicola Ecosystem and Freshwater Runoff." Florida Department of Environmental Protection and Riverkeeper Groups. Tallahassee, Florida. (December 2002).

"Trophic Organization in Coastal Systems: an Ecosystem Approach."International conference on . Environmental Future. Invited paper. The Foundation for Environmental Conservation. Zurich, Switzerland. (March 2003).

"Effects of long-term climatological conditions on the origin and effects of plankton blooms in coastal systems". Invited paper. Annual Meeting, Estuarine Research Federation. Seattle, WA. (September 2003).

"Scientific testimony in environmental trials". Pew Fellows Program in Marine Conservation. Blaine, Washington (October 2003).

"Effects of blooms on phytoplankton community structure." Session organizer (with A. K. S. K. Prasad), XVII International Botanical Congress, Vienna Austria (12-16 July 2005).

"Comparison of long-term changes of trophic organization in 4 gulf coastal systems." Invited paper, special session, Estuarine Research Federation meeting, Norfolk, Virginia. (September 2005).

# Undergraduate and Graduate Teaching

## Courses taught at Florida State University

General Biology
Fundamentals of Biology
Fundamentals of Ecology
Comparative Physiology
Physiological Ecology of Fishes
Tropho-dynamics of Aquatic Systems

11

A00011

Advanced Ichthyology
Vertebrate Seminar
Biology of Fishes
ISC 2937-01 (Natural Science Honors Seminar).
Marine Biology.
Macroecology.
Conservation Biology.
Perspectives in Ecology and Evolution.
Experimental Field Biology.
Aquatic Pollution Biology
Special topics: DIS, Honors DIS, Preceptorials

# Public Service

## Local/State (* = active)

Interstate 10 Environmental Study Team (1970), Florida Department of transportation.
Chairman, Select Study Committee on Mirex, Governor's Natural Resources  Committee
Advisor to Department of Transportation on Dredging and Filling Activities.
Advisor to Attorney General's Office on pollution issues.
Member, Inter-institutional Technical Advisory Committee on Environmental  Affairs for
        Florida Pollution Control Department.
Advisor to numerous House and Senate Committees on Environmental Affairs.
Advisor to Department of Natural Resources on determination of land acquisition under the
        environmentally endangered lands program.
Advisor to Leon County School System for environmental education in north  Florida.
        Testimony before State Cabinet on environmental affairs.  Provided scientific data that
        went into determination of the Florida  Cabinet's decision to reject a dam to be built on
        the Apalachicola River by the U. S. Army Corp of Engineers.
Advisor to the Calhoun County Board of Commissioners concerning environmental issues
        associated with the Apalachicola Bay system.
Environmental consultant on DRI for SW Florida Regional Planning Council.
Program Chairman and Speaker, Florida Defenders of the Environment  Annual Meeting
        (1976):  Controversial Waterways with Emphasis on the  Apalachicola Drainage System.
        Florida Defenders of the Environment Annual Meeting (1977):  Three  Florida Rivers.
Advisor, Florida Department of Environmental Regulation, Florida Dept.  of Natural
        Resources, Florida Game and Fresh Water Fish Commission,  Florida Division of State
        Planning (Department of Administration) regarding the application of scientific data for
        a comprehensive management program for the Apalachicola Valley.
Reviewer (at the request of the Franklin County Board of County Commissioners) of DRI
        associated with development of St. George Island (1977).
Reviewer for various state agencies of reports concerning environmental  impact studies (e.g.,
        the "Chesher Report" concerning the effects of canals and development on water quality
        in the Florida Keys).
Trustee, Florida Defenders of the Environment. Provide scientific  information for
        environmental problems.

12

A00012

Member, Citizen's Advisory Committee on Coastal Zone Management for the Apalachee Regional Planning Council.

Participant (at request of the Honorable Ralph Turlington, Commissioner of Education), Environmental Education Activities in the Apalachicola River and Bay Resource Management and Planning Program.

Scientific advisor (unpaid), Franklin County Board of County Commissioners, 1972-present.

Scientific advisor (unpaid), Wakulla County Board of Commissioners, 1980-present.

Member, Science Advisory Board, Florida League of Anglers.

Member, Shellfish Sanitation Task Force, Florida Department of Natural Resources.    Advisor (unpaid), Franklin County School Board.    Development of environmental science in secondary schools.

Advisor (unpaid), Wakulla County Commercial Fisherman's Association.

Advisor (unpaid), Concerned Citizens Association of Wakulla County.

Advisor, Apalachee Regional Planning Council

Member, Board of Directors, Environmental Service Center (Florida Defenders of the Environment)

Member, Science Advisors Committee (Review of the Flint River; Chairperson: Ruth Patrick).

Member, Sanctuary Management Committee (in charge of research and education in the Apalachicola River and Bay National Estuarine Sanctuary).

Scientific advisor to Migrant Workers' Association concerning the use of the pesticide Temik

Scientific Advisor to the Florida Department of Environmental    Regulation, the Audubon Society, and Getty Oil Company concerning oil drilling in the Pensacola Bay system

Scientific Advisor to the Apalachee Regional Planning Council and local citizen's groups concerning heavy metal pollution of the Chipola River

Member, Health Advisory Council, Florida Department of Health and  Rehabilitative Services

Member, Dog Island Environmental Advisory Board    Old Pass Lagoon Technical Advisory Committee (NWFWMD)

Bioassay Task Force (FDER)

Member, Apalachicola Bay Area Resource Planning and Management    Committee Member, Apalachicola Bay Reserve Advisory Committee

Member, Scientific Review Committee, DOI Offshore Environmental Studies

Member, Basin Advisory Committee, Northwest Florida Water Management   District

Member, Technical Advisory Group, Suwannee River Water Management   District

Member, Perdido Bay Cooperative Management Project.

Participant, The Florida Water Story, educational film.

Trustee, The Barrier Island Trust, Inc.

Member, Sikes Cut Evaluation Committee. Florida Defenders of the Environment. Scientific testimony on proposed marina in south Florida. The Conservancy and the Florida Audubon Society.

Testimony on the proposed Texaco Tank farm in Lloyd, Florida for Friends of Lloyd, Inc......

Advisor to Leon County Commission (Florida): Lake Ecology. Member,

Leon County Landfill Evaluation committee-Leon County Board of Commissioners.

Eastern Leon County Sector Review Committee. -Leon County Board of Commissioners.

*Board member, McBride Institute for Preservation. State of Florida non-profit organization.

Science Advisory Committee. Environmental review group for the Leon County Board of Commissioners.

Producer, Movie on the Ecology of Lake Jackson.

A00013

Member, Bradfordville Lake Review Committee
\*Member, Technical Working Group, Freshwater Sources to the ACF Drainage system. Northwest Florida Water Management District.
President, Board of Directors, Millstone Institute of Preservation. Tallahassee, Florida.
Review and Advisory Team: The Rivers & Estuaries Center (Hudson River System)
Advisor, Florida Senate and Choctawhatchee Alliance, Restoration of the Choctawhatchee Bay system.
\*Advisor, Apalachicola Bay & River Keeper, Inc.
Advisor, Northwest Florida Legislative Natural Resources Advisory Committee (Florida House)

## **National-International** (\* = active)

Environmental Coordinator for U. S. Environmental Protection Agency.
Coordinator, Estuarine Management Proposal, Florida Sea Grant (1973, 1974).
Advisor to U. S. Senator Lawton Chiles on environmental affairs and the energy "crisis." Invited participant in formal presentation to the Reuss Committee on Conservation and Natural Resources (U. S. House of Representatives).
Advisor to the Select Study Committee on Mirex, Environmental Protection Agency. Chairman, STAEP panel on Kepone/mirex/hexachlorocyclopentadiene:
Reviewer of environmental and health implications for the National Academy of Sciences (Environmental Studies Board, National Research Council).
Member, Ad-hoc group to review the 1975 Water Research Strategy Doc of the Environmental Protection Agency. This included a review of research carried out by the E.P.A.
Participant in U. S. Environmental Protection Agency Conference and report (presented to the Congress of the United States) concerning Estuarine Pollution Control.
Special consultant to the National Commission on Water Quality (N.C.W.Q.) to determine the economic, social, and environmental impact of achieving or not achieving the goals of the Federal Water Pollution Control Act of 1972.
Advisor, Office of Coastal Zone Management (NOAA) concerning the Apalachicola Bay system for inclusion in the National Estuarine Sanctuary Program.
Coordinator (with the Conservation Foundation) of a series of meetings with federal and state agencies concerning the development of a management program for the Apalachicola Valley.
Participant in the "Operation Fish Bowl" planning and advisory group for the U S. Army Corps of Engineers regarding the development of "Principles and Standards for Planning Water and Related Land Resources" for the Tri-River (Flint-Chattahoochee-Apalachicola) system.
Participant in the development of a joint effort with the Office of Monitoring and Technical Support (U. S. Environmental Protection Agency), the Environmental Monitoring and Support Laboratory (U. S. Environmental Protection Agency), and the National Aeronautics and Space Administration (NASA) to apply remote sensing technology to the monitoring of stress due to upland runoff on the Apalachicola Bay system.
Member, Ecology Committee, Science Advisory Board, U. S. Environmental Protection Agency (1978-1982). (Review 5-year plan for environmental research, advise on "air/water" quality standards)

14

A00014

Testimony for Congressional Hearing, Barrier Islands National Parks Bill (H. R. 5981), Washington, DC (March, 1980)

Advisor, Australian Institute of Marine Science and Malcolm Fraser (Prime Minister of Australia) Research Program for the Great Barrier Reef.

Advisor, Nature Conservancy and Trust for Public Lands, Inc., concerning land purchases in Florida

Advisor to various federal environmental officers concerning environmental problems in Florida

Consultant, Environmental Effects, Transport/Fate Committee, U.S. Environmental Protection Agency

Member, Extramural Review Board, U.S. Environmental Protection Agency

Member, Habitat and Environmental Advisory Panel, Gulf of Mexico Fishery Management Council.

Member, Advisory Committee to the Man and the Biosphere Program (United Nations).

Member, Board of Scientific Advisors, The Wetlands Fund.

Advisor, Alliance for Chesapeake Bay.

Reviewer, Dissertations and research; Centre of Advanced Study in Botany, University of Madras, India.

Consultant for the Natural Resources Defense Council concerning the Great Whale dam project, Can.. (New York and Wash. D. C. Offices).

Consultant for the Sierra Club Legal Defense Fund, Inc. Honolulu, Hawai. concerning restoration efforts of fresh water-estuarine systems of Oahu and San Francisco Bay system restoration effort.

