(interpretation of hit and no/hit alternatives for decision making); and (3) multivariate analysis (see Section 3.10). Each approach is discussed in detail in Chapman (1996). The most appropriate approach or combination of approaches will be used depending on the results of the exposure data, toxicity data, and benthic community data. The Triad approach will provide major components of the exposure and effects data used to address the key assessment questions presented in Section 3.10.

## 3.5 Fingerprinting of Motiva's PAHs

### 3.5.1 Background

The goal of the PAH fingerprinting task is to identify <u>PAH assemblages</u> in the Refinery effluent, understand the fate of these PAHs in the estuarine receiving environment, and differentiate Motiva-related PAH patterns in sediment and biota from those arising from other sources (e.g., ambient background levels or other point sources of PAHs). PAH fingerprinting will be conducted by Battelle under the direction of Dr. Allen Uhler.

The specific objectives of the fingerprinting task are:

1. **Characterize the nature (i.e., detailed composition) of PAHs and related marker compounds in Refinery effluent/discharge canal sediment.** Hydrocarbons discharged in the Refinery effluent are genetically linked to the crude oil and refined products produced in the Refinery. Their <u>chemical patterns</u> reflect both their petrogenic origins and the unique mixtures of petroleum hydrocarbons handled at the facility. <u>The occurrence and relative distributions of important parent and C1-, C2-, C3- and C4- alkyl homologues as well as individual PAH isomers in the Refinery effluent and in the sediment of the discharge canal represent a chemical "fingerprint" from this point-source.</u> In addition to PAHs, GC/MS data for petroleum-specific biomarkers compounds (sterane and triperpanes) will be collected during analyses of environmental samples in the event we determine the need for these chemicals as important second-tier markers of Refinery effluent.

2. **Characterize PAH assemblages in the immediate vicinity/mixing zone of the discharge canal and in sediments both upstream and downstream of the Refinery and sediment traps.** PAH compounds arise from many sources and, through non-point source runoff,

34

A00153a

POTW discharges, industrial outfalls, and atmospheric fallout, find their way into river systems and ultimately, into river sediments. In the Delaware River, the PAH signatures from such sources will be different than those arising from Motiva's effluent. A detailed characterization of upstream and downstream sediments at all study sites (and caged bivalves tissue described in Section 3.6) will allow us to identify the chemical signatures of these sources and defensibly demarcate the zone of influence of Motiva-related PAHs in the river. The sediment that accumulates in the sediment traps will also be analyzed in the same manner.

3. **Support investigations of the bioavailability and sources of bioavailable PAHs.** An important aspect of the study is an assessment of bioavailable PAHs and the sources of that bioavailable fraction in the river. One component of this investigation (Section 3.6) will be deployment of caged bivalves to directly measure bioavailable PAHs in the river. Caged bivalves will be deployed at locations proximal to, upstream, and downstream of Motiva's discharge. After suitable equilibration time (typically 30-45 days), tissue from the caged organisms will be retrieved and analyzed for PAH and other marker compounds. The total concentrations and relative distributions of PAH will be compared and contrasted among the spatially variant samples. It is possible that the caged organisms deployed near the discharge will contain a clear Refinery marker. If this is true, it will allow us to determine the range of influence of bioavailable PAHs arising from Refinery discharge. Recent work by Battelle in the North Sea has shown that petroleum-specific decalins are readily accumulated by caged bivalves and are excellent markers for exposure to petroleum-derived hydrocarbons (Durell et al., 2000). Decalins from the Motiva effluent were also found to be excellent markers in sediment based on the 1999 Delaware River pilot study (Illeana Rhodes, personal communication, Equilon Enterprises LLC).

## 3.5.2 Approaches for Characterizing Sources of PAHs

A critical element of the fingerprinting task will be the process of identifying and differentiating among PAH assemblages (and potentially other marker compounds) arising from Motiva's effluent and other point- and non-point sources in the Delaware River. We will utilize quantitative chemical fingerprinting techniques to describe and compare the detailed PAH composition of source terms (e.g., Refinery effluent/discharge canal sediment) and receiving environment samples (e.g., upstream, downstream, and mixing zone sediment; caged bivalves, etc). To accomplish this, we will measure diagnostic PAH compounds (alkyl homologues as well as individual PAH isomers listed in Appendix C) in the media of interest. We may also take advantage of so-called petroleum biomarkers as markers for Refinery discharge (Table 1).

A00154

Biomarker data are a particularly useful quantitative measure that can benefit fingerprinting investigations. Biomarkers are naturally occurring, ubiquitous and stable hydrocarbons that occur in crude oils and most petroleum products (Peters and Moldowan, 1989). They are derived from formerly living organisms whose organic materials were preserved in oil source rocks that upon burial (heat and pressure) generated crude oil over geologic time. Their specificity, diversity, complexity, and relative resistance to weathering make them useful markers in the characterization of petroleum in the environment.

From this collection of data, diagnostic indices (ranging from simple ratios to more complex multivariate descriptors) will be deduced for the source and receiving environment samples, and compared for compositional similarly or dissimilarity (Urdal et al., 1986; Sauer and Uhler, 1994; Henry et al., 1997). This comparative process will allow us to identify those environmental samples that suggest impact of PAHs arising from Motiva's discharges versus those simply representative of ambient PAH burdens from other sources. Diagnostic indices will be deduced using two approaches. The first approach is a simple inspection of PAH assemblages which can often indicate one or more obvious markers for a given source. For example, we know that decalins and alkyl decalins are abundant in the Refinery discharge and, in conjunction with some other marker, e.g., a higher alkylated phenanthrene or dibenzothiophenes, may be a useful index for the refinery discharge. Furthermore, we presume that the ambient PAHs in the river will be strongly influenced by pyrogenic, combustion-related PAH (e.g., 4-, 5- and 6-ring PAH) and diagenic PAH and biomarkers (e.g, perylene). Such individual or limited groups of chemicals could be used as simple source indices.

The second approach recognizes that distinctive PAH signatures are a complex function of several variables. In these cases, a multivariate descriptor best differentiates between or

A00155

among sources of PAH (Scott et al., 2000). Thus, we will utilize a multivariate data analysis method, principal component analysis (PCA), as an exploratory tool to ascertain if multivariate techniques are best suited for PAH identification and differentiation for this investigation.

The benefit of comparing diagnostic indices among samples (rather than target analyte concentrations only) is that any concentration effects across the sample set are minimized. In addition, the use of indices tends to induce a self-normalizing effect on the data since variations due to instrument conditions, operator, or matrix effects are minimized. This technique has been used in other fingerprinting investigations in which raw quantitative data (e.g., peak heights or areas) are converted to useful quantitative indices (e.g., Henry et al., 1997). On the other hand, because each index is dependent upon the concentrations of multiple analytes any errors in concentrations can be increased in the calculation of an index. Thus, it is important to choose indices that can be measured with a high degree of precision. To support this position, Battelle proposes to demonstrate the precision in their laboratory measurements and to ascertain variability in PAH composition introduced by heterogeneity in environmental samples. This will allow boundaries to be set on the indices used for fingerprinting, and provide a statistical basis upon which  similarity or differences in PAH composition among samples can be established.


### 3.6 Caged Bivalve Studies to Address Bioavailability

The purpose of the bioavailability study is to provide an in situ characterization of chemical exposure and potential biological effects from the Refinery. The study, which will utilize the brackish water clam, *Rangia cuneata* will provide the following: (1) a time-integrated physical, chemical, and biological sampling process to assess existing conditions at representative test sites and (2) data to predict the fate and effects of bioaccumulative chemicals

37

A00156

of concern. The bioavailability study will be conducted by Dr. Michael Salazar, Applied

Biomonitoring, Kirkland, Washington.

