Figure 3 – Results of Sediment PAH Ecological Assessment Model Assessments of 1999 Pilot Study Data (see text for details).



A00193

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATURAL RESOURCES DEFENSE )
COUNCIL, INC., and DELAWARE )
AUDUBON SOCIETY, )
       )
          Plaintiffs, )   Civil Action No.
       )   88-263-SLR
       )
         v. )
       )
TEXACO REFINING AND MARKETING, )
INC., )
       )
         Defendant. )

## STIPULATED ORDER RESOLVING PLAINTIFFS' MOTION TO ENFORCE JUDGMENT

Plaintiffs Natural Resources Defense Council and Delaware Audubon Society ("Plaintiffs") filed a motion against Defendant Texaco Refining and Marketing, Inc. ("Defendant"), to enforce the Court's September 1, 1998 Opinion and Order ("Court Order"). The Court heard trial testimony on January 26 and 27, 2000, and on January 27, at the request of the parties, suspended the trial proceedings. Plaintiffs and Defendant now stipulate and agree as follows:

1. Defendant will revise and modify its studies implementing the Court Order in the following ways:

a. <u>Sampling Site Selection</u>. During the spring/summer of 2000, approximately 30 to 50 sites will be sampled in the midfield area off the refinery for total PAHs, grain size, and TOC. In addition to a review of the PAH analyses

A00194

of the preliminary ten-station analysis conducted during the summer of 1999,
these data will be used in the site selection process for final sample sites in
the area.  Site selection will be conducted after the dye study is completed
(see subparagraph c below), and will be evaluated in conjunction with the results
of the chemical characterization of the refinery's effluent.  Plaintiffs' expert, Dr.
Livingston, will be involved in the selection of appropriate sites for triad sampling.

b.  <u>Sampling Duration</u>.  Defendant will conduct triad sampling (sediment
toxicity tests, benthic community assessments, and chemical characterizations)
during the spring and summer of 2001 and 2002, after the site selection process
has been completed.

c.  <u>Fate and Transport</u>.  Defendant will conduct the following studies:
(1) a dye study to verify the near-field plume model; (2) a sedimentation study
(via sediment traps) in the near-field and mid-field receiving areas, with total PAH
measurement of sediment collected from the traps; and (3) an estimate of
dissolved, particulate, and colloidal (three-phase) PAHs on selected water
samples from the near- and mid-field areas.  Protocols for the sediment trap
analyses (number (2) above) will be developed by the various investigators
involved in the study, in consultation with Dr. Livingston.  With regard to study
number (3) above, ultrafiltration will be carried out in conjunction with total PAH
analyses.  Dr. Livingston will provide a protocol for the three-phase analysis.

d.  <u>Bioavailability</u>.  Defendant will conduct a caged bivalve study at
selected sample sites in the study area, with concurrent PAH, metals, and PCB

A00195

analyses. This study will be conducted after the field site selection process has been completed, and station arrays for the bivalve study will be based on the results of the various studies associated with site selection. Dr. Mike Salazar will be involved in this process.

    e.  Replicate Chemistry Measurements.  All five replicates will be analyzed for PAHs and metals at appropriate sites. Other contaminants, such as pesticides and PCBs, will be analyzed as appropriate based on data collected during 1999.

    f.  Reference Sites.  Defendant will conduct additional sampling to determine if a reference site in tidal creeks above the refinery is suitable. At present, sampling stations DR-10 and DR-6 appear to be potentially promising sites based on selected chemical analysis from 1999. Habitat stratification will be carried out in these areas to adjust the final placement of the reference area, after which reference station locations will be determined for a comparison with the potential impact areas. Reference stations should approximate the range of habitats encompassed by the impact site stations. Dr. Livingston will be involved in the selection of appropriate reference sites.

    g.  Sediment Toxicity Tests.  Defendant will consider replacement of the sediment toxicity test species Streblospio with another species, as well as the need for bioassay organisms of different trophic levels and in both the sedimentary and pelagic environments. Defendant will confer with Dr. Livingston on these issues before study decisions are made.

A00196

h. <u>Tissue Analyses</u>. Defendant will carry out tissue analyses for PAHs to try to determine the effective concentrations leading to potential adverse biological effects in its sediment toxicity test species. Dr. Livingston will provide Defendant with appropriate protocols. If a question arises concerning the feasibility of such analyses, the parties' experts will confer and attempt to resolve that issue.

i. <u>Consistency of Metals Analysis</u>. Concurrent with PAH analysis, Defendant will analyze effluent samples for a suite of metals. All associated chemical characterizations, including field sediment monitoring, organisms taken in the caged bivalve study, and long-core determinations, will cover the same list of PAHs and metals. If the sediments or caged bivalves have high, potentially toxic levels of metals, Defendant will use best efforts to measure metals in the sediment toxicity (bioassay) tests. If the metals are not tested in the sediment toxicity organisms, and if there is a toxic response, Defendant will not attribute the response to metals.

j. <u>Long Cores</u>. The long-coring work proposed by Skidaway will be conducted after the final sample selection site process has been completed. Metals will be analyzed on core samples concurrently with PAH analysis at appropriate sites. Dr. Livingston will be involved in the site selection for long cores. The Skidaway operation will be coordinated with the preliminary field operations in the establishment of the likely zones of impact and depositional areas.

A—4

k. <u>Written Program Management Plan</u>.  Defendant will develop a written program management plan to demonstrate how all components of the studies will be conducted, scheduled, and integrated to answer the original research questions.  The written plan will include proposed statistical analyses and analytical tools to be used in the integration of the various project components. At a minimum, the program management plan will include definition of the chemical aspects of the effluent; the appropriate determination of fate and transport questions relating to establishment of appropriate sampling plans in space and time; the use of caged animals for chronic as well as acute bioassay approaches; the coordinated chemical analyses of the various aspects of the study related to bioavailability and fate and effects; the predetermined coordination of these efforts to define the long-core effort; and the overall determination of the statistical analysis of data collected during the project. The written plan will be developed no later than May 1, 2000.

l. <u>PAH Fingerprinting</u>.  Fingerprinting of PAHs from refinery effluent will be compared to PAHs in the sediments.

m. <u>Tiered Approach</u>.  A tiered approach will be used, and stations and/or chemical tests may be dropped if it does not materially affect the outcome of the project.  The parties will confer and attempt to agree on any such reductions.

A00198

n. _Dispute Resolution_. In the event disputes arise concerning the conduct of the Court-ordered studies, the parties will confer and try to resolve them. The parties will explore the possibility of arbitrating such disputes before individuals with expertise in the relevant scientific subject matter area.

2. By involving Dr. Livingston in consultations concerning various aspects of the ongoing studies, Defendant does not relinquish its primary authority or responsibility to carry out the terms of the Court Order, and make decisions on all aspects of the studies.

3. By agreeing to involve Dr. Livingston in consultations concerning various aspects of the ongoing studies, Plaintiffs do not relinquish their right to raise or to litigate in this Court any appropriate claim regarding Defendant's conduct of the Court-ordered studies.

4. All claims Plaintiffs raised in their motion to enforce the Court Order are resolved by the terms of this Stipulation. The trial proceedings that were suspended on January 27, 2000, are closed.

5. The Court retains jurisdiction to enforce this Stipulated Order and its prior Opinion and Order of September 1, 1998.

Dated:  February 22, 2000

C. Scott Reese (#2036)
COOCH & TAYLOR
824 Market Street Mall
P.O. Box 1680
Wilmington, DE 19899
(302) 984-3811

A00199

_Mitchell S. Bernard_

Mitchell S. Bernard
Nancy S. Marks
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
New York, NY 10011
(212) 727-4469

Attorneys for Plaintiffs


_Richard D. Allen_

Richard D. Allen (#469)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Attorneys for Defendant


So ordered this 23d day of February, 2000:


_Sue L. Robinson_

Hon. Sue L. Robinson
United States District Judge

A–7

A00200

# APPENDIX B

Methods of Triad Analysis/Presentation (Chapman, 1996)

A00201

1. Methods of Triad Analysis/Presentation. Note that the three method examples may not
... arily be the only methods in future

| Method Example: Summary Indices[a] | Method Example: Multivariate Analyses[b] | | Method: Tabular Decision Matrix[c] | | | Possible Conclusions | Possible Actions/Decision |
|---|---|---|---|---|---|---|---|
| | HIGH | LOW | Contamination | Toxicity | Alteration | | |
| TOXICITY 1+X  1+X CONTAMINATION  1+X ALTERATION | | | + | + | + | Strong evidence for pollution-induced degradation. | Treat/remediate dependent on degree of degradation and chemical(s) responsible. Sediment toxicity identification evaluation (TIE) can identify contaminants of concern. |
| TOXICITY 1+X  1+X CONTAMINATION  1+X ALTERATION | | | - | - | - | Strong evidence against pollution-induced degradation. | No action(s) necessary. |
| TOXICITY 1+X  1+X CONTAMINATION  1+X ALTERATION | | | + | - | - | Contaminant(s) are not bioavailable. | No action(s) necessary. |
| TOXICITY 1+X  1+X CONTAMINATION  1+X ALTERATION | | | - | + | + | Unmeasured contaminant(s) or condition(s) have the potential to cause degradation. | (1) Recheck chemical analys... verify toxicity test result... ensure not due to mode...in factors (e.g., grain size effects). (2) Conduct further, focuse... studies (e.g., TIE) if indici... results confirmed. (3) Action(s) or lack there... dependent on the above. |
| TOXICITY 1+X  1+X CONTAMINATION  1+X ALTERATION | | | + | - | + | Alteration is not due to toxic contamination. | No action(s) necessary due... toxic chemicals (action may... necessary for other reasons,... ... |

