Table 2.  Test conditions for 10 d acute sediment toxicity tests with *Leptocheirus plumulosus*.

| | |
|---|---|
| 1. Test type | Whole sediment, static |
| 2. Temperature | 25 °C |
| 3. Overlying water | Filtered Wye River water adjusted as necessary with well water or Hawaiian Marine Mix® |
| 4. Light | Ambient laboratory |
| 5. Photoperiod | 16:8 (L/D) or 24:0 |
| 6. Test chamber | 1 L glass beaker covered with watchglass |
| 7. Sediment volume | 175 ml (2 cm) |
| 8. Overlying water volume | 800 ml |
| 9. Size and life stage of amphipods | 2-4 mm, sub-adults |
| 10. Number of organisms/replicate | 20 |
| 11. Number of replicates | 5 |
| 12. Feeding | None |
| 13. Aeration | 1-2 bubbles/sec with 1 ml pipette |
| 14. Water quality | Salinity, pH and total ammonia at beginning and end of test. Temperature and D.O. daily. |
| 15. Test duration | 10 d |
| 16. Endpoint | Survival |

A00233

Table 3.  Test conditions for 28 d sediment toxicity tests with *Leptocheirus plumulosus*.

| | |
|---|---|
| 1. Test type | Whole sediment, static renewal |
| 2. Temperature | 25 °C |
| 3. Overlying water | 5 or 20 ppt |
| 4. Light | Ambient laboratory |
| 5. Photoperiod | 16:8 (L/D) |
| 6. Test chamber | 1 L glass beaker covered with watch glass |
| 7. Sediment volume | 175 ml (2 cm) |
| 8. Overlying water volume | 800 ml |
| 9. Water renewal | 3 x /week, replace 400 ml |
| 10. Size and life stage of amphipods | neonates; size sorted on nested 250 and 500 um mesh sieves |
| 11. Number of organisms/replicate | 20 |
| 12. Number of replicates | 5 |
| 13. Feeding | TetraMin or TetraMin+algae 3x/week |
| 14. Aeration | 1-2 bubbles/sec with 1 ml pipette |
| 15. Water quality | Salinity, pH and total ammonia at beginning and end of test. Temperature and D.O. daily. |
| 16. Test duration | 28 d |
| 17. Endpoints | Survival, growth, reproduction |
| 18. Performance criteria | Control survival $\geq$ 80% Measurable growth and reproduction |

A00234

amphipods in the weigh boat. The growth rate endpoint is calculated as the difference between per capita adult and neonate dry weight, divided by 28 days. The reproductive endpoint is estimated from the number of neonates released during the test. The contents of the sample jars containing material caught on the .25 mm sieve during test termination are transferred to a fine screen (<0.25-mm mesh) and rinsed with fresh water to remove alcohol and excess stain. The material is rinsed into a white sorting pan and the offspring are removed and counted with the help of a illuminated magnifying glass and a dissecting microscope. The reproduction endpoint is calculated as the number of offspring per surviving adult.

## 9.2 *Hyalella azteca* (Amphipoda: Talitridae)

*Hyalella azteca* has many desirable characteristics of an experimental organism including: short generation time, ease of culture, relative sensitivity to sediment-associated contaminants and tolerance of varying sediment physico-chemical properties of sediments. It is one of the EPA recommended species for assessing acute toxicity of freshwater sediments (EPA, 1994a) and methods described herein are based on these protocols. In addition, it can be used to assess the toxicity of estuarine sediments (up to 15 ppt). Both growth and survival have been measured in 10 d acute sediment toxicity tests with *H. azteca*; our lab typically measures only survival in 10 d exposures. Endpoints in the 28 d exposure include survival, growth and reproduction.

### 9.2.1 Source
Amphipod brood stock were obtained in January 1990 from M. Nelson at the National Biological Survey Midwest Science Center in Columbia, Missouri.

### 9.2.2 Culturing
Refer to Appendix II.

### 9.2.3 Life cycle
The life cycle of H. azteca can be divided into three distinct stages: 1) immature stage, consisting of instars 1 to 5; 2) juvenile stage, including instars 6 and 7; and 3) adult stage, the 8th instar and older. The potential number of adult instars is large and growth is indeterminate such that old adults can be much larger than younger ones. *Hyalella azteca* can complete a life cycle in 27 days or longer depending on the temperature. The amphipods are sexually dimorphic with the adult male characterized by larger body size and larger second gnathopods.

### 9.2.4 Life stage
Ten d tests are initiated with animals from 1-2 weeks old, operationally defined as those passing through a .71 mm mesh sieve onto a .50 mm mesh. Animals are obtained for testing by gently siphoning water from the cultures onto a .71 mesh placed in a wash tub. The material which which passes through the sieve is then gently re-sieved using a .50 mm sieve which retains the test-sized organisms. Animals caught on the .71 sieve are rinsed back into the culture

A00235

containers. Amphipods are isolated for 28d tests in a similar fashion by using animals passing through a .50 mm mesh onto a .25 mm. These animals are approximately 1 week old.

### 9.2.5 Toxicity test specifications

Ten d acute and 28 d partial life cycle testing protocols are based on those described in U.S. EPA (1994a) and Ingersoll and Nelson (1990), respectively.

### 9.2.5.1 Acute 10d test

The recommended 10 d toxicity test is conducted at 23 °C with a 16L:8D photoperiod (Table 4). Test chambers are 300 ml high form lipless beakers containing 100 ml of sediment and 175 ml of overlying water. Ten 7-14 d old amphipods (obtained as described above) are used to start the test. Eight replicates are routinely used for testing. Amphipods in each test chamber are fed 1.5 ml of YCT food daily (see U.S. EPA 1994b, for preparation of YCT food). Overfeeding may result in a fungal or bacterial growth on the surface of the sediment, in which case feeding is suspended for one or more days. Each chamber receives 2 volume renewals per day. Water renewal is started on Day -1 before the addition of test organisms or food on Day 0. Overlying water is the 95/5, well/Wye River mix used for culturing. Filtered Wye River water is used for estuarine tests. The sediment toxicity test is unacceptable if the average survival in the negative control chambers is less than 80% and reference toxicity test with KCl are outside prescribed limits.

### 9.2.5.2 Partial life cycle test

Twenty-eight d partial life cycle tests with *H. azteca* are conducted at 23 °C with a 16L:8D photoperiod (Table 5). Test chambers are 1 L beakers containing 175 ml of test sediment and 800 ml of overlying water. Beakers are covered with a watch glass and aeration is provided with a 1 ml pipette. Twenty 7-11 d old amphipods (obtained as described above) are added to each of 5 replicate beakers. Amphipods in each test chamber are fed 2.0 ml YCT, three times per week. Water is renewed 3x per week, by replacing 60% of the water. Overlying water is the 95/5, well/Wye River mix used for culturing. Filtered Wye River water is used for estuarine tests. The sediment toxicity test is unacceptable if the average survival in the negative control chambers is less than 80% and reference toxicity test with KCl are outside prescribed limits. These procedures may change once EPA issues guidance on chronic tests with *H. azteca*.

Sublethal endpoints in the 28 d test are growth (estimated by amphipod length) and reproduction (proportion of gravid females). After being counted for the survival endpoint, amphipods are preserved in 70% ethanol for subsequent estimates of length and sexual maturity. Length is measured with an ocular micrometer from the base of the second antenna to the base of the urosome along the dorsal surface.

A00236

Table 4.  Test conditions for 10 d acute sediment toxicity tests with *Hyalella azteca*.

| | |
|---|---|
| 1. Test type | Whole sediment, static-renewal |
| 2. Temperature | 23 °C |
| 3. Overlying water | 95:5 well water/ saltwater mix |
| 4. Renewal of overlying water | 2 volume additions/d |
| 5. Light | Ambient laboratory |
| 6. Photoperiod | 16:8 (L/D) |
| 7. Test chamber | 300 ml highform lipless beaker |
| 8. Sediment volume | 100 ml |
| 9. Overlying water volume | 175 ml |
| 10. Size and life stage of amphipods | 7 - 14 d old |
| 11. Number of organisms/replicate | 10 |
| 12. Number of replicates | 8 |
| 13. Feeding | 1.5 ml YCT daily |
| 14. Aeration | none |
| 15. Water quality | Alkalinity, hardness, pH and total ammonia at beginning and end of test. Temperature and D.O. daily. |
| 16. Test duration | 10 d |
| 17. Endpoint | Survival (growth optional) |

18

A00237

Table 5.  Test conditions for 28 d sediment toxicity tests with *Hyalella azteca*.

