DeShon, J. E. 1995. Development and application of the invertebrate community index. pp 217-243 in W. P. Davis and T. P. Simon (eds), *Biological Assessment and Criteria.* Lewis Publishers, Boca Raton, FL.

Gray, J. S. 1979. Pollution-induced changes in populations. *Transactions of the Royal Philosophical Society of London (B)* 286:545-561.

Karr, J. R. 1991. Biological integrity: A long-neglected aspect of water resource management. *Ecological Applications* 1:66-84.

Kerans, B. L., and J. R. Karr. 1994. A benthic index of biotic integrity (B-IBI) for rivers of the Tennessee Valley. *Ecological Applications* 4:768-785.

Paul, J.J., J.H. Gentile, K.J. Scott, S.C. Schimmel, D,E, Campbell and R.W. Latimer. 1999. EMAP-Virginian Province Four-Year Assessment (190-1993). EPA 600/R-99/004. U.S. Environmental Protection Agency, Atlantic Ecology Division, Narragansett, Rhode Island.

Pearson, T. H. and R. Rosenberg. 1978. Macrobenthic succession in relation to organic enrichment and pollution of the marine environment. *Oceanography and Marine Biology Annual Review* 16:229-311.

Ranasinghe, J.A., S.B. Weisberg, D.M. Dauer, L.C. Schaffner, R.J. Diaz and J.B. Frithsen. 1994. Chesapeake Bay benthic community restoration goals. Report for the U.S. Environmental Protection Agency, Chesapeake Bay Office and the Maryland Department of Natural Resources. 49 pp.

Rhoads, D. C., P. L. McCall, and J. Y. Yingst. 1978. Disturbance and production on the estuarine sea floor. *American Scientist* 66:577-586.

Tapp, J. F., N. Shillabeer, and C. M. Ashman. 1993. Continued observation of the benthic fauna of the industrialized Tees estuary, 1979-1990. *Journal of Experimental Marine Biology and Ecology* 172:67-80.

Van Dolah, R.F., J.L. Hyland, A.F. Holland, J.S. Rosen, and T.R. Snoots. 1999. A benthic index of biological integrity for assessing habitat quality in estuaries of the southeastern United States. *Marine Environmental Research* 48:1-15.

Wass, M. L. 1967. Indicators of pollution, p. 271-183. In T.A. Olsen, and F. Burgess (eds.), Pollution and Marine Ecology. John Wiley and Sons, New York.

Weisberg, S.B., J.A. Ranasinghe, D.M. Dauer, L.C. Schaffner, R.J. Diaz and J.B. Frithsen. 1997. An estuarine benthic index of biotic integrity (B-IBI) for Chesapeake Bay. *Estuaries* 20: 149-158.

A00273

BENTHIC COMMUNITY ASSESSMENTS OF DELAWARE BAY
BUDGET SUMARY

| DESCRIPTION | YEAR 1 | YEAR 2 | TOTAL |
|---|---|---|---|
| Salaries, Wages & Fringe Benefits | $49,518 | $57,493 | $107,011 |
| Boat Usage Charges | 2,400 | 2,400 | 4,800 |
| Travel | 1,800 | 1,820 | 3,620 |
| Supplies | 100 | 96 | 196 |
| **Total Direct Costs** | $53,818 | $61,809 | $115,627 |
| Indirect Costs: Year 1 @ 42.5 | $22,873 | | $22,873 |
| Year 2 @ 42.0 | | $ 25,960 | $ 25,960 |
| Total Indirect Costs | $22,873 | $25,960 | $48,833 |
| Total Project | $76,691 | $87,769 | $164,460 |

A00274

**Caged Clam Monitoring Proposal**
**Motiva Delaware City Refinery Support Studies**
**Applied Biomonitoring**
**29 October 2000**

## OBJECTIVES

The purpose of this proposal is to provide an in-situ characterization of chemical exposure and associated biological effects from effluents discharged from the Motiva Delaware City Refinery. The caged clam monitoring study will provide the following: 1) A time-integrated physical, chemical, and biological sampling process to assess existing conditions at representative test sites; 2) A useful baseline data set to compare with other sampling data; and 3) Input for physical, chemical, and biological models being used to predict the fate and effects of bioaccumulative chemicals of concern and help establish science-based effluent criteria for those chemicals.

## GENERAL APPROACH

The approach uses brackish water clams (*Rangia cuneata*) as integrators of the physical-chemical environment in controlled field experiments. Measuring chemicals accumulated in their tissues will characterize chemical exposure and measuring growth rates will characterize associated effects. These caged clam studies will be conducted in 2000 or 2001. The intent is to characterize exposure and effects over space and time. Sampling sites will be determined by evaluating existing physical-chemical data and data collected from on-going studies, such as the dye study to characterize the near-field plume. Only one deployment is currently proposed. However, other deployments could be initiated if additional data needs are identified, such as a requirement to quantify differences in seasonal flow rates. Cage clams will be deployed at 11 sites in the Delaware River with three replicate cages per site. Most of the cages will be placed in the near-field plume to characterize the fine structure of the plume with respect to exposure and effects as shown below. Some sites will be placed upstream and some in the far-field to assess the extent of exposure and associated effects. This design will facilitate a comparable sampling pattern at each site yet provide enough spatial coverage within each site to accomplish the proposed objectives. It is proposed the cages be deployed at a depth of 1 meter off the bottom to combine potential exposure from the water column and suspended sediment.

