An instrument log of the analyses is maintained for all samples analyzed. Chain-of-custody forms are maintained for all samples. A written record of problems encountered in the analyses is also maintained.

## REFERENCES

Barker, S.A., Long, A.R. And Hines, M.E., 1993. The Disruption and Fractionation of Biological Materials by Matrix Solid Phase Dispersion. J. Chromatog., 629:23-34.

Means, J.C. 1998. Compound-specific Gas Chromatographic/Mass Spectrometric analysis of alkylated parent polycyclic aromatic hydrocarbons in water, sediments and aquatic organisms. J. Assoc. Off. Analyt. Chem. 81: 657-672.

United States Environmental Protection Agency (USEPA). 1994. USEPA Contract Laboratory Program National Functional Guidelines for Organic Data Review. Office of Solid Waste and Emergency Response, USEPA Publc.9240.1-05 EPA540/R-94/012, PB94-963501.

A00294



# UNIVERSITY OF MARYLAND

COLLEGE OF AGRICULTURE AND NATURAL RESOURCES ♦ AGRICULTURAL EXPERIMENT STATION
WYE RESEARCH AND EDUCATION CENTER

August 16, 2000

Skip:

Enclosed is the following information that will be used for the selection of mid-field/near field sampling sites in the Delaware River.

**1. A map of total PAH concentrations by site for the 10 sites sampled in 1999.** The ER-L value for total PAHs is 4,022 ng/g. Note that all downstream sites (except DR-6) exceed the ER-L.

**2. A table showing mean % grain size by site for the 10 sites along with the corresponding total PAH concentrations.** A key finding is that sandy sediment can still contain total PAHs above the ER-L ( see station DR2).

**3. Draft summary table of the 1999 results.** The downstream site DR-6 and the upstream sites DR-9 and DR-10 are outside of Motiva's effluent influence (see dye study results below) and appear to be good reference sites based on the triad results.

**4. Dye study maps from 4 tidal cycles (maximum ebb, low slack, maximum flood and high slack) at 1 foot depth.** Maps for the 2 and/or 3 foot depths at the 4 tidal cycles cover less spatial scale and were not included. Our transects will focus on near-shore areas of low dilution (20:1 or less) approximately 2.5 miles above and below the effluent canal near shore on the Delaware side of the river. The mudflat area below the effluent canal will be intensively sampled. We will also sample the same spatial extent offshore (~ 2.5 miles above and below the effluent canal) with sites on the other side of the channel, including a few sites on the other side of Pea Patch Island. We are currently in the process of establishing transects with candidate coordinates. Water depth will be a critical issue for the nearshore sampling that will require sampling during high tide.

Call (410-827-8056) or e-mail if you have questions. See you on the 21st.

Lenwood



STATE OF DELAWARE
DEPARTMENT OF NATURAL RESOURCES
& ENVIRONMENTAL CONTROL
DIVISION OF FISH AND WILDLIFE
89 KINGS HIGHWAY
DOVER, DELAWARE 19901

OFFICE OF THE
DIRECTOR

September 13, 2000

Dennis T. Burton, Ph.D.
University of Maryland
College of Agriculture and Natural Resources
Agricultural Experiment Station
POB 169
Queenstown, MD 21658

Dear Dr. Burton:

After consultation with my staff, we are much concerned about the introduction of any disease organisms in Rangia into Delaware.

The disease characterization of the Louisiana stock of Rangia indicates the presence of "Dermo" disease. Permitting this transfer to Delaware waters would be inconsistent with our long-term requirement that a "disease-free" certification be obtained. This is the standard we've previously applied to the College of Marine Studies, University of Delaware, and others.

According to Fred Kern it is not known whether this is same type of "Dermo" which infects oysters. It would be inadvisable to chance introducing new, possibly virulent forms of the parasite.

