## Delaware River Sampling Sites and Sediment Total PAH Values (ng/g)




A00307

Stations selected for Motiva's triad sampling in 2001 and 2002 and rationale for site selections are listed below. Figures showing the locations of the 1999 sites and the August 2000 sites are attached along with total PAH data.

---

Station 1 (1999 site)- This station is located in the refinery discharge canal near the 001 outfall. Based on 1999 results, PAH concentrations exceeded ERL values, sediment toxicity was reported and benthic communities were highly degraded.

Station 2 (1999 site) - This station is located south of the refinery discharge canal a few hundred meters downstream in the Delaware River. The 1999 data showed the following: total PAHs exceeded the ERL; sediment toxicity was reported and benthic communities were highly degraded.

Station 23 (2000 site) - This station is south of Station 2 and is located on the mudflat area (69% silt/clay) between the discharge canal and the intake canal. Total PAH concentrations exceeding ERL values were reported.

Station 51 (2000 site) - This station is located east of Station 23. Total PAH concentrations exceeding ERL values were reported.

Station 52 (2000 site) - This station is located south of Station 51. Total PAH concentrations exceeding ERL values were reported. This station was sampled by Skidaway for their long-term coring studies in October of 2000.

Station 53 (2000 site) - This station is located south of Station 52. PAH concentrations exceeding ERLs were reported (14,731 ng/g). This was the 6th highest concentration reported during the August 2000 sampling.

Station 55 (2000 site) - This station is located south of station 53. PAH concentrations exceeding ERLs were reported during August of 2000.

Station 67 (2000 site) - This station is located south of the C and D Canal and is very close to Station 5 (the 1999 site with the highest PAH concentrations and reported sediment toxicity). The total PAH concentrations at this site (30,886 ng/g) were the highest reported during the August 2000 sampling.

Station 68 (2000 site) - This station is located south of station 67. PAH concentrations exceeding ERL values were reported at this site. Note this site is also close to Station 5 which was sampled in 1999. This site was sampled by Skidaway for the long-term coring.

Station 83 (2000 site) - This site is located south of station 68. PAH concentrations exceeding ERLs were reported at this site; these concentrations were similar to those reported at Station 5 in 1999. The % silt/clay (88%) was highest of any station sampled in August of 2000. Triad sampling at this site would provide more spatial coverage of the area with the highest PAH concentrations.

Station 26 (2000 site) - This station is located north of the effluent canal (near station 7 sampled in 1999). Degraded benthic communites were reported at Station 7 in 1999. Total PAH concentrations exceeding ERL values were reported from the August 2000 sampling.

Station 56 (2000 site) - This station is located northeast of Station 26. PAH concentrations exceeding ERL values (12,386 ng/g) were reported during August 2000.

Station 45 (2000 site) - This station is located north of station 26. Total PAH concentration exceeding ERLs were reported in August 2000.

Station 9B (1999 and 2000 site). This station is located northeast of Station 45. This site will serve as a reference site because dye studies showed that Motiva's PAHs should be minimal, total PAHs are below ERLs based on 1999 and 2000 sampling and benthic communities were relatively healthy based on 1999 results. This site was sampled by Skidaway for the long-term coring studies.

Station 10 (1999 sampling) - This station is located north of station 9B. This site will also serve as a reference because dye studies showed that Motiva's PAHs should be minimal, total PAHs are below ERLs based on 1999 sampling and benthic communites were relatively healthy based on 1999 results.

Delaware River sites (northern panel) sampled in1999 (Stations 1-10, triangles) and 2000 (Station numbers greater than 10 with the exception of 9-B).



Delaware River sites (southern panel) sampled in 1999 (Stations 1-10, triangles) and 2000 (Station numbers greater than 10 with the exception of 5-B).



Figure 1. Delaware River year 2000 midfield sampling sites (north panel) with associated sediment PAH, % TOC and % sand data. PAH values (ng/g) are followed by a - P. Percent TOC values are followed by a - C. Percent sand values are followed by an - S.



Figure 2. Delaware River year 2000 midfield sampling sites (west panel) with associated sediment PAH, % TOC and % sand data. PAH values (ng/g) are followed by a - P. Percent TOC values are followed by a - C. Percent sand values are followed by an - S.



