## Table 1

**Results of regressions of TOC-normalized PAHs (ng PAHs/g TOC) versus principal component scores from the PAH site group analyses. PC2 represents the Motiva "fingerprint" (i.e. the relationship of PAHs characteristic of the Motiva effluent; *see* Sections 7 and 10.4 and Figure 10.10). The values "b1" and "b2" are the regression coefficients representing the magnitude of the effects of PC1 and PC2, respectively, in predicting PAHs/TOC, while the values in parentheses are the probabilities associated with the statistical significance of each of these effects. Statistical relationships that were not significant at $\alpha$=0.05 were designated as "NS" for non-significant. The $R^2$ values represent the relative amount of variance explained in the Total PAHs/TOC data by the separate effects of each of the principal components (only shown for significant relationships).**

| Regression Statistics | | | | | | |
|---|---|---|---|---|---|---|
| **Model** | **Prob.** | **Intercept** | **b1 for PC1 (prob.)** | **$R^2$ for PC1 Effect** | **b2 for PC2 (prob.)** | **$R^2$ for PC2 Effect** |
| All Sites | <0.0001 | 196395 | 18163 (<0.0001) | 0.58 | -9923 (0.003) | 0.03 |
| DR10 | <0.0001 | 374163 | 54836 (<0.0001) | 0.90 | NS | NS |
| DR9B | 0.0044 | 613831 | 95847 (0.0013) | 0.41 | NS | NS |
| DR45 | <0.0001 | 172988 | 21281 (<0.0001) | 0.78 | -34686 (0.0048) | 0.07 |
| DR56 | 0.0011 | 240365 | 19217 (0.0004) | 0.39 | NS | NS |
| DR26 | <0.0001 | 177429 | 25343 (<0.0001) | 0.89 | NS | NS |
| DR51 | 0.1765 | NS | NS | NS | NS | NS |
| DR 1 | 0.0004 | 107861 | 1783 (0.0318) | 0.16 | 8325 (0.0008) | 0.42 |
| DR 2 | <0.0001 | 135625 | 15576 (<0.0001) | 0.84 | -12793 (<0.0001) | 0.10 |
| DR23 | 0.0002 | 186995 | 22736 (0.0020) | 0.53 | NS | NS |
| DR52 | 0.0003 | 192846 | 24036 (<0.0001) | 0.54 | NS | NS |
| DR53 | 0.0002 | 217825 | 217825 (<0.0001) | 0.56 | NS | NS |
| DR55 | <0.0001 | 233900 | 10475 (<0.0001) | 0.63 | NS | NS |
| DR67 | 0.086 | NS | NS | NS | NS | NS |
| DR68 | 0.1945 | NS | NS | NS | NS | NS |
| DR83 | <0.0001 | 210058 | 11416 (<0.0001) | 0.90 | NS | NS |

**Attachment A**

Bates, T.S. 1987. "Hydrocarbon distributions and transport in an urban estuary." *Environ. Sci. Technol.* 21(2):193-198.

Eganhouse, R.P., D.L. Blumfield, and I.R. Kaplan. 1982. "Petroleum hydrocarbons in *stormwater* runoff and municipal wastes: input to coastal waters and fate in marine sediments." *Thalassia Jugoslavica*. 18(1-4):411-431

Henry, Charles B.; Roberts, Paulene O., and Overton, Edward B. 1997. Advancing forensic chemistry of spilled oil: self-normalizing fingerprint indexes. In. 1997 International Oil Spill Conference. 936-937.

Laflamme, R.E. and R.A. Hites. 1978. "The global distribution of polycyclic aromatic hydrocarbons in recent sediments." *Geochim. Cosmochim. Acta*. 42:289-303.

Mitra, S., Dellapenna, T.M., and Dickhut, R.M. 1999. Polycyclic aromatic hydrocarbon (PAH) source, sediment depostion patterns, and particle geochemistry as factors influencing PAH distribution coefficients in sediments of the Elizabeth River, VA, USA. Mar. Chem. 66:113-127.

Sauer, T.C. and A.D. Uhler. 1994/95. "Pollutant source identification and allocation: advances in hydrocarbon fingerprinting". *Remediation*. Winter, 1994/95:25-50.

Stout, S.A., Magar, V.S., Uhler, R.M., Ickes, J., Abbott, J., Brenner, R. 2001. Characterization of naturally-occurring and anthropogenic PAHs in urban sediments - Wycoff/Eagle Harbor Superfund site. Journal of Environmental Forensics 2(4).

