IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NATURAL RESOURCES DEFENSE          :
COUNCIL, INC. and DELAWARE         :
AUDUBON SOCIETY,                   :
                                   :
        Plaintiffs,             :
                                   :
v.                                 :   Civil Action No. 88-263-SLR
                                   :
TEXACO REFINING AND                :
MARKETING INC.,                    :
                                   :
        Defendant.              :

STIPULATION AND ORDER

IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

1. Defendant shall serve its answering brief and supporting papers in opposition to plaintiffs' Motion To Enforce Judgment not later than September 6, 2005.

2. Plaintiffs shall serve their reply brief and supporting papers in support of their Motion To Enforce Judgment not later than September 30, 2005.

COOCH & TAYLOR

_____
C. Scott Reese (#2036)
824 N. Market Street
P.O. Box 1680
Wilmington, DE 19899-1680
(302) 984-3811
  Attorneys for Plaintiffs

                            MORRIS, NICHOLS, ARSHT & TUNNELL

                            /s/ Richard D. Allen
                            Richard D. Allen (#469)
                            Megan Ward Cascio (#3785)
                            1201 N. Market Street
                            P.O. Box 1347
                            Wilmington, DE  19899-1347
                            (302) 658-9200
                              Attorneys for Defendant

IT IS SO ORDERED this _____ day of _____, 2005.

_____
      U.S.D.J.