IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY,<br><br>        Plaintiffs,<br><br>v.<br><br>TEXACO REFINING AND MARKETING INC.,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 88-263-SLR<br>:<br>:<br>:<br>:<br>: |

<u>STIPULATION AND ORDER</u>

IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

1.  Defendant shall serve its answering brief and supporting papers in opposition to plaintiffs' Motion To Enforce Judgment not later than September 9, 2005.

2.  Plaintiffs shall serve their reply brief and supporting papers in support of their Motion To Enforce Judgment not later than September 30, 2005.

COOCH & TAYLOR

*/s/ C. Scott Reese*
C. Scott Reese (#2036)
824 N. Market Street
P.O. Box 1680
Wilmington, DE  19899-1680
(302) 984-3811
  Attorneys for Plaintiffs

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Richard D. Allen

Richard D. Allen (#469)
Megan Ward Cascio (#3785)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for Defendant


IT IS SO ORDERED this ____ day of _____, 2005.


_____
        U.S.D.J.