IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY, <br><br> Plaintiff, <br><br> v. <br><br> TEXACO REFINING AND MARKETING, INC., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civ. Action No. 88-263-SLR |

## MOTION FOR RELIEF FROM JUDGMENT

Defendant, Texaco Refining and Marketing, Inc., hereby moves this Court, pursuant to Federal Rule of Civil Procedure 60(b)(5), for an Order for relief from judgment finding that Texaco has satisfied the requirements of this Court's November 6, 1993 Injunction Order insofar as it required Texaco to (1) study the possible impact of future noncomplying discharges at its former Delaware Refinery under its NPDES permit, and (2) study the possible effect of past noncomplying discharges at the Refinery. The grounds for this motion are more fully set forth in the Defendant's Answering Brief in Opposition to Plaintiffs' Motion to Enforce Judgment and in Support of its Motion for Relief from Judgment and supporting Declarations submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL


_____*/s/ Megan Ward Cascio*_____
Richard D. Allen (#469)
Megan Ward Cascio (#3785)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
  *Attorneys for Defendant*


OF COUNSEL:

Anthony F. King
Julie M. Domike
John W. Kampman
WALLACE KING MARRARO
  & BRANSON, PLLC
1050 Thomas Jefferson St., N.W.
Washington, DC 20007

(202) 204-1000



September 9, 2005

## <u>CERTIFICATE OF SERVICE</u>

I Megan Ward Cascio, hereby certify that on September 9, 2005 I electronically filed

**DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT** with the Clerk of Court using

CM/ECF, which will send notification of such filing(s) to the following:

> C. Scott Reese, Esquire
> Cooch & Taylor
> 824 N. Market Street
> Suite 1000
> P.O. Box 1680
> Wilmington, DE  19899-1680

I also certify that copies were caused to be served on September 9, 2005 upon the

following in the manner indicated:

> **<u>BY HAND DELIVERY:</u>**
>
> C. Scott Reese, Esquire
> Cooch & Taylor
> 824 N. Market Street
> Suite 1000
> P.O. Box 1680
> Wilmington, DE  19899-1680
>
> **<u>BY FEDERAL EXPRESS</u>**
>
> Mitchell S. Bernard, Esquire
> Nancy S. Marks, Esquire
> Amelia Toledo, Esquire
> Natural Resources Defense Council
> 40 West 20th Street
> New York, New York  10011

> */s/ Megan Ward Cascio*
> Megan Ward Cascio (#3785)
> 1201 N. Market Street
> P. O. Box 1347
> Wilmington, DE 19899-1347
> mcascio@mnat.com
> Attorneys for Defendant