IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY,<br><br>Plaintiff,<br><br>v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>Defendants. | Civ. Action No. 88-263-SLR |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

        I am counsel to defendant Texaco Refining and Marketing, Inc., which has filed a brief in Opposition to Plaintiffs' Motion to Enforce Judgment and a Motion for Relief from Judgment.  Both defendant's and plaintiffs' motions involve the dispute regarding the requirements of this Court's November 6, 1993 Injunction.  My co-counsel, John W. Kampman, has had discussions with Mitchell Bernard, counsel for plaintiffs, concerning the subject matter of both defendant's and plaintiffs' motions, as detailed in plaintiffs' Statement Pursuant to Local Rule 7.1.1.  These discussions have occurred for more than a year and have included correspondence, telephone conversations, and an in-person meeting.  The discussions have demonstrated that the parties have contrasting views on both the substantive issues and on a procedure to resolve them through arbitration.  Consequently, defendant's motion is necessary.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                            */s/ Megan Ward Cascio*
                                      Richard D. Allen (#469)
                                      Megan Ward Cascio (#3785)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, Delaware 19899
                                      (302) 658-9200
                                       *Attorneys for Defendant*

OF COUNSEL:

Anthony F. King
Julie M. Domike
John W. Kampman
WALLACE KING MARRARO
 & BRANSON, PLLC
1050 Thomas Jefferson St., N.W.
Washington, DC 20007
(202) 204-1000

September 9, 2005