# EXHIBIT 1

# CURRICULUM VITAE
# CLARK R. ALEXANDER, JR.
(Current to 06/05)

**Personal Information:**
Born: 21 June 1960, Inglewood, CA
Married: Debora L. Alexander, 2 children
Soc. Sec. No.: 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
Email: clark@skio.peachnet.edu

**Present Address:**
Skidaway Institute of Oceanography
10 Ocean Science Circle
Savannah, GA 31411 USA
Phone:912-598-2329/FAX:912-598-2310

## Education:

| | | |
|---|---|---|
| 1990 | **Ph.D.** | North Carolina State University, Marine Sedimentology |
| 1985 | **M.S.** | North Carolina State University, Marine Geology |
| 1983 | **B.S.** | Humboldt State University, Oceanography (Cum Laude) |
| 1983 | **B.A.** | Humboldt State University, Geology |

## Work Experience:

| | |
|---|---|
| 2003-P | **Director,** Applied Coastal Research Laboratory, Georgia Southern University |
| 2003-P | Adjunct Faculty, Dept. of Marine Science, Savannah State University |
| 2002-P | **Professor,** Skidaway Institute of Oceanography |
| 1997-02 | **Associate Professor,** Skidaway Institute of Oceanography |
| 1994-P | Adjunct Faculty, Dept. of Geology and Geography, Georgia Southern University |
| 1992-P | Adjunct Faculty, Dept. of Marine Science, Univ. of Georgia-Athens |
| 1991-97 | **Assistant Professor,** Skidaway Institute of Oceanography |
| 1989-91 | **Postdoctoral Scientist,** Skidaway Institute of Oceanography |
| 1987-89 | **Sedimentology Laboratory Manager,** SUNY-Stony Brook |
| 1983-87 | **Graduate Research Assistant,** North Carolina State University |

## Professional Affiliations

American Geophysical Union
Geological Society of America (member of Sedimentary Geology Division)
International Association of Sedimentologists
National Association of Geology Teachers
Savannah Area Geological Society
SEPM (Society for Sedimentary Geology)
The Oceanography Society

1

**PROFESSIONAL ACTIVITIES**

**Professional Service and Experience:**

| | |
|---|---|
| 1988-P | Manuscript reviewer for **Continental Shelf Research, Estuaries, Geology, Geo-Marine Letters, Journal of Geology, Journal of Sea Research, Journal of Sedimentary Research, Marine Geology, and Oceanography.** |
| 1990 | Session Judge, AAPG/SEPM Annual Meeting. |
| 1990-91 | Georgia Nonenergy Offshore Minerals Task Force (adjunct member). |
| 1991-P | Proposal reviewer for **GA, NH, TX, CT, PR and NY Sea Grant, NSF, NOAA-COP, Hudson River Foundation, Fish and Wildlife Fund, US State Department.** |
| 1991-93 | Sediment Processes Working Group Chair, Coastal Ocean Boundaries Interactions and Assessments (COBIA) Initiative, GA/SC Sea Grant. |
| 1993 | First Southeast Coastal Ocean Research Symposium (steering committee member). |
| 1993-94 | ONR Planning Workshops on Continental-Terrace (Shelf and Slope) Sediment Processes (invited participant). |
| 1994 | NOAA National Undersea Research Center, Carolina Capes Region Strategic Planning Workshop (invited participant). |
| 1994 | Session Chairman, SE Coastal Ocean Research Symposium, Seabrook Island, SC. |
| 1995 | Ocean Drilling Program Slope Stability Workshop (invited participant). |
| 1995-96 | Field Trip Chairman, International Congress on Tidal Sedimentation (Tidalites '96). |
| 1996 | NSF Siliciclastic Sedimentation Workshop (invited participant). |
| 1996 | Southeast U.S. NOAA-Coastal Ocean Program Planning Workshop (invited participant). |
| 1996 | Field Trip Co-Leader (two trips), International Conference on Tidal Sedimentation (Tidalites '96). |
| 1996 | Co-organizer, NSF-LMER All-Scientist's Meeting in Savannah, GA. |
| 1996-P | Savannah Area Geological Society. Founding Member and Steering Committee Member; Treasurer 1999-present. |
| 1998-P | Georgia State Shore Protection and Coastal Marshlands Protection Committees (member). |
| 1998-03 | Coordinator, STRATAFORM Deep-Coring initiative. Initial planning meeting hosted at Skidaway Institute in October 1998. |
| 1999 | NSF MARGINS Sed/Strat programmatic planning workshop (invited participant). |
| 2000 | NSF MARGINS Sed/Strat science implementation workshop (invited participant). |
| 2000-P | Floridan Aquifer Task Force (member). |
| 2001 | Convener, Estuarine Sediment Record session, SE-GSA regional meeting. |
| 2001 | Review panel for Oceanography discipline, EPA fellowship program (panel member). |
| 2001 | Coastal Marsh Hammock Advisory Council (ex-officio member). |
| 2001-P | Bottom Mapping Working Group, South Atlantic Fisheries Management Council (GA State Rep.). |
| 2001 | Organizer, Coastal Erosion Workshop, Skidaway Institute of Oceanography. |
| 2002-P | Deep Water Protocol Subcommittee of Bottom Mapping Working Group (member). |
| 2002 | Coastal Hammocks Stakeholder's Council (resource member). |
| 2002-P | Gray's Reef Sanctuary Advisory Council (member). |
| 2002-04 | Technical Advisory Committee and Natural Resources Subcommittee of the tridecadal City/County Master Zoning Steering Committee (member). |
| 2003 | NOAA Workshop on the Scientific Basis for Dock and Pier Management (GA State Rep.). |
| 2003 | NSF-MARGINS New Zealand Planning Workshop, Gisborne, NZ (invited speaker). |
| 2003-P | Bulkhead Working Group (chairman), Coastal Hammocks Stakeholder's Council. |
| 2003-P | Ogeechee River Shortnose Sturgeon Federal Working Group (ad-hoc member). |

