# Exhibit
# 1

# Michael H. Salazar

11648 - 72nd Place NE
Kirkland, WA 98034
Voice 425.823.3905
Fax 425.814.4998
appbio@comcast.net
http://appliedbiomonitoring.com



## *Overview*

Mr. Salazar has over 37 years of experience in environmental monitoring and assessment, design and development of *in-situ* bioassay methodologies, field monitoring and toxicity testing, data interpretation, protocol development, criteria evaluation, ecological risk, human health, and natural resource damage assessment, program management environmental negotiation, and meeting facilitation. Throughout his career he has demonstrated leadership, direction, and creativity that are unsurpassed. His vision of environmental monitoring and assessment in terms of characterizing exposure and effects over space and time has utilized state-of-the-art methodologies and interpretation of results that are beyond what many investigators have even contemplated. This includes the integration of bioaccumulation, biomarkers, and field experiments into more traditional monitoring programs.

### *Innovation, Communication, Credibility*
His innovative approaches for scientific solutions to real-world problems have been widely recognized. He has been an active member of the scientific community and generally recognized as an excellent communicator through verbal, written, and graphic presentations. Finally, his credibility is unsurpassed in government, industry, and academia. He has a unique ability to focus attention on very specific details without missing the big picture. In other words, he can see the forest through the trees and the trees through the forest. He has formulated and influenced major policy decisions related to environmental monitoring and assessment programs everywhere he has worked, including recent water, sediment, and tissue quality monitoring in the United States and Canada.

### *37 years of experience in environmental monitoring and assessment*
- Conducted over 30 sediment bioassays for US Navy dredging projects
- Conducted a large number of water column bioassays on various contaminants
- Participated in numerous traditional and developmental field monitoring studies
- Specializes in ecotoxicological effects of metals and organics in marine and freshwater bivalves
- Extensive experience with tributyltin (TBT) antifouling coatings, PCBs, copper, and ammonia
- Familiarity and experience with State of Washington, US, & Canadian regulatory processes including ecological, human health risk and damage assessments
- Environmental negotiator for both the US Navy, NOAA, & industrial clients

### *Innovation*
- Developed laboratory and field bioassay protocols for static, flow-through, and *in-situ* testing
- Designed and established 2 bioassay laboratories
- Designed, planned and conducted over 65 bivalve transplant studies (over 65,000 bivalves)
- Developed an ASTM Standard Guide for Conducting Field Bioassays with Caged Bivalves
- Developed protocols for Standard Methods for the Examination of Water & Wastewater
- Developed the exposure-dose-response triad to emphasize exposure & effects monitoring
- Pioneered the measurement of bioaccumulation & growth in the lab & the field for risk assessment
- Developed a benthic cage for long-term exposures (1 year) to assess endocrine disruption

*Communication*
- Over 75 literature publications; over 125 presentations at scientific meetings
- Published 8 book chapters, all on environmental monitoring and assessment
- Charter member and Past President - Pacific Northwest SETAC
- Member of SETAC and ASTM since 1990
- Organized sessions and short course on *in-situ* bioassays for SETAC '95, '97, '02, 04; ATW '98, '00, '01
- Chair of ASTM subcommittee for aquatic *in-situ* bioassays, organized workshop in 2002

*Credibility*
- Developed working relationships with government, industry, academia and consulting firms to demonstrate in-situ testing methodologies, integration of bioaccumulation, biomarkers, and field experiments into the monitoring and assessment process and support the proper use of these data
- Named the "inspirational leader" of the Navy Research Lab Environmental Monitoring Group
- Gained the respect of scientists, attorneys and citizens groups in role as injury assessment coordinator
- Predicted water and tissue concentrations of TBT associated with adverse effects years before others
- Discovered discrepancies in sediment chemistry data for Harbor Island when nobody else noticed
- Critical reviews of US EPA water & sediment quality criteria

## Technical Experience

*Environmental Monitoring & Assessment*
Mr. Salazar's entire scientific career has been devoted to environmental assessment issues. In his primary roles as Program Manager, Senior Scientist, and Principal Investigator, Mr. Salazar's extensive scientific background and management skills have been utilized in a variety of ways. He frequently served as Environmental Liaison, coordinating and negotiating environmental assessment programs to the satisfaction of the client and cognizant regulatory agency. During his tenure as Senior Scientist for the US Navy, he provided liaison support on such matters as the sewage outfall at San Clemente Island, California, the development of a mockup missile launch facility at Point Mugu, California, homeporting at Everett, Washington, crab processing at Adak Island, Alaska, and each of 30 sediment bioassays conducted for naval facilities in San Diego Bay. Similar duties, but on a more intense level, accompanied his work with NOAA's Damage Assessment Center between 1991-1994. Mr. Salazar has continued to work with regulators on the use and development of new methods for monitoring water and sediment quality including laboratory bioassays, field bioassays, and benthic community monitoring. With 37 years experience as an environmental liaison, Mr. Salazar is recognized for his role as a technical leader and his ability to maintain scientific credibility during all aspects of the process.

A substantial portion of Mr. Salazar's efforts have been directed at evaluating the ecological ramifications of TBT antifouling coatings. Between 1980 and 1992 he studied the fate and effects of TBT on common estuarine species. This effort included laboratory bioassays, field bioassays, and mesocosm studies. As part of this program he optimized the *in-situ* mussel transplant methodology that has since been expanded to include a wide variety of marine, estuarine, and freshwater bivalve species. Although much of the research funding was terminated after the restrictions were imposed in 1988, TBT has been in a renaissance as regulators and consultants attempt to assess and manage TBT remaining in sediments. Paint chips and paint dust are a particularly difficult problem because they generally appear to be non-toxic and not biologically available in short-term toxicity tests, but still could have more subtle, long-term effects. Mr. Salazar's unique experience with TBT over the years, and particular expertise in developing methods to assess such phenomena, is an invaluable asset in any risk assessment that includes the potential effects of TBT and other bioaccumulative chemicals of concern. He has also provided an extensive review of the EPA Region 10 Interim Sediment Quality Guidelines for TBT and participated in a

number of discussion groups to evaluate that document and is frequently contacted by the Seattle districts of EPA and the COE for technical guidance. He was also contracted by EPA to evaluate updates of Ambient Water Quality Criteria for TBT, cadmium, and copper. He was also contracted by Environment Canada to review two TBT assessment documents. As part of a project to evaluate the potential effects of ammonia for the City of Winnipeg using caged bivalves, Mr. Salazar conducted an intensive review of the EPA Ambient Water Quality Criteria for ammonia.

Since moving to Seattle in 1991, Mr. Salazar has advocated the use of caged bivalves for monitoring water, sediment , and tissue quality. He has conducted over 65 caged bivalve transplant studies to assess potential impacts associated with specific chemicals such as TBT, PAHs, dioxins/furans, PCBs, and metals as well as impacts associated with more chemically complex discharges such as those associated with pulp and paper mill effluents, municipal treatment facilities, and mining operations. Mr. Salazar was contracted by Environment Canada to critique a technical evaluation of using bivalves to monitor mining effluents in Canada. As a result of his critique, recommendations were modified to include both exposure and effects monitoring instead of only measuring metal bioaccumulation.

Most recently, Mr. Salazar has focused on bivalve bioaccumulation, bioeffects, and pathways of exposure for metals. He has developed a working expertise on the relative differences in metal accumulation among various marine and freshwater mussel species. Emphasizing the ecological risk assessment paradigm  project to assess the importance of dietary exposure in setting water quality criteria, using copper, silver, lead, and zinc as case studies. The overall goal is of this project is to assess the relative importance of ingestion as an exposure route contributing to chronic toxicity of certain cationic metals in aquatic organisms. As part of this project, Mr. Salazar conducted a caged marine mussel field validation study in San Diego Bay. As part of another project, a concurrent study was conducted with freshwater mussels on the St. Lawrence River in Montreal. The specific objective of these caged mussel studies was to determine the relative concentrations of selected metals (i.e., copper, silver, lead, and zinc) in four different tissue masses: gills, digestive gland, gonad, and remaining soft tissues. The field validation study will help determine whether (1) water quality criteria as currently are derived protective for sensitive species without explicitly considering dietary exposure, (2) dietary exposure can result in effects at environmentally realistic concentrations, (3) it is possible to establish residue-based effect levels for copper and silver in sensitive marine and freshwater species such that tissue concentrations can be used to evaluate field exposures, and (4) water and dietary exposures in the laboratory produce effects and tissue concentrations that can be reproduced in the field.

### Field Bioassays, Field Monitoring and Toxicity Testing

Mr. Salazar is a recognized leader in the development of *in-situ* monitoring techniques that permit synoptic collection of chemical exposure and biological effects data. Since the early 1970's he has focused on the use of caged bivalves as a tool for environmental assessment. His early work involved the use of byssal thread production in mussels as a indicator of environmental quality. This was one of the first applications of the *in- situ* transplant methodology. Mr. Salazar combined the *in-situ* technology with standard laboratory practices in the design and construction of shore-based microcosm systems. This portable environmental test system was one method used to evaluate tributyltin (TBT) antifouling coatings. Concurrent with the microcosm studies, Mr. Salazar designed and implemented a field bioassay method using caged mussels. The principal advantage of this *in-situ* mussel bioassay is the combination of experimental control and environmental realism. Since the first pilot study conducted in 1973, Mr. Salazar has conducted 60 transplant studies using 18 marine, estuarine, and freshwater bivalve species. Results of these studies have been used by the US Navy in their risk assessment for TBT, NOAA and the US EPA in their evaluations of Superfund sites in Puget Sound, Washington; Tampa, Florida, Sault Ste. Marie, Michigan, and the Sudbury River in Massachusetts, and most recently by the Washington State Department of Natural Resources for a programmatic evaluation of herring stocks in Puget Sound. Mr. Salazar was requested to participate in a study evaluating various remedial technologies for oil spill cleanup. For this effort, he conducted an intertidal transplant study with both mussels and oysters.

The *in-situ* transplant approach has become a well-established monitoring tool accepted by both industry and regulatory agencies. Mr. Salazar has also developed protocols for conducting field studies with caged bivalves. This document appeared for the first time in American Society for Testing and Materials (ASTM)

2001 Annual Book of Standards. The methods have also been accepted by the American Public Health Association in their Standard Methods for the Examination of Water and Wastewater, and Environment Canada for monitoring pulp and paper and mining effluents. He has worked with scientists at Environment Canada's St. Lawrence Center for the past 6 years to develop environmental monitoring and assessment systems for endocrine disrupting chemicals. Biomarkers have been developed to quantify estrogenic effects and a benthic cage was developed to assess long-term effects under environmentally realistic conditions. After one year of exposure to a municipal effluent, sex reversal was experimentally induced in freshwater mussels. The biomarkers also showed estrogenic effects in freshwater mussels exposed to both municipal and pulp and paper mill effluents.

Although Mr. Salazar has focused on *in-situ* bioassays with caged bivalves, he has been intimately involved in other field monitoring activities, participating on research teams conducting environmental studies in San Diego Bay, California; Puget Sound, Washington; Kings Bay, Georgia; Tampa Bay, Florida; Long Beach Harbor, California, and several locations in Canada. These efforts included traditional monitoring methods such as intertidal transects, bottom grabs for sediment and resident infauna, collection of water samples, and physicochemical measurements. Mr. Salazar has also participated in the development of new methods such as bottom surveys using Navy unmanned submersibles, real-time chemical monitoring using flow-through sensors, and mysid transplant studies. His early experience with research methods for chemical and biological monitoring helped develop an appreciation for real-time monitoring and the need for *in-situ* bioassays in environmental assessment and ecological risk assessment. By working closely with research chemists for many years, Mr. Salazar has also gained an appreciation for the importance of chemical speciation in determining biological availability, the effects of suspended particulates in the bioaccumulation process, and the biological effects associated with the tissue burdens of chemicals of concern. Through experience gained in organizing sessions and teaching courses at professional meetings as well as a continuous literature review process, he has gained an appreciation for other state-of-the-art, *in-situ* methods utilized in recent studies.

In conjunction with his field monitoring activities, Mr. Salazar has been responsible for the design and set-up of several bioassay laboratories. Using these facilities, he has conducted numerous water column and sediment bioassays. Test containers included the following: crystallizing dishes, 500 ml beakers, battery jars, 10-gallon tanks, 10-ft diameter plastic swimming pools, and mesocosm tanks. Mr. Salazar has also developed a flow-through seawater test system and a leachate system for delivering TBT to test tanks. His research team was the first on the west coast to come under the 1977 regulations for dredge sediment testing in the US and he was influential in changing the protocols for conducting laboratory bioassays on dredged sediment material. He has continued to work with local regulators to improve the quality of laboratory bioassays and the appropriate interpretation of test results.

### Data Interpretation, Protocol Development, Criteria Evaluation

Based on the experience and expertise gained during 37 years of conducting laboratory and field bioassays, Mr. Salazar has unique and extensive insight into proper data interpretation. As a result, he is frequently contacted by government and industry representatives to assist in data interpretation, particularly with respect to bioaccumulation and associated bioeffects in bivalves. Mr. Salazar has been working closely with Seattle District representatives of EPA and the COE to modify bioaccumulation test procedures to enhance the quality of test procedures and provide a greater level of certainty in the data collected in traditional laboratory bioaccumulation tests. He has also participated for several years in the Bioaccumulation Workgroup for the Dredged Material Management Program (DMMP), and most recently the Bioaccumulation Workgroup for the Regional Sediment Evaluation Team (RSET). This unique experience and expertise also provides a special insight into ambient water quality criteria (AWQC) and sediment quality guidelines based on the way the tests were conducted. In addition, Mr. Salazar has been contracted to peer review EPA's updated AWQC for cadmium, copper, and tributyltin (TBT) (Environment Canada) . Other peer reviews included the preliminary report on the interlaboratory variability study of the EPA's short-term chronic and acute whole effluent toxicity test methods.

Mr. Salazar has evaluated numerous data sets for environmental significance and identified critical water, sediment, and tissue concentrations associated with adverse effects. Currently, the US EPA and the Army Corps of Engineers both have tissue residue effects databases, and are placing increasing

emphasis on bioaccumulative chemicals of concern. Mr. Salazar was contracted to review the US EPA tissue residue database prepared by Jarvinen and Ankley (1999). He has developed and promoted the use of critical body burdens to predict effects. At a recent SETAC meeting, Mr. Salazar, at the request of the US EPA, represented the "pro" side of a debate on the regulatory use of critical body residues. He has recently conducted a literature review on the potential risk and toxicity of fiberglass to aquatic organisms and human health. Emphasis was placed on assessing the risk of glass fiber particulates for oil spill applications.

### Natural Resource Damage Assessment

During the course of reviewing documents, preparing privileged documentation, discussing possible litigation strategy, and participating in negotiations over a 3-year period for NOAA, Mr. Salazar became intimately involved with and knowledgeable regarding NRDA regulations and strategies, on both sides of the negotiating table. Although the vast majority of his work consisted of assessing the impacts associated with in-place contaminants, he served as a NOAA Damage Assessment representative at selected oil spills. He was instrumental in the application of his protocols for mussel field bioassays at spills on a real-time basis. These concepts have been documented and become part of several proposals within NOAA. In 1994, he conducted an intertidal transplant in Delaware Bay that included both mussels and oysters. The primary goal of this study was to assess the utility of the caged bivalves to detect the presence and effects of oil. He has been invited to prepare a review on this topic for the journal Spill Science and Technology.

### Program Management

Mr. Salazar is highly qualified to manage any environmental assessment program. He has proven his management capabilities numerous times throughout his 36-year career. He has managed projects that, at any given, time total $500,000. He has a thorough understanding of the need for monetary and time budgets and continues to complete projects on time and within budget. He has an excellent rapport with technical staff and has always promoted active communication and problem solving techniques within organizations and among government, industry and academia.

### Environmental Negotiation, Meeting Facilitation

Based on his extensive experience and expertise in a wide variety of environmental areas and presentations at numerous scientific meetings, Mr. Salazar has been asked to serve as an environmental negotiator and meeting facilitator on a number of occasions. His unique and diverse technical background and "stage presence" have formed the basis of being a skilled and forceful communicator. Throughout the majority of his 28 years of government service he was asked to fulfill this role frequently for both the US Navy and NOAA. Mr. Salazar has served as meeting facilitator for a US Navy Research and Development Lab, the National Oceanic and Atmospheric Administration's (NOAAs) Damage Assessment and Restoration Center, and NOAA's Coastal Resource Coordination Branch. He has the expertise and expertise necessary to identify pertinent topics of discussion, prepare meeting agendas, identify key individuals for participation, cover all phases of meeting logistics, prepare a record of the proceedings, and keep the meetings on time, on budget, and on agenda.

## Recent & Relevant Project Experience

- **Puget Sound Naval Shipyard Caged Mussel Study (2005).** Mr. Salazar was contracted by the US Navy to conduct a caged mussel study in the vicinity of the Puget Sound Naval Shipyard in Washington to evaluate Total Maximum Daily Loads (TMDLs) for copper. A gradient design and a combination of water column and sediment deployments were used to determine sources of copper from the shipyard and other sources. Mussels were deployed in July 2005 and will be retrieved in September. *Robert K. Johnston, Marine Environmental Support Office - Northwest, 4228 Fir Dr. NE, Bremerton, WA 98310, 360 782-0113.*

- **Devil's Lake Canal Diversion (2005).** Mr. Salazar was contracted by TetrES Consultants, Winnipeg, Canada to consult on the potential environmental impact of diverting water from Devil's Lake to other

areas to reduce flooding. A critique was prepared for the proposed project and meetings were attended to discuss these issues and develop a sampling plan to assess impacts. *Mike McKernan, TetrES Consultants, Inc., 603 - 386 Broadway, Winnipeg, Manitoba, R3C 3R6,Canada, (204) 942-2505*

- **Lynn Lake, Manitoba, Canada  Caged Mussel Study (2004, 2005)**. Mr. Salazar was contracted by TetrES Consultants, Winnipeg, Canada to conduct a caged freshwater mussel study in the vicinity of Lynn Lake, northern Manitoba, Canada. A gradient design and a combination of water column and sediment deployments were used to determine sources of metals and differentiate between closely associated metal mine tailings from different parties. Mussels were deployed in July 2004 and will be retrieved before ice over. *Mike McKernan, TetrES Consultants, Inc., 603 - 386 Broadway, Winnipeg, Manitoba, R3C 3R6,Canada, (204) 942-2505*

- **Review of TBT Documents for Environment Canada (2004)**. Contracted to serve as a peer reviewer for Environment Canada's support documents for developing regulatory criteria for tributyltin (TBT). *Kenneth Taylor, Existing Substances Branch, Environment Canada, 14th Floor, Place Vincent Massey 351 St. Joseph Blvd., Gatineau, Quebec, Canada  K1A0H3, (819) 953-3976.*

- **Review of EPA Ambient Water Quality Criteria for Copper (2003)**. Contracted to serve as a peer reviewer for EPA's updated Ambient Water Quality Criteria for copper. *Nica Mostaghim, Versar, 6850 Versar Center, P.O. Box 1549, Springfield, VA, 22151, (703) 750-3000*

- **Kennebec River, ME Caged Mussel Study (2003)**. Mr. Salazar was contracted by the Friends of Merrymeeting Bay, Maine, to conduct a caged freshwater mussel study in the Kennebec River with assistance from scientists from Maine Department of Environmental Protection. A gradient design was used in the Kennebec River to determine if effluent discharged from the pulp mill located in Hinckley, Maine, contains dioxins/furans. Mussels were deployed, retrieved, and measured for growth, tissues removed and chemically analyzed, and a Final Report submitted. *Ed Friedman, Friends of Merrymeeting Bay, PO Box 233, Richmond, Maine 04357, (207) 666-3376; Barry Mower, Maine Department of Environmental Protection, State House, Augusta, ME  04330, (207) 287-7777*

- **Androscoggin River, ME Caged Mussel Study (2003)**. Mr. Salazar was contracted by the Friends of Merrymeeting Bay, Maine, and International Paper to conduct a caged freshwater mussel study in the Androscoggin River. A gradient design was used in the Androscoggin River to determine if effluent discharged from the pulp mill located in Jay, Maine, contains dioxins/furans. Mussels were deployed, retrieved, and measured for growth, tissues removed and chemically analyzed, and a Final Report submitted. *Ed Friedman, Friends of Merrymeeting Bay, PO Box 233, Richmond, Maine 04357, (207) 666-3376; Tom Deardorff, International Paper, 6283 Tri-Ridge Boulevard, Loveland, OH  45140, (513) 248-6565*

- **Santa Barbara Shell Mound Study (2003)**. Mr. Salazar was contracted by SAIC to conduct a caged mussel study to address concerns of the California State Lands Commission regarding the potential release and bioavailability of chemicals associated with the shell mounds at four decommissioned oil and gas platforms. The specific objective was to assess the bioaccumulation potential of contaminants that may be remobilized from the shell mounds relative to bioaccumulation at adjacent reference sites. Caged mussels were deployed at each shell mound and reference station. Chemical exposure was characterized by measuring bioaccumulation of PAHs in mussel tissues. Potential bioeffects were characterized by measuring mussel growth. *Charles Phillips, Science Applications International Corporation, 10260 Campus Point Drive, MS D4, San Diego, CA 92121, (858) 826-7491*

- **Bear Creek, WA Mussel Study (2003)**. Working in conjunction with Washington Trout scientists, Mr. Salazar initiated a caged mussel study to identify potential chemicals that may be responsible for the decline of the local freshwater mussel, *Margaritifera falcata*. Recent surveys indicate a severe population decline as well as lack of recruitment. Tissue chemistry results will be used to help determine if urbanization activities are responsible for this decline. *Jamie Glasgow, Washington Trout, PO Box 402, Duvall, WA  98019, (425) 788-1167*

- **Capitol Regional District Tissue Residue Effects Database (2002).** Contracted by Avocet Consulting, Mr. Salazar reviewed the available bivalve tissue residue effects data in the literature the help the Capitol Regional District in Victoria, BC take a proactive role in relating the tissue burdens of various chemicals of bivalves surrounding their outfall to potentially adverse effects to determine the level of work that should be conducted to evaluate those potential effects. *Teresa Michelsen, Avocet Consulting, 15907 - 76th Place NE Bothell, WA  98011, (425) 485-4511*

- **San Diego Bay Dietary Copper Study (2002).** Mr. Salazar, contracted by HydroQual, Inc., assessed the fate and effects of dietary copper exposures to caged mussels in San Diego Bay as part of a WERF-funded project. The primary purpose of this work was to determine if the EPA-promulgated marine water quality criteria for copper are representative of real-world exposures and effects. *Paul Paquin, Hydroqual, Inc.,1 Lethbridge Plaza Mahwah, NJ  07430, (201) 529-5151*

- **Montreal Dietary Copper Study (2002).** Mr. Salazar assessed the fate and effects of dietary copper exposures to caged mussels in the St. Lawrence River in Montreal. The primary purpose of this work is to determine if the EPA-promulgated freshwater quality criteria for copper are representative of real-world exposures and effects. The study was funded by the Copper Development Association Inc. *Ray Arnold, Copper Development Association, Inc., 260 Madison Avenue, New York, NY 10016-2401, (212) 251-7220*

- **Developing a Benthic Cage for Long-term, In-situ Tests with Freshwater and Marine Bivalves (2002).** As part of cooperative studies conducted with Environment Canada's St. Lawrence Center, Applied Biomonitoring developed a benthic cage for long-term, in-situ tests with *Elliptio complanata*. The purpose of this work was to determine if sex reversal could be experimentally induced and validate the observations made by Environment Canada in preliminary monitoring of natural populations. The 1-year test was successful with approximately 83% survival and a significantly number of females downriver from the City of Montreal effluent. *Christian Blaise, Environment Canada, 105 McGill Street, 8th Floor, Montreal, Quebec  H2Y 2E7, Canada, (514) 496-7094*

- **Bonney Lake Fluoride (2002).** Applied Biomonitoring was contracted by the City of Bonney Lake in support of the Response to Tacoma Pierce County Health Department SEPA Checklist for their Fluoridation Resolution. Work conducted for this project included conducting literature searches on the toxicological effects of fluoride, reviewing the Fluoridation/SEPA study, and preparing a comment paper that provided evidence that could support a different conclusion. *Seth Boettcher, City of Bonney Lake, PO Box 7380, 19306 Bonney Lake Blvd., Bonney Lake, WA 98390-0944, (253) 862-8602*

- **Assessing Acute WET Test Variability (2001).** Mr. Salazar was contracted by the Cadmus Group to assist in a WERF-funded project to assess variability in acute WET testing. The primary purpose of this contract was to contact those conducting the tests, collect and assemble the data in an electronic format. *Ben Parkhurst, The Cadmus Group, Laramie, WY, 82070, (307) 742-7624*

- **Assist in Sampling Plan Development and Interpret Tissue Residues of PAHs (2001).** Contracted by the University of Maryland to advise in the development of a *Rangia* bioavailability study and interpret tissue concentrations of PAHs measured in bivalve tissues in the vicinity of a oil refinery in Delaware City. Preliminary analyses have been completed and a report is being prepared. *Lenwood Hall, Wye Research Center, Queenstown, MD,  21658, (410) 827-8056*

- **PCB Site Monitoring (2001, 2002, 2003).** Mr. Salazar was contracted to conduct a freshwater caged bivalve study to evaluate potential exposure from a PCB-contaminated site in Guelph, Ontario, Canada. This study demonstrated a decreasing gradient of PCBs in mussel tissues with distance away from the site. Congener-specific analyses facilitated identification of PCB sources using different congener groups. *Gordon Craig, G.R. Craig Associates, Schomberg, Ontario, Canada,  L0G 1T0, (905) 859-3701*

- **Port Valdez Monitoring (2001).** As a result of a successful caged mussel study at 70 meters in Port

---

Valdez in 1997, Mr. Salazar was contracted to conduct a similar study to evaluate potential exposure and effects outside of the mixing zone of the Ballast Water Treatment Facility. This study compared caged mussels, plastic strips, and large volume water samples as monitoring tools deployed at seven stations and three depths ranging from approximately 70 to 200 meters in Port Valdez. *Linda Hyce, Regional Citizens Advisory Council, P.O. Box 3089, Valdez, AK, 99686, (907) 835-1939*

- **Review of Interlaboratory Variability Study of EPA Short-term Chronic and Acute Whole Effluent Toxicity Test Methods (2001).** Contracted to serve as a peer reviewer for the preliminary report on the interlaboratory variability study of the EPA's short-term chronic and acute whole effluent toxicity test methods. *Pat Wood, Versar, 6850 Versar Center, P.O. Box 1549, Springfield, VA, 22151, (703) 750-3000*

- **Environmental Monitoring for Sewage Treatment Plant (2001).** Mr. Salazar was contracted by King County, WA to conduct a caged bivalve study to provide supplemental information to traditional oceanographic monitoring and an ecological risk assessment for siting a new sewage treatment plant in Puget Sound, WA. The work was scheduled to begin in spring, 2001 but has been delayed. *Randy Shuman, King County Department of Natural Resources, 700 - 5th Ave, Suite 2200, Seattle, WA 98104-9830, (206) 296-8243*

- **Review of EPA Ambient Water Quality Criteria for Cadmium (2000).** Contracted to serve as a peer reviewer for EPA's updated Ambient Water Quality Criteria for cadmium. *Pat Wood, Versar, 6850 Versar Center, P.O. Box 1549, Springfield, VA, 22151, (703) 750-3000*

- **Caged Mussel Study in Augusta, ME (2000).** Mr. Salazar was contracted by the State of Maine Department of Environmental Protection to conduct two caged freshwater mussel studies in the Kennebec River. The first was to evaluate upstream and downstream exposure to dioxins and furans in the vicinity of a pulp and paper mill effluent. The second was to help identify "hotspots" of bioavailable PCBs in sediments at different locations along the Kennebec River. Mussels were deployed and retrieved, tissues analyzed, and a Final Report submitted. *Barry Mower, Maine Department of Environmental Protection, State House, Augusta, ME 04330, (207) 287-7777*

- **Caged Clam Study at Sault Ste. Marie, MI (2000).** After conducting a similar study in 1997, Mr. Salazar was contracted to transplant clams on sediment at an EPA Superfund site to evaluate the potential effects of remediation on the bioavailability of chromium and mercury. The clams were transplanted, tissues analyzed, and a Final Report submitted. *Paul Paquin, HydroQual, 1 Lethbridge Plaza, Mahwah, NJ 07430, (201) 529-5151*

- **Potential Toxicity and Risk to Aquatic Organisms and Human Health from Exposure to Fiberglass (2000).** Conducted a literature review on the potential risk and toxicity of fiberglass to aquatic organisms and human health. Emphasis was placed on assessing the risk of glass fiber particulates for oil spill applications. The effort involved accessing over 30 literature and scientific databases for data and information on fiberglass toxicity and accessing a personal electronic database of 11,700 citations. *Michael Champ, ATRP Corporation, PO Box 2439, Falls Church, VA 22042, (703) 237-0505*

- **Caged Mussel Study at Cherry Point, WA (1998, 1999, 2000).** To further document point- and non-point sources of chemicals released to the Cherry Point reach in the vicinity of three oil refineries, Mr. Salazar was contracted by the Washington State Department of Natural Resources to conduct caged mussel study. The primary purpose of the work was to determine potential exposure to PAHs associated with the refineries. Studies were conducted in 1998 and 1999 in the Cherry Point reach and in 2000 stressors at Cherry Point were compared with stressors in other regions of Puget Sound. In addition to PAHs, temperature has been identified as a major stressor as a result of the in-situ monitoring in 1998 and 1999. *Carol Piening, Washington State Department of Natural Resources, Aquatics Division, 1111 Washington Street SE, P.O. Box 47027, Olympia, WA 98504-7027, ( 360) 902-1117*

---

- **City of Winnipeg Ammonia Study, Winnipeg, MB, Canada (1999).** In response to The City of Winnipeg's initiative to conduct site-specific studies to establish an un-ionized ammonia water quality objective to protect the use of rivers and streams within this area, Mr. Salazar conducted in an in-situ field study using caged bivalves. The caged bivalve study, augmented with a laboratory toxicity study, quantified exposure and effects over space and time by measuring bioaccumulation and growth endpoints. *Mike McKernan, TetrES Consultants, Inc., 603 - 386 Broadway, Winnipeg, Manitoba, R3C 3R6,Canada, (204) 942-2505*

- **Environment Canada Effluent Monitoring Studies, Montreal, Canada (1999, 2000, 2001, 2002, 2003, 2004).** Mr. Salazar was contracted by Environment Canada to provide the experience and expertise to cage and measure *Elliptio complanata* and *Dreissena polymorpha* for deployment at one site upstream and another downstream of a municipal effluent. Two hundred bivalves of each species were transplanted in the St. Lawrence River. Biomarker and growth measurements were made at the beginning and end of test. Results suggest that coprostanol may be an endocrine disruptor and that the vitellin assay can be used to assess reproductive effects. Most recently, the caged bivalve methodology was used to induce feminization in mussels transplanted downriver from the City of Montreal municipal effluent. *Christian Blaise, Environment Canada, 105 McGill Street, 8th Floor, Montreal, Quebec H2Y 2E7, Canada  (514) 496-7094*

- **Technical Review of Biomonitoring Study Work Plan for MCCDC Quantico, VA (1999).** Retained by the Department of the Navy to review an existing work plan for a biomonitoring study conducted in the Quantico Embayment. The primary focus of the review was to determine whether valid information was obtained from the study and what may have cause high clam mortality. In addition, Mr. Salazar provided a discussion on the utility of lipid bags in environmental assessment and the differences in bioaccumulation between clams and fish. *Kelly Ackiewicz, EFA Chesapeake, Washington Navy Yard, 851 Sicard Street SE, Washington, DC 20374, (202) 685-3281*

- **Critique of San Francisco Estuary Institute Mussel Watch (1999).** As a result of the experience and expertise gained through over 32 years of mussel monitoring and combining exposure and effects measurements, Mr. Salazar was contracted to critique the Regional Mussel Watch Monitoring Program currently conducted by the San Francisco Estuary Institute. *Rainer Hoenicke, San Francisco Estuary Institute, 1325 South 46th Street, Richmond, CA, 94904, (510) 231-5731*

- **Review of EPA Tissue Residue Effects Database (1998).** Because of his extensive experience and expertise in tissue residue effects, Mr. Salazar was contracted to review the EPA tissue residue effects database prepared by Jarvinen & Ankley, "Linkage of Effects of Tissue Residues: development of a comprehensive database for aquatic organisms exposed to inorganic and organic chemicals." Mr. Salazar was also invited by EPA to represent the pro position in using tissue residue effects at a debate at SETAC 98. *Greg Schiefer, SETAC, 1010 North 12th Avenue, Pensacola, FL 32401, (850) 469-9777*

- **Caged Bivalve Pilot Study at Port Alice, Vancouver Is, BC (1997).** Conducted a caged bivalve pilot study at the Port Alice Pulp Mill on Vancouver Island in British Columbia  The primary purpose of the work was to determine if the test animals could characterize exposure and effects associated with the pulp mill effluent. A similar pilot study was conducted on the East Coast using Applied Biomonitoring protocols. *Al Colodey, Environment Canada, Pacific & Yukon Region, 224 West Esplanade North Vancouver, B.C., V7M 3H7, CANADA,(604) 666-2883*

- **Caged Bivalve Pilot Study at Port Valdez, AK (1997).** Conducted a caged bivalve pilot study at a depth of 70 meters adjacent to Ballast Water Treatment Facility at the Alyeska Marine Terminal in Port Valdez. The primary purpose of this study was to determine if the test animals could survive and grow at these depths. Survival and growth criteria were met, the tissues were analyzed and a decreasing chemical gradient was established with distance from the diffuser. *Linda Hyce, Regional Citizens Advisory Council, P.O. Box 3089, Valdez, AK, 99686, (907) 835-1939*

- **Critical Evaluation of Bivalve Mollusc Biomonitoring (1997).** This work was conducted as part of a

contract with CANMET of Environment Canada to critically review a technical evaluation conducted by Canadians, from the perspective of a practitioner of the methods. As a result of compelling arguments presented in the critical review, recommendations of the final report were modified to include measurements of both bioaccumulation and growth. *Diane Campbell, Natural Resources Canada, 555 Booth Street, Ottawa, Ontario, CANADA, (613) 947-4807*

- **Review of EPA Ambient Water Quality Criteria for TBT (1997).** Contracted to serve as a peer reviewer for EPA's updated Ambient Water Quality Criteria for TBT. *Penny Kellar, The Cadmus Group, 1920 Highway 54, Suite 100, Durham, N.C. 27713, (919) 544-6639*

## Education

1974-1976. Graduate work at San Diego State University. 27 units completed toward M.S. GPA 3.86. Thesis work completed; no thesis published (job change).

1968. B.S. in Biology, San Diego State University.

## Employment History

*March 1996 - present. Applied Biomonitoring, Kirkland, WA.*
As principal, established environmental consulting firm that focuses on environmental monitoring, risk assessment, and data interpretation. Primary area of expertise is analysis and interpretation of tissue, water and sediment chemistry data with respect to chemical bioavailability and associated effects on aquatic organisms. In addition to services directly associated with monitoring and assessment, Mr. Salazar has conducted many peer reviews, prepared numerous technical reports and guidance manuals, and provided oversight and management on several high-profile projects. Mr. Salazar has the capability of conducting on-the-spot literature searches for many environmental issues. He maintains and updates an electronic database of over 16,700 citations with an emphasis on exposure and effects measurements, assessment techniques, and regulatory criteria.

*October 1995 - March, 1996. Beak Consultants, Kirkland, WA.*
Senior scientist for bioassessment technologies, Bioassay Laboratory Director.

*February 1994 - October 1995. NOAA Bioeffects Assessment Branch, Seattle, WA.*
National coordinator for fish and bivalve biomarker development and site-specific surveys using bivalve biomarkers. Primary duties included identifying biomarkers to be evaluated, establishing scopes of work, reviewing work products, monitoring contracts, developing new research thrusts, developing cooperative studies with other government agencies, and participating in surveys on bivalve biomarkers. The Salazar mussel transplant methodologies were used to calibrate the effectiveness of bivalve biomarkers being tested by NOAA. Additional refinements were made to the mussel field bioassay protocols and initial studies were conducted using infaunal and epifaunal bivalves.

*July 1991 - February 1994. NOAA Damage Assessment Center, Seattle, WA.*
West Coast coordinator for injury assessment. Established science office in Seattle, worked on the Montrose Case until southwest coordinator hired in 1992. Emphasis then shifted to Pacific northwest and work in Commencement Bay and Elliott Bay. Primary duties included assisting attorneys in developing the scientific case for damage assessment and representing NOAA concerns regarding the scientific aspects of environmentally sensitive projects in negotiations with PRPs. This also necessitated establishing working relationships with scientists and attorneys from both sides of the negotiations. Field testing of the mussel field bioassay in different environments.

*July 1968 - July 1991.  Naval Ocean Systems Center, San Diego, CA.*
    Environmental biologist in research and development.  Established bioassay laboratories in Pasadena, CA and San Diego, CA, and developed laboratory and field bioassay methods.  Established environmental liaison with regulatory agencies on behalf of the US Navy.  Responsible for designing research programs, securing funding, directing and participating in laboratory and field work, preparing documentation and negotiating regulatory permits when necessary.  Between 1987-1990, developed and refined the mussel field bioassay; preliminary application was in the evaluation of TBT antifouling coatings.

## Publications

### BOOK CHAPTERS

2004.  Online.  Salazar, M.H. and S.M. Salazar.  Field tests using freshwater and marine bivalves.  In, Standard Methods for the Examination of Water and Wastewater, 21st Edition, American Public Health Assoc.

In review.  Salazar, M.H. and S.M. Salazar.  Establishing Ecotoxicological Links Between Chemicals in Tissues and Associated Effects in Freshwater Bivalves: Lessons Learned from Marine Bivalves and Transplant Experiments.  In: J. Vanhassel and J. Farris, Eds, Freshwater Mussel Ecotoxicology, SETAC Press.

2005.  Salazar, M. H. and S. M. Salazar.  Field Experiments with Caged Bivalves to Assess Chronic Exposure and Toxicity.  In: G. Ostrander, Ed., Techniques in Aquatic Toxicology, 2nd Edition, Lewis Publishers.

2004.  Salazar, M.H. and S.M. Salazar.  Using an Integrated Risk Assessment Strategy to Characterize Exposure and Effects in the Field with Caged Bivalves.  In: D. Borton, T. Hall, J. Thomas, and R. Fisher (Eds.), Environmental Fate and Effects of Pulp and Paper Mill Effluents, DEStech Publications, Inc., pp. 439-454.

2002.  Salazar, M.H.  Biological factors influencing bioaccumulation in bivalves.  In: M.C. Newman and M. A. Unger, Eds., Fundamentals of Ecotoxicology, 2nd Edition, Lewis Publishers, pp. 90-93.

2001.  Salazar, M. H. and S. M. Salazar.  Standard Guide for Conducting in-situ Field Bioassays with Marine, Estuarine and Freshwater Bivalves.  American Society for Testing and Materials (ASTM), 2001 Annual Book of ASTM Standards.  (Accepted 12 November 2000)

1998.  Salazar, M.H. and S.M. Salazar.  Chapter 8.  Using caged bivalves as part of an exposure-dose-response triad to support an integrated risk assessment strategy.  In: A. de Peyster and K.E. Day (Eds.); Ecological Risk Assessment: A Meeting of Policy and Science, SETAC Press, pp. 167-192.

1996.  Salazar, M.H. and S.M. Salazar.  Chapter 15.  Mussels as bioindicators: effects of TBT on survival, bioaccumulation and growth under natural conditions.  In:  M. A. Champ and P. F. Seligman (Eds.), Organotin:  Environmental Fate and Effects.  Chapman & Hall.  pp. 305-330.

1995.  Salazar, M.H. and S.M. Salazar.  *In situ* bioassays using transplanted mussels: I.  Estimating chemical exposure and bioeffects with bioaccumulation and growth.  In: J. S. Hughes, G. R. Biddinger, and E. Mones (Eds.), Third Symposium on Environmental Toxicology and Risk Assessment, STP 1218.  American Society for Testing and Materials, Philadelphia, 1994.  pp. 216-241.

1995. Salazar, M.H., P. B. Duncan, S.M. Salazar, and K. A. Rose. *In situ* bioassays using transplanted mussels: II. Assessing contaminated sediment at a Superfund site in Puget Sound. In: J. S. Hughes, G. R. Biddinger, and E. Mones (Eds.), Third Symposium on Environmental Toxicology and Risk Assessment, STP 1218. American Society for Testing and Materials, Philadelphia, 1994. pp. 242-263.

1991. Salazar, M.H. and D. B. Chadwick. Using real-time physical/chemical sensors and *in-situ* biological indicators to monitor motion water pollution. In: L. C. Wrobel and C. A. Brebbia (Eds.), Water Pollution: Modeling, Measuring and Prediction. First International Conference on Water Pollution Modeling, Measuring and Prediction, 1991. Elsevier Applied Science, London. pp. 463-480.

## PAPERS

In preparation. Salazar, M.H. and S.M. Salazar. Using caged bivalves to assess oil exposure and biological effects for ecological risk assessments and damage assessments. Invited Paper, Spill Science and Technology.

In preparation. Salazar, M.H. and S.M. Salazar. Using mussel growth rates to evaluate bivalve biomarkers: synoptic testing in San Diego Bay.

In review. Contaminant Exposures at the 4H Shell Mounds in the Santa Barbara Channel. Charles R. Phillips, C.R., Salazar, M.H., Sandra M. Salazar, S.M., Snyder, B.J.

In press. Gagnon, C., Gagné, F., Turcotte, P., Isabelle Saulnier, I.,Blaise, C., Salazar, M. and Salazar, S. Exposure of caged mussels to metals in a primary-treated municipal wastewater plume. Chemosphere.

2005. Salazar, M.H., Salazar, S.M., Burton, D.B. and Hall, L.W. Jr. An Integrated Case Study for Evaluating the Impacts of an Oil Refinery Effluent on Aquatic Biota in the Delaware River: Bivalve Bioavailability Studies. Hum. Ecol. Risk Assess.

2003. Salazar, M.H., Salazar, S.M., Gagne, F., Blaise, C., and Trottier, S. An *in-situ* benthic cage to characterize long-term organochlorine exposure and estrogenic effects. Organohalogen Compounds 62:440-443.

2003. Salazar, M.H. and Salazar, S.M. Characterizing dioxin and furan exposure from pulp and paper mill effluents using caged mussels in the Kennebec River, Maine. Organohalogen Compounds 62:444-447.

2003. Blaise, C., F. Gagne, M. Salazar, S. Salazar, S. Trottier, and P.-D. Hansen. Experimentally-induced feminisation of freshwater mussels after long-term exposure to a municipal effluent. Fresenius Env. Bull. 12(8):865-870.

2003. Hansen, P.D., B. Fischer, B. Unruh, M. Salazar, and C. Blaise. In, Proceedings SedNet working group 2-contaminant Behaviour and Fate. 2nd Workshop. Impact, bioavailability and assessment of pollutants in sediments and dredged materials under extreme hydrological conditions. Workshop Proceedings, Berlin Germany, 3-5 April, 2003.

2002. Salazar, M.H. Biological factors influencing bioaccumulation in bivalves. In: M.C. Newman and M. A. Unger, Eds., Fundamentals of Ecotoxicology, 2nd Edition, Lewis Publishers, pp. 90-93.

2002. Gagne, F., C. Blaise, I. Aoyama, R. Luo, C. Gagnon, Y. Couillard, P. Campbell, and M. Salazar. Biomarker study of a municipal effluent dispersion plume in two species of freshwater mussels. Environ. Toxicol. 17:149-159.

2002. Salazar, M.H. and Salazar, S.M.  Potential Effects of PAH and Temperature on Cherry Point Herring.  In, Proceedings 2002 Herring Summit and Pacific Coast Herring Workshop, June 11 - 13, 2002, Bellingham, WA.

2002. Salazar, M.H. and Salazar, S.M.  Using Caged Mussels to Monitor Dioxins and Furans in the Kennebec River, Maine.  In, Proceedings, 29th Annual Aquatic Toxicity Workshop, Whistler, British Columbia, Canada, October, 2002. pp. 5-13.

2002. Salazar, M.H., Salazar, S.M., Gagne, F., Blaise, C., and Trottier, S.  Developing a Benthic Cage for Long-term, In-situ Tests with Freshwater and Marine Bivalves. In, Proceedings, 29th Annual Aquatic Toxicity Workshop, Whistler, British Columbia, Canada, October, 2002. pp. 34-41.

2002. Using Bivalves as Exposure and Effects Indicators for the Lower Duwamish Assessment.  Public Issue Paper Submitted to the USEPA, Region 10, Seattle, Washington, and the Washington State DOE, and the Public Record.

2001. Gagné, F.,  Blaise, C.,  Salazar, M.,  Salazar, S.,  and Hansen, P. D.  Evaluation of estrogenic effects of municipal effluents to the freshwater mussel *Elliptio complanata*.  Comp. Biochem. Physiol. C, 128:213-225.

2001. Salazar, M. H. and S. M. Salazar.  Standard Guide for Conducting in-situ Field Bioassays with Marine, Estuarine and Freshwater Bivalves.  American Society for Testing and Materials (ASTM), 2001 Annual Book of ASTM Standards.  (Accepted 12 November 2000)

2001. Salazar, M.H and Salazar, S.M.  *Using Caged Mussels to Characterize Exposure from Point and Nonpoint Stressors in the Cherry Point Reach: The Value of In situ Monitoring.*  In, Proceedings Puget Sound Research 2001, 4 pp.  http://www.psat.wa.gov/Publications/01_proceedings/oral.htm

2001. Salazar, M.H and Salazar, S.M.  *Puget Sound Mussel Watch - A Proposal for Integrated Biomonitoring.* In, Proceedings Puget Sound Research 2001, 11 pp.  http://www.psat.wa.gov/Publications/01_proceedings/sessions/poster_a.htm

2000. Salazar, M. H. and S. M. Salazar. Rationale and Methods for Combining Exposure and Effects Endpoints in a Single Bioassay: Revising Sediment Bioaccumulation and Toxicity Test Protocols.  Proceedings, Puget Sound Sediment Management Annual Review Meeting, Seattle, WA.  May 2000, 12 pp. http://www.nws.usace.army.mil/dmmo/TBT_EXP.PDF.

2000. Beckvar, N., S. Salazar, M. Salazar, and K. Finkelstein.  An in-situ assessment of mercury contamination in the Sudbury River, Massachusetts, using transplanted freshwater mussels (*Elliptio complanata*).  Can. J. Fish. Aquat. Sci. 57:1103-1112.

1999. Salazar, M. H. and S. M. Salazar.  Characterizing exposure and effects of TBT in bivalves using tissue chemistry and sublethal endpoints.  Proceedings, Puget Sound Sediment Management Annual Review Meeting,  Lacey, WA.  April 1999, 12 pp.  http://www.nws.usace.army.mil/dmmo/TBT_EXP.PDF.

1998. Salazar, M.H. and S.M. Salazar.  Chapter 8.  Using caged bivalves as part of an exposure-dose-response triad to support an integrated risk assessment strategy.  In: A. de Peyster and K.E. Day (Eds.); Ecological Risk Assessment: A Meeting of Policy and Science, SETAC Press, pp. 167-192.

1998. Salazar, M.H.  Refined caged bivalve methodologies as part of EEM: characterizing chemical exposure and biological effects.  In, S. C. Courtenay, W. R. Parker, and G. P. Rawn (Eds.), Proceedings of a Workshop to Assess Alternatives to the Fish Survey Component of the Environmental Effects Monitoring Program of Canadian Pulp and Paper Mills, 17-18 February 1997, Dartmouth, Nova Scotia.  Canadian Technical Report of Fisheries and Aquatic Sciences 2233, pp. 30-35.

1997. Salazar, M.H.  Part II: Critical evaluation of bivalve molluscs as a biomonitoring tool for the mining industry in Canada.  In: A.R. Stewart and D.F. Malley, Technical Evaluation of Molluscs as Biomonitoring Tool for the Canadian Mining Industry.  Prepared for Natural Resources Canada/CANMET, AETE Project 2.3.1, pp. 163-248.

1997. Salazar, M.H. and S.M. Salazar.  Using bioaccumulation and growth in caged intertidal oysters to assess oil exposure and effects in Delaware Bay.  In, Proceedings, 20th Arctic and Marine Oilspill (AMOP) Technical Seminar, June 11-13, Vancouver, B.C., Canada, pp. 661-675.

1996. Salazar, M.H. and S.M. Salazar. Using caged bivalves for environmental effects monitoring at pulp and paper mills: rationale and historical perspective.  In: Proceedings, 23rd Annual Aquatic Toxicity Workshop: Tools for Ecological Risk Assessment, Calgary, Alberta.  October 7-9, 1996.  Edited by J.S. Goudey, M.D. Treissman, and A.J. Nimmi, pp. 129-136.

1996. Salazar, M.H. and S.M. Salazar.  Using caged bivalves to characterize exposure and effects associated with pulp and paper mill effluents. Water Sci. Tech. 35(2-3):213-220

1996. Salazar, M.H. and S.M. Salazar. Chapter 15.  Mussels as bioindicators: effects of TBT on survival, bioaccumulation and growth under natural conditions.  In:  M. A. Champ and P. F. Seligman (Eds.), Organotin:  Environmental Fate and Effects.  Chapman & Hall.  pp. 305-330.

1995. Salazar, M.H. and S.M. Salazar. Measuring bioaccumulation and bioeffects in transplanted bivalves as a pollution monitoring tool.  In, Proceedings Puget Sound Research '95, January 12-14, 1995, Bellevue, Washington.  Puget Sound Water Quality Authority, Vol. 1, pp. 391-397.

1993. Salazar, M.H.  Caged mussels as a field bioassay for oil spills: Establishing exposure and potential injuries to support natural resource damage assessment.  In: Proceedings, Natural Resource Damage Assessment: Workshop for Natural Resource Trustees,  July 8 - 13, 1993, Bodega Bay, CA.

1993. Salazar, M.H. and J. W. Iliff.  Injury determination and quantification.  In: Proceedings, 8th Symposium on Coastal and Ocean Management, Coastal Zone '93, Vol. 2, 1278-1287.

1992. Salazar, M.H.  Use and misuse of mussels in natural resource damage assessment.  In: Proceedings, MTS '92, Washington, D.C., October 19-21, 1992, Marine Technology Society.  Volume 1, Global Ocean Resources, pp. 257-264.

1991. Chadwick D. B. and M.H. Salazar.  Integrated measurement technologies for monitoring the marine environment.  In:  Proceedings, Oceans '91 Conference, 1-3 October 1991, Honolulu, Hawaii, Vol. 1, pp. 343-350.

1991. Salazar, M.H. and S.M. Salazar.  Assessing site-specific effects of TBT contamination with mussel growth rates.  3rd International Organotin Symposium Special Edition, Mar. Environ. Res. 32:131-150.

1991. Salazar, M.H. and S.M. Salazar.  Mussels as bioindicators: A case study of tributyltin effects in San Diego Bay.  In: P.M. Chapman, F. S. Bishay, E. A. Power, K. Hall, L. Harding, D. McLeay and M. Nassichuk (Eds.), Proceedings, 17th Annual Aquatic Toxicity Workshop, Vancouver, Canada, 5-7 November 1990.  Can. Tech. Report. Fish. Aq. Sci., 1774:47-75.

1990. Salazar, M.H. and S.M. Salazar.  Utility of Mussel growth in assessing the environmental effects of tributyltin.  In:  Proceedings, 3rd International Organotin Symposium, 17-20 April 1990, Monaco.  pp. 132-136.

1990. Salazar, S.M. and M.H. Salazar. Bioaccumulation of tributyltin in mussels. In: Proceedings, 3rd International Organotin Symposium, 17-20 April 1990, Monaco. pp. 79-83.

1990. Salazar, M.H. Risk assessment philosophy for contaminated sediments at Navy aquatic hazardous waste sites. In: Proceedings, Environmental Research and Development (R&D) Technical Workshop, 7-9 Nov 1989, San Diego, California. Naval Ocean Systems Center Tech. Report 1792, pp. 135-142.

1989. Salazar, M.H. Mortality, growth and bioaccumulation in mussels exposed to TBT: differences between the laboratory and the field. In: Proceedings, Oceans 1989 Conference, 18-21 September 1989, Seattle, Washington, Organotin Symposium. Vol. 2, pp. 530-536.

1988. Salazar, M.H. and S.M. Salazar. Tributyltin and mussel growth in San Diego Bay. In: Proceedings, Oceans 1988 Conference, 31 Oct - 2 Nov 1988, Baltimore, Maryland, Organotin Symposium. Vol. 4, pp. 1188-1195.

1988. Salazar, M.H. and M. A. Champ. Tributyltin and water quality: A question of environmental significance. In: Proceedings, Oceans 1988 Conference, 31 Oct - 2 Nov 1988, Baltimore, Maryland, Organotin Symposium. Vol. 4, pp. 1497-1506.

1987. Salazar, M.H. and S.M. Salazar. TBT effects on juvenile mussel growth. In: Proceedings, Oceans 1987 Conference, 28 Sept - 1 Oct 1987, Halifax, Nova Scotia, Canada, Organotin Symposium. Vol. 4 pp. 1504-1510.

1987. Salazar, S.M., B. M. Davidson, M.H. Salazar, P. M. Stang, K. Meyers-Schulte and R. S. Henderson. Field assessment of a new site-specific bioassay system. In: Proceedings, Oceans 1987 Conference, 28 Sept - 1 Oct 1987, Halifax, Nova Scotia, Canada, Organotin symposium, Vol. 4, pp. 1461-1470.

1986. Salazar, M.H. Environmental significance and interpretation of organotin bioassays. In: Proceedings, Oceans 1986 Conference, 23-25 September 1986, Washington, D. C., Organotin Symposium, Vol. 4, pp. 1240-1244.

1985. Salazar, M.H. and S.M. Salazar. The effects of sediment on the survival of mysids exposed to organotins. Proceedings, 11th US/Japan Experts Meeting on Management of Sediments Containing Toxic Substances, 4-6 November 1985, Seattle, Washington. pp. 176-192.

1985. Salazar, M.H. and S.M. Salazar. Ecological evaluation of organotin contaminated sediment. In: Proceedings of the 10th US/Japan Experts Meeting on Management of Bottom Sediments Containing Toxic Substances, October 1984, Kyoto, Japan.

1984. Meador, J. P., S. C. U'Ren and M.H. Salazar. A flow-through bioassay system for the evaluation of organotin antifouling compounds. Water Research 18(5):647-650.

1974. Salazar, M.H. Byssal thread production as a toxicity test. In: Proceedings of the Conference on Marine Biology in Environmental Protection. NUC TP 443, pp. 103-116.

1974. Salazar, M.H. Environmental impact of sunken target hulls. In: Proceedings of the First Conference on the Environmental Effects of Explosives and Explosions. Naval Ordnance Laboratory, NOLTR 73-223, pp. 148-154.

1973. Salazar, M.H. Animal attraction to sunken submarines. Oceans 6(3):68-70.

1973. Salazar, M.H. *Byssal Thread Production as a Toxicity Test*. Proceedings of the Conference on Marine Biology in Environmental Protection. November 13-15, 1973, San Clemente Island, California.

1970. Salazar, M.H. Phototaxis in the deep-sea urchin *Allocentrotus fragilis* (Jackson). J. Exp. Mar. Biol. Ecol. 5(3):254-264.

## Reports

2004. Applied Biomonitoring. Bear Creek Caged Mussel Study. Final Report. Prepared for Washington Trout. In cooperation with: Bear Creek Water Tenders. 17 May 2004.

2003. Applied Biomonitoring. Draft Final Report. Caged Mussel Study: Chevron 4H Shell Mound Project, Santa Barbara, California. Submitted to Science Applications International Corporation, 10260 Campus Point Court, San Diego, CA 92121. June 10, 2003.

2002. Applied Biomonitoring. Final Report. Caged Mussel Study: Estimating Chemical Exposure to Herring Eggs at Selected Sites in the Puget Sound Region. Submitted to Washington State Department of Natural Resources. Contract Number: PSC No. 99-091. August 8, 2002. 123 pp.

2002. Applied Biomonitoring and HydroQual Inc. Post-Baseline Clam Monitoring Study. Summer 2000. Prepared for Phelps Dodge Corporation. January 29, 2002.

2002. Salazar, M.H., Short, J.W., Salazar, S.M., and Payne, J.R. Port Valdez Monitoring. Final Report. Prepared for Prince William Sound Regional Citizens' Advisory Council. February 7, 2002. 109 pp plus appendices.

2000. Applied Biomonitoring. Caged Bivalve Pilot Study, Port Alice Mill, EEM Program. Final Report. Environment Canada Contract Number KE629-7-5182; 101 pp. plus appendices.

1999. Applied Biomonitoring. Caged Mussel Study: Cherry Point Washington - May 1 to June 10, 1998. Prepared for Washington State Department of Fish and Wildlife. 1 June 1999.

1998. Applied Biomonitoring. Caged Mussel Monitoring Pilot Study, Ballast Water Treatment Facility, Port Valdez. Final Report submitted to Prince William Sound Regional Citizens' Advisory Council, July 30, 1998. RCAC Contract Number: 631.1.97; 88 pp. plus appendices.

1996. Salazar, S.M., N. Beckvar, M.H. Salazar, and K. Finkelstein. An *in-situ* assessment of mercury contamination in the Sudbury River, Massachusetts, using bioaccumulation and growth in transplanted freshwater mussels. NOAA Technical Memorandum NOS ORCA 89.

1989. Salazar, M.H. and S.M. Salazar. Acute effects of (Bis)tributyltin oxide on marine organisms: Summary of work performed 1981 - 1983. Naval Ocean Systems Technical Report #1299. 78 pages.

1987. Salazar, S.M., M.H. Salazar, B. M. Davidson, P. M. Stang, K. Meyers-Schulte. A portable environmental test system: A field assessment of organotin leachates - test and evaluation. Naval Ocean Systems Center Technical Report #1202. 29 pages.

1985. Salazar, M.H. and S.M. Salazar. Ecological evaluation of organotin-contaminated sediment. Naval Ocean Systems Center Technical Report #1050. 21 pages.

1980. Salazar, M.H., S. C. U'Ren, and S. A. Steinert. Sediment bioassays for NAVSTA San Diego dredging project. NOSC TR 570.

1979. Goforth, H. W., T. J. Peeling, M.H. Salazar and J. G. Grovhoug. Trident Biological Surveys: Subase Bangor and Indian Island Annex. NOSC TR 513.

1976. Peeling, T. J., M.H. Salazar, J. G. Grovhoug and H. W. Goforth.  Trident Biological Survey:  July 1976.  NUC TP 510, 58 pp.

1973. Salazar, M.H. and P. R. Kenis.  Evaluation of sewage toxicity - a comparison of bioassay techniques.  NUC TN 1251, 19 pp.

1972. Kenis, P. R., M.H. Salazar and J. A. Tritschler.  Environmental study of the sewage outfall area at San Clemente Island.  NUC TP 292, 35 pp.


## Posters & Presentations

2004. Salazar, M.H. and Salazar, S.M.  The Need for Risk Assessment Based In situ Field Experiments to Characterize Exposure & Effects under Environmentally Realistic Conditions.  SETAC Meeting, Portland, 2004 (poster).

2004. Salazar, M.H. and Salazar, S.M. Monitoring Endocrine Disruption Using Caged Bivalves.  2nd Annual Pacific Northwest Freshwater Mussel Workshop, Vancouver, Washington, April, 2004 (poster).

2004. Salazar, M. H. and S. M. Salazar.  *Using Field Experiments to Determine Critical Body Residue Relationships and Mode of Action.*  Pacific Northwest SETAC Meeting, Port Townsend, Washington.  May 2004 (platform presentation).

2004. Salazar, M. H. and S. M. Salazar.  *Using Copper Critical Body Residues as a First Step Toward Determining Mode of Action In Bivalves.*  Pacific Northwest SETAC Meeting, Olympia, Washington. May 2004 (poster).

2003. Salazar, M.H. and S.M. Salazar.  *The Exposure-Dose-Response Triad in the Georgia Basin: External Chemical Exposure, Internal Chemical Dose, and Associated Biological Responses.* Georgia Basin/Puget Sound Research Conference, April 2003, Vancouver, British Columbia, Canada (platform presentation).

2003. Salazar, M.H. and S.M. Salazar.  *A Mussel Watch Approach to Integrate Biomonitoring  in the Georgia Basin.*  Georgia Basin/Puget Sound Research Conference, April 2003, Vancouver, British Columbia, Canada (poster).

2003.  Salazar, M. H. and S. M. Salazar.  *Using Bivalve Tissue Copper Residues and Effects for Ecological Risk Assessment.*  24th Annual SETAC Meeting, Austin, Texas November 2003 (platform presentation).

2003.  Salazar, M. H. and S. M. Salazar.  *Characterizing Dietary Copper Exposure and Effects Using Caged Mussels.*  24th Annual SETAC Meeting, Austin, Texas November 2003 (platform presentation).

2003.  Salazar, M. H. and S. M. Salazar.  *Using Freshwater Bivalve Tissue Residues and Effects as an Ecotoxicological Framework.*  24th Annual SETAC Meeting, Austin, Texas November 2003 (platform presentation).

2003.  Gagnon, C., Turcotte, P., Saulnier, I., Gagne, F., Blaise, C., and Salazar, M. H..  *Environmental Fate of Metals Released from Municipal Wastewater Effluents.*  24th Annual SETAC Meeting, Austin, Texas November 2003 (poster).

2003. Salazar, M.H. and Salazar, S.M.  *Using Tissue Residue Effects as an Ecotoxicological Framework*

to Establish Links between the Lab and the Field. 30th Annual Aquatic Toxicity Workshop, Ottawa, Ontario, Canada, September-October, 2003.

2003.  Salazar, M.H. and Salazar, S.M.  *Reducing Uncertainties in Pulp and Paper Environmental Effects Monitoring by Using Mesocosms and Caged Bivalves*.  30th Annual Aquatic Toxicity Workshop, Ottawa, Ontario, Canada, September-October, 2003.

2003.  Salazar, M.H. and Salazar, S.M.  *Using Bivalve Tissue Copper Residues and Effects for Ecological Risk Assessment*.  30th Annual Aquatic Toxicity Workshop, Ottawa, Ontario, Canada, September-October, 2003.

2003.  Salazar, M.H. and Salazar, S.M.  *Using Freshwater Mussels as part of a Risk Assessment-Based Monitoring & Assessment Strategy*.  1st Annual Pacific Northwest Freshwater Mussel Workshop, Vancouver, Washington, February, 2003 (platform presentation).

2003.  Salazar, M.H., Salazar, S.M., Gagne, F., Blaise, C., Trottier, S.  *Developing a Benthic Cage for Long-term, In-situ Tests with Freshwater and Marine Bivalves*.  1st Annual Pacific Northwest Freshwater Mussel Workshop, Vancouver, Washington, February, 2003 (poster).

2003.  Salazar, M.H. and Salazar, S.M.  *Using Caged Bivalves to Characterize Exposure & Effects over Space and Time:  Controlled Field Experiments*.  Pacific Biological Station, Nanaimo, British Columbia, Canada, January 2003.

2002.  Salazar, M. H. and S. M. Salazar.  *Characterizing the Fine Structure of Chemical Exposure and Biological Effects in Stratified Aquatic Systems Using Caged Bivalves*.  23rd Annual SETAC Meeting, Salt Lake City, Utah, November 2002 (platform presentation).

2002.  Salazar, M. H. and S. M. Salazar.  *Using Caged Mussels to Monitor Dioxins, Furans, and PCBs on the Kennebec River, Maine*.  23rd Annual SETAC Meeting, Salt Lake City, Utah, November 2002 (poster).

2002.  Salazar, M. H. and S. M. Salazar.  *Developing a Benthic Cage for Long-term, In-situ tests with bivalves*.  23rd Annual SETAC Meeting, Salt Lake City, Utah, November 2002 (poster).

2002.  Gagnon, C.. Saulnier, I., Turcotte, P., Gagne, F., Blaise, C., and Salazar, M. H.  *Bioavailability and Bioaccumulation of Metals Released from Municipal Wastewater Effluents*.  23rd Annual SETAC Meeting, Salt Lake City, Utah, November 2002 (interactive poster).

2002.  Salazar, M.H. and Salazar, S.M.  *ASTM Standard Guide for Conducting In-situ Field Bioassays with Caged Bivalves*.  ASTM In-situ Bioassay Workshop, April, 2002.

2002.  Salazar, M.H. and Salazar, S.M.  *Developing an Ecological Risk Assessment Strategy Using Caged Mussels to Characterize Exposure and Effects*.  29th Annual Aquatic Toxicity Workshop. Whistler, British Columbia, October, 2002 (platform presentation).

2002.  Salazar, M.H. and Salazar, S.M.  *Using Caged Mussels to Monitor Dioxins, Furans, and PCBs on the Kennebec River, Maine*.  29th Annual Aquatic Toxicity Workshop.  Whistler, British Columbia, October, 2002 (platform presentation).

2002.  Gagnon, C., Saulnier, I., Turcotte, P, Gagne, F., Blaise, C, and Salazar, M.H..  *Environmental Factors Controlling the Transport, Speciation, and Bioavailability of Metals Released from Municipal Wastewater Effluents*.  29th Annual Aquatic Toxicity Workshop.  Whistler, British Columbia, October, 2002 (platform presentation).

2002.  Gagne, F., Blaise, C, Douville, M., Trottier, S., and  and Salazar, M.H.  *Long-term Exposure of Freshwater Mussels to a Municipal Effluent Plume Increases the Number of Females*.  29th Annual

Aquatic Toxicity Workshop. Whistler, British Columbia, October, 2002 (platform presentation).

2002. Salazar, M.H. and Salazar, S.M. *Developing a Benthic Cage for Long-term, In-situ Tests with Caged Bivalves*. 29th Annual Aquatic Toxicity Workshop. Whistler, British Columbia, October, 2002 (poster).

2002. Salazar, M.H. and Salazar, S.M. *Georgia Basin Mussel Watch – A proposal for Integrated Biomonitoring*. 29th Annual Aquatic Toxicity Workshop. Whistler, British Columbia, October, 2002 (poster).

2001. Salazar, M.H. and Salazar, S.M. *Caged Bivalve Biomonitoring: Lessons Learned & Future Directions*. 10th International Symposium on Toxicity Assessment, Quebec City, Quebec, August, 2001 (workshop presentation).

2001. Salazar, M.H. and Salazar, S.M. *Using Tissue Residues & the Change in BCFs/BSAFs to Predict Threshold Effects*. 10th International Symposium on Toxicity Assessment, Quebec City, Quebec, August, 2001 (platform presentation).

2001. Salazar, M.H. and Salazar, S.M. *Development of an ASTM Standard Guide for Conducting In-situ Bioassays with Caged Bivalves*. 10th International Symposium on Toxicity Assessment, Quebec City, Quebec, August, 2001 (poster).

2001. Boettner, J., Kocan, R, Salazar, M. H., Salazar, S.M. *Using In-situ Mussel and Herring Egg Bioassays to Evaluate Possible Stressors on Puget Sound Herring Stocks*. 22nd Annual SETAC Meeting, Baltimore, Maryland, November 2001 (platform presentation).

2001. Salazar, M. H. and S. M. Salazar. *In-situ Bioassays as Part of Routine Environmental Assessments in Aquatic Systems*. 22nd Annual SETAC Meeting, Baltimore, Maryland, November 2001 (platform presentation).

2001. Salazar, M. H. and S. M. Salazar. *In-situ Field Bioassays Using Caged Bivalves for Monitoring Chemicals in Surface Water and Sediments*. 22nd Annual SETAC Meeting, Baltimore, Maryland, November 2001 (platform presentation).

2001. Salazar, M. H. and S. M. Salazar. *Using Tissue Residues and the Change in BCFs/BAFs to Predict the Concentrations at which Effects will Occur*. 22nd Annual SETAC Meeting, Baltimore, Maryland, November 2001 (poster).

2001. Salazar, M.H and Salazar, S.M. *Using Caged Mussels to Characterize Exposure from Point and Nonpoint Stressors in the Cherry Point Reach: The Value of In situ Monitoring*. Puget Sound Research 2001, February 2001 (platform presentation).

2001. Salazar, M.H and Salazar, S.M. *Puget Sound Mussel Watch - A Proposal for Integrated Biomonitoring*. Puget Sound Research 2001, February 2001 (poster).

2001. Salazar, M.H. and S.M. Salazar. *Caged Mussels as an In-situ Field Bioassay: Approaches and Applications*. Caged Mussel Briefing, Portland Department of Environmental Quality, March 2001.

2000. Salazar, M. H. and S. M. Salazar. *Using caged mussels to characterize exposure from point- and non-point stressors: the value of in-situ monitoring*. 21st Annual SETAC Meeting, Nashville, Tennessee, 12-16 November 2000 (platform presentation).

2000. Salazar, M. H. and S. M. Salazar. *Why isn't Macoma accumulating TBT in laboratory tests: are they starving?* 21st Annual SETAC Meeting, Nashville, Tennessee, 12-16 November 2000 (poster).

2000. Salazar, M. H. and S. M. Salazar. *Developing an ASTM Standard Guide for Conducting In-situ*

*Field Bioassays with Marine, Estuarine and Freshwater Bivalves.* 21st Annual SETAC Meeting, Nashville, Tennessee, 12-16 November 2000 (poster).

2000. Salazar, M. H. and S. M. Salazar. *In-situ Bioassays Using Caged Bivalves to Characterize Exposure and Effects over Space and Time.* 21st Annual SETAC Meeting, Nashville, Tennessee, 12-16 November 2000 (poster).

2000. Salazar, M. H. and S. M. Salazar. *A pickle jar is a pickle jar and a fish is a moving target but a fish is not a fat bag and bivalves don't eat pickles.* 27th Annual Aquatic Toxicity Workshop, St. John's, Newfoundland, October 1-4, 2000 (platform presentation).

2000. Salazar, M. H. and S. M. Salazar. *Using caged bivalves to monitor Canadian effluents.* 27th Annual Aquatic Toxicity Workshop, St. John's, Newfoundland, October 1-4, 2000 (platform presentation).

2000. Blaise, C., S. Trottier, F. Gagne, P.-D. Hansen, J. Pellerin, , M.H. Salazar, and S. M. Salazar. *Measurement of immunocompetence in hemocytes of bivalve shellfish with a miniaturized assay based on phagocytosis capacity.* 27th Annual Aquatic Toxicity Workshop, St. John's, Newfoundland, October 1-4, 2000 (platform presentation).

2000. Gagne, F., C. Blaise, H. Sabik, M.H. Salazar, and S. M. Salazar. *Is coprostanol estrogenic to the freshwater mussel, Elliptio complanata?* 27th Annual Aquatic Toxicity Workshop, St. John's, Newfoundland, October 1-4, 2000 (platform presentation).

2000. Salazar, M. H. and S. M. Salazar. *Using Caged Mussels to Characterize Exposure Near Oil Refineries in the Cherry Point Reach: The value of In-situ Monitoring.* Pacific Northwest SETAC Meeting, Olympia, Washington. May 2000 (platform presentation).

2000. Salazar, M. H. and S. M. Salazar. *Rationale and Methods for Combining Exposure and Effects Endpoints in a Single Bioassay Protocol: Lessons Learned from Bivalve Biomonitoring.* 10th ASTM Symposium on Environmental Toxicology and Risk Assessment, Toronto Canada. April 2000 (platform presentation).

2000. Salazar, S. M. and M. H. Salazar. *In-situ Field Bioassays to Characterize Chemical Exposure and Associated Biological Effects.* 10th ASTM Symposium on Environmental Toxicology and Risk Assessment, Toronto Canada. April 2000 (poster).

2000. Salazar, M. H. and S. M. Salazar. *Rationale and Methods for Combining Exposure and Effects Endpoints in a Single Bioassay: Revising Sediment Bioaccumulation and Toxicity Test Protocols.* Puget Sound Sediment Management Annual Review Meeting, Seattle, Washington. May 2000.

2000. Salazar, M.H. and Salazar, S.M. Using the Exposure-Dose-Response Triad in Laboratory and Field Bioassays: Lessons Learned from Caged Bivalves and TBT. Northwest Toxicity Assessment Group Meeting, Seattle, Washington, December, 2000.

1999. Salazar, M.H. and S.M. Salazar. *Rationale and methods for combining exposure and effects end points in a single bioassay protocol: Lessons learned from bivalve biomonitoring.* Tenth ASTM Symposium on Environmental Toxicity and Risk Assessment: Science, Policy, and Standardization—Implications for Environmental Decisions. Seattle, Washington. April 1999. (platform presentation).

1999. Salazar, S.M. and M.H. Salazar. *In-situ Field Bioassays to Characterize Chemical Exposure and Associated Biological Effects.* Tenth ASTM Symposium on Environmental Toxicity and Risk Assessment: Science, Policy, and Standardization—Implications for Environmental Decisions (poster).

1999. Salazar, M.H. and S.M. Salazar. *Using the Exposure-Dose-Response Triad in laboratory & Field*

*Bioassays: Lessons Learned from Caged Bivalves and TBT.* 20th Annual SETAC Meeting, Philadelphia, Pennsylvania, 14-18 November 1999 (platform presentation).

1999. Salazar, M.H. and S.M. Salazar. *Using Caged Mussels to Characterize Exposure in the Vicinity of Oil Refineries in the Pacific Northwest: The value of In-situ Monitoring.* 20th Annual SETAC Meeting, Philadelphia, Pennsylvania, 14-18 November 1999 (poster).

1999. Salazar, S.M. and M.H. Salazar. *The Utility of In-Situ Field studies with Caged Bivalves for Assessing Ecological Risk and Natural Resource Injury.* 20th Annual SETAC Meeting, Philadelphia, Pennsylvania, 14-18 November 1999 (poster).

1999. Salazar, S.M. and M.H. Salazar. *Integrating Exposure and Effects Endpoints in Laboratory and Field Bioassays: Listening to the Animals.* 26th Aquatic Toxicity Workshop, Edmonton, Alberta, Canada, 2-6 October 1999 (poster).

1999. Salazar, M.H. *Biomonitoring with Caged Bivalves: Characterizing Site-Specific Exposure and Effects over Space and Time,* Port Valdez Environmental Monitoring Workshop, Anchorage Alaska, 8 October 1999 (platform presentation).

1999. Salazar, M. H. and S. M. Salazar. *The Importance of Synoptic Exposure and Effects Measurements in Laboratory and Field Bioassays.* ASTM 9th Symposium on Environmental Toxicology & Risk Assessment, April 18-21, 1999, Seattle, WA. (platform presentation).

1999. Salazar, S.M. and M.H. Salazar. *Bioaccumulation and Growth in Transplanted Freshwater Bivalves as a Monitoring Tool.* ASTM 9th Symposium on Environmental Toxicology & Risk Assessment, April 18-21, 1999, Seattle, WA. (platform presentation).

1999. Salazar, S.M. and M.H. Salazar. *The Utility of In-situ Field Studies with Caged Bivalves for Assessing Ecological Risk and Natural Resource Injury.* ASTM 9th Symposium on Environmental Toxicology & Risk Assessment, April 18-21, 1999, Seattle, WA. (poster).

1999. Salazar, M. H. and S. M. Salazar. *Characterizing exposure and effects of TBT in bivalves using tissue chemistry and sublethal endpoints.* Puget Sound Sediment Management Annual Review Meeting. Seattle Washington. April 1999 (platform presentation).

1998. Salazar, M.H. and S.M. Salazar. *Campesterol in Caged Mussels as a Tracer of Pulp and Paper Mill Effluents.* 25th Aquatic Toxicity Workshop, Quebec City, Quebec, 18-21 October, 1998. (platform presentation)

1998. Salazar, M.H. and S.M. Salazar. *Reducing Uncertainty in Risk Assessments by Measuring Effects under Realistic Exposure Conditions: A Comparison of Laboratory and Field Approaches.* 25th Aquatic Toxicity Workshop, Quebec City, Quebec, 18-21 October, 1998. (poster)

1998. Salazar, M.H. and S.M. Salazar. *An Exposure-Dose-Response Triad to Support Integrated Risk Assessments: The Caged Bivalve Approach.* SETAC/ASTM Risk Assessment Symposium, Seattle, WA (poster).

1998. Salazar, M.H. and S.M. Salazar. *Using Caged Bivalves to Characterize Exposure And Effects Associated With Pulp And Paper Mill Effluents.* SETAC Europe '98, Bordeaux, France, 14-18 April, 1998. (platform presentation)

1998. Salazar, M.H. and S.M. Salazar. *Manipulative Field Tests Provide More Realistic Characterizations of Exposure and Effects than Standard Laboratory Tests.* SETAC Europe '98, Bordeaux, France, 14-18 April, 1998. (poster)

1997. Salazar, M.H. and S.M. Salazar. *Preliminary Results of a Caged Bivalve Study at 70 Meters in Port*

*Valdez, Alaska.* SETAC '97, San Francisco, CA., 16-20 November, 1997. (platform presentation)

1997. Salazar, M.H. and S.M. Salazar. *Manipulative Field Tests Provide a More Realistic Characterization of Exposure and Effects than Standard Laboratory Tests.* SETAC '97, San Francisco, CA, 16-20 November, 1997. (poster)

1997. Salazar, M.H. and S.M. Salazar. *Using Bioaccumulation and Growth in Freshwater Bivalves as a Tool for Monitoring Canadian Mining Effluents.* 24th Annual Aquatic Toxicity Workshop, 20-22 October, 1997, Niagra Falls, Ontario, Canada. (platform presentation)

1997. Salazar, M.H., A. Colodey, and W.R. Parker. *Caged Mussel Pilot Study at the Port Alice Sulphite Mill on Vancouver Island, B.C..* 24th Annual Aquatic Toxicity Workshop, 20-22 October, 1997, Niagra Falls, Ontario, Canada. (platform presentation)

1997. Salazar, M.H. *Integrated Caged Bivalve Methodologies as Part of EEM: Approaches and Applications.* 24th Annual Aquatic Toxicity Workshop, 20-22 October,1997, Niagara Falls, Ontario, Canada. (platform presentation)

1997. Salazar, M.H. and S.M. Salazar. *Using Bioaccumulation and Growth in Caged Intertidal Oysters to Assess Oil Exposure and Effects in Delaware Bay.* 20th Arctic and Marine Oilspill Program, June 11-13, 1997, Vancouver, Canada (platform presentation).

1997. Salazar, M.H. and S.M. Salazar. *Preliminary Results of a Caged Bivalve Study at 70 Meters in Port Valdez, Alaska.* 20th Arctic and Marine Oilspill Program, June 11-13, 1997, Vancouver, Canada. (poster)

1997. Salazar, M.H. *Refined Caged Bivalve Methodologies as Part of EEM: Characterizing Chemical Exposure & Biological Effects.* Workshop on Using Caged Bivalves as Part of EEM, April 15, 1997, Sidney, British Columbia (platform presentation).

1997. Salazar, M.H. and S.M. Salazar. *Twenty Years of Bivalve Transplants: Lessons Learned.* ASTM 7th Symposium on Environmental Toxicology & Risk Assessment, April 7-9, 1997, St. Louis, Missouri. (platform presentation)

1997. Salazar, M.H. and S.M. Salazar. *Using Caged Bivalves as Part of an Exposure-Dose-Response Triad to Support an Integrated Risk Assessment Strategy.* ASTM 7th Symposium on Environmental Toxicology & Risk Assessment, April 7-9, 1997, St. Louis, Missouri. (poster)

1997. Salazar, M.H. *Refined Caged Bivalve Methodologies as Part of EEM: Characterizing Chemical Exposure & Biological Effects.* Workshop on Alternatives to Adult Fish Surveys in EEM, February 17-18, 1997, Dartmouth, Nova Scotia (platform presentation).

1996. Salazar, S., K. Finkelstein, N. Beckvar, and M. Salazar. *Assessing Mercury Contamination in the Sudbury River, MA, with Transplanted Mussels.* SETAC '96, Washington, DC., November 19-22, 1996. (platform presentation)

1996. Salazar, M.H. and S.M. Salazar. *Using Caged Bivalves as Part of an Exposure-Dose-Response Triad to Support an Integrated Risk Assessment Strategy.* SETAC '96, Washington, DC., November 19-22, 1996. (poster)

1996. Salazar, M.H. and S.M. Salazar. *Using Transplanted Bivalves to Assess Oil Exposure and Effects in Delaware Bay.* SETAC '96, Washington, DC., November 19-22, 1996. (platform presentation)

1996. Salazar, S.M. and M.H. Salazar. Using Bivalve Tissue Burdens to Predict Environmental Effects. SETAC '96, Washington, DC., November 19-22, 1996 (platform presentation).

---

1996. Salazar, M.H. and S.M. Salazar. *Using Caged Bivalves to Monitor Forest Industry Wastewaters.* 5th IAWQ Symposium on Forest Industry Wastewaters. Vancouver, BC. June 13, 1996. (platform & poster presentation).

1996. Salazar, M.H. and S.M. Salazar. *Using Caged Bivalves for Environmental Effects Monitoring at Pulp and Paper Mills: Rationale and Historical Perspective.* 23rd Annual Aquatic Toxicity Workshop. October 7-9, 1996, Calgary, Alberta. (platform & poster presentation)

1996. Salazar, M.H. and S.M. Salazar. *Are Mussels More Sensitive to TBT than Amphipods?* Pacific Northwest SETAC Meeting. May 1996. Corvallis, Oregon (platform presentation).

1996. Salazar, M.H. and S.M. Salazar. *Monitoring Tissue Residues and Tissue Growth in Caged Bivalves to Estimate Exposure, Dose, and Response.* 6th Symposium, Environmental Toxicology and Risk Assessment, ASTM, April 14-18, 1996, Orlando, Florida. (platform presentation)

1996. Salazar, S.M. and M.H. Salazar. *Measuring Bioaccumulation and Growth in Caged Bivalves as Part of an Exposure-Dose-Response Triad for Ecological Risk Assessments.* 6th Symposium, Environmental Toxicology and Risk Assessment, ASTM, April 14-18, 1996, Orlando, Florida. (poster)

1995. Salazar, M.H. and S.M. Salazar. *Do We Really Need In-Situ Bioassays.* 16th Annual SETAC Meeting, November 5-9, 1995, Vancouver, B.C. (platform presentation)

1995. Salazar, M.H. and S.M. Salazar. *In-Situ Bioassays Using Caged Bivalves.* 16th Annual SETAC Meeting, November 5-9, 1995, Vancouver, B.C. (poster)

1995. Salazar, M.H. and S.M. Salazar. *Using Bivalve Tissue Burdens to Predict Environmental Effects.* 4th Annual Pacific Northwest SETAC Meeting, May 11-13, 1995, Seattle, Washington. (platform presentation)

1995. Salazar, S.M. and M.H. Salazar. *Assessing Mercury Contamination with Transplanted Freshwater Mussels: Methods & Preliminary Results.* 4th Annual Pacific Northwest SETAC Meeting, May 11-13, 1995, Seattle, Washington. (poster)

1995. Salazar, M.H. and S.M. Salazar. *Using Mussel Growth Measurements to Evaluate the Environmental Significance of Metal Tissue Burdens.* 5th Symposium, Environmental Toxicology & Risk Assessment, ASTM, April 3-6, 1995, Denver, CO. (platform presentation)

1995. Salazar, M.H., S.M. Salazar, P. Gaffney, and K. Paynter. *Using Transplanted Bivalves to Assess Oil Exposure & Effects in Delaware Bay.* 5th Symposium, Environmental Toxicology & Risk Assessment, ASTM, April 3-6, 1995, Denver, CO. (platform presentation)

1995. Salazar, S.M. and M.H. Salazar. *Assessing Mercury Contamination with Transplanted Freshwater Mussels: Methods & Preliminary Results.* 5th Symposium, Environmental Toxicology & Risk Assessment, ASTM, April 3-6, 1995, Denver, CO. (poster)

1995. Salazar, M.H. *Using Caged Mussels to Monitor PAHs.* Presentation to Port Valdez Environmental Monitoring Group, Hosted by RCAC, January 17-18, 1995, Seattle, Washington.

1995. Salazar, M.H. and S.M. Salazar. *Measuring Bioaccumulation and Bioeffects in Transplanted Bivalves as a Pollution Monitoring Tool.* Puget Sound Research '95, January 12-14, 1995, Bellevue, Washington (platform presentation)

1995. Salazar, S.M. and M.H. Salazar. *Bivalve Transplants: Manipulative Experiments & Deployment Methods.* Puget Sound Research '95, January 12-14, 1995, Bellevue, Washington (poster)

1994. Salazar, M.H. and S.M. Salazar. *In-situ Bioassays with Caged Bivalves in a Comprehensive Monitoring Program*. 15th Annual SETAC Meeting, October 31-November 4, 1994, Denver, Colorado. (poster).

1994. Salazar, S.M. and M.H. Salazar. *Deployment Methods & Manipulative Experiments with Caged Bivalves*. 15th Annual SETAC Meeting, October 31-November 4, 1994, Denver, Colorado. (poster).

1994. Salazar, M.H. *Using Transplanted Mussels in Oil Spills*. Presentation to Natural Resource Damage Assessment Training Session, September 13, 1994, Narragansett, Rhode Island.

1994. Salazar, M.H. *Measuring Bioaccumulation and Bioeffects in Transplanted Bivalves as a Pollution Monitoring Tool*. PSDDA Meeting, October 12, 1994, Seattle, Washington.

1994. Salazar, M.H. and S.M. Salazar. *Caged Mussels as a Field Bioassay to Estimate Dose-Response*. 3rd Annual Pacific Northwest SETAC Meeting, May 12-14, 1994, Victoria, Vancouver Island, B.C. (platform presentation)

1994. Salazar, S.M. and M.H. Salazar. *Caged Mussels as a Field Bioassay for Manipulative Experiments*. 3rd Annual Pacific Northwest SETAC Meeting, May 12-14, 1994, Victoria, Vancouver Island, B.C. (poster)

1994. Salazar, M.H. and S.M. Salazar. *Caged Mussels as a Field Bioassay to Estimate Dose-Response*. 4th Symposium, Environmental Toxicology & Risk Assessment, ASTM, April 10-13, 1994, Montreal, Canada. (platform presentation)

1994. Salazar, S.M. and M.H. Salazar. *Caged Mussels as a Field Bioassay for Manipulative Experiments*. 4th Symposium, Environmental Toxicology & Risk Assessment, ASTM, April 10-13, 1994, Montreal, Canada. (poster )

1993. Salazar, M.H. and S.M. Salazar. *Developing a Mussel Field Bioassay to Estimate Chemical Exposure and Bioeffects*. 14th Annual SETAC Meeting, November 14-18 November, 1993, Houston, Texas. (poster)

1993. Salazar, M.H. and S.M. Salazar. *Mussel Growth as a Biomarker: Synoptic Testing in San Diego bay*. 14th Annual SETAC Meeting, November 14-18 November, 1993, Houston, Texas. (platform presentation)

1993. Salazar, M.H. and S.M. Salazar. *Transplanted Mussels in Risk Assessments: Synoptic Measurements of Chemical Exposure and Bioeffects*. Conference on Ecological Risk Assessment, October 8-9, 1993, San Diego, California (platform presentation).

1993. Salazar, M.H. *Use of Caged Bivalves for In Situ Assessments of Oil Spills: Establishing pathways and Potential Injuries*. Oil Spill Conference, August, 1993, Bodega Bay, California (platform presentation).

1993. Salazar, M.H. and S.M. Salazar. *Developing a Mussel Field Bioassay to Estimate Chemical Exposure and Bioeffects*. Pacific Northwest SETAC Meeting, Newport, Oregon, May, 1993. (poster)

1993. Salazar, M.H. and S.M. Salazar. *Transplanted Juvenile Mussels as In Situ Biological Indicators*. 3rd Symposium, Environmental Toxicology & Risk Assessment, ASTM, April, 1993, Atlanta, Georgia (platform presentation).

1993. Salazar, S.M., M.H. Salazar, P. B. Duncan, and K. A. Rose. *Bioaccumulation and Growth in Mussels Transplanted around a Superfund Site*. 3rd Symposium, Environmental Toxicology & Risk

Assessment, ASTM, April, 1993, Atlanta, Georgia (platform presentation).

1993. Salazar, M.H. and S.M. Salazar. *Developing Standard Protocols for Using Transplanted Mussels as In Situ Indicators of Chemical Exposure and Bioeffects.* 3rd Symposium, Environmental Toxicology & Risk Assessment, ASTM, April, 1993, Atlanta, Georgia (poster).

1992. Salazar, M.H. *Use and Misuse of Mussels in Natural Resource Damage Assessment.* MTS '92. October 19-21, 1992. Washington, D. C.

1992. Salazar, M.H. *The Role of Science in Natural Resource Damage Assessment.* Conference on Management of Submerged Aquatic Lands. September 14-19, 1992. Orcas Island, Washington.

1992. Salazar, M. H and S.M. Salazar. *Transplanted Mussels as In-situ Indicators of Chemical Exposure and Biological Response.* Pacific Northwest SETAC. June 26-27, 1992, Bellingham, Washington (platform presentation).

1991. Salazar, M.H. *Transplanted Juvenile Mussels as In-situ Biological Indicators.* SETAC 12th Annual Meeting. November 3-7, 1991, Seattle, Washington (platform presentation)

1991. Salazar, M.H. *Mussels as Bioindicators of Tributyltin in San Diego Bay.* Southern California Environmental Chemists Society Workshop. May 15, 1991, San Diego, California.

1990. Salazar, M.H. *Mussels as Bioindicators: a Case Study of Tributyltin Effects in San Diego Bay.* 17th Annual Aquatic Toxicity Workshop. November 5-7, 1990, Vancouver, British Columbia, Canada. (platform presentation)

1990. Salazar, M.H. *Mussels as Bioindicators in San Diego Bay: Tributyltin as a Case Study.* San Diego Bay Symposium. June 15-16, 1990, San Diego, California (platform presentation).

1990. Salazar, M. H and S.M. Salazar. *Utility of Mussel Growth in Assessing the Environmental Effects of Tributyltin.* 3rd International Organotin Symposium. April 17-20, 1990, Monaco. (platform presentation)

1989. Salazar, M.H. *Risk Assessment Philosophy for Contaminated Sediments at Navy Aquatic Hazardous Waste Sites.* Environmental Research and Development R&D) Technical Workshop. November 7-9, 1989, San Diego, California (platform presentation).

1989. Salazar, M.H. *Mortality, Growth and Bioaccumulation in Mussels Exposed to TBT: Differences Between the Laboratory and the Field.* Oceans 1989 Conference. September 18-21, 1989, Seattle, Washington (platform presentation).

1988. Salazar, M.H. *Tributyltin and Water Quality: A Question of Environmental Significance.* Oceans 1988 Conference. October 31 - November 2, 1988, Baltimore, Maryland (platform presentation).

1987. Salazar, M.H. *The Tenuous Relationship Between Organotin Laboratory Studies, Field Monitoring and Nature.* SETAC Eighth Annual Meeting. November 9-12, 1987, Pensacola, Florida (platform presentation).

1987. Salazar, M.H. *TBT Effects on Juvenile Mussel Growth.* Oceans 1987 Conference. September 28 - October 1, 1987, Halifax, Nova Scotia, Canada (platform presentation).

1986. Salazar, M.H. *Environmental Significance and Interpretation of Organotin Bioassays.* Oceans 1986 Conference. September 23-25, 1986, Washington, D. C. (platform presentation).

1985. Salazar, M.H. *The Effects of Sediment on the Survival of Mysids Exposed to Organotins.* 11th US - Japan Experts Meeting on Management of Sediments Containing Toxic Substances. November

4-6, 1985, Seattle, Washington (platform presentation).

1982. Salazar, M.H. *Navy Sediment Bioassays.* Sediment Bioassay Workshop. US Army Corps of Engineers, Seattle District (platform presentation).

1981. Salazar, M.H. *Environmental Impact of Dredged Material.* Dredging and Sedimentation Control Meeting. Scripps Institution of Oceanography, La Jolla, California.

1978. Salazar, M.H. *Sediment Bioassay Techniques.* Workshop on Dredged Material Bioassays. US Army Corps of Engineers, New Orleans District.

1974. Salazar, M.H. *Environmental Impact of Sunken Target Hulls.* First Conference on the Environmental Effects of Explosives and Explosions. Naval Ordnance Laboratory, White Oak, Silver Spring, Maryland (platform presentation).

1973. Salazar, M.H. *Byssal Thread Production as a Toxicity Test.* Conference on Marine Biology in Environmental Protection. 13-15 November 1973, San Clemente Island, California. (platform presentation)

1972. Salazar, M.H. *Phototaxis in Some Regular Echinoids of Southern California.* First Echinoderms Conference, Smithsonian Institute. Washington, D. C. (platform presentation).