IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. )<br>)<br>and DELAWARE AUDUBON SOCIETY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TEXACO REFINING AND MARKETING, INC. )<br>)<br>Defendant. ) | Civil Action No.<br>88-263-SLR |

## DECLARATION OF DR. CHRISTOPHER K. SOMMERFIELD

I, Christopher K. Sommerfield, hereby declare as follows:

### *QUALIFICATIONS AND EXPERIENCE*

1. I am an Assistant Professor of Oceanography at the University of Delaware Graduate College of Marine Studies, Lewes, Delaware. I have a doctorate in Coastal Oceanography and a Master's degree in Marine Environmental Sciences from State University of New York Stony Brook. I have attached my *curriculum vitae* for further reference. *Exhibit 1.*

2. I have conducted extensive research involving estuarine sedimentary processes and radioisotope geochronology of sediments in the Delaware River. Furthermore, I am experienced with coring techniques and radioisotope chronologies, and have used these techniques to assess radioisotope profiles from samples collected from the Delaware River. These technologies can be used to date sediments to determine the history of deposition.

3. I am the co-author of a 2003 publication entitled *Sedimentological and Geophysical Survey of the Upper Delaware Estuary*, which reports the results of a sedimentological and geophysical survey of the upper Delaware Estuary conducted during 2001 through 2002 by the University of Delaware. *Exhibit 2.* This report was generated for use by the Delaware River Basin Commission, and was funded in part by the Delaware Sea Grant College Program, the National Oceanic and Atmospheric Administration and the Delaware Department of Natural Resources and Environmental Control.

4. During my University of Delaware study, approximately twenty-five cores were collected from the Delaware River subtidal estuary in an attempt to date the sediment column using the radioisotope Cs-137.

5. Of the twenty-five cores collected, only three sites displayed Cs-137 concentrations high enough to warrant detailed measurements, and the chronologies provided by these three cores were less than ideal.

6. Through my experience and research I have found that in order for sediments to provide an unambiguous chronological record, the following conditions must be met: (1) steady-state sediment accumulation; (2) negligible post-deposition mixing of the sediment; and (3) the radioisotope must be immobile in the sediment column. My studies indicate that these requirements are not generally met within the main channel of the Delaware River.

7. Through my research I believe the Delaware River is a dynamic environment with naturally high levels of resedimentation. This means that even after sediments settle, they can move back into the water column, and be transported to other locations. This phenomenon, along with other physical processes such as dredging, and storm events, reduce the likelihood of obtaining a radioisotopic profile suitable for accurate chronological records.

## BACKGROUND

8. I was retained by the law firm of Wallace King Domike and Branson, PLLC to review a 2003 report entitled *Hydrocarbon and Metal Analysis of Dated Cores from the Delaware River Estuary* (hereinafter "Skidaway Report") by Drs. Richard Lee, Clark Alexander and Keith Maruya of the Skidaway Institute of Oceanography.

9. A review of the Skidaway Report indicates that attempts were made to date sediment cores using the following radioisotopes: Pb-210, Cs-137 and Be-7. A review of the locations sampled indicates that attempts were made to acquire cores from greater than fifty locations in the open estuary.

10. Of the numerous samples collected by Skidaway, only two locations revealed radioisotopic profiles that could be used to show reliable sedimentation rates. The remaining samples and locations showed patterns consistent with what would be expected from physically reworked bottom sediments and erosion.

## CONCLUSION

11. Based upon my review of the Skidaway Report, I would have utilized the same methodology to obtain and analyze samples.

12. It is my belief that any perceived limitation with the data is solely the result of site conditions, and not the result of any inadequacy in the methodology or improper implementation of the study.

13. Notably, the results of the Skidaway Report are consistent with results that I obtained in conducting my own research at other locations in the Delaware River estuary, and are indicative of reworked bottom sediments and erosion.

14. Based upon my extensive knowledge of the Delaware River sedimentation processes and patterns, as well as other research that I have personally conducted or reviewed, the results conducted by the Skidaway Institute of Oceanography are consistent with the types of results that would be obtained from sediment chronology studies at many locations in the Delaware River estuary.

## VERIFICATION

I, Christopher K. Sommerfield, declare under penalty of perjury that the foregoing is true and correct.

Executed on  8 September 2005

_____
Christopher K. Sommerfield

## CERTIFICATE OF SERVICE

I Meagan Ward Cascio, hereby certify that on September 9, 2005 I electronically filed **DECLARATION OF DR. CHRISTOPHER K. SOMMERFIELD** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

> C. Scott Reese, Esquire
> Cooch & Taylor
> 824 N. Market Street
> Suite 1000
> P.O. Box 1680
> Wilmington, DE  19899-1680

I also certify that copies were caused to be served on September 9, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY:

C. Scott Reese, Esquire
Cooch & Taylor
824 N. Market Street
Suite 1000
P.O. Box 1680
Wilmington, DE  19899-1680

### BY FEDERAL EXPRESS

Mitchell S. Bernard, Esquire
Nancy S. Marks, Esquire
Amelia Toledo, Esquire
Natural Resources Defense Council
40 West 20th Street
New York, New York  10011

> /s/ Megan Ward Cascio
> Megan Ward Cascio (#3785)
> 1201 N. Market Street
> P. O. Box 1347
> Wilmington, DE 19899-1347
> mcascio@mnat.com
> Attorneys for Defendant