# Exhibit 1

*C.K. Sommerfield, September 2005*

**CHRISTOPHER KEMP SOMMERFIELD**
Assistant Professor
College of Marine Studies, University of Delaware
700 Pilottown Rd.
Lewes, DE 19958
ph 302-645-4255; fax 302-645-4007
email cs@udel.edu

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | Coastal Oceanography, SUNY Stony Brook | 1997 |
| M.S. | Marine Environmental Sciences, SUNY Stony Brook | 1993 |
| B.S. | Geology, West Chester University, | 1986 |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Assistant Professor of Oceanography<br>College of Marine Studies, University of Delaware | 2000–present |
| Postdoctoral Scholar<br>Woods Hole Oceanographic Institution/US Geological Survey | 1997–2000 |
| Research Assistant<br>Marine Sciences Research Center, SUNY Stony Brook | 1991–1997 |
| Teaching Assistant<br>Marine Sciences Research Center, SUNY Stony Brook | 1990–1991 |
| Hydrogeologist, Earth Data Corporation | 1986–1990 |

## RESEARCH INTERESTS

Estuarine, coastal and shelf sedimentary processes (transport, deposition and erosion); strata formation and seafloor morphodynamics; late Holocene sedimentary record of environmental change (fluvial, oceanic and anthropogenic); radioisotope geochronology; contaminant transport in coastal waters

## HONORS

1997   Postdoctoral Scholarship Woods Hole Oceanographic Institution/U.S. Geological Survey

## PROFESSIONAL AFFILIATIONS

American Geophysical Union
Geological Society of America
Society for Sedimentary Geology
Estuarine Research Federation

1

## PUBLICATIONS

**Papers in Press**

1. **Sommerfield, C.K.** On sediment accumulation rates and stratigraphic completeness: Lessons from Holocene ocean margins. ***Continental Shelf Research***.

2. **Sommerfield, C.K.**, Ogston, A.S., Mullenbach, Drake, D.E., Alexander, C.R., Nittrouer, C.A., Borgeld, J.C., Wheatcroft, R.A., and Leithold, E.L. Oceanic Dispersal and Accumulation of River Sediment. In: C. Nittrouer, J. Austin, M. Field, J. Syvitski, and P. Wiberg (Eds.), ***Continental-Margin Sedimentation: Sediment Transport to Sequence Stratigraphy***. Blackwell Publishers. (BOOK CHAPTER)

3. Church, T.M., **Sommerfield, C.K.**, Velinsky, D., Point, D., Benoit, C., Amouroux, D., Plaa, D., and Donard, O. Marsh sediments as records of sedimentation, eutrophication and metal pollution in the urban Delaware Estuary. ***Marine Chemistry***.

**Papers in Review**

1. Cook, T.L., **Sommerfield, C.K.**, and Wong, K.C. Observations of tidal and seasonal sediment transport in the upper Delaware Estuary. ***Estuarine, Coastal and Shelf Science***.

2. **Sommerfield, C.K.** and Wheatcroft, R.A. Late Holocene–modern sediment accumulation on the northern California shelf: oceanic, fluvial and anthropogenic influences. ***Geological Society of America Bulletin***.

**Papers in Preparation**

1. **Sommerfield, C.K.** and Walsh, D.E. Historical morphologic change in the Delaware River Estuary.

2. Scileppi, E.M. and **Sommerfield, C.K.** Patterns of fine-grained sediment accumulation in the Delaware River estuary based on $^{137}$Cs and $^{210}$Pb distributions.

**Papers Published**

1. Klingbeil, A.D. and **Sommerfield, C.K.**, 2005. Latest Holocene evolution and human disturbance of a channel segment in the Hudson River estuary. ***Marine Geology***, 218: 135–153.

2. Goff, J.A., Austin, J.A., Gulick, S.P.S., Nordfjord, S., **Sommerfield, C.K.**, Christensen, B., and Olson, H., 2005. Post-transgressive and modern erosion on the New Jersey outer shelf. ***Marine Geology***, 216: 275–296.

3. Wheatcroft, R.A. and **Sommerfield, C.K.**, 2005. River sediment flux and shelf sediment accumulation rates on the Pacific Northwest margin. ***Continental Shelf Research***, 25: 311–332.

4. Nordfjord, S., Goff, J.A., Austin, J.A., and **Sommerfield, C.K.**, 2005. Seismic geomorphology of buried channel systems on the New Jersey outer shelf: Assessing past environmental conditions. ***Marine Geology***, 214: 339–364.

5. Crusius, J., Bothner, M.H., and **Sommerfield, C.K.**, 2004. Bioturbation depths, rates, and processes in Massachusetts Bay sediments inferred from modeling of $^{210}$Pb and $^{239}$Pu profiles. ***Estuarine, Coastal and Shelf Science***, 61: 643–655.

6. Goff, J.A., Kraft, B.J., Mayer, L.A., Schock, S.G., **Sommerfield, C.K.**, Olson, H.C., Gulick, S.P.S., and Nordfjord, S., 2004. Seabed characterization on the New Jersey middle and outer shelf: Correlability and spatial variability of seafloor sediment properties. ***Marine Geology***, 209: 147–172.

7. Traykovski, P., Geyer, W.R., and **Sommerfield, C.K.**, 2004. Rapid sediment deposition and fine-scale strata formation in the Hudson Estuary. ***Journal of Geophysical Research***, 109: doi:10.1029/2003JF000096.

8. **Sommerfield, C.K.** and Lee, H.J., 2004. Across-shelf sediment transport since the Last Glacial Maximum, southern California margin. ***Geology***, 32: 345–348.

9. **Sommerfield, C.K.**, and Lee, H.J., 2003. Magnitude and variability of Holocene sediment accumulation in Santa Monica Bay, California. ***Marine Environmental Research***, 56: 151–176.

10. **Sommerfield, C.K.**, Drake, D.E., and Wheatcroft, R.A., 2002. Shelf record of climatic changes in flood magnitude and frequency, north-coastal California. ***Geology***, 30: 395–389.

11. Woodruff, J.D., Geyer, W.R., **Sommerfield, C.K.**, and N. Driscoll, 2001. Seasonal variation of sediment deposition in the Hudson River Estuary. ***Marine Geology***, 179: 105–119.

12. **Sommerfield, C.K.**, Aller R.C., and C.A. Nittrouer, 2001. Sedimentary carbon, sulfur, and iron relationships in modern and ancient diagenetic environments of the Eel River Basin (USA). ***Journal of Sedimentary Research***, 71: 335–345.

13. **Sommerfield, C.K.**, Alexander, C.R., and C.A. Nittrouer, 1999. $^7$Be as a tracer of flood sedimentation on the northern California continental margin. ***Continental Shelf Research***, 19: 335–361.

14. **Sommerfield, C.K.** and C.A. Nittrouer, 1999. Modern accumulation rates and a sediment budget for the Eel shelf, USA: A flood-dominated depositional environment. ***Marine Geology***, 154: 227–241.

15. Nittrouer, C.A., Lopez, G.R., Wright, L.D., Bentley, S.J., D'Andrea, A.F., Friedrichs, C.T., Craig, N.I., and **C.K. Sommerfield**, 1997. Oceanographic processes and the preservation of sedimentary structure in Eckernförde Bay, Baltic Sea. ***Continental Shelf Research***, 18: 1689–1714.

16. Wheatcroft, R.A., **Sommerfield, C.K.**, Drake, D.E., Borgeld, J.C., and C.A. Nittrouer, 1997. Rapid and widespread dispersal of flood sediment on the northern California margin. ***Geology***, 25: 163–166.

17. Wheatcroft, R.A., Borgeld, J.C., Born, R.S., Drake, D.E., Leithold, E.L., Nittrouer, C.A., and **Sommerfield, C.K.**, 1996. The anatomy of an oceanic flood deposit. *Oceanography*, 9: 158–162.

18. Bentley, S.J., Nittrouer, C.A., and **Sommerfield, C.K.**, 1996. Development of sedimentary strata in Eckernförde Bay, southwestern Baltic Sea. *Geo-Marine Letters*, 16: 148–154.

19. Nittrouer, C.A., Kuehl, S.A., Figueiredo, A.G., Allison, M.A., **Sommerfield, C.K.** and M.P. Segall, 1996. The geological record formed by Amazon shelf sedimentation. *Continental Shelf Research*, 16: 817–841.

20. **Sommerfield, C.K.**, Nittrouer, C.A. and DeMaster, D.J., 1996. Sedimentary carbon-isotope systematics on the Amazon shelf. *Geo-Marine Letters*, 16: 17–21.

21. **Sommerfield, C.K.**, Nittrouer, C.A. and A.G. Figueiredo, 1995. Stratigraphic evidence of changes in Amazon shelf sedimentation during the late Holocene. *Marine Geology*, 125: 351–371.

**Technical Reports**

1. **Sommerfield, C.K.**, and Madsen, J.A., 2004. Sedimentological and Geophysical Survey of the Upper Delaware Estuary. Delaware Sea Grant, Technical Report DEL-SG-04-04, 124 pp.

2. **Sommerfield, C.K.**, 2003. Mechanisms of Sediment Deposition, Erosion, and Long-Term Accumulation in the Hudson River Estuary, Report to Hudson River Foundation, 42 pp.

## COURSE DEVELOPMENT AND INSTRUCTION

MAST 637: *Geological Oceanography*, 2001, 2002, 2003, 2004, 2005

MAST 831: *Coastal and Estuarine Geology*, 2003, 2004

MAST 482: *Introduction to Ocean Sciences*, 2001


## PROFESSIONAL ACTIVITIES AND SERVICE

**Meeting Presentations**

1. **Sommerfield, C.K.** and Walsh, D.R., 2005. Historical morphological change in the Delaware River estuary. *Annual Meeting of the Estuarine Research Federation*. Abstracts of Technical Program.

2. **Sommerfield, C.K.** and Walsh, D.R., 2005. Historical changes in the morphology and sediment budget of the subtidal Delaware Estuary. Delaware Estuary Science Conference, Sponsored by the Delaware Estuary Program. Program with abstracts, p. 46.

3. Alexander, C.R., Christensen, Goff, B., Vernherm, C., Nordfjord, S., Gulick, S., **Sommerfield, C.K.**, Fulthorpe, C., and Schock, S., 2005. Source, timing and depositional environments of paleochannel incision and infill on the New Jersey shelf. *Annual meeting of the Geological Society of America Abstracts with Programs*.

4. Alexander, C.R., Christensen, B., Goff, J., Vernherm, C., Nordfjord, S., Gulick, S., **Sommerfield, C.K.**, Fulthorpe, C., and Schock, S., 2005. Paleochannel incision and infill on the New Jersey shelf: timing, character and depositional environment. *Geological Society of America Abstracts with Programs* 37(2): 0.

5. Nordfjord, S., Goff, J.A., Austin, J.A., Gulick, S.P.S., **Sommerfield, C.K.**, Alexander, C.R., and Schock, S., 2004. Seismic facies of shallowly buried channels, New Jersey continental shelf: understanding the Quaternary paleoenvironments during the last transgression. *EOS, Transactions of the American Geophysical Union*, 84 (47): F1077.

6. Goff, J.A., Austin, J.A., Nordfjord, S., Christensen, B., **Sommerfield, C.K.**, Olson, H., and Alexander, C.R., 2004. Post-transgressive and modern erosion on the New Jersey outer shelf. *EOS, Transactions of the American Geophysical Union*, 84 (47): F1078.

7. Skarke, A.D., Madsen, J.A., and **Sommerfield, C.K.**, 2004. Application of chirp sonar acoustic reflection coefficients for bottom sediment characterization: results from the upper Delaware Estuary. *Annual meeting of the Geological Society of America, Abstracts with Programs*.

8. Walsh, D.R. and **Sommerfield, C.K.**, 2004. Anthropogenic influences on the morphology of the tidal Delaware River and Estuary. *Northeastern Meeting of the Geological Society of America Abstracts with Programs* 36 (2).

9. Cook, T.L. and **Sommerfield, C.K.**, 2004. Observations of sediment transport in the Delaware Estuary during spring runoff conditions. *Northeastern Meeting of the Geological Society of America Abstracts with Programs* 36 (2).

10. Scileppi, E.M. and **Sommerfield, C.K.**, 2004. Patterns of fine-grained sediment accumulation in the Delaware Estuary: New insight from Pb-210 and Cs-137 inventories. *Northeastern Meeting of the Geological Society of America Abstracts with Programs* 36 (2).

11. **Sommerfield, C.K.**, Nordfjord, S., Goff, J.A., Austin, J.A., Alexander, C.R., Gulick, S.P.S., Fulthorpe, C.S., and Schock, S., 2004. Paleohydraulic characteristics of latest Pleistocene channel networks on the New Jersey Shelf. *Northeastern Meeting of the Geological Society of America Abstracts with Programs* 36 (2).

12. Church, T., **Sommerfield, C.K.**, Velinsky, D., Point, D., Benoit, C., Amouroux, D., and Donard, O., 2004. Historical pollution as recorded in marsh sediments of the upper Delaware River. *EOS, Transactions of the American Geophysical Union*, 84 (52).

13. Rowe, A.A., Totten, L.A., Du, S., Eisenreich, S.J., and **Sommerfield, C.K.**, 2004. Use of sediment cores to corroborate the historical loading of PCBs to the Delaware River. 2004 Water and Environment Conference. Program with Abstracts.

14. Nordfjord, S., Goff, J.A., Austin, J.A., Fulthorpe, C.S., Gulick, S.P.S., **Sommerfield, C.K.**, Alexander, C.R., Christensen, B.A., and Schock, S, 2003. Geomorphologic comparisons of shallowly buried, dendritic drainage systems on the outer New Jersey Shelf with modern fluvial and estuarine analogs. *EOS, Transactions of the American Geophysical Union*, 84 (46), p. F857.

15. Fulthorpe, C.S., Goff, J.A., Austin, J.A., Gulick, S.P.S, Nordfjord, S., Alexander, C.R., **Sommerfield, C.K.**, Christensen, B.A., and Schock, S., 2003. Enigmatic shallow subsurface stratigraphy on the New Jersey mid-outer shelf: Catastrophic erosion or diagenesis? *EOS, Transactions of the American Geophysical Union*, 84 (46), p. F856.

16. Gulick, S.P.S., Fulthorpe, C.S., Goff, J.A., Austin, J.A., Nordfjord, S., **Sommerfield, C.K.**, Alexander, C.R., Christensen, B.A., and Schock, S., Nielson, D.L., 2003. Mapping a pre-last glacial maximum paleo-seafloor and shelf-slope sediment wedges beneath the New Jersey shelf. *EOS, Transactions of the American Geophysical Union*, 84 (46), p. F856.

17. Alexander, C.R., **Sommerfield, C.K.**, Austin, J.A., Christensen, B.A., Fulthorpe, C.S., Goff, J.A., Gulick, S.P.S, Nordfjord, S., Nielson, D.L., and Schock, S., 2003. Sedimentology and age control of late Quaternary New Jersey shelf deposits. *EOS, Transactions of the American Geophysical Union*, 84 (46), p. F857.

18. Christensen, B.A., Goff, J.A., Alexander, C.R., Austin, J.A., Gulick, S.P.S., Fulthorpe, C.S., Nordfjord, S., **Sommerfield, C.K.**, Vernherm, C., Schock, S., Nielson, D.L., 2003. *EOS, Transactions of the American Geophysical Union*, 84 (46), p. F857.

19. Nielson, D.L., Pardey, M., Austin, J.A., Goff, J.A., Alexander, C.R., Christensen, B.A., Gulick, S.P.S, Fulthorpe, C.S., Nordfjord, S., **Sommerfield, C.K.**, Vernherm, C., 2003. Active heave-compensated coring on the New Jersey shelf. *EOS, Transactions of the American Geophysical Union*, 84 (46), p. F857.

20. **Sommerfield, C.K.** and Klingbeil, A.D., 2003 (invited presentation). Natural and anthropogenic influences on estuarine erosion: a Hudson Estuary case study. *Annual Meeting of the Estuarine Research Federation Abstracts with Programs*, p. 126.

21. **Sommerfield, C.K**, Klingbeil, A.D., and Walsh, D.R., 2003. Bedform signatures of channel erosion: examples from the Delaware and Hudson River Estuaries. *European Union of Geophysicists, American Geophysical Union Meeting, Nice, France, Abstracts with Programs*, p.

22. **Sommerfield, C.K.** and Madsen, J.A., 2002. Sediment transport and trapping in the lower Delaware River and estuary: Initial results of a regional sonar study. *Northeastern Section Meeting of Geological Society of America Program Abstracts with Programs*, v. 34, P-54.

23. Klingbeil, A.K., and **Sommerfield, C.K.**, 2002. Late Holocene sediment accumulation rates in the Hudson River estuary: spatial and temporal variability. *Northeastern Section Meeting of Geological Society of America Abstracts with Programs*, v. 34, P-54.

24. Schimmelmann, A., Lange, C.B., Drake, D.E., and **Sommerfield, C.K.**, 2002. Extreme paleofloods in northern and southern California: Evidence for a matching pattern. *2002 PACLIM Conference Abstracts with Programs*.

25. **Sommerfield, C.K.**, Geyer, W.R., and Traykovski, P, 2001. Scales of intra-annual sedimentation in the Hudson River estuary as revealed by short-lived radioisotopes. *Annual Meeting of the Geological Society of America Abstracts with Programs*, p. A-406.

26. Geyer, W.R., and Traykovski, P, and **Sommerfield, C.K.**, 2001. Frontal convergence causes sediment trapping in the Hudson River estuary. *Annual Meeting of the Geological Society of America Abstracts with Programs*, p. A-406.

27. Traykovski, P, Geyer, W.R., and **Sommerfield, C.K.**, 2001. Acoustic measurements of rapid sediment accumulation in the Hudson River estuary. *Annual Meeting of the Geological Society of America Abstracts with Programs*, p. A-406.

28. Field, P., Rosenthal, Y., Sherrel, R., Mason, R., Heyes, A., Geyer, R., and **Sommerfield, C.K.**, 2001. The effect of sediment transport on the geochemical dynamics of metal pollutants in Hudson River sediments. *Annual Meeting of the Geological Society of America Abstracts with Programs*, p. A-406.

29. Austin, J., Goff, J., Gulick, S., Fulthorpe, C., Nordfjord, S., Wiederspahn, M., Saustrup, S., Schock, S., Wulf, J., Gjerding, Mayer, L., and **Sommerfield, C.K.**, 2001. Assessing the "Geo" in GeoClutter: New Chirp sonar, sampling, and compressional wave velocity results from the New Jersey Shelf. *EOS, Transactions of the American Geophysical Union*, 82 (47), F655.

30. **Sommerfield, C.K.** and Wheatcroft, R.A., 2001. Hydrologic and oceanographic controls on Modern–Late Holocene sediment accumulation on the U.S. North Pacific Shelf. *Chapman Conference on the Formation of Sedimentary Strata on Continental Margins, Abstracts with Programs*, p. 25.

31. **Sommerfield, C.K.**, Drake, D.E., and R.W. Wheatcroft, 2000. Marine record of fluvial disturbance, North-Coastal California. EOS, Transactions of the American Geophysical Union, 81:48, p. F 631.

32. **Sommerfield, C.K.**, Lee, H.J., and C.R. Alexander, 2000. Coastal oceanographic controls on spatial and temporal variations in Holocene sediment accumulation, Santa Monica Bay. *Annual Meeting of the Southern California Academy of Sciences Program and Abstracts*, p. 46.

33. Geyer, W.R., Woodruff, J.D., Traykovski, P., and **Sommerfield, C.K.**, 1999. Seasonal and spring-neap variability of sediment trapping in an estuary. *EOS, Transactions of the American Geophysical Union*, 80:49, p. OS187.

34. Wheatcroft, R.A., and **Sommerfield, C.K.**, 1999. River sediment flux and accumulation on the Pacific northwest margin. *EOS, Transactions of the American Geophysical Union*, 80:49, p. OS252.

35. Alexander, C.R., **Sommerfield, C.K.**, and H.J. Lee, 1999. Dispersal and accumulation of modern sediments on the Santa Monica shelf and slope. *EOS, Transactions of the American Geophysical Union*, 80:49, p. OS251.

36. **Sommerfield, C.K.**, and H.J. Lee, 2000. Processes and rates of Holocene sedimentation in Santa Monica Bay, CA. *EOS, Transactions of the American Geophysical Union*, 80:49.

37. Woodruff, J.D., Geyer, W.R., Driscoll, N., and **Sommerfield, C.K.**, 1998. Sediment deposition within the Hudson River Estuary. *EOS, Transactions of the American Geophysical Union,* 79:45, p. F451.

38. **Sommerfield, C.K.**, 1998. Decadal to millennial variability of fluviomarine sedimentation on the northern California continental shelf. *EOS, Transactions of the American Geophysical Union,* 79:45, p. F457.

39. **Sommerfield, C.K.**, Alexander, C.R., and C.A. Nittrouer, 1998 (invited presentation). $^7$Be as a tracer of fluviomarine sediment dynamics on the Eel River continental margin, USA. *EOS, Transactions of the American Geophysical Union,* 79, p. 35.

40. **Sommerfield, C.K.** and C.A. Nittrouer, 1996. Sediment budgets for modern Eel River shelf deposits: Implications for sedimentary strata formation on shelves of active margins. *EOS, Transactions of the American Geophysical Union,* 77:46, p.F314.

41. **Sommerfield, C.K.** and C.A. Nittrouer, 1996. The radioisotope record of flood sedimentation on the Eel River shelf, during 1995. *EOS, Transactions of the American Geophysical Union,* 76:3, p.OS10.

42. Wheatcroft, R.A., **Sommerfield, C.K.**, Nittrouer, C.A., and J.C. Borgeld, 1995. The formation and preliminary modification of a flood deposit on the Eel River shelf. *SEPM Linked Earth Systems Congress programs and abstracts* 1:126-128.

43. **Sommerfield, C.K.** and C.A. Nittrouer, 1994. Sedimentary radiocarbon systematics on the Amazon shelf: Implications to sediment budgets and stratigraphic models. *EOS, Transactions of the American Geophysical Union,* 75:16, p. 351.

44. **Sommerfield, C.K.**, Nittrouer, C.A., and A.G. Figueiredo, 1992. The influence of environmental change on sedimentation of the Amazon subaqueous delta. *EOS, Transactions of the American Geophysical Union,* 73:43, p.268.

**Meeting Session Organizer and Chair**

"Linking Sediment Dynamics and Stratigraphy in Modern–Holocene Estuaries". ***Geological Society of America Annual Meeting***, Boston, Massachusetts, 2001.

**Invited Outside University and Governmental Agency Seminars**

1. "Sediment Transport Research at University of Delaware". Delaware River Basin Commission, Toxics Advisory Committee, 10 March 2005.

2. "Humans as a Geomorphic Agent in the Hudson and Delaware Estuaries". Rutgers University, Dept.Geological Sciences, 26 January 2005.

3. "Anthropogenic Influences on the Morphology and Sediment Budget of Delaware Estuary". Franklin and Marshall University, Dept. Environmental Sciences, 12 November 2004.

4. "Nature of Subaqueous Erosion in the Hudson and Delaware Estuaries". Virginia Institute of Marine Sciences, 9 September 2004.

5. "Sedimentary Morphodynamics of the Hudson River Estuary". University of South Carolina Dept. Geological Sciences, Columbia, South Carolina, 2 December 2002.

6. "Sediment Types and Accumulation Rates in the Upper Delaware Estuary". Delaware River Basin Commission TMDL Symposium, Philadelphia, Pennsylvania, 24 October 2002.

7. "Sedimentary Morphodynamics of the Lower Hudson Estuary". University of Maryland Horn Point Laboratory, Cambridge, Maryland, 4 September 2002.

8. "Sediment Deposition, Erosion and Long-term Accumulation in the Hudson River Estuary", Hudson River Foundation, New York, New York, 5 March 2002.

9. "Oceanographic Controls on Holocene Sediment Accumulation in Santa Monica Bay", U.S. Geological Survey, Menlo Park, California, 21 September 2000.

**Consultant**

- International Industries Corporation: Palos Verdes Shelf lawsuit, 2000–2001
- Najarian Associates, Passaic River Restoration Project: 2004–present
- National Oceanographic and Atmospheric Administration: *Athos I* oil spill in Delaware Estuary, 2004–present

## COLLEGE AND UNIVERSITY SERVICE

**Appointments and Membership**

- University of Delaware Faculty Senator, 2005–2007 term
- University of Delaware Ship Advisory Committee, 2001–present
- CMS Diving Safety Board, 2005–present
- CMS Invited Seminar Series organizer, 2000–2003 (organized 21 guest seminars)
- Department of Geology Faculty Search Committee, 2004–2005 (hired Dr. Art Trembanis)