# C. SOMMERFIELD DECLARATION

# EXHIBIT 2

# PART 2

The total area of the bottom imaged by sidescan was 68.6 km$^2$, roughly 65% of the total subaqueous area of the estuary between Burlington and New Castle, 80% of the area below the 6-m isobath.  Most of the remaining area (31.4 km$^2$) consists of shoals that were too shallow to be mapped without risking damage to the towed instrumentation. Though both sidescan sonar frequencies (100 and 500 kHz) were used to characterize the bottom, the backscatter mosaic was constructed from 100-kHz data because they provided more horizontal range.

*5.2. Sidescan Backscatter*

Because a detailed analysis of sidescan backscatter at the bedform scale was beyond the scope of this study, only the regional patterns are elaborated herein.  The 12 backscatter mosaics are presented together in a large-scale map to illustrate the cumulative coverage (Figure 17; see Table 2 for details), and the individual 1-m resolution mosaics on which the sedimentary environments maps were based are presented as a composite GIS layer.

*Table 2. Backscatter Mosaic Names and Locations*

| DRBC Zone | Mosaic Name | Report Figure |
|---|---|---|
| 5 | New Castle | 22 |
| 5 | Christina | 22, 23 |
| 5 | Marcus Hook Bar | 24 |
| 4–5 | Marcus Hook | 25, 26 |
| 4 | Tinicum | 26 |
| 4 | Airport | 27 |
| 4 | Schuylkill | 27, 28 |
| 3–4 | Navy Yard | 28 |
| 3 | Camden | 29 |
| 3 | Petty Island | 30 |
| 2–3 | Palmyra | 31 |
| 2 | Burlington | 32, 33 |

The spatial distribution of acoustic backscatter intensity exhibits a general along-estuary pattern that mirrors the predominant bed morphology and sediment type (Figure 17).  For purposes of interpretation, backscatter intensity was divided into three categories: (1) *strong* (black to dark gray grayscale tones), (2) *moderate* (dark gray to light gray tones), and (3) *weak* (light grey to white tones).  Backscatter intensity was

40



Figure 17. Sidescan sonar coverage map and acoustic backscatter distribution.  See Table 2 for mosaic names and range.  Interpreted versions of the 12 mosaics are presented in Figures 22–33.

moderate in Zones 2 and 3, moderate to strong in Zone 4, and weak in Zone 5, yet intra-zone variations spanning the full backscatter intensity spectrum were observed in places. Grain-size analysis confirmed that backscatter intensity generally increased with increasing grain size; however, sandy, rippled bottoms yielded intensities that were equivalent to flat, gravelly bottoms. The strongest backscatter intensity was observed between Tinicum Island and Chester, most likely due to an abundance of cobble and rock fragments present at the bed (Figure 17). In contrast, the lowest backscatter was observed just downriver off Marcus Hook, where a fluidized mud bottom was present. Backscatter intensity is uniformly weak downriver of the Marcus Hook Bar, consistent with a progressive increase in the mud content of the bed sediment. Further interpretation of the backscatter distribution is provided in Section 5.4.

*5.3. Sediment Physical Properties*

*5.3.1. Porosity*

Water content and porosity data are presented in Appendix D. As expected, the porosity of the subtidal estuary and marsh deposits varied with grain size among surficial (core top) samples, as well as with compaction, increasing with depth in the sediment column. Within 60 cm of the sediment-water interface, porosities ranged from 44 to 91% with a mean of 73±0.09% (1σ, n=310). Sandy deposits exhibited lower initial (uncompacted) porosities than those of mud. The porosity of uniform muds decreased downcore by as much as 20–30%, whereas grain-size variation modulated the downcore porosities of interbedded silts and clays (Figure 18).

*5.3.2. Grain Size*

Grain-size data (samples 1G−184G) were plotted in ternary charts to classify bottom types based on weight percentages of gravel, sand, mud, silt, and clay (Figure 19). Grain-size results for the lower estuary south of New Castle (samples 185G−298G) are not described here, though the data are tabulated in Appendix E. Bottom sediments of the upper estuary span the full range of sizes typical for river-estuaries in general, with all but three (gM, gmS, and Z) of the 24 size classes represented (see Figure 4). For the gravel-sand-mud classification, gravel, sandy gravel, gravelly sand, and gravelly muddy sand were the most common gravel classes, whereas sand, muddy sand, sandy mud, and mud characterized the majority of samples without gravel.



Figure 18. Downcore porosity profiles. Examples shown are from the estuary (C-14b, MHE) and tidal marsh sites (PC-13, PC-14). See Table 3 and Appendix C for locations.



Figure 19. Results of grain-size analysis.  Plotted are samples collected during cruise
CH01-28.  See Appendix E for tabulated data.

Silts and clays dominated the sand-silt-clay classification, with silty clay, clayey silt, sandy clay, sandy silty clay, and clay being the most common classes. At grab-sampling sites 83G, 125G, and 131G, the bottom consisted of large cobbles and rock fragments that could not be recovered. Accordingly, a "rock" bottom type (R) not represented by the classification scheme is present in places. Lack of data clustering in the ternary plots indicates that distinct sedimentary provinces (i.e., facies) are not apparent (Figure 19), in other words, sediment types are highly heterogeneous at the resolution of sampling.

In addition to spatial heterogeneity, temporal variability must be considered when interpreting the sediment-type distribution. For example, cores from the Rancocas River mouth and Marcus Hook shoal displayed a uniform layer of medium-grained sand atop interbedded, open-estuarine mud (Figure 20). This sedimentology implies a recent, abrupt increase in bottom energy manifested as a change from mud deposition in a shoal or mudflat setting (bottom of core) to bedload transport of sands derived from the estuarine channel or through shoreline erosion (core top). Another interpretation is that the supply of mud to these depositional sites has decreased through time such that sand has become predominant. Although the chronology and full nature of this change is unknown at present, it may be related to historical dredging disturbances and/or shoreline stabilization works.

Along-estuary trends in sediment grain size were examined by plotting the weight percentages of gravel, sand, and mud as a function of axial position (Figure 21). Overall, the weight percentages of gravel varied by several orders of magnitude with no clear-cut trends, though a slight decrease around RM 75 in Zone 5 was indicated. The absolute weight percentages of sand generally decreased down-estuary from Zone 3 to Zone 5, but the cross-channel variability increased. In contrast, the cross-channel variability in mud content decreased significantly along-estuary. The transition from a dominantly coarse-grained (sand and gravel) to fine-grained bottom (clayey silt to silty clay) occurs near the Zone 4–Zone 5 boundary, between RM 75 and RM 85. At least two factors may be responsible for this transition. First, the estuarine channel widens rapidly from RM 100 to RM 80, perhaps reducing tidal current velocities to below the level of competency for



Figure 20. Photographs of cores C-3A and C-11B. See Figure 40 for location map and Appendix C for geographic coordinates. The sharp contact between sediment types marks a recent change from a fine-grained deposition to coarse-grained bedload environments.



Figure 21. Plots of grain-size trends. Shown are grain-size analytical results for samples collected during cruise CH01-28 (see Appendix C for locations). Weight percentages are plotted versus distance in river miles from the bay mouth (RM 0) and kilometers relative to the first sampling transect. Corresponding DRBC Zones are noted for reference.

sand transport. Second, given that the head of the salinity intrusion typically falls within this region, flocculation and rapid deposition of particle aggregates locally may increase the mud content of the bed. Although typical estuarine processes can be invoked to explain the Zone 4–5 sand-to-mud transition, the causal mechanisms cannot be ascertained from the grain-size data alone.

*5.4. Sedimentary Environments*

A map depicting the distribution of sedimentary environments in the study area was created from the sidescan sonar mosaic and grain-size data using dominant sediment type and mode of transport (as suggested by bedforms) as the primary delimiters. The map was created by overlaying georeferenced bottom-type and backscatter-mosaic layers in GIS and tracing the backscatter patterns according to intensity (grayscale tone), surface relief (extent of acoustic shadowing), and local bottom type. The sedimentary environments map is subdivided into 12 smaller maps scaled at approximately 4x4 nautical miles (Figures 22–33) with geographic bounds identical to those of the sampling coverage maps (Figures 5–16). Note that the full-scale, undivided map is presented as a layer in the GIS database.

Six types of sedimentary environments were identified following criteria modified from Knebel et al. (1999): (1) fine-grained deposition; (2) coarse-grained bedload; (3) fine-grained reworking; (4) mixed-grain reworking; (5) coarse-grained reworking; and (6) nondeposition or erosion. Specific characteristics of these environments are elaborated below and summarized in Table 3.

Areas of fine-grained sediment deposition (mud) exhibit uniformly weak to very weak backscatter intensity generated by flat bottoms composed of high-porosity (>75%) or fluidized mud. The Marcus Hook anchorage and Christina River mouth region are examples of the fine-grained deposition environment (Figure 25). These bottoms are generally devoid of bedforms, with the exception of linear, sedimentary furrows observed in places. The radioisotope Be-7 was detected at one fine-grained site off Marcus Hook, suggesting that deposition within these environments is active on a seasonal basis (see Section 5.6.2.).

*Table 3. Sedimentary Environments Classification*

| Category | Backscatter Intensity and Continuity | Dominant Sediment Type | Bottom Morphology and Bedforms |
|---|---|---|---|
| 1) Fine-grained deposition | Very weak to weak, continuous | Mud and fluid mud | Flat, no bedforms |
| 2) Coarse-grained bedload | Moderate to strong, continuous | Moderately well-sorted sand and gravel | Wavy, well-developed fields of ripple and sand waves |
| 3) Fine-grained reworking | Weak to moderate, discontinuous | Mud | Flat to wavy, sediment furrows |
| 4) Mixed-grained reworking | Moderate to strong, discontinuous | Mixed gravel, sand, and mud | Flat to wavy, sediment ribbons and trails |
| 5) Coarse-grained reworking | Strong, discontinuous | Poorly sorted sand and gravel | Flat to wavy, sediment ribbons |
| 6) Nondeposition | Strong to very weak, discontinuous | Cobble and bedrock | wavy |

Areas of coarse-grained bedload are indicated by moderate backscatter intensity produced by continuous, well-developed trains of asymmetric ripples or waves composed of sand and gravel. These bedforms are created by the rolling, bouncing, and sliding actions of sediment grains under unidirectional tidal currents. Both upriver and down-river ripple asymmetries are observed, suggesting movement under flood and ebb tidal currents, respectively. Note that a copious supply of noncohesive sediment is required to maintain continuous trains of these bedforms. The tidal river between Burlington and the Betsy Ross Bridge exemplifies the coarse-grained bedload environment (Figures 32 and 33).

Areas of bottom reworking (fine-grained, mixed-grained, and coarse-grained) are represented by patchy and discontinuous patterns of both strong and weak backscatter intensity generated by a wide range of bottom morphologies and sediment types (Table 3). The estuarine floor adjacent to the Delaware Memorial Bridge is an example of a mixed-grained reworking environment (Figures 22 and 23). Lack of continuous bedform trains and presence of sedimentary cover are two characteristics that distinguish reworking environments from the coarse-grained bedload and nondeposition categories, respectively. Reworked bottoms are locally flat or wavy and composed of low-porosity muds (<75%) capped by discontinuous, flow-transverse ribbons of sand and gravel. These bottoms are particularly common in the vicinity of engineering works such as bridge abutments and bulkheads, places where the native strata have been disturbed.

49



Figure 22. Sedimentary Environments Map 1. Shown is the distribution of environment types based on the New Castle sidescan mosaic and criteria described in the text. Grab-sampling locations and corresponding sediment type are also shown (see Fig. 4 for key). The dashed lines denote the shipping channel.



Figure 23. Sedimentary Environments Map 2 based on the New Castle and Christina sonar mosaics.



Figure 24. Sedimentary Environments Map 3 based on the Marcus Hook Bar mosaic.



Figure 25. Sedimentary Environments Map 4 based on the Marcus Hook mosaic.



Figure 26. Sedimentary Environments Map 5 based on the Tinicum mosaic.



Figure 27. Sedimentary Environments Map 6 based on the Airport mosaic.



Figure 28. Sedimentary Environments Map 7 based on the Navy Yard mosaic. Note that the mixed- to coarse-grained reworking transition is more gradational than depicted.



Figure 29. Sedimentary Environments Map 8 based on the Camden mosaic. Note that the mixed- to coarse-grained reworking transition is more gradational than depicted.



Figure 30. Sedimentary Environments Map 9 based on the Petty Island mosaic.



Figure 31. Sedimentary Environments Map 10 based on the Palmyra mosaic.



Figure 32. Sedimentary Environments Map 11 based on the Burlington mosaic.



Figure 33. Sedimentary Environments Map 12 based on the Burlington mosaic.

Areas of nondeposition (or erosion), denoted by patterns of strong backscatter intensity continuous on scales of 10s of meters or more, are characterized by cobble bottoms or bedrock exposures. These bottoms lack evidence of sustained bedload transport and/or net accumulation of sediment. The channel bottom adjacent to Chester Island is an example of the nondeposition sedimentary environment (Figures 26).

Note that the sedimentary environments maps presented herein are subject to refinement, and perhaps reinterpretation, as new data become available. Moreover, the spatial distributions as mapped are representative for the survey period and reflect time-averaged sedimentation conditions. Temporal changes in hydrodynamics, not to mention human disturbances, are liable to modify the bottom to some extent and perhaps render these maps inaccurate in places. Also note that the boundaries drawn to set apart the various environment types are, in reality, more gradational than depicted.

## 5.5. Subbottom Observations

### 5.5.1. Features of Note

Because the chirp sonar dataset is extensive and difficult to generalize, only those results salient to the understanding of sediment transport and deposition in the estuary are elaborated. Details regarding the full dataset are available from the authors on request.

Sonar Line 103, collected in the northernmost part of the study area, illustrates the coarse-grained bedload environment (Figure 34). Though bedload transport occurs to some extent throughout the estuary, well-developed trains of ripples and waves are best developed in Zones 2–3, where copious sand and sandy gravel are available for transport. Line 103 reveals that coarse-grained material is derived locally from erosion of sub-bottom strata and packaged into asymmetric sand waves with an orientation (lee side upriver) indicative of transport during flood tides (Figure 34).

Sonar Line 39 depicts an example of a fine-grained deposition environment (Figure 35). Net deposition of fine-grained suspended sediments generally increases down-estuary of Philadelphia and is initially apparent near Marcus Hook. There, a massive quantity of fluidized mud (soupy, silty clay) was present during the geophysical



Figure 34. Sonar Line 103 (partial). Shown are the chirp profile (bottom) and corresponding sidescan image (see Figure 14 for location). Survey line trends along the channel of the tidal Delaware River, and the dashed line denotes the channel-shoal boundary. Bedload transport is indicated by a train of 2–3 meter amplitude sand waves oriented in the direction of flood-tidal currents. Note the truncation of subbottom strata, an indication of erosional reworking of the bottom.

survey, particularly within the shipping channel, and later confirmed by coring in April and November of 2001. Though small patches of fluid mud were observed elsewhere down-estuary, the largest accumulations were present off Marcus Hook at the time of the survey. Otherwise, normally consolidated silty clay and sandy, silty clay characterize the bottom in this area. In the shipping channel, fluid muds are underlain by gas-charged deposits (biogenic methane gas) that produce a "turbid" acoustic signature (Figure 35). Voids and bubbles observed in cores collected in-channel confirm the presence of gas. Fortuitously, the fluid-mud layers were sufficiently thick to be resolved by the chirp sonar and therefore were mapped (Figure 36). Based on their spatial extent and porosity (see Core 15b in Appendix D), the fluid mud deposits had an estimated cumulative dry mass of ~$3.5 \times 10^5$ tons, equivalent to ~25% of the annual fluvial sediment load delivered to the estuary. This observation suggests that material sequestered in isolated depocenters may collectively comprise a substantial fraction of the total sediment mass stored within the subtidal estuary.

Another example of a fine-grained depositional environment is illustrated by sonar Line 122. Most prominently south of the Delaware Memorial Bridge, mud deposition is relatively uniform across the natural channel as indicated by a ≤1-m thick acoustically transparent layer atop more reflective strata (Figure 37). Bottom sediments in the channel are normally consolidated clays with variable amounts of sand and silt. Within the shipping channel, however, bottom sediments are far more variable across-channel with fine-grained, weakly reflective muds present on the western side, strongly reflective sandier muds on the eastern. On the eastern flank, coarse-grained sediments were commonly packaged into discontinuous ribbons and lineations plainly visible atop a muddy substrate (Figure 37). This pattern reveals a complex combination of suspended-load deposition and bedload transport within the shipping channel, a consequence of cross-channel variations in current velocity and sediment availability.

Previous work has shown that the sedimentary cover is thin to nonexistent in places where bedrock is exposed at, or just below, the riverbed (Duran 1986, USACE 1973). This is exemplified by the Line 34 chirp profile, which shows a 1–2 m thick deposit of acoustically transparent strata resting on a strongly reflective surface with a distinct, undulating contact (Figure 38). From its acoustic properties, the reflector is



Figure 35. Sonar Line 39 (partial). Chirp profile (bottom) and sidescan image trend perpendicular to the estuarine channel. Bottom types noted are based on analysis of grab samples. The muddy bottom is morphologically smooth with a weak backscatter signature. Position of the dredged channel is depicted by dashed lines. Note the 2–3 m thick layer of fluid muds atop methane-charged sediment. Also note the dredge-cutter scars at the channel edge.



Figure 36. Fluid-mud distribution map. Shown is the contoured thickness of fluid mud deposits as mapped via chirp sonar in August 2001.



Figure 37. Sonar Line 122. The chirp profile (bottom) and sidescan sonograph trend perpendicular to the estuarine channel (see Figure 5 for location). Bottom types are based on analyses of grab samples. Moderate backscatter intensity is created by bedforms oriented both parallel and perpendicular to along-channel flow. Dredged channel bounds are denoted by dashed line on sonograph. Note that fluid mud preferentially accumulates on the western channel edge. Also note lineations that are interpreted to be drag marks.



Figure 38. Sonar Line 34 (partial). Chirp profile trends along the dredged channel in the upper estuary (see Figure 8 for location). Note that bedrock is merely 1–2 m beneath the river bottom at this location and outcrops in places. See Figure 36 for contour map of bedrock occurrence.



Figure 39. Bedrock occurrence map. Bold (black) lines denote areas surveyed where bedrock is exposed at, or within 50 cm of, the riverbed. The shipping channel is demarcated by the red dashed line.

interpreted to be crystalline bedrock, perhaps the Wissahickon Schist as mapped locally (Lyttle and Epstein 1987, Schenck et al. 2000). Nearby grab samples confirmed the presence of a rocky bottom characterized by angular fragments and rounded cobbles, though the actual bedrock geology is unknown. Bedrock exposures at or within 50 cm of the bottom are particularly numerous between Tinicum Island and Chester. The spatial distribution of these exposures as mapped is shown in Figure 39.

The paucity of sedimentary cover in Zone 4 reveals that sediment accumulation is negligible on the long term, though there are clear exceptions. Where the bottom has been deepened through dredging, fine-grained sediments trapped within the channel can accumulate to form localized depocenters. Sediment accumulations within the shipping channel are not trivial; indeed, independent estimates (Biggs and Beasley 1988, USACE 1973) suggest that the mass of sediment dredged annually from the channel ($\sim 3 \times 10^6$ tons) exceeds that supplied to the estuary by rivers on an annual basis ($1-2 \times 10^6$ tons). Not only does the shipping channel create a bathymetric trap for sediments, but it permanently removes material that would otherwise disperse throughout the open estuary and contiguous tidal marshes. In this way, maintenance dredging constitutes a net sink for sediment in the river-estuary system.

*5.6. Radioisotope Profiles and Sedimentation Rates*

*5.6.1. Reconnaissance Cs-137 Measurements*

A total of 25 HDC samples from the subtidal estuary were collected early in this study to evaluate the potential of Cs-137 as a sediment chronometer. Of these, 13 cores from muddy depositional sites were selected for reconnaissance Cs-137 measurements (Figure 40, Table 4). Core subsamples were first counted at low resolution (top, middle, and bottom) as a gross measure of sediment "age," because the mere presence or absence of Cs-137 in sediments is an indication of deposition after or before 1954, respectively. Only at three sites, Tinicum Island shoal (C-14b), Marcus Hook East (MHE), and Smyrna River mouth (C-16A), were Cs-137 activities high enough to warrant more detailed measurements. Elsewhere, the activities were at or below detection limits (Appendix C), suggesting that since 1954 net accumulation of mud was locally negligible and/or the bottom was erosional. In sum, the reconnaissance measurements revealed that the rates of fine-sediment accumulation between Burlington and New Castle are by and large too

70



Figure 40. Locations of cores analyzed for radioisotopes.

low (or the bottom too disturbed) for the Cs-137 method to provide reliable chronologies. This result is consistent with sonar observations of a physically reworked bottom down-estuary of Philadelphia. As detailed later, tidal marsh and floodplain sites of the upper estuary proved more amenable to Cs-137 dating.

*Table 4. HDC Sample and Push-Core Locations*

| Location | Site | Collection Date | Latitude | Longitude |
|----------|------|----------------|----------|-----------|
| Rancocas Creek | PC-16 | 7/19/02 | 40° 02.053 | 74° 56.116 |
| Woodbury Creek | PC-15 | 7/18/02 | 39° 51.040 | 75° 10.605 |
| Tinicum Island shoal | C-14b | 7/20/01 | 39° 51.023 | 75° 16.860 |
| Marcus Hook ship channel | C-15b | 7/20/01 | 39° 48.779 | 75° 23.975 |
| Marcus Hook shoal | MHE | 3/22/02 | 39° 48.627 | 75° 23.852 |
| Oldman's Creek | PC-14 | 7/18/02 | 39° 46.546 | 75° 24.021 |
| Salem River Marsh | PC-13 | 4/6/02 | 39° 34.645 | 75° 30.240 |
| St. George's Marsh | PC-4 | 2/23/02 | 39° 32.336 | 75° 34.157 |
| Blackbird Creek | PC-7 | 4/5/02 | 39° 26.157 | 75° 34.924 |
| Smyrna River mouth | C-16A | 7/20/01 | 39° 21.165 | 75° 28.157 |

The idealized sediment-depth profile for an impulse tracer like Cs-137 generally mirrors the atmospheric source function and exhibits the following characteristics up-core: (1) a steep limb of increasing activity consistent with the 1954 onset, (2) a prominent peak representative of maximum atmospheric fallout around 1964, and (3) a limb of gradually decreasing activity to nondetectable values in post-1980 sediment intervals (Olsen et al. 1981). For the sedimentary record to faithfully archive the atmospheric source function, the following conditions must be met: (1) steady-state sediment accumulation, (2) negligible post-deposition mixing of the solid phase (i.e., by burrowing organisms), and (3) chemical immobility of Cs-137 in the sediment column (no desorption). Because steady-state accumulation is atypical for dynamic sedimentary environments, a "1964 peak" is not universally present in Cs-137 profiles, and instead the penetration depth of Cs-137 can be used to compute a sedimentation rate averaged since 1954 (Nittrouer et al. 1984). For this approach to be valid, sedimentation after 1954 must have been more or less continuous, deep biological mixing negligible. One effect of deep mixing is to increase Cs-137 penetration in the sediment column, thereby increasing the computed sedimentation rate over the true value. Numerical modeling has shown that the

72

influences of biological mixing (and chemical diffusion) are negligible when the true rate of sedimentation approaches 1 cm/yr (Olsen et al. 1981). Nonetheless, sedimentation rates based on radiotracer profiles should be conservatively viewed as *maximum* estimates when biological mixing is suspected.

Because none of the cores from the subtidal estuary displayed the ideal Cs-137 profile described above, and as complementary Pb-210 profiles exhibited non-steady-state behavior, these radiotracers could not be used to quantify sedimentation rates (Figure 41). Cesium-137 activity in cores C-14b, MHE, and C-16a was distributed nearly uniformly with depth, an indication that deposition is rapid (and likely episodic) at these sites. This type of Cs-137 profile is typical for bottoms subject to intense erosion-deposition cycles or dredging disturbances (Schaffner et al. 1987, Olsen et al. 1993). As these Cs-137 profiles might not be complete, the sedimentation rate can only be loosely estimated at >1 cm/yr.

### 5.6.2. Seasonal Deposition in the Estuary

Presence of Be-7 activity in two cores collected in spring 2001 shed light on the nature of seasonal deposition in the estuary. In general, the occurrence of this radioisotope in bed sediments indicates that its depositional flux exceeds the rate of loss through radioactive decay or physical redistribution. In other words, Be-7 labels sediments that were suspended in the water column and in contact with the Be-7 source on a time scale within about three half-lives (5.5 months) of detection. Beryllium-7 was detected to depths of 32 cm and 4 cm in cores C-15b and C-9, respectively (Figure 42), consistent with short-term deposition rates on the order of centimeters per month. On the longer term, net accumulation at Site C-15b is nonexistent due to dredging, and $\geq 1$ cm/yr at C-9 based on Cs-137 occurrence (Figure 42). This observation reveals that, although seasonal deposition rates are rapid, subsequent resuspension (or dredging) renders net accumulation rates considerably lower in the long term, a condition observed in other river-estuaries (Hirschberg et al. 1996, Woodruff et al. 2001). Although the actual mechanisms of short-term deposition in the estuary have yet to be elucidated, the Be-7 distributions bright to light areas where fine-grained sediments are sequestered on a seasonal basis.

### 5.6.3. Marsh and Floodplain Sediment Accumulation

Five of the six marsh cores displayed Cs-137 activities that increased upcore and decreased subsequently toward the top (Figure 41). The lone exception was PC-7 (Blackbird Creek), in which Cs-137 activity was highest at the top. Only at Woodbury Creek (PC-15) did Cs-137 display the ideal profile with a prominent "1964 peak." At St. George's Marsh, presence of Cs-137 to the core bottom suggests that the full inventory was not recovered. Likewise, some fraction of surficial Cs-137 inventory at the Salem Marsh site (PC-13) was lost when dense reed roots were removed to enable coring.

Sediment accumulation rates computed from the Cs-137 profiles following Equation 3 are presented in Table 5. Overall, accumulation rates ranged from 0.3 to 1.5 cm/yr, typical for subtidal-intertidal environments of New Jersey and Delaware. Because biological mixing intensity cannot be quantified from the Cs-137 profiles alone, potential mixing effects on the computed accumulation rates can only be surmised. Following the numerical modeling results of Olsen et al. (1981), at true sedimentation rates of 0.3–5.0 cm/yr and mixing intensities of 0.1–1.0 $cm^2$/yr, the penetration of Cs-137 is increased by mixing to ≤6 cm below the 1954 datum. Mixing on this scale would cause the computed rates (Table 5) to be overestimated by 10–25%, but the actual margin of error is apt to be much lower in the present case. Well-preserved bedding surfaces were observed in cores, suggesting that macrofaunal bioturbation is minimal, if present at all. Note that marsh sedimentation rates in general vary with various factors including sediment supply, elevation with respect to tidal inundation, and vegetation type and density. Because only one site at each marsh was sampled in this study, the spatial variability of intramarsh sedimentation rates is unknown. *Accordingly, the reported sedimentation rate should not be assumed representative for the marsh as a whole.*

A noteworthy observation is that Cs-137 activity is present at significant levels in surficial deposits (core tops), despite the fact that atmospheric fallout has been insignificant since about 1980. Considering that significant postdepositional biological mixing is unlikely, there must be an additional source for Cs-137 in the estuary, perhaps wash-in from the watershed and/or erosional redistribution of previously buried sediments. As discussed later, radioisotope inventories provide additional insight to the nature of Cs-137 in the estuary.

74



Figure 41. Cs-137 activity profiles for estuary and marsh cores. Note the different depth scales.



Figure 42. Cs-137 and Be-7 activity profiles from HDC cores. Note difference in depth scales.

Excess Pb-210 profiles for four of the marsh sites exhibited steady-state behavior shown by a monotonic decrease in activity with depth (Figure 43). Sedimentation rates computed by least-squares linear regression of the activity profile ranged from 0.7 to 1.4 cm/yr. Lead-210- and Cs-137-based rates agreed well for sites PC-13 and PC-14 but differed by nearly a factor of two for PC-15 (Table 5). In part this difference may be attributed to the dissimilar timespans over which these radiotracers average sedimentation rate (in the case of PC-15, 47 years for Cs-137 and 90 years for Pb-210). Because the Pb-210 geochronology averages rates over a wider range of sedimentary conditions, including periods of nondeposition or minor erosion, it is intuitive that they should be somewhat lower than those based on Cs-137 chronology. An alternative explanation is that the rate of sedimentation at site PC-15 has increased during the past several decades, perhaps due to increasing sediment delivery to the marsh. Although this scenario cannot be ruled out completely, a recent increase in sedimentation rate is not immediately apparent from the shape of the radioisotope profiles.

Lead-210 profiles for sites MHE and C14b exhibited variable activities downcore with no net decrease (Figure 43). These non-steady-state profiles cannot be used to compute reliable sedimentation rates, but they do support the inference that the bed is physically reworked and that short-term deposition is episodic. Similar Pb-210 profiles have been observed in other river-estuaries where bed sediments are known to be continually resuspended and redeposited (Hirschberg et al. 1996). Again, presence of well-preserved bedding structures in these deposits supports the contention that physical processes, rather than bioturbation, are responsible for the shape of the activity profiles.

*5.6.4. Radioisotope Inventories*

Sediment inventories of radioisotopes (the depth-integrated activity) are useful for establishing how the supply of a radiotracer is partitioned by physical and physico-chemical processes within river-estuarine systems. Specifically, the spatial distributions of inventories can elucidate material depocenters that result from sediment "focusing," a process by which suspended sediments (and adsorbed constituents) are preferentially sequestered in some areas over others (Olsen et al. 1993). For example, a measured



Figure 43. Profiles of excess Pb-210 activity. Note the different depth scales. Steady-state-type profiles are observed for marsh sites PC-4, PC-13, PC-14, and PC-15 (see text), non-steady-state for MHE and C-14b in the open estuary.

*Table 5. Sediment Accumulation Rates and Radioisotope Inventories*

| Site | Cs-137 penetration (cm) | Cs-137 maximum (cm) | Cs-137 sed. rate (cm/yr) | Cs-137 inventory (dpm/cm$^2$) | Pb-210 sed. rate (cm/yr) | xsPb-210 inventory (dpm/cm$^2$) |
|---|---|---|---|---|---|---|
| C-1 | nd[a] | nm[b] | - | - | - | - |
| C-2 | nd | nm | - | - | - | - |
| C-4 | nd | nm | - | - | - | - |
| C-7 | nd | nm | - | - | - | - |
| C-14b | 55 | nm | >1.0 | 3.0 | - | - |
| C-15b | 68 | nm | - | - | - | - |
| C-16A | 55 | 43 | ≥1.0 | 3.5 | - | - |
| MHE | 54 | nm | ≥1.0 | 2.0 | - | - |
| PC-4 | 19 | 51 | >1.0 | 4.4 | 1.4 | 60 |
| PC-7 | 37 | nm | 0.8 | 2.4 | - | 11 |
| PC-13 | 40 | 29 | 1.0 | 4.0[c] | 0.8 | 31 |
| PC-14 | 32 | nm | 0.7 | 11.5 | 0.7 | 55 |
| PC-15 | 70 | 61 | 1.5 | 22.0 | 0.9 | 78 |
| PC-16 | 14 | nm | 0.3 | 12.0 | - | 47 |

[a]nd, non-detectable; [b]nm, no Cs-137 maximum; [c]incomplete inventory (see text)

Cs-137 inventory in excess of the expected depositional flux could result from extended scavenging during lateral transport of particles prior to burial and/or sources of inventory in addition to the local atmospheric flux. Conversely, inventories less than the expected value could be related to loss through erosion or chemical desorption (Olsen et al. 1982). The two most important sources of Cs-137 and Pb-210 in marsh deposits are (1) atmospheric deposition on exposed marsh surfaces and (2) tidal advection, i.e., inventory derived from open-estuary waters.

Cesium-137 and Pb-210 inventories were computed according to the following:

$$I = \Sigma \rho_s X_i (1 - \phi_i) A_i \qquad (5)$$

where $I$ is the radioisotope inventory (dpm/cm$^2$), $\rho_s$ the mineral density (2.65 g/cm$^3$), $X$ is the thickness of the sediment interval $i$ (cm), $\phi$ is the porosity, and $A$ is the activity at interval $i$ (dpm/g). For cores in which radioisotope measurements were continuous with sediment depth, inventories were summed over the 2-cm intervals. Otherwise, activity and porosity values for omitted intervals were interpolated from adjacent values prior to computing the inventory.

Cesium-137 inventories ranged from 1.8 to 21.8 $dpm/cm^2$ and generally increased with distance up-estuary from Zone 5 to Zone 2 (Table 5). Inventories for PC-14, PC-15, and PC-16 were respectively 105%, 52%, and 57% of the 1954–1980 atmospheric supply of 21 $dpm/cm^2$, and are high compared to Delaware salt marsh (Kim et al. 1997) and U.S. lowlands in general (Graustein and Turekian 1986). These high inventories likely arise from a combination of high specific activity (due to fine sediment size or clay mineralogy) and rapid sedimentation rate. Clearly, the freshwater marshes sampled in this study are efficient traps for Cs-137 derived from the local atmospheric flux or through tidal advection. By comparison, sites in the open estuary had Cs-137 inventories merely 10–14% of the predicted value, where Cs-137 was measurable at all. These low inventories may reflect the coarser grain size of the estuarine sediments (i.e., lower specific activity) and/or an incomplete post-1954 sedimentary record.

Lead-210 inventories provide further insight into the behavior of particle-reactive substances in the Delaware Estuary. The overall spatial distribution of Pb-210 inventories paralleled that of Cs-137, though the spread between high (78 $dpm/cm^2$) and low (11 $dpm/cm^2$) values was somewhat smaller (Table 5). The excess Pb-210 inventory range for Delaware salt marsh and U.S. lowlands is 25.6–27.7 $dpm/cm^2$ (Graustein and Turekian 1986, Kim et al. 1997), 32 $dpm/cm^2$ being the theoretical steady-state inventory supported by a mean atmospheric flux of 1 $dpm/cm^2/yr$ (Graustein and Turekian 1986). By comparison, inventories for Oldman's Creek, St. George's Marsh, and Woodbury Creek are 170%, 180%, and 240% of the theoretical value, respectively, suggesting that Pb-210 inventory in addition to that derived directly from the atmosphere is sequestered, tidal waters being a probable source. The Pb-210 inventory at Salem approximates the theoretical inventory, whereas the Blackbird Creek site has an inventory that is merely 30% of the theoretical value.

It should be noted that Cs-137 is not an ideal proxy for particle-associated chemical species in general. Although this radioisotope is strongly adsorbed to clay minerals in freshwater environments, in marine waters a larger fraction of dissolved-phase Cs-137 stays in solution as it must compete with cations for sorption sites on suspended particles (Olsen et al. 1982 and references therein). This is relevant to the study area because the sampling locations fall within both oligohaline and mesohaline

waters. On the other hand, Pb-210 is considerably more particle reactive than Cs-137, and the observation that the Pb-210 and Cs-137 inventories exhibit similar spatial patterns suggests that the Cs-137 distributions are not solely a product of the physicochemical environment.

Another relevant influence on radioisotope distributions in river-estuarine systems is suspended-sediment concentration. The loading of metals (Fe, Mn, Co, and radioisotopes by relation) tends to be lower in the presence of high suspended-sediment concentrations (Benoit and Rozan 1999). This is observed in the Delaware estuarine turbidity maximum, where water-column metal concentrations exhibit a regional low (Biggs et al. 1983). Because the tidal marshes down-estuary of Marcus Hook are hydraulically contiguous with the waters of the turbidity maximum zone, low radioisotope inventories may reflect low specific activities due to high suspended-sediment concentrations.

In summary, it is plain from the radioisotope geochronologies and inventories that Woodbury Creek, Oldman's Creek, Rancocas Creek, St. George's Marsh, and Salem Marsh are important material sinks in the upper Delaware Estuary. Because they are situated within a particularly sediment-rich reach, there is great potential for these and adjacent tidal marshes to trap material supplied by tidal waters. Indeed, it is probable that the greater tidal-marsh system constitutes a significant terminal sink for fine-grained sediment derived from the Delaware watershed, as well as down-estuary erosional sources. Given their proximity to industrial centers, it is therefore likely that these marshes sequester particle-associated pollutants transported in the tidal Delaware River (e.g., Orson et al. 1992). Detailed studies of sediment transport and deposition within the tidal marshes are needed to elucidate their role as fine-sediment sources and/or sinks in the greater Delaware River-Estuary system.

## 6. CONCLUSIONS

The major conclusions of this study are summarized below.

1) Bottom sediment types in the tidal Delaware River and upper estuary range from mud to gravel and are extremely variable both along- and across-channel. Gravel, sand, and mud weight percentages vary by orders of magnitude, though the across-channel variability of sand and mud increases and decreases, respectively, from DRBC Zone 3 to

Zone 5. The transition from a dominantly coarse-grained (sand and gravel) to fine-grain
(clayey silt to silty clay) bottom type falls near the Zone 4–Zone 5 boundary between
River Miles 75 and 85. Evidence of a recent and localized change in sediment transport
mode, perhaps due to waterway engineering practices, is provided by an abrupt down-
core change from medium-grained sand to mud at sites near the Rancocas River mouth
and Marcus Hook shoal. It is clear that the present bottom sediment types differ from the
native sedimentology in places.

2)      Six major types of sedimentary environment were observed in the study area:
(1) reworked bottom (three subclasses), (2) fine-grained deposition, (3) coarse-grained
bedload, and (4) nondeposition or erosion. The vast majority of the area surveyed was
characterized by a reworked bottom composed of various sediment types with grain sizes
that generally decrease down-estuary of Philadelphia. Reworking is signified by
characteristic bedforms created by bottom currents and sediment transport and is
independently confirmed by non-steady-state profiles of Cs-137 and excess Pb-210.
These radioisotopes reveal that fine-sediment deposition in much of the subtidal estuary
is episodic and discontinuous on decadal time scales. The most significant finding of this
study is that fine-sediment accumulation occurs as discrete depocenters concentrated
between Marcus Hook and New Castle; at the time of the survey, extensive deposits of
fluidized mud were observed in the Marcus Hook shipping channel, with an estimated
mass $3.5\times10^5$ tons dry weight. Areas of nondeposition or erosion are characterized by
patchy bedrock exposures and/or a cobble bottom and are confined to the Tinicum
Island–Chester reach. Areas of coarse-grained bedload transport, characterized by
continuous trains of sand ripples and waves, are best developed in the tidal river north
of Philadelphia.

3)      Fine-grained sediment deposition in the subtidal water of the upper estuary is
intense (centimeters per month) on a seasonal basis as revealed by sediment distributions
of the short-lived radioisotope Be-7. In contrast, sedimentation rates averaged over the
past several decades from Cs-137 profiles are on the order ~1 cm/yr, where net accumu-
lation is measurable at all. From this relationship, it is clear that a large proportion

of sediment deposits rapidly emplaced on a seasonal basis are subsequently resuspended and redistributed such that net accumulation is low in the long term. This redistribution effect is suggested by sediment inventories of Cs-137, merely 10–14% of the predicted inventory and considerably lower than inventories for adjacent tidal marshes.

4)    Sediment accumulation in tidal marshes of the upper Delaware Estuary is considerably more continuous (steady state) than within adjacent open-water environments. Based on Cs-137 and Pb-210 chronologies, sedimentation rates ranged from 0.3 cm/yr (in Rancocas Creek) to 1.5 cm/yr (in Woodbury Creek). Sediment inventories of Cs-137 and excess Pb-210 suggest that Woodbury Creek, Oldman's Creek, and Rancocas Creek (all freshwater marshes) are particularly important repositories for fine-grained sediment and particle-associated substances in the upper estuary. Additional studies of sediment transport and deposition within these and other marshes are needed to ascertain their role as material sources and/or sinks in the greater river-estuary system.