*Consultant and witness in various court proceedings for the Natural Resources Defense Council (New York Office). Current Projects; Penobscot system and Delaware River.

* Consultant; National Oceanic and Atmospheric Administration. Fresh-water runoff to the Apalachicola.

*Consultant: Florida Department of Environmental Protection. Apalachicola-Chattahoochee-Flint River system proceedings.

*Consultant: Florida Department of Environmental Protection. Apalachee Bay system (Econfina and Fenholloway systems), Perdido River-bay system.

A00015

11/3/97
Dr. Jay C. Means

NRDC and Audubon Society vs.
Texaco Refining and Marketing

# REPORT

## TO

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

## FOR

## CHIEF JUDGE JOSEPH LONGOBARDI

## IN THE MATTER OF:

## NATURAL RESOURCES DEFENSE COUNCIL and DELAWARE AUDUBON SOCIETY

## VS.

## TEXACO REFINING AND MARKETING, INC.

## BY

## DR. JAY C. MEANS, Ph. D.
## PROFESSOR OF TOXICOLOGY AND ENVIRONMENTAL CHEMISTRY

## November 3, 1997

A00016

## SUMMARY

This report details the technical, scientific and practical issues related to THE STIPULATED STATEMENT OF ISSUES in the above mentioned case issued Nov. 27, 1996 before the Honorable Judge Joseph Longobardi, Chief Judge of the United States District Court, District of Delaware.

The report is divided into three main sections dealing with each of the stipulated issues. In the first part (PART I) of the report, a scientific framework for establishing a baseline assessment of current impacts of refinery operations is presented which also addresses the issues of technical feasibility. In the second part of the report (PART II), the suitability of the NPDES Permit Exceedance Plan for assessing impacts in receiving waters is addressed. In the third part of the report (PART III), the feasibility of assessing past impacts of refinery effluent discharge exceedances is addressed largely relying upon the scientific information presented in part one of the report.

A00017

## Section 1-

## Chemical Composition of Refinery Effluents using Modern Analytical Methods

Historically, refinery effluents and other petroleum discharges such as produced waters have been regulated on the basis of "oil and grease". Oil and Grease represents the total mass of extractable residue removed from a sample by solvent extraction and measured gravimetrically. Alternatively, total organic carbon, measured instrumentally following chemical oxidation of all compounds to carbon dioxide, yields information only on the total amount of carbon present with no specificity as to the chemical form or forms present in the sample. These methods gives no information concerning the chemical nature of the extracted materials except its relative solubility in water vs. an organic solvent which is related to hydrophobicity or the total carbon content of the sample.

In reality petroleum industry-related effluents in fact contain literally hundreds of organic compounds and a lessor number of elemental substances. The latter are generally regulated individually and are not a major contributors to the Oil and Grease residue. The organic chemicals present in refinery effluents are generally divided into two broad classes: normal hydrocarbons and aromatic hydrocarbons. The normal hydrocarbons include: aliphatic , branched-chain, alicyclic and unsaturated hydrocarbons ranging from C1 to approximately C44 in total chain length. The oil and grease fraction may also contain chemical or biological oxidation products of hydrocarbons such as ketones, aldehydes, acids and alcohols as well as condensation products of some of these such as waxes and ethers. The aromatic fraction of the oil and grease residue generally contain parent aromatics, containing one to five rings, but for petroleum effluents the dominant members of this class are alkyl substituted and heterocyclic aromatics, which may contain nitrogen, sulfur or oxygen as part of the aromatic ring structure. Like the normal hydrocarbon fraction, various chemical and biological oxidation products may be present in the oil and grease residue. These include: phenols, quinones, hemi-quinones, and aromatic acids.

4

A00018

Case 1:88-cv-00263-SLR    Document 305    Filed 07/18/2005    Page 22 of 40

11/3/97                                        NRDC and Audubon Society vs.
Dr. Jay C. Means                              Texaco Refining and Marketing

While at its beginnings the analytical sophistication necessary for the quantitative analyses of many of these compound classes and sub-classes were not available to the petroleum industry. However, today both the analytical methods and the authentic standards are available to perform detailed characterization of the organic constituents in refinery and other petroleum facility effluents. The regulatory process has not kept pace with these developments and today almost twenty years after the initiation of the EPA consent decree methods, only sixteen specific compounds which are likely to be found in refinery effluent are typically measured if at all. Inexplicably, the sixteen aromatic hydrocarbons measured are among the least abundant of the aromatics found in refinery effluents. Table 1 shows an analysis of several refinery effluents sampled over several weeks and measured using modern, commonly available analytical instrumentation and authentic standards which are commercially available. The sixteen parent polycyclic aromatic hydrocarbons (PAH) are noted with an asterisk and are minor components relative to the alkylated and heterocyclic components measured.

Aromatic hydrocarbons as a class are considered toxic substances and exhibit a wide range of effects on living systems including impacts on the immune system, mutagenesis and carcinogenesis. As will be demonstrated in other sections of this report, these compounds have the potential to concentrate in sediments and biological tissues to levels orders-of-magnitude above ambient water concentrations. Measurements of oil and grease or total petroleum hydrocarbons provide no useful information for making risk or damage assessments. Therefore, Star Enterprises had a clear obligation to characterize both the prior impacts of their discharges as well as to fully characterize their current discharges using modern analytical methodology. Prior to Oct. 1996, there is no evidence that Star Enterprises attempted to fully characterize the aromatic content of their effluent. In Nov., 1993 AnalyticKEM performed some analyses on dredge monitoring samples. None of this data provides any useful information

A00019

# Table 1

## WSPA II EFFLUENT DATA-

11/3/97

| ANALYTEt | MDL* (ppb) | BLANK** (ppb) | Refinery 1 W1-001 ppb | W1-002 ppb | W2-001 ppb | W2-002 ppb | W2-003 ppb | W3-001 ppb | W3-002 ppb | W3-003 ppb | W4-001 ppb | W4-002 ppb | W4-003 ppb | MEAN ppb | RANGE MIN | MAX | FREQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naphthalene | 0.0019 | 0.019 | 0.041 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0.041 | 0.041 | 0.041 | 1 |
| 2-MN | 0.00074 | 0.015 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1-MN | 0.0011 | 0.0075 | 0.010 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0.010 | 0.010 | 0.010 | 1 |
| 2-EN | 0.0015 | 0.0022 | 0.008 | nd | 0.022 | 0.11 | 0.026 | 0.033 | 0.039 | 0.038 | 0.027 | 0.023 | 0.030 | 0.026 | 0.008 | 0.039 | 9 |
| 1-EN | 0.0028 | nd | nd | nd | 0.022 | 0.018 | 0.010 | nd | nd | nd | nd | nd | nd | 0.017 | 0.010 | 0.022 | 3 |
| 2,6,2,7-DMN | 0.0042 | 0.0079 | 0.120 | 0.019 | nd | nd | 0.007 | nd | TR | TR | nd | nd | nd | 0.120 | 0.120 | 0.120 | 1 |
| 1,3/1,7-DMN | 0.0050 | 0.00393 | 0.025 | 0.006 | nd | nd | 0.006 | nd | TR | TR | nd | nd | nd | 0.017 | 0.007 | 0.025 | 3 |
| 1,6-DMN | 0.0024 | 0.00337 | 0.032 | 0.008 | 0.004 | nd | 0.006 | 0.004 | 0.005 | 0.005 | nd | 0.004 | 0.005 | 0.008 | 0.004 | 0.032 | 9 |
| 1,4/2,3-DMN | 0.0038 | 0.00273 | 0.038 | 0.004 | 0.041 | nd | 0.042 | 0.004 | 0.005 | TR | TR | nd | TR | 0.031 | 0.004 | 0.042 | 7 |
| 1,5-DMN | 0.0035 | 0.0015 | 0.013 | 0.007 | nd | 0.031 | 0.017 | 0.004 | 0.005 | 0.004 | TR | nd | TR | 0.012 | 0.004 | 0.031 | 8 |
| Acenaphthylene | 0.0020 | 0.0019 | 0.035 | 0.023 | nd | TR | nd | 0.018 | 0.020 | 0.019 | 0.021 | 0.022 | 0.021 | 0.022 | 0.018 | 0.035 | 7 |
| 1,2-DMN | 0.0027 | 0.0010 | nd | nd | nd | nd | 0.006 | nd | nd | nd | nd | nd | nd | 0.006 | 0.006 | 0.006 | 1 |
| 1,8-DMN | 0.0013 | nd | nd | 0.006 | nd | nd | 0.006 | 0.006 | 0.007 | 0.003 | 0.006 | nd | nd | 0.006 | 0.006 | 0.008 | 6 |
| Acenaphthene | 0.0021 | 0.00473 | 0.013 | 0.008 | 0.008 | 0.003 | 0.006 | 0.006 | 0.008 | nd | 0.010 | 0.008 | 0.009 | 0.008 | 0.006 | 0.013 | 8 |
| CL1-PCB | 0.0011 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,6,7-TMN | 0.0019 | 0.0027 | 0.014 | 0.008 | 0.003 | 0.014 | 0.021 | 0.006 | 0.008 | 0.004 | 0.006 | 0.012 | 0.010 | 0.008 | 0.003 | 0.014 | 13 |
| Fluorene | 0.0020 | 0.00583 | 0.007 | nd | nd | nd | nd | nd | nd | nd | 0.010 | 0.012 | 0.010 | 0.012 | 0.007 | 0.021 | 7 |
| a-BHC | 0.0034 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL2-PCB | 0.00074 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Hexachlorobenzene | 0.0037 | 0.00657 | 0.010 | nd | nd | nd | nd | 0.012 | 0.010 | 0.007 | 0.014 | 0.012 | 0.011 | 0.011 | 0.007 | 0.014 | 7 |
| Dibenzothiophene | 0.0025 | 0.040 | nd | nd | nd | nd | nd | nd | nd | nd | 0.014 | nd | nd | nd | nd | nd | 0 |
| b-BHC | 0.0060 | 0.012 | 0.040 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Lindane | 0.0018 | 0.012 | 0.012 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Phenanthrene | 0.0022 | 0.020 | 0.037 | 0.030 | 0.024 | 0.021 | 0.025 | 0.200 | 0.025 | 0.023 | 0.028 | 0.022 | 0.022 | 0.041 | 0.021 | 0.200 | 11 |
| Anthracene | 0.0020 | nd | 0.015 | 0.015 | 0.015 | 0.012 | 0.015 | 0.029 | 0.018 | nd | 0.017 | 0.014 | 0.017 | 0.017 | 0.012 | 0.029 | 10 |
| d-BHC | 0.0031 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL3-PCB | 0.0084 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 4-MDBT | 0.0014 | 0.0012 | 0.008 | 0.009 | 0.009 | 0.005 | 0.008 | TR | 0.009 | 0.006 | 0.011 | 0.005 | TR | 0.006 | 0.004 | 0.009 | 5 |
| 2/3-MDBT | 0.0027 | nd | 0.021 | 0.019 | nd | 0.005 | 0.016 | TR | nd | 0.008 | 0.011 | 0.005 | 0.005 | 0.011 | 0.005 | 0.021 | 10 |
| CL4-PCB | 0.00081 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 3-MP | 0.0038 | 0.00173 | TR | TR | TR | 0.005 | TR | nd | 0.005 | 0.004 | nd | nd | nd | 0.004 | 0.004 | 0.005 | 2 |
| 1-MDBT | 0.00087 | nd | 0.011 | 0.007 | 0.009 | 0.005 | 0.008 | 0.003 | 0.006 | 0.005 | 0.007 | 0.003 | 0.003 | 0.006 | 0.003 | 0.011 | 11 |
| 2-MP | 0.0036 | 0.00167 | nd | TR | nd | nd | nd | nd | 0.012 | nd | 0.009 | 0.010 | 0.011 | 0.010 | 0.008 | 0.012 | 5 |
| Heptachlor | 0.0066 | 0.044 | nd | nd | 0.004 | nd | nd | nd | nd | nd | nd | nd | TR | nd | nd | 0.004 | 0 |
| 4/9-MP | 0.0038 | 0.0015 | 0.020 | 0.013 | 0.007 | 0.008 | 0.006 | 0.006 | 0.006 | 0.005 | 0.006 | 0.005 | 0.006 | 0.008 | 0.005 | 0.020 | 10 |
| 1-MP | 0.0024 | nd | nd | 0.005 | TR | TR | TR | 0.003 | TR | 0.005 | 0.005 | nd | nd | 0.005 | 0.005 | 0.007 | 3 |
| Aldrin | 0.0059 | 0.020 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 3,6-DMP | 0.0017 | nd | 0.008 | 0.005 | nd | 0.002 | 0.002 | 0.003 | TR | 0.002 | 0.007 | nd | 0.002 | 0.003 | 0.002 | 0.008 | 6 |
| 3,5-DMP | 0.0034 | 0.044 | nd | nd | 0.004 | nd | 0.004 | 0.006 | TR | TR | 0.009 | TR | TR | 0.004 | 0.004 | 0.004 | 2 |
| 2,6-DMP | 0.0011 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 2,7-DMP | 0.0040 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 3,9-DMP | 0.0014 | nd | 0.006 | 0.006 | 0.007 | 0.006 | 0.006 | 0.039 | 0.005 | 0.006 | 0.003 | 0.004 | 0.005 | 0.008 | 0.003 | 0.039 | 11 |

A00020

**Table 1**

WSPA II EFFLUENT DATA-

11/3/97

| ANALYTE† | MDL* (ppb) | BLANK** ppb | Refinery 1 W1-001 ppb | W1-002 ppb | W2-001 ppb | W2-002 ppb | W2-003 ppb | W3-001 ppb | W3-002 ppb | W3-003 ppb | W4-001 ppb | W4-002 ppb | W4-003 ppb | MEAN ppb | RANGE MIN | MAX | FREQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,6/2,5/2,9-DMP | 0.0034 | nd | 0.004 | TR | TR | TR | TR | 0.005 | nd | TR | nd | 0.005 | 0.006 | 0.005 | 0.004 | 0.006 | 4 |
| 1,7-DMP | 0.0033 | nd | nd | 0.004 | 0.007 | nd | 0.007 | 0.007 | 0.007 | 0.004 | 0.010 | nd | 0.006 | 0.006 | 0.004 | 0.010 | 8 |
| 1,9/4,9-DMP | 0.0025 | nd | TR | TR | nd | nd | TR | nd | 0.003 | nd | TR | nd | nd | 0.003 | 0.003 | 0.003 | 1 |
| 1,2-DMDBT | 0.0039 | nd | TR | TR | TR | nd | TR | TR | TR | TR | TR | nd | TR | nd | nd | nd | 0 |
| Fluoranthene | 0.0026 | 0.0014 | 0.006 | nd | 0.003 | 0.005 | TR | nd | 0.005 | TR | 0.004 | 0.004 | TR | 0.004 | 0.003 | 0.006 | 6 |
| 1,5-DMP | 0.0029 | nd | nd | 0.004 | nd | nd | TR | TR | nd | 0.008 | nd | nd | TR | 0.006 | 0.004 | 0.008 | 2 |
| Heptachlor Epoxide | 0.0115 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,8-DMP | 0.0012 | nd | 0.003 | 0.002 | 0.002 | 0.003 | 0.002 | nd | 0.002 | nd | 0.002 | nd | 0.002 | 0.002 | 0.002 | 0.003 | 8 |
| 1,2-DMP | 0.0019 | nd | 0.008 | 0.007 | 0.008 | 0.007 | 0.003 | 0.004 | 0.006 | TR | 0.003 | nd | 0.007 | 0.006 | 0.003 | 0.008 | 9 |
| 9,10-DMP | 0.0024 | nd | 0.008 | 0.005 | 0.008 | 0.005 | 0.005 | 0.007 | 0.007 | 0.005 | 0.005 | TR | 0.005 | 0.006 | 0.005 | 0.008 | 9 |
| Pyrene | 0.0038 | 0.00157 | 0.007 | TR | 0.005 | 0.005 | 0.007 | 0.008 | 0.008 | TR | 0.012 | 0.004 | 0.005 | 0.007 | 0.004 | 0.012 | 10 |
| o,p'-DDE | 0.0045 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Chlordane | 0.0085 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| trans-Nonachlor | 0.0069 | nd | nd | TR | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL5-PCB | 0.0028 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Dieldrin | 0.0086 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| p,p'-DDE | 0.0048 | 0.0048 | 0.013 | 0.010 | nd | nd | nd | nd | 0.011 | 0.009 | 0.010 | nd | 0.016 | 0.011 | 0.009 | 0.016 | 8 |
| o,p'-DDD | 0.0069 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL6-PCB | 0.0052 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,2,8-TMP | 0.0040 | nd | 0.032 | 0.046 | 0.098 | 0.027 | 0.058 | 0.048 | 0.039 | 0.011 | 0.007 | nd | 0.011 | 0.038 | 0.007 | 0.098 | 10 |
| p,p'-DDD/o,p'-DDT | 0.0057 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL7-PCB | 0.0082 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| p,p'-DDT | 0.0083 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzanthracene | 0.0053 | nd | 0.020 | nd | 0.027 | nd | 0.014 | nd | 0.014 | nd | nd | nd | nd | 0.019 | 0.014 | 0.027 | 4 |
| Chrysene | 0.0047 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL8-PCB | 0.0073 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzo(b&k)fluor | 0.018 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzo(e)pyrene | 0.014 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL10-PCB | 0.014 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Indenopyrene | 0.018 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Dibenzanthracene | 0.019 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzoperylene | 0.0080 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |

A00021

11/3/97

Table 1

WSPA II EFFLUENT DATA-

| ANALYTE† | Refinery 2 W1-001 ppb | W1-002 ppb | W1-003 ppb | W2-001 ppb | W2-002 ppb | W3-001 ppb | W3-002 ppb | W3-003 ppb | W4-001 ppb | W4-002 ppb | W4-003 ppb | MEAN ppb | RANGE MIN | MAX | FREQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naphthalene | 0.080 | 0.038 | 0.020 | 0.019 | 0.019 | 0.023 | 0.022 | 0.021 | nd | nd | 0.021 | 0.030 | 0.019 | 0.080 | 8 |
| 2-MN | nd | nd | nd | 0.015 | nd | 0.015 | nd | nd | nd | 0.024 | nd | 0.018 | 0.015 | 0.024 | 3 |
| 1-MN | 0.050 | 0.008 | nd | 0.014 | 0.011 | nd | nd | 0.010 | 0.011 | nd | nd | 0.019 | 0.008 | 0.050 | 5 |
| 2-EN | nd | nd | nd | 0.005 | 0.004 | nd | nd | 0.005 | 0.011 | nd | nd | 0.007 | 0.004 | 0.011 | 3 |
| 1-EN | 0.010 | nd | nd | 0.019 | 0.003 | 0.026 | nd | nd | 0.011 | TR | 0.012 | 0.011 | 0.003 | 0.026 | 4 |
| 2,6&2,7-DMN | 0.100 | nd | nd | nd | nd | 0.015 | nd | nd | 0.011 | TR | 0.033 | 0.031 | 0.011 | 0.100 | 5 |
| 1,3/1,7-DMN | 0.012 | 0.007 | 0.009 | 0.029 | 0.028 | 0.038 | nd | 0.006 | nd | 0.008 | 0.041 | 0.013 | 0.006 | 0.038 | 6 |
| 1,8-DMN | 0.022 | nd | nd | 0.017 | 0.022 | nd | 0.037 | 0.028 | nd | 0.025 | 0.024 | 0.029 | 0.022 | 0.037 | 7 |
| 1,4/2,3-DMN | 0.041 | 0.019 | 0.024 | 0.036 | 0.042 | 0.045 | 0.037 | 0.040 | 0.035 | 0.034 | 0.007 | 0.032 | 0.017 | 0.045 | 11 |
| 1,5-DMN | 0.080 | nd | nd | nd | nd | 0.030 | 0.030 | 0.029 | 0.020 | 0.046 | 0.011 | 0.037 | 0.020 | 0.080 | 9 |
| Acenaphthylene | nd | nd | nd | 0.010 | 0.007 | 0.016 | 0.013 | 0.014 | 0.007 | nd | 0.007 | 0.010 | 0.007 | 0.014 | 9 |
| 1,2-DMN | 0.026 | nd | nd | nd | 0.007 | nd | 0.012 | 0.010 | 0.009 | 0.014 | nd | 0.013 | 0.007 | 0.026 | 4 |
| 1,8-DMN | 0.069 | nd | nd | nd | nd | nd | 0.043 | nd | nd | nd | nd | 0.056 | 0.043 | 0.069 | 2 |
| Acenaphthene | 0.300 | nd | nd | nd | nd | nd | 0.230 | nd | nd | nd | nd | 0.265 | 0.230 | 0.300 | 2 |
| CL1-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,6,7-TMN | 0.027 | 0.024 | nd | 0.009 | 0.007 | 0.010 | 0.030 | 0.023 | 0.014 | nd | 0.011 | 0.021 | 0.007 | 0.030 | 7 |
| Fluorene | 0.025 | 0.011 | nd | nd | 0.006 | nd | 0.010 | nd | 0.011 | 0.009 | nd | 0.011 | 0.006 | 0.025 | 9 |
| a-BHC | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL2-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Hexachlorobenzene | 0.033 | 0.024 | nd | 0.010 | 0.011 | 0.019 | 0.025 | 0.013 | 0.012 | 0.015 | 0.016 | 0.018 | 0.010 | 0.033 | 10 |
| Dibenzothiophene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| b-BHC | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Lindane | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0.023 | nd | nd | nd | 0 |
| Phenanthrene | 0.031 | nd | nd | 0.031 | 0.039 | nd | nd | 0.007 | nd | nd | nd | 0.034 | 0.031 | 0.039 | 3 |
| Anthracene | nd | 0.048 | nd | 0.003 | 0.008 | 0.005 | nd | nd | 0.016 | 0.008 | nd | 0.018 | 0.003 | 0.048 | 8 |
| d-BHC | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL3-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0.011 | nd | nd | nd | 0 |
| 4-MDBT | 0.012 | 0.005 | 0.004 | 0.004 | 0.005 | 0.018 | 0.020 | 0.014 | nd | 0.005 | 0.024 | 0.008 | 0.004 | 0.012 | 8 |
| 2/3-MDBT | 0.016 | 0.014 | 0.011 | 0.012 | 0.012 | 0.011 | 0.010 | 0.010 | 0.005 | 0.007 | 0.005 | 0.011 | 0.005 | 0.016 | 11 |
| CL4-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0.010 | 0.013 | nd | nd | 0 |
| 3-MP | 0.028 | 0.013 | 0.008 | 0.011 | 0.013 | 0.018 | 0.020 | 0.014 | 0.027 | 0.026 | nd | 0.018 | 0.008 | 0.028 | 11 |
| 1-MDBT | 0.008 | 0.008 | 0.007 | 0.002 | nd | 0.005 | 0.004 | 0.004 | 0.008 | 0.007 | 0.020 | 0.008 | 0.002 | 0.008 | 10 |
| 2-MP | 0.023 | 0.010 | 0.009 | 0.008 | 0.008 | 0.018 | 0.017 | 0.015 | 0.010 | 0.011 | nd | 0.013 | 0.008 | 0.023 | 11 |
| Heptachlor | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 4/9-MP | 0.018 | 0.010 | 0.009 | 0.014 | 0.013 | 0.012 | 0.015 | 0.009 | 0.019 | 0.015 | 0.020 | 0.014 | 0.009 | 0.020 | 11 |
| 1-MP | 0.004 | TR | nd | 0.004 | 0.006 | nd | 0.006 | 0.008 | TR | 0.004 | nd | 0.005 | 0.004 | 0.008 | 5 |
| Aldrin | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 3,6-DMP | 0.002 | 0.003 | TR | 0.002 | 0.003 | 0.004 | TR | 0.003 | TR | 0.002 | nd | 0.003 | 0.002 | 0.004 | 7 |
| 3,5-DMP | nd | nd | TR | nd | 0.008 | 0.008 | 0.006 | TR | TR | nd | nd | 0.007 | 0.006 | 0.008 | 3 |
| 2,6-DMP | nd | nd | nd | nd | nd | nd | nd | TR | nd | nd | nd | nd | nd | nd | 0 |
| 2,7-DMP | 0.014 | 0.013 | 0.010 | 0.011 | 0.021 | 0.030 | 0.016 | 0.022 | 0.022 | 0.010 | 0.020 | 0.017 | 0.010 | 0.030 | 11 |
| 3,9-DMP | nd | nd | TR | 0.002 | 0.003 | 0.004 | TR | 0.005 | TR | 0.002 | 0.005 | 0.003 | 0.002 | 0.005 | 6 |

A00022

11/3/97

**Table 1**

## WSP A II EFFLUENT DATA-

| ANALYTE† | Refinery 2 W1-001 ppb | W1-002 ppb | W1-003 ppb | W2-001 ppb | W2-002 ppb | W3-001 ppb | W3-002 ppb | W3-003 ppb | W4-001 ppb | W4-002 ppb | W4-003 ppb | MEAN ppb | RANGE MIN | MAX | FREQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,8/2,5/2,9-DMP | 0.006 | 0.004 | TR | 0.006 | 0.009 | 0.004 | 0.004 | 0.004 | 0.004 | 0.005 | 0.005 | 0.005 | 0.004 | 0.009 | 10 |
| 1,7-DMP | nd | nd | nd | nd | nd | nd | nd | nd | TR | nd | nd | nd | nd | nd | 0 |
| 1,9/4,9-DMP | 0.005 | 0.003 | TR | 0.005 | 0.004 | 0.004 | nd | 0.004 | TR | 0.003 | nd | 0.004 | nd | 0.005 | 7 |
| 1,2-DMDBT | TR | TR | TR | TR | TR | TR | TR | TR | TR | TR | TR | nd | nd | nd | 0 |
| Fluoranthene | TR | TR | nd | nd | TR | TR | 0.003 | TR | nd | nd | nd | nd | nd | 0.003 | 1 |
| 1,5-DMP | nd | TR | TR | nd | nd | nd | nd | 0.007 | nd | nd | nd | 0.007 | nd | 0.007 | 1 |
| Heptachlor Epoxide | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,8-DMP | 0.004 | 0.002 | 0.002 | 0.002 | 0.001 | 0.003 | 0.003 | 0.002 | 0.002 | 0.002 | nd | 0.002 | 0.001 | 0.004 | 10 |
| 1,2-DMP | 0.004 | 0.004 | 0.003 | 0.002 | 0.003 | 0.005 | 0.003 | 0.003 | TR | 0.002 | nd | 0.003 | 0.002 | 0.005 | 9 |
| 9,10-DMP | 0.003 | TR | TR | TR | 0.003 | 0.007 | TR | TR | 0.003 | TR | TR | 0.004 | 0.003 | 0.007 | 4 |
| Pyrene | TR | TR | TR | TR | TR | 0.005 | TR | TR | TR | TR | nd | 0.005 | 0.005 | 0.005 | 1 |
| o,p'-DDE | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Chlordane | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| trans-Nonachlor | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL5-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Dieldrin | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| p,p'-DDE | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| o,p'-DDD | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL6-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,2,8-TMP | 0.014 | 0.007 | nd | 0.015 | 0.009 | nd | 0.015 | 0.015 | 0.009 | 0.018 | nd | 0.013 | 0.007 | 0.018 | 8 |
| p,p'-DDD/o,p'-DDT | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL7-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| p,p'-DDT | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzanthracene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Chrysene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL8-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzo(b&k)fluor | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzo(e)pyrene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL10-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Indenopyrene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Dibenzanthracene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzoperylene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |

A00023

Table 1

11/3/97

## WSPA II EFFLUENT DATA-

| ANALYTE† | Refinery 3 | | | | | | | | | | | | MEAN | RANGE | | FREQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W1-001 ppb | W1-002 ppb | W1-003 ppb | W2-001 ppb | W2-002 ppb | W2-003 ppb | W3-001 ppb | W3-002 ppb | W3-003 ppb | W4-001 ppb | W4-002 ppb | W4-003 ppb | ppb | MIN | MAX | |
| Naphthalene | nd | 0.019 | nd | 0.028 | 0.044 | 0.059 | 0.036 | 0.120 | nd | nd | 0.025 | nd | 0.047 | 0.019 | 0.120 | 7 |
| 2-MN | nd | nd | nd | nd | 0.018 | 0.014 | nd | nd | nd | nd | nd | nd | 0.018 | 0.018 | 0.018 | 1 |
| 1-MN | nd | nd | nd | nd | nd | 0.014 | nd | nd | nd | nd | nd | nd | 0.014 | 0.014 | 0.014 | 1 |
| 2-EN | 0.004 | nd | nd | 0.067 | nd | 0.014 | 0.006 | nd | nd | nd | nd | nd | 0.014 | 0.004 | 0.067 | 6 |
| I-EN | 0.027 | 0.040 | 0.037 | 0.011 | 0.095 | 0.100 | 0.006 | nd | nd | 0.007 | 0.013 | 0.009 | 0.039 | 0.006 | 0.100 | 9 |
| 2,6/2,7-DMN | nd | TR | nd | 0.012 | 0.024 | 0.023 | 0.007 | 0.023 | 0.010 | 0.017 | 0.033 | 0.011 | 0.021 | 0.007 | 0.045 | 5 |
| 1,3/1,7-DMN | nd | 0.005 | 0.004 | 0.012 | 0.031 | 0.011 | 0.015 | 0.017 | 0.008 | 0.011 | 0.022 | 0.008 | 0.013 | 0.004 | 0.033 | 9 |
| 1,6-DMN | 0.004 | 0.007 | 0.005 | 0.012 | 0.014 | 0.008 | 0.005 | 0.006 | 0.008 | 0.011 | 0.031 | 0.011 | 0.013 | 0.004 | 0.027 | 11 |
| 1,4/2,3-DMN | 0.004 | 0.007 | 0.007 | 0.007 | 0.011 | 0.011 | 0.005 | 0.009 | 0.007 | 0.013 | 0.045 | 0.016 | 0.011 | 0.004 | 0.011 | 7 |
| 1,5-DMN | 0.006 | 0.007 | 0.007 | 0.007 | 0.010 | 0.011 | 0.005 | 0.006 | 0.007 | 0.013 | 0.031 | 0.015 | 0.011 | 0.005 | 0.031 | 12 |
| Acenaphthylene | 0.058 | 0.062 | 0.067 | 0.058 | 0.071 | nd | nd | 0.035 | nd | nd | 0.045 | nd | 0.057 | 0.035 | 0.071 | 7 |
| 1,2-DMN | 0.003 | nd | nd | 0.007 | 0.006 | 0.006 | 0.005 | nd | TR | 0.003 | 0.008 | nd | 0.006 | 0.003 | 0.010 | 7 |
| 1,8-DMN | nd | nd | nd | nd | nd | nd | nd | nd | 0.035 | nd | nd | nd | 0.003 | 0.003 | 0.003 | 1 |
| Acenaphthene | 0.034 | 0.031 | 0.029 | 0.027 | 0.015 | 0.012 | nd | 0.003 | 0.016 | 0.003 | 0.019 | 0.010 | 0.022 | 0.012 | 0.034 | 7 |
| CL1-PCB | 0.012 | 0.016 | 0.008 | nd | 0.024 | 0.014 | 0.013 | 0.025 | 0.014 | 0.008 | 0.037 | 0.032 | nd | nd | nd | 0 |
| 1,6,7-TMN | 0.012 | 0.016 | 0.008 | 0.027 | 0.024 | 0.014 | 0.013 | 0.019 | 0.014 | 0.018 | 0.037 | 0.009 | 0.020 | 0.008 | 0.037 | 12 |
| Fluorene | nd | nd | nd | nd | 0.031 | 0.018 | 0.013 | nd | nd | 0.008 | 0.015 | 0.009 | 0.016 | 0.009 | 0.031 | 7 |
| a-BHC | nd | nd | nd | nd | nd | 0.014 | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL2-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Hexachlorobenzene | 0.023 | 0.018 | 0.012 | 0.030 | 0.017 | nd | 0.015 | 0.016 | 0.015 | 0.027 | 0.032 | 0.028 | 0.021 | 0.012 | 0.032 | 11 |
| Dibenzothiophene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| b-BHC | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Lindane | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Phenanthrene | TR | nd | 0.020 | 0.069 | 0.069 | 0.025 | 0.024 | 0.057 | 0.028 | 0.028 | 0.029 | 0.025 | 0.034 | 0.020 | 0.069 | 9 |
| Anthracene | TR | 0.003 | 0.003 | 0.004 | 0.017 | 0.012 | 0.009 | 0.013 | 0.008 | 0.007 | 0.009 | 0.007 | 0.008 | 0.003 | 0.017 | 11 |
| d-BHC | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL3-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0.003 | 0.002 | 0.004 | 7 |
| 4-MDBT | 0.003 | nd | nd | nd | nd | 0.002 | 0.003 | 0.004 | 0.002 | 0.004 | nd | nd | 0.003 | 0.002 | 0.004 | 7 |
| 2/3-MDBT | 0.014 | 0.018 | 0.011 | 0.081 | 0.100 | 0.083 | 0.038 | 0.066 | 0.038 | 0.044 | 0.028 | 0.029 | 0.044 | 0.011 | 0.100 | 12 |
| CL4-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 3-MP | 0.009 | 0.011 | 0.011 | 0.023 | 0.023 | 0.011 | 0.009 | nd | 0.009 | 0.009 | nd | 0.015 | 0.013 | 0.009 | 0.023 | 9 |
| 1-MDBT | 0.003 | 0.004 | 0.011 | 0.010 | 0.011 | 0.014 | 0.008 | 0.015 | 0.008 | 0.009 | 0.011 | nd | 0.009 | 0.003 | 0.015 | 10 |
| 2-MP | 0.017 | 0.017 | 0.031 | 0.038 | 0.031 | 0.019 | 0.010 | 0.018 | 0.008 | 0.019 | 0.016 | 0.058 | 0.023 | 0.008 | 0.058 | 12 |
| Heptachlor | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 4/9-MP | 0.011 | 0.013 | 0.008 | 0.083 | 0.120 | 0.078 | 0.054 | 0.081 | 0.062 | 0.100 | 0.120 | 0.058 | 0.088 | 0.008 | 0.120 | 11 |
| 1-MP | nd | nd | nd | 0.017 | nd | nd | 0.008 | 0.009 | nd | nd | nd | nd | 0.018 | 0.008 | 0.028 | 5 |
| Aldrin | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 3,6-DMP | 0.002 | 0.013 | 0.008 | 0.010 | 0.010 | 0.003 | 0.003 | 0.005 | 0.004 | 0.003 | nd | nd | 0.005 | 0.002 | 0.010 | 11 |
| 3,5-DMP | 0.006 | nd | nd | 0.008 | 0.004 | 0.004 | 0.004 | 0.007 | 0.004 | 0.005 | 0.008 | 0.028 | 0.007 | 0.004 | 0.028 | 8 |
| 2,6-DMP | nd | nd | 0.011 | nd | nd | nd | nd | nd | nd | nd | nd | 0.014 | nd | nd | 0.010 | 10 |
| 2,7-DMP | 0.042 | 0.042 | 0.032 | 0.072 | 0.025 | 0.048 | 0.069 | 0.130 | 0.110 | 0.031 | 0.038 | 0.003 | 0.058 | 0.025 | 0.130 | 11 |
| 3,9-DMP | 0.013 | 0.010 | 0.007 | 0.009 | nd | 0.002 | nd | 0.002 | 0.004 | 0.004 | 0.003 | 0.003 | 0.006 | 0.002 | 0.013 | 10 |

Table 1

WSPA II EFFLUENT DATA-

11/3/97

| ANALYTE† | Refinery 3 | | | | | | | | | | | | | RANGE | | FREQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W1-001 ppb | W1-002 ppb | W1-003 ppb | W2-001 ppb | W2-002 ppb | W2-003 ppb | W3-001 ppb | W3-002 ppb | W3-003 ppb | W4-001 ppb | W4-002 ppb | W4-003 ppb | MEAN ppb | MIN | MAX | |
| 1,6/2,5/2,9-DMP | nd | nd | 0.000 | 0.022 | 0.018 | 0.022 | nd | 0.018 | 0.013 | 0.017 | 0.016 | 0.004 | 0.014 | 0.000 | 0.022 | 9 |
| 1,7-DMP | nd | nd | nd | nd | 0.004 | 0.004 | nd | TR | nd | 0.004 | nd | TR | 0.004 | 0.004 | 0.004 | 3 |
| 1,9/4,9-DMP | TR | nd | nd | nd | nd | 0.006 | nd | nd | nd | 0.004 | nd | 0.005 | 0.005 | 0.004 | 0.006 | 3 |
| 1,2-DMDBT | TR | nd | nd | nd | 0.016 | 0.008 | nd | 0.012 | 0.008 | 0.008 | 0.010 | nd | 0.010 | 0.008 | 0.016 | 8 |
| Fluoranthene | TR | nd | nd | nd | 0.008 | 0.004 | 0.004 | 0.009 | 0.009 | 0.005 | 0.008 | 0.004 | 0.008 | 0.004 | 0.009 | 8 |
| 1,5-DMP | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0.004 | nd | nd | 0.004 | 0.004 | 0.004 | 1 |
| Heptachlor Epoxide | 0.005 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,8-DMP | 0.004 | nd | nd | 0.009 | 0.008 | 0.004 | 0.002 | 0.004 | 0.003 | 0.007 | 0.007 | 0.003 | 0.005 | 0.002 | 0.009 | 10 |
| 1,2-DMP | 0.008 | 0.008 | nd | 0.011 | 0.006 | 0.005 | 0.003 | 0.003 | 0.007 | 0.005 | 0.004 | 0.003 | 0.005 | 0.003 | 0.009 | 9 |
| 9,10-DMP | 0.004 | 0.005 | 0.008 | 0.006 | 0.009 | 0.006 | 0.003 | 0.013 | 0.007 | 0.006 | 0.010 | nd | 0.008 | 0.005 | 0.013 | 11 |
| Pyrene | nd | nd | TR | nd | nd | nd | TR | 0.005 | TR | 0.004 | 0.005 | nd | 0.005 | 0.004 | 0.009 | 8 |
| o,p'-DDE | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Chlordane | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| trans-Nonachlor | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL5-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Dieldrin | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| p,p'-DDE | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| o,p'-DDD | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL6-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,2,8-TMP | nd | nd | nd | 0.025 | 0.029 | nd | 0.018 | 0.033 | nd | nd | nd | nd | 0.026 | 0.018 | 0.033 | 4 |
| p,p'-DDD/o,p'-DDT | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL7-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| p,p'-DDT | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzanthracene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Chrysene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL8-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzo(bk)fluor | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzo(a)pyrene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL10-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Indenopyrene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Dibenzanthracene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzoperylene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |

A00025

11/3/97

Table 1

## WSPA II EFFLUENT DATA

| ANALYTE† | Refinery 4 | | | | | | | | | | | MEAN | RANGE | | FREQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W1-001 ppb | W1-002 ppb | W1-003 ppb | W2-001 ppb | W2-002 ppb | W2-003 ppb | W3-001 ppb | W3-002 ppb | W3-003 ppb | W4-001 ppb | W4-002 ppb | ppb | MIN | MAX | |
| Naphthalene | nd | nd | nd | 0.023 | nd | 0.037 | 0.083 | 0.081 | nd | nd | nd | 0.056 | 0.023 | 0.083 | 4 |
| 2-MN | nd | nd | nd | 0.033 | nd | 0.043 | nd | nd | nd | nd | nd | 0.038 | 0.033 | 0.043 | 2 |
| 1-MN | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 2-EN | 0.003 | nd | nd | nd | 0.005 | nd | 0.007 | 0.031 | 0.021 | nd | 0.005 | 0.012 | 0.003 | 0.031 | 6 |
| 1-EN | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 2,6/2,7-DMN | nd | 0.008 | 0.024 | 0.013 | nd | 0.022 | nd | 0.030 | nd | nd | 0.009 | 0.022 | 0.013 | 0.030 | 4 |
| 1,3/1,7-DMN | nd | 0.008 | 0.008 | nd | TR | 0.008 | 0.008 | 0.008 | TR | nd | 0.011 | 0.007 | 0.008 | 0.009 | 6 |
| 1,6-DMN | nd | NF | nd | nd | nd | nd | 0.013 | nd | nd | 0.016 | 0.011 | 0.013 | 0.011 | 0.016 | 3 |
| 1,4/2,3-DMN | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,5-DMN | 0.016 | 0.022 | 0.023 | 0.028 | 0.046 | 0.028 | 0.018 | 0.019 | 0.013 | 0.008 | 0.008 | 0.021 | 0.008 | 0.046 | 11 |
| Acenaphthylene | TR | 0.072 | 0.072 | TR | 0.040 | nd | 0.054 | nd | 0.039 | 0.008 | nd | 0.051 | 0.039 | 0.072 | 4 |
| 1,2-DMN | TR | nd | nd | TR | 0.015 | TR | 0.006 | nd | TR | nd | nd | nd | nd | nd | 0 |
| 1,8-DMN | nd | 0.006 | 0.008 | 0.015 | nd | nd | 0.006 | 0.008 | nd | nd | nd | 0.008 | 0.006 | 0.015 | 6 |
| Acenaphthene | nd | 0.033 | nd | 0.021 | nd | 0.022 | nd | nd | 0.043 | 0.079 | 0.038 | 0.039 | 0.021 | 0.079 | 6 |
| CL1-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,6,7-TMN | 0.005 | 0.009 | 0.013 | 0.006 | 0.003 | 0.007 | 0.003 | 0.006 | 0.004 | 0.003 | 0.003 | 0.006 | 0.003 | 0.013 | 11 |
| Fluorene | nd | nd | nd | nd | nd | nd | nd | 0.006 | nd | nd | nd | 0.006 | 0.006 | 0.006 | 1 |
| a-BHC | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL2-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Hexachlorobenzene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Dibenzothiophene | nd | 0.010 | 0.010 | 0.008 | nd | 0.007 | nd | 0.008 | 0.007 | 0.018 | 0.008 | 0.009 | 0.007 | 0.018 | 8 |
| b-BHC | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Lindane | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Phenanthrene | 0.008 | 0.005 | 0.007 | 0.003 | 0.007 | nd | 0.020 | 0.027 | nd | nd | nd | 0.024 | 0.020 | 0.027 | 2 |
| CL3-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Anthracene | 0.008 | 0.005 | 0.007 | 0.022 | 0.007 | 0.022 | 0.010 | 0.008 | nd | nd | nd | 0.008 | 0.003 | 0.022 | 10 |
| d-BHC | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 2/3-MDBT | nd | 0.002 | 0.002 | 0.002 | 0.002 | 0.002 | 0.001 | 0.004 | TR | nd | nd | 0.002 | 0.001 | 0.004 | 5 |
| 4-MDBT | 0.004 | 0.005 | 0.005 | 0.003 | 0.003 | 0.003 | nd | 0.006 | TR | nd | nd | 0.004 | 0.003 | 0.006 | 7 |
| CL4-PCB | TR | nd | nd | nd | nd | nd | nd | nd | TR | nd | nd | nd | nd | nd | 0 |
| 3-MP | TR | nd | TR | nd | TR | TR | 0.005 | 0.008 | TR | nd | nd | 0.005 | 0.004 | 0.008 | 3 |
| 1-MDBT | 0.002 | 0.002 | 0.002 | 0.001 | 0.002 | 0.001 | nd | 0.002 | 0.001 | TR | TR | 0.002 | 0.001 | 0.002 | 9 |
| 2-MP | nd | nd | nd | nd | nd | nd | 0.005 | 0.005 | 0.005 | TR | TR | 0.005 | 0.005 | 0.005 | 2 |
| Heptachlor | nd | nd | TR | TR | TR | TR | TR | 0.006 | TR | TR | TR | nd | nd | nd | 0 |
| 4/9-MP | TR | 0.004 | TR | TR | TR | TR | nd | 0.006 | TR | TR | TR | 0.005 | 0.004 | 0.006 | 2 |
| 1-MP | nd | nd | nd | nd | nd | nd | TR | 0.003 | TR | TR | nd | 0.003 | 0.003 | 0.003 | 1 |
| Aldrin | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 3,6-DMP | TR | nd | 0.003 | 0.003 | nd | nd | nd | nd | TR | TR | nd | 0.003 | 0.003 | 0.003 | 1 |
| 3,5-DMP | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 2,6-DMP | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 2,7-DMP | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 3,9-DMP | 0.003 | 0.004 | 0.003 | 0.004 | 0.003 | 0.002 | 0.005 | 0.008 | 0.002 | 0.004 | 0.002 | 0.004 | 0.002 | 0.008 | 11 |

11/3/97

Table 1

## WSPA II EFFLUENT DATA·

| ANALYTE† | Refinery 4 W1-001 ppb | W1-002 ppb | W1-003 ppb | W2-001 ppb | W2-002 ppb | W2-003 ppb | W3-001 ppb | W3-002 ppb | W3-003 ppb | W4-001 ppb | W4-002 ppb | MEAN ppb | RANGE MIN | MAX | FREQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,6/2,5/2,9-DMP | nd | nd | nd | nd | nd | nd | TR | TR | nd | nd | nd | nd | nd | nd | 0 |
| 1,7-DMP | nd | nd | nd | nd | nd | nd | nd | 0.004 | nd | nd | nd | 0.004 | 0.004 | 0.004 | 1 |
| 1,9/4,9-DMP | nd | nd | nd | nd | nd | nd | nd | nd | TR | nd | nd | nd | nd | nd | 0 |
| 1,2-DMDBT | nd | TR | TR | TR | TR | nd | nd | nd | TR | nd | nd | nd | nd | nd | 0 |
| Fluoranthene | nd | 0.003 | TR | nd | TR | TR | 0.004 | 0.006 | TR | nd | nd | 0.004 | 0.003 | 0.006 | 3 |
| 1,5-DMP | 0.003 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0.003 | 0.003 | 0.003 | 1 |
| Heptachlor Epoxide | nd | nd | nd | nd | nd | nd | nd | nd | TR | nd | nd | nd | nd | nd | 0 |
| 1,8-DMP | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0.003 | nd | 0.003 | 0.003 | 0.003 | 1 |
| 1,2-DMP | nd | nd | nd | nd | nd | nd | 0.003 | 0.003 | nd | nd | nd | 0.003 | 0.003 | 0.003 | 1 |
| 9,10-DMP | TR | nd | nd | TR | TR | TR | TR | 0.005 | TR | 0.002 | 0.003 | 0.003 | 0.002 | 0.005 | 4 |
| Pyrene | nd | TR | nd | nd | nd | nd | TR | 0.004 | TR | nd | TR | 0.004 | 0.004 | 0.004 | 1 |
| o,p'-DDE | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Chlordane | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| trans-Nonachlor | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL5-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Dieldrin | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0.006 | 0.006 | 0.006 | 1 |
| p,p'-DDE | nd | nd | 0.006 | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| o,p'-DDD | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL6-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,2,8-TMP | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| p,p'-DDD/o,p'-DDT | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL7-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| p,p'-DDT | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzanthracene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Chrysene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL8-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzo(b&k)fluor | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzo(a)pyrene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL10-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Indenopyrene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Dibenzanthracene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzoperylene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |

A00027

Table 1

11/3/97

WSPA II EFFLUENT DATA-

| ANALYTEt | Refinery 5 | | | | | | | | | | | | | | MEAN | RANGE | | FREQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W1-001 ppb | W1-003 ppb | W1b-001 ppb | W1b-002 ppb | W1b-003 ppb | W2-001 ppb | W2-002 ppb | W2-003 ppb | W3-001 ppb | W3-002 ppb | W3-003 ppb | W4-001 ppb | W4-002 ppb | W4-003 ppb | ppb | MIN | MAX | |
| Naphthalene | 0.100 | 0.020 | 0.096 | 0.100 | nd | nd | 0.024 | 0.024 | nd | nd | nd | 0.029 | 0.028 | nd | 0.052 | 0.020 | 0.100 | 8 |
| 2-MN | 0.026 | 0.020 | 0.043 | 0.025 | 0.026 | 0.017 | 0.018 | 0.022 | 0.036 | 0.040 | 0.025 | 0.008 | 0.018 | nd | 0.026 | 0.017 | 0.043 | 12 |
| 1-MN | nd | nd | 0.013 | 0.009 | nd | 0.020 | nd | 0.017 | 0.008 | 0.032 | 0.028 | 0.008 | 0.015 | 0.017 | 0.011 | 0.008 | 0.017 | 5 |
| 2-EN | 0.030 | 0.020 | 0.037 | 0.028 | 0.032 | 0.020 | 0.017 | 0.052 | 0.033 | 0.032 | 0.028 | 0.014 | 0.015 | 0.017 | 0.027 | 0.014 | 0.052 | 14 |
| 1-EN | 0.008 | 0.008 | 0.012 | 0.010 | 0.012 | 0.009 | nd | nd | 0.013 | 0.014 | 0.011 | 0.005 | 0.005 | 0.004 | 0.009 | 0.004 | 0.014 | 11 |
| 2,6/2,7-DMN | 0.022 | 0.033 | 0.055 | 0.033 | 0.025 | 0.019 | 0.014 | 0.056 | 0.038 | 0.024 | 0.028 | 0.024 | 0.017 | 0.014 | 0.037 | 0.025 | 0.055 | 14 |
| 1,3/1,7-DMN | 0.016 | 0.016 | 0.027 | 0.021 | 0.023 | 0.019 | 0.004 | 0.087 | 0.038 | 0.019 | 0.022 | 0.010 | 0.018 | 0.018 | 0.025 | 0.004 | 0.055 | 14 |
| 1,6-DMN | 0.022 | 0.008 | 0.008 | 0.008 | 0.008 | nd | 0.017 | nd | 0.038 | 0.022 | 0.022 | 0.024 | nd | nd | 0.025 | 0.014 | 0.056 | 14 |
| 1,4/2,3-DMN | nd | nd | nd | 0.007 | nd | nd | 0.004 | 0.087 | nd | 0.019 | nd | 0.010 | 0.018 | nd | 0.020 | 0.004 | 0.067 | 11 |
| 1,5-DMN | nd | nd | nd | nd | nd | nd | 0.017 | nd | nd | nd | nd | nd | nd | nd | 0.017 | 0.017 | 0.017 | 1 |
| Acenaphthylene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,2-DMN | 0.018 | 0.015 | 0.022 | 0.021 | 0.021 | 0.018 | 0.013 | 0.046 | 0.045 | 0.029 | 0.030 | 0.012 | 0.012 | 0.010 | 0.022 | 0.010 | 0.046 | 14 |
| 1,8-DMN | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Acenaphthene | nd | 0.034 | nd | 0.110 | 0.160 | 0.030 | 0.088 | 0.008 | 0.036 | 0.029 | nd | 0.011 | 0.029 | 0.034 | 0.056 | 0.008 | 0.160 | 9 |
| CL1-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,6,7-TMN | 0.072 | 0.029 | 0.081 | 0.024 | 0.048 | 0.047 | 0.024 | 0.083 | 0.062 | 0.034 | 0.051 | 0.037 | 0.033 | 0.031 | 0.047 | 0.024 | 0.083 | 14 |
| Fluorene | 0.069 | 0.037 | 0.054 | 0.043 | 0.034 | 0.038 | 0.035 | 0.066 | 0.032 | 0.047 | 0.029 | 0.039 | 0.030 | 0.040 | 0.042 | 0.029 | 0.069 | 14 |
| a-BHC | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL2-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Hexachlorobenzene | 0.027 | nd | 0.029 | 0.042 | 0.031 | 0.027 | 0.030 | 0.030 | 0.036 | 0.030 | 0.031 | 0.027 | 0.035 | 0.032 | 0.031 | 0.027 | 0.042 | 13 |
| Dibenzothiophene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| b-BHC | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Lindane | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Phenanthrene | 0.084 | 0.045 | 0.058 | 0.057 | 0.029 | 0.048 | 0.045 | 0.021 | 0.029 | nd | nd | 0.032 | 0.030 | 0.037 | 0.040 | 0.021 | 0.064 | 13 |
| Anthracene | 0.023 | 0.012 | 0.015 | 0.013 | 0.011 | 0.016 | 0.009 | 0.013 | 0.013 | 0.017 | nd | 0.020 | 0.017 | 0.020 | 0.015 | 0.009 | 0.023 | 13 |
| d-BHC | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL3-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 4-MDBT | 0.002 | 0.003 | nd | nd | nd | nd | 0.002 | nd | 0.015 | nd | nd | 0.002 | 0.004 | 0.002 | 0.004 | 0.002 | 0.015 | 7 |
| 2/3-MDBT | 0.015 | 0.014 | 0.015 | 0.018 | 0.013 | 0.011 | 0.012 | 0.014 | 0.013 | 0.015 | 0.000 | 0.014 | 0.014 | 0.013 | 0.013 | 0.000 | 0.018 | 14 |
| CL4-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 3-MP | nd | 0.008 | 0.008 | 0.007 | 0.007 | 0.029 | 0.038 | 0.038 | 0.007 | 0.006 | 0.007 | nd | 0.027 | 0.032 | 0.017 | 0.006 | 0.038 | 10 |
| 1-MDBT | 0.008 | 0.009 | 0.006 | 0.007 | 0.007 | 0.008 | 0.005 | 0.006 | 0.007 | 0.007 | 0.007 | 0.008 | 0.009 | 0.007 | 0.007 | 0.005 | 0.009 | 10 |
| 2-MP | 0.035 | 0.029 | 0.045 | 0.042 | 0.030 | nd | 0.022 | 0.028 | 0.027 | 0.027 | nd | 0.032 | 0.009 | nd | 0.028 | 0.007 | 0.045 | 14 |
| Heptachlor | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 12 |
| 4/9-MP | 0.029 | 0.024 | 0.024 | 0.022 | 0.019 | 0.022 | 0.018 | 0.024 | 0.017 | 0.022 | 0.038 | 0.028 | 0.024 | 0.025 | 0.024 | 0.017 | 0.038 | 14 |
| 1-MP | 0.009 | 0.012 | 0.012 | 0.009 | 0.008 | nd | 0.005 | nd | 0.009 | 0.008 | 0.017 | nd | 0.009 | 0.008 | 0.009 | 0.004 | 0.017 | 9 |
| Aldrin | 0.004 | nd | nd | 0.003 | 0.003 | TR | TR | 0.003 | 0.004 | 0.002 | 0.010 | NF | TR | TR | 0.004 | 0.002 | 0.010 | 5 |
| 3,6-DMP | 0.008 | TR | 0.005 | 0.008 | 0.008 | 0.005 | 0.005 | 0.006 | nd | 0.008 | TR | 0.009 | 0.005 | nd | 0.006 | 0.004 | 0.009 | 10 |
| 3,5-DMP | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 2,6-DMP | 0.046 | 0.009 | 0.009 | 0.012 | 0.039 | 0.035 | 0.021 | 0.013 | 0.010 | 0.022 | TR | 0.028 | 0.025 | 0.027 | 0.023 | 0.009 | 0.046 | 13 |
| 2,7-DMP | 0.005 | nd | 0.003 | 0.006 | 0.004 | 0.003 | 0.003 | 0.004 | 0.006 | 0.004 | 0.008 | 0.008 | 0.003 | 0.005 | 0.004 | 0.003 | 0.008 | 13 |

Table 1

## WSPA II EFFLUENT DATA

11/3/97

| ANALYTE† | Refinery 5 | | | | | | | | | | | | | | MEAN | RANGE | | FREQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W1-001 ppb | W1-003 ppb | W1b-001 ppb | W1b-002 ppb | W1b-003 ppb | W2-001 ppb | W2-002 ppb | W2-003 ppb | W3-001 ppb | W3-002 ppb | W3-003 ppb | W4-001 ppb | W4-002 ppb | W4-003 ppb | ppb | MIN | MAX | |
| 1,6/2,5/2,9-DMP | 0.016 | 0.017 | 0.014 | 0.016 | 0.014 | 0.013 | 0.012 | 0.012 | 0.013 | 0.013 | 0.004 | 0.017 | 0.014 | 0.015 | 0.014 | 0.004 | 0.017 | 14 |
| 1,7-DMP | TR | nd | TR | TR | TR | 0.004 | nd | 0.003 | TR | TR | 0.011 | 0.004 | TR. | 0.005 | 0.006 | 0.003 | 0.011 | 4 |
| 1,9/4,9-DMP | 0.003 | nd | 0.003 | 0.003 | TR | 0.004 | nd | TR | TR | TR | nd | TR | TR. | TR | 0.003 | 0.003 | 0.004 | 3 |
| 1,2-DMDBT | 0.009 | 0.005 | 0.009 | 0.009 | 0.008 | 0.008 | 0.006 | 0.007 | 0.007 | 0.007 | 0.008 | 0.008 | 0.004 | 0.008 | 0.007 | 0.004 | 0.009 | 12 |
| Fluoranthene | 0.006 | TR | 0.004 | 0.004 | TR | TR | 0.004 | 0.005 | 0.005 | TR | 0.008 | 0.008 | TR | 0.008 | 0.005 | 0.004 | 0.008 | 8 |
| 1,5-DMP | 0.005 | nd | TR | nd | nd | 0.006 | nd | nd | nd | 0.008 | TR | 0.008 | 0.004 | 0.003 | 0.006 | 0.003 | 0.008 | 6 |
| Heptachlor Epoxide | nd | nd | TR | nd | nd | TR | nd | nd | TR | nd | TR | NF | nd | nd | nd | nd | nd | 0 |
| 1,8-DMP | 0.002 | 0.003 | 0.003 | 0.003 | 0.002 | TR | 0.001 | 0.002 | 0.002 | 0.003 | 0.003 | 0.003 | nd | 0.003 | 0.002 | 0.001 | 0.003 | 11 |
| 1,2-DMP | TR | nd | 0.003 | 0.002 | 0.002 | TR | nd | TR | TR | 0.003 | 0.002 | TR | 0.006 | nd | 0.003 | 0.002 | 0.006 | 7 |
| 9,10-DMP | 0.004 | nd | 0.005 | 0.007 | 0.006 | 0.002 | TR | TR | TR | 0.005 | TR | 0.003 | 0.008 | 0.004 | 0.004 | 0.002 | 0.007 | 9 |
| Pyrene | TR | TR | TR | TR | TR | 0.004 | TR | 0.005 | nd | nd | nd | 0.008 | 0.008 | 0.004 | 0.005 | 0.004 | 0.008 | 5 |
| o,p'-DDE | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Chlordane | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| trans-Nonachlor | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL5-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Dieldrin | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| p,p'-DDE | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| o,p'-DDD | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL6-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| 1,2,8-TMP | 0.018 | 0.022 | 0.028 | 0.028 | 0.024 | 0.017 | 0.018 | 0.012 | 0.015 | 0.025 | 0.025 | 0.025 | 0.044 | 0.030 | 0.023 | 0.012 | 0.044 | 12 |
| p,p'-DDD/o,p'-DDT | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL7-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| p,p'-DDT | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzanthracene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0.014 | nd | nd | 0.014 | 0.014 | 0.014 | 1 |
| Chrysene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL8-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzo(b&k)fluor | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzo(a)pyrene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| CL10-PCB | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Indenopyrene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Dibenzanthracene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |
| Benzoperylene | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | nd | 0 |

A00029

concerning characterization of the effluents. After that date some analyses were performed by New England Testing Laboratory using EPA method 8270B, in which priority pollutants, including 17 parent PAHs and 2-methylnaphthalene, were determined with detection limits of ~1ug/L (ppb). It is clear from the comparison data presented (Table 1) that these detection limits were inadequate to characterize even the parent PAH content of the effluent. An inherent chemical property of many of these PAHs, there very low aqueous solubilities ( Mackay and Shiu, 1977) and the fact that they are discharging into an estuary or saline environment which further reduces aqueous solubilities (Whitehouse, 1984) and the refiners prior knowledge of the importance of alkylated and heterocyclic PAH in their effluent should have been clues that EPA Method 8270B was an inadequate method for effluent characterization. Further, the automated library mass spectral searches performed by New England Testing Laboratory to characterize "unidentified" peaks in the chromatograms failed to correctly identify many peaks as petroleum-related aromatics since background subtraction prior to mass spectral library searching appears not to have been performed.

In Oct. 1996, Star Enterprises submitted samples of water to the Texas A&M Geochemical and Environmental Research Group (GERG) for analysis of dissolved, particulate and total PAH. These data reported by GERG in Jan., 1997 represent the first attempt by Star Enterprises to fully characterize the aromatic fraction of in the waters of the region of the refinery discharge. The locations of the samples are not indicated in any documents supplied so it is difficult to interpret the results except to note that many alkylated and heterocyclic PAH were detected that had been ignored in previous analysis attempts. The five samples which were filtered prior to analysis demonstrate what is increasingly being recognized and that is that even though partition coefficients for PAH onto suspended particulates are high (factors of 10 to 10,000), that solution phase transport may dominate the short-term fate of PAH if suspended particulate concentrations are relatively low. These data support that observation made in other studies (see Section 2).

A00030

11/3/97
Dr. Jay C. Means

NRDC and Audubon Society vs.
Texaco Refining and Marketing

## Section 2-

## Interactions of Petroleum Hydrocarbons with Particulates: Fate and Transport

Among the various interactions which influence the transport and fate of organic contaminants in environmental systems, sorptive interactions with various particulate materials are considered to be of prime importance in determining the ultimate fate and, to some degree, the toxicity of organic contaminants to target species. Sorption may also play a role in determining the volatilization and the bioavailability of the contaminants of concern.

Sorption results when a component in the gas phase or in solution is concentrated at an interface (Bailey and White, 1970). For sediment/water systems, the interface of primary concern is the liquid/solid interface. The sorbing species is referred to as the solute when it is in solution and the sorbate when it is in contact with the solid (sorbent) surface. Sorption will occur when the forces of attraction between the sorbate and the solid (sorbent) surface are greater than the sum of the repulsive forces between the solid and the sorbate and the forces of attraction between the solute and the solvent (Adamson, 1976).

For neutral hydrophobic organic chemicals (NHOC) or solutes having low solubilities in water, sorption occurs due to a weak solute-solvent interaction rather than a large specific sorbate-sorbent interaction. Here, even very weak sorbate-sorbent attraction (e.g., Van der Walls forces; Horvath and Melander, 1978) will overcome the weak solute-solvent interaction and result in the sorption of the compound from solution (Mackay , 1979, Mackay and Patterson, 1981). A weak interaction between solute and the sorbent is the result of a large decrease in the entropy of the system upon solvation (Karickhoff et al., 1979; Means et al., 1980, Karickhoff, 1984) and the absence of significant hydrophilic character in the molecule. This process is termed hydrophobic sorption because of the existence of the weak solute-solvent interaction.

A00031

11/3/97
Dr. Jay C. Means

NRDC and Audubon Society vs.
Texaco Refining and Marketing

In research related to the fate and transport of hydrophobic contaminants in sediment/aquatic systems, the role of sediment organic matter in controlling the sorption process of NHOCs was established and predictive equations for the estimation of Koc from compound properties such as aqueous solubility or Kow (octanol/water partition coefficient) were developed (Karickhoff et al., 1979; Means et. al., 1979,1980, 1982). In subsequent research, the role of pH and ionic strength in modifying aqueous sorption properties have also been established (Wijayaratne and Means, 1984, Means, 1995). These predictive equations are now commonly used in both the geochemical and environmental regulatory process.

$$\text{Log Koc} = 1.00 \text{ Log Kow } -0.317, r^2 = 0.980$$

$$\text{Log Koc} = -0.686 \log S + 4.273, r^2 = 0.933$$

where Kow is the octanol-water partition coefficient or S is the aqueous solubility expressed in terms of ug/mL. Other molecular parameters such as molecular topology have been proposed as predictors of the nature and strength of sorption to sediment organic matter (Sabljic, 1984).

The limits of the predictability of solute sorption using these models stem from two sources. The first is the breakdown of some of the assumptions required to use these models when dealing with some real world aquatic systems. In many systems of environmental concern, the assumptions of homogeneity, and rapid and reversible equilibration between the liquid and solid phases may not hold due to kinetic or steric restrictions on equilibration. The presence of colloidal organic matter may also significantly alter some of the Kp constants used. Secondly, for compounds which are highly sorbed, the sorption capacity of the sorbent may be exceeded, particularly in low organic carbon soils, causing the assumption of non-saturation of phases to be exceeded. As the sorption capacity of the sediment is approached, non-linearity in the sorption isotherm may lead to either self-adsorption to occur on the solid phase or for micelle formation to occur in the solution phase. Evidence from batch sorption experiments suggests that non-

18

A00032

Case 1:88-cv-00263-SLR    Document 305    Filed 07/18/2005    Page 36 of 40
11/3/97                              NRDC and Audubon Society vs.
Dr. Jay C. Means                     Texaco Refining and Marketing

linearity in the sorption constant ($K_d$) for such compounds may be observed experimentally at values exceeding 40-60% of solute solubility (Karickhoff, 1984). Multiple mechanisms of interaction between a contaminant and sediments may also lead to deviations from predicted sorption behavior (Means et al, 1982). The reversibility of the sorption processes on organic matter has been the source of some disagreement in the literature. DiToro and Horzempa, (1982) reported that the sorption of certain PCBs to sediment organic matter was irreversible while other investigators have reported the complete reversibility of sorption equilibria. Freeman and Cheung, (1981) proposed a gel matrix model of sediment organic matter which included a three-dimensional network of highly branched polymeric material which could swell and contract in response to solution properties. Gschwend and Wu (1992) proposed a three-dimensional diffusion based model of the sorption-desorption process to explain possible differences in equilibria. Means and McMillin (1993) demonstrated that desorption from contaminated sediments followed a Fickian diffusion based model for single compounds. They also demonstrated that a reversible diffusion-based model predicted the behavior on several PAHs measured simultaneously in a contaminated sediment bed.

The role of colloidal organic matter in the sorption of pesticides and PAHs was pioneered by Dr. Means' laboratory (Means and Wijayaratne, 1982; Wijayaratne and Means, 1984), and has subsequently been confirmed in numerous other laboratories for PCBs (Brownawell and Farrington, 1985, Hassett and Anderson, 1986, Burgess et al., 1996) and chlorinated pesticides (Carter and Suffet, 1982, Caron and Suffet, 1989).

Wijayaratne and Means (1984) showed that the regression of aqueous solubilities for several PAHs vs. colloidal organic matter $K_{doc}$ values yielded results parallel to those obtained on sediment. That equation was:

$$\text{Log } K_{doc} = -0.693 \log S + 4.851, \; r^2 = 0.985$$

**19**

A00033

While the behavior of neutral hydrophobic molecules in association with colloidal organic microparticulates appears to operate by similar mechanisms (e.g. hydrogen bonding, hydrophobic association). The observation in several laboratories that the sorptive capacity of aquatic organic matter may be highly variable suggests that a full understanding of mechanisms has not yet been achieved. For example, Means and Wijayaratne (1982) observed that sorption Kdoc values varied significantly for colloids collected in different parts of an estuary. They went on to show that sorption constants were influenced by both salinity and pH changes in the equilibration mixture for both slightly polar molecules (Means and Wijayaratne, 1982) and neutral compounds (Wijayaratne and Means, 1984). Kile and Chiou (1989) showed that sorption constants as measured by solubility enhancement varied significantly for a number of types of humic acid isolates. In their recent work on the Mississippi River, Periera et al. (1990) have found that a significant portion of the atrazine and other herbicides which they are following down the river are found in association with colloidal phases.

While the nature of the hydrophobic bond has been investigated with a variety of biomolecules the nature of aquatic colloidal organic matter associations with contaminant molecules remains relatively unstudied. Hydrophobic interactions of biomolecules are understood to be about ten fold stronger than van der Waal forces and operate in a range of 0-10 nm in diameter with the magnitude of the interactive force decreasing exponentially with distance (Israelachvili and Pashley, 1982). While hydrophobic binding constants (Kb) for substrate-enzyme binding sites in the range of $Kb = 10^{+10}$ to $10^{+12}$ are relatively common, a number of investigators have argued that binding constants for contaminant-colloid binding can not exceed Koc values derived from sediments.

A00034



**Figure 1,   Three phase model of sediment processes.**

Transport of PAHs in the solution phase as a result of aqueous leaching from contaminated sediments is expected to be quite low Wu and Gschwend, 1986). This is based on their low aqueous solubility (<100 ppb) and high octanol-water partition coefficient (log Kow >3). These properties can be used in one of many available regression equations (Means et al., 1980) to predict sediment partition coefficients normalized on organic carbon (Koc) values of >3.5. Many theories have been proposed to explain the "facilitated" transport of hydrophobic organics in aquatic systems including association with colloids and/or microparticulates (Means and Wijayaratne, 1982, 1984; Wijayaratne and Means, 1984; Sigleo and Means, 1990) and combination with natural surfactants to form micelles. In these systems, a three-phase partitioning process is established which may influence both the flux rates and equilibria in the systems and the bioavailability of contaminants (Figure 1). Organic colloids are likely the primary facilitators at contaminated sediment sites at which high dissolved organic matter concentrations are observed in interstitial waters. Two important questions to be addressed in extending the knowledge of solute transport and bioavailability in water/sediment systems to reflect the potential presence of colloids are (1) what are

A00035

the governing theories for the sorption processes and (2) what are the kinetic and equilibrium characteristics of sorption and desorption.

Figure 2 shows an exploded view of some of the critical chemodynamic processes which determine the distribution of chemical species associated with contaminated sediments in solution, colloidal and both suspended and bedded sediment phases.  Considering this model, it is clear that there is the potential for a variety of phase exchanges to occur during normal seasonal resuspension events or during dredge material disposal operations and that these exchanges may involve both rapid and slow processes and therefore both equilibrium and non-equilibrium kinetics.  The challenge for Texaco is to examine the



Figure  2    Three-phase  Partitioning  Model

potential for organism exposures to occur in the context of these chemodynamic exchanges.  Because of the complexity of these systems, we recommend that Texaco examine the potential for transport, bioaccumulation and food-chain transfer to occur in organisms exposed to contaminated sediments in a tiered approach.

22

A00036

## Rationale for Three-Phase Sampling and Analysis of Pollutants in Assessing Transport and Bioavailability

Chemical pollutants may exist in the dissolved phase or the particulate phase within aquatic systems. Typically the distribution of any such pollutant has been described as a simple partition coefficient, or Kd. Recent research has identified a third, or colloidal, phase which may mediate the partitioning processes occurring between truly dissolved and particle-sorbed contaminants. The potential for freshwater, estuarine and marine colloidal phases to sorb contaminants, including both trace and rare earth elements and a variety of neutral hydrophobic contaminants, has been investigated and reviewed recently by Sigleo and Means (1990). Since the colloidal phase has been demonstrated to be able to compete successfully with particulate phases for a variety of contaminants, thus decreasing the partition coefficients, and because this third phase is typically more mobile than the particulate phase, estimates of "dissolved fluxes" of various contaminants may be underestimated if they are based on two-phase partitioning models (Sigleo and Means, 1990). The challenge of this study will be to develop a transport model for pollutants which takes into account the partitioning that may occur in such a three-phase system (Figure 3) as it relates to bioavailability of various contaminants. While it is recognized that terrigenous colloids may be flocculating out of the system at relatively low salinities, recent studies carried out in other large river estuaries suggests that this allochthonous material is quickly replaced with autochthonous colloids generated in association with the high primary productivity of estuaries (Sigleo and Means, 1990, and references therein).

Both inorganics and organics may be found in association with colloidal phases. Table 2 shows the crustal enrichment factor for several elements on estuarine colloidal material (Sigleo and Means, 1990 and references therein). Crustal enrichment factor is the ratio of Al-normalized sample metal content to the Al-normalized value for the average of the earth's crust, and shows the tendency of a given metal to associate with the inorganic, Al-clay mineral fraction (values near unity) or with the organic (including colloidal) fraction (values greater than one). It

A00037