### 3.6.1 General Approach

Clams will be used as integrators of the physical-chemical environment over space and

time in a controlled field exposure. Chemicals accumulated in the tissues will characterize

chemical exposure (Salazar and Salazar, 1995; 1998). Growth rates will be used to characterize

potential effects. Sampling sites will be selected based on the fate and transport studies (Section

3.2) and mid-field sampling site selection studies (Section 3.3) to be conducted in 2000. The

caged clam studies will be conducted in the spring of 2001 (i.e., initiated no later than March and

finished by May) to avoid spawning and release of accumulated chemicals. Triplicate cages

with 75 clams per cage will be deployed at each site. The cages will be deployed at a depth of 1

meter off the bottom to combine potential exposure from the water column and suspended

sediment.

The statistical model to assess differences in exposure and effects among sites will be

ANOVA (Salazar and Salazar, 1998). For the effects characterization portion of the study, the

level of replication is the individual clam. Power analyses performed on data from similar

studies conducted with *C. virginica* in Georgia and Delaware Bay indicate that approximately 75

bivalves per replicate are sufficient to detect differences in weight on the order of 0.2 g (Salazar

and Salazar, 1995; 1997). For the exposure characterization portion of the study, the analytical

samples will be created by pooling the soft tissues of all living clams from a given cage at a

particular station. Three chemistry samples will be prepared for each station. This will provide

three replicate samples for each station for the statistical comparisons. PAHs, PCBs, and metals

will be analyzed by Battelle (Appendix C).

38

A00157

### 3.6.2 Experimental Approach

Brackish water clams will be obtained from the Delaware River. After sorting to identify the most uniform size range, all clams will be weighed and placed in groups of 75 organisms per group. Shells and tissues will be weighed to estimate initial tissue and shell weights. Whole-animal wet-weights will also be measured to ensure they are within the same size range as the clams deployed in the field. Three groups of 75 clams/group will be randomly selected for initial ($T_0$) measurements. Tissues will be removed from the 225 clams at the beginning of the test and sent to Battelle for the above chemical analysis. In addition, percent lipids and percent water in the tissues will be determined.

Clams of a uniform size range will be used to initiate the test. The preferred size range is 50 to 60 mm shell length. The size range will be minimized to reduce the effects of size on bioaccumulation and growth. Compartmentalized cages will be used to provide an even exposure to each clam and to allow multiple growth measurements on individual clams.

Three replicate cages (75 clams/cage) per station will be attached to a weighted line (to keep line on the bottom) to facilitate locating cages. The clams will be deployed for 60 days to ensure that chemical equilibrium has been reached between chemicals in the river and chemicals in the clam's tissues. At the end of the exposure period, each clam in each replicate will be weighed, the tissues composited and analyzed for the contaminants given above as well as lipids, and water content. Cages will be checked after approximately 30 days to evaluate the impact of fouling and predation.

Whole-animal wet-weight and tissue weight will be used to evaluate clam growth. Because measuring tissue and shell weights is a destructive process, the measurements can only be made once, at the end of the study. The beginning-of-test measurements on the 225 clams at

39

A00158

$T_0$ will be used to estimate initial tissue weights for the deployed clams and assess changes in tissue weight during the exposure period.   The measurements will also be used to calculate condition indices based on tissue weight versus whole animal wet weight.   Finally, percent moisture and percent lipids, measured as part of the chemical analysis, will be used as additional estimates of animal health.   Percent lipids can also be used to normalize the organic contaminants.

An *in situ* temperature monitor will be deployed at each station (i.e., three replicate cages).   Given the potential importance of the temperature measurements, a significant effort will be directed toward evaluating temperature changes over space and time.   The temperature monitors will be set to take readings at approximately 20-min intervals over the entire 60-day exposure period.

The $T_0$ measurements and preparation activities will occur at the Delaware River reference area.   The day before the exposure is initiated, clams will be weighed and placed in mesh bags.   The bagged clams will be held overnight at the field reference site.   Tissues will be extracted, weighed, and placed into sample jars for the baseline tissue chemistry.   The remaining clams will be attached to PVC frames and deployed at the field stations.   After the 60-day deployment, the clams will be retrieved from all stations.   All clam cages will be transported to the laboratory or a clean field site for overnight gut purging.   The end-of test measurements (i.e., whole-animal wet-weight measurements, tissue shucking, tissue weights, and preparing composite tissue samples for chemical analysis) will take place the following day.

## 3.7 Water Column Toxicity Tests with Motiva's Effluent

The potential effects of dissolved PAHs on pelagic species will be addressed by

40

A00159

conducting EPA 7-day short-term chronic effluent toxicity tests with sheepshead minnows (*Cyprinodon variegatus*) and the mysid (*Mysidopsis bahia*). Survival and growth will be evaluated during the sheepshead test; survival, growth and reproduction will be determined from the mysid test. Experimental methods as well as QA/QC procedures for both of the toxicity tests will follow those described in detail in Klemn et al. (1994). Three 24-h composite effluent samples will be collected on day 0, 3, and 5 of the test from Motiva's outfall 001 (permitted discharge). Toxicity tests will be conducted using a standard dilution series (100, 56, 32, 18, and 10% effluent by volume and control). Toxicity tests with both species will be conducted during the low flow winter period (January, February or March 2001) and the high flow summer period (June, July or August of 2000). The following chemical parameters will be measured by Battelle on all three separate samples per test: PAHs, metals, pesticides and PCBs (see Appendix C for list of parameters and methods).

### 3.8 Tissue Analyses of PAHs and Metals from Sediment Toxicity Tests

The recent court settlement agreement between Motiva and NRDC (February 2000; Appendix A) stated that the feasibility of determining bioavailability of PAHs and metals (Appendix C) must be explored with the sediment toxicity species used in the Triad (Section 3.4.2). As discussed in Section 3.4.2, EPA 28-d chronic survival, growth, and reproduction tests will be conducted with the infaunal and epifaunal amphipods, *L. plumulosus* and *H. azteca*. Two potential problems arise when considering PAH analyses in the above species. First, the protocol for determining *L. plumulosus* growth is to dry each replicate to a constant weight at 100 °C; thus, no sample is available for PAH analyses (McGee and Fisher, 1998). The protocol for determining length and sexual maturity in *H. azteca* requires fixing the organisms in 70%

41

A00160

ethanol. It is not clear what effect 70% ethanol may have on the outcome of the PAH analysis. The above endpoints of growth and reproduction for both species are sensitive measures of contaminant stress from organics such as PAHs and should not be omitted.

The second and perhaps more important consideration is the amount of tissue that would be needed to conduct the PAH analyses discussed in Section 3.4.1. Individual PAHs, not total PAHs, must be analyzed in order to adequately fingerprint the PAH assemblages in the Refinery effluent (Section 3.5). Battelle uses the NOAA National Status and Trends Program (NOAA NS&T)/EPA Environmental Monitoring and Assessment Program (EPA EMAP) analytical methods to measure concentrations of individual PAHs, alkyl homologues of PAHs, and specific PAH isomers in tissues of aquatic animals. The methods have been developed by NOAA and EPA specifically to measure PAHs (and other organic and metal contaminants) in marine and estuarine animal tissue. The methods have been validated by independent laboratory round-robin studies over the last decade. Importantly, the National Institute of Standards and Technology has developed an annual quality assurance program that documents participating laboratory's ability to meet detection limit, accuracy and precision goals in blind reference samples. This is the only federally administered quality assurance program for measurement of anthropogenic contaminants in biological tissue. Thus, the methods are nationally recognized techniques, validated by an independent, federally administered program that provides dependable and verifiable data quality for measurement of PAHs (and other contaminants) in tissue.

Using the NOAA NS&T/EPA EMAP methods, detection limits of approximately 0.5 ng/g (dry wt.) are achievable, and are documented in current method detection limits (MDL) studies, carried out in accordance with EPA methods for defining the MDL. Battelle will follow

42

A00161

quality control methods described in the NOAA NS&T/EPA EMAP methods. The QC steps include processing of procedural blanks, laboratory control samples (LCS), instrument control samples (ICS), matrix spike and matrix spike duplicates, field duplicates, and NIST standard reference material sediment. Instrument calibration includes 5-point calibration curves, continuing calibration after every 10 samples, and mass spectrometer calibration every 12 hours of operation. Each of the QC parameters have specific data quality objectives and appropriate corrective actions.

Battelle will use tissues masses of approximately 20 g wet weight to quantify PAH concentrations (Appendix C) sufficient for fingerprinting in the bivalve bioavailability experiments (Section 3.6). Twenty grams (wet wt.) sample masses are necessary to confidently measure PAH concentrations at environmentally relevant concentrations (i.e., defensible detection limits about 1 ng/g dry weight per PAH compound) using the NOAA NS&T/EPA EMAP methods. Tissue masses in the range of 0.5 to 1.0 g wet weight have been used by Means (Means, 2000) for semi-volatile aromatic hydrocarbons (analytical method differs from the NOAA NS&T/EPA EMAP methods). However, Battelle has calculated that 0.5 to 1.0 g wet weight tissue will yield detection limits of approximately 200 ng/g (dry wt.) per individual compound (Dr. Allen Uhler, personal communication, Battelle Duxbury Laboratories). Literature data, complied by NOAA and the Army Corps of Engineers ERAD data base document that median concentrations of PAH in various benthic organisms exposed to contaminated sediment in US coastal waters are in the range of 300-400 ng/g (dry wt.) for total PAHs, meaning that individual PAH concentrations are in the 10s of ng/g (dry wt.) per compound. By using 20 g wet weight sample masses, Battelle will be able to confidently measure PAH concentrations at environmentally relevant concentrations (i.e., defensible

43

A00162

detection limits about 1 ng/g dry weight per PAH compound) using the NOAA NS&T/EPA EMAP methods.

The weight of the amphipods that will be used in the Triad sediment toxicity studies is not sufficient for either the Means or NOAA NS&T/EPA EMAP PAH analyses. The weight of a single *L. plumulosus* held in University of Maryland control rearing sediment (optimal growth) at the end of a 28-d test is approximately 10 mg wet weight. Thus, a replicate of 20 organisms would weigh approximately 200 mg wet weight if all organisms survived. *H. azteca* weigh approximately one-half that of *L. plumulosus*; thus, sufficient tissue would not be available. Metals can be measured under optimal conditions in as little as 10 mg wet weight tissue. Therefore, adequate tissue would be available to measure metals in both species unless high mortality occurred. However, since some metals such as copper and zinc are essential micronutrients for these amphipod test species, it is unclear how body burdens of these metals could be related to potential adverse effects.

Because of the tissue requirement problems with measuring PAHs in the sediment toxicity test organisms, we propose to consult further with other PAH chemists to help resolve the issue. We plan to discuss the PAH detection/reporting issue with the following individuals: Dr. David Page, Bowdoin College; Dr. James Meador, NOAA-Seattle; Dr. Paul Boehm, Arthur D. Little Inc.; Dr. Keith Maruya, Skidaway Institute of Oceanography; and Dr. Terry Wade, Texas A&M University. We also plan to look more closely at the potential of PAH bioaccumulation in the sediment toxicity amphipods. We have made the assumption that the test species bioaccumulate PAHs; however, they may not bioaccumulate to the degree bivalves bioaccumulate PAHs. We also need to determine if these amphipods can metabolize PAHs. We are currently discussing or plan to discuss this issue with Dr. Richard Swartz (EPA; retired), Dr.

A00163

Jerry Neff, Battelle Duxbury Laboratrory, and Dr. Peter Landrum, Great Lakes Research Laboratory.

### 3.9 Long Term Coring

The goal of the long term high resolution coring study proposed by Skidaway Institute of Oceanography is to determine the potential ecological impacts of Motiva's noncomplying discharges from March 1993 to the present. Sample sites selected for coring will overlap when possible with the sites used for Triad sampling as previously described in Section 3.4. Historical coring will not be conducted at sites with extensive mixing or areas with course sandy sediment or hard packed clay because these bed types do not provide appropriate historical sediment profiles. The PAHs listed in Appendix C will be measured during the coring studies. Metals which are also being measured in Motiva's effluent discharge, the Triad sampling and the caged bivalve bioavailability studies will also be determined in the sediment cores (Appendix C). Ecological impacts from PAHs and metals will be determined by comparing core concentrations from various temporal periods (e. g., estimated to be six month intervals at best) with sediment toxicity guidelines or various sediment chemistry models that have been designed to predict concentrations that are of ecological significance (ER-Ls, ER-Ms, TECs, etc.; see Section 3.10). Fingerprinting of Motiva-related PAHs in cores as described in Section 3.5 will be conducted to address petrogenic and pyrogenic sources. A complete description of the high resolution coring study is presented in Appendix E.

### 3.10 Final Integration, Analysis and Program Management of all Study Components

The results from the Triad assessments (Section 3.4), the fate and transport studies

45

A00164

(Section 3.2), the PAH fingerprinting (Section 3.5), the effluent characterization (Section 3.1), the bioavailability investigations (Section 3.6 and Section 3.8), and the long term coring study (Section 3.9) will be analyzed and results will be integrated to answer the following key questions:

1. Are there sediment contaminant concentrations of potential ecological significance found anywhere in the study area?

2. Are the patterns of sediment contamination inferentially related to Motiva's effluent?

    a)    1. Is there evidence of significant historical contamination of sediment related to Motiva exceedances?

           2. Was there significant duration and geographic extent of historic contamination related to Motiva exceedances?

    b)    Is there evidence of significant current (surficial layer) contamination of sediment related to Motiva's effluent?

3. Are contaminant-associated biological impacts indicated? Do the following responses appear to be associated with concentrations of sediment contaminants?

    a)    Toxicity in laboratory tests:

           1. Are surficial sediments toxic in chronic toxicity tests in the laboratory?

           2. Is toxicity related to sediment contaminants?

    b)    Benthic biological community impacts:

           1. Are benthic biological communities impacted?

           2. Are impacts related to sediment contaminants?

4.    a)    Are biological effects correlated with sediment contamination related to Motiva's effluent?

46

A00165

b)     If so, what is the severity and extent of these effects?

Figure 2 is a flow chart/decision tree of the program organization, analysis, and integration of the results of the various investigations to answer the key questions and, ultimately, to determine whether there is a "weight of evidence" for significant ecological effects related to Motiva's effluent. The following sections describe in more detail the statistical approaches outlined in Figure 2 (pages 71 and 72).

### 3.10.1 Assessment of Potential Ecological Significance of Sediment Contaminants
(See Figure 2a; Statistical approaches to addressing Question 1: Are contaminant concentrations of ecological concern located in study area?)

Concentrations of contaminants (PAHs, chlorinated pesticides, PCBs, and metals; see Sections 3.4.1) will be compared to sediment quality guidelines and to the results of various sediment chemistry models that have been designed to predict levels that are of ecological significance. The PAH data will be assessed by the $\Sigma$PAH model developed by Swartz et al. (1995) and the PAH concentrations and the TOC data from each station will be compared to the sediment quality guidelines developed by Swartz (1999). All sediment contaminants data will be compared to Effects Range Low (ER-L) and Effects Range Median (ER-M) values established by Long et al. (1995). In addition, the contaminants data from each site will be expressed as mean concentrations to ER-M ratios (Long, 1996), as well as in the form of a Standardized Contaminant Index (SCI) that we have recently developed, as calculated by:

$$\Sigma SCI = \Sigma (((([X_i]-MERB)/(MERB-LERB))+1) \qquad [EQ1],$$

where $[X_i]$ is the concentration of contaminants ($i = 1...n$), MERB is a median effects range benchmark for contaminant $X_i$ (e.g., ER-M from Long et al., 1995; Median Effects Concentration (MEC) from Swartz, 1999; etc.), while LERB is a low effects range benchmark for contaminant $X_i$ (e.g., ER-L from Long et al., 1995; Threshold Effect Concentration (TEC)

47

A00166

from Swartz, 1999; etc.). By convention, if the SCI value of any given contaminant is negative, it is assigned a value of zero before it is added to the SCI values of other contaminants. The advantage of the $\Sigma$SCI approach is that it indicates the potential additive toxicity of all contaminants that are observed above the lowest effects concentrations: $\Sigma$SCI values above 0 are "possibly" associated with ecological effects; $\Sigma$SCI values above 1 are "probably" associated with ecological effects. The approach also standardizes the contaminant data for the "uncertainty" (both biological and statistical) measured by the range of concentrations between the LERB and MERB.

Figure 3 presents an example of the assessment approach employing PAH model benchmarks. The data employed in these assessments are the sediment PAH and TOC data from the 1999 pilot study. Figure 3a contrasts the total PAH concentrations to LERB values of TEC (Swartz, 1999), ER-L (Long et al., 1995, as modified by Swartz, 1999 to account for sediment TOC levels) and the $\Sigma$PAH Model predictions of lower toxicity thresholds (Swartz et al., 1995). Figure 3b presents the relation of the PAH concentrations to MEC, ER-M and the $\Sigma$PAH Model predictions of median toxicity. Figure 3c is the summary presentation of the $\Sigma$SCI values. This assessment suggests that only sites DR-3 and DR-5 would fall above the "possible effects" but well below the "probable effects" range. The assessment also suggests that the TEC and MEC sediment quality guidelines developed by Swartz (1999) are the most environmentally conservative of the benchmarking systems. Nonetheless, all of these benchmarks and other possible sediment quality benchmarks (see Buchman, 1998; Swartz, 1999), will be used in the assessments.

The AVS and SEM data (see Section 3.4) will also be evaluated to determine whether sediment toxicity due to certain metals is likely. If the ratio of SEM to AVS at a site is found to

48

A00167

be below 1, sediment toxicity due to these metals is unlikely because they are chemically bound

to the sulfides and less biologically available (DiToro et al., 1990).

The consensus of all of these assessments will be used to determine whether sediment

contaminants anywhere in the study area are found at concentrations of potential ecological

concern. However, even if these assessments suggest that a low probability of predicted

ecological effects may be associated with the concentrations of contaminants in the study area,

the remaining Triad investigations and statistical assessments will be conducted to confirm such

findings (i.e., this "decision point" in the decision tree in Figure 2a is not definitive; it is only a

component of the overall "weight of evidence" from all studies).

### 3.10.2  Assessment of Contaminant Patterns in Surficial Sediments (See Figure 2a; Statistical approaches to addressing Question 2b: Is there evidence of significant current contamination of sediments related to Motrva's effluent?)

Sediment contaminant patterns in the study area will be assessed by a series of

complementary multivariate techniques (employing SAS and SIRIUS software packages).

Overall distribution patterns of contaminants in the study area will be assessed by principal

components analysis (PCA), a technique that is designed to detect patterns in the data as a

formalized approach to induction. Ordination of the sites on the major component axes will

serve to indicate whether there are distinct geographic patterns of contamination that may be

related to Motiva's effluent. Biplots of sites and contaminants on the same axes will allow

assessments of how sites or "site groups" differ from one another and whether there are

distinctive gradients of contaminants.

The results of the fate and transport study (Section 3.2), the mid-field study (Section 3.3)

and the PAH fingerprinting (Section 3.5) should provide *a priori* information on sites (or groups

of sites) that would be most likely to be impacted by Motiva's effluent, as well as groups of sites

49

A00168

that would not be expected to be impacted (e.g., reference or far-field sites). These *a priori* groups will be tested for differences in sediment contaminants by discriminant analysis and SIMCA (see, for example, Wold, 1976; Kvalheim et al., 1983; Droge and van't Kloster, 1987a,b). Both of these multivariate methods allow determination of whether groups are different statistically and, if so, how they differ (i.e., how the site groups differ in concentrations of specific contaminants). Thus, the consensus of these two types of analyses should provide evidence as to whether surficial sediments in the areas potentially associated with Motiva's effluent are, in fact, more contaminated than reference or far-field areas and, if so, whether the contaminants that make them statistically different can be associated inferentially with the effluent.

### 3.10.3 Assessment of Surficial Sediment Toxicity Patterns (See Figure 2a; Statistical approaches to addressing Question 3a: Are surficial sediments toxic in chronic toxicity tests in the laboratory? Is toxicity related to sediment contaminants?)

Significant sediment toxicity for each endpoint and site will be first assessed by univariate statistics (see Section 3.4.2.3). If any of the sediments display significant toxicity, then the toxicity endpoints and the sediment contaminant data set will be analyzed by a partial least squares (PLS) multivariate regression analysis (Clementi et al., 1986). This technique avoids some of the limitations of the more commonly used multiple linear regression (Kvalheim, 1993). Multiple linear regression makes the following assumptions: (1) the number of variables must be less than the number of samples; (2) there is no variation in the predictor (independent) variables; and (3) the predictor variables are not correlated, nor are the residuals (error terms for the responses). Of course, most environmental data sets involving contaminants and biological responses have the strong probability of violating each of these assumptions. The PLS regression approach avoids these problems and allows the relationship between predictor

50

A00169

variables (i.e., contaminants) and response variables (i.e., toxicity responses) to be modeled. Relationships between contaminants and toxic effects will be determined, particularly noting whether the specific contaminants associated with Motiva's effluent are implicated. If no significant relationships are detected, the findings will be a component of the weight of evidence. Nonetheless, follow-up assessments of the relating contaminant patterns to biological responses (see Section 3.10.4) will be conducted.

### 3.10.4 Assessment of Impacts on Benthic Biological Communities (See Figure 2a; Statistical approaches to addressing Question 3b: Are benthic biological communities impacted? Are impacts related to sediment contaminants?)

Contaminant impacts on indigenous benthic biological communities will be assessed in a manner similar to that taken for the sediment toxicity data (see Section 3.10.3). Significant benthic biological impacts at each site will be first assessed by comparing the data to various indices of community health (see Sections 3.4.3.3 and 3.4.3.4). If any of the sites appear to be impacted, the benthic community metrics and the sediment contaminant data set will be analyzed by PLS multivariate regression analysis to determine whether there are significant relationships and, if so, whether the contaminants can be related inferentially to Motiva's effluent.

### 3.10.5 Assessment of Patterns of Biological Impacts Related to Contaminants (See Figure 2a; Statistical approaches to addressing Question 4: Are biological effects correlated with sediment contamination related to Motiva's effluent? If so, what is the severity and extent of these effects?)

The assessment of whether potential biological impacts are related spatially to contaminants from Motiva's effluent involves a number of complementary approaches to contribute to the weight of evidence. These approaches are described in the following sections:

### 3.10.5.1 Site-Specific Triad Assessments

51

A00170

Data for sediment contaminants, toxicity and biological community impacts will be assessed by Triad analysis (Section 3.4.4). Triad plots will be developed for each site in the study area. The median and confidence limits calculated for each endpoint for each site and the reference site will be calculated and plotted. In order to standardize the axes, all values will be scaled between 0 and 100% by the following equation (Hall and Alden, 1997):

$$X^* = ((X - X_{ref})/(X_{max}-X_{ref})) \ 100 \qquad \text{[EQ. 2]},$$

where X is the original data (median, upper confidence limit, or lower confidence limits), $X^*$ is the scaled data, $X_{ref}$ is the median reference value, and $X_{max}$ is the "worst case" value for the metric (e.g., 100% mortality, worst score for index of benthic community health, maximum concentration of contaminants or maximum SSCI score, etc.).

The Triad results from each site will be evaluated as to whether there is continuity between the degree of contamination, toxicity and benthic biological effects. Sites or site groups that are determined *a priori* to be potentially associated with Motiva's effluent (see Section 3.10.2) will be of particular concern in determining continuity between exposure and response data. If these sites display continuity for low contamination and low responses, or high contamination (of the sort associated with exceedances) and high responses, these patterns will represent an important weight of evidence component.

### 3.10.5.2 Assessment of Relations Between Predicted and Observed Biological Impacts

Any observed biological effects (toxicity and benthic community impacts) will be compared by regression analysis to predicted ecological effects (see Section 3.10.1), as measured by mean "concentration to ER-M" values, mean "concentration to MEC" values and $\Sigma$SCI values. If the statistical relationship is significant, the contaminants are those associated with

52

A00171

Motiva's effluent and the geographic patterns are consistent with the *a priori* site groups, then an important component of the weight of evidence for "ecologically significant impacts due to Motiva's effluent" would be established. Alternately, if no significant relationships are observed, contaminants are not related to the effluent, and/or the geographic patterns are not related to the *a priori* groups, then evidence would be added for "no indication of ecologically significant impacts due to Motiva's effluent".

### 3.10.5.3 Multivariate Comparisons of Biological Effects to Contaminant Patterns

Several complementary multivariate techniques will be employed to determine whether spatial patterns of biological effects can be related to contaminant patterns and/or *a priori* sites or site groups that are potentially associated with Motiva's effluent (see Section 3.10.1). Discriminant analysis, Mahalanobis $D^2$ F-test comparisons of groups and SIMCA will be used to compare biological effects between *a priori* sites/site groups representing potential association with Motiva's effluent and those that have little potential association (i.e., reference or far-field sites). In a similar manner, groups of sites determined by PCA analysis to have similar contaminant patterns (Section 3.10.2) will be compared by these multivariate techniques to determine whether biological response patterns conform with spatial contaminant patterns that can be linked inferentially to Motiva's effluent. Thus, an important weight of evidence component will be whether biological effects appear to be related statistically to the *a priori* site groups associated with Motiva's effluent and/or to contaminant patterns associated with the effluent.

### 3.10.6 Assessment of Potential Ecological Significance of Historical Contaminants
(See Figure 2b; Statistical approaches to addressing Question 2.1.a: Is there evidence of ecologically significant historical contamination of sediments related to Motiva exceedances? Was there evidence of significant duration and geographic extent to any ecologically significant, historic contamination that

A00172

could be related to Motiva exceedances?)

The sediment contaminants data from the coring study (Section 3.9) will be subjected to the same sort of comparisons to sediment quality guidelines for PAHs and metals, chemistry models (SEM/AVS cannot be used), and PAH fingerprinting as employed for surficial sediment assessments (see Section 3.10.1). Contaminant concentrations from each layer of each core will be compared to the various benchmarks to determine whether and, if so, where and when ecologically significant levels may have occurred. Any significant concentrations will be evaluated against sediment dating information to determine whether they correspond to Motiva's exceedances.

Contaminant patterns with depth over the study area will be analyzed by multivariate techniques similar to those used for surficial sediments (see Section 3.10.2) to determine whether spatiotemporal patterns of contamination are related to *a priori* sites or site groups potentially associated with Motiva's exceedances.

54

A00173

# 4. PROGRAM ORGANIZATION

Lenwood W. Hall, Jr and Dennis T. Burton of the University of Maryland's Wye

Research and Education Center (WREC) will be the Principal Investigators responsible for the

direction and management of the proposed study. WREC will also provide technical staff for

field sampling activities, sediment toxicity tests, effluent water column toxicity tests and data

management. The following contractors will be involved in the study: Najarian Associates,

Inc., will perform the fate and transport studies; Battelle Duxbury Laboratory will be responsible

for all chemical analysis (excluding the long term coring) and PAH fingerprinting; Old

Dominion University will be responsible for the benthic community assessments; Applied

Biomonitoring will be responsible for the caged bivalve study; and Skidaway Institute of

Oceanography will conduct the long term coring studies and associated PAH and metal analysis.

Dr. Raymond Alden, who has worked on several projects with Lenwood Hall, will serve as a

statistical consultant.

55

A00174

## 5. SCHEDULE OF TASKS AND DELIVERABLES

The schedule of tasks for the various components of this study are shown in Table 2. During May through June of 2000, we will order equipment and supplies and meet with the subcontractors to initiate the various studies. Chemical characterization of Motiva's effluent was initiated in March 1999; these characterizations will continue throughout this study. The dye tracer study, which is a component of the fate and transport studies, will be conducted in May of 2000. Results from the dye tracer study, bottom mapping and preliminary sediment transport model will be available in August. These results along with other background data collected in 1999 will be used to select the sites for the August/September 2000 mid-field sampling which will later be used for Triad sample sites. After all sample sites have been selected, the other two components of the Fate and Transport studies, sediment trap studies and three phase PAH analysis, will be conducted during August through December of 2000. Effluent water column toxicity tests will be conducted during the summer (June - August) of 2000 and the winter (January - March) of 2001.

Triad sampling will be conducted during the spring (April and May) and summer (July - September) of both 2001 and 2002. The caged bivalve study will be conducted during March - May of 2001. PAH fingerprinting will be conducted continually throughout this study; data collected during 1999 will also be used. The long-term core sampling will be conducted by Skidaway Institute of Oceanography during September of 2000; analysis of cores will be conducted from October of 2000 to April of 2001. The report from the long term coring will be completed by Skidaway in October of 2001. Statistical analysis of data will be conducted throughout the study after data sets have been compiled (e. g., 2001 Triad data). Annual progress reports (brief data summaries not extensive data analysis) will be completed in June of

A00175

2001, 2002 and 2003.  A final report will be completed in December of 2004 and submitted to the sponsor.

A00176

# 6. REFERENCES

Alden, R.W. 1992. Uncertainty and sediment quality assessments: Confidence limits for the triad. *Environ. Toxicol. Chem.* 11:645-651.

Allen, H. E., F. Gongmin, W. Boothman, D. Ditoro and J. Mahoney. 1991. Determination of acid volatile sulfides (AVS) and simultaneously extracted metals in sediment. Report. U.S. EPA Office of Science and Technology, Washington, DC.

Bilyard, G.R. 1987. The value of benthic infauna in marine pollution monitoring studies. *Mar. Pollut. Bull.* 18:581-585.

Boesch, D.F. and R. Rosenberg. 1981. Response to stress in marine benthic communities. *In*: G.W. Barret and R. Rosenberg (eds.), Stress effects on natural ecosystems. John Wiley & Sons, New York, NY, pp. 179-200.

Buchman, M.F. 1998. NOAA screening quick reference tables. NOAA HAZMAT Report 99-1, Coastal Protection and Restoration Division, National Oceanic and Atmospheric Administration, Seattle, WA.

Butman, C.A. 1986. Sediment trap biases in turbulant flows: Results from a laboratory flume study. *J. Mar. Res.* 44:645-693.

Butman, C. A., W. D. Grant, and K. D. Stolzenbach. 1986. Predictions of sediment trap biases in turbulent flows: A theoretical analysis based on observations from the literature. *J. Mar. Res.* 44: 601-644.

Chapman, P.M. 1996. Presentation and interpretation of sediment quality triad data. *Ecotoxicology* 5:327-339.

58

A00177

Chapman, P.M., R.N. Dexter, and E.R. Long. 1987. Synoptic measures of sediment
    contamination, toxicity and infaunal community structure (the sediment quality triad).
    *Mar. Ecol. Prog. Ser.* 37:75-96.

Chapman, P.M., B. Anderson, S. Carr, V. Engles, R. Green, J. Hameed, M. Harmon, P.
    Haveerland, J. Hyland, C. Ingersoll, E. Long, J. Rodgers, Jr., M. Salazar, P.K. Sibley, P.J.
    Smith, R.C. Swartz, B. Thompson, and H. Windom. 1997. General guidelines for using
    the sediment quality triad. *Mar. Pollut. Bull.* 34:368-372.

Clementi, S., G. Cruciani, and G. Curti. 1986. Some applications of the partial least-squares
    method. *Analytica Chimica Acta.* 191:149-160.

Dauer, D.M. 1993. Biological criteria, environmental health and estuarine macrobenthic
    community structure. *Mar. Pollut. Bull.* 26:249-257.

Dauer, D.M., J.A. Ranasinghe, and S. B. Weisberg. 2000. Relationships between benthic
    community condition, water quality, sediment quality, nutrient loads, and land use
    patterns in Chesapeake Bay. *Estuaries* 23:80-96.

DeShon, J.E. 1995. Development and application of the invertebrate community index. *In*:
    W.P. Davis and T.P. Simon (eds.) Biological assessment and criteria. Lewis Publishers,
    Boca Raton, FL, pp. 217-243.

DiLorenzo, J.L., P. Huang, M.L. Thatcher, and T.O. Najarian. 1992. Effects of historic
    dredging activities and water diversions on the tidal regime and salinity distribution of
    the Delaware Estuary. U.S. EPA /Delaware Estuary Program Preliminary
    Characterization and Research Topic 5. U.S. Environmental Protection
    Agency/Delaware Estuary Program, Delaware River Basin Commission, West Trenton,
    NJ.

59

A00178

DiLorenzo, J.L., P. Huang, M.L. Thatcher, and T.O. Najarian. 1993. Dredging impacts on
Delaware Estuary tides. *In*: Estuarine and coastal modeling III. Amer. Soc. Civil Eng.
Waterway, Port, Coastal Ocean Div, Proc. 3rd Internat. Conf., September 8-10, 1993,
Oak Brook, IL, pp. 86-104.

DiToro, D.M., J.D. Mahony, D.J. Hansen, K.J. Scott, M.B. Hicks, S.M. Mayrand, and M.S.
Redmond. 1990. Toxicity of cadmium in sediment; the role of acid volatile sulfide.
*Environ. Toxicol. Chem.* 9:1487-1502.

Droge, J.B.M. and H.A. van't Kloster. 1987a. An evaluation of SIMCA. Part 1 – The reliability
of the SIMCA pattern recognition method for a varying number of objects and features.
*J. Chemometrics* 1:221-230.

Droge, J.B.M. and H.A. van't Kloster. 1987b. An evaluation of SIMCA. Part 2 – Classification
of pyrolysis mass spectra of *Pseudomonas* and *Serratia* bacteria by pattern recognition
using the SIMCA classifier. *J. Chemometrics* 1:231-241.

Dyer, K.R. 1979. Estuarine hydrography and sedimentation. Cambridge University Press,
Cambridge, England.

Durell, G.S., Neff, J.M., Melbye, A., Johnsen, S., Garpestad, E., and Guner, H. 2000.
Monitoring and assessment of produced water originating contaminants in the Ekofisk
region of the North Sea. *Soc. Petrol. Eng.* SPE 61132.

Entrix. 1993. NPDES permit exceedance response plan Star Enterprises Delaware City
Refinery. July 15, 1993. Entrix, Inc., Wilmington, DE.

Farley, K.J., R.V. Thomann, T.F. Cooney III, D.R. Damiani and R.R. Wands. 1999. An
integrated model of organic chemical fate and bioaccumulation in the Hudson River

A00179

Estuary. Report. Environmental Engineering Department, Manhattan College, Riverdale, NY.

Gray, J.S. 1979. Pollution-induced changes in populations. *Trans. Royal Philosoph. Soc. London (B)* 286:545-561.

Hall, L.W. and R.W. Alden III. 1997. A review of concurrent ambient water column and sediment toxicity testing in the Chesapeake Bay watershed. *Environ. Toxicol. Chem.* 16:1606-1617.

Hall, L.W., Jr., R.D. Anderson, R.W. Alden III, A. Messing, T. Turner, D. Goshorn, and M. McGinty. 1998. Ambient toxicity testing in Chesapeake Bay: Year 6 Report. EPA 903/R/98/017 and CBP/TRS 210/98. U.S. Environmental Protection Agency, Chesapeake Bay Program Office, Annapolis, MD.

Hall, L.W. Jr., R.D. Anderson, A. Messing, J. Winfield, A.K. Jenkins, I. Weber, R.W. Alden III, D. Goshorn, and M. McGinty. 2000. Ambient toxicity testing in Chesapeake Bay: Year 8. Draft report. U.S. Environmental Protection Agency, Chesapeake Bay Program Office, Annapolis, MD.

Hall, L.W. Jr. and D.T. Burton. 1999. Scope of Work for assessing the potential aquatic ecological effects from Motiva Enterprises LLC Delaware City Refinery effluent using the sediment triad approach, May 1, 1999. University of Maryland, Wye Research and Education Center, Queenstown, MD.

Hall, L.W. Jr., J.M. Giddings, K.R. Solomon, and R. Balcomb. 1999. An ecological risk assessment for the use of Irgarol 1051 as an algaecide for antifouling paint. *Crit. Rev. Toxicol.* 29:367-437.

61

A00180

Hall, L.W., Jr., M.L. Ziegenfuss, S.A. Fisher, R W. Alden III, E. Deaver, J. Gooch, and N.
Debert-Hastings. 1991. A pilot study for ambient toxicity testing in Chesapeake Bay.
Volume 1- Year 1 Report. CBP/TRS 64/91. U.S. Environmental Protection Agency,
Chesapeake Bay Program Office, Annapolis, MD.

Henry, C.B., P.O. Roberts, and E.B. Overton. 1997. Advancing forensic chemistry of spilled
oil: Self-normalizing fingerprint indexes. *In*: Proceedings of the 1997 International Oil
Spill Conference, April 7-10, 1997, Fort Lauderdale, FL.

Karr, J.R. 1991. Biological integrity: A long-neglected aspect of water resource management.
*Ecol. Applications* 1:66-84.

Kerans, B.L., and J.R. Karr. 1994. A benthic index of biotic integrity (B-IBI) for rivers of the
Tennessee Valley. *Ecol. Applications* 4:768-785.

Klemn, D. J., G. E. Morrison, T. J. Norberg-King, W. H. Peltier, and M. A. Heber. 1994. Short-
term methods for estimating the chronic toxicity of effluents and receiving waters to
marine and estuarine organisms. EPA/600-4-91/013. U.S. Environmental Protection
Agency, Environmental Monitoring Systems Laboratory, Cincinnati, OH.

Kvalheim, O.M. 1993. Sirius for windows: From data to information. Pattern Recognition
Systems A/S. Bergen.

Kvalheim, O.M., K.Oygard, and O.Grahl-Nielsen. 1983. SIMCA multivariate data analysis of
blue mussel components in environmental pollution studies. *Anal. Chim. Acta.* 150:145-
157.

Leppanen, C.H., P.M. Blanner, R.A. Allan, W. H. Benson, and K. J. Maier. 1998. Using a triad
approach in the assessment of hazardous waste sites leaching from a superfund site to an
adjacent stream. *Environ. Toxicol. Chem.* 17:2106-2113.

62

A00181

Letter, J.V., L.C. Roig, B.P. Donnell, W.A. Thomas, W.H. McAnally, and S.A. Adamec. 1998. A user's manual for SED2D-WES; A generalized computer program for two-dimensional, vertically average sediment transport (SED2D-WES Version 4.3 Beta). U.S. Army Corps of Engineers, WES Hydraulics Laboratory, Vicksburg, MS.

Livingston, R.J. 2000. Research outline: Study of past, present and future impacts of discharges by Motiva Enterprises, LLC on the Delaware River Estuary. Research outline authored by R.J. Livingston and J.C. Means and sent via e-mail from R.J. Livingston to L.W. Hall on January 23, 2000.

Long, E.R. 1989. The use of the sediment quality triad in classification of sediment contamination. *In*: Marine Board, National Research Council Symposium/Workshop on Contaminated Marine Sediments. U.S. Nuclear Regulatory Commission, Washington, DC.

Long, E.R. 1996. Numerical sediment quality guidelines can be used as reliable interpretive tools. *SETAC News* 16:14-15.

Long, E.R., D.D. MacDonald, S.L. Smith, and F.D. Calder. 1995. Incidence of adverse effects within ranges of chemical concentrations in marine and estuarine sediments. *Environ. Manag.* 19:81-97.

McGee, B. L. and D. J. Fisher. 1998. Culturing and testing protocols for conducting sediment toxicity tests with freshwater and estuarine amphipods. Report. University of Maryland, Wye Research and Education Center, Queenstown, MD.

Means, J.C. 1997. Report to the United States District Court of Delaware for Judge Joesph Longobardi in the mattter of: Natural Resources Defense Council and Delaware Aububon Society vs. Texaco Refining and Marketing Inc., Dover, DE.

63

A00182

Means, J. C. 2000. Method of tissue analysis for semi-volatile aromatic hydrocarbons. Methods given in settlement e-mail message from R. J. Livingston to L. W. Hall, Jr. February 2, 2000.

Paul, J.J., J.H. Gentile, K.J. Scott, S.C. Schimmel, D.E. Campbell, and R.W. Latimer. 1999. EMAP-Virginian Province four-year assessment (1990-1993). EPA 600/R-99/004. U.S. Environmental Protection Agency, Atlantic Ecology Division, Narragansett, RI.

Pearson, T.H. and R. Rosenberg. 1978. Macrobenthic succession in relation to organic enrichment and pollution of the marine environment. *Ocean. Mar. Biol. Annual Rev.* 16:229-311.

Peters, K.E. and Moldowan, M.J. 1989. The biomarker guide. Prentice Hall Inc., Englewood Cliffs, NJ.

Ranasinghe, J.A., S.B. Weisberg, D.M. Dauer, L.C. Schaffner, R.J. Diaz, and J.B. Frithsen. 1994. Chesapeake Bay benthic community restoration goals. Report. U.S. Environmental Protection Agency, Chesapeake Bay Office and Maryland Department of Natural Resources, Annapolis, MD.

Rhoads, D.C., P.L. McCall, and J.Y. Yingst. 1978. Disturbance and production on the estuarine sea floor. *American Sci.* 66:577-586.

Salazar, M. H. and S. M. Salazar. 1995. In-situ bioassays using transplanted mussels: I Estimating chemical exposure and bioeffects with bioaccumulation and growth. *In:* G. Biddinger, R. Mones and J. S. Hughes (eds.) Environmental Toxicology and Risk Assessment Volume 3. American Society Testing and Materials. Philadelphia, PA, pp. 216-241.

A00183

Salazar, M. H. and S. M. Salazar. 1997. Using bioaccumulation and growth in caged intertidal oysters to assess oil exposure and effects in Delaware Bay. *In*: Proceedings 20th Arctic Marine Oilspill Program (AMOP) Technical Seminar Volume 1, June 11-13, 1997, Vancouver, BC, pp. 661-675.

Salazar, M. H. and S. M. Salazar. 1998. Using caged bivalves as part of an exposure-dose-response triad to support an integrated risk assessment strategy. *In*: A. de Peyster and K. Day (eds.) Ecological Risk Assessment: A Meeting of Policy and Science. SETAC Press, Pensacola, FL, pp 167-191.

Sauer, T.C and Uhler, A.D. 1994. Pollutant source identification and allocation: Advances in hydrocarbon fingerprinting. *Remediation* 4:431-452.

Scott A.S., W.P. Naples, A.D. Uhler, K. J. McCarthy, L.G. Roberts, and R.M. Uhler. 2000. Use of quantitative biomarker analysis in the differentiation and characterization of spilled oil. *Soc. Petro. Eng.* SPE 61460.

Strobel, C.J., H.W. Buffum, S.J. Benyi, E.A. Petroccelli, D.R. Reifsteck, and D.J. Deith. 1995. Statistical summary: EMAP estuaries Virginian Province - 1990 to 1993. EPA/620/R-94/026. U.S. Environmental Protection Agency, National Health and Environmental Effects Research Laboratory, Narragansett, RI.

Swartz, R.C. 1999. Consensus sediment quality guidelines for polycyclic aromatic hydrocarbon mixtures. *Environ. Toxicol. Chem.* 18:780-787.

Swartz, R.C., D.W. Schultz, R.J. Ozretich, J.O. Lamberson, F.A. Cole, T.H. DeWitt, M.S. Redmond, and S.P. Ferraro. 1995. ∑PAH: A model to predict the toxicity of polynuclear aromatic hydrocarbon mixtures in field-collected sediments. *Environ. Toxicol. Chem.* 14:1977-1987.

65

A00184

Tapp, J.F., N. Shillabeer, and C.M. Ashman. 1993. Continued observation of the benthic fauna of the industrialized Tees estuary, 1979-1990. *J. Exp. Mar. Biol. Ecol.* 172:67-80

Urdal, K., N.B. Vogt, S.P. Sportsol, R.G. Lichtenthaeler, H. Mostad, K. Kolset, S. Nordenson, and K. Esbensen. 1986. Classification of weathered crude oils using multi-method chemical analysis, statistical methods and SIMCA pattern recognition. *Mar. Poll. Bull.* 17:366-373.

U.S. EPA. 1998. Condition of the Mid-Atlantic estuaries. EPA 600-R-98-147. U.S. Environmental Protection Agency, National Health and Environmental Effects Research Laboratory, Narragansett, RI.

Van Dolah, R.F., J.L. Hyland, A.F. Holland, J.S. Rosen, and T.R. Snoots. 1999. A benthic index of biological integrity for assessing habitat quality in estuaries of the southeastern United States. *Mar. Environ. Res.* 48:1-15.

Wass, M. L. 1967. Indicators of pollution. *In:* T.A. Olsen, and F. Burgess (eds.) Pollution and Marine Ecology. John Wiley and Sons, New York, NY, pp. 183-271.

Weisburg, S. B., J. A. Ranasinghe, L. C. Schaffner, and J. B. Frithsen. 1997. An estuarine index of biotic integrity (B-IBI) for Chesapeake Bay. *Estuaries* 20:149-158.

Wilson, J.G. and D.W. Jeffrey. 1994. Benthic biological pollution indices in estuaries. *In:* J.M. Kramer (ed.) Biomonitoring of coastal waters and estuaries. CRC Press, Boca Raton, FL, pp. 311-327.

Wold, S. 1976. Pattern recognition by means of disjoint principal components models. *Pattern Recognition* 8:127-139.

66

A00185

## 7. BUDGET (January 1, 2001 to January 1, 2005)

| A. Salaries | Requested |
|---|---|
| Lenwood Hall (PI) (2 FTE) | 159,984 |
| Dennis Burton (PI) (1.33 FTE) | 141,328 |
| Ron Anderson – Technical Support (4 FTE) | 159,984 |
| Steve Turley – Technical Support (1.33 FTE) | 57,328 |
| Secretary (1.0 FTE) | 24,996 |
| Total Salaries | 543,620 |

B. Fringe Benefits (27%)                                                146,777

Total Salaries Wages and Fringe Benefits                   690,397

C. Equipment and Supplies (sample containers, reagents, sampling gear, probes
   for water quality meters, boat supplies etc.)                   13,525

D. Travel (sampling trips, meetings with subcontractors, meetings with sponsors)   11,280

E. Other Costs (see Appendix F for detailed budget for each subcontractor)
   Old Dominion University (Benthic community sampling and analysis)   164,460
   Dr. Ray Alden (statistical analysis; $150/h x 532h)   79,800
   Applied Biomonitoring (caged bivalve studies)   35,500
   Communications (telephone calls, Federal express etc.)   1,800

TOTAL DIRECT COSTS                                               996,762

TOTAL DIRECT COSTS SUBJECT TO INDIRECT COSTS*   846,802

TOTAL INDIRECT COSTS (26%)                               220,169

TOTAL COSTS                                                       1,216,931

* Only the first $25,000 of each subcontract is subject to 26% indirect costs

A00186

TABLES AND FIGURES

A00187

Table 1. Optional Biomarker Target Compounds.

| Target Biomarkers | Quant. Ion (m/z) |
|---|---|
| **Tricyclic Triterpanes** | |
| $C_{23}$ Tricyclic terpane | 191 |
| $C_{24}$ Tricyclic terpane | 191 |
| $C_{25}$ Tricyclic terpane | 191 |
| $C_{26}$ Tricyclic terpanes | 191 |
| $C_{28}$ Tricyclic terpanes | 191 |
| $C_{29}$ Tricyclic terpanes | 191 |
| $C_{30}$ Tricyclic terpane 1 | 191 |
| | |
| **Pentacyclic Triterpanes** | |
| 18a(H)-22,29,30-trisnorhopane ($T_s$) | 191 |
| 17a(H)-22,29,30-trisnorhopane ($T_m$) | 191 |
| 17a(H),21b(H)-28,30-bisnorhopane | 191 |
| 25-nor-17a(H)-hopane | 191 |
| 17a(H),21b(H)-30-norhopane | 191 |
| 18a(H)-30-norneohopane ($C_{29}T_s$) | 191 |
| 17b(H),21a(H)-normoretane | 191 |
| 18a(H) and 18b(H) oleanane | 191 |
| 17a(H),21b(H)-hopane | 191 |
| 17b(H),21a(H)-moretane | 191 |
| 22S-17a(H),21b(H)-30-homohopane | 191 |
| 22R-17a(H),21b(H)-30-homohopane | 191 |
| Gammacerane | 191 |
| 22S-17a(H),21b(H)-30-bishomohopane | 191 |
| 22R-17a(H),21b(H)-30-bishomohopane | 191 |
| 22S-17a(H),21b(H)-30-trishomohopane | 191 |
| 22R-17a(H),21b(H)-30-trishomohopane | 191 |
| 22S-17a(H),21b(H)-30-tetrakishomohopane | 191 |
| 22R-17a(H),21b(H)-30-tetrakishomohopane | 191 |
| 22S-17a(H),21b(H)-30-pentakishomohopane | 191 |
| 22R-17a(H),21b(H)-30-pentakishomohopane | 191 |
| **Steranes** | |
| 13b,17a-diacholestane(20S) | 217 |
| 13b,17a-diacholestane(20R) | 217 |
| 5a,14b,17b-cholestane(20R) | 218 |
| 5a,14b,17b-cholestane(20S) | 218 |
| 5a,14a,17a-cholestane(20R) | 217 |
| 5a,14b,17b,24-methylcholestane(20R) | 218 |
| 5a,14b,17b,24-methylcholestane(20S) | 218 |
| 5a,14a,17a,24-methylcholestane(20R) | 217 |
| 5a,14a,17a,24-ethylcholestane(20S) | 217 |
| 5a,14b,17b,24-ethylcholestane(20R) | 218 |
| 5a,14b,17b,24-ethylcholestane(20S) | 218 |
| 5a,14a,17a,24-ethylcholestane(20R) | 217 |

A00188

**Table 2. Schedule of Tasks for Motiva Study.**

| Task | Completion Date |
|------|-----------------|
| Monthly or bimonthly effluent chemical characterizations | March, 1999 - March, 2004 |
| Fate and transport studies (dye study, sedimentation study, 3 phase PAH analysis) | May, 2000 - May, 2001 |
| Midfield sampling (PAHs, TOC , grain size) | August - September, 2000 |
| Triad sampling | April - May, 2001; July - September, 2001; April - May, 2002; July - September, 2002 |
| PAH fingerprinting | June, 2000 - December, 2004 |
| Caged bivalve study | March - May, 2001 |
| Effluent water column toxicity tests | June - August, 2000; January - March, 2001 |
| Long-term coring | September, 2000 - October, 2001 |
| Statistical analysis | June, 2000 - March, 2004 |
| Annual progress reports* | June, 2001; June, 2002; June, 2003 |
| Final report | December, 2004 |

*Progress reports will be brief data summaries, not extensive analyses.

A00189

Figure 1 - Delaware River Sampling sites and total sediment PAH values (ng/g) from 1999 summer sampling.



Figure 2a - Integration and Management of Study Components



A00191

Figure 2b – Integration and Management of Study Components (Continued): Historical Contamination Related to Motiva Exceedances



A00192