A00202

, Continued

**Method: Tabular Decision Matrix[a]**

| Method Example: Summary Indices[a] | Method Example: Multivariate Analyses[b] | Contamination | Toxicity | Alteration | Possible Conclusions | Possible Actions/Decisions |
|---|---|---|---|---|---|---|
| TOXICITY 1+X — 1+X CONCENTRATION — 1+X ALTERATION | (d) | + | + | – | Toxic contaminants are bioavailable but *in situ* effects are not demonstrable. | (1) Recheck results from benthic analyses, consider additional data analyses. (2) If recheck indicates contamination, treat/remediate (see Possible Outcome 1). (3) If recheck confirms no benthic alteration, minimize/reduce inputs to prevent future alteration. |
| TOXICITY 1+X — 1+X CONTAMINATION — 1+X ALTERATION | (e) | – | + | + | Unmeasured toxic contaminants are causing degradation. | (1) Recheck chemical analyses; consider additional analyses and/or TIE; ensure toxicity/alteration not due to modif. factors (e.g., grain size, effects). (2) Any action(s) dependent on the above. |
| TOXICITY 1+X — 1+X CONTAMINATION — 1+X ALTERATION | (f) | + | – | + | Contaminants are not bioavailable, alteration not due to toxic chemicals. | (1) Confirm/verify lack of toxicity, investigate reason(s) for alteration. (2) Any action(s) dependent on the above. |

■ High    □ Low

Example data presentation following multivariate analyses as described by Chapman et al. (1996). Toxicity (based on a representative toxicity test), significantly different or not than control; Benthos (benthic community structure), Euclidian distance matrices, all taxon abundances relative to reference stations; Metals (based on copper), relative concentrations; Polyaromatic Hydrocarbons (PAH, based on fluoranthene), relative concentrations. If more possibilities than "high" or "low" are included, the number of possible combinations increases accordingly.

Toxicity, contamination, and alteration are shown normalized to Ratio-to-Reference values as described by Chapman (1990), 1.0 = reference conditions. Note that the exact symmetry in these examples would not be likely expressed in actual studies.

_Two intermediate possibilities (metals and PAH show different patterns)._
_Six intermediate possibilities (mixtures of high and low)._
_Six intermediate possibilities (mixtures of high and low)._
_Two intermediate possibilities (mixtures of high and low)._
_Six intermediate possibilities (mixtures of high and low)._

Adapted from Chapman (1990).

B-2

A00204

## APPENDIX C

Costs, methods of analysis, sampling protocols and detection limits for PAHs, chlorinated pesticides, PCBs, metals and other porewater parameters. Analysis and sampling information is described for each media (water, sediment and biota). Battelle Duxbury will conduct all sample analyses.

A00204

Table 1. Cost Estimate for Analysis of Water and Sediment for Selected Contaminants

| Matrix | Analytes | Method | Unit Cost[1] |
|---|---|---|---|
| Water | Dissolved Metals: Al, As, Cd, Cr, Cu, Pb, Ni, Se, Zn Hg Sn | EPA method 1640 (pre-concentration with ICP/MS) EPA method 1631 EPA method 1638 (ICP/MS) | $580.00 |
| | Chlorinated pesticides and 20 individual PCB congeners | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992) methods. Analysis using GC/ECD. | $310.00 |
| | PAH (extended list of PAH compounds including isomer specific PAH compounds from the WSPA list) | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992) methods. Analysis using GC/MS in Selected Ion Monitoring Mode. | $400.00 |
| Sediment | Metals: Al, As, Cd, Cr, Cu, Pb, Hg, Ni, Se, Sn, Zn | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992). Methods using cold vapor atomic absorption for Hg. | $460.00 |
| | Acid volatile sulfides and simultaneously extractable metals (AVS/SEM) | Extraction and instrumental analysis following Allen, et al., 1991, "Determination of Acid Volatile Sulfides and Simultaneously Extracted Metals in Sediment". | $385.00 |
| | Chlorinated pesticides and 20 individual PCB congeners | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992) methods. Analysis using GC/ECD. | $330.00 |
| | PAH (extended list of PAH compounds including isomer specific PAH compounds from the WSPA list) | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992) methods. Analysis using GC/MS in Selected Ion Monitoring Mode. | $425.00 |
| | Ammonia | EPA/CE p. 3-154, 1,2 | $65.00 |
| | Nitrate- Nitrite | EPA/CE p. 3-183, 1,2 | $60.00 |
| | Sulfide | SW-846, 9030 | $60.00 |
| | Total Organic Carbon (TOC) | SW-846, 9060 | $50.00 |
| | Particle Size | ASTM D-4464-85, C-1070-86 | $80.00 |
| Tissue | Metals: Al, As, Cd, Cr, Cu, Pb, Hg, Ni, Se, Sn, Zn | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992). Methods cold vapor atomic absorption for Hg. | $370.00 |
| | PCBs | Extraction and instrumental analysis following NOAA. National Status and Trends Program (1998), EPA EMAP (1992) methods. Analysis using GC/ECD. | $325.00 |
| | PAH (extended list of PAH compounds including isomer specific PAH compounds from the WSPA list) | Extraction and instrumental analysis following NOAA National Status and Trends Program (1998), EPA EMAP (1992) methods. Analysis using GC/MS in Selected Ion Monitoring Mode. | $425.00 |

[1] When fewer than 10 field samples per matrix are submitted for analysis as a sample delivery group [SDG: a group of samples that can be extracted as a batch within holding time], quality control samples (excluding procedural blanks and laboratory control samples) are considered billable units.

A00205

Table 2.    ...ject Summary

## Proposed Sampling Schedule

| Sampling Program/Season | Sample Type | NPDES PAH(s) | NPDES Past/RGB | NPDES Metals | NPDES AVS/SEM | NPDES TOC | NPDES Particle Size | NPDES Ammonia | NPDES Nitrate-Nitrite | NPDES Sulfide |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar-00 | Water | 10* | 10 | 10 | | | | | | |
| Apr-00 | Water | 10* | | 10 | | | | | | |
| May-00 | Water | 10* | | 10 | | | | | | |
| Jun-00 | Water | 10* | | 10 | | | | | | |
| Jul-00 | Water | 10* | | 10 | | | | | | |
| Aug-00 | Water | 10* | | 10 | | | | | | |
| Sep-00 | Water | 10* | | 10 | | | | | | |
| Oct-00 | Water | 10* | | 10 | | | | | | |
| Nov-00 | Water | 10* | | 10 | | | | | | |
| Dec-00 | Water | 10* | | 10 | | | | | | 100 |
| Jan-01 | Water | 10* | | 10 | | | | | | |
| Summer 2000 | Sediment | 50 | | | | 50 | 50 | | | |
| Summer 2000 | Water - lg volume | 24* | | 3 | | | | | | |
| Summer 2000 | Water - lox | 3 | 3 | 3 | | | | | | |
| Winter 2000 | Water - lox | 3 | 3 | 3 | | | | | | |
| Spring 2001 | Sediment | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | |
| Summer 2001 | Sediment | 100 | 10 | 100 | 100 | 100 | 100 | | | |
| Summer 2001 | Tissue | 20 | 20 | 20 | | | | | | |
| Spring 2002 | Sediment | 100 | 10 | 100 | 100 | 100 | 100 | | | |
| Summer 2002 | Sediment | 100 | 10 | 100 | 100 | 100 | 100 | | | |

* Assumes these are the samples currently being collected for monthly NPDES monitoring.

* 12 samples collected, generates 24 waters samples for exraction and analysis (total, dissolved, and particulate PAH).

## Projected Cost Summary

| Sampling Program/Season | Sample Type | NPDES PAH | NPDES Past/RGB | NPDES Metals | NPDES AVS/SEM | NPDES TOC | NPDES Particle Size | NPDES Ammonia | NPDES Nitrate-Nitrite | NPDES Sulfide |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar-00 | Water | 4000 | 3100 | 4250 | | | | | | |
| Apr-00 | Water | 4000 | | 4250 | | | | | | |
| May-00 | Water | 4000 | | 4250 | | | | | | |
| Jun-00 | Water | 4000 | | 4250 | | | | | | |
| Jul-00 | Water | 4000 | | 4250 | | | | | | |
| Aug-00 | Water | 4000 | | 4250 | | | | | | |
| Sep-00 | Water | 4000 | | 4250 | | | | | | |
| Oct-00 | Water | 4000 | | 4250 | | | | | | |
| Nov-00 | Water | 4000 | | 4250 | | | | | | |
| Dec-00 | Water | 4000 | | 4250 | | | | | | 6000 |
| Jan-01 | Water | 4000 | | 4250 | | | | | | |
| Summer 2000 | Sediment | 9800* | | | | 2500 | 4000 | | | |
| Summer 2000 | Water - lg volume | 1200 | 930 | 1740 | | | | | | |
| Summer 2000 | Water - lox | 1200 | 930 | 1740 | | | | | | |
| Winter 2000 | Water - lox | 1200 | 930 | 1740 | | | | | | |
| Spring 2001 | Sediment | 42500 | 33000 | 46000 | 38500 | 5000 | 8000 | 6500 | 6000 | |
| Summer 2001 | Sediment | 42500 | 3300 | 46000 | 38500 | 5000 | 8000 | | | |
| Summer 2001 | Tissue | 8500 | 6500 | 7400 | | | | | | |
| Spring 2002 | Sediment | 42500 | 3300 | 46000 | 38500 | 6000 | 8000 | | | |
| Summer 2002 | Sediment | 42500 | 3300 | 46000 | 38500 | 6000 | 6000 | | | |

A00206

## Table 3. PAH Target Analyte List

| PAH |
| --- |
| Decalin and C1 – C4 Decalins |
| Benzo(b)thiophene and C1 – C4 Benzo(b)thiophenes |
| Naphthalene and C1 – C4 Naphthalenes |
| 1-Methylnaphthalene |
| 2-Methylnaphthalene |
| 2-Ethylnaphthalene |
| 1-Ethylnaphthalene |
| 2,6/2,7-Dimethylnaphthalene |
| 1,3/1,7-Dimethylnaphthalene |
| 1,6-Dimethylnaphthalene |
| 1,4/2,3-Dimethylnaphthalene |
| 1,5-Dimethylnaphthalene |
| 1,2-Dimethylnaphthalene |
| 1,8-Dimethylnaphthalene |
| 2-Isopropylnaphthalene |
| 1,6,7-Trimethylnaphthalene |
| Biphenyl |
| Acenaphthylene |
| Acenaphthene |
| Dibenzofuran |
| Fluorene and C1 – C3 Fluorenes |
| Anthracene |
| Phenanthrene and C1 – C4 Phenanthrenes/Anthracenes |
| 1-Methylphenanthrene |
| 3-Methylphananthrene |
| 2-Methylphananthrene |
| 4,9-Methylphenanthrene |
| 3,6-Dimethylphenanthrene |
| 3,5-Dimethylphenanthrene |
| 2,6-Dimethylphenanthrene |
| 2,7-Dimethylphenanthrene |
| 3,9-Dimethylphenanthrene |
| 1,6/2,5/2,9-Dimethylphenanthrene |
| 1,7-Dimethylphenanthrene |
| 1,9/4,9-Dimethylphenanthrene |
| 1,2-Dimethylphenanthrene |
| 1,8-Dimethylphenanthrene |
| 1,5-Dimethylphenanthrene |
| 9,10-Dimethylphenanthrene |
| 1,2,8-Trimethylphenanthrene |
| Dibenzothiophene and C1 – C4 Dibenzothiophenes |
| 1-Methyldibenzothiophene |
| 4-Methyldibenzothiophene |
| 2/3-Methyldibenzothiophene |
| 1,2-Dimethyldibenzothiophene |
| Fluoranthene |
| Pyrene and C1 – C3 Fluoranthenes/Pyrenes |
| Benzo(a)anthracene |
| Chrysene and C1 – C4 Chrysenes |
| Benzo(b)fluoranthene |
| Benzo(k)fluoranthene |
| Benzo(e)pyrene |
| Benzo(a)pyrene |
| Perylene |
| Indeno(1,2,3-c,d)pyrene |
| Dibenz(a,h)anthracene |
| Benzo(g,h,i)perylene |

A00207

Table 4. Method Detection Limits

| Matrix | Method | Compounds | Method Detection Limit |
|--------|--------|-----------|------------------------|
| *Water* Metals | EPA method 1640 (pre-concentration with ICP/MS) | Al | 1.0 µg/L |
| | | As | 0.1 µg/L |
| | | Cd | 0.02 µg/L |
| | | Cr | 1.0 µg/L |
| | | Cu | 0.05 µg/L |
| | | Pb | 0.05 µg/L |
| | | Ni | 0.05 µg/L |
| | | Se | 0.25 µg/L |
| | | Zn | 1.0 µg/L |
| | EPA method 1631 | Hg | 0.001 µg/L |
| | EPA method 1638 (ICP/MS) | Sn | 0.1 µg/L |
| *Water* Chlorinated Pesticides & PCBs | NOAA NS&T (1998)/ EPA EMAP (1992) GC/ECD | α-BHC | 1.456 ng/L |
| | | β-BHC | 1.698 ng/L |
| | | Lindane | 1.302 ng/L |
| | | δ-BHC | 1.916 ng/L |
| | | Heptachlor | 3.221 ng/L |
| | | Heptachlor expoxide | 1.380 ng/L |
| | | Endosulfan I | 1.328 ng/L |
| | | Endosulfan II | 1.816 ng/L |
| | | Endosulfan sulfate | 2.226 ng/L |
| | | Endrin | 1.669 ng/L |
| | | Endrin Aldehyde | 2.117 ng/L |
| | | Endrin Ketone | 2.499 ng/L |
| | | Aldrin | 0.825 ng/L |
| | | Dieldrin | 1.384 ng/L |
| | | Methoxychlor | 5.012 ng/L |
| | | 4,4'-DDT | 4.663 ng/L |
| | | 4,4'-DDD | 2.468 ng/L |
| | | 4,4'-DDE | 1.248 ng/L |
| | | 2,4'-DDT | 6.130 ng/L |
| | | 2,4'-DDD | 1.905 ng/L |
| | | 2,4'-DDE | 2.327 ng/L |
| | | PCB08 | 1.225 ng/L |
| | | PCB18 | 0.999 ng/L |
| | | PCB28 | 0.479 ng/L |
| | | PCB52 | 1.172 ng/L |
| | | PCB44 | 1.116 ng/L |
| | | PCB66 | 2.916 ng/L |
| | | PCB101 | 1.204 ng/L |
| | | PCB77 | 1.756 ng/L |
| | | PCB118 | 1.394 ng/L |
| | | PCB153 | 1.306 ng/L |
| | | PCB105 | 1.483 ng/L |
| | | PCB138 | 1.547 ng/L |
| | | PCB126 | 1.357 ng/L |
| | | PCB187 | 1.314 ng/L |
| | | PCB128 | 1.313 ng/L |

A00208

March 8, 2000

| Matrix | Method | Compounds | Method Detection Limit |
|---|---|---|---|
| | | PCB180 | 1.641 ng/L |
| | | PCB170 | 1.477 ng/L |
| | | PCB195 | 1.516 ng/L |
| | | PCB206 | 1.474 ng/L |
| | | PCB209 | 1.427 ng/L |
| *Water* PAH | NOAA NS&T (1998)/ EPA EMAP (1992) GC/MS SIM | Naphthalene | 0.392 ng/L |
| | | Acenaphthylene | 0.422 ng/L |
| | | Acenaphthene | 0.549 ng/L |
| | | Fluorene | 0.550 ng/L |
| | | Phenanthrene | 0.413 ng/L |
| | | Anthracene | 0.391 ng/L |
| | | Fluoranthene | 0.261 ng/L |
| | | Pyrene | 0.747 ng/L |
| | | Benzo(a)anthracene | 0.611 ng/L |
| | | Chrysene | 0.335 ng/L |
| | | Benzo(b)fluoranthene | 0.537 ng/L |
| | | Benzo(k)fluoranthene | 0.724 ng/L |
| | | Benzo(a)pyrene | 0.655 ng/L |
| | | Indeno(1,2,3-c,d)pyrene | 1.520 ng/L |
| | | Dibenz(a,h)anthracene | 1.007 ng/L |
| | | Benzo(g,h,i)perylene | 1.154 ng/L |
| | | 2-Methylnaphthalene | 0.536 ng/L |
| | | 1-Methylnaphthalene | 0.331 ng/L |
| | | 2,6-Dimethylnaphthalene | 0.407 ng/L |
| | | 2,3,5-Trimethylnaphthalene | 0.775 ng/L |
| | | Biphenyl | 0.361 ng/L |
| | | Dibenzofuran | 0.429 ng/L |
| | | 1-Methylphenanthrene | 0.322 ng/L |
| | | Dibenzothiophene | 1.051 ng/L |
| | | Benzo(e)pyrene | 0.347 ng/L |
| | | Perylene | 0.658 ng/L |
| | | Decalin | 3.912 ng/L |
| | | Benzothiophene | 0.634 ng/L |
| *Sediment* Metals | NOAA NS&T (1998)/ EPA EMAP (1992) | Al | 1.0 µg/g |
| | | As | 0.018 µg/g |
| | | Cd | 0.009 µg/g |
| | | Cr | 0.5 µg/g |
| | | Cu | 0.7 µg/g |
| | | Pb | 0.8 µg/g |
| | | Hg | 0.03 µg/g |
| | | Ni | 0.5 µg/g |
| | | Se | 0.18 µg/g |
| | | Sn | 0.36 µg/g |
| | | Zn | 1.8 µg/g |
| *Sediment* Chlorinated Pesticides & PCBs | NOAA NS&T (1998)/ EPA EMAP (1992) GC/ECD | α-BHC | 0.052 µg/kg |
| | | β-BHC | 0.015 µg/kg |
| | | Lindane | 0.018 µg/kg |
| | | δ-BHC | 0.015 µg/kg |
| | | Heptachlor | 0.016 µg/kg |
| | | Heptachlor epoxide | 0.016 µg/kg |
| | | Endosulfan I | 0.034 µg/kg |
| | | Endosulfan II | 0.011 µg/kg |
| | | Endosulfan sulfate | 0.013 µg/kg |

A00209

| Matrix | Method | Compounds | Method Detection Limit |
|---|---|---|---|
| | | Endrin | 0.055 µg/kg |
| | | Endrin Aldehyde | 0.055 µg/kg |
| | | Endrin Ketone | 0.011 µg/kg |
| | | Aldrin | 0.015 µg/kg |
| | | Dieldrin | 0.035 µg/kg |
| | | Methoxychlor | 0.035 µg/kg |
| | | 4,4'-DDT | 0.024 µg/kg |
| | | 4,4'-DDD | 0.013 µg/kg |
| | | 4,4'-DDE | 0.016 µg/kg |
| | | 2,4'-DDT | 0.078 µg/kg |
| | | 2,4'-DDD | 0.014 µg/kg |
| | | 2,4'-DDE | 0.066 µg/kg |
| | | PCB08 | 0.144 µg/kg |
| | | PCB18 | 0.015 µg/kg |
| | | PCB28 | 0.013 µg/kg |
| | | PCB52 | 0.015 µg/kg |
| | | PCB44 | 0.015 µg/kg |
| | | PCB66 | 0.016 µg/kg |
| | | PCB101 | 0.014 µg/kg |
| | | PCB77 | 0.039 µg/kg |
| | | PCB118 | 0.017 µg/kg |
| | | PCB153 | 0.017 µg/kg |
| | | PCB105 | 0.015 µg/kg |
| | | PCB138 | 0.020 µg/kg |
| | | PCB126 | 0.027 µg/kg |
| | | PCB187 | 0.015 µg/kg |
| | | PCB128 | 0.023 ug/kg |
| | | PCB180 | 0.020 µg/kg |
| | | PCB170 | 0.187 µg/kg |
| | | PCB195 | 0.016 µg/kg |
| | | PCB206 | 0.016 µg/kg |
| | | PCB209 | 0.017 µg/kg |
| Sediment PAH | NOAA NS&T (1998)/ EPA EMAP (1992) GC/MS SIM | Naphthalene | 0.132 µg/kg |
| | | Acenaphthylene | 0.036 µg/kg |
| | | Acenaphthene | 0.036 µg/kg |
| | | Fluorene | 0.040 µg/kg |
| | | Phenanthrene | 0.054 µg/kg |
| | | Anthracene | 0.028 µg/kg |
| | | Fluoranthene | 0.039 µg/kg |
| | | Pyrene | 0.037 µg/kg |
| | | Benzo(a)anthracene | 0.049 µg/kg |
| | | Chrysene | 0.037 µg/kg |
| | | Benzo(b)fluoranthene | 0.044 µg/kg |
| | | Benzo(k)fluoranthene | 0.031 µg/kg |
| | | Benzo(a)pyrene | 0.100 µg/kg |
| | | Indeno(1,2,3-c,d)pyrene | 0.077 µg/kg |
| | | Dibenz(a,h)anthracene | 0.042 µg/kg |
| | | Benzo(g,h,i)perylene | 0.046 µg/kg |
| | | 2-Methylnaphthalene | 0.128 µg/kg |
| | | 1-Methylnaphthalene | 0.086 µg/kg |
| | | 2,6-Dimethylnaphthalene | 0.111 µg/kg |
| | | 2,3,5-Trimethylnaphthalene | 0.060 µg/kg |
| | | Biphenyl | 0.051 µg/kg |
| | | Dibenzofuran | 0.055 µg/kg |

A00210

| Matrix | Method | Compounds | Method Detection Limit |
|--------|--------|-----------|------------------------|
| | | 1-Methylphenanthrene | 0.044 µg/kg |
| | | Dibenzothiophene | 0.035 µg/kg |
| | | Benzo(e)pyrene | 0.042 µg/kg |
| | | Perylene | 0.040 µg/kg |
| | | Decalin | 0.111 µg/kg |
| | | Benzothiophene | 0.079 µg/kg |
| *Sediment* Ammonia | EPA/CE p. 3-154, 1,2 | | 0.01 mg/g |
| *Sediment* Nitrate-Nitrite | EPA/CE p. 3-183, 1,2 | | 0.01 mg/g |
| *Sediment* Sulfide | SW-846, 9030 | | 2 mg/kg |
| *Sediment* TOC | SW-846, 9060 | | 100 mg/kg |
| *Sediment* Particle Size | ASTM D-4464-85, C-1070-86 | %sand, %silt, %clay, 25 logarithmically-based size fractions between 0.4 um and 2000 um, plus the fraction greater thank 2000 um, sample statistics [mean, median, mode, skewness, kurtosis] | 0.2% |
| *Tissue* PAH | NOAA NS&T (1998)/ EPA EMAP (1992)<br><br>GC/MS SIM | Naphthalene | 0.747 µg/kg |
| | | Acenaphthylene | 0.191 µg/kg |
| | | Acenaphthene | 0.122 µg/kg |
| | | Fluorene | 0.266 µg/kg |
| | | Phenanthrene | 0.326 µg/kg |
| | | Anthracene | 0.211 µg/kg |
| | | Fluoranthene | 0.277 µg/kg |
| | | Pyrene | 0.903 µg/kg |
| | | Benzo(a)anthracene | 0.188 µg/kg |
| | | Chrysene | 0.201 µg/kg |
| | | Benzo(b)fluoranthene | 0.200 µg/kg |
| | | Benzo(k)fluoranthene | 0.143 µg/kg |
| | | Benzo(a)pyrene | 0.297 µg/kg |
| | | Indeno(1,2,3-c,d)pyrene | 0.563 µg/kg |
| | | Dibenz(a,h)anthracene | 0.431 µg/kg |
| | | Benzo(g,h,i)perylene | 0.889 µg/kg |
| | | 2-Methylnaphthalene | 0.558 µg/kg |
| | | 1-Methylnaphthalene | 0.243 µg/kg |
| | | 2,6-Dimethylnaphthalene | 0.241 µg/kg |
| | | 2,3,5-Trimethylnaphthalene | 0.392 µg/kg |
| | | Biphenyl | 0.158 µg/kg |
| | | Dibenzofuran | 0.181 µg/kg |
| | | 1-Methylphenanthrene | 0.280 µg/kg |
| | | Dibenzothiophene | 0.409 µg/kg |
| | | Benzo(e)pyrene | 0.125 µg/kg |
| | | Perylene | 0.861 µg/kg |
| | | Decalin | 1.160 µg/kg |
| | | Benzothiophene | 0.559 µg/kg |
| *Tissue* PCBs | NOAA NS&T (1998)/ EPA EMAP (1992) | PCB08 | 0.427 µg/kg |
| | | PCB18 | 0.166 ug/kg |
| | | PCB28 | 0.190 ug/kg |
| | | PCB52 | 0.210 ug/kg |

A00211

| Matrix | Method | Compounds | Method Detection Limit |
|--------|--------|-----------|------------------------|
| | GC/ECD | PCB44 | 0.201 ug/kg |
| | | PCB66 | 0.357 ug/kg |
| | | PCB101 | 0.790 ug/kg |
| | | PCB77 | 0.400 ug/kg |
| | | PCB118 | 0.375 ug/kg |
| | | PCB153 | 0.630 ug/kg |
| | | PCB105 | 0.219 ug/kg |
| | | PCB138 | 0.387 ug/kg |
| | | PCB126 | 0.220 ug/kg |
| | | PCB187 | 0.249 ug/kg |
| | | PCB128 | 0.366 ug/kg |
| | | PCB180 | 0.386 ug/kg |
| | | PCB170 | 0.176 ug/kg |
| | | PCB195 | 0.170 ug/kg |
| | | PCB206 | 0.152 ug/kg |
| | | PCB209 | 0.116 ug/kg |
| *Tissue* Metals | NOAA NS&T (1998)/ EPA EMAP (1992) | Al | 1.8 µg/kg |
| | | As | 0.04 µg/kg |
| | | Cd | 0.03 µg/kg |
| | | Cr | 0.25 µg/kg |
| | | Cu | 0.04 µg/kg |
| | | Pb | 0.02 µg/kg |
| | | Hg | 0.02 µg/kg |
| | | Ni | 0.02 µg/kg |
| | | Se | 0.12 µg/kg |
| | | Sn | 0.04 µg/kg |
| | | Zn | 0.7 µg/kg |

A00212

Table 5. Sampling Information

| Matrix | Analysis | Sample Handling | Holding Time (Issues) | Approximate Sample Size Required |
|---|---|---|---|---|
| *Water* | Metals | Samples are not acidified until after filtering, therefore Teflon bottles without acid will be sent to the refinery. | Water samples must be filtered within 24 hours of collection. Therefore overnight shipping on ice at 4°C is required. Bottles should be packed upright in cooler. Samples should not be collected on Friday. | 100 mL for effluent or freshwater  500 mL for seawater |
| | PAH/Pest/PCB | Collect sample in 1-L amber bottle, seal with Teflon lined cap. Bottles provided. | 7 day holding time. Samples should be shipped on the day collected. Ship bottles upright in cooler at ~4°C (on ice) with plenty of packing material | 2 L |
| *Sediment* | Metals -- bulk metals | Collect the sediment for bulk metals and AVS/SEM metals in a 4-oz. jar. Sample using Kynar coated sample scoop. Minimize exposure to air by filling the jar to the top with sediment. Jars provided. | Samples should be shipped on the day collected. Ship jars upright in cooler at ~4°C (on ice) with plenty of packing material. | ~100 g (includes sediment for bulk metals and AVS/SEM metals. |
| | AVS/SEM | See above. | See above. | See above. |
| | PAH/Pest/PCB | Collect sediment in 250-ml glass jar. Sample using Kynar coated sample scoop. Jars provided. | 14 day holding time. Samples should be shipped on the day collected. Ship jars upright in cooler at ~4°C (on ice) with plenty of packing material. | ~50 - 100 g |
| | Sulfide and TOC | Collect sediment in 1, 125-mL polyethylene or glass jar filled to top *(no head space)*. Jars provided. | 7 day holding time Sulfide. Ship jars upright in cooler at ~4°C (on ice) with plenty of packing material. Samples should be shipped on the day collected. | ~25 - 30 g |
| | Ammonia, Nitrate-Nitrite, and Particle Size | Collect sediment in 1, 200-mL polyethylene jar, ¾ full. Jars provided. | Holding time of 7 days for Ammonia and Nitrate-Nitrite. Ship jars upright in cooler at ~4°C (on ice). Samples should be shipped on the day collected. | ~40 - 60 g |
| *Tissue* | Metals | Bivalve samples should be collected and shipped whole (in the shell). Metals samples should be double bagged in Ziploc freezer storage bags. | 1 year extraction holding time from collection. Samples should be shipped on the day collected. Ship in coolers at ~4°C (on ice). | 20 g |
| | PAH/Pest/PCB | Bivalve samples should be shipped whole (in the shell). Organic samples should double wrapped in solvent (DCM) rinsed foil and bagged in Ziploc freezer storage bags. | 1 year extraction holding time from collection. Samples should be shipped on the day collected. Ship in coolers at ~4°C (on ice). | 30 g |

A00213

# APPENDIX D

Culturing and testing protocols for *Leptocheirus plumulosus* and *Hyalella azeta*.

A00214

CULTURING AND TESTING PROTOCOLS FOR
CONDUCTING SEDIMENT TOXICITY TESTS
WITH FRESHWATER AND ESTUARINE AMPHIPODS


by:


Beth L. McGee, Ph.D.
Daniel J. Fisher, Ph.D.


UNIVERSITY OF MARYLAND
WYE RESEARCH AND EDUCATION CENTER
AQUATIC TOXICOLOGY LABORATORY
QUEENSTOWN, MARYLAND


JANUARY 1998
REVISED APRIL 1998

A00215

# TABLE OF CONTENTS

Page #

LIST OF TABLES                                                           IV
1.  INTRODUCTION                                                          1
2.  SAFETY                                                                1
3.  GENERAL QUALITY ASSURANCE/QUALITY CONTROL                            2
    3.1  Negative Controls                                               2
    3.2  Reference Sediments                                             2
    3.3  Positive Controls                                               2
    3.4  Blind Testing/Randomization                                     2
    3.5  Maintenance/Measurement of Water Quality                        2
    3.6  Accuracy of counting and sorting                                3
4.  FACILITIES AND EQUIPMENT                                             3
    4.1  Testing Facility                                                3
    4.2  Bioassay Chamber                                                3
    4.3  Materials                                                       3
         4.3.1  Composition                                              3
         4.3.2  Cleaning                                                 4
5.  EXPOSURE CONDITIONS                                                  4
    5.1  Overlying Water                                                 4
         5.1.1  Acceptability                                            4
         5.1.2  Source/preparation                                       4
         5.1.3  Characterization                                         4
    5.2  Sediments                                                       4
         5.2.1  Acceptability                                            4
         5.2.2  Source                                                   4
         5.2.3  Characterization                                         5
         5.2.4  Field collected test sediment                           5
    5.3  Lighting                                                        5
    5.4  Temperature                                                     5
    5.5  Dissolved Oxygen                                                5
6.  GENERAL BIOASSAY PROCEDURE                                           6
    6.1  Experimental Design                                            6
    6.2  Handling and Acclimation                                       6
    6.3  Test Preparation (Day -1)                                      6
    6.4  Initiation of Test (Day 0)                                     7
         6.4.1  Water quality monitoring                                7
         6.4.2  Observations                                            7
         6.4.3  Sorting/counting of test organisms                     7

Page #

6.5    Daily Monitoring and Maintenance ....... 9
    6.5.1    Water quality ....... 9
    6.5.2    Observations ....... 9
6.6    Termination ....... 9
    6.6.1    Water quality ....... 9
    6.6.2    Observations ....... 9
    6.6.3    Recovery ....... 9
        6.6.3.1    10-d exposures ....... 10
        6.6.3.2    28-d expsorues ....... 10
6.7    Statistics ....... 10
7.0 ACCEPTABILITY OF TEST ....... 11
8.0 DOCUMENTATION ....... 11
9.0 TEST SPECIES ....... 12
9.1    *Leptocheirus plumulosus* (Amphipoda: Aoridae) ....... 12
    9.1.1    Source ....... 12
    9.1.2    Culturing ....... 12
    9.1.3    Life cycle ....... 12
    9.1.4    Life stage ....... 13
    9.1.5    Toxcity test specifications ....... 13
        9.1.5.1    Acute 10-d test ....... 13
        9.1.5.2    Partial life cycle 28-d test ....... 13
9.2    *Hyalella azteca* (Amphipoda: Talitridae) ....... 16
    9.2.1    Source ....... 16
    9.2.2    Culturing ....... 16
    9.2.3    Life cycle ....... 16
    9.2.4    Life stage ....... 16
    9.2.5    Toxcity test specifications ....... 17
        9.1.5.1    Acute 10-d test ....... 17
        9.1.5.2    Partial life cycle 28-d test ....... 17
APPENDIX I    Culturing *Leptocheirus plumulosus* ....... 20
    Overview ....... 20
    Culture Materials List ....... 20
    Typical Culturing Schedule ....... 21
    Preparation of Culture Bins ....... 21
    Preparation of Culture Sediment and Seawater ....... 22
    Selection of Animals to Establish Cultures ....... 22
    Food Preparation and Feeding ....... 22
    Maintenance and Renewal of Cultures ....... 23
    Harvesting Cultures for Toxicity Test Animals ....... 23
APPENDIX II    Culturing *Hyalella azteca* ....... 24
    Overview ....... 24
    Culture Materials List ....... 24

A00217

                                                                    Page #

        Typical Culturing Schedule                                    25
        Maintenance and Renewal of Cultures                           25
        Harvesting Cultures for Toxicity Test Animals                 25
    REFERENCES                                                        26

A00218

LIST OF TABLES

Page #

Table 1       Test conditions for reference toxicity tests
              with *Leptocheirus plumulosus* and *Hyalella azteca*        8

Table 2       Test conditions for 10-d acute sediment toxicity
              tests with *Leptocheirus plumulosus*                        14

Table 3       Test conditions for 28-d acute sediment toxicity
              tests with *Leptocheirus plumulosus*                        15

Table 4       Test conditions for 10-d acute sediment toxicity
              tests with *Hyalella azteca*                                18

Table 5       Test conditions for 28-d acute sediment toxicity
              tests with *Hyalella azteca*                                19

A00219

## 1. INTRODUCTION

This document describes procedures for conducting toxicity tests to evaluate adverse effects of sediment-associated contaminants on aquatic organisms. The methods are designed to assess the toxic effects on invertebrate survival, growth and/or reproduction, in short (10 day) or long-term (28 day) partial life cycle exposures. Testing procedures are outlined for two species: *Hyalella azteca* (freshwater amphipod) and *Leptocheirus plumulosus* (estuarine amphipod). The protocols and methodologies described herein are modified from the most current ASTM (1992, 1994a,b) and EPA documents (1994a,b; DeWitt et al., 1997).

## 2. SAFETY

Many substances may pose health risks to humans if precautions are inadequate. Therefore, skin contact with all toxicants, overlying water, and sediments is minimized by wearing appropriate protective gloves (especially when washing equipment or putting hands into test sediments or solutions), laboratory coats, aprons and eyewear. Special precautions, such as covering test chambers and ventilating the area surrounding the chambers, are taken when conducting tests on volatile materials. Information on human toxicity, recommended handling procedures, and chemical and physical properties of the test material are studied before a test is begun and presented to all personnel involved.

Sediments collected from the field might be contaminated with hundreds of potentially toxic materials, and laboratory prepared sediments could be spiked with high concentrations of toxicants. All potentially contaminated sediments are handled in a manner to minimize exposure of researchers to toxic compounds. Mixing of toxic sediments in open containers, spiking of laboratory prepared sediments, and loading of toxic sediments into test chambers is done in a well-ventilated area, preferably a fume hood. Face shields or protective goggles are worn during operations that might involve accidental splashing of sediments, such as sieving, mixing and loading into test chambers.

Health and safety precautions and applicable regulations for disposal of stock solutions, overlying water from test chambers, test organisms, and sediments are considered before beginning a test.

Cleaning of equipment with a volatile solvent such as acetone, is performed in a well-ventilated area in which no smoking is allowed and no open flame is present. Cleaning equipment with acids is done only in a well-ventilated area, and protective gloves and safety goggles are worn.

To prepare dilute acid solutions, concentrated acid is added to water, not vice versa. Opening a bottle of concentrated acid and adding concentrated acid to water is performed only in a well-ventilated area or fume hood.

A00220

# 3.  GENERAL QUALITY ASSURANCE/QUALITY CONTROL

The following general QA/QC procedures apply to all sediment bioassays. Procedures unique to a test species are incorporated into individual species bioassay protocols.

Standard laboratory procedures are followed in every aspect of testing. These include proper documentation, proper cleaning, avoidance of contamination, and maintenance of appropriate test conditions. All unusual observations or deviations from established procedures are recorded and reported.

## 3.1  Negative Controls

Every test requires a control sediment consisting of sediment from the species collection site or other sediment known to be non-toxic and within the geochemical requirements of the test species. This treatment will: a) give a measure of the acceptability of the test, b) provide evidence of the health and relative quality of test organisms, c) determine the suitability of overlying water, test conditions, food, handling procedures, etc. and d) provide a basis for interpreting data obtained from test sediments.

## 3.2  Reference Sediments

Reference sediments, collected from an area documented to be free from chemical contamination, represent the range of important physical and chemical variables found in the test sediments. This provides a site-specific basis for comparison of potentially toxic and non-toxic conditions.

## 3.3  Positive Controls

Acute 96 hr. aqueous tests with cadmium chloride for *Leptocheirus plumulosus* and KCl for *Hyalella azteca* will be conducted periodically or in conjunction with sediment toxicity tests to ensure species' sensitivities remain consistent.

## 3.4  Blind Testing/Randomization

Test beakers are randomly assigned to locations in the constant temperature water bath. During sorting of test organisms, individuals are impartially assigned to bioassay chambers.

## 3.5  Maintenance/Measurement of Water Quality

Bioassays involving exposure of organisms in aqueous media require that the media be uncontaminated and that proper water quality conditions be maintained to ensure survival of organisms and that undue stress (unrelated to test sediments) is not exerted on the organisms. Specifics of water quality monitoring are given in sections 6.4 and 6.5. At a minimum, the

A00221

following variables are measured at the beginning and end of testing: temperature, dissolved oxygen, pH, ammonia, conductivity/salinity, hardness (freshwater), and alkalinity (freshwater).

## 3.6  Accuracy of counting and sorting

To ensure accuracy in the number of test organisms initially added to test chambers approximately 25 % of the test animals will be double counted prior to loading. Upon test breakdown, all sieved material will be double checked to ensure all live adult animals have been removed from the material and 25% of recovered organisms will be double counted. Proficiency of personnel sorting neonates for the *L. plumulosus* reproductive endpoint will be evaluated by re-picking two random samples. If any neonates were missed by the original sorter, all samples done by that person will be re-picked. Once personnel have passed the proficiency test, 5% of their samples will be re-checked.

## 4.  FACILITIES AND EQUIPMENT

## 4.1  Testing Facility

Toxicity tests are conducted in an area separate from the culturing facility to avoid contamination by test materials, especially volatile compounds.

## 4.2  Bioassay Chamber

The bioassay chamber consists of a 1L beaker covered with a watchglass or a 300 ml beaker. The jars are placed in a recirculating water bath to maintain constant temperature. Aeration to each 1L bioassay chamber is via a 1 ml disposable glass pipette which is placed so as to not disturb the sediment (approximately 3 cm below the water surface). Air is provided at a rate of approximately 2 bubbles/second. Acute freshwater tests in 300 ml beakers are static-renewal and do not require aeration.

## 4.3  Materials

Sieves and other equipment used for culturing test organisms remain separate from those used for test sediments.

### 4.3.1  Composition

Composition of materials that contact test solutions, stock solutions, sediments and overlying water do not contain substances that can be leached or dissolved in amounts that adversely affect the test organism. In addition, equipment and facilities that contact sediment or water are chosen to minimize sorption of test materials from water. Only glass, high density polyethylene (HDPE) and fluorocarbon plastics are used in testing procedures. Other rigid plastics and materials used in the water supply system or for cleaning (e.g. carboys, brushes) are soaked for at least 1 week in culture water prior to use.

3

A00222

### 4.3.2 Cleaning

Test chambers and equipment used to prepare and store sediment and overlying water are cleaned as follows:

    a) non-phosphate lab detergent (Contrad or Liquinox)
    B) acid rinse (10% nitric acid)
    d) triple rinse with de-ionized water
    e) rinse in water miscible solvent (acetone)
    f) triple rinse in de-ionized water

Washed test chambers are rinsed with overlying water immediately prior to use. Containers used for non-toxic sediment or live animals are cleaned with Contrad and rinsed with distilled or culture water.

## 5. EXPOSURE CONDITIONS

### 5.1 Overlying Water

#### 5.1.1 Acceptability

Overlying water used in toxicity tests and water used to hold organisms before testing should be acceptable to the organisms i.e., allow satisfactory survival and growth without showing signs of stress, disease, unusual behavior or death 48 hours immediately preceding the test.

#### 5.1.2 Source/preparation

A mixture of well water and natural salt water from the Wye River (95:5/v:v) is used in freshwater testing and culturing. Saltwater tests are conducted with filtered Wye River water. If necessary, the salinity is reduced by diluting the stock solution with well water or increased by adding Hawaiian Marine Mix®. Salt water used in the test is prepared within two days of the test and stored in clean, covered containers until sediment and water are added to the test chamber. Sufficient water is prepared at one time for all test chambers.

#### 5.1.3 Characterization

Average pH, hardness and alkalinity of well water as measured by the WREC Aquatic toxicology laboratory are: 7.7, 110 ppm as $CaCO_3$, and 100 ppm as $CaCO_3$, respectively. Salinity of Wye River water varies seasonally, ranging from 4 ppt to 15 ppt.

### 5.2 Sediments

#### 5.2.1 Acceptability

For acceptability of control and reference sediments see section 3.2 and 3.3.

#### 5.2.2 Source

Freshwater and estuarine control sediments are obtained from the Magothy River at the collection site for *Leptocheirus plumulosus*. These sediments have been shown to be acceptable

A00223

to both *H. azteca* and *L. plumulosus* in short and long-term exposures. If necessary (e.g., for freshwater tests), interstitial salinity of this sediment is adusted by wet-sieving using a .50 mm mesh.

### 5.2.3 Characterization

The following parameters have been determined for all sediments: total organic carbon, particle size (% sand/silt/clay), % water, priority pollutant metals and organics, volatile organics, PCBs and pesticides. Other analyses may include pH, total volatile sulfides, oil and grease, biological oxygen demand, chemical oxygen demand, etc.

### 5.2.4 Field collected test sediment

Protocols for collection and storage of field sediments are based on EPA and ASTM guidance documents (U.S. EPA/U.S. ACE, 1995; ASTM, 1994b). Prior to addition of sediment to experimental chambers, the sediment is thoroughly homogenized in the holding container with a stainless steel spoon. Qualitative description of the sediment includes color, texture, consistency and presence of macrophytes, animals, tracks and burrows. Monitoring the odor is avoided because of potentially hazardous volatile contaminants. Reference sediments are included in the test if particle size distribution, organic content, etc. exceed the tolerance limits of the test organism.

### 5.3 Lighting

A photoperiod of 16h:8h (L:D) with a light intensity of approximately 80 footcandles is maintained during testing.

### 5.4 Temperature

Temperature, which is dependent on the test organism, is maintained with a recirculating water bath. The daily mean temperature must be within 1 °C of the desired temperature. Instantaneous temperature must be within 3 °C of the desired temperature.

### 5.5 Dissolved Oxygen

The dissolved oxygen (D.O.) concentration is measured in at least 1 test chamber in each treatment daily for 10 d tests, 1 test chamber per treatment on MWF for 28 d exposures, and when aeration to a test chamber has been inadvertently interrupted or whenever the behavior of the test organisms indicate that the D.O. might be too low. Concentration is maintained between 60 and 100 % saturation.

A00224

## 6. GENERAL BIOASSAY PROCEDURE

### 6.1 Experimental Design

Test beakers are randomly assigned locations in the water bath and data sheets are coded to this arrangement. The short-term acute test (10 days) for *L. plumulosus* is a static exposure; the 10 d acute test with *H. azteca* and the long-term partial life cycle exposures for both species (28 days) are static- renewal of overlying water.

### 6.2 Handling and Acclimation

Organisms are handled as little as possible. When handling is necessary, it is done as gently, carefully and quickly as possible, so that the animals are not unnecessarily stressed. Small organisms are transferred with a 2 mm inner diameter eye dropper. Larger animals (adult amphipods) are transferred with a 7 mm inner diameter eye dropper. Animals are introduced into solutions beneath the air-water interface. Any test organisms that touch dry surfaces, are dropped or injured during handling are discarded.

If the animals are cultured in water different from the overlying water, an acclimation process is necessary. The procedure, as described by Ingersoll and Nelson (1990) is as follows: place animals in a 50:50 mixture of culture water to overlying water for 2 hours, followed by 2 hours in a 25:75 mixture, then transfer the larvae to 100% overlying water. At this stage the organisms are considered acclimated to the overlying water and can be counted and divided into holding dishes. Temperature acclimation should not exceed a 3 °C change per day.

### 6.3 Test Preparation (Day -1)

Label replicate beakers for each test sediment and the control with labels containing the position # in the water bath, treatment, replicate and type of test. This can be done with colored tape placed near the top of the beaker. (The removable tape label comes in handy at test breakdown time).

Test sediments are homogenized in storage containers with a stainless steel spoon - overlying water is mixed back into the sample. Test containers and sediment aliquots depend on the species and test duration i.e., 10 and 28 d tests with *L. plumulosus* and 28 d tests with *H. azteca* are conducted in 1 L beakers, typically with 5 replicates. 10 d tests with *H. azteca* are conducted in 300 ml beakers, typically with 8 replicates. For tests in 1L beakers, approx. 175 ml aliquots are added to each test chamber and settled by gently tapping the jar against the hand. Sediment depth is approximately 2 cm. For tests in 300 ml beakers, aliquots are approximately 100 ml of sediment. Depending on the amount of sediment sample, the remainder of the sediments will be centrifuged to obtain porewater to measure interstitial pH and ammonia.

Overlying water is added by gently pouring onto the "turbulence reducer" (a polyethyelene disk, attached to nylon monofilament for removal, placed on the sediment surface to minimize disruption). A separate disk is used for each treatment. A final volume of approximately 800 ml of overlying water is added to 1 L beakers and 175 ml are added to 300 ml beakers.

A00225

Test chambers (1L beakers) are covered with a watchglass, placed in the water bath, and aerated gently (2 bubbles/second) with a 1 ml pipette suspended approx. 2-3cm above the sediment surface using a rubber band around the lip of the beaker. Ten d tests with *H. azteca* conducted in 300 ml beakers are not aerated as the procedure calls for 2 water renewals daily to ensure good water quality. Test chambers are allowed to equilibrate overnight.

Test-sized amphipods (species and test specific) can be isolated from culture tubs.

Initiate reference toxicity test: Label 2 replicate 300ml beakers for each concentration of cadmium (*L. plumulosus*) or KCl (*H. azteca*) in the reference toxicity test. For *L. plumulosus* the following nominal concentrations are tested: 1.2, 0.6, 0.3, 0.15, 0.075 mg Cd/L plus a control. For *H. azteca*, the following concentrations of KCl are tested: 1.6, 0.8, 0.4, 0.2, 0.1 g KCl/L. To prepare concentrations a stock solution will be used to obtain the highest concentrations and that will be serially diluted to obtain the remaining concentrations. Specific test conditions for each species are found in Table 1.

Procedures #2 and 3 will be conducted in the well-ventilated tox. testing room and appropriate safety wear (gloves, lab coat, goggles, etc) should be worn.

## 6.4 Initiation of Test (Day 0)

### 6.4.1 Water quality monitoring

Salinity/conductivity, temperature, pH and dissolved oxygen are measured in all replicates of all treatments. D.O., pH and temperature can be measured directly in the test chambers, rinsing the probe well between treatments with D.I. water to avoid cross-contamination. Ammonia, hardness and alkalinity should be measured in one replicate per treatment.

### 6.4.2 Observations

Prior to adding animals, test chambers should be checked for proper aeration (measure DO if air is interrupted to any chamber) and evidence of indigenous infauna. Record any pertinent observations/abnormalities.

### 6.4.3 Sorting/counting of test organisms

At least 1/3 more organisms are sorted than are needed in a test. Ten or 20 animals per replicate are counted depending on the test, in lots of 5 or 10, into small holding chambers (beakers) containing approx. 50-100 ml of bioassay water. Animals can be recounted by transferring them to another dish. If room temperature is markedly different than the test temperature, small groups of animals are processed at a time. If necessary, bioassay water is brought to test temperature by holding it in the constant temperature bath. When pipetting care is taken to release amphipods below the air-water interface as they tend to get stuck in the surface tension.

Animals are added to test chambers by gently pouring the water and animals from the holding chamber into the test chamber. The holding chamber is rinsed the holding chamber again with bioassay water and visually check for animals still remaining in the beaker. Bring

A00226

Table 1. Test conditions for reference toxicity tests with *Leptocheirus plumulosus* (LP) and *Hyalella azteca* (HA).

| | |
|---|---|
| 1. Test type | Aqueous, static |
| 2. Temperature | LP: 25 °C,  HA: 23 °C |
| 3. Toxicant | LP: Cd,   HA: KCl |
| 4. Diluent water | LP: Filtered Wye River water adjusted as necessary to reach 8 ppt. HA: 95/5 well water:saltwater mix |
| 5. Light | Ambient laboratory |
| 6. Photoperiod | 16:8 (L/D) |
| 7. Test chamber | 300 ml glass beaker |
| 8. Water volume | 200 ml |
| 9. Size and life stage of amphipods | LP: 2-4 mm, sub-adults HA: 7 - 14 d old |
| 10. Number of organisms/replicate | 10 |
| 11. Minimum number of replicates | 2 |
| 12. Feeding | LP: None HA: 0.5 ml YCT on Day 0 and 2 |
| 13. Substrate | LP: None;  HA: Nitex mesh square |
| 14. Aeration | None |
| 15. Water quality | D.O., salinity, pH, hardness and alkalinity at the beginning and end of test. Temperature daily |
| 16. Duration | 96 h |
| 17. Endpoint | Survival |
| 18. Test acceptability | 90 % control survival |

A00227

water level up to the 950 ml mark in 1 L beakers and cover. Test chambers should be inspected within 2 hours for "floaters" (submerge these organisms with drops of water or by pushing these gently under water with a glass rod) and organisms not burrowing (these should be replaced unless it is apparent they are attempting to avoid the nasty sediment).

For acute tests and 28 d tests with *H. azteca*, save and preserve a subsample of 20 test organisms for length estimates. For 28 d exposures with *L. plumulosus*, 3 samples of 20 organisms each should be dried and weighed for inital weight estimates used to derive the growth endpoint.

## 6.5 Daily Monitoring and Maintenance

### 6.5.1 Water quality

For acute 10 d tests, measure D.O. and temperature daily in 1 replicate per treatment on a rotating basis so that this parameter is measured at least twice in each replicate. For 28 d tests, D.O, pH, salinity/conductivity, and temperature are measured prior to water changes on MWF in one replicate per treatment. Also, measure D.O. in any chamber to which aeration has been interrupted and note this on the daily comment sheet. Check temperature daily in the water bath and record.

### 6.5.2 Observations

For each replicate, the following is noted: abnormalities in sediment appearance (e.g., mold, fungus, discoloration), test organisms emerged or floating (should be submerged), presence of "foreign" organisms, etc. Watch glass should be removed and aeration stopped to make observations. This should be done daily for the first 2 days of a test and MWF from Day 3 thereafter.

## 6.6 Termination

### 6.6.1 Water quality

Procedure and parameters are the same as described on Day 0. In order to save time on the termination day of the test these parameters can be measure one day prior to test breakdown (i.e., Day 9 or Day 27). On the test termination day, daily monitoring and maintenance as described above should be followed.

### 6.6.2 Observations

Daily observations are recorded as described above.

### 6.6.3 Recovery

Only sieves designated for "chemical use" are used to sieve test sediments. Test water is used to wet-sieve the sediments and to rinse animals into collecting pans/dishes. Sieving is conducted in a wash tub so that all sediments, overlying and rinse water are collected for proper disposal.

**6.6.3.1 10 d exposures:** Amphipods are retrieved from test chambers by sieving in 5 steps: 1)

A00228

approx. 500 ml of overlying water are poured from the beakers through a .25 or .50 mm sieve (preferable a sieve cup) 2) the remaining water in the beakers is swirled to suspend the upper 1 cm of sediment 3) this slurry is also poured through the sieve cup and the contents of the sieve are rinsed into a glass culture dish that contains the tape label from the test chamber. 4) the sediment remaining in the beaker is washed through a .50 mm sieve with rinse water if necessary and 5) these contents are rinsed into the culture dish. To facilitate sorting of surviving amphipods, the contents can be placed into sorting pans; test animals are pipetted from the collecting pan and recorded as alive or dead. Death is defined as missing (due to decomposition) or those that do not move during a 5 second observation with unaided eye, after the animals has been touched with a blunt proble. Test water is used to wet-sieve the sediments and rinse animals into collecting pans. Sieving is conducted in a wash tub so that all sediment, overlying and rinse water are collected for proper disposal.

6.6.3.2 28 d exposures: The contents of each container are gently wet-sieved through a 0.71 (or a 0.5 mm mesh), being sure to collect all of the water and sediment passing through the sieve in a pan or tub. Adult amphipods retained on the coarse mesh sieve are gently washed into a counting dish, and the dish transferred to a counting and sexing station. Test animals are pipetted from the counting dish and recorded as alive or dead. Death is defined as missing (due to decomposition) or those that do not move during a 5 second observation with unaided eye, after the animals has been touched with a blunt probe. For 28 d exposures with *L. plumulosus*, surviving adults will be sexed and then animals from each replicate will be placed on tared drying boats for subsequent dry weight estimates. In addition, the sediment that passed through the coarse sieve is re-sieved through a 0.25 mm mesh. *L. plumulosus* neonates and residual sediment retained on this fine mesh sieve are rinsed to a small pile on the sieve, rinsed briefly with fresh water (to remove salts), and washed into a sample jar 8 oz. or larger. Transferring the offspring into the sample jar is facilitated by use of a wide-bore plastic funnel. Because the offspring are so small, great care is needed to ensure that all animals are transferred from the screen to the sample jar. The sample is preserved by adding a 70% solution of denatured ethanol containing rose bengal to the jar in a ratio of 1:1. Sample jars with offspring are set aside for picking at a later date. Jars are labeled containing the following information: study name, species, dates of the study, test treatment information and initials of the researcher.

Refer to species specific techniques for determination of sublethal endpoints.

## 6.7 Statistics

The calculating procedures and interpretation of results will depend on the experimental design. Generally, studies will include replicate samples from field sites; hence, site effects (on survivorship, growth, etc.) can be compared via parametric statistics such as the analysis of variance (ANOVA). Preliminary tests such as Shapiro-Wilk's and Bartlett's are conducted to check the assumptions of normality and homoscedasticity. Transformation of the data may be necessary to meet these assumptions. Commonly used transformations include arcsine square-root, log and square-root. Following a significant F-test, various multiple comparison tests are

A00229

available to determine significant differences among samples, including: Bonferroni's T-test, Student-Newman-Keuls (SNK), Tukey's LSD, Duncan's and Dunnett's procedures.

# 7. ACCEPTABILITY OF TEST

A test is usually considered unacceptable if one or more of the following occur:
1.  All test chambers were not identical.
2.  Treatments were not randomly assigned to individual test chamber locations.
3.  Individual test organisms were not impartially or randomly assigned to test chambers.
4.  Appropriate controls were not included in the test.
5.  All animals in the test population were not obtained from the same source.
6.  The negative control and/or reference sediment organisms did not survive and/or grow as required for test organisms (see species specific protocols).
7.  Temperature was not maintained as specified in section 5.4.
8.  Aeration to the test chambers was off for an extended time and dissolved oxygen levels dropped to less than 60% saturation.

# 8. DOCUMENTATION

The record of the results of an acceptable sediment toxicity test should include the following information either directly or by reference to available documents. In addition, published reports should contain enough information to clearly identify the methodology and the quality of the results.
1.  Name of test and investigator(s), name and location of laboratory, and dates of initiation and termination of test.
2.  Source of negative control, reference and/or test sediment, method for collection, handling, shipping, storage and disposal of sediment.
3.  Source and/or method of preparation of overlying water, its chemical characteristics and results of any demonstration of the ability of a species to survive and/or reproduce in the water.
4.  Source, history and age of test organisms, scientific name and how verified; source, history and age of brood stock, culture procedures; and source and date of collection of the test organisms, scientific name, name of person who identified the organisms and the taxonomic key used, age, life stage, means and ranges of weights and lengths, observed diseases or unusual appearance, treatments, holding and acclimation procedures.
5.  Source and composition of food, procedure used to prepare food, feeding methods, frequency and ration.
6.  Description of the experimental design and test chambers, the depth and volume of sediment and overlying water in the chambers, lighting, number of organisms per treatment, date and time of test initiation, temperature measurements, dissolved

11

A00230

oxygen concentration (% saturation) and any aeration used prior to initiating and during the conduct of a test.

7. Methods used for, and results of, physical and chemical analyses of sediment.

8. Definition of the biological endpoints for partial life cycle exposures and a summary of general observations of other effects.

9. A table of data on biological endpoints (determined by experimental design for specific species). Anything unusual about the test, any deviation from the standard procedures, and any other relevant information.

## 9. TEST SPECIES

### 9.1  *Leptocheirus plumulosus* (Amphipoda:Aoridae)

*Leptocheirus plumulosus* has many desirable characteristics of an estuarine test organism including: short generation time, ease of culture, relative sensitivity to sediment-associated contaminants, tolerance of varying sediment physico-chemical properties of sediments, and a broad salinity tolerance. It is one of the EPA recommended species for assessing acute toxicity of estuarine and marine sediments (EPA, 1994a) and the 28 d chronic test method is currently being finalized (DeWitt et al., 1997). Methods described herein are based on these protocols (U.S. EPA 1994a; DeWitt et al., 1997). Survival is the endpoint in static 10 d exposures; survival, growth and reproduction are measured in 28 d tests.

### 9.1.1 Source

*Leptocheirus plumulosus* were originally obtained by field collection from a site in the Magothy River. This site has supported a thriving population of *L. plumulosus* for over 7 years, in addition to serving as the study site for an intensive 2 year investigation of the field population dynamics of this species (McGee, 1998).

### 9.1.2 Culturing

Refer to Appendix I.

### 9.1.3 Life cycle

*Leptocheirus plumulosus* (family Aoridae) is an infaunal gammaridean amphipod distributed subtidally along the east coast of the United States from Cape Cod, MA to northern Florida (Bousfield, 1973). It is an annual species with an opportunistic lifestyle. Females produce multiple broods and reproduction is continuous from May to November with peak periods in the fall and spring (McGee, 1998). Fertilization is internal and females brood the young externally in the marsupium. Under laboratory conditions (25 °C) L. plumulosus is fast growing and can go from egg to egg in approximately 40 d. Newly released young are approximately 1.0 - 1.5 mm long and can double and triple in size in 10 and 14 d, respectively. Cultured females may live for ovr 100 d, producing at least 6 broods during this time (DeWitt et al., 1992). Brood size is dependent on female size and generally ranges from 10 to 40 embryos

12

A00231

(DeWitt et al., 1992; McGee 1998). Males typically grow faster and reach senescence sooner (DeWitt et al., 1992; Emery et al. 1997)

### 9.1.4 Life stage

Ten d tests are initiated with animals approximately 2-4 mm in length, operationally defined as those passing through a .71 mm or 1.0 mm mesh sieve onto a .50 mm mesh. Animals are obtained for testing by gently pouring water from the cultures onto a .71 mesh placed in a wash tub. The material which which passes through the sieve is then gently re-sieved using a .50 mm sieve which retains the test-sized organisms. Animals caught on the .71 sieve are rinsed back into the culture containers or used to re-start cultures. Amphipods are isolated for 28d tests in a similar fashion by using animals passing through a .50 mm mesh onto a .25 mm. These animals are approximately 1-2 mm in length and 0-1 week old.

### 9.1.5 Toxicity test specifications

Ten d acute and 28 d partial life cycle testing protocols are based on those described in U.S. EPA (1994b) and DeWitt et al., (1997), respectively.

### 9.1.5.1 Acute 10d test

The 10 d toxicity test is conducted at 25 °C with a 16L:8D photoperiod (Table 2). Test chambers are 1 L beakers containing 175 ml of sediment and 800 ml of overlying water. Twenty test-sized amphipods (2-4 mm; obtained as described above) are used to start the test. Five replicates are routinely used for testing. Exposure is static and animals are not fed during the 10 d exposure. Salinity of the overlying water depends on the study objective though EPA protocols recommend a standardizing salinity to 20 ppt. Salinity of filtered Wye River water is adjusted as necessary to meet the study objectives. The sediment toxicity test is unacceptable if the average survival in the negative control chambers is less than 90% and reference toxicity test with $CdCl_2$ are outside prescribed limits.

### 9.1.5.2 Partial life cycle 28-d test

Twenty-eight d partial life cycle tests with *L. plumulosus* are conducted at 25 °C with a 16L:8D photoperiod (Table 3). Test chambers are 1 L beakers containing 175 ml of test sediment and 800 ml of overlying water. Beakers are covered with a watch glass and aeration is provided with a 1 ml pipette. Twenty 0-1 week old amphipods (obtained as described above) are added to each of 5 replicate beakers. Three lots of 20 animals each are also dried and weighed for initial weight estimates. Three times per week (MWF), 400 ml of water is replaced and animals are fed (Table 3). The sediment toxicity test is unacceptable if the average survival in the negative control chambers is less than 80% and there is no growth or reproduction. In addition, reference toxicity test with $CdCl_2$ must fall within prescribed limits. Test endpoints include survival, growth and reproduction. Growth is estimated by calculating growth rate (mg/day). The surviving adults from a test chamber are transferred as a group to a tared weigh boat, dried to a constant weight at 100°C, and weighed on a microbalance to 0.01 mg precision. Average per-capita dry weight of adult amphipods for each replicate is the difference between the tared weight of the boat and the total weight of the boat and the dried amphipods, divided by the number of

13

A00232