| | |
|---|---|
| 1. Test type | Whole sediment, static renewal |
| 2. Temperature | 23 °C |
| 3. Overlying water | 95:5 well water/saltwater mix |
| 4. Renewal of overlying water | 3x / week replace 400 ml |
| 5. Light | Ambient laboratory |
| 6. Photoperiod | 16:8 (L/D) |
| 7. Test chamber | 1 L beaker |
| 8. Sediment volume | 175 ml |
| 9. Overlying water volume | 800 ml |
| 10. Size and life stage of amphipods | neonates; size sorted on nested 250 and 500 um mesh sieves |
| 11. Number of organisms/replicate | 20 |
| 12. Number of replicates | 5 |
| 13. Feeding | 2.0 ml YCT 3 x/week |
| 14. Aeration | none |
| 15. Water quality | Alkalinity, hardness, pH and total ammonia at beginning and end of test. Temperature and D.O. daily. |
| 16. Test duration | 28 d |
| 17. Endpoints | Survival, growth, reproductive maturation |
| 18. Performance criteria | Control survival $\geq$ 80% Measurable growth |

A00238

# APPENDIX I
## WYE RESEARCH AND EDUCATION CENTER
## AQUATIC TOXICOLOGY LABORATORY
### STANDARD OPERATING PROCEDURE FOR CULTURING THE AMPHIPOD
### *LEPTOCHEIRUS PLUMULOSUS* (AMPHIPODA: AORIDAE)

## Overview

The estuarine amphipod, *Leptocheirus plumulosus*, is cultured in fine-grained sediments using saltwater from the Wye River which has an annual salinity range from 6-14 ‰. Water temperature is 25°C, aeration is constant and a 16 hr light: 8 hr dark photoperiod is maintained. Field-collected animals are added periodically to the culture population to maintain genetic diversity. The cultures are fed ~0.4 g of finely-milled TetraMin three times per week, and the overlying water is replaced three times per week. The cultures may be harvested for toxicity test animals after 4-5 wk and up until 8 wk. The cultures are thinned and the sediment replaced every 6 to 8 wk. The culturing protocol described herein is modified from the most recent EPA documents (U.S. EPA, 1994b; DeWitt et al., 1997).

## Culture Materials List

| | |
|---|---|
| Culture bins | Plastic wash basins, ~34 cm x ~28 cm x ~13 cm deep |
| Sieves | stainless steel, 0.25, 0.5, .71, and 1.0 mm mesh |
| Sediment | Fine-grained, clayey silt sediments with moderate organic carbon content (~2%), sieved to < 0.25 mm collected from the Magothy River, Anne Arundel County, Maryland |
| Seawater | Ambient Wye River water filtered sequentially through coarse, carbon, 5 um and 1 um filters. Salinity is adjusted up or down as needed by adding Hawaiian Marine Mix® or well water, respectively. |
| Constant Temperature Facility | Culturing room of the WREC Aquatic Toxicology Lab which maintains the temperature at 25°C ± 2°C. Room temperature is monitored continuously with a strip chart recorder. |
| Photoperiod Control | Lighting system timers provide a 16 h light:8 h light photoperiod. Lights are standard fluorescent ceiling fixtures. |
| Food | TetraMin® fish food manufactured by TetraWerke (Melle, Germany) and available from many retailers; ground to <0.25 mm. |

Miscellaneous Labware          Squirt bottles, tally counters, pans or bowls for sorting amphipods, wide-bore pipettes for transferring amphipods.

**Typical Culturing Schedule**

Establish Culture

Day 1:          Add sediment and saltwater to empty culture bin and bring to culture temperature. Add amphipods. DeWitt et al., (1997) recommend adding equal abundances of neonates (<.50 mm, >.25 mm), sub-adults ( <1.0mm, >.50 mm) and adults (> 1.0 mm) to achieve densities approximating $0.25/cm^2$ to $0.35/cm^2$ . This equates to approximately 100-133 animals in each size class. Cultures should not be stocked at densities >$0.5/cm^2$.  Select only actively moving, healthy-looking animals. Start aeration.

Day 2:          Replace overlying water.  Do not feed the amphipods.

Day 4 or 5:    Replace overlying water; feed ~0.4 g TetraMin

Maintain Culture
Daily:          Monitor temperature and aeration

3x/week:      Feed ~0.4 g TetraMin; replace 50% of overlying water.

Weekly:        Check that lighting timers maintain 16 h light: 8 h dark photoperiod

Harvest and Renew Culture
Week 4-8:      Harvest neonates for chronic test or sub-adults for acute test

Week 6-8:      Thin and renew cultures: Remove and discard sediment, re-start culture with 300-600 amphipods

**Preparation of Culture Bins**

Plastic tubs are soaked in running water for several days prior to use in the cultures to leach out residual plasticizers or solvents.  Culture bins are not washed with soap or detergent except in extreme conditions, but if so cleaned, the bins are rinsed and soaked thoroughly to remove traces of residual cleanser.  Previously used culture bins usually can be satisfactorily cleaned using hot water and a scrub brush or pad (i.e., no cleanser). Dilute acid is used to remove iron stains.

**Preparation of Culture Sediment and Seawater**

The amphipods are cultured in an uncontaminated, organic-rich, fine-grained sediment from the

21

A00240

Magothy River. The organic carbon content (%TOC) is approximately 2%. The sediment is sieved to less than 0.25 mm diameter to facilitate harvesting of neonates and to remove juvenile macrofauna. Sediment is stored at 4 °C for no longer than 6 months after collection. EPA protocols recommend freezing the sediment used for culturing to facilitate long-term storage and to remove all indigenous organisms (DeWitt et al., 1997). This procedure is not adopted in our laboratory because the presence of indigenous organisms has not been a problem and freezing changes the physico-chemical properties of the sediment. Prior to addition to culture tubs, the sediment is homogenized and then spread to a layer 1.0 cm to 1.5 cm deep on the bottom of the culture bin (approximately 1-L sediment for a 34 cm x 28 cm plastic tub). Filtered Wye River water is added to the culture bin to achieve a water depth ≥10 cm, taking precautions to minimize resuspension of the sediment. The culture bin is placed in the culture room to allow acclimation to 25 °C and moderate aeration is provided with an airstone. Aeration should be moderate (>10 bubbles per second) but not so vigorous as to resuspend sediment. The culture bins are now ready to receive animals. Remove and replace the overlying water the day after establishing a new culture, and then three times a week thereafter.

## Selection of Animals to Establish Cultures

*Leptocheirus plumulosus* were originally obtained by field collection from a site in the Magothy River. This site has supported a thriving population of *L. plumulosus* for over 7 years, in addition to serving as the study site for an intensive 2 year investigation of the field population dynamics of this species (McGee, 1998). Sediments from this site are relatively uncontaminated as indicated by surrounding land-use and analysis of sediment chemistry. Amphipods are field-collected periodically and added to existing cultures in order to maintain genetic diversity of culture animals. Newly collected animals are acclimated to culture temperature and salinity at a rate of ~3 °C and ~3‰ per day. These animals are quarantined for at least one week in separate containers from existing broodstock.

Cultures should be stocked to densities approximating 0.25/cm² to 0.35/cm². DeWitt et al., (1997) recommend adding equal abundances of neonates (<.50 mm, >.25 mm), sub-adults ( <1.0mm, >.50 mm) and adults (> 1.0 mm). This equates to approximately 100-133 animals in each size class. Cultures should not be stocked at densities >0.5/cm². Only actively moving, healthy-looking animals are selected.

## Food Preparation and Feeding

The cultures are fed finely milled TetraMin® (TetraWerke, Melle, Germany) three times per week. TetraMin is a dry fish food (flake or powder) widely available in retail pet stores. The food is prepared by grinding with a mortar and pestle and sieving through a .25 mm mesh. Personnel preparing the dry food should avoid aspirating any dust produced during milling and sifting by wearing a respirator with dust filters or preparing the food under a hood. Note: when establishing a new culture or renewing a culture, do not add food for 3 to 4 days after amphipods are placed in new sediment. This will encourage the animals to consume labile organic matter in

22

A00241

the sediment, and to turn over the sediment by burrowing and feeding, thereby reducing the generation of anaerobic conditions in the culture bin. Food added too early can rot and encourage fungal growth on the sediment surface.

## Maintenance and Renewal of Cultures

Every day, each culture bin is checked to ensure that aeration is provided and that the water temperature is within range ($25°C \pm 2°C$). Three times per week (typically, Monday, Wednesday, and Friday), the amphipods in each bin are fed and ~ 50% of the water in each culture bin is removed (by decanting or siphoning) and replaced with new saltwater. DeWitt et al., (1997) recommend water changes only twice per week, but our laboratory has achieved better results on a three time per week schedule. Salinity of overlying water is checked weekly with a refractometer. After 6 to 8 week, the cultures are thinned and the sediment replaced. Culture bin contents are sieved through a 0.25 mm mesh screen to remove sediment. The old sediment is discarded and new cultures are prepared as described previously. If cultures are not thinned, the cultures may become overcrowded, fecundity per female will decline, and the abundance of neonates and sub-adults will be dramatically reduced. A typical indication of over-crowding is a fairly uniform size distribution of amphipods (mostly adults), and the presence of only 2 to 4 eggs in the brood pouches of gravid females. If sediments are not replaced, the cultures may become infested with undesirable species, such as worms or copepods. These "pests" may compete for food, bind sediments as fecal pellets, or produce copious quantities of mucous, thereby reducing culture productivity or increasing the effort required to harvest amphipods.

## Harvesting Cultures for Toxicity Test Animals

The cultures can be harvested approximately 4 to 5 wk after initiation, or up until the cultures are thinned and renewed (6 to 8 wk after initiation). To harvest the amphipods, the culture bins are sieves successively through a 1.0 mm or .71 mm mesh to remove adults, a 0.5 mm mesh to obtain sub-adults, and a 0.25 mm mesh to obtain neonates. Neonates that pass through a 0.5 mm mesh and are retained on a 0.25 mm mesh are used in chronic tests and sub-adults animals that pass through a 1.0 mm or .71 mm mesh and are retained on a 0.5 mm mesh are used in acute tests. Culture bins 34 cm x 28 cm typically produce at least 300 to 400 neonates and subadults. Animals not used in toxicity tests can be used to establish new cultures; the culture sediment is replaced if the cultures are 6+ wk old.

A00242

APPENDIX II
## WYE RESEARCH AND EDUCATION CENTER
## AQUATIC TOXICOLOGY LABORATORY
STANDARD OPERATING PROCEDURE FOR CULTURING THE AMPHIPOD
*HYALELLA AZTECA* (AMPHIPODA: TALITRIDAE)

## Overview

The epibenthic amphipod, *Hyalella azteca*, is cultured in glass aquaria containing coiled PVC biobale® for substrate. The aquaria are covered with a sheet of clear plexiglass to minimize evaporation and potential cross-contamination with other cultures. Culture water is a 95/5 volume to volume mix of well water and Wye River filtered saltwater. This mixture is used for culturing and testing because preliminary water-only exposures indicated poor survival in 100% well water. It was thought that these survival problems were most likely due to the absence of essential ions (bromide or chloride) and this problem is ameliorated with the addition of brackish Wye River water. Water temperature is 25°C, aeration is constant and a 16 hr light: 8 hr dark photoperiod is maintained. The cultures are fed ~0.8 g of coarsely ground TetraMin three times per week, and 30% of the overlying water is replaced three times per week. The cultures are thinned approximately every 8-12 weeks. The culturing protocol described herein is modified from the most recent EPA document (U.S. EPA, 1994a).

## Culture Materials List

| | |
|---|---|
| Culture bins | 10 gallon glass aquaria covered with plexiglass |
| Sieves | stainless steel, 0.25, 0.5, .71, and 1.0 mm mesh |
| Substrate | Biobale® - PVC coiled material |
| Water | 95/5 volume/volume mix of deep well water and filtered Wye River water |
| Constant Temperature Facility | Culturing room of the WREC Aquatic Toxicology Lab which maintains the temperature at 25°C ± 2°C. Room temperature is monitored continuously with a strip chart recorder. |
| Photoperiod Control | Lighting system timers provide a 16 h light:8 h light photoperiod. Lights are standard fluorescent ceiling fixtures. |
| Food | TetraMin® fish food manufactured by TetraWerke (Melle, Germany) and available from many retailers; ground to <0.25 mm. |

A00243

Miscellaneous Labware          Squirt bottles, tally counters, pans or bowls for sorting amphipods, wide-bore pipettes for transferring amphipods.

## Typical Culturing Schedule

Maintain Culture

Daily:          Monitor temperature and aeration

3x/week:        Feed ~0.8 g TetraMin; replace 30% of overlying water.

Weekly:         Check that lighting timers maintain 16 h light: 8 h dark photoperiod. Measure water quality parameters (D.O., pH, conductivity).

Week 8-12:      Thin and renew cultures.

## Maintenance and Renewal of Cultures

Every day, each culture tank is checked to ensure that aeration is provided and that the water temperature is within range (25°C ± 2°C). Three times per week (typically, Monday, Wednesday, and Friday), the amphipods in each bin are fed and ~ 30% of the water in each culture tank is removed (by decanting or siphoning) and replaced with new culture water. Conductivity, pH and D.O. should be checked weekly. Every 8- 12 weeks, the cultures are thinned and tanks re-started with approximately 400-500 mixed aged animals.

## Harvesting Cultures for Toxicity Test Animals

To harvest the amphipods,  the culture bins are sieves successively through a .71 mm mesh to remove adults, a 0.5 mm mesh to obtain sub-adults, and a 0.25 mm mesh to obtain neonates. Growth experiments in our laboratory have indicated that amphipods that pass through a 0.5 mm mesh and are retained on a 0.25 mm mesh are 7-11 d old; these organisms are used in 28 d tests. Animals that pass through a .71 mm mesh and are retained on a 0.5 mm mesh are 8-13 d old; thes animals are used in acute tests.

A00244

REFERENCES:

ASTM. 1992. Standard guide for conducting 10-day static sediment toxicity tests with marine and estuarine amphipods. ASTM 1992. Annual Book of Standards, Vol 11.04, E1367-92, Philadelphia, PA.

ASTM. 1994a. Standard guide for conducting sediment toxicity tests with freshwater invertebrates. ASTM 1994. Annual Book of Standards Vol. 11.04, E1383-94, Philadelphia, PA.

ASTM. 1994b. Standard guide for collection, storage, characterization and manipulation of sediments for toxicological testing. ASTM 1994. Annual Book of Standards Vol. 11.04, E1391-90, Philadelphia, PA.

Bousfield, E.L. 1973. Shallow-water Gammaridean Amphipoda of New England. Cornell University Press, Ithaca and London.

DeWitt, T.H., M.R. Pinza, L.A. Niewolny, V.I. Cullinan, and B. Gruendell. 1997. Development and evaluation of standard marine/estuarine chronic toxicity test using *Leptocheirus plumulosus*. Draft Final Report prepared for U.S. Environmental Protection Agency, Office of Science and Technology, Washington, DC, under contract DE-AC06-76RLO 1830 by Battelle Marine Sciences Laboratory, Battelle Memorial Institute, Pacific Northwest Division, Richland, Washington.

DeWitt, T.H., M.S. Redmond, J.E. Sewall, and R.C. Swartz. 1992. Development of a Chronic Sediment Toxicity Test for Marine Benthic Amphipods. CBP/TRS 89/93. U.S. EPA Chesapeake Bay Program, Annapolis, MD.

Emery, V.L. Jr., Moore, D.W., Gray, B.R., Duke, B.M., Gibson, A.B., Wright, R.B. and Farrar, J.D. 1997. Development of a chronic sublethal sediment bioassay using the estuarine amphipod *Leptocheirus plumulosus* (Shoemaker). Environ. Toxicol. Chem. 16: 1912-1920.

Ingersoll, C.G. and M.K. Nelson. 1990. Testing sediment toxicity with *Hyalella azteca* (Amphipoda) and *Chironomus riparius* (Diptera). In: W.G. Landis and W.H. van der Schalie (eds.), Aquatic toxicology and risk assessment, 13th volume. ASTM STP 1096. Philadelphia, PA.

McGee, B.L. 1998. Population dynamics of the estuarine amphipod *Leptocheirus plumulosus*: Implications for sediment toxicity tests. Ph.D. dissertation, University of Maryland, College Park, MD.

U.S. EPA. 1994a. Methods for Measuring the Toxicity and Bioaccumulation of Sediment-associated Contaminants with Freshwater Invertebrates. EPA/600/R-94/024. Office of Research and Development, Washington, D.C.

26

A00245

U.S. EPA. 1994b. Methods for Assessing the Toxicity of Sediment-associated Contaminants with Estuarine and Marine Amphipods. EPA/600/R-94/025. Office of Research and Development, Washington, D.C.

U.S. EPA/U.S. ACE. 1995. QA/QC Guidance for Sampling and Analysis of Sediments, Water and Tissues for Dredged Material Evaluations. EPA 823-B-95-001. Washington, D.C.

A00246

# APPENDIX E

Scope of work for the high resolution coring studies prepared by Skidaway Institute of Oceanography

A00247

High Resolution Coring Study in Delaware River Estuary
Near the Texaco Delaware City Refinery

Submitted by:

Richard F. Lee, Clark R. Alexander and Keith A. Maruya
Skidaway Institute of Oceanography
10 Ocean Science Circle
Savannah, GA 31411


Principal Investigator and Coordinator:
Richard F. Lee
Skidaway Institute of Oceanography
10 Ocean Science Circle
Savannah, GA 31411
Telephone Number: 912-5982494
FAX: 912-5982310
E-mail: dick@skio.peachnet.edu


Administrative Contact:
William McChesney
Assistant Director, Business Affairs
Skidaway Institute of Oceanography
10 Ocean Science Circle
Savannah, GA 31411
Telephone Number: 912-5982482
FAX: 912-5982310
E-mail: wmc@skio.peachnet.edu

Total Funds Requested: $281,192


Proposed Study Period: November 1, 1999-October 30, 2001

A00248

# I. Statement of Work (SOW)

## A. Introduction

Texaco Refining & Marketing Inc. ("Texaco"), under an injunction entered by the U.S. District Court, has agreed to undertake studies to characterize the fate, transport, and evidence of past noncomplying discharges from their petrochemical refinery in the upper Delaware River estuary. Variations of the Nonpoint Source Discharge Elimination Strategy (NPDES) permit limits at the Delaware City refinery occurred between 1983 and 1991. After a suitable plan to address potential impacts resulting from "numerous" violations of the refinery's NPDES permit limits could not be agreed upon, the Court ordered an independent consultant to outline/develop a study that would adequately address the issues of the lawsuit.

In his report to the Court, Dr. J. Means described, in his opinion, the chemicals of concern in the refinery effluent, and the physical, chemical and biological processes that are of importance in determining their fate, transport and effects in the Delaware River estuary (Means, 1997). In Part III, Means suggested that it was scientifically feasible to determine the extent and effects of past permit violations, particularly those that occurred on or after March 1993. This section of the report is the focus of the present proposal.

## B. Background

### a.    Polycyclic Aromatic Hydrocarbons

Numerous scientific and monitoring surveys have shown that polycyclic aromatic hydrocarbons(PAH) accumulate in shallow water sediments. Total and individual PAHs tend to be highest near point sources, i.e. industrial discharges (Chapman et al., 1987), poorly flushed basins (Kim et al., 1998) and in densely populated areas (Maruya et al., 1997). Relatively uniform total PAH concentrations in sediments from larges estuaries or embayments, e.g. San Francisco Bay, suggest the sources are diffuse, e.g. airborne sources, and /or estuarine processes act to disperse PAHs and other particle reactive contaminants over a wide deposition area (SFEI, 1994). In or near significant point sources of petrogenic influence, distinct contamination gradients in the sediment record can exist (Kim et al., 1998).

### b.    Historical Coring

The terms deposition and accumulation are used by sedimentologists and the distinction between these terms has been discussed by McKee et al. (1983). Deposition is the temporary emplacement of particles in the seabed. Accumulation is the net sum of many episodes of sediment deposition and removal. The difference between rates of deposition and accumulation affects the ability of an environment to record sedimentary events.

The sediment record, as revealed in sediment cores, can be used to reconstruct the history of contaminant input into estuaries. The basic assumptions are that contaminant inputs rapidly

A00249

equilibrate with sediment inputs and the sediment column represents a continuous sequence of sediment and associated contaminant accumulations. Using radiochemical chronologies, it is possible, theoretically, to date sediments over a period corresponding to about five radioactive decay half-lives (~100 years in the case of $^{210}Pb$). $^{210}Pb$, a naturally occurring radionuclide in the $^{238}U$ decay series, has been used successfully to provide a temporal frame work in numerous studies of the estuarine environment (Goldberg et al., 1979; Alexander et al.,1991, 1993; Thorbjarnarson et al., 1985). An analysis of sediment cores showed that from the Savannah River Estuary for PAHs between 1958 and 1962, there was significantly more input of PAHs in the Savannah River estuary than before and after this period (Alexander et al., 1999). Cores closer to the city of Savannah had much higher concentrations of PAHs during this time period than cores collected further down river from Savannah. Analysis of sediment cores from Southampton Water, a coastal plain estuary in the United Kingdom, showed elevated PAH concentrations in the 1949-1951 period due to expansion of an oil refinery during this period (Croudace and Cundy, 1995).

C.    Objectives

The objectives of the proposed work are to collect a series of cores at stations in the Delaware River, followed by dating of the cores and analysis of dated sections of the cores for metals, metalloids and polycyclic aromatic hydrocarbons. The focus will be to determine the existence of post-1993 pulse inputs of PAHs.

A.    Work Plan

1.    Sites Proposed for Historical Coring

Our proposed sites for historical coring are based on discussions with the group at the University of Maryland, who are coordinating the Delaware River study, and on sediment sampling carried out by our group at SkIO at a variety of stations in the Delaware River on a cruise in the Delaware River on November 19, 1999. The original stations in the Delaware River which have been sampled by the group at the University of Maryland are shown in Fig. 1 and are labeled DR-1 through DR-10. Our sampling cruise in November, 1999 collected sediment from each of these stations, as well as a number of other sites in the Delaware River. We have proposed to collect cores from stations near DR-10 (station 1), DR-9 (station 2), DR-8 (station 3), between DR-7 and DR-2 (station 4), DR-5 (station 5), a station in the mid-field (station 6) and a station across the Delaware River (station 7). Preliminary work by Batelle at DR-1 through DR-10 stations, showed PAH sediment concentrations ranged from 2 to 15µg/g. Our selection of coring sites was based on the type of sediment at the sites as well as distance from the Refinery's discharge into the Delaware River. Historical coring can not be done in areas of extensive mixing and also certain types of sediment do not allow collections of good cores, such as coarse, sandy sediment and hard packed clay. Based on these criteria, we have selected the seven sites labeled in Fig. 1. The University of Maryland group plans to carry out chemical and biological studies at several stations in addition to stations DR-1 through DR-10, e.g. mid-field stations. Thus, the final decision on the exact location of seven sites for historical coring will be based on discussions with the University of Maryland group. Also, we will participate in a sampling cruise with the University of Maryland in August, 2000 and this will provide us with additional information to make a decision on the location of the

A00250

coring sites.

### 2.    High Resolution Coring

The goal is to provide the highest degree of fine-scale resolution in sediment cores possible for the sedimentary environment in the Delaware River. The approach has been discussed in the papers by Alexander et al. (1991, 1999). Briefly, two types of coring strategies will be carried out: (1) "push coring" with an open-barrel PVC pipe (15 cm ID; 50 cm max length/depth) and (2) "box coring" (20 x 30 cm cross section, 60 cm max length/depth). Push coring will be used in the intertidal stations and box coring will be used in subtidal stations. X-radiography will be used for cursory examinations of intact cores, i.e. to look for evidence of sediment disturbance, bioturbation, mixing, etc. Cores slices will be extruded and sliced into 0.5cm intervals, discarding sediment from the outer layer that has contacted the coring device walls. $^{210}Pb$ and $^{137}Cs$ will be analyzed using gamma ray spectroscopy (46.5KeV and 662KeV energies, respectively). Sediment accumulation rates will be computed using the constant flux/constant rate of the supply geochemical model. In cores with little or no evidence of disturbance, core slice dating (i.e. year of deposition) will be estimated based on computed accumulation rates. Sediment core slices will also be analyzed for the short-lived radionuclide, $^7Be$, as an indicator of recent deposition and also to estimate biological mixing rates. See the enclosed paper by Alexander et al. (1999) for details on dating and determination of sediment accumulation rates.

A small boat will be used to collect cores from the inshore stations. For the deeper stations, we will use R/V Henlopen from the University of Delaware.

### 3.    Analytical Methods

#### a.    Grain Size

An aliquot of sediment will be wet sieved with the retained (coarse) fraction labeled "sand". The sediment that passed through the sieve will be classified into silt or clay using the pipette method (Plumb, 1981).

#### b.    Analysis of metals and metalloids

The metals and metalloids to be analyzed in sections of sediment cores will include Al, As, Cd, Cr, Cu, Pb, Hg, Ni, Se, Sn and Zn with minimum detection levels for each element listed in section G. These are the same elements to be analyzed by Battelle Duxbury for surface sediments. The procedures to be used are described below.

##### 1.    Sample Digestion

Total digestion of sediment samples will be done in clean Teflon beakers with either Baker "Insta-Analyzed" or GFS redistilled nitric, perchloric and hydrofluoric acids. Samples will be first treated with nitric and hydrofluoric acids to break down silicate phases. The samples will be treated with perchloric acid to destroy any organic matter in the sample and taken to dryness. The residue

A00251

will be dissolved in dilute nitric acid, and stored in acid cleaned polyethylene vials. Details of the digestion procedure are given in Table 1.

## 2. Procedural Scheme

After the samples are digested as described above, they are diluted or aliquoted without dilution and the internal standard or internal standard mixture is added. The samples are placed in the autosampler behind the calibration standards and the initial calibration verification standard (ICV). A continuing calibration standard is placed after every 10 samples so that the analyst can assess whether instrument calibration is maintained throughout the sample run.

## 3. Inductively coupled plasma-mass spectrometry (ICP-MS)

The ICP-MS must be allowed to stabilize in the operate-mode for approximately 30 minutes prior to beginning a sample run. During this time there are a number of instrumental parameters such as tuning, mass calibration, stability and resolution that must be checked. These parameters are checked according to the manufacturer's instructions. A VG-Elemental PQ-3 ICP/MS will be used for most trace metals.

## 4. Calibration Procedures and Frequency for ICP-MS

Daily instrument calibration is achieved in accordance with Tables 2 and 3. Samples that are not bracketed by standard concentrations are diluted or concentrated as appropriate and reanalyzed. As indicated in Tables 2 and 3 a continuing calibration standard is used in each sample batch. Also at least two reagent blanks and one certified reference material (CRM) is analyzed with each batch of samples.

At least 5% of the samples are spiked with the analytes of interest at a concentration at least ten times the detection limit. Matrix spikes are necessary in order to evaluate the effect of sample matrix upon spike recoveries. The spike recoveries must be within the 99% confidence limits and samples that are outside these limits are subject to corrective action.

## 5. Atomic Absorption

Perkin Elmer (Analyst 800) will be used for aluminum which is difficult to analyze for by IPM/MS. The instrument calibration is achieved in accordance with Tables 2 and 3. Standard operating procedures as recommended by the manufacturer are used unless noted otherwise.

## 6. Total mercury

*Scope and Application*

Total mercury in sediment samples will be determined using the procedures described by Smith, (1993). The method involves spiking the sample with an enriched $201Hg$ isotope and microwave digestion with 5ml of $HNO3$. The samples will be analyzed using cold vapor reduction into the ICP/MS. The isotopic ratio of $202Hg/201Hg$ will be accurately determined and the

A00252

concentration of total mercury will be calculated from this ratio. The detection limit for the method has been determined to be 2ng/g.

### 7.    Method Detection Limits (MDL)

The method detection limits shown below were determined as described in the Code of Federal Regulations (40 CFR Part 136) and are based upon a sample size of 0.5 gms.

| Element | MDL (µg/g) |
|---------|------------|
| Al | 20 |
| As | 0.12 |
| Cd | 0.10 |
| Cr | 0.20 |
| Cu | 0.10 |
| Pb | 0.12 |
| Hg | 0.002 |
| Ni | 0.08 |
| Se | 0.20 |
| Sn | 0.15 |
| Zn | 0.20 |

### c.    Analysis of Polycyclic Aromatic Hydrocarbons

The extraction and analysis of PAHs from sediment cores to be used have been described in the papers by Maruya et al. (1996, 1997). The procedures include freeze drying of sediment, soxhlet extraction with methylene chloride, separation of PAHs from other chemicals by silica gel column chromatography and sulfur removal with activated copper. The PAH fraction will be analyzed by full scan, GC-ion trap mass spectrometry. The methods used are very similar to those being used for surface sediments by the Battelle Laboratory. They are consistent with EPA EMAP protocols for extraction and analysis of PAHs (US EPA, 1993). The 51 PAHs to be analyzed for and quantified in the dated cores are listed in Table 4. These are the same PAHs to be analyzed for in the surface sediments by the Battelle Laboratory. The method detection limit (MDLs) for the

individual PAHs are on the order of 5ng/g dry sediment. The QA/QC to be used for the PAHs are described below.

### d.    Total Organic Carbon (TOC)

Freeze dried aliquots of sediment will have carbonate removed with fuming $H_2SO_4$ repeatedly until no bubbling is observed. Treated sediment will be re-dried, ground thoroughly and analyzed for TOC using a Fisons elemental (CHNS) analyzer. TOC down to 0.05% can typically be measured using SkIO's protocol (see Comprehensive QA Plan, Appendix B).

A00253

e.    Quality Assurance/Quality Control (QA/QC) Program

The provisions for QA/QC for analysis of trace organics and inorganics are summarized in SkIO's Comprehensive QA Plan (Smith & Maruya 1998). These include calculation of method detection limits in accordance with Federal guidelines, instrument calibration and performance verification, analysis of procedural blanks, matrix spikes and standard reference materials (SRMS) with certified concentration of target analytes. Although EPA methods are not followed specifically, our protocols have been approved by EPA for the Environmental Monitoring and Assessment Program-Estuaries (EMAP-E). In addition, the trace organics and inorganic laboratories have participated in the NIST/NOAA National Status & Trends (NS&T) sponsored Intercomparison Exercise for Trace analytes in sediments and tissues annually since 1993.

f.    Facilities and Instrumentation

The SkIO is fully equipped to undertake this study with the exception of a research vessel. We suggest the use of the R/V Cape Henlopen from the University of Delaware which has the necessary auxiliary equipment and adequate deck space for coring (see enclosed letter from director of the R/V Cape Hanlopen).

The trace organic laboratory (Maruya) is fully equipped to perform all the necessary extractions and analysis of sediments for trace level PAH. Extraction equipment included microwave and Soxhlet extractors. Instrumentation for PAH analysis include a Varian 3400CX GC/Saturn 3 ion trap MS and a HP6890 "Plus" series GC/5973 MSD with both positive and negative chemical iodization capability. A Fisons CHNS Analyzer is available for TOC/TON measurements.

The inorganics laboratory (Smith and Windom) is fully equipped to perform the extractions and analysis of sediments for metals and metalloids. Instruments for metal nad metalloid analysis include a VG-Elemental PQ-3 ICP-MS and a Perkin Elmer Analyst 800 atomic absorption instrument.

The sedimentology lab (Alexander) is fully equipped to obtain cores, perform core sectioning and analysis of radionuclides for dating purposes. This lab has a X-ray machine and gamma ray spectrometer.

g.    Schedule

| | |
|---|---|
| 10/1/99 | Project kickoff |
| 11/99 | Exploratory site visit to Delaware River estuary by all PIs |
| 6/00 | Coordination meeting at the University of Maryland, Calibration of Equipment, Decision of locations for coring. |
| 8/00 | Cruise on Delaware River with University of Maryland to sample coring sites |
| 9/00 | Long core sampling cruises |
| 10/00 - 2/01 | Long core radionuclide analysis |
| 1/01 - 3/01 | Grain size analysis |
| 10/00 - 4/01 | PAH analysis of cores |

E-7

A00254

6/01 - 8/01    Preparation of final report
10/30/01       Submission of Final Report

h.    Miscellaneous Agreements

1.    The PIs request that any and all data resulting from parallel study efforts with the University of Maryland be made available upon request. Only data of a scientific nature that has a direct link to the studies proposed herein will be requested.

2.    The PIs retain the right to publish any and all material gathered as a result of this work. The principal investigators agree not to publish until five years after the study is completed or before if written permission is granted by MOTIVA.

A00255

# References

Alexander, C.R., C.A. Nittrouer, and D.J. DeMaster. 1991. Sediment Accumulation in a Modern Epicontinental Shelf Setting: The Yellow Sea. Mar. Geol. 98: 51-72.

Alexander, C.R., R. Smith, S. Schropp, F. Calder and H. Windom. 1992. The Historical Record of Metal Enrichment in Two Florida Estuaries, Estuaries 16: 627-637.

Alexander, C., R. Smith, B. Loganathan, J. Ertel, H.L. Windom and R.F. Lee. 1999. Pollution history of the Savannah River Estuary and comparisons with Baltic Sea pollution history. Limnologica 29: 267-273.

American Public Health Association (APHA). 1985. Standard Methods for the Examination of Water and Wastewater, 16th Edition. APHA/ AWWA. Washington, DC.

Chapman, P.M., R.N. Dexter and E.R. Long. 1987. Synoptic measures of sediment contamination, toxicity and infaunal community composition (the Sediment Quality Triad) in San Francisco Bay. Mar. Ecol. Prog. Ser. 37:75-96.

Croudace, I.W. and A.B. Cundy. 1995. Heavy metal and hydrocarbon pollution in recent sediments from Southampton water, southern England: A geochemical and isotopic study. Environ. Sci. Technol. 29: 1288-1296.

Goldberg, E.D. J.J. Griffin, V. Hodge., M Koide and H.L. Windom. 1979. Pollution history of the Savannah River estuary. Environ. Sci. Technol. 13: 588-594.

Kim, G.B., K.A. Maruya, R.F. Lee, S.G. Kang, C.H. Koh and S. Tanabe. 19998. Distribution and source of polycyclic armoatic hydrocarbons in sediments form the vicinity of Incheon Harbor, Korea. Mar. Pollut. Bull. 38:7-15.

Maruya, K.A., R.W. Risebrough and A.J. Horne. 1996. Partitioning of polynuclear aromatic hydrocarbons between sediments from San Francisco Bay and their porewaters. Environ. Sci. Technol 30: 2942-2947.

Maruya, K.A., B.G. Loganathan, K. Kannan. S. McCumber-Kahn and R.F. Lee. 1997. Organic and organometallic compounds in estuarine sediments from the Gulf of Mexico - 1993-1994. Estuaries 20: 700-709.

McKee, B.A., C.A. Nittrouer and D.J. DeMaster. 1983. Concepts of sediment depositoin and accumulation applied to the continental shelf near the mouth of the Yangtze River. Geology 11: 631-633.

Means, J.C. Report to the U.S. District Court District of Delaware, NRDC and Delaware Audubon Society vs. Texaco Refining and Marketing, Inc., November 3, 1997.

Plumb, R.H., Jr. Procedures for Handling and Chemical Analysis of Sediment and Water Samples;

A00256

U.S. environmental Protection Agency/U.S. Army Corps of Engineers, EPA/Ce81-1, USACE Waterways Experimental Station, Vicksburg, MS, 1981.

San Francisco Estuary Institute (SFEI). 1994. San Francisco Estuary Regional Monitoring Program for Trace Substances. 1993 Annual Report. SFEI, Richmond, CA

Smith, Ralph G.  1993.  Determination of mercury in environmental samples by isotope dilution/ICPMS. Anal. Chem. 65: 2485-2488.

Smith, R. and K.A. Maruya.  1998.  Comprehensive QA Plan.  Skidaway Insinuate of Oceanography, 1998, 300 pp.

Thorbjarnarson, K.W. C.A. Nittrouer, D.J. Demaster and R.B. McKinney.  1985.  Sediment accumulation in a back-barrier lagoon.  Great Sound, New Jersey, J. Sed. Pet. 55: 856-863.

U.S. Environmental Protection Agency. 1993. Estuaries Louisianian Province Quality Assurance Project Plan.  EPA 600/X-93/XXX, Office of Research and Development, Gulf Breeze, Florida, Virginian Province Quality Assurance Project Plan.

A00257

## Explanation of Budget:
## Personnel

1.    Principal Investigators

Richard Lee is to be managing and coordinating the proposed work, responsible for scheduling of field sampling surveys, logistics, report submission and coordination between SkIO, University of Maryland, Motiva, Equilon Enterprises and Equiva Services. Keith Maruya will be responsible for analysis of PAHs and total organic carbon in sediment cores. R. Smith and H. Windom will be responsible for analysis of metals and metalloids in sediment cores. Clark Alexander will be responsible for the coring and ancillary sedimentological measurements, e.g. grain size. 2 months is requested for K. Maruya and 3 months time for C. Alexander. 2 months of time is requested each year for R. Lee for coordination of work at SkIO, meetings with University of Maryland group, field work, and preparation of reports.

2.    Technician

A technician will be necessary to help in the collection of cores, preparation of cores for dating, core slicing, carrying out X-ray analysis of cores, and dating of cores. Three months of technician time each year for two years are requested.

## Ship Time

4 days on the R/V Cape Henlopen ($6500/day-see enclosed letter from the director of the R/V Cape Henlopen) and 2 days on small boat ($2000).

## Equipment Maintenance

$2500 is requested for maintenance of X-ray and gamma counters.

## Supplies

$4500 is requested in year 1 for supplies which includes X-ray film, fabrication of plexi-glass, sampler, core barrels, samples jars.

$4000 is requested in year 2 which includes liquid nitrogen, calibration standards, sample jars and other lab supplies

Analysis of Cores for PAHs, grain size and total organic carbon
year 1 - 120 sections from 7 cores (down to 10cm) - 120 x $150/section = $18,000
year 2 - 120 sections from 2 cores (down to 20cm) - 120 x $150/section = $18,000

Analysis of Cores for Trace Metals and Metalloids
year 1 - 120 sections from 7 cores (down to 10cm) - 120 x $300/section = $36,000
**Travel**

A00258

| | |
|---|---|
| Year 1 | Exploratory site visit by 3 PIs ($1500 for travel and $1000 for boat rental) |
| | Trip to University of Maryland by 3 PIs for coordination of studies and discussion of coring sites ($1000). |
| | Trip for sampling cruise to Delaware River in June, 2000 ($1000) |
| | Trip to Delaware River site by 3 PIs and 2 technicians, includes driving van with equipment from Savannah and return and hotels ($5000) |
| Year 2 | Wrap up meeting by 3 PIs in Houston ($1600) |

## Justification of PAH Analysis of Cores at Skidaway Institute of Oceanography

The group of 3 principal investigators (Lee, Alexander, and Maruya) have worked together on several studies involved with data and analysis of sediment cores. All investigators will be involved in the collection of the cores at the site. A team approach is necessary to carry out high resolution coring work. Discussion of which locations to collect cores will depend on our past experience in finding good coring sites as well as any information on the location of sites with high PAH concentrations. Before we start the PAH analysis of thin sections of cores will require discussions by the sedimentologist as to the best cores in terms of good dating, sedimentation rates and lack of mixing and by the geochemists as to the best cores with regards to PAH concentrations. For example, to achieve the objectives, it will be necessary to sample very thin sections, yet a section must have enough PAHs to allow sensitive analysis including good quality assurance. In writing the final report, it again will be necessary for all of the PIs to be involved in the analysis of all data.

A00259

## Table 1
### Sediment Digestion Procedure

1) Weigh 250 mg of oven dried (60C) and powdered sample into a 100 ml teflon (PTFE) beaker.

2) Add 10 ml of concentrated nitric acid (Baker Instra-Analysed).

3) Add 10 ml of hydrofluoric acid (Baker Instra-Analysed).

4) Cover the beaker with a teflon watch glass and allow the sample to stand overnight in a fume hood.

5) Add 3 ml of 70% perchloric acid (GFS redistilled)

6) Heat to dryness at 120C using a surface thermometer to monitor the temperature.

7) Add 1 ml of nitric acid and heat to dryness at 120C. Repeat this step again in order to remove chloride ions.

8) Add 2 ml of 10% nitric acid (diluted from conc. Baker Instra-Analysed HNO3). If the resulting solution is not clear with a greenish yellow color, repeat steps 2-8.

9) Add 18 mls of double distilled water and determine the total sample volume gravimetrically.

NOTES:

With each batch of 20 or fewer samples, prepare one reagent blank containing all of the acids as described above. Also prepare one certified reference material such as NIST 1646 or NRC BCSS-1.

Nitric acid is added to the samples using a Brinkmann acid dispenser (cat# 050-10-954-2). Perchloric acid is added with a Lab Industries (L/I) repipet. Hyfrofluoric is measured using a 10 ml plastic graduated cylinder.

Caution: This digestion procedure requires a perchoric acid hood with adequate wash down facilities. Also the analyst must wear protective clothing (i.e. polyethelene gloves, face shield and lab coat) while working with these acids.

A00260

Table 2
Instrument Calibrations

| Instrument | # Standard Initial Calib. | Acceptance/ Rejection Criteria | Frequency | # Standards Cont. Calib. | Acceptance/ Rejection Criteria | Frequency |
|---|---|---|---|---|---|---|
| ICP-MS | 4 | Linear regression correlation coef. of >0.99 | Daily prior to use or failure of CCV | 1 | Concentration must be within 10% of correct value | Initial and every 10 samples |
| Atomic Absorption | 4 | Linear regression correlation coef. of >0.99 | Daily prior to use or failure of CCV | 1 | Concentration must be within 10% of correct value | Initial and every 10 samples |

A00261

## Table 3
## Calibration Protocol

### 1. ICP-MS

A) Initial tuning of the ion lenses is performed using a 1.0 ppb tuning solution. A test scan is made with the tuning solution in order to evaluate the mass calibration and resolution. Adjustments are made if necessary according to manufacturer's recommendations.

B) Sequence of events for initial calibration:

   a) Run blank solution (quartz distilled water with 1% HNO3)
   b) Run four calibration standards
   c) Verify initial calibrations
   d) Run Q/C standard (SPEX-2A) - must be within 10% of true value for acceptance
   e) Analyze 10 samples (includes reagent blanks, certified standard (NIST 1646), spikes and duplicates
   f) Run blank solution
   g) Run Q/C standard

C) Final Acceptance/Rejection. A certified sediment standard (NIST 1646) is analyzed periodically throughout the sample run. Concentrations of these standards must meet Q/A objectives.

### 2. Atomic Absorption

A) Allow instrument and hollow cathode lamp to warm up 30 minutes prior to use. Set up instrument wavelength, slit width and lamp current according to the manufacturers recommendations. This may be accomplished by analyzing a midpoint standard and comparing the absorbance with that quoted in the software. Check the observed characteristic concentration with the expected value found within the software. If there is a large discrepancy, resolve the problem before continuing.

B) Sequence of events for initial calibration:

   a) Run blank solution (quartz distilled water with 1% HNO3)
   b) Run four calibration standards
   c) Verify initial calibrations
   d) Run Q/C standard (SPEX-2A) - must be within 10% of true value for acceptance
   e) Analyze 10 samples (includes reagent blanks, certified standard (NIST 1646), spikes and duplicates
   f) Run blank solution
   g) Run Q/C standard

C) Final Acceptance/Rejection. A certified sediment standard (MESS-2) form the National Research Council of Canada is analyzed periodically throughout the sample run. Concentrations of these standards must meet Q/A objectives.

A00262

Table 4.
PAH Target Analyte List for Sediment Cores

Naphthalene
   1-Methylnaphthalene
   2-Methylnaphthalene
   2-Ethylnaphthalene
   1-Ethylnaphthalene
   2,6/2,7-Dimethylnaphthalene
   1,3/1,7-Dimethylnaphthalene
   1,6-Dimethylnaphthalene
   1,4/2,3-Dimethylnaphthalene
   1,5-Dimethylnaphthalene
   1,2-Dimethylnaphthalene
   1,8-Dimethylnaphthalene
   2-Isopropylnaphthalene
   1,6,7-trimethylnaphthalene
Acenaphthylene
Acenaphthene
Fluorene
Anthracene
Phenanthrene
   1-Methylphenanthrene
   3-Methylphenanthrene
   2-Methylphenanthrene
   4,9-Methylphenanthrene
   3,6-Dimethylphenanthrene
   3,5-Dimethylphenanthrene
   2,6-Dimethylphenanthrene
   2,7-Dimethylphenanthrene
   3,9-Dimethylphenanthrene
   1,6/2,5/2,9-Dimethylphenanthrene
   1,7-Dimethylphenanthrene
   1,9/4,9-Dimethylphenanthrene
   1,2-Dimethylphenanthrene
   1,8-Dimethylphenanthrene
   1,5-Dimethylphenanthrene
   9,10-Dimethylphenanthrene
   1,2,8-Trimethylphenanthrene
Dibenzothiophene
   1-Methyldibenzothiophene
   4-Methyldibenzothiophene
   2/3-Methyldibenzothiophene

E—16

A00263

Table 4. (Cont'd.)

Fluoranthene
Pyrene
Benzo(a)anthracene
Chrysene
Benzo(b)fluoranthene
Benzo(k)fluoranthene
Benzo(a)pyrene
Ideno(1,2,3-cd)pyrene
Dibenz(a,h)anthracene
Benzo(g,h,i)perylene

A00264

Subject: [Fwd: 2000 Cruise]
   Date: Wed, 14 Jul 1999 13:24:52 -0400
   From: Clark Alexander <clark@skio.peachnet.edu>
Organization: Skidaway Institute of Oceanography
     To: dick@skio.peachnet.edu

Here's the message I got from the Cape Henlopen people fior your
information.
*****************************************************************
Dr. Clark Alexander                clark@skio.peachnet.edu
Skidaway Institute of Oceanography  http://www.skio.peachnet.edu/
10 Ocean Science Circle            Voice: 912-598-2329
Savannah, GA  31411                FAX: 912-598-2310

---

Subject: 2000 Cruise
   Date: Wed, 14 Jul 1999 11:41:11 -0400
   From: Matthew Hawkins <hawkins@UDel.Edu>
     To: clark@skio.peachnet.edu, hawkins@UDel.Edu

Clark-

Per our phone conversation, I've "penciled" you in for 4 days in 2000
(May 30 - June 2).  Our schedule is in flux right now and we can work
our exact dates once things settle out a little.  Work is to be benthic
sampling near the Texaco terminal in Delaware River as I understand it.

Our daily rates have been very consistent over the past 5 years, and
judging from our preliminary schedule there should be no significant
increases for 2000.  Rates will be ~$5500/day for the ship, and
~1000/day for technical services for a total of ~$6500/day.  This is all
inclusive (crew, technicians, ship's full suite of instrumentation and
equipment, food, fuel, etc.).

Please e-mail me your mailing address and I'll send you some technical
details on the ship and some arrangement drawings.

Looking forward to working together next year.

Matt Hawkins
             Cape Henlopen

A00265

Year 1

## PROPOSAL BUDGET

| ORGANIZATION | | PROPOSAL NO. | DURATION (MONTHS) | |
|---|---|---|---|---|
| Skidaway Institute of Oceanography | | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR/PROJECT DIRECTOR | | AWARD NO. | | |
| Richard F. Lee | | | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates | Person-Mos. | | | Funds Requested By Proposer | |
|---|---|---|---|---|---|
| (List each separately with title, A.7. show number in brackets) | CAL. | ACAD | SUMR | | |
| 1. R. F. Lee, Professor | 2.0 | | | $15,047 | |
| 2. Clark R. Alexander, Associate Professor | 2.0 | | | 9,780 | |
| 3. Keith A. Maruya, Assistant Professor | 1.0 | | | 4,368 | |
| 4. | | | | 0 | |
| 5. | | | | 0 | |
| 6. (  )OTHERS (LIST INDIVIDUALLY ON BUDGET EXPLANATION PAGE) | | | | 0 | |
| 7.    ( 3 )TOTAL SENIOR PERSONNEL(1-6) | 5.0 | | | 29,195 | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. (  )POST DOCTORAL ASSOCIATES | | | | 0 | |
| 2. ( 1 )OTHER PROFESSIONALS (TECHNICIANS, PROGRAMMER, ETC) | 3.0 | | | 6,300 | |
| 3. (  )GRADUATE STUDENTS | | | | 0 | |
| 4. (  )UNDERGRADUATE STUDENTS | | | | 0 | |
| 5. (  )SECRETARIAL CLERICAL | | | | 0 | |
| 6. (  )OTHER | | | | 0 | |
| · TOTAL SALARIES AND WAGES (A+B) | | | | 35,495 | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 9,939 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A+B+C) | | | | 45,434 | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000:) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E. TRAVEL  1. DOMESTIC (INCL.CANADA,MEXICO AND U.S. POSSESSIONS) | | | | 9,500 | |
| 2. FOREIGN | | | | 0 | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS         $_____ | | | | | |
| 2. TRAVEL           _____ | | | | | |
| 3. SUBSISTENCE   _____ | | | | | |
| 4. OTHER | | | | | |
| (  )TOTAL PARTICIPANT COSTS | | | | 0 | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 4,500 | |
| 2. CORE ANALYSIS | | | | ·18,000 | |
| 3. TRACE METALS ANALYSIS | | | | 36,000 | |
| 4. COMPUTER SERVICES | | | | 1,000 | |
| 5. SHIP TIME  - R/V Cape Henlopen | | | | 26,000 | |
| 6. OTHER -  Equipment Maintenance & Small Boat Use | | | | 4,500 | |
| TOTAL OTHER DIRECT COSTS | | | | 90,000 | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | 144,934 | |
| I. INDIRECT COSTS  (F&A) (SPECIFY RATE AND BASE) | | | | | |
| 45% OF H. Less G.3. & G.5. | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 37,320 | |
| J. TOTAL DIRECT AND INDIRECTS COSTS (H+I) | | | | 182,254 | |
| K. RESIDUAL FUNDS (IF FOR FURTHER SUPPORT OF CURRENT PROJECTS SEE GPG II.D.7.J.) | | | | | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | $182,254 | |
| M. COST SHARING: PROPOSED LEVEL $ | | AGREED LEVEL IF DIFFERENT $ | | | |
| PI/PO TYPED NAME & SIGNATURE* | DATE | | | | |
| Richard F. Lee | | | | | |
| ORG. REP. TYPED NAME & SIGNATURE* | DATE | | | | |
| William McChesney | | | | | |

Project Budget April 2000
Texaco - Delaware

E–19

A00266

04/04/200



A00267

E-20

 Old Dominion University Research Foundation

October 27, 2000

Dr. Linwood W. Hall
University of Maryland Agricultural Experiment Station
Wye Research and Education Center
P.O. Box 169
124 Wye Narrows Drive
Queenstown, Maryland 21658

Dear Dr. Hall:

Enclosed is a proposal entitled "Benthic Community Assessments of Delaware Bay" which is submitted on behalf of the proposed principal investigator, Dr. Daniel M. Dauer, Department of Biological Sciences, Old Dominion University.

Please note that if an award is made as a result of this proposal, it should be made payable to the Old Dominion University Research Foundation. The Research Foundation is the fiscal and administrative agent for Old Dominion University for sponsored agreements. The Foundation is a not-for-profit corporation, and it is tax-exempt under Section 501(c)(3) of the Internal Revenue Service.

We are pleased to forward this proposal for your review and consideration. Please address any questions of a technical nature to Dr. Dauer at (757) 683-4709 and contact Kathy Olson at (757) 683-4293 ext. 613 referencing our proposal number cited below, for inquiries on administrative and fiscal matters and for purposes of negotiation.

Sincerely,

Cynthia A. Sharp
Manager, Academic Sponsored Programs

Encl: ODURF Prop No. 01133
cc:      Dr. Dauer
         Dr. Gordon
         Associate Dean Rule
         DB Files
         KO Files

P.O. Box 6369 • 800 West 46th Street • Norfolk, Virginia 23508-0369
Phone 757/683-4293 • FAX 757/683-5290
An Affirmative Action/Equal Opportunity Employer

A00268

Scope of Work for Benth...

Rationale:

Macrobenthic co... ...ors of estuarine environmental status and trends because ... ...t benthos respond predictably to many kinds of natural ...rop... ...osenberg 1978; Dauer 1993; Tapp et al. 1993; Wilson ...rey ... ...of benthic communities make them useful indicators (B...987)... ...n are related to their exposure to stress and the diversity ...resp... ...s typically greatest in near-bottom waters and anthrop...con... ...n sediments where benthos live. Benthic organisms g... hav... ...t avoid these adverse conditions (Wass 1967). ...mobi... ...onmental assessments because, unlike most pelag...a, be... ...cal environmental conditions (Gray 1979). The structur...thic ...any kinds of stress because these assemblages typicall...le or... ...f physiological tolerances, feeding modes, and trophic...tion...978; Rhoads et al. 1978; Boesch and Rosenberg 198...

Methods Overview:

At each of sample s...benth...led using a 0.04 m², Young grab. All replicates are ha...nd pr...e fields and in the laboraotry using standard procedures ...Pj P...quality control (QA/QC) program at the Benthic Eco...bora...ersity is designed to ensure that data of the highest qua...sible ... program is designed to manage sample handling, d...atio...generation, and quality control actions. The QA/QC progr...ks an...ple from collection to data submission and analysis as...hat th...analyzed by the appropriate methods and that necessary ...asure...e that data of definable quality have been produced. For a...eters ...less than 5.0% from re-analyzed samples is conside...eptab...weight, where a discrepancy of less than 0.1% from re-a...samp...e.

Benthic Community Metrics...

Benthic community co...wi...uctural parameters that will include: a variety of indices...cies di...d species evenness; community abundance and ...nity b...t biomass); and proportional abundance and biomass of ...ty of fu...indicative species, pollution sensitive species, carnivore...sit feed...t al. 1994 and Weisberg et al. 1997 for further informati...addition...will be used: (1) the benthic

Scope of Work for Benthic Community Assessments

Rationale:

Macrobenthic communities are used extensively as indicators of estuarine environmental status and trends because numerous studies have demonstrated that benthos respond predictably to many kinds of natural and anthropogenic stress (Pearson and Rosenberg 1978; Dauer 1993; Tapp et al. 1993; Wilson and Jeffrey 1994). Many characteristics of benthic communities make them useful indicators (Bilyard 1987), the most important of which are related to their exposure to stress and the diversity of their response. Exposure to hypoxia is typically greatest in near-bottom waters and anthropogenic contaminants often accumulate in sediments where benthos live. Benthic organisms generally have limited mobility and cannot avoid these adverse conditions (Wass 1967). This immobility is advantageous in environmental assessments because, unlike most pelagic fauna, benthic assemblages reflect local environmental conditions (Gray 1979). The structure of benthic communities responds to many kinds of stress because these assemblages typically include organisms with a wide range of physiological tolerances, feeding modes, and trophic interactions (Pearson and Rosenberg 1978; Rhoads et al. 1978; Boesch and Rosenberg 1981).

Methods Overview:

At each of sample site the benthic community will be sampled using a 0.04 m², Young grab. All replicates are handled and processed separately both in the fields and in the laboratory using standard procedures (see QAPj Plan). The quality assurance/quality control (QA/QC) program at the Benthic Ecology Laboratory of Old Dominion University is designed to ensure that data of the highest quality possible are generated. The QA/QC program is designed to manage sample handling, documentation and custody, proper data generation, and quality control actions. The QA/QC program tracks and monitors the fate of a sample from collection to data submission and analysis assuring that the proper samples have been analyzed by the appropriate methods and that necessary QC measures have been taken to ensure that data of definable quality have been produced. For all parameters measured a discrepancy of less than 5.0% from re-analyzed samples is considered acceptable, except for estimates of weight, where a discrepancy of less than 0.1% from re-analyzed samples is considered acceptable.

Benthic Community Metrics:

Benthic community condition will be characterized using structural parameters that will include: a variety of indices of species diversity, species richness and species evenness; community abundance and community biomass (ash free dry weight biomass); and proportional abundance and biomass of a variety of functional groups (pollution indicative species, pollution sensitive species, carnivores, deposit feeders, etc. See Ranasinghe et al. 1994 and Weisberg et al. 1997 for further information). In addition, two multi-metric indices will be used: (1) the benthic

Page 1

A00270

community condition index of the Environmental Monitoring and Assessment Program (EMAP-Virginian Province) (Paul et al. 1999) and (2) the benthic community index of the Mid Atlantic Integrated Assessment Program (MAIA) (Llansó et al. in preparation).

The EMAP-VP index was developed for estuaries within the Virginian Province (Cape Henry to Cape Cod). The index is based upon a step-wise discriminant analysis approach and is intended to characterize benthic community condition across all habitat types. The EMAP-VP index is standardized such that positive values indicate unimpacted conditions and negative values indicate impacted conditions. The formula is:

$$[1.389 * \text{(salinity normalized Gleason's D - 51.5)}/28.4]$$
$$- [0.651* \text{(salinity normalized tubificid abundance - 28.2)}119.5]$$
$$- [0.375*\text{(spionid abundance - 20.0)}/45.4]$$

The MAIA index is presently being finalized for Delaware Bay, Chesapeake Bay and Pamlico Sound. This index is a multi-metric index of biotic condition, frequently referred to as an index of biotic integrity (IBI). IBI's are widely used in freshwater environments and define habitat-specific reference conditions that integrate biotic responses and account for natural habitat variations (Karr 1991; Kerans and Karr 1994; DeShon 1995). This approach defines expected conditions at sites free of anthropogenic stress and then assigns categorical values for various descriptive metrics by comparison with observations at reference sites. Benthic estuarine IBI's has been successfully developed for Chesapeake Bay (Weisberg et al. 1997) and the estuaries of the southeastern Unites States (Van Dolah et al. 1999). The Chesapeake Bay benthic IBI has been used successfully used to determine relationships between benthic community condition, water quality, sediment quality, nutrient loads and land use patterns in Chesapeake Bay (Dauer et al. 2000). The MAIA B-IBI index includes seven metrics for the low mesohaline, high mesohaline, and polyhaline habitats (abundance, number of taxa, percent dominance, percent bivalves, percent pollution sensitive taxa, biomass, and Shannon-Wiener), five metrics for oligohaline habitats (percent deep-deposit feeders, Tanypodini/Chironomidae ratio, percent Tubificidae, percent pollution-indicative oligohaline taxa, and percent pollution-sensitive North Carolina taxa), and two metrics for tidal freshwater habitats (abundance and percent deep-deposit feeders). In contrast to the discriminant analysis approach, the IBI approach selects metrics and metric threshold for each habitat and scales all scores for across habitat comparisons.

Data Analysis Approach:

Data analysis of the benthic communities will include three primary types of assessments of benthic condition: (1) effects on recruitment, (2) effects on survivorship and (3) integrated community condition.

Potential **effects on recruitment** will be tested by examining spatial variation within spring samples. By developing *a priori* criteria for contaminant-impacted versus unimpacted

A00271

areas (see discussions and criteria in Weisberg et al. 1997, Paul et al. 1999 and Van Dolan et al. 1999) differences in recruitment as indicated by juveniles of residence species can be tested with an ANOVA approach. For temperate estuaries the major recruitment time for larvae and juveniles is during the spring. The working null hypothesis is no difference in recruitment between contaminated and uncontaminated areas. The primary alternative hypothesis is that recruits will avoid sediments with contaminants.

Potential **effects on survivorship** will be tested by examining spatial, temporal and spatial-temporal interactions within and between spring and summer sampling. Using the same *a priori* classifications as used above, changes in abundance between spring and summer would indicate differential survivorship as a function of sediment contamination. The working null hypothesis is no difference in survivorship between contaminated and uncontaminated areas. Primary alternative hypotheses would include (1) *less absolute survivorship* in contaminated areas due mortality (as individuals grow, their activities take them to greater depths in the sediment where they may encounter higher contaminant levels) and (2) *greater relative survivorship* in contaminated areas due to less mortality from predation. The latter alternative hypothesis indicates that demersal predators utilize less food resources from contaminated areas indicating reduced ecological value to higher trophic levels in contaminated areas.

**Integrated community condition effects** will be tested by examining the benthic indices developed for estuaries including Delaware Bay ( EMAP-VP and MAIA-IBI). In addition a variety of ANOVA, MANOVA and canonical discriminant analyses approaches will be used on both the indices and their component metrics to define relationships between contaminant levels and benthic community responses.

References:

Bilyard, G. R. 1987. The value of benthic infauna in marine pollution monitoring studies. *Marine Pollution Bulletin* 18:581-585.

Boesch, D. F. and R. Rosenberg. 1981. Response to stress in marine benthic communities, p. 179-200. In G. W. Barret and R. Rosenberg (eds.), Stress Effects on Natural Ecosystems. John Wiley & Sons, New York.

Dauer, D.M. 1993. Biological criteria, environmental health and estuarine macrobenthic community structure. *Marine Pollution Bulletin* 26: 249-257.

Dauer, D.M., J. A. Ranasinghe, and S. B. Weisberg. 2000. Relationships between benthic community condition, water quality, sediment quality, nutrient loads, and land use patterns in Chesapeake Bay *Estuaries* 23: 80-96.

A00272