1

A00275



The brackish water clam *Rangia cuneata* is the bivalve of choice. The blue mussel *Mytilus edulis* and the eastern oyster *Crassostrea virginica* were considered but rejected because of the low salinities found in the area under investigation. The final decision on sites and species will be confirmed after discussions with the University of Maryland (UOM) and Motiva representatives. The proposed study using *R. cuneata* should be conducted in the spring (i.e., initiated no later than March and finished by May) to avoid spawning and release of accumulated chemicals. If a different species is selected, the time of deployment, experimental design, and the growth metrics may change slightly. In addition to meeting salinity requirements, *R. cuneata* are more desirable for this study because their more regular shell shape which facilitates both length and weight measurements. Although the timing of the project depends on spawning cycle of the selected species, a spring deployment would most likely avoid spawning for the species being considered.

The statistical model to assess differences in exposure and effects among sites an ANOVA. For the effects characterization portion of the study, the level of replication is the individual clam. Power analyses performed on data from other similar studies suggest that 75 bivalves per cage (3 cages per station) are sufficient to detect differences in bioaccumulation and growth when the absolute differences are in the range of approximately 20%. For the exposure characterization portion of the study, the analytical samples will be created by pooling the soft tissues of all living clams from a given cage at a particular station. Three chemistry samples will be prepared for each station. This will provide three replicate samples for each station for the statistical comparisons.

## DETAILED APPROACH

***Study area:*** Upstream, near- and far-field sites in the Delaware River in the vicinity of the Motiva Delaware City effluent plume.

***Species to be deployed:*** *Rangia cuneata*, the brackish water clam

*Rangia cuneata* will be collected from the nearest location that contains disease-free (*Perkinsus*

2

A00276

*marinus*-free) clams as per agreement with regulatory officials. We will not be able to use cultured clams, as originally planned for oysters, because *Rangia* is not commonly used in aquaculture. Using wild *Rangia* will necessitate preliminary analysis of clam tissues to confirm that they are uncontaminated. The collection of clams from a natural population, chemical analysis of tissues before testing, and possible depuration of chemicals from tissues if the source population contains detectable concentrations of chemicals of concern will require additional time and cost. Depending on the water temperature at the collection site, the clams to be used in the field study may need to be acclimated at the University of Maryland for 1 to 2 weeks before deployment. The main advantage of using *Rangia* over oysters is that they will do much better in low salinity water, and they will be much easier to cage and measure because of their smooth, regular shells.

*Deployment date:* Spring 2000 or 2001

*Number of stations:* 11

*Number of cages per station:* 3

*Number of clams per cage:* 75

*Total number of clams to collect:* 3500

*Number of clams used:* 2700 (2475 deployed, 225 for $T_0$ tissue chemistry & growth)

A total of 2700 clams will be weighed, measured, and placed in groups. A total of 2475 clams will be deployed in the field and 225 will be used for initial ($T_0$) measurements. After performing the whole-animal wet-weight and length measurements at the beginning of the test (BOT), the tissues from these 225 clams will be removed and weighed. Three composited tissue samples, each containing tissues from approximately 75 clams, will be prepared and used to estimate initial concentrations of PAHs, PCBs, and metals as well as percent lipids and percent water in clam tissues before deployment. Shell and tissue weights will be as estimates of initial tissue and shell weights for the clams deployed at the 11 field stations. The methods used to sort and distribute the test clams will ensure that clams use for the $T_0$ measurements are within the same size range as the clams deployed in the field.

*Target size range of clams:* 40 to 60 mm

Clams of a uniform size range (50 mm ±10 mm) will be used to initiate the test. The preferred size range is 40 to 60 millimeters shell length. A uniform size range will be used to reduce the effects of size on bioaccumulation and growth. Compartmentalized cages will be used to provide an even exposure to each clam and to allow multiple growth measurements on individual clams.

*Deployment Configuration:* 1 m above bottom

The three replicate cages will be deployed at each station. A cement block will be used to anchor the cage in position and a small float will be used to maintain cage position in the water column. The three cages will be approximately 10 meters apart. The cement blocks will be tethered to a weighted line will to facilitate locating cages at the end of the study. It is necessary to have the attachment line greater than the water depth so that one cage can be brought on board the retrieval vessel before retrieving the next cage without interference from

3

A00277

the cement block.

*Deployment Period:*  30 to 60 days

It is proposed that the clams be deployed for 30 to 60 days to ensure that equilibrium has been reached between chemicals in the water and chemicals in clam tissues. Cages should be checked after approximately 30 days to evaluate the impact of fouling, and predation. The tradeoffs between shorter and longer exposure times include the potential benefits of better estimates of equilibrium conditions and a better chance to evaluate potential effects on growth with longer exposure times versus the potential loss of cages due to theft, vandalism and extreme weather conditions. A 60-day deployment period is recommended.

*Exposure measurement endpoint:*  Bioaccumulation

For each sample, tissues from 75 clams from a single cage will be composited and analyzed for the chemicals of concern (i.e., PAHs, PCBs, and metals). A total of 36 samples will be analyzed; 33 from the field deployment and 3 from $T_0$.

*Effects measurement endpoints:*  Growth

Whole-animal wet-weight and tissue weight will be used to evaluate clam growth. Because measuring tissue and shell weights is a destructive process, these measurements can only be made once, at the end of the study. The BOT measurements on the 225 sacrificed clams will be used to estimate initial tissue weights for the deployed clams and assess changes in tissue weight during the exposure period.

All 2475 deployed clams will be measured for whole-animal wet-weights at the beginning and the end of the test (EOT). These paired measurements reduce the variability normally associated with using only means on a group of animals where means at the beginning of the test are compared with means at the end of the test. These measurements will also be used to calculate condition index based on tissue weight versus whole animal wet weight. Finally, percent moisture and percent lipids, measured as part of the chemical analysis, will be used as additional estimates of animal health.

*Temperature monitoring:*  Given the potential importance of the temperature measurements, a significant effort will be directed toward evaluating temperature changes over space and time. Water temperatures will be recorded at 15-minute intervals using in-situ recording devices. One in-situ temperature monitor will be attached to each bivalve cage, or one monitor per group of three cages if the cages are close enough that no differences in water temperature are expected. The temperature monitors will be set to take readings at approximately 15-minute intervals over the entire exposure period. UOM will reimburse Applied Biomonitoring for any lost temperature monitors at the rate of $100/monitor.

*Logistics:*  The BOT measurements and preparation activities will occur at the University of Maryland. On day 1, clams will be weighed and placed into mesh bags. The bagged clams will be held overnight in a flow-through tanks at the UOM or at a clean field site. Tissues will be extracted, weighed, and placed into sample jars for the baseline tissue chemistry. On day two, the clams will be attached to PVC frames and deployed at the field stations. After the 60-day deployment, clams will be retrieved from all stations. All clam cages will be transported to the UOM or a clean field site for overnight gut purging. The EOT measurements (i.e., whole-animal wet-weight measurements, tissue shucking, tissue weights, and preparing composite tissue

4

A00278

samples for chemical analysis) will take place the following day.

**TASKS**
1) Conference Calls, Planning, and Work Plan preparation
2) Mobilization
3) Lead preparation, deployment, retrieval, and measurement of clams for 1 clam deployment and retrieval with staff support from UOM
4) Analyze Data and Prepare Report on results of caged clam study

**ASSUMPTIONS**
UOM will be responsible for and provide the following:

1) Clams in a non-spawning condition, disease-free, and uniform size.
2) Predator mesh, lines, weights and anchors, vessel support, diver support, and tissue chemistry analyses.
3) PVC frames to hold the bagged clams during deployment.
4) Moorings, necessary support staff, and vessels ready on schedule.
5) GPS and transponders to locate the stations and cages in the deployment and retrieval.
6) Five staff members or graduate students to pre-sort clams at the beginning of the test, to assist with clam measurements and placement in bags, to assist with attaching clams to cages and predator mesh to cages, and to assist with end-of-test measurements.
7) 36 chemically clean (250 to 500 mL) sampling jars to hold clam tissues for chemical analysis (size will depend on selected species and size range of test animals).
8) Vessel transportation to and from the mooring sites.
9) A contract with Battelle to analyze the clam tissues for chemicals of concern as well as potential supplementary tracers of effluent plume.
10) Additional costs associated with litigation, meetings, or conference calls will be covered by extension of this contract or a new contract for that work.

**COST SUMMARY - Billable rate = $75/hour**

| | |
|---|---:|
| Plan & Design Study; Prepare Work Plan (80 hrs) | $6,000 |
| Measure, deploy, and retrieve clams (150 hrs) | $11,250 |
| Analyze data and prepare final report (190 hrs) | $14,250 |
| Materials (most will be provided by UOM) | $500 |
| Travel & Per Diem | $3,500 |
| **TOTAL** | **$35,500** |

5

A00279



# UNIVERSITY OF MARYLAND

COLLEGE OF AGRICULTURE AND NATURAL RESOURCES ♦ AGRICULTURAL EXPERIMENT STATION
WYE RESEARCH AND EDUCATION CENTER

March 22, 2000

Skip:

For your information, I have enclosed some of our sediment contaminants data from the 1999 summer sampling (maps and tables). This should be considered preliminary at this point until all QA/QC documentation has been reviewed but I thought you might be interested in an update. The total PAH data shows highest concentrations down river from the refinery with the highest concentration below the C and D canal (a major shipping canal). All the total PAH concentrations are below the ER-M ~44,000 ng/g) but some of the sites exceed the ER-L (~4,000 ng/g). The SEM/AVS ratios are fairly low at most of the sites which suggests that the SEM metals (Cd, Cu, Pb, Ni, Zn and Hg) are not bioavailable. All the bulk metals values were below ER-M values but various measurements exceeded ER-L values. Total PCBs at the upriver site (DR-8) exceeded the TEL and ERL but concentrations were blow thresholds at the other sites. Various pesticides concentrations (DDT, DDE, Dieldrin, etc.) exceeded conservative thresholds at various stations. Station DR-8 had the highest total pesticide concentrations. TOC ranged from ~1 to 4%. We will need to normalize PAH values for TOC for valid comparisons. Nutrient values showed highest concentrations of nitrite at DR-10, highest concentrations of ammonia at DR-1 and highest concentrations of sulfide at DR-1.

We are working on the scope of work and will keep you posted.

Lenwood

PS

We will calculate loading rate for PAHs at outfall 001, outfall 601 and the intake canal from March 1999 to the present.



# UNIVERSITY OF MARYLAND

COLLEGE OF AGRICULTURE AND NATURAL RESOURCES   ◆   AGRICULTURAL EXPERIMENT STATION
WYE RESEARCH AND EDUCATION CENTER

April 6, 2000

Skip:

Enclosed is a summary of the PAH effluent water column data showing both total PAH concentrations and loadings for outfalls 001, 601 and the intake canal (CWIN). Oil and Grease violations are shown on the table. Per your request, I have also enclosed the SQUIRT table from NOAA that shows the various sediment guidelines for metals and organics developed by Long, Morgan, Swartz among others. I also included a recent paper by Rick Swartz on PAH sediment guidelines which we will use for data interpretation.

Please send the sediment trap protocols. Good luck with your paper in New Zealand.

Lenwood

A00281

410-23 1-6206



**Robert J. Livingston, Ph. D.**
**4823 Bradfordville Road**
**Tallahassee, Florida 32308**
**(904) 893-1453**
**(904) 644-1466**

8 June 2000

Mr. Lenwood Hall
P. O. Box 160
Queenstown, Maryland
21658

Dear Lenwood:

Enclosed is my review of your Scope of Work. Things look good and I'm sure the remaining issues can be resolved to everyone's satisfaction.

Cordially,

Robert J. Livingston, Ph. D.

# REVIEW OF MOTIVA SCOPE OF WORK
# FOR DELAWARE CITY REFINERY:
# UNIVERSITY OF MARYLAND (HALL AND BURTON)

By
Robert J. Livingston, Ph. D.
June 2000

## I. Study Objectives (p. 8)

The tasks listed on p. 8 of the Scope of Work (SOW) adequately address the terms of the Settlement Agreement (SA). The study would also determine the impact of the refinery's non-complying pollutant discharge since March 1993. This should be one of the study objectives.

## II. Chemical Characterizations of Motiva's Effluent

## III. Fate and Transport Studies

According to the SA,

### Sampling Site Selection. (SA)

During the spring/summer of 2000, approximately 30 to 50 sites will be sampled in the midfield area off the refinery for total PAHs, grain size, and TOC. In addition to a review of the PAH analyses of the preliminary ten-station analysis conducted during the summer of 1999, these data will be used in the site selection process for final sample sites in the area. Site selection will be conducted after the dye study is completed (see paragraph c below), and will be evaluated in conjunction with the results of the chemical characterization of the refinery's effluent. Plaintiffs' expert, Dr. Livingston, will be involved in the selection of appropriate sites for triad sampling.

A00283

## Reference sites. (SA)

Defendant will conduct additional sampling to determine if a reference site in tidal creeks above the refinery is suitable. At present, sampling stations DR-10 and DR-6 appear to be potentially promising sites based on selected chemical analysis from 1999. Habitat stratification will be carried out in these areas to adjust the final placement of the reference area, after which reference station locations will be determined for a comparison with the potential impact areas. Reference stations should approximate the range of habitats encompassed by the impact site stations. Dr. Livingston, will be involved in the selection of appropriate reference sites.

Defendant will conduct the following studies: (1) a dye study to verify the near-field plume model; (2) a sedimentation study (via sediment traps) in the near-field and mid-field receiving area, with total PAH measurement of sediment collected from the traps; and (3) an estimate of dissolved, particulate, and colloidal (three-phase) PAHs on selected water samples from the near- and mid-field areas. Protocols for the sediment trap analyses (number (2) above) will be developed by the various investigators involved in the study, in consultation with Dr. Livingston. With regard to study number (3) above, ultra filtration will be carried out in conjunction with total PAH analyses. Dr. Livingston will provide a protocol for the three-phase analysis.

According to the SOW (pp. 10-16), the near-field and far-field models were used to locate the initial sampling sites. A mass balance chemical fate and sediment flux transport model will not be carried out. The dye study will be used to aid in evaluating the spatial extent of Motiva effluent in the Delaware system. Plume dilution and hydrodynamic models will be used to predict the transport of the dissolved phase PAHs. A sediment transport model will be coupled to the hydrodynamic model to estimate areas of deposition for particulate-sorbed PAHs. Grain-size distribution, PAH fingerprinting, and TOC distribution in the sediments will be used in determination of the final sampling stations for the Triad studies and the long-core work. Colloidal phase PAHs will also be part of this program.

A00284

RMA-2 is a vertically averaged 2-dimensional model that will be used to evaluate the plume characteristics. Our experience with such a model in our area indicates certain problems in salinity-stratified areas. How will salinity affect the results of this part of the study? How will the model be field-verified with the dye-tracer tests (p15)? It would be useful if we could be provided information concerning how the models were used to determine the initial study sites.

The RMA-2/SED2D models will be used to simulate initial transport and settling of particles as an estimate of likely initial deposition sites. While not defining the resuspension of particles, the model will simulate the initial settling of particulates associated with the refinery discharge. The model will not simulate accumulated sedimentary distribution through time. The settling rates are to be taken from the literature (what literature? please provide key paper [s]) and from settling rates determined at 6 stations in the Delaware system. Side-scan sonar images will be used to characterize bed sediment composition and bed morphology. About 20 grab samples of surficial sediments will be taken for grain-size and TOC analysis.

The field-sampling program will be carried out at 6 stations using 20-l water samples for analysis of the dissolved, particulate and colloidal phase PAHs. The sediment trap analysis will be used to determine short-term sedimentation rates of PAH-sorbed particles. However, protocols for this work have yet to be determined. The additional mid-field sediment samples (30-50 sites to be analyzed for PAHs) will be used to fill the sample station gap. The transport and deposition studies will be used for selecting the sampling sites. The PAH data will be fingerprinted to disassociate Motiva and non-Motiva sources. These data, together with the sediment analyses for sand/silt/clay fractions will be used to select the final stations to be sampled in 2001 and 2002. Upstream tidal creek areas will also be sampled for determination of appropriate reference sites. The overall data based will be used to verify the fate and transport models.

Subject to the questions and comments above, the procedures for the study appear to be appropriate and adequate to fulfill the project objectives for this part of the study. The possible effects of time-based differences between PAH loading from the refinery and sediment sampling for PAH fingerprinting should be accounted for as part of the analysis. The sediment trap work

A00285

should be carried out in such a way that this latter time sequence can be explained. It is still too early to determine the exact number of additional stations that will be used for the study. Station locations for the Triad work continues to be a major concern for this project. I would like to have a joint field trip this coming summer so that we can all get a feel for the study area. Any preliminary or finished modeling data should be reviewed before the joint field trip.

# IV. Triad Sampling

According to the SA:

## Consistency of Metals Analysis.

Concurrent with PAH analysis, defendant will analyze effluent samples for a suite of metals. All associated chemical characterizations, including field sediment monitoring, organisms taken in the caged experimental (bioassay) work, and long-core determinations, will cover the same list of PAHs and metals.  Defendant will use best efforts to measure metals in the sediment toxicity (bioassay) tests. If the metals are not tested in the sediment toxicity organisms, and if there is a toxic response, Defendant will not attribute the response to metals.

## Replicate Chemistry Measurements.

All five replicates will be analyzed for PAHs and metals at appropriate sites.  Other contaminants, such as pesticides and PCBs, will be analyzed as appropriate based on data collected during 1999.

## Sediment Toxicity Tests.

Defendant will consider replacement of the sediment toxicity test species *Streblospio* with another species, as well as the need for bioassay organisms of different trophic levels

A00286

and in both the sedimentary and pelagic environments. Defendant will confer with Dr. Livingston on these issues before study decisions are made.

<u>Tissue Analyses.</u>

Defendant will carry out tissue analyses for PAHs to determine the effective concentrations leading to potential adverse biological effects in its sediment toxicity test species. Dr. Livingston will provide Defendant with appropriate protocols. If a question arises concerning the feasibility of such analyses, the parties' experts will confer and attempt to resolve that issue.

According to the SOW (pp. 24-34), data taken for the full suite of sediment chemistry will be carried out on 5 replicates per station (as agreed). This operation will be carried out in conjunction with the sediment toxicity tests and the sediment community analyses. Sediment chemistry analyses appear to be in order.

The toxicity tests will use appropriate species and are adequate for the requirements of the SA. If there is a significant level of toxicity found in the tests, it is not clear what kind of analysis will be carried out with the chemistry data to determine potential causation. This is also complicated by the problems (see below) with tissue analysis for metals and PAHs.

The benthic community analysis appears to be in order. I would appreciate receiving any papers and/or lists that explain how pollution-sensitive species have been determined and what the criteria will be for such considerations relative to the usual community indicators. I would also appreciate getting some information regarding how the benthic community indices mentioned at the bottom of p. 30 will be determined, and I need an outline of the criteria on which such indices are based. The use of indices is often characterized by inconstancies in the scientific literature on this subject. The comments on p. 31 regarding these indices are not complete enough for me to understand how they work. I am also interested in getting more detailed information on how the survivorship indices will be calculated and used.

A00287

Overall, the analysis of the Triad data appears to be adequate for the task. I would appreciate getting a copy of Chapman (1996) so that I can better understand how the analysis is to be carried out. I do not understand how the chemistry data are to be applied to the toxicity test results and the community data.

The description of the tissue testing for PAHs and metals (pp. 41-45) has been reviewed at length in previous discussions. The proposed method for this part of the analysis, as outlined by Dr. Jay Means, is given at the end of this review. Objections raised against this analysis have to do with 1/ conflicting protocols for the chemical analysis of the tissues and the methods of analysis of the test species and 2/ the lack of enough tissue to carry out a relatively rigorous chemical analysis. The rationale for not doing such tests is that the methods used would conflict with protocols established by NOAA and EPA that are based on round-robin tests and other quality assurance programs. The use of low tissue weights would yield detection limits of around 200 ng/g (dry weight) per individual according to the SOW. Battelle (the consultant in charge of such tests for this project) claims to need 20 g wet weight for tissue contaminant analysis. The weight of the amphipods will not be sufficient for either the NOAA NS&T/EPA EMAP PAH analysis or the Means analyses according to the SOW. Consequently, the tissue analyses for metals and PAHs remain a matter of contention.

I would support the use outside guidance as suggested in P. 45 of the SOW. I would like to be included in any correspondence/discussions of this issue with the people identified as outside consultants. This is an important issue and should be decided by analytical chemists who can be objective as third parties to the discussion. Without tissue analyses of the experimental subjects, we would be more dependent on the cage studies for such information. To this end, we need to make sure that the caging studies are carried out in the most complete way that is possible so that the bioavailability issue can be resolved (see below).

A00288

# V. Fingerprinting of Motiva PAHs

According to the SA:

## PAH Fingerprinting.

Fingerprinting of PAHs from refinery effluent will be compared to PAHs in the sediments.

The SOW (pp. 34-37) describes the application of the fingerprinting process with bioavailability of the PAHs through application of the caged bivalve information. I would appreciate any information concerning the decalins described on p. 35. The fingerprinting data should be an important part of the overall analyses. The use of PCA in this analysis is an interesting approach to the statistical analysis of this complex data set. The description of this process should include a definition of how variables such as the loading analyses of PAHs and the concentration data of PAHs in the refinery effluent will be handled.

# VI. Caged Bivalve Studies and Bioavailability

According to the SA:

## Bioavailability.

Defendant will conduct caged bivalve studies at selected sample sites in the study area, with concurrent PAH, metals, and PCB analyses. This study will be conducted after the field site selection process has been completed, and station arrays for the bivalve studies will be based on the results of the various studies associated with site selection. Dr. Mike Salazar will be involved in this process.

This part of the study (SOW pp. 37-41) will be extremely important as it is the primary data that addresses the question of bioavailability and its relationship to refinery effluents. I would

A00289

have to question the choice of the eastern oyster since the relatively low salinities in the area of potential impact would place considerable stress on these organisms. Oysters of the species *Crassostrea virginica*, are stressed by low salinity and respond to such stress by closing their valves. This does not enhance concentration of PAHs and may interfere with realistic results concerning how representative the caged bivalve studies will be concerning bioconcentration of PAHs in the refinery effluent. The large database for oysters (i.e., Mussel Watch Program) represents an advantage for using oysters but I don't think this advantage offsets the problems associated with stress-related effects on oysters. Low-salinity species such as *Rangia cuneata*, or its equivalent in the Delaware system, should also be considered as subjects for this part of the project. Also, what does "time-integrated" (p 37) mean? Is this a euphemism for "averaged?"

The down-side of doing such studies during periods exclusive of spawning means possible loss of data concerning when such organisms are most susceptible to 1/ bioconcentration of lipid-seeking PAHs 2/ impacts on the most important and susceptible stages of this organism by pollutants such as PAHs. This study should be carried out in the spring <u>and</u> the summer. The choice of numbers and positions of the sampling sites will be of paramount importance for such studies. Salinity should also be measured in addition to temperature as salinity (or rather salinity changes in time) is of considerable importance to sessile organisms in the upper estuary. If there are any papers on the approach taken here, I would appreciate receiving them.

Because of the problems associated with tissue analyses for metals and PAHs, it is very important that the caged bivalve studies be carried out in a definitive fashion.

A00289a

# VII. Additional Toxicity Tests and Long Core Analyses

The effects testing of pelagic species is adequate for the purpose of the study.

According to the SA:

### Long Cores.

**The long-coring work proposed by Skidaway will be conducted after the final sample selection site process has been completed. Metals will be analyzed on core samples concurrently with PAH analysis at appropriate sites. Dr. Livingston will be involved in the site selection for long cores. The Skidaway operation will be coordinated with the preliminary field operations in the establishment of the likely zones of impact and depositional areas.**

The SOW addresses this issue on pp. 45-46. The basis for this analysis will be projections from chemistry models that have been designed to predict concentrations that are of ecological significance (as described in Section 3.10 of the SOW). This area of research needs to be discussed, again with possible guidance from outside consultants, with particular concern to the issue of which criteria are to be used for final determinations. The criteria concerning toxic impacts vary from one source to another. In addition to total PAH criteria, the relative toxicity of the specific PAHs and metals in question should be part of any consideration of impact. It is not clear how the question of overall toxicity relative to the possible additive effects is addressed. Also, it is not clear how differences in the individual qualitative components of the total PAHs are to be addressed.

The long-core work will address past exceedances and ~~should be carried~~ out in depositional areas. This issue snould be part of the discussions relative to the joint field trip this summer and thererore should be estimated using the model output and current sediment analyses. Since the first set of long-cores is to be taken in fall 2000, these issues will have to be resolved this summer.

A00290

# VIII. Program Management, Integration and Analysis

According to the SA:

## Written Program Management Plan.

Defendant will develop a written program management plan to demonstrate how all components of the studies will be conducted, scheduled, and integrated to answer the original research questions. The written plan will include proposed statistical analyses and analytical tools to be used in the integration of the various project components. At a minimum, the program management plan will include definition of the chemical aspects of the effluent; the appropriate determination of fate and transport questions relating to establishment of appropriate sampling plans in space and time; the use of caged animals for chronic as well as acute bioassay approaches; the coordinated chemical analyses of the various aspects of the study related to bioavailability and fate and effects; the predetermined coordination of these efforts to define the long-core effort; and the overall determination of the statistical analysis of data collected during the project. The written plan will be developed no later than May 1, 2000.

## Tiered Approach.

**A tiered approach will be used, and stations and/or chemical tests may be dropped if it does not materially affect the outcome of the project. The parties will confer and attempt to agree on any such reductions.**

The overall management organization according to the SOW is given on pp. 46-55. L. W. Hall and D. T. Burton will be responsible for overall direction and management of the program. The various groups associated with the study are listed on p. 55 of the SOW. In general, the various participants in this project are well qualified. The primary concern remains in the integration of disparate information taken in various disciplines over differing time periods.

A00290a

10

## A. Final Integration and Analysis-Program Management

The questions listed in the SOW are appropriate. The use of "weight of evidence" approach is a satisfactory approach. In practice, "weight of evidence" depends to a considerable degree on how the various data components are prioritized. This prioritization will develop as data sets are completed. However, statistics aside, there should be more qualification of this approach with possible attention to how the various elements of the study are to be weighted with respect to their relative importance in answering the research questions.

Overall, the final integration of the program in the SOW is laudable, and the overall program, if carried out as planned, represents a relatively complete analysis of the research questions. The issue will ultimately rest on interpretation and application of the results as part of the "weight of evidence" approach.

## B.    Ecological Significance of Sediment Contaminants

The use of the various "benchmarks" are valuable as a guideline only, and the final determinations based on the Triad data and other parts of the project should take precedence over generalized criteria that are based on other studies. This project represents a relatively extensive field effort. The field data and the experimental results as they apply to the questions of this project should be the primary focus of the final analyses. Statistical determinations of the relationship of the results of the toxicity tests and field community indices with PAH distributions (and the relationship of such distributions to refinery PAH loading) are the primary data on which issues of impact are to be decided. The relationship of such results in PAH-contaminated areas with results from reference areas is important in the final interpretation of potential impact.

## C. Contaminant Patterns in Surficial Sediments

The overall approach here is very good.

A00291

### D. Sediment Toxicity Patterns

This part of the analysis appears well ordered and appropriate for the answers to the research questions.

### E.  Impacts on Benthic Biological Communities

This part of the analysis appears well ordered and appropriate for the determination of answers to the research questions.

### F.  Patterns of Impacts on Benthic Biological Communities Relative to Contaminant Patterns

This part of the analysis appears well ordered and appropriate for the determination of answers to the research questions.

### G. Relationships between Predicted and Observed Biological Impacts

The weight of the evidence should be with the actual data analyses regardless of the statistical relationships between the "predicted" and observed impacts. If there is no statistical relationship between these impact assessments, the "predicted" effects should be re-evaluated. The field and experimental data should take precedence over theoretical or modeled effects taken from other systems. The proviso of added evidence should there be no significance relationships is too vague and is not pertinent to the question of impact in this area. Of all the assessments being made in this study, this relegation of importance to theoretical determinations relative to actual field and lab results is not warranted. This issue needs to be resolved. I do not agree with section 3.10.5.2.

A00291a

### H.  Comparisons of Biological Effects to Contaminant Patterns

This is an important part of the analysis. The overall approach to this analysis appears satisfactory although we should discuss this in more detail.

### I. Historical Contaminants

The evaluation of the historical contaminants should be weighted relative to the results of the Triad analyses. The determination of impacts of past exceedances should be evaluated within the detailed effects of the field and lab analyses established in this study rather than similar comparisons with theoretical criteria established in other areas.

# IX. Schedules of Tasks and Deliverables

According to the SA:

### Sampling Duration.

**Defendant will conduct triad sampling (sediment toxicity tests, benthic community assessments, and chemical characterizations during the spring and summer of 2001 and 2002, after the site selection process has been completed.**

The SOW addresses the timing of the project on pp. 56-57 and Table 2. There should be a category for final station selection. Also, the caged bivalve study should be done in the summer as well as the spring.

### OVERALL ASSESSMENT

Overall, the study program has been well developed with enough integration and analysis of the data to answer the research questions. Some issues remain (e.g., tissue analyses) unresolved as well as some of the interpretative aspects (e.g., relative importance and use of theoretical criteria) of the study. These issues should be resolved.

A00291b

13

# METHOD OF TISSUE ANALYSIS FOR
# SEMI-VOLATILE AROMATIC HYDROCARBONS

Samples are necropsied and immediately stored at -200C when received. Samples for semi-volatile analysis are prepared for extraction within 14days after receipt. The extraction method employed for semi-volatiles is a matrix solid phase dispersion (MSPD) method which combines the tissue extraction and clean-up steps into one procedure thus minimizing losses of semi-volatiles due to volatilization, adsorption and transfers (Barker et. al, 1993). This method has been used extensively by our lab with excellent results for a series of hydrocarbons, pesticides and herbicides. We have recently adapted this method to encompass the analysis of a number of petrogenic alkylated PAHs, which increases the information developed in each data set. One-half to one gram of frozen tissue, excluding bone or shell, is weighed into a clean, solvent rinsed glass mortar. Two grams of pre-cleaned C-18 reverse phase silica support is added and the tissue macerated thoroughly into the C-18.

A surrogate standard, the EPA-deuterated internal standard, is added at this time. After mixing well, the homogenized tissue/C-18 mixture is transferred, using a stainless steel spatula, to a 10-ml plastic syringe body containing two1.5 cm Whatman filter papers to retain the mixture. After transfer of the mixture two Whatman filter papers are placed on top of the sample and the mixture is compressed into a continuous bed in the syringe barrel using the syringe plunger. Approximately 8 ml of (1:1, v/v) acetonitrile/dichloromethane is allowed to soak into the sample for 30min. A small sample vial is used to collect the effluent from the column. The remaining liquid is forced through the sample under positive pressure and then the contents of the vial are placed under a stream of nitrogen to reduce the final volume to 200 ul. The final GC/MS analyses are carried out using methods developed and applied in our laboratories in several investigations (Means, 1998). Instrumental Analysis: The GC is a Hewlett-Packard (HP) 5890 with the capillary column directly interfaced to a HP 5970B Mass Selective Detector (MSD). The GC is temperature programmed from 500 to 3000C using a series of linear temperature ramps to optimally separate the analytes. The mass spectrometer is tuned prior to calibration analyses and after 16 hours using Perfluorotributylamine (PFTBA), and manually fined-tuned to achieve 50-75% abundance of ion 219 and at least 3% abundance of ion502.

A00292

The standards utilized in our analyses include alkylated PAH that have been extensively studied in our laboratory in relation to petroleum pollution in the environment. The calibration standard, containing all alkylated PAH, parent PAH compounds (Ultra Scientific #106), and deuterated surrogate standards (Ultra Scientific #108) is prepared at 0.5 ppm by dilution with 50:50 DCM/hexane and is analyzed with 2-fluorobiphenyl as an internal standard. The analysis includes screening ions for estimating totals of C3 and C4-naphthalenes (m/z 184 and 169), C2-dibenzothiophenes (m/z 212 and 211), and C3-phenanthrenes (m/z 200 and 205) in the retention window or windows necessary as determined by the scanning-mode analysis of a reference South Louisiana Crude Oil (U.S. EPA-API). Reference oils are analyzed periodically, especially after changing columns or any column conditions, to verify that the retention time windows were correct.

Additional information concerning the methods used are detailed in the references supplied. All raw data related to each sample and all quality assurance samples are provided in paper format and, to the degree possible, in electronic format (primarily Excel spreadsheets). The analytical data from the analyses of fish, invertebrate and mussel tissues along with data on blanks, matrix spikes, duplicates, standards, tuning files, surrogate recoveries and calibrations along with chain-of-custody forms, sample logs and sample notes are reported. Quality Assurance/ Quality Control: All relevant quality control and quality assurance data as required by the US Environmental Protection Agency (USEPA, 1994) are provided to the degree those requirements relate to the methods applied in this work. These data will include: reagent (method) blanks, duplicates and matrix-spiked samples are processed with each group of samples to monitor laboratory technique and extraction efficiency. Matrix spikes consist of duplicate samples to which ~30ng/g for tissues of the quantitative calibration standard, containing the deuterated surrogates mixture, is added. Matrix spike recoveries are calculated for each analyte and surrogate recoveries are calculated for each sample. Surrogate internal standard retention times and areas are reported with each sample. The mass spectrometer is tuned daily with PFTBA prior to each run of samples, and calibration standards are run with each set of samples at the beginning (initial) and end (continuing) of each analysis series.

A00293