We recommend one of two approaches. The first is to follow ICES guidelines for introductions which would involve holding the Louisiana Rangia in quarantine, spawning them and placing disease-free $F_2$ Rangia in situ next summer. This could be done at Horn Point Lab or elsewhere. The second is to work with Delaware Bay Rangia by characterizing their background PAH's and using sufficient numbers to statistically estimate temporal and spatial changes in PAH's near the Motiva Refinery.

In summary, out position is to not permit the transfer of $F_1$ Louisiana Rangia and recommend the $F_2$ Rangia or local Rangia be used. In the latter case we would issue you a collecting permit. If you have any questions, please contact me at your convenience.

Regards,

Charles A. Lesser
Fisheries Administrator

c: Rick Cole

A00296

*Delaware's good nature depends on you!*

29 September 2000

Mr. Lenwood Hall
University of Maryland,
Wye Research and Education Center,
P. O. Box 169, Queenstown, MD
21658

Dear Lenwood:

This letter is based on the field trip to the study site in August 2000 and a series of review sessions with you during the Delaware River site visit.

## Ia. Sampling Site Selection

You originally presented a proposed list of about 40-50 sampling sites based on data taken over the past year. The data taken included 1) dye studies, 2) PAH analyses of refinery effluent, and 3) sediment analyses on 10 stations for PAHs, PCBs, metals and pesticides. The data taken were analyzed using preliminary sediment toxicity data (survival and growth of *L. plumulosus* and *S. benedicti*), benthic community condition, and AVS/ER-L determinations of the metals, PAHs, pesticides, and PCB's.

The dye studies indicated that tides had a major effect on the distribution of the refinery effluents. On low slack tide, the distribution of dye was mainly south of the discharge canal to the C&D Canal. During maximum ebb tide, the effluents stayed close to the shoreline bayward of the dye injection point in the refinery discharge canal. Effluent distributions tended to go south, reaching maximum distributions in the area between the C&D Canal and Reedy Island. There appeared to be a convergence near station DR-5. On maximum flood tide, the dye was located mainly within Pea Patch Island and the mainland north of the discharge canal. Slack high tide distribution of the dye was also north of the discharge canal in an area inside Pea Patch Island. Overall, the dye studies indicated that there is an overall southward trend of the dye from the discharge canal, with most of the dye remaining relatively close to shore with Pea Patch Island and Reedy Island as the boundaries for said distribution.

A00297

You presented me with a map of stations that were highly concentrated on the inshore areas south of just north of the effluent canal. There were relatively few stations offshore to Pea Patch Island and Reedy Island. In addition, there were relatively few stations between DR-5 and DR-6, which is an important area where there is a steep gradient of the PAHs. After some discussion, we agreed to develop a more equitable distribution of stations with respect to areas within the limits of the dye study, both with respect to the mud flats going to the respective islands and to the area between stations DR-5 and DR-6. You promised to send me a completed map of the final stations that were sampled during the August 2000 run.

The sediment PCB data indicated that this group of contaminants had a relatively low representation at most of the sampling sites. The PAHs, however, were relatively high at many of the sites with a pattern that indicated the source as the effluent discharge canal. Peak concentrations were at stations DR3 and DR5; such concentrations were relatively high. There were also high concentrations at stations DR1, DR2, and DR4 with transition areas appearing at stations DR7 and DR8. The area around DR9 appeared to be a good candidate as a reference area. The area between stations DR5 and DR6 was not well defined so that the suitability for this region as a reference area was not as well differentiated as the northern site. It was significant that station DR2 was characterized by 70% sand; this indicated that the area below the effluent canal had a relatively high loading rate of PAHs and that such PAHs were biologically available in this general area. This could be associated with the PAH loading data which indicated that there have been continuing exceedances of the PAH standards during the period from March 1999 through January 2000 (the months 10/00, 11/00 and 12/00 apparently were mislabeled and should have been 1999). High PAH loading occurred during March 1999, June 1999, September 1999, November 1999, and January 2000. This development will complicate an interpretation of data taken in the study area only during the summers of 1999 and 2000. How do we interpret such evaluations when there has been almost continuous high loading of PAHs during the study period? I do not have the speciated PAH data yet and but there could be problems with the fingerprinting effort which relies on annual sampling for a pollutant that is being loaded in high concentrations every 2-3 months. We will have to wait and see how the fingerprinting goes, but I believe that a decisive interpretation of the connection between what is being loaded from the refinery and what is found in sediments and animals in the river will be difficult.

A00298

There is a further complication. The sediment metals data indicated relatively high Hg concentrations that, with only 2 exceptions (stations DR6 and DR9) exceed the "Effects Range-Low" levels as defined by Long et al. (1995). The Hg data show a pattern similar to that of the PAH sediment burdens. I ran a series of regressions with the various parts of the preliminary database. With PAH as the dependent variable, there was no significant connection with metals ERL and SEM/AVS indices, PCBs, the benthic community condition index, Zn Cd, As, DDE, dieldrin, NH3, and sand content. There was a significant ($p = 0.05$) association between the PAHs and Hg with a relatively high $R^2$ value (0.587). With Hg as the dependent variable, there was a significant association with the metals ERL and SEM/AVS indices and with the PAHs as noted. The co-variance of potentially toxic Hg concentrations with the PAHs presents a problem. I have not gotten the metals loading data from the refinery effluent as yet but, based on the distributions of PAHs and Hg, it is likely that the distributions of these components in the sediments are associated with refinery effluent loading.

The sediment concentrations of Hg (0.28-0.531 $\mu gg^{-1}$) are within ranges of concern with regard to potential biological effects. Adverse impacts of mercury can be found at sediment concentrations as low as 0.15 ppm (Morgan, 1998). According to the Florida Department of Environmental Regulation, the threshold effects level is 0.13 ppm Hg in sediments with the probable effects level at 0.696 ppm. The Ontario Provincial Government considers 0.2 ppm as the Lowest Effect Level and 2 ppm as the Severe Effect Level. The Great Lakes Project (U. S. Environmental Protection Agency) considers anything > 1 ppm to be of concern. From this it appears that low ranges of concern range from 0.13 ppm to 0.5 ppm. Since there is still no resolution of the problem concerning the determination of metals in the bioassay organisms (as discussed below), it is possible that Hg could contribute to a toxic effect without being defined as part of the toxicant burden of the bioassay organisms. In such a situation, we would have to assume that PAHs are the problem if they are present in high enough concentrations; however, this could present a problem of interpretation farther down the road.

A00299

Your email to me concerning this issue was as follows:

> "Potential Mercury issue in the Delaware - Background mercury data in sediment collected by NOAA in the Delaware River will be reviewed to search for spatial trends. I will also check all dischargers in the area that are permitted for mercury. Motiva is not permitted for mercury. I will also take a look at the mercury loading from Motiva's 001 discharge. PAH and metals data from Motiva's discharge - Concentration and loadings data for both PAHs and metals will be updated and sent to you within a few weeks."

That sounds fine with me, but the complication of interpretation without tissue samples of metals and PAHs in the experimental animals needs further development.

## Ib. Sampling Duration

Based on the above observations concerning the continuing exceedances of PAH loading from the refinery, the use of spring and summer sampling (2001, 2002) is minimal and continues to present problems of interpretation of effects during other times of the year when PAH loading is high. Is it possible to add some sampling during or just after exceedances or to increase the regular sampling?

## Ic. Fate and Transport

The fate and transport effort is probably the most difficult part of the study. The dye study was successfully performed. I don't, however, understand how the original models for the study were used in establishing the station distributions. We still have not developed the protocols for the sediment trap analyses and, although this part of the analysis is still under consideration, we need to resolve this issue which becomes even more important in light of the above discussion. However, as indicated below, you will attempt to carry out some form of sediment trap analysis. The same issue remains concerning the colloidal PAH analyses, which will be made using a few samples and a literature analysis (see below).

According to your email on this subject,

> "Sediment trap studies - As stated in detail in our scope of work, we believe that the data collected from sediment traps in shallow water areas of the Delaware river will contain a high degree of uncertainty because short term sedimentation rates will likely overestimate the movement of PAH-sorbed particles to the river floor and the sediment collected in the traps will contain resuspended unconsolidated bottom sediment. Every expert in this area that we have talked with agrees with the above statement. Despite our reservations and to adhere to the court order, we will conduct the sediment trap study for 2 to 3 weeks at ~ 6 sites in the near-field and mid-field area of the effluent canal. Dissolved, Particulate and Colloidal Phase Analysis - These experiments will be conducted as described in our scope of work. I will also add a literature review component to address the colloidal phase importance to PAH transport and fate."

I do not completely understand how there can be such unanimity among experts concerning the problems of sediment trap analyses in the river. In any event, all we can now is try to get some meaningful data from this part of the project.

## Id. Bioavailability

The caged bivalve study will be carried out with the clam *Rangia cuneata* with metals, PAHs, and PCBs, which is appropriate since this species is far better than the original subject, the oyster *Crassostrea virginica*. This remains as the only part of the study to address bioavailability (see below). Therefore, this part of the study is very important to the overall interpretation of final results.

## Ie. Replicate Chemistry Measurements

All five replicates will analyzed.

## If. Reference Sites

As soon as we get results from the August 2000 run, we should be able to establish a reasonable set of reference sites.

A00301

According to your email on the subject,

> "The PAH, grain size and TOC data from the 49 sites we sampled on August 21-23 should be available in 3 to 4 four weeks. I will compile these data on a map or series of maps (and send them to you ASAP) so we can make final decisions on the sample sites. Clark will have his results within the same time frame so the long term coring sites can be selected".

Lenwood, this sounds fine and I look forward to working with you on the final establishment of the reference sites.

## Ig. Sediment Toxicity Tests

*Streblospio* will be replaced by *Hialella* for this part of the program which is an improvement. This part of the program is on target so far.

## Ih. Tissue Analyses

This issue has not been resolved due to the problem of not having enough tissue to carry out adequate chemistry. We need an objective outside opinion made by someone with no connections to the project and with such opinions made in writing. According to your email,

> "Search for an expert to help resolve the PAH analysis issue in amphipods (sediment toxicity test species) - I will start searching for a qualified individual to serve this dispute resolution role. My preference would be to hire someone from academia unless you think this is bias. As we discussed, I will have to hire someone if we want to get a worthwhile opinion. I will frame the problem to the individual by stating that the task is a court order and then present Mean's position (and method) and our position. The individual would then state their opinion along with their rationale".

You are a fair person and I trust you to make an objective resolution to this problem. With the Hg situation and the unknown nature of the fingerprinting results, we can only wait and see how this will shake out. We need to work this out so all the other pieces of the research effort can be finalized. I should be involved in the discussion.

A00302

## Ii. Consistency of Metals Analysis

I have not seen any metal analyses from the effluent although you said that you sent me 2 months of data some time ago. In any case, I have not seen any loading data for metals, which is important, especially with respect to Hg. Please send the data.

## Ij. Long Cores

Clark (Skidaway), who went along on the August 2000 field trip, reportedly found some very good areas that appeared to be depositional and therefore good subjects for the Long Core analysis. This part of the project appears to be on target so far.

## Ik. Written Program Management Plan

This part of the plan has been carried out although there are still some unanswered questions concerning statistical analyses of the data. There is plenty of time to iron out the details of this part of the study.

## Ii. PAH Fingerprinting

The timing of the sampling will complicate that part of the project as stated above. This could turn into a difficult evaluation because of the inadequate sampling schedule relative to the unexpected continuation of high loading (including repeated exceedances) of PAHs to the river by the refinery. In any case, this part of the project is very important and we will have to wait and see how the preliminary analyses turn out.

A00303

## Im. Tiered Approach

So far, we have not agreed on any reduced monitoring of the original toxics although the PCB and pesticide parts of the project will probably be dropped if the next set of findings is consistent with the preliminary analyses.

Although there are some outstanding questions, I am sure that we can work our way through these somewhat difficult areas with the cooperation and support of project personnel and some assistance from outside consultants. I look forward to hearing from you. With best wishes, I remain yours,

Cordially,

Robert J. Livingston
Professor and Director

8

A00304

COLLEGE OF AGRICULTI

10-5-00

Skip:
Enclosed is Dr. Page's CV for your files. Dr. Page has extensive experience dealing with PAH tissue issues & we are fortunate that he has agreed to serve in the dispute resolution role. If you have any problems with his selection, let me know.

Lenwood

October 5, 2000

Dr. David Page
Bowdin College
Department of Chemistry
6600 College Station Road
Brunswick, Maine 04011-8466

Dear Dr. Page:

Based on our conversation of October 4, 2000, I would like to thank you for agreeing to serve a dispute resolution role for a Court Order dealing with the measurement of PAHs in sediment toxicity test species (two amphipod species). In accordance with a court order, Dr. Burton and I have prepared a scope of work for Motiva entitled "A Baseline Study for Assessing the Potential Aquatic Ecological Effects from Motiva Enterprises LLC Delaware City Refinery Effluent Using a Sediment Triad Approach". One stipulation of the court order is that we attempt to measure PAHs in the tissue of species that are used in sediment toxicity tests and if such analyses are not feasible or scientifically defensible and an expert will be selected to resolve the dispute. We have outlined various reasons in our scope of work (see below) why tissue analysis in our two amphipod test species is not feasible or scientifically defensible. The court appointed expert, Dr Jay Means, believes that such analysis is possible based an approach he has developed (see below). Your role is to help resolve this dispute based on your extensive experience in this research area. Please provide a written opinion with rationale. The following three documents are enclosed to assist you in forming an opinion on this issue:

1. A court order settlement agreement between Motiva and the National Resources Defense Council (see section h on tissue analysis on page A-4 and section n on dispute resolution on page A-6)

2. Sections from our scope of work entitled Triad sampling (Section 3.4 on pages 24 - 34) and Tissue Analysis of PAHs and metals from sediment toxicity tests (Section 3.8 on pages 41-45).

3. Methods of Tissue Analysis for Semi-volatile Aromatic Hydrocarbons by Jay Means

If I can provide any additional information, don't hesitate to call.

Sincerely,

Lenwood Hall

cc: D. T. Burton
    R. J. Livingston
    H. Lloyd

P.O. BOX 169 ♦ QUEENSTOWN, MARYLAND 21658 ♦ (410) 827-8056 ♦ FAX: (410) 827-9039

A00305



# UNIVERSITY OF MARYLAND

COLLEGE OF AGRICULTURE AND NATURAL RESOURCES ♦ AGRICULTURAL EXPERIMENT STATION
WYE RESEARCH AND EDUCATION CENTER

October 17, 2000

Skip:

Enclosed are the following documents that were used to determine the selection of the triad sampling sites for Spring and Summer of 2001 and 2002.

1. A map of the ten sites sampled in 1999 with total PAH data for each site. A summary of the triad results was sent to you on August 16, 2000.

2. A series of maps (4 panels) showing the 53 sites sampled in August of 2000 with total PAH data, grain size (% sand) and TOC. The dye study results sent to you earlier were used in the selection process for these 53 sites. Two figures were also included to show the 1999 and August 2000 sites without data.

3. A list of candidate triad sample sites with rationale for their selection.

I used a clustering type approach to select sites in the near-field, mid-field, far-field and reference area. Reference areas were upstream and most of the potentially impacted sites (Total PAHs exceeding ERLs) were downstream. Three sites were clustered below the C and D canal area (area with highest PAH concentrations). Three of the sites selected overlapped with the Skidaway coring sites. If several sites in a cluster were candidates with equal rationale, the site with the highest PAH concentration was chosen.

Please send me an e-mail to confirm that you received this package. I would like to discuss the triad site selection process with you during the first week of November.

Thanks for your input.

Lenwood