Figure 3. Delaware River year 2000 midfield sampling sites (east panel) with associated sediment PAH, % TOC and % sand data. PAH values (ng/g) are followed by a - P. Percent TOC values are followed by a - C. Percent sand values are followed by an - S.



Figure 4. Delaware River year 2000 midfield sampling sites (south field) with associated sediment PAH, % TOC and % sand data. PAH values ( ng/g) are followed by a - P. Percent TOC values are followed by a - C. Percent sand values are followed by an - S.



Motiva Mid-field Sampling PAH Data 8/2000

| Date | Time | Station ID # | Total PAH (ng/g) | Depth (ft.) | Latitude dd mm.mmm | Longitude dd mm.mmm |
|---|---|---|---|---|---|---|
| 8/22/00 | 1045 | 69 | 108 | 4 | 39 31.549 | 75 34.189 |
| 8/22/00 | 1559 | 21 | 664 | 5 | 39 35.860 | 75 36.565 |
| 8/23/00 | 1231 | 57 | 1,102 | 9 | 39 37.130 | 75 35.965 |
| 8/22/00 | 1503 | 33 | 1,487 | 5 | 39 35.703 | 75 36.142 |
| 8/22/00 | 1416 | 25 | 1,901 | 5 | 39 35.346 | 75 35.878 |
| 8/22/00 | 1520 | 32 | 2,071 | 4 | 39 35.867 | 75 36.299 |
| 8/22/00 | 1657 | 30 | 2,094 | 7 | 39 36.762 | 75 36.641 |
| 8/22/00 | 1405 | 36 | 2,110 | 8 | 39 34.694 | 75 35.057 |
| 8/22/00 | 1444 | 49 | 2,175 | 9 | 39 35.575 | 75 36.028 |
| 8/22/00 | 0902 | 66 | 2,210 | 8 | 39 33.135 | 75 33.852 |
| 8/23/00 | 1146 | 9-B | 2,264 | 9 | 39 37.933 | 75 35.053 |
| 8/23/00 | 1217 | 82 | 2,392 | 20 | 39 37.985 | 75 35.569 |
| 8/23/00 | 1056 | 78 | 2,443 | 12 | 39 36.202 | 75 35.409 |
| 8/22/00 | 1648 | 50 | 2,448 | 7 | 39 36.548 | 75 36.458 |
| 8/22/00 | 1747 | 81 | 2,666 | 20 | 39 37.545 | 75 35.796 |
| 8/22/00 | 1626 | 34 | 2,678 | 6 | 39 36.181 | 75 36.453 |
| 8/22/00 | 1729 | 47 | 2,822 | 9 | 39 37.766 | 75 36.157 |
| 8/22/00 | 1429 | 24 | 2,826 | 4 | 39 35.477 | 75 36.056 |
| 8/22/00 | 1055 | 74 | 3,078 | 12 | 39 31.073 | 75 34.275 |
| 8/22/00 | 1638 | 28 | 3,123 | 6 | 39 36.382 | 75 36.653 |
| 8/23/00 | 0956 | 77 | 3,197 | 7 | 39 35.391 | 75 34.868 |
| 8/21/00 | 1418 | 64 | 3,448 | 8 | 39 35.788 | 75 36.847 |
| 8/23/00 | 1133 | 80 | 3,564 | 14 | 39 37.366 | 75 35.427 |
| 8/22/00 | 1711 | 42 | 3,615 | 7 | 39 37.135 | 75 36.634 |
| 8/23/00 | 1108 | 79 | 3,648 | 17 | 39 36.543 | 75 35.568 |
| 8/22/00 | 1612 | 22 | 3,751 | 5 | 39 35.730 | 75 36.402 |
| 8/23/00 | 0918 | 76 | 4,068 | 8 | 39 34.793 | 75 33.892 |
| 8/21/00 | 1357 | 63 | 4,086 | 9 | 39 35.804 | 75 36.802 |
| 8/22/00 | 1547 | 26 | 4,260 | 4 | 39 36.027 | 75 36.654 |
| 8/23/00 | 0933 | 54 | 4,417 | 11 | 39 34.849 | 75 34.300 |
| 8/22/00 | 1533 | 31 | 4,455 | 5 | 39 36.004 | 75 36.424 |
| 8/22/00 | 1343 | 38 | 4,527 | 5 | 39 34.427 | 75 34.703 |
| 8/22/00 | 1720 | 45 | 4,655 | 8 | 39 37.455 | 75 36.395 |
| 8/23/00 | 1017 | 52 | 4,786 | 14 | 39 35.538 | 75 35.434 |
| 8/21/00 | 1439 | 65 | 5,033 | 3 | 39 35.747 | 75 36.886 |
| 8/23/00 | 1122 | 59 | 5,185 | 17 | 39 36.894 | 75 35.608 |
| 8/22/00 | 1329 | 40 | 5,629 | 6 | 39 34.184 | 75 34.329 |
| 8/23/00 | 0910 | 55 | 5,753 | 14 | 39 34.506 | 75 33.709 |
| 8/22/00 | 1452 | 23 | 5,999 | 4 | 39 35.598 | 75 36.240 |
| 8/22/00 | 1109 | 75 | 6,138 | 11 | 39 30.602 | 75 34.414 |
| 8/23/00 | 1046 | 60 | 7,320 | 7 | 39 35.801 | 75 35.163 |
| 8/22/00 | 0959 | 5-B | 9,062 | 13 | 39 32.431 | 75 33.877 |
| 8/23/00 | 1030 | 51 | 9,282 | 14 | 39 36.022 | 75 35.808 |
| 8/22/00 | 0913 | 71 | 9,343 | 18 | 39 32.892 | 75 33.809 |
| 8/22/00 | 0941 | 72 | 12,111 | 10 | 39 32.250 | 75 33.797 |
| 8/23/00 | 1245 | 56 | 12,386 | 11 | 39 36.570 | 75 35.928 |
| 8/22/00 | 1125 | 83 | 13,342 | 19 | 39 30.563 | 75 34.307 |
| 8/23/00 | 0946 | 53 | 14,731 | 11 | 39 35.182 | 75 34.901 |
| 8/22/00 | 1012 | 68 | 15,072 | 11 | 39 32.023 | 75 33.816 |
| 8/22/00 | 1025 | 73 | 15,789 | 15 | 39 31.743 | 75 33.886 |
| 8/21/00 | 1603 | 61 | 16,019 | 20 | 39 36.246 | 75 33.737 |
| 8/21/00 | 1625 | 62 | 18,618 | 14 | 39 35.075 | 75 32.761 |
| 8/22/00 | 0926 | 67 | 30,886 | 11 | 39 32.586 | 75 33.827 |
| | | | 5,978 | 10 | | |
| | | | Avg.PAH | Avg. Depth | | |

A00316

**Motiva Mid-field Sampling Data 8/2000**

| Date | Time | Station ID # | Latitude dd mm.mmm | Longitude dd mm.mmm | Laboratory ID # | Water Temp. ( C ) | Salinity (ppt) | Cond (umhos) | Depth (ft.) | Tidal Cycle |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/00 | 1357 | 63 | 39 35.804 | 75 36.802 | 0904 | 37 | 2 | 3300 | 9 | FL |
| 8/21/00 | 1418 | 64 | 39 35.788 | 75 36.847 | 0902 | 37 | 2 | 3800 | 8 | FL |
| 8/21/00 | 1439 | 65 [a] | 39 35.747 | 75 36.886 | 0903 | 38 | 2 | 4000 | 3 | FL |
| 8/21/00 | 1603 | 61 | 39 36.246 | 75 33.737 | 0905 | 24 | 2 | 3700 | 20 | FL |
| 8/21/00 | 1625 | 62 | 39 35.075 | 75 32.761 | 0908 | 23 | 3 | 5600 | 14 | FL |
| 8/22/00 | 0902 | 66 | 39 33.135 | 75 33.852 | 0901 | 23 | 3 | 5600 | 8 | EB |
| 8/22/00 | 0913 | 71 | 39 32.892 | 75 33.809 | 0907 | 23 | 3 | 5700 | 18 | EB |
| 8/22/00 | 0926 | 67 | 39 32.586 | 75 33.827 | 0911 | 23 | 3 | 5800 | 11 | EB |
| 8/22/00 | 0941 | 72 | 39 32.250 | 75 33.797 | 0912 | 23 | 3 | 5000 | 10 | EB |
| 8/22/00 | 0959 | 5-B | 39 32.431 | 75 33.877 | 0913 | 24 | 3 | 5000 | 13 | EB |
| 8/22/00 | 1012 | 68 | 39 32.023 | 75 33.816 | 0906 | 24 | 3 | 5000 | 11 | EB |
| 8/22/00 | 1025 | 73 | 39 31.743 | 75 33.886 | 0909 | 24 | 3 | 5100 | 15 | EB |
| 8/22/00 | 1045 | 69 | 39 31.549 | 75 34.189 | 0910 | 23 | 4 | 6100 | 4 | EB |
| 8/22/00 | 1055 | 74 | 39 31.073 | 75 34.275 | 0915 | 24 | 4 | 6000 | 12 | EB |
| 8/22/00 | 1109 | 75 30 | 39 30.602 | 75 34.414 | 0920 | 24 | 4 | 6000 | 11 | EB |
| 8/22/00 | 1125 | 83 | 39 30.563 | 75.34.307 | 0921 | 24 | 3 | 5000 | 19 | EB |
| 8/22/00 | 1329 | 40 | 39 34.184 | 75 34.329 | 0929 | 24 | 2 | 3500 | 6 | FL |
| 8/22/00 | 1343 | 38 | 39 34.427 | 75 34.703 | 0926 | 24 | 3 | 5000 | 5 | FL |
| 8/22/00 | 1405 | 36 | 39 34.694 | 75 35.057 | 0927 | 25 | 2 | 3400 | 8 | FL |
| 8/22/00 | 1416 | 25 | 39 35.346 | 75 35.878 | 0930 | 23 | 2 | 2800 | 5 | FL |
| 8/22/00 | 1429 | 24 | 39 35.477 | 75 36.056 | 0923 | 23 | 2 | 2900 | 4 | FL |
| 8/22/00 | 1444 | 49 | 39 35.575 | 75 36.028 | 0928 | 23 | 2 | 3000 | 9 | FL |
| 8/22/00 | 1452 | 23 | 39 35.598 | 75 36.240 | 0924 | 24 | 2 | 3000 | 4 | FL |
| 8/22/00 | 1503 | 33 [a,c] | 39 35.703 | 75 36.142 | 0931 | 23 | 2 | 3100 | 5 | FL |
| 8/22/00 | 1520 | 32 [c] | 39 35.867 | 75 36.299 | 0925 | 24 | 2 | 3000 | 4 | FL |
| 8/22/00 | 1533 | 31 | 39 36.004 | 75 36.424 | 0933 | 24 | 2 | 3100 | 5 | FL |
| 8/22/00 | 1547 | 26 | 39 36.027 | 75 36.654 | 0940 | 27 | 2 | 3400 | 4 | FL |
| 8/22/00 | 1559 | 21 | 39 35.860 | 75 36.565 | 0939 | 25 | 2 | 3100 | 5 | FL |
| 8/22/00 | 1612 | 22 | 39 35.730 | 75 36.402 | 0941 | 24 | 3 | 4600 | 5 | FL |
| 8/22/00 | 1626 | 34 | 39 36.181 | 75 36.453 | 0934 | 24 | 3 | 4300 | 6 | FL |
| 8/22/00 | 1638 | 28 | 39 36.382 | 75 36.653 | 0937 | 26 | 2 | 3200 | 6 | FL |
| 8/22/00 | 1648 | 50 | 39 36.548 | 75 36.458 | 0935 | 24 | 2 | 3600 | 7 | FL |
| 8/22/00 | 1657 | 30 | 39 36.762 | 75 36.641 | 0938 | 25 | 2 | 3000 | 7 | FL |
| 8/22/00 | 1711 | 42 | 39 37.135 | 75 36.634 | 0942 | 26 | 2 | 2900 | 7 | FL |
| 8/22/00 | 1720 | 45 | 39 37.455 | 75 36.395 | 0943 | 25 | 2 | 2700 | 8 | HS |
| 8/22/00 | 1729 | 47 | 39 37.766 | 75 36.157 | 0946 | 22 | 1 | 2000 | 9 | HS |
| 8/22/00 | 1747 | 81 | 39 37.545 | 75 35.796 | 0936 | 24 | 3 | 4600 | 20 | FL |
| 8/23/00 | 0910 | 55 | 39 34.506 | 75 33.709 | 0951 | 24 | 3 | 4400 | 14 | EB |
| 8/23/00 | 0918 | 76 | 39 34.793 | 75 33.892 | 0947 | 23 | 3 | 4400 | 8 | EB |
| 8/23/00 | 0933 | 54 | 39 34.849 | 75 34.300 | 0949 | 23 | 3 | 4800 | 11 | EB |
| 8/23/00 | 0946 | 53 | 39 35.182 | 75 34.901 | 0952 | 23 | 3 | 5100 | 11 | EB |
| 8/23/00 | 0956 | 77 | 39 35.391 | 75 34.868 | 0950 | 23 | 3 | 4600 | 7 | EB |
| 8/23/00 | 1017 | 52 | 39 35.538 | 75 35.434 | 0954 | 22 | 2 | 4100 | 14 | EB |
| 8/23/00 | 1030 | 51 | 39 36.022 | 75 35.808 | 0948 | 23 | 2 | 3800 | 14 | EB |
| 8/23/00 | 1046 | 60 | 39 35.801 | 75 35.163 | 0944 | 23 | 3 | 4100 | 7 | EB |
| 8/23/00 | 1056 | 78 | 39 36.202 | 75 35.409 | 0945 | 24 | 2 | 3500 | 12 | EB |
| 8/23/00 | 1108 | 79 | 39 36.543 | 75 35.568 | 0953 | 24 | 2 | 2900 | 17 | EB |
| 8/23/00 | 1122 | 59 | 39 36.894 | 75 35.608 | 0919 | 24 | 2 | 3100 | 17 | EB |
| 8/23/00 | 1133 | 80 | 39 37.366 | 75 35.427 | 0917 | 24 | 2 | 2700 | 14 | EB |
| 8/23/00 | 1146 | 9-B | 39 37.933 | 75 35.053 | 0914 | 24 | 1 | 2200 | 9 | EB |
| 8/23/00 | 1217 | 82 | 39 37.985 | 75 35.569 | 0918 | 24 | 1 | 1900 | 20 | EB |
| 8/23/00 | 1231 | 57 | 39 37.130 | 75.35.965 | 0932 | 23 | 1 | 2300 | 9 | EB |
| 8/23/00 | 1245 | 56 | 39 36.570 | 75 35.928 | 0916 | 23 | 1 | 2500 | 11 | EB |
| 8/23/00 | 1206 | 9-A [b] | 39 38.112 | 75 35.322 | -- | -- | -- | -- | -- | EB/LS |

a = PAH odor
b = Clark's 9A
c = Rangia collected

A00317

UNIVERSITY OF MARYLAND

COLLEGE OF AGRICULTURE AND NATURAL RESOURCES
AGRICULTURAL EXPERIMENT STATION
*Wye Research and Education Center*

P.O. Box 169
Queenstown, Maryland 21658
410.827.8056 TEL
410.827.9039 FAX

December 14, 2000

Dr. Robert Livingston
Center for Aquatic Research and Resource Management
136b Conradi Building
Florida State University
Tallahassee, Florida 32306

Dear Skip:

Enclosed is Dr. Page's written opinion on the suitability of using the Mean's methods for analyzing PAHs in the tissues of amphipods (our sediment test species). Dr. Page provided a balanced and thorough assessment of the topic based on his extensive experience in this research area. The bottom line is that Dr. Page states that the Mean's method is not appropriate for the current project and carries the risk of yielding misleading data (see details in the written opinion). We agree with Dr. Page's opinion. Although we will not measure PAHs in the amphipods used for the sediment toxicity tests, tissues from the caged bivalve study with *Rangia* will be measured for PAHs, PCBs and metals as proposed. This analysis will address the bioavailability issue.

If you would like to discuss this issue any further give me a call (410-827-8056). Otherwise, I will assume you agree with this decision.

Have a nice holiday.

Sincerely,

Lenwood Hall

Lenwood Hall

cc: D. T. Burton

A00318