Stout, S.A., Uhler, A.D., and Emsbo-Mattingly, S.D. 2004. Comparative evaluation of background anthropogenic hydrocarbons in surficial sediments from nine urban waterways. *Environ. Sci. Technol.*, 38(11): 2987-2994

Urdal, K.; Vogt, N. B.; Sporstol, S. Pl; Lichtenthaler, R. G.; Mostad, H.; Kolset, K.; Nordenson, S., and Esbensen, K. 1986. Classification of weathered crude oils using multimethod chemical analysis, statistical methods and SIMCA pattern recognition. 17, (8): 366-373.

**Attachment B**

Letter to Dr. Robert Livingston from Lenwood Hall
December 14, 2000

Preliminary Report

# A Summary of Triad Results from Spring and Summer 2001 Studies Near the Motiva Refinery in the Delaware River

Lenwood W. Hall, Jr.
University of Maryland
Agricultural Experiment Station
Wye Research and Education Center
P. O. Box 169
Queenstown, Maryland 21658

## OBJECTIVE

The goal of this report is to provide a progress update on the 2001 Triad studies from the 15 Delaware river sites sampled during the spring and summer of 2001 (Figure 1). The triad analysis includes the benthic community assessment, chemical characterizations, and sediment toxicity data. The methods used for each type of assessment are described in detail in our scope of work dated November 6, 2000.

## METHODS

### Benthic Community Analysis

The condition of the benthic community was initially evaluated from 5 replicate samples at each of the 15 Delaware River sites using the following two multimetric benthic community indices: (1) the Environmental Monitoring and Assessment Program - Virginia Province (EMAP-VP) index and (2) the mid-Atlantic Integrated Assessment Program (MAIA) index. Based on our initial analysis, the MAIA index appears to be more promising in assessing benthic community condition due to the types of metrics used for determining the final index score, specific consideration of habitat types (ie. oligohaline strata - 0.5 to 5 ppt as found in our study area) and strong correlations with contaminants and toxicity data. The MAIA index combined across the spring and summer 2001 was therefore used for the Triad analysis presented in this progress report. Benthic communities were classified as either met goal (non-impacted) or degraded based on this initial analysis. For some sites, statistically significant classifications could not be reported; therefore, assignments based on best professional judgement and/or the qualitative assessment of the data were used.

### Chemical Characterizations

The following classes of chemical contaminants were evaluated: PAHs for parent and isomer specific 2-6 ring compounds for the Western States Petroleum Association (WSPA) list; standard EPA pesticides, PCBs, metals and pore water parameters (ie. ammonia, nitrate). Specific analyte measurement procedures and detection limits are described in the scope of work.

**Sediment Toxicity Tests**

Twenty-eight day chronic survival, growth, and reproduction tests were conducted with the infauna and epifaunal amphipods, *Leptocherius plumulosus* and *Hyalella azteca* using procedures described in detail in our scope of work. The measurement endpoints used to determine possible adverse effects (based on comparison with reference sites) were survival, growth and reproduction.

**RESULTS**

A site by site summary of the triad data - benthic community status, chemical characterizations and sediment toxicity data - is presented below (see Tables 1-4 and Figure 1).

**DR10**
Benthic Community Status - Met Goal
Chemical Characterizations - Chemical concentrations were generally below toxicity thresholds; the only exception was that two pesticides exceeded ERL values during spring sampling.
Toxicity Data - No effects reported
Summary - All lines of evidence are generally in agreement (except for exceedance of two pesticide ERLs) as degradation was not reported. Site DR10 is an appropriate reference site.

**DR9B**
Benthic Community Status - Degraded
Chemical Characterizations - The ERM for 4,4 DDT was exceeded; spring SEM/AVS ratio was 5 which suggest possible metals toxicity.
Toxicity Data - No effects reported
Summary - The three lines of evidence do not agree. Benthic community status suggests impairment and various chemical concentrations exceed thesholds (ie. ERM for 4,4 DDT). In contrast, the toxicity data suggests no apparent toxicity to the two test species. A plausible explanation is that the various chemicals suspected to cause toxicity are not bioavailable to the toxicity tests species. Based on these data, this site does not appear to be an appropriate reference site as initially proposed although the chemical stressors reported are not likely related to the Motiva refinery.

**DR45**

Benthic Community Status - Met Goal

Chemical Characterizations - Various pesticides and PCBs exceeded ERL values.

Toxicity Data - No effects reported

Summary - Various pesticides and PCBs are not bioavailable to the test and resident species and/or the toxicity thresholds are too low.

**DR56**

Benthic Community Status - Met Goal

Chemical Characterizations - One pesticide exceeded an ERL value, total PCBs exceeded ERL values, the ERM for mercury was exceeded, the SEM/AVS ratio was 5.6 for the spring which suggest possible metals toxicity (a total of 7 metals exceeded ERL values) and the ERL for LMW PAHs was exceeded.

Toxicity Data - No effects reported

Summary - Various pesticides, PCBs, metals and PAHs are not bioavailable to the test and resident species and/or the toxicity thresholds are too low.

**DR26**

Benthic Community Status - Met Goal

Chemical Characterizations - Various pesticides and PCBs exceeded ERL values.

Toxicity Data - No effects reported

Summary - Various pesticides and PCBs are not bioavailable to the test or resident species and/or the toxicity thresholds are too low.

**DR51**

Benthic Community Status - Met Goal

Chemical Characterizations - Various pesticides exceeded ERL values and 4,4 DDT exceeded ERM values.

Toxicity Data - No effects reported

Summary - Pesticides are not bioavailable to test or resident species and/or toxicity thresholds are too low.

**DR1**

Benthic Community Status - Degraded

Chemical Characterizations - Various pesticides exceeded ERL values.

Toxicity Data - Significant toxicity was reported from one measurment endpoint during the spring (reduced reproduction with *Leptocheirus*)

Summary - All three lines of evidence are in agreement as evidence exist for degradation due to chemical (and perhaps non-chemical) stressors.

**DR2**

Benthic Community Status - Met Goal

Chemical Characterizations - Various pesticides exceeded ERL values and PCB values exceeded ERL values during the summer sampling.

Toxicity Data - No effects reported

Summary - Various pesticides and PCBs are not bioavailable to resident or test species and/or toxicity thresholds are too low.

**DR23**
Benthic Community Status - Met Goal (not statistically significant)
Chemical Characterizations - Various pesticides exceeded ERL values.
Toxicity Data - No effects reported
Summary - Various pesticides are not bioavailable to resident or test species and/or toxicity thesholds are too low.

**DR52**
Benthic Community Status - Degraded (not statistically significant)
Chemical Characterizations - Two pesticides exceeded ERL values, PCBs exceeded both ERL and ERM values, the ERM for Zn was exceeded, and the ERL for LMW PAHs was exceeded.
Toxicity Data - No effects reported
Summary - Various pesticides, PCBs, zinc, and LMW PAHs are not bioavailable to the test species but may be impacting resident benthic species.

**DR53**
Benthic Community Status - Met Goal (not statistically significant)
Chemical Characterizations - Various pesticides exceeded ERL values, the ERM for total PCBs was exceeded, the ERM for Hg and Zn was exceeded, the SEM/AVS ratio was greater than 1 (suggesting possible metals toxicity) and the ERL for both LMW/HMW PAHs was exceeded.
Toxicity Data - Four measurement endpoints from both spring and summer tests (*Hyalella* survival and *Leptocheirus* survival and reproduction) were significantly different from reference/control conditions.
Summary - Various pesticides, PCBs, metals (Hg and Zn) and LMW/HMW PAHs are potentially bioavailable and toxic to the test species but not the resident benthic communities.

**DR55**
Benthic Community Status - Met Goal
Chemical Characterizations - Various metals exceeded ERL values, an SEM/AVS ratio of 6.23 (suggesting possible metals toxicity) was reported during the spring, and the ERL for LMW PAHs was exceeded.
Toxicity Data - No effects reported
Summary - Metals and LMW PAHs are not bioavailable to resident or test species and/or toxicity thesholds are too low.

**DR67**
Benthic Community Status - Degraded
Chemical Characterizations - The ERM for Hg and Zn were exceeded and ERLs for LMW, HMW and total PAHs were exceeded.
Toxicity Data - Survival for both *Hyalella* and *Leptocheirus* was significantly reduced during summer testing.
Summary - There is a strong case for pollution induced degradation (including PAHs).

**DR68**

Benthic Community Status - Degraded
Chemical Characterizations - The ERM for both Hg and Zn were exceeded with SEM/AVS ratios greater than 1 (suggesting possible metals toxicity) and total, LMW and HMW PAH ERL values were also exceeded.
Toxicity Data - *Leptocheirus* survival, reproduction and growth was significantly reduced.
Summary - There is a strong case for pollution induced degradation (including PAHs).

**DR83**

Benthic Community Status - Met Goal (not statistically significant)
Chemical Charcterizations - The ERM for Hg was exceeded ; total, LMW and HMW PAH ERLs were also exceeded.
Toxicity Data - No effects reported
Summary - Mercury and PAHs are not bioavailable to the resident or test species or the thresholds are too low.

Table 1. Summary of sediment quality triad data for chemical characterizations and benthic community status for the 15 Delaware River sites sampled during the spring and summer of 2001. Benthic community status was rated as met goal (non-impaired) or degraded based on the MAIA index for the spring and summer combined. Designations in () are not statistically significant.

| Site | Spring PAHs>ERL[a] (ng/g) | Summer PAHs>ERL[a] (ng/g) | Spring Total Pest>ERL | Summer Total Pest>ERL | Spring PCB>ERL | Summer PCB>ERL | Spring # Metals>ERL | Summer # Metals>ERL | Spring SEM/AVS | Summer SEM/AVS | Benthic Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DR10 | 320 (1242) | 1221 (3375) | 2 | 0 | No | No | 2 | 4 | 0.54 | 0.80 | Met Goal |
| DR9B | 993 (2625) | 1243 (3214) | 3[b] | 3 | No | No | 2 | 1 | 5.0 | 0.27 | Degraded |
| DR45 | 1126 (4007) | 1256 (4423) | 4 | 3 | Yes | Yes | 5 | 7 | 0.27 | 0.20 | Met Goal |
| DR56 | 2608 (10225) | 3153 (10132) | 0 | 1 | Yes | Yes | 8[d] | 7 | 5.6 | 1.01 | Met Goal |
| DR26 | 1173 (5962) | 1059 (4857) | 3 | 3 | Yes | Yes | 7 | 7 | 0.23 | 0.18 | Met Goal |
| DR51 | 660 (2012) | 1076 (3172) | 2 | 3[b] | No | No | 1 | 1 | 0.77 | 1.19 | Met Goal |
| DR1 | 661 (6252) | 1328 (5793) | 2 | 3 | No | No | 4 | 6 | 0.56 | 0.18 | Degraded |
| DR2 | 382 (2446) | 1176 (3986) | 1 | 2 | No | Yes | 1 | 2 | 2.24 | 0.53 | Met Goal |
| DR23 | 665 (2974) | 833 (2678) | 4 | 3 | No | No | 4 | 4 | 0.18 | 0.46 | (Met Goal) |
| DR52 | 1494 (5242) | 1868 (6940) | 0 | 2 | Yes | Yes[c] | 8[e] | 8[e] | 0.54 | 0.84 | (Degraded) |
| DR53 | 3647 (13782) | 2957 (11011) | 1 | 2 | Yes[c] | Yes[c] | 8[f] | 8[e] | 1.88 | 1.69 | (Met Goal) |
| DR55 | 2192 (6619) | 2689 (8287) | 0 | 0 | No | No | 6 | 7 | 6.23 | 1.82 | Met Goal |
| DR67 | 4667 (16658) | 6111 (22403) | 0 | 0 | No | No | 7[f] | 8[e] | 1.00 | 1.70 | Degraded |
| DR68 | 3749 (11905) | 4282 (13855) | 0 | 0 | No | No | 7[f] | 7[f] | 1.79 | 2.40 | Degraded |
| DR83 | 2431 (8073) | 5112 (17167) | 0 | 0 | No | No | 7[d] | 7[d] | 0.71 | 1.21 | (Met Goal) |

[a] Only the PAHs defined in Buchman (1999) were used for ERL exceedences; total PAHs based on the 51 analytes are in ( ).
[b] ERM for 4,4 DDT exceeded
[c] ERM for total PCBs exceeded
[d] ERM for Hg exceeded
[e] ERM for Zn exceeded
[f] ERM for Hg and Zn exceeded
[g] Ratio >1 suggests toxicity from metals

Table 2. Summary of sediment toxicity data from *H. azteca* and *L. plumulosus* toxicity tests and benthic community status (MAIA index for spring/summer combined) conducted at 15 Delaware River sites during the spring and summer of 2001. The symbols NE = No Effect based on a statistical comparison with the reference sites; SD = Significantly different than reference sites. Benthic community status was rated as met goal (non-impaired) or degraded based on the MAIA index combined across spring and summer. Designations in ( ) are not statistically significant.

| Site | Spring *H. azetca* Survival | Spring *H. azetca* Growth | Spring *H. azetca* Reprod. | Summer *H. azetca* Survival | Summer *H. azetca* Growth | Summer *H. azetca* Reprod. | Spring *L. plum* Survival | Spring *L. plum* Growth | Spring *L. plum* Reprod. | Summer *L. plum* Survival | Summer *L. plum* Growth | Summer *L. plum* Reprod. | Benthic Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DR10 | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | Met Goal |
| DR9B | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | Degraded |
| DR45 | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | Met Goal |
| DR56 | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | Met Goal |
| DR26 | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | Met Goal |
| DR51 | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | Met Goal |
| DR1 | NE | NE | NE | NE | NE | NE | NE | NE | SD | NE | NE | NE | Degraded |
| DR2 | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | Met Goal |
| DR23 | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | (Met Goal) |
| DR52 | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | (Degraded) |
| DR53 | NE | NE | NE | SD | NE | NE | SD | NE | SD | NE | NE | SD | (Met Goal) |
| DR55 | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | Met Goal |
| DR67 | NE | NE | NE | SD | NE | NE | NE | NE | NE | SD | NE | NE | Degraded |
| DR68 | NE | NE | NE | NE | NE | NE | SD | NE | SD | NE | SD | NE | Degraded |
| DR83 | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | (Met Goal) |

Summary Points: Based on 12 measurement endpoints from two sediment toxicity tests conducted during the spring and summer of 2001 the following results were reported: (1) four endpoints were significantly reduced at DR53; (2) three endpoints were significantly reduced at DR68; (3) two endpoints were significantly reduced at DR67 and (4) one endpoint was significantly reduced at DR1.

Table 3. Exceedences of total, LMW and HWM PAH ERL values in the spring and summer of 2001 based on the 13 analytes in Buchman (1999) are underlined. Co-occurring sediment toxicity by season is also reported based on toxicity tests with *H. azteca* and *L. plumulosus*. A "yes" means that at least one measurement endpoints was significantly different that the reference sites (DR10 and DR9B). Benthic community status was rated as either met goal (non-impaired) or degraded based on the MAIA index from both spring and summer. Designations in ( ) are not statistically significant.

| | Spring | | | | Summer | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site | T. PAHs | LMW PAHs | HMW PAHs | Sediment Toxicity | T. PAHs | LMW PAHs | HMW PAHs | Sediment toxicity | Benthic Status |
| DR10 | 320 | 81 | 239 | No | 1221 | 293 | 928 | No | Met Goal |
| DR9B | 993 | 267 | 725 | No | 1243 | 268 | 976 | No | Degraded |
| DR45 | 1126 | 373 | 753 | No | 1256 | 474 | 782 | No | Met Goal |
| DR56 | 2608 | 1185 | 1422 | No | 3153 | 1583 | 1569 | No | Met Goal |
| DR26 | 1173 | 387 | 787 | No | 1059 | 359 | 700 | No | Met Goal |
| DR51 | 660 | 258 | 402 | No | 1076 | 467 | 609 | No | Met Goal |
| DR1 | 661 | 228 | 433 | **Yes** | 1328 | 472 | 855 | No | Degraded |
| DR2 | 382 | 108 | 274 | No | 1176 | 114 | 1062 | No | Met Goal |
| DR23 | 665 | 203 | 463 | No | 833 | 244 | 589 | No | (Met Goal) |
| DR52 | 1494 | 705 | 789 | No | 1868 | 893 | 975 | No | (Degraded) |
| DR53 | 3647 | 1635 | 2012 | **Yes** | 2957 | 1361 | 1596 | **Yes** | (Met Goal) |
| DR55 | 2192 | 980 | 1211 | No | 2689 | 1089 | 1600 | No | Met Goal |
| DR67 | 4667 | 1953 | 2714 | No | 6111 | 2336 | 3775 | **Yes** | Degraded |
| DR68 | 3749 | 1877 | 1871 | **Yes** | 4282 | 2032 | 2251 | **Yes** | Degraded |
| DR83 | 243 | 1205 | 1226 | No | 5112 | 2367 | 2744 | No | (Met Goal) |

Table 4. Information provided by differential triad responses from the 15 Delaware River sites sampled in the spring and summer of 2001. Responses are shown as either positive (+) or negative (-), indicating whether or not measurable differences from established thresholds, controls or reference conditions were reported.

| Site | Benthic Community | Chemistry | Toxicity |
|---|---|---|---|
| DR10 | (-) | (+) | (-) |
| DR9B | (+) | (+) | (-) |
| DR45 | (-) | (+) | (-) |
| DR56 | (-) | (+) | (-) |
| DR26 | (-) | (+) | (-) |
| DR51 | (-) | (+) | (-) |
| DR1 | (+) | (+) | (+) |
| DR2 | (-) | (+) | (-) |
| DR23 | (-)* | (+) | (-) |
| DR52 | (+)* | (+) | (-) |
| DR53 | (-)* | (+) | (+) |
| DR55 | (-) | (+) | (-) |
| DR67 | (+) | (+) | (+) |
| DR68 | (+) | (+) | (+) |
| DR83 | (-)* | (+) | (-) |

* Not statistically significant

Skip:
Thanks for your constructive comments on the Motiva scope of work. We agree with you on the various issues using the oysters for the caged bivalve study. Based on some recently compiled spring historical salinity data for the study area, it is possible for salinity to be below 3 ppt in the upstream areas - which would be stressful for oysters. Note that our supplier for oysters (UMD- Horn Point) successfully rears oysters at 5 to 8 ppt salinity. We are looking at other candidate bivalves - such as Rangia - and will discuss all these issues at lenght with Mike Salazar. You will be in the loop.

For your future planning, we are scheduling the mid-field sampling for August 21 through 25th (only 2 days will probably be needed). I will give you more details later but hold these dates for now. All relevant data will be reviewed in advance of the field trip to select candidate sites in the "potentially impacted area" and reference area(s).

For future correspondence, my address is University of Maryland, Wye Research and Education Center, P. O. Box 169, Queenstown, MD 21658. Your review comments were sent to P. O. Box 160 but fortunately the post office did eventually deliver them.

I look forward to working with you on this study.

Lenwood

---

Lenwood Hall
lh43@umail.umd.edu

Skip:

The following activities are under way for the Motiva study:

(1) Metals analysis will be initiated this month in the effluent (001 and 601), intake canal, discharge canal (our station DR1) and various ambient river sites.

(2) Mike Salazar has agreed to work with us on the caged bivalve study. His scope of work is under review.

(3) We decided to use Dan Dauer at ODU for the benthic community assessments instead of VERSAR. Dan has more experience and we will probably get more insight and interpretation from him than Versar.

(4) Ray Alden is on board for the statistical analysis component of the study. I am meeting with him next week to discuss design and statistical issues.

(5) We are working on the dye study with Najarian. If we don't get excessive rainfall, the study can be done in April. It would take ~ 2 months to get the complete analysis so the earliest that we can start mid-field sampling is in July. I will keep you posted so you can join us on the sampling trip.

(6) We have agreed to drop Streblospio as a test species (per your suggestion) and replace it with Hyalella. Both the Hyalella and Leptocheirus tests will be 28 day chronic tests conducted in our laboratory.

(7) Dick Lee is revising the Skidaway coring proposal to tie it more closely with the overall effort.

(8) I expect the fingerprinting methods section from Illeana Rhodes next week.

(9) We are pursuing the sediment trap experiments but have hit a few snags. The major issue is " what are you measuring in a sediment trap?" You may be measuring new sediment or resuspened sediment and it is highly likely that you will overestimate sedimentation. The consensus from various individuals we have talked with is that sediment traps have a high degree of uncertainty. Please send any papers or advice you have on this issue.

(10) The measurement of metals and PAHs in the sediment toxicity test species (amphipods) is also an area of concern. Ralph Smith from Skidayway (works with Herb Windom) can measure a suite of metals with only 10 mg of tissue - this is possible with our test species. Al Uhler needs 20 gms of tissue to do the PAH analysis (NOAA protocol). This is not possible with the size of our test species (the numbers we would need are not feasible to achieve this weight). Means claims he can do the analysis with .5 gms which according to our calculations would give you a detection limit of ~200 ng/g (on your best day). This may be too high of a detection limit to be biologically meaningful. Another concern is whether these amphipods actually accumulate PAHs. We know that bivalves bioconcentrate PAHs (and other contaminants such as metals and PCBs) and this will be investigated in our caged bivalve study. We are working throught these various issues.

(11) The revised scope of work (including the management plan) will be completed by May 1 for your comments.

If you have any questions, please respond. Also send me your address so I can mail you some of the contaminants data from the 1999 study. I have summarized some of the PAH and SEM/AVS data on maps by station.

Cheers

Lenwood

----------------------

Lenwood Hall
lh43@umail.umd.edu