2003-P   Skidaway Marine Science Foundation Board (ex-officio member).
2004     GA-DNR Workshop on Open Marsh Water Management for Mosquito Control.
2004-P   CREST (LA wetlands restoration) Program Proposal Panel Review Member
2004     GA Coastal Research Council Marsh Die-Back Symposium.
2004     Savannah River Basin Restoration Workshop, invited speaker.
2005-P   Sapelo Island National Estuarine Research Reserve Advisory Committee (member)

**Field Experience (1983-P):**

- Participated in 51 field programs including 8 in foreign countries.
- Chief Scientist on 23 oceanographic cruises using UNOLS and non-U.S. vessels.
- More than 1.5 years of cumulative time spent on UNOLS vessels (Blue Fin, Cape Henlopen, Kilo Moana, Knorr, Melville, Savannah, Thompson, Washington, Wecoma).
- Experienced with marine coring equipment, geophysical data acquisition systems, GIS and ROVs.

**Publications** (* denotes student author):

*Peer-Reviewed Publications*

1986    **Alexander, Jr., C.R.,** Nittrouer C.A. and D.J. DeMaster. High-resolution seismic stratigraphy and its sedimentological interpretation on the Amazon continental shelf. Continental Shelf Research, 6:337-357.
1991    **Alexander, C.R.,** Nittrouer, C.A. and D.J. DeMaster Sediment Accumulation in a Modern Epicontinental-Shelf Setting: The Yellow Sea. Marine Geology, 98:51-72.
1991    **Alexander, C.R.,** Nittrouer, C.A., DeMaster, D.J., Park, Y.A. and S.C. Park. Macrotidal Mudflats of the Southwestern Korean Coast: A Model For the Interpretation of Intertidal Deposits. Journal of Sedimentary Petrology, 61:805-824.
1991    Eisma, D., Augustinus, P.G.E.F. and **C.R. Alexander.** Recent and Subrecent Changes in the Dispersal of Amazon Mud. Netherlands Journal of Sea Research, 28:181-192.
1993    **Alexander, C.R.,** Smith, R., Schropp, S., Calder, F. and H. Windom. The Historical Record of Metal Enrichment in Two Florida Estuaries. Estuaries, 16:627-637.
1996    Park, Y.A., Wells, J.T., Kim, B.W. and **C.R. Alexander.** Tidal Lamination and Facies Development in the Macrotidal flats of Namyang Bay, West Coast of Korea *in* Tidal Signatures in Modern and Ancient Sediments, B.W. Flemming and A. Bartholoma (eds.) IAS Spec. Pub. 24, pp.183-192.
1996    Syvitski, J., **Alexander, C.,** Field, M., Gardner, J., Orange, D. and J. Yun. Continental Slope Sedimentation: the View from Northern California. Oceanography, 9(3):163-167.
1997    R. Lent and **C. Alexander.** Mercury Accumulation in Devils Lake, North Dakota -Effects of Environmental Variation in Closed-Basin Lakes on Mercury Chronologies. Water, Air, and Soil Pollution, 98: 275-296.
1998    Davis, R.A., **Alexander, C.R.** and V.J. Henry. Tidal Sedimentology: Historical Background and Current Contributions *in* Tidalites: Processes & Products, **C. Alexander,** R. Davis, and J. Henry (eds.). SEPM Special Pub. 61, pp. 1-4.
1999    Sommerfield, C.K., Nittrouer, C.A. and **C.R. Alexander.** $^7$Be as a Tracer of Flood Sedimentation on the Northern California Continental Margin. Continental Shelf Research, 19:335-361.
1999    **Alexander, C.** and A. Simoneau. Spatial Variability in Sedimentary Processes on the Eel River Continental Slope. Marine Geology, 154:243-254.

3

1999 **Alexander, C.** and H. Windom. Quantification of Natural Backgrounds and Anthropogenic Contaminants in a Pristine Arctic Environment: The Anadyr River Basin, Chukotka Peninsula, Russia. Marine Pollution Bulletin, 38:276-284.

1999 Blanton, J., **Alexander, C.**, Alber, M. and G. Kineke. The Mobilization and Deposition of Mud Deposits in a Coastal Plain Estuary. Limnologica, 29:293-300.

1999 **Alexander, C.**, Smith, R., Loganathan, B., Ertel, J., Windom, H. and R. Lee. Pollution History of the Savannah River Estuary and Comparisons with Baltic Sea Pollution History. Limnologica, 29:267-273.

1999 Wiegert, R., Alber, M., **Alexander, C.**, Blanton, J., Chalmers, A., Hodson, R., Moran, M., Pomeroy, L. and W. Wiebe. The Georgia Rivers Land Margin Ecosystem Research Program. Limnologica, 29:286-292.

2000 Windom, H., Smith, R., Niencheski, F. and **C. Alexander**. Uranium in Rivers and Estuaries of Globally Diverse, Smaller Watersheds. Marine Chemistry, 68:307-321.

2000 Naidu, S.A., Cooper, L.W., Finney, B.P., Macdonald, R.W., **Alexander, C.** and I.P. Semiletov. Organic carbon isotope ratios ($\delta^{13}C$) of Arctic Amerasian continental shelf sediments *in* R. Stein (ed.), Arctic Paleo-river discharge and its geological record. International Journal of Earth Sciences, 89:522-532.

2000 Desgagnés, P.*, Locat, J., Lee, H.J., Leroueil, S., **Alexander, C.**, Mountain, G. and L. Pratson. 2000. Geotechnical properties of a mass flow deposit on the Hudson Apron, off New Jersey, U.S.A. 53 rd Canadian Geotechnical Conference, vol.1 pp. 137-144.

2001 Chiarenzelli, J., **Alexander, C.**, Isley, A. and R. Scrudato. Polychlorinated Biphenyls in Non-Accumulating, Century-Old Sediments: Sources, Signatures and Mechanisms of Introduction. Environmental Science and Technology, 35:3280-3286.

2001 Blake, A.C.*, G.C. Kineke, T.G. Milligan, and **C. Alexander**. Sediment trapping and transport in the ACE basin, South Carolina. Estuaries 24:721-733.

2001 Milligan, T.G., Kineke, G.C., Carlson Blake, A.R.*, **Alexander, C.R.** and P.S. Hill. Flocculation And Sedimentation In The Ace Basin, South Carolina. Estuaries 24:734-744.

2002 Smith, L.M.*, **Alexander, C.R.** and A.E. Jennings. Sediment Accumulation in East Greenland Fjords and on the Continental Shelves Adjacent to the Denmark Strait Based on $^{210}Pb$ Geochronology. The Arctic, 55:109-122.

2002 Chiarenzelli, J., **Alexander, C.**, Scrudato, R., Pagano, J., Falanga, L., Connor, B. and M. Milligan. Anomalous concentrations and chlorination of Polychlorinated Biphenyls in sediment downwind of Lake Ontario. Journal of Great Lakes Research, 28:674-687.

2003 **Alexander, C.R.** and C. Venherm. Modern sedimentary processes in the Santa Monica, California continental margin: sediment accumulation, mixing and budget. Marine Environmental Research, 56:177-204.

2003 McGann, M., **Alexander, C.R.** and S.M. Bay. Response of benthic foraminifers to sewage discharge and remediation in Santa Monica Bay, California. Marine Environmental Research, 56:299-342.

2003 Bay, S.M., Zeng, E.Y., Lorenson, T.D., Tran, K. and **C. Alexander**. Temporal and spatial distributions of contaminants in sediments of Santa Monica Bay, California. Marine Environmental Research 56:255-276.

2003 Greenstein, D., Bay, S., Jirik, A., Brown, J. and **C. Alexander**. Toxicity assessment of sediment cores from Santa Monica Bay, California. Marine Environmental Research, 56:277-297.

2003 Jahnke, R.A., **Alexander, C.R.** and J.E. Kostka. Advective Pore Water Input of Nutrients to the Satilla River Estuary, Georgia, USA. Estuarine, Coastal and Shelf Science, 56:641-653..

2003  Blanton, J., H. Seim, **C. Alexander**, J. Amft and G. Kineke. Transport of Salt and Sediments in a Curving Channel of a Coastal plain Estuary: Satilla river, GA. Estuarine, Coastal and Shelf Science. Estuarine, Coastal and Shelf Science, 57:993–1006.

2003  Langley, S, **C. Alexander**, D. Bush and C. Jackson*. Modernizing Shoreline Change Analysis in Georgia Using Topographic Survey Sheets in a GIS Environment. Journal of Coastal Research, Special Issue 38:168-177.

2004  Wakeham, S., J. Forrest, C. Masiello, Y. Gelinas, **C. Alexander** and P. Leavitt. Hydrocarbons In Lake Washington Sediments – A 25-Year Retrospective in an Urban Lake. Environmental Science and Technology, 38:431-439.

2004  Furukawa, Y., Smith, A.*, Kostka, J., Watkins, J. and **C. Alexander**. Quantification of Macrobenthic Effects on Diagenesis Using a Multicomponent Inverse Model in Salt Marsh Sediments. Limnology and Oceanography, 49:2058-2072.

2005  Goff, J., Austin, Jr., J., Gulick, S., Nordfjord, S.*, Christensen, B., Sommerfield, C., Olsen, H. and **C. Alexander**. Post-Transgressive and Modern Erosion on the New Jersey Outer Shelf. Marine Geology, 216:275–296.

2005  Gulick, S., Goff, J., Austin, Jr., J., **Alexander, Jr., C.**, Nordfjord, S.* and C. Fulthorpe. Basal Inflection-Controlled Shelf-edge Wedges off New Jersey Track Sea-Level Fall. Geology, 33:429-432.

*In Press*

2005  Kendall, M.S., Jensen, O.P.*, **Alexander, C.**, Field, D., McFall, G., Bohne, R. and M.E. Monaco. Benthic mapping using sonar, video transects, and an innovative approach to accuracy assessment: A characterization of bottom features in the Georgia bight. Journal of Coastal Research.

2005  **Alexander, C.R.**, Lee, R.F., Burton, D.T. and L.W. Hall, Jr. An integrated case study for evaluating the impacts of an oil refinery effluent on aquatic biota in the Delaware River: Sediment core studies. Human and Ecological Risk Assessment.

*In Review*

2005  Smith, A., Hyun, J-H., Thistle, D., Furukawa, Y., **Alexander, C.** and J. Kostka. Addressing spatial variability by scaling up sediment biogeochemistry to the near ecosystem level in a saltmarsh on the east coast of the U.S. Limnology and Oceanography.

*In Preparation*

2005  Robinson, M.* and **C. Alexander**. GIS and Field-Based Methods to Assess the Impact of Recreational docks on Saltmarsh Vegetation. Coastal Management.

2005  **Alexander, C.R.** Estuarine Sedimentary Processes in the Siberian Arctic: the Anadyr Estuary. The Arctic.

2005  **Alexander, C.R.** and C. Venherm. Quaternary sedimentation on the Northern California slope. Marine Geology.

2005  **Alexander, C.R.** Rapid, Fine-Grained Sediment Accumulation in the ACE Basin NERR, SC: Significance for the Estuarine Sedimentary Record. Geology.

2005  **Alexander, C.**, Borgeld, J. and M. Logan*. The Relative Importance of "Steady-State" Lagoonal Sedimentation and Event Stratigraphy. Estuarine, Coastal and Shelf Science (accepted for publication with minor revision).

5

*Books*

1998    **Alexander, C.,** Davis, R. and J. Henry (eds.). Tidalites: Processes & Products. SEPM Special Publication No. 61, 176 p.

*Published Reports*

1993    Menzel, D.W., Pomeroy, L.P., Lee, T.N., Blanton, J.O. and **C.R. Alexander.** Introduction to Ocean Processes: U.S. Southeast Continental Shelf *in* D.W. Menzel, ed., Ocean Processes: U.S. Southeast Continental Shelf. U.S. Department of Energy, Oak Ridge, TN. Publication DE93010744, pp. 1-8.

1993    Verity, P.G., Lee, T.N., Yoder, J.A., Paffenhofer, G.-A., Pomeroy, L.P., Jahnke, R.A. and **C.R. Alexander.** Processes on the Outer Continental Shelf of the South Atlantic Bight: A Synthesis of DOE-sponsored Research *in* D.W. Menzel, ed., Ocean Processes: U.S. Southeast Continental Shelf. U.S. Department of Energy, Oak Ridge, TN. Publication DE93010744, pp. 45-74.

1997    **Alexander, C.,** Eckman, J.E., Henry, V.J. and R.L. Marinelli. Benthic Characterization of Wassaw Sound: Detailed Analysis. Georgia Department of Natural Resources, Coastal Resources Division, Brunswick, GA. Contribution Series No. 58, 56 p.

1997    **Alexander, C.,** Ertel, J., Lee, R., Loganathan, B., Martin, J., Smith, R,. Wakeham, S. and H. Windom. Pollution History of the Savannah River Estuary. NOAA Technical Memorandum NOS ORCA 115, 178 p.

1999    Foyle, A.M., Henry, V.J. and **C.R. Alexander.** Phase I findings Report: Miocene Aquiclude Mapping Project. Georgia Geologic Survey Project Report 39, 34 p.

2000    Greenstein, D., S. Bay, A. Jirik, J. Brown and **C. Alexander.** Toxicity Assessment of Sediment Cores from Santa Monica Bay. SCCWRP Annual Report, 20 p.

2001    Foyle, A.M., Henry, V.J. and **C. Alexander.** Seawater Intrusion Threat to the Upper Floridan Aquifer, Coastal Georgia and South Carolina. Georgia Geologic Survey Publication Series, Report 39.

2002    Henry, V.J., **Alexander, C.R.** and A.M. Foyle. Gulf Trough and Satilla Line Data Analysis. Georgia Geologic Survey Publication Series, Report 48.

*Unpublished Reports*

1994    **C. Alexander,** J. Ertel, R. Lee, B. Loganathan, J. Martin, R. Smith, S. Wakeham, and H. Windom. Pollution History of the Savannah River Estuary. Final Report to NOAA/National Status and Trends Program, September 1994. Vol. 1 (Text - 39 p.), 2 (Figures - 78 p.), 3 (Appendices - 61 p.).

1995    **C. Alexander** and B. Wenner. Evaluating the Historical Record of Nonpoint Source Pollution in the Ace Basin and Sapelo Island National Estuarine Research Reserves. Final report to Georgia DNR/SC Sea Grant.

2000    **Alexander, C.R.** The Historical Record of Anthropogenic Organic Contaminants within the Sapelo Island National Research Reserve. Final Report to the Sapelo Island National Research Reserve, 20 p.

2001    Foyle, A.M., Henry, V.J., and **C. Alexander.** Using Marine Reflection Seismics to Identify Potential Seawater Intrusion Sites in the Upper Floridan Aquifer of Coastal Georgia and South Carolina. Proceedings of the 2001 Georgia Water Resources Conference.

2003    **C. Alexander** and J. A. Austin, Jr. Cruise Report – KN167-KN168A/B: "AHC-800 Coring on

| | |
|---|---|
| | the New Jersey Shelf for ONR's Geoclutter Initiative", *R/V KNORR*, 27 September – 17 October 2002. |
| 2003 | Alber, M., **Alexander, C.**, Blanton, J. Chalmers, A. and K. Gates. The Satilla River Estuarine System: The Current State of Knowledge. Final Report to GA/SC Sea Grant Programs, 54 p. |
| 2004 | Foyle, A.M., Henry, V.J. and **C.R. Alexander**. Georgia-South Carolina Coastal Erosion Study: Phase 2 Southern Study Region. State of Knowledge Report and Semi-annotated Bibliography, 251 p. |
| 2004 | **C.R. Alexander** and M.H. Robinson. GIS and Field-Based Analysis of the Impacts of Recreational Docks on the Saltmarshes of Georgia. Final Report to the Georgia Coastal Zone Management Program, 40 p. |
| 2004 | **C.R. Alexander** and M.H. Robinson. A Semi-Annotated Bibliography of Barrier-Island Studies Applicable to Georgia's Back-Barrier Islands. Final Report to the Georgia Coastal Zone Management Program, 42 p. |

*Popular Publications*

| | |
|---|---|
| 1991 | **C.R. Alexander.** Barrier Islands: A Geological Perspective. Skidaway Marine Science Foundation Newsletter, March 1991. |
| 1993 | **C.R. Alexander.** The 1886 Charleston Earthquake: Lessons Learned and Lessons Forgotten. Skidaway Marine Science Foundation Newsletter, June 1993. |
| 1994 | Lee, D., **Alexander, C.**, Ertel, J., Loganathan, B., Wakeham, S., Windom, H., Smith, R., Martin, J. and D. Wells. Pollution History of the Savannah River Estuary. Skidaway Institute of Oceanography Environmental Report Series, Report 1, 4 p. |
| 2001 | G. McFall and **C. Alexander**. A Hydrographic Survey of the Seafloor at Gray's Reef National Marine Sanctuary. Skidaway Marine Science Foundation Newsletter, 17:17-18. |

*Published Abstracts*

| | |
|---|---|
| 1985 | **Alexander, C.***, C. Nittrouer and D. DeMaster. Interpretation of seismic stratigraphy on the Amazon continental shelf. Geological Society of America Abstracts with Programs, 17:511. |
| 1986 | **Alexander, C.***, C. Nittrouer and D. DeMaster. Changes in sedimentation patterns associated with the Amazon subaqueous delta ). Society of Economic Paleontologists and Mineralogists Midyear Meeting Abstracts, 3:1. |
| 1986 | Elliott, R.*, **C. Alexander***, D. DeMaster, C. Nittrouer and B. McKee*. Rates of sedimentary processes in the continental-shelf deposits of the Yangtze and Yellow River dispersal systems. Society of Economic Paleontologists and Mineralogists Midyear Meeting Abstracts, 3:33. |
| 1987 | **Alexander, C.***, C. Nittrouer, D. DeMaster, and R. Elliott*. Sedimentary characteristics and accumulation rates in the Yellow Sea. Ocean Sciences Meeting Abstracts, EOS, 68:1735. |
| 1988 | **Alexander, C.***, C. Nittrouer, and D. DeMaster. Comparison between pericontinental- and epicontinental-shelf sedimentation as expressed by high-resolution seismic stratigraphy: Amazon shelf versus Yellow Sea. Chapman Conference on the Fate of Particulate and Dissolved Components Within the Amazon Dispersal System: River and Ocean, Extended Abstracts Volume, p. 153-159. |
| 1988 | **Alexander, C.***, C. Nittrouer, D. DeMaster, Y. Park, and S. Park. Sedimentological and radiochemical characterization of sedimentary processes in the tidal flats of Southwestern Korea. Society of Economic Paleontologists and Mineralogists Midyear Meeting Abstracts, 5:1. |

7

1988  Alexander, C.*, C. Nittrouer, and D. DeMaster. Microstratigraphy of Yellow Sea muds: Relationship to sedimentological properties and compressional-wave seismic velocity. Workshop on Clay Microstructure, 4-7 Oct 1988, at NSTL, Miss.

1988  Alexander, C.*, C. Nittrouer, and D. DeMaster. Sedimentary structure of Yellow Sea deposits and its application to ancient epicontinental-sea mudrocks. Geological Society of America Abstracts with Programs, 20:A78.

1988  Nittrouer, C., C. Alexander*, R. Kowsmann, and D. DeMaster. High-resolution seismic stratigraphy of the Amazon continental shelf. Proceedings of the XXXV Brazilian Geological Congress, Belem, Brazil, 2:466-480.

1990  Alexander, C., C. Nittrouer, and D. DeMaster. Holocene sedimentation in a modern, fine-grained epicontinental-shelf setting: The Yellow Sea. 13th Ann. Sedimentological Congress of the Int. Ass. Sedimentologists Abstracts.

1991  Alexander, C., R. Smith, F. Calder, S. Schropp, and H.L. Windom. Historical trends in trace-metal contamination of Florida estuaries during the past 50 years. 11th Biennial National Estuarine Research Federation Mtg., San Francisco, CA.

1991  Nittrouer, C., S. Kuehl, and Alexander, C. Contrast of microfabric character in fine-grained sediment from an open-shelf environment (Amazon shelf) and epicontinental-shelf environment (Yellow Sea). Abstracts, NE Section Geological Society of America Ann. Mtg.

1993  Alexander, C., Y-C. Chen* and H.L. Windom. Sedimentary properties and processes in Georgia salt marshes. International Geographical Union Commission on Coastal Systems Symposium on Sediment Dynamics, Deposition, and Erosion in Temperate Salt Marshes, LUMCON, Cocodrie, LA.

1993  Borgeld, J., C. Alexander, S. Ryan*, and T. Wilson*. Sedimentary Regimes in Big Lagoon, Northwestern California. The Oceanography Society, Seattle, WA.

1993  Alexander, C. and S.B. Bricker. Carbon Burial and Preservation in Intertidal and Subtidal Environments of "End-Member" East Coast Estuaries. 12th Biennial Estuarine Research Federation Mtg., Hilton Head, S.C.

1994  Alexander, C., H. Windom, and R. Smith. Pollution History of the Savannah River Estuary: Inorganic Constituents. Southeastern Coastal Ocean Research Symposium, Seabrook Island, SC.

1994  Lee, D., B. Loganathan, J. Ertel, C. Alexander, and J. Martin. Sedimentary Records of Pesticides, Polychlorinated Biphenyls and Polycyclic Aromatic Hydrocarbons in the Savannah Estuary. Southeastern Coastal Ocean Research Symposium, Seabrook Island, SC.

1994  Alexander, C. and J. Borgeld. Lagoonal Sedimentation and Event Stratigraphy in a Northern California Lagoon. AGU Fall Meeting, San Francisco.

1995  Alexander, C. and H. Windom. Evaluation of Radioactivity in the Anadyr River Basin. Arctic Nuclear Waste Assessment Program meeting, Woods Hole, MA.

1995  Alexander, C. Particle Properties and Sediment Dynamics Within Georgia Estuaries. SEPM First World Sedimentological Congress, St. Petersburg, FL.

1995  Alber, M., G. Kineke, C. Alexander, J. Blanton, and R. Hodson. Particle-Mediated Carbon Dynamics in a Southeastern Estuary. Estuarine Research Federation Nat. Mtg., Corpus Christi, TX.

1995  Blanton, J., G. Kineke, C. Alexander, A. Simoneau, and J. Amft. Mobilization and Deposition of Fluid Mud in a Coastal Plain Estuary. Estuarine Research Federation Nat. Mtg., Corpus Christi, TX.

1995  Alexander, C., J. Ertel, H. Lee, B. Loganathan, S. Wakeham, and H. Windom. High-Resolution Records of Pollutant Input to the Savannah River Estuary. Estuarine Research Federation Nat. Mtg., Corpus Christi, TX.

| | |
|---|---|
| 1996 | **Alexander, C.** Slope Sedimentation on the Eel River Continental Margin. AGU/ASLO Meeting, San Diego, CA. |
| 1996 | **Alexander, C.** Patterns and Processes of Sediment Accumulation in the Mesotidal Savannah River Estuary. International Conference on Tidal Sedimentation, Savannah, GA. |
| 1996 | **Alexander, C.**, M. Alber and J. Blanton. Particulate Material in Georgia Estuaries: Composition, Concentration and Transformation. ERF96/ECSA 26 Meeting, Middleburg, The Netherlands. |
| 1996 | **Alexander, C.** Benthic Mapping of Estuarine Habitats. National Fisheries Association Annual Meeting (South Carolina Chapter), Aiken, SC. |
| 1996 | **Alexander, C.** and A. Simoneau. Spatial and Temporal Variability in Sedimentary Processes on the Eel River Continental Slope. 1996 Fall AGU Meeting, San Francisco. |
| 1997 | **Alexander, C.** and A. Simoneau. Sediment Dynamics and Bottom Morphology in the Satilla River Estuary. 1997 ERF Meeting, Providence, RI. |
| 1997 | **Alexander, C.** and H. Windom. Do Pollution Histories from the ACE Basin, SC Document Redistribution of Polluted Sediments by ICW Dredging Activities? 1997 ERF Meeting, Providence, RI. |
| 1998 | Sommerfield, C., **C. Alexander**, and C. Nittrouer. Be-7 as a Tracer of Fluviomarine Sediment Dynamics on the Eel River Continental Margin, USA. 1998 Ocean Sciences Meeting, San Diego, CA. |
| 1998 | Windom, H., **C. Alexander**, J. Schubauer-Berigan and A. Craig*. Indicators of Trends Towards Coastal Eutrophication. 1998 SECOR Meeting, Savannah, GA. |
| 1998 | **C. Alexander.** Suspended and Bottom Sediment Characteristics in Georgia Estuaries. 1998 SECOR Meeting, Savannah, GA. |
| 1998 | **Alexander, C.**, J. Ertel, R. Lee, B. Loganathan, R. Smith, S. Wakeham, and H. Windom. Pollution History of the Savannah River Estuary. 1998 SETAC Annual Meeting, Charlotte, NC. |
| 1998 | **Alexander, C.** Rates and Products of Sedimentary Processes on 100-y and 1000-y Timescales in the Northern California Continental Margin. 1998 Fall AGU Meeting, San Francisco, CA. |
| 1998 | Lee, H., B. Edwards, S. Weisberg, S. Bay, E. Zeng, **C. Alexander**, M. Dojiri. Evaluating Changing Sediment Contamination, Santa Monica Bay, CA. 1998 Fall AGU Meeting, San Francisco, CA. |
| 1999 | Elfers, T.* and **C. Alexander**. Rapid Sediment Accumulation in the ACE Basin NERR, SC. 1999 SE GSA Annual Meeting, Athens, GA. |
| 2000 | **Alexander, C.** Sommerfield, C. and H. Lee. Sedimentary Processes on the Santa Monica Shelf and Slope and its Relationship to Physical Dynamics. Ocean Sciences Meeting, San Antonio, TX. |
| 2000 | **Alexander, C.** and R. Jahnke. Sedimentary Geology and its Influence on Geochemical Cycling Within the Satilla River Estuary, Georgia. SE GSA Annual Meeting, Charleston, SC. |
| 2000 | **Alexander, C.**, C. Sommerfield and H. Lee. Dispersal and Accumulation of Modern Sediments on the Santa Monica Shelf and Slope. Southern California Academy of Sciences Annual Meeting, Los Angeles, CA. |
| 2000 | **Alexander, C.**, T. Milligan and G. Kineke. Tidally Influenced Fine-Grained Sediment Dynamics in the ACE Basin, South Carolina. Tidalites 2000, Seoul, Korea. |
| 2000 | **Alexander, C.** and C. Venherm. Millennial-Scale Sedimentary Processes on an Accretionary Continental Slope. Fall AGU Meeting, San Francisco, CA. |
| 2001 | **Alexander, C.** and C. Venherm. Southeastern Estuaries: Patterns and Processes of Deposition and Accumulation. SE GSA Meeting, Raleigh, NC. |
| 2001 | Wakeham, S., Forrest, J., Biersmith, A., Gelinas, Y., **Alexander, C.** and C. Masiello. Aliphatic and aromatic hydrocarbons in Lake Washington sediments – A 25-year retrospective. International Meeting of Organic Geochemistry, Nancy, France. |

2001    **Alexander, C.** Delineation and Quantification of Continental Margin Dispersal Systems. *Invited Keynote talk,* Chapman Conference on Continental Margins, Puerto Rico.

2001    **Alexander, C.** The Stratigraphic Signature of Slope Sedimentary Processes: The Eel Margin Example. Chapman Conference on Continental Margins, Puerto Rico.

2001    **Alexander, C.** The Application of Naturally-Occurring Radionuclides to the Study of Estuarine Sedimentary Processes. *Invited Keynote talk,* 11th National Congress on Geochemistry, Ensenada, MX.

2001    Foyle, A., Henry, V., and **Alexander, C.** The Floridan Aquifer On The Georgia/South Carolina Coast: Using High-Resolution Geophysics To Locate Areas Susceptible To Seawater Intrusion. 2001 GSA National Meeting, Boston.

2001    Kineke, G.C., Geyer, W.R., Milligan, T.G., **Alexander, C.R.**, Ramsey, A.L., Blake, A.C.*. Sediment trapping and localized mud accumulation in two estuaries, southeastern US. 2001 GSA National Meeting, Boston.

2001    Harris, M.S., Wright, E.E., Bush, D.M., **Alexander, C.**, Edgar, T. and J. Ennis. A GIS data compilation and dissemination model for local- and regional-scale framework geology studies: An example from the South Carolina – Georgia coastal erosion study. 2001 GSA National Meeting, Boston.

2001    **Alexander, C.R.**, Bush, D.M., Foyle, A.M., Langley, S.K., Henry, V.J., And Jackson, C*. An integrated GIS-based approach to quantifying the rates of shoreline change in the Georgia Bight: A progress report. 2001 GSA National Meeting, Boston.

2001    Orpin, A.R., Lewis, K.B., Carter, L., **Alexander, C.R.** and S.A. Kuehl. New Sediment Pathways On The Poverty Bay Continental Slope That Bypass The Major Submarine Canyon System. New Zealand Geological Society Annual Meeting, New Zealand.

2002    Hamelin, I.A., Chiarenzelli, J.R., **Alexander, C.R.,** and Pagano, J.J*. Contaminant Deposition And Remobilization On The Tug Hill Plateau. Geological Society of America, 2002 NE Section Annual Meeting, MA.

2002    Foyle, A.M., Henry, V.J., **Alexander, C.R.,** , Bush, D.M., Langley, S.K. Developing A State-Of-Knowledge Report For The Georgia Bight As Part Of The South Carolina-Georgia Coastal Erosion Study (Phase II): Initial Findings. Geological Society of America, 2002 SE Section Annual Meeting, TN.

2002    Bush, D.M., **Alexander, C.R.**, Foyle, A.M., Langley, S.K., Henry, V.J., Jackson, C.W.*, and C. Wilson*. Quantitative Shoreline Change Analysis Of The Georgia Coast From Aerial Photography. Geological Society of America, 2002 SE Section Annual Meeting, TN.

2002    **Alexander, C.** The Application of Naturally-Occurring Radionuclides to the Study of Estuarine Sedimentary Processes. Geological Society of America, 2002 SE Section Annual Meeting, TN.

2002    **Alexander, C.**, McFall, G., Battista, T., and R. Bohne. Benthic habitat characterization of the Gray's Reef National Marine Sanctuary using sidescan, multibeam and GIS techniques. Symposium on the Effects of Fishing Activities on Benthic Habitats: Linking Geology, Biology, Socioeconomics, and Management, Tampa, FL.

2002    Kostka, J., A. Smith, Y. Furukawa and **C. Alexander**. Elucidating the Effects of Macrofauna vs. Macrophytes on Sediment Biogeochemistry in the Georgia Saltmarsh. 2002 Ocean Sciences Meeting.

2002    Harris, S., Wright, E., Dufrene, T., Bush, D., **Alexander, C.**, And Edgar, T. Data Management and Dissemination Within A Large Cooperative Program: The USGS-South Carolina Sea Grant Consortium Coastal Erosion Study Geological Society of America, 2002 SE Section Annual Meeting, TN.

| | |
|---|---|
| 2003 | Dechant, D.*, D. Freile, A. Eisin*, S. Autry*, C. Young*, B. Christensen and **C. Alexander**. Temporal and Spatial Variations of Heavy Metal Concentrations in Developed and Undeveloped Marshes on Skidaway Island, Georgia. 2003 SEGSA Meeting, Memphis, TN. |
| 2003 | Christensen, B. and **C. Alexander**. Pleistocene and Recent Depositional Environments of the New Jersey Margin: Preliminary Results From Long Coring. 2003 SEGSA Meeting, Memphis, TN. |
| 2003 | **Alexander, C.**, McFall, G., M. Kendall, Battista, T., and R. Bohne. Benthic habitat characterization of the Gray's Reef National Marine Sanctuary using sidescan, multibeam and GIS techniques. SECOS Meeting, Charleston, SC. |
| 2003 | **Alexander, C.** and G. Kineke. The Estuarine Sedimentary Record of Rapid, Fine-Grained Sediment Accumulation in the ACE Basin NERR, SC. *Invited speaker*. 2003 Estuarine Research Federation Meeting, Seattle, WA. |
| 2003 | Craig, A.*, **C. Alexander** and M. Alber. GIS-based Comparisons of Geomorphic Variables in a Restored and Natural Marsh in Georgia. 2003 Estuarine Research Federation Meeting, Seattle, WA. |
| 2003 | Robinson, M.*, and **C. Alexander**. GIS and Field-Based Analysis of the Individual and Cumulative Impacts of Recreational Docks on the Salt Marshes of Georgia. 2003 Estuarine Research Federation Meeting, Seattle, WA. |
| 2003 | Orpin, A., Carter, L., Lewis, K., Kuehl, S. and **Alexander, C.** Quantifying deposition from the very muddy Waipaoa River on the Poverty shelf and margin re-entrant, New Zealand. Geophysical Research Abstracts vol. 5, p. 4871. EGS-AGU-EUG Joint Assembly, Nice, France, April 2003. European Geophysical Society. |
| 2003 | Layfield, R. Jr.*, Donnelly, V.*, Dechant, D.*, Kendrick, T., Thompson, J.*, Christensen, B., Freile, D., **Alexander, C.**, and Venherm, C. Downcore Variation Of Sediment Grain Size In A Coastal Georgia Marsh. GSA Annual Meeting, Seattle, WA. |
| 2003 | **Alexander, C.**, C. Sommerfield, J. Austin, B. Christensen, C. Fulthorpe, J. Goff, S. Gulick, S. Nordfjord*, D. Nielson, S. Schock. Sedimentology and Age control of late Quaternary New Jersey Shelf deposits. AGU Fall 2003 Meeting, San Francisco, CA. |
| 2003 | Christensen, B.A., J.A. Goff, **C. Alexander**, J.A. Austin, S.P.S. Gulick, C.S. Fulthorpe, S. Nordfjord*, C. Sommerfield, C. Venherm, S. Schock, D.L. Nielson. Late Pleistocene Depositional Environments of the NJ Continental shelf: Foraminiferal evidence. AGU Fall 2003 Meeting, San Francisco, CA. |
| 2003 | Fulthorpe, C.S., J.A. Goff, J.A. Austin, Jr., S.P.S. Gulick, S. Nordfjord*, **C. Alexander**, C. Sommerfield, B. Christiansen, S. Schock, D.L. Nielson. Enigmatic Shallow Subsurface Stratigraphy on the New Jersey Mid-Outer Shelf: Catastrophic Erosion or Diagenesis? AGU Fall 2003 Meeting, San Francisco, CA. |
| 2003 | Gulick, S.P.S., C.S. Fulthorpe, J.A. Goff, J.A. Austin, S. Nordfjord*, C. Sommerfield, Jr., **C. Alexander**, B. Christiansen, S. Schock, D.L. Nielson. Mapping a Pre-Last Glacial Maximum Paleo-Seafloor and Shelf-Slope Sediment Wedges beneath the New Jersey shelf. AGU Fall 2003 Meeting, San Francisco, CA. |
| 2003 | Nielson, D.L., M. Pardey, J.A. Austin, J. Goff, **C. Alexander**, B.A. Christensen, S.P.S. Gulick, C.S. Fulthorpe, S. Nordfjord*, C. Sommerfield, C. Venherm, S. Schock. Active heave-compensated coring on the New Jersey shelf. AGU Fall 2003 Meeting, San Francisco, CA. |
| 2003 | Nordfjord, S.*, J.A. Goff, J.A. Austin, C.S. Fulthorpe, S.P.S. Gulick, C. Sommerfield, Jr., **C. Alexander**, B. Christiansen, S. Schock, D.L. Nielson. Geomorphologic comparisons of shallowly buried, dendritic drainage systems imaged on the outer New Jersey shelf with modern records of both fluvial and tidal influences. AGU Fall 2003 Meeting, San Francisco, CA. |
| 2003 | Christensen, B. A., Goff, J., **Alexander, C. R.**, Austin, J. A., Fulthorpe, C., Gulick, S., Nordfjord, S.*, Sommerfield, C., Venherm, C., and Walsh, D.*. A comparison of Pleistocene |

|      |   |
|------|---|
|      | and Recent depositional environments on the NJ Continental shelf. 2003 Annual Meeting, American Association of Applied Palynologists. |
| 2004 | **Alexander, C.**, D. Bush, S. Langley, T. Foyle, C. Jackson* and J. Henry. An Integrated GIS-Based Approach to Quantifying the Rates of Shoreline Change in the Georgia Bight: Final Results. 2004 NE/SE Sections GSA Annual Meeting, Washington, D.C. |
| 2004 | Howell, S.,* **C. Alexander** and D. Rhoades. Shoreline Change At Fort Pulaski, Georgia: A Remote Sensing Approach. 2004 NE/SE Sections GSA Annual Meeting, Washington, D.C. |
| 2004 | Sommerfield, C., S. Nordfjord*, J. Goff, J. Austin, **C. Alexander**, S. Gulick, C. Fulthorpe, B. Christensen and S. Schock. Paleohydraulic Characteristics Of Latest Pleistocene Channel Networks On The New Jersey Shelf. 2004 NE/SE Sections GSA Annual Meeting, Washington, D.C. |
| 2004 | Freile, D., Christensen, B., **Alexander, C.**, Donnelly, V.*, Layfield, T.*, Venherm, C., Elliott, W. C.*, and Elser, A*. Out Of The Blue: Evidence Of A Blue Clay Zone On Skidaway Island: Promising Indication Of A Quaternary Marker On The Georgia Coast? 2004 NE/SE Sections GSA Annual Meeting, Washington, D.C. |
| 2004 | **Alexander, C.** Retrospective Studies in Marginal Marine Environments: Reading the Sediment Record. *Invited talk.* ASLO 2004 Summer Meeting, Savannah, GA. |
| 2004 | **Alexander, C.**, Ivester, A., Brook, G. and P. Srivastava. Preliminary Chronology of the Back-Barrier Islands of the Georgia coast: Implications for Saltmarsh Formation. Chapman Conference on Saltmarsh Geomorphology, Halifax, Canada. |
| 2004 | Robinson, M. and **C. Alexander.** GIS and Field-Based Analysis of the Impacts of Recreational Docks on the Saltmarshes of Georgia. Coastal Geotools Conference, Myrtle Beach, SC, March 2005. |
| 2004 | Howell, S and **C. Alexander.** Rates and Processes of Shoreline Change at Fort Pulaski National Monument, GA: A GIS-Based Assessment. Coastal Geotools Conference, Myrtle Beach, SC, March 2005. |
| 2004 | **Alexander, C.**, Christensen, C., Goff, J., Austin, J., Venherm, C., Nordfjord, S., Gulick, S., Sommerfield, C., Fulthorpe, C., and Schock, S. Paleochannel Incision and Infill on the New Jersey Shelf: Timing, Character And Depositional Environment. 2005 SE GSA Meeting, Biloxi, MS. |

**Invited Research Presentations**

| | |
|---|---|
| 1989 | Department of Geology, Franklin and Marshall College. |
| 1989 | Department of Geology, University of Delaware. |
| 1989 | Department of Geology, California State University-Long Beach. |
| 1989 | Skidaway Institute of Oceanography |
| 1990 | Skidaway Institute of Oceanography |
| 1991 | Virginia Institute of Marine Science |
| 1994 | Department of Geology, Georgia Southern University |
| 1997 | Department of Geology, University of Georgia |
| 1997 | Monterey Bay Aquarium Research Institute |
| 1997 | Department of Geological Sciences, University of South Carolina |
| 1997 | Marine Resources Research Institute/University of Charleston, Ft. Johnson, SC |
| 1999 | United States Geological Survey, Menlo Park, CA |
| 2000 | Department of Geology and Geography, Georgia Southern University |
| 2001 | Keynote Address, Chapman Conference on Continental Margins, Ponce, PR |

| | |
|---|---|
| 2001 | Keynote Address, 11th National Congress on Geochemistry, Ensenada, MX |
| 2002 | Department of Geological Sciences, University of South Carolina. |
| 2002 | Skidaway Institute of Oceanography |
| 2003 | NSF-MARGINS planning workshop, Gisborne, NZ |
| 2003 | Department of Geology and Geography, Georgia Southern University |
| 2003 | Department of Geology, Georgia State University |
| 2003 | Department of Marine Studies, Savannah State University |
| 2003 | DOSECC 7th Annual Meeting on Scientific Drilling |
| 2004 | Skidaway Institute of Oceanography |
| 2004 | Savannah State University |
| 2004 | The Nature Conservancy |