# D. BURTON DECLARATION


# EXHIBIT 1
# PART 1

## Resume of Dennis T. Burton

Address:    University of Maryland at College Park
Agricultural Experiment Station
Wye Research and Education Center
Queenstown, Maryland 21658

Telephone:  410-827-8056
FAX:      410-827-9039
E-mail:    dburton@umd.edu

Military Service: U. S. Army Reserves, 1960-1966

Education:

Virginia Commonwealth University, Academic Division - B.S. 1965 (Applied Science).

Virginia Polytechnic Institute and State University - Ph.D. 1970 (Zoology).

Virginia Polytechnic Institute and State University - 1 year Post-doctoral Research Associate under Dr. John Cairns, Jr. 1970-1971.

Positions Held:

Academy of Natural Sciences of Philadelphia, Division of Limnology and Ecology, Benedict Estuarine Research Laboratory, Benedict, Maryland 20612 - Assistant Curator of Limnology and Ecology, 1971-1977; Associate Curator of Limnology and Ecology, 1977-1980; Director, Benedict Estuarine Research Laboratory, 1972-1973.

The Johns Hopkins University, Applied Physics Laboratory, Environmental Sciences Group, Aquatic Ecology Section, Shady Side, Maryland 20764; Senior Professional Staff, 1980-1985; Principal Professional Staff, 1985-1991; Supervisor, Aquatic Ecology Section, 1980-1991. Secret clearance from 1981-1991.

University of Maryland at College Park, Agricultural Experiment Station, Wye Research and Education Center, Queenstown, Maryland 21658; Senior Research Scientist, 1991-present.

Teaching Positions:

Virginia Commonwealth University, Academic Division, Evening College - Instructor of Biology, 1963-1965.

Virginia Commonwealth University, Academic Division - Assistant Professor of Biology, Summer, 1968.

Virginia Polytechnic Institute and State University - Graduate Teaching Assistant, 1968-1969.

Fellowships and Scholarships:

NDEA, Title IV Graduate Fellowship, V.P.I.S.U., 1965-1968.
Virginia State Graduate Scholarship, V.P.I.S.U., 1969-1970.
Graduate Research Assistantship, V.P.I.S.U., summer, 1970.

Society Memberships:

American Association for the Advancement of Science
American Chemical Society
American Fisheries Society
American Geophysical Union
American Institute of Biological Sciences
American Society for Testing and Materials
American Society of Zoologists
Association of Southeastern Biologists
Atlantic Estuarine Research Society
Estuarine Research Federation
Phi Kappa Phi Honor Society
Phi Sigma Society
Society of Environmental Toxicology and Chemistry
Society of Sigma Xi

Representative organizations with which I have been associated as a consultant or to carry out research:

American Chemistry Council
Academy of Natural Sciences of Philadelphia
Aqua Farms, Incorporated
Ashland Chemical, Incorporated
Baltimore Gas and Electric Company
B & B Environmental Services, Inc.
Bell, Orr, Ayers & Moore
Betz Water Management Group
Black and Veatch LLC
Callaway Chemical Company
Ciba-Geigy Corporation
Cleary, Gottlieb, Steen and Hamilton
Connecticut Business and Industry Association
Dow Chemical USA

2

EA Engineering, Science & Technology
Earth Tech, Inc.
Eckenfelder, Incorporated
EcoTox Assessments LLC
E.I. du Pont de Nemours and Company
Electric Power Research Institute
Environmental Research and Technology, Incorporated
Exxon Chemical, Incorporated
Florida Power & Light Company
FMC Corporation
General Physics Corporation
Geo-Centers, Incorporated
GPL Laboratories, LLLP
Great Lakes Chemical Corporation
Hercules, Incorporated
Lockheed Corporation
Maryland Academy of Sciences
Marine Biocontrol Corporation
Martin Marietta Corporation
Motiva Enterprises LLC
Oklahoma State University
Olin Chemicals
National Institutes of Health
Potomac Electric Power Company
Public Service Electric and Gas Company
Putnam, Hayes and Bartlett, Incorporated
Rio Linde Chemical Company
Sargent and Lundy Engineers
Scott Paper Company
Sodium Bromide/Bromine Chloride Industry Task Force
State of Maryland
Tennessee Valley Authority
Texas Instruments, Incorporated
Union Camp Corporation
Universe Technologies, Inc.
Upjohn Company
U.S. Department of the Army
U.S. Department of Energy
U.S. Department of the Navy
U.S. Environmental Protection Agency
U.S. Fish and Wildlife Service
Versar, Incorporated
Vulcan Technologies
Wildlife International, Ltd.
Westinghouse Corporation
Young-Morgan and Associates

Professional Experience:

I served as coordinator of bioassay programs at Virginia Polytechnic Institute and State University's Center for Environmental Studies from 1970 to 1971. My responsibilities included the development of a large continuous-flow freshwater bioassay facility, experimental design of both acute and chronic studies, data reduction, statistical analyses and report and grant proposal writing. A number of major industrial programs were conducted which included such diverse studies as sediment chemistry interactions and toxic effects of FMC's (Front Royal Plant) heavy metal viscose discharge on selected fauna of the Shenandoah River; evaluation of DuPont's (Waynesboro Plant) experimental waste treatment projects and the toxicity of the Plant's major organic chemical waste components on South River organisms and toxicity evaluation of Hercules' (Radford Army Ammunition Plant) feed and composite water outfalls on selected invertebrates and fish of the New River. During this period, I also participated in a number of freshwater ecological surveys throughout Virginia.

In 1971 I joined the curatorial staff of the Academy of Natural Sciences of Philadelphia's Benedict Estuarine Research Laboratory (BERL) to develop and coordinate bioassay programs dealing with power plant activities in Maryland. Initial programs were designed to determine the potential impact of time-temperature operating conditions of condenser and plume entrainment of Baltimore Gas and Electric Company's (BG&E) Calvert Cliffs Nuclear Power Plant. From 1972-1973 I served as Director of the Benedict Estuarine Research Laboratory. My primary responsibility was program management of three large multidisciplinary ecosystem impact studies which included the baseline preoperational studies of BG&E's Calvert Cliffs Plant; the operational impact assessment of Potomac Electric Power Company's (PEPCO) Chalk Point Generating Facility and Morgantown Generating Facility.

I served as bioassay program manager at BERL from 1973-1980. My responsibilities included proposal and contract writing, data reduction, statistical analysis and report editing and writing. I designed and executed a number of laboratory studies for BG&E and PEPCO which included such things as the development of a model to predict fish kills from dissolved oxygen sags in embayment areas; developed a model to predict fish kills from cold shock episodes; developed procedures for estimating biocide dosages for biofouling control in once-through cooling systems; examined biofouling control alternatives to chlorine for once-through cooling water systems; determined the toxic effects of chlorine, bromine chloride and ozone on invertebrates and fish; investigated the interactions of simultaneous exposures of chlorine, ▲T and exposure duration on condenser-entrainable invertebrates and ichthyoplankton and participated in the development of statistical techniques for analyzing time-response data in toxicity bioassays.

In addition to the laboratory studies performed for BG&E and PEPCO, I also conducted a number of on-site and field power plant evaluations. These included such studies as the movement of striped bass tagged and released in the vicinity of Calvert Cliffs; comparison of food habits of fish resident in the discharge canal at Chalk Point and the adjacent river system; chlorine minimization strategies for control of biofouling in cooling

water systems; the use of bromine chloride as an alternative to chlorine to control biofouling and survival estimates of crabs and fish impinged on vertical traveling screens under various operational modes.

While at the BERL, I worked for a number of sponsors other than BG&E and PEPCO. I conducted studies for the U.S. Environmental Protection Agency comparing the antifouling effectiveness of bromine chloride and chlorine in estuarine cooling water systems; evaluated the ecological effects of ozone-produced oxidants on estuarine organisms and the chemistry and toxicity of bromate in estuarine systems. I performed various studies for Ethyl Corporation, Dow Chemical USA and Great Lakes Chemical Corporation. I performed a large on-site evaluation of Scott Paper Company's Mobile Pulp and Paper Mill treated bleached kraft mill effluent on both freshwater and estuarine organisms. A comprehensive biological and chemical assessment of power plant chlorination was conducted for the Electric Power Research Institute.

I joined the senior professional staff of The Johns Hopkins University's Applied Physics Laboratory (JHU/APL) to serve as section supervisor of their Environmental Assessment Group's Aquatic Ecology Section in 1980. My responsibilities included general supervision of the Aquatic Ecology staff and program management of several aquatic toxicology studies dealing with the toxicological effects of coal pile and coal waste runoff and leachate on the early life stages of striped bass; an evaluation of the biological effects of solid waste disposal at Delmarva Power and Light Company's Vienna Unit 9 Power Plant for the Maryland Power Plant Siting Program; an evaluation at Union Camp Corporation's Franklin Pulp and Paper Mill bleached kraft mill effluent on land-locked striped bass ichthyoplankton; a study for the U.S. Army of the bioconcentration, elimination and metabolism of two explosives on freshwater and estuarine organisms and the use of ultrasound as an alternative to chlorine to prevent estuarine macrofouling in power plant cooling water systems.

In 1984 I transferred to JHU/APL Submarine Technology Department's Environmental Sciences Group where I serve as section supervisor of their Aquatic Ecology Section. My responsibilities included supervision of the Aquatic Ecology staff, grant and contract writing, program planning and management, budgeting, data analysis and writing, review and editing of technical reports. I worked on a number of projects which included an assessment of a macroinvertebrate condenser fouling problem at Furnas Centrais Electricas SA's Angra Nuclear Power Plant in Angra dos Reis, Brazil; a study of chlorine decay and minimization in Public Service Electric and Gas Company's Salem Nuclear Generating Station's circulating and service water systems; an analysis of seasonal fouling in the Chesapeake Bay, Northeast Gulf of Mexico, and Persian Gulf; a U.S. Navy project investigating bioluminescent responses of marine organisms in the Sargasso Sea and the Eastern Pacific Ocean; and a U.S. Army study of the toxicity of selected explosive and smoke compounds to freshwater aquatic organisms.

I joined the University of Maryland at College Park, Agricultural Experiment Station, Wye Research and Education Center in 1991 as a Senior Research Scientist. Since joining the University of Maryland, I have work on a number of studies which include a U.S. Army

study to determine U.S. EPA numerical water quality criteria for freshwater organisms exposed to several nitrated explosives; a Maryland Department of the Environment study to determine the toxicity of NPDES permitted discharges in Maryland; an Oklahoma State University interlaboratory validation study of the frog embryo teratogenesis assay- *Xenopus* (FETAX); an Upjohn Company study of the toxicity of a complex chemical effluent to estuarine aquatic organisms; a U.S. Army evaluation of biomonitoring systems for assessment of contaminated groundwater, sediment, and surface water; and several U.S. Army/Navy toxicity evaluations of various explosives, chemical agents (primarily degradation products), smoke obscurants, and disseminated chaff and fibers.

I have work as a co-principal investigator on a number of studies including the following: a study for the Sodium Bromide/Bromine Chloride Industry Panel of the relative toxicities of continuous and intermittent exposures of chlorine and bromine to aquatic organisms; a Florida Power and Light Company (FP&L) study of the acute and chronic effects of continuous and intermittent chlorination on estuarine organisms; an Exxon Chemical Company study of the acute effects of continuous and intermittent applications of chlorine dioxide and chlorite on freshwater organisms; an Ashland Chemical Company study of the acute and chronic effects of intermittent applications of chlorine dioxide on estuarine organisms; a FP&L study of the acute and chronic effects of intermittent exposures to chlorite on mysids; a FP&L study of the decay of chlorine dioxide in estuarine water; a Betz Water Management Group study of the potential "residual" toxicity of chlorine, chlorine dioxide, and chlorite following dechlorination with a sulfur[IV] compound; and a Rio Linde Chemical Company and Ashland Chemical Company determination of the acute ambient water quality criteria for continuous and intermittent exposures of chlorite to freshwater organisms.

During the last several years, I have worked on various issues at several Superfund sites at the Aberdeen Proving Ground (APG), Maryland, in support of Records of Decision and remedial action long-term monitoring activities at the hazardous waste sites. These include such evaluations as: the analysis of the toxicity and transport of EPA priority pollutant heavy metals and volatile organic compounds (VOCs) in groundwater at Beach Point and the environmental fate of the contaminants as they moved into the Bush River; screening level ecological risk assessment of diisopropyl methylphosphonate at the Building E3640 Process Laboratory site; bioaccumulation of mercury and monomethylmercury in earthworms and the ecological risk to birds and mammals at Graces Quarters; bioaccumulation of a suite of heavy metals in earthworms and the risk to higher trophic levels at the Concrete Slab Test Site (Cluster 5); ecological risk assessment of VOCs in the sediments and surface waters at School Fields I and II (Cluster 13); and toxicity assessments of contaminated sediments (primarily metals and DDTr) at various sites such as the 22nd Street Landfill, Kings Creek Chemical Disposal Site, Cluster 5, and Watson Creek (OU3).

I recently completed work on a long-term sediment toxicity monitoring project of the Old Bush River Road Dump at APG that included pre-remediation, remediation, and post-remediation of the site; toxicity assessment of sediments in support of the remedial action long-term monitoring program at APG's Watson Creek; a long-term ecological assessment of the Motiva Enterprises Delaware City Refinery polycyclic aromatic hydrocarbon discharge in

the Delaware River; and a toxicological evaluation of surface water, sediment, and soil at APG's J-Field White Phosphorus Pits.

I am currently conducting the 10th year of consecutive toxicity monitoring of the APG Old O-Field Groundwater Treatment Facility discharge; performing a National Pollutant Discharge Elimination System (NPDES) permit evaluation of the Army's Fort Detrick Wastewater Treatment Facility; and evaluating the toxicity and bioaccumulation of lead in earthworms exposed to lead-contaminated soils at the Navy's Old Pistol Range, Camp Smith, Oahu, Hawaii.

Hearing Experience:

> Served as an expert witness for both Baltimore Gas and Electric Company and Potomac Electric Power Company during various adjudicatory hearings in the State of Maryland and the District of Columbia.

> Served as a technical witness in the Maryland Public Service Commission hearing on the proposed Delmarva Power and Light Vienna Unit No. 9 Electric Generating Station.

> Represented the Connecticut Business and Industry Association in a public hearing concerning the State of Connecticut Department of Environmental Protection's proposed "Water Quality-Based Permitting Strategy for Protection of Aquatic Life from Acute and Chronic Toxicity".

> Served as an expert witness for the Upjohn Company in the Superior Court Judicial District of Hartford, CT.

> Served as an expert witness for Bowling Green Municipal Utilities in the Citizens Environmental Defense League and Sierra Club v. Bowling Green Municipal Utilities, Bowling Green, KY.

> Served as an expert witness for Motiva Enterprises LLC in the Natural Resources Defense Council, Inc. and Delaware Audubon Society v. Motiva Enterprises LLC in the United States District Court for the District of Delaware.

Oceanographic Cruises:

| | |
|---|---|
| Jul 1985 | USNS DeSteiger, Bioluminescence measurements, Eastern Pacific Ocean |
| Jul-Aug, 1986 | USNS Bartlett, Bioluminescence measurements, Sargasso Sea |
| Mar-Apr, 1988 | USNS Bartlett, Bioluminescence measurements, Sargasso Sea |
| Jul-Aug, 1988 | USCGC Rush, Acoustic tests, Eastern Pacific Ocean |

Sep-Oct, 1988   USNS DeSteiger, Bioluminescence measurements, Eastern Pacific Ocean

Biographical Summaries:

Who's Who in the East (17th ed., 1978-1980 ff.)

American Men and Women of Science (14th ed., 1979 ff.)

Who's Who in Technology Today (2nd ed., 1980 ff.)

American Biographical Institute's Personalities of America (4th ed., l986 ff.)

American Biographical Institute's The International Directory of Distinguished Leadership (2nd ed., l986 ff.)

Who's Who in Science and Engineering (1st ed., 1992-1993 ff.)

Who's Who Environmental Registry (1992 ff.)

Strathmore's Who's Who Registry (1997-1998 ed. ff.)

Lexington Who's Who Registry (2001/2002 ed. ff.)

Miscellaneous:

Professional Fisheries Scientist Certification by American Fisheries Society, 1971.

Committee member of the Environmental Research Guidance Committee of the Maryland Department of Natural Resources Power Plant Siting Program, 1973-1980 and 1984-l987.  Chairman of the Biology Subcommittee, 1975-1978.  Chairman of the Environmental Research Guidance Committee, 1978-1980.

Associate editor of *Chesapeake Science*, 1974-1978.

Committee member of the American Society for Testing and Materials; Technical Committee D-19 on Water, 1975-1988.

Adjunct Research Associate.  University of Maryland, Center for Environmental and Estuarine Studies, Chesapeake Biological Laboratory, Solomons, Maryland, 1976-1977.

Committee member of the Joint Task Group for preparation of the 15th edition of *Standard Methods for the Examination of Water and Wastewater*, 1977-1979; 16th

8

edition, 1979-1984; 17th edition, 1985-1989; 18th edition, 1990-1992; 19th edition; 20th edition, 1993-1998; 1999-present.

Committee member of the Nominating Committee of the American Fisheries Society's Water Quality Section, 1978-1979.

Committee member of the Power Plant Siting Advisory Committee; An advisory committee to the Secretary of the Maryland Department of Natural Resources, 1978-1988.

Committee member of the Nominating Committee of the Potomac Chapter of the American Fisheries Society, 1979.

Committee member of the Resolution Committee of the American Fisheries Society, 1979.

Adjunct Associate Professor.    University of Maryland School of Medicine, Department of Pathology, 1979-1985.

Member of the Technical Advisor Panel of the U.S. Environmental Protection Agency's Integrated Environmental Management Program, 1983.

Adjunct Research Scientist.    The Johns Hopkins University, Chesapeake Bay Institute, Shady Side, Maryland, 1984-1989.

Editorial board member of *Environmental Toxicology and Chemistry*, 1986-1988.

Committee member of the U.S. Environmental Protection Agency's Environmental Biology Review Panel, 1986-present.

Chairman of the U.S. Environmental Protection Agency's Gulf Breeze Environmental Research Laboratory Aquatic Toxicology Branch Peer Review Panel, 1987.

Participant of the Workshop on the Environmental Chemistry of Dyes in the Environment, U.S. Environmental Protection Agency Environmental Research Laboratory - Athens, 1987.

Committee member of the Chesapeake Research Consortium   Chesapeake Bay Literature Synthesis Steering Committee, 1987-1988.

Committee member of the Executive Committee of the Scientific Advisory Board of the Maryland Department of Natural Resources Power Plant Research Program, 1987-1989.  Vice-chairman of the Executive Committee of the Scientific Advisory Board, 1987-1989.

Fellow, American Institute of Fishery Research Biologists, 1988.

Toxics Expert Panel Member of the Chesapeake Bay Program Toxics Research Priorities Committee, 1989.

Participant of the Ecological Research Needs Workshop sponsored by the Environmental Biology Peer Review Panel, U.S. Environmental Protection Agency Office of Exploratory Research, 1989.

Chairman of the U.S. Environmental Protection Agency's Gulf Breeze Environmental Research Laboratory Ecotoxicology Branch Peer Review Panel, 1989.

Participant of the Chesapeake Bay Ambient Toxicity Assessment Workshop sponsored by the Maryland Department of Natural Resources, Virginia Council on the Environment and the Susquehanna River Basin, 1989.

Member of the U.S. Environmental Protection Agency's Narragansett Environmental Research Laboratory Complex Effluent Toxicity Testing Program Peer Review Panel, 1989.

Participant of the U.S. Department of Energy's Long-Range Basic Research Planning Workshop for Environmental Restoration at Department of Energy Sites, 1990.

Participant of the Chesapeake Bay Citizen Advisory Committee Toxics Task Force meeting on current toxics issues in the Chesapeake Bay, 1990.

Poster Co-chairman for the Society of Environmental Toxicology and Chemistry Eleventh Annual Meeting, Arlington, Va., 1990.
Committee member of the Society of Environmental Toxicology and Chemistry Awards Committee, 1990-1993.

Member of the Science Review Committee of the University of Maryland at College Park Water Resources Research Center, 1991-1995.
Chairman of the U.S. Environmental Protection Agency Exploratory Environmental Research Centers' General Ecology Review Panel, 1991.

Member of the National Institutes of Health Environmental Sciences National Toxicology Program Peer Review Panel, 1993.
Graduate Faculty Member of the University of Maryland Graduate School, Baltimore, 1995-1998.

Member of the Power Plant Siting Advisory Committee; An advisory committee to the Secretary of the Maryland Department of Natural Resources, 1994-2000.

Member of the U.S. EPA/SETAC Whole Effluent Toxicity Expert Advisory Panel Steering Committee, 1996-2003.

Adjunct Associate Professor.    University of Maryland School of Medicine, Department of Pathology, 1994-present.

Member of the National Institutes of Health Safety and Occupational Health Small Business Innovation Research Peer Review Panel, 1994-present.

Coordinating Council Member of the University of Maryland Center for Environmental and Estuarine Studies Multiscale Experimental Ecosystem Research Center, 1994-present.

Publications:

I have published a number of items that are listed in chronological order below. The following is a summary of my unclassified publications:

- 3 Books
- 27 Book chapters
- 97 Papers in the peer-reviewed literature; six papers currently in press
- 45 Published technical reports
- 77 Published abstracts of presentations
- 77 Unpublished technical reports

1.    Burton, Dennis T.  1970.  Lactic and pyruvic acid changes in bluegill sunfish (*Lepomis macrochirus* (Rafinesque) during gradual hypoxia at two acclimation temperatures ($5^o$ and $20^oC$).  Assoc. Southeastern Biol. Bull. 17:35.  (Abstract).

2.    Burton, Dennis T.  1970.  Temperature effects on the anaerobic responses of three ecologically distinct freshwater fishes during gradual hypoxia.  Ph.D. Thesis. Virginia Polytechnic Institute and State University, Blacksburg, VA.  108 pp.

3.    Burton, Dennis T.  1970.  The anaerobic responses of brown bullhead catfish (*Ictalurus nebulosus*) during gradual hypoxia at two acclimation temperatures.  Amer. Zool.  10:519.  (Abstract).

4.    Burton, Dennis T., Alma H. Jones, and John Cairns, Jr.  1971.  A preliminary study which supports the mucous coagulation-suffocation hypothesis in fish exposed to acutely toxic concentrations of zinc.  Assoc. Southeastern Biol. Bull.  18:29. (Abstract).

5.    Morgan, Eric L., Dennis T. Burton, and John Cairns, Jr.  1971.  A time until death study of bluegill sunfish (*Lepomis macrochirus* Raf.) exposed to simultaneous thermal and zinc stress. Assoc. Southeastern Biol. Bull. 18:47. (Abstract).

6.    Burton, Dennis T.  1971.  Temperature effects on the anaerobic responses of three ecologically distinct freshwater fishes during gradual hypoxia.  Diss. Abstr. Int. 31:6849.  (Abstract).

7.    Scheier, Arthur and Dennis T. Burton.  1971.  A description of present bioassay flow through techniques and examples of the use of bioassays to measure the effects of low oxygen at the whole animal and molecular level.  Abstr. of Papers, Amer. Chem. Soc. 162nd National Meeting.  (Abstract).

8.    Burton, Dennis T.  1971.  The anaerobic responses of rainbow trout (*Salmo gairdneri*) during gradual hypoxia at two acclimation temperatures ($5^o$ and $15^oC$).  Va. J. Sci. 22:94.  (Abstract).

9.    Burton, Dennis T., Alma H. Jones and John Cairns, Jr. 1971. Further studies which support the mucous coagulation-suffocation hypothesis in fish exposed to acutely toxic concentrations of zinc. Va. J. Sci. 22:95. (Abstract).

10.   Burton, Dennis T. 1971. A comparative study of the anaerobic responses of three species of fresh-water fishes during gradual hypoxia at two acclimation temperatures. Amer. Zool. 11:699-670. (Abstract).

11.   Burton, Dennis T. and Andrea M. Spehar. 1971. A re-evaluation of the anaerobic endproducts of fresh-water fish exposed to environmental hypoxia. Comp. Biochem. Physiol. 40A:945-954.

12.   Cairns, John, Jr., Timothy K. Bahns, Dennis T. Burton, Kenneth L. Dickson, Richard E. Sparks, and William T. Waller. 1971. The effects of pH, solubility and temperature upon the acute toxicity of zinc to the bluegill sunfish (*Lepomis macrochirus* Raf.). Trans. Kansas Acad. Sci. 74:81-92.

13.   Burton, Dennis T., Eric L. Morgan, and John Cairns, Jr. 1972. The effects of increasing temperatures on mortality rates of bluegill (*Lepomis macrochirus* Raf.) exposed to a toxic concentration of zinc. Assoc. Southeastern Biol. Bull. 19:58 (Abstract).

14.   Burton, Dennis T., Eric L. Morgan, and John Cairns, Jr. 1972. Mortality curves of bluegills (*Lepomis macrochirus* Rafinesque) simultaneously exposed to temperature and zinc stress. Trans. Amer. Fish. Soc. 101:435-441.

15.   Burton, Dennis T., Alma H. Jones, and John Cairns, Jr. 1972. Acute zinc toxicity to rainbow trout (*Salmo gairdneri*): confirmation of the hypothesis that death is related to tissue hypoxia. J. Fish. Res. Bd. Canada. 29:1463-1466.

16.   Abell, Philip R. and Dennis T. Burton. 1973. Changes in oxygen consumption of the mud crab, *Rhithropanopeus harrisii* (Xanthidae, Brachyura) following rapid thermal stress. Assoc. Southeastern Biol. Bull. 20:35. (Abstract).

17.   Burton, Dennis T. and Philip R. Abell. 1973. Ventilation rate changes in the flatfish, *Trinectes maculatus*, subjected to rapid thermal increases and environmental hypoxia. Assoc. Southeastern Biol. Bull. 20:43. (Abstract).

18.   Scheier, Arthur and Dennis T. Burton. 1973. A description of bioassay flow-through techniques, and the use of bioassay to measure the effects of low oxygen at the whole-animal and molecular level. Pages 335-344 *in* G. E. Glass, ed. Bioassay techniques and environmental chemistry. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

19.   Marvin, Daniel E., Jr. and Dennis T. Burton. 1973. Cardiac and respiratory responses of rainbow trout, bluegills and brown bullhead catfish during rapid hypoxia and recovery under normoxic conditions. Comp. Biochem. Physiol. 46A:755-765.

20.  Burton, Dennis T. and Philip R. Abell. 1973. Initial compensatory responses in ventilation frequency of three eurythermal estuarine fish exposed to a moderate temperature increase. Amer. Zool. 13:1290. (Abstract).

21.  Abell, Philip R., Dennis T. Burton, and Stuart L. Margrey. 1974. A comparison of oxygen consumption changes in grass shrimp, *Palaemonetes* sp. (Crustacea, Decapoda), following a brief thermal increase at three acclimation temperatures. Assoc. Southeastern Biol. Bull. 21:35. (Abstract).

22.  Burton, Dennis T. and Charles J. Moore. 1974. Ventilation frequency changes in three estuarine fish exposed to a 5°C increase at acclimation temperatures of 5°, 15° and 25°C Assoc. Southeastern Biol. Bull. 21:44. (Abstract).

23.  Burton, Dennis T. and Leonard B. Richardson. 1974. The effect of a 5°C thermal increase on cardiac activity of the blue crab, *Callinectes sapidus* Rathbun. Assoc. Southeastern Biol. Bull. 21:44. (Abstract).

24.  Moore, Charles J. and Dennis T. Burton. 1974. Movements of striped bass, *Morone saxatilis*, tagged during late fall in Chesapeake Bay, Maryland. Assoc. Southeastern Biol. Bull. 21:70. (Abstract).

25.  Richardson, Leonard B., Dennis T. Burton and Stuart L. Margrey. 1975. A respirometer technique for evaluating the potential effects of rapid thermal changes to small aquatic organisms. Prog. Fish-Cult. 37:57-58.

26.  Burton, D. T., S. L. Margrey, and L. B. Richardson. 1975. The effects of exposure to time-temperature changes simulating power plant condenser entrainment on oxygen consumption patterns of *Gammarus* sp. and *Palaemonetes* sp. Abstr. of Papers, Savannah River Ecol. Lab. Second Thermal Ecol. Symp., April 2-5, 1975, August, GA. (Abstract).

27.  Burton, Dennis T., Charles J. Moore, Linda L. Vansant, and James M. Dayton. 1975. Lethal limits of sheepshead minnow eggs (*Cyprinodon variegatus*) exposed to various rates of thermal elevation. Assoc. Southeastern Biol. Bull. 22:44. (Abstract).

28.  Margrey, Stuart L., Dennis T. Burton, and Leonard B. Richardson. 1975. Oxygen consumption patterns of two estuarine crustacea exposed to time-temperature changes simulating power plant entrainment. Assoc. Southeastern Biol. Bull. 22:66. (Abstract).

29.  Moore, Charles J. and Dennis T. Burton. 1975. Some skeletal anomalies in Potomac River white perch, *Morone americana* (Gmelin). Assoc. Southeastern Biol. Bull. 22:69. (Abstract).

30. Richardson, Leonard B., Dennis T. Burton, and Stuart L. Margrey. 1975. Oxygen consumption and heart rate of the blue crab, *Callinectes sapidus* Rathbun, exposed to a 5°C thermal increase. Assoc. Southeastern Biol. Bull. 22:75. (Abstract).

31. Burton, Dennis T., Stuart L. Margrey, and Dennis T. Burton. 1975. The effects of several rates of hypoxic stress on the mortality of Atlantic menhaden, *Brevoortia tyrannus* (Latrobe). Assoc. Southeastern Biol. Bull. 22:75. (Abstract).

32. Moore, C. J., S. L. H. Fuller, and D. T. Burton. 1975. A comparison of food habits of white perch (*Morone americana*) in the heated effluent canal of a steam electric station and in an adjacent river system. Environ. Letters. 8:315-323.

33. Moore, Charles J. and Dennis T. Burton. 1975. Movements of striped bass, *Morone saxatilis* (Walbaum), tagged in Maryland waters of Chesapeake Bay. Trans. Amer. Fish Soc. 104:703-709.

34. Abell, Philip R. and Dennis T. Burton. 1976. Cold shock: The effects of rate of thermal decrease on the survival of juvenile Atlantic menhaden (*Brevoortia tyrannus*). Assoc. Southeastern Biol. Bull. 23:39. (Abstract).

35. Margrey, Stuart L., Dennis T. Burton, and Leonard B. Richardson. 1976. A preliminary study of chlorine toxicity to Atlantic menhaden (*Brevoortia tyrannus*) and hogchoker (*Trinectes maculatus*). Assoc. Southeastern Biol. Bull. 23:78. (Abstract).

36. Richardson, Leonard B., Stuart L. Margrey, and Dennis T. Burton. 1976. Mortality of Atlantic menhaden (*Brevoortia tyrannus*) exposed to chronic hypoxia. Assoc. Southeastern Biol. Bull. 23:90. (Abstract).

37. Burton, Dennis T., Leonard B. Richardson, Stuart L. Margrey, and Philip R. Abell. 1976. Effects of low ▲T power plant temperatures on estuarine invertebrates. J. Water Pollut. Control Fed. 48:2259-2272.

38. Burton, Dennis T, Stuart L. Margrey, and Leonard B. Richardson. 1976. Effects of power plant entrainment temperatures on oxygen consumption patterns of amphipods and grass shrimp. Pages 93-99 *in* G. W. Esch and R. W. McFarlane, eds. Thermal ecology II. U. S. Energy Research Development Administration Symposium Series 40 (CONF-750425). National Technical Information Service, Springfield, VA.

39. Burton, Dennis T. 1977. General test conditions and procedures for chlorine toxicity tests with estuarine and marine macroinvertebrates and fish. Chesapeake Sci. 18:130-136.

40. Abell, Philip R., Dennis T. Burton, and Charles J. Moore. 1977. Time course of thermal acclimation in Atlantic silverside (*Menidia menidia*) exposed to cyclic temperatures. Assoc. Southeastern Biol. Bull. 24:34. (Abstract).

41.   Gullans, Steven R., Ronald M. Block, John C. Rhoderick, Dennis T. Burton, and
      Lawrence H. Liden.  1977.  Effects of continuous chlorination on white perch
      (*Morone americana*) and Atlantic menhaden (*Brevoortia tyrannus*) at two
      temperatures. Assoc. Southeastern Biol. Bull. 24:55. (Abstract).

42.   Liden, Lawrence H., Dennis T. Burton, Stuart L. Margrey, Ronald M. Block, and
      John C. Rhoderick.  1977.  Effects of chlorinated and bromochlorinated power plant
      condenser cooling waters on survival and blood pH of Atlantic menhaden (*Brevoortia
      tyrannus*) and spot (*Leiostomus xanthurus*). Assoc. Southeastern Biol. Bull. 24:66.
      (Abstract).

43.   Margrey, Stuart L., Dennis T. Burton, Leonard B. Richardson, and Lawrence H.
      Liden.  1977.  An assessment of continuous and intermittent chlorination and
      bromochlorination schemes for control of fouling organisms in cooling water systems
      utilizing estuarine water. Assoc. Southeastern Biol. Bull. 24:69-70. (Abstract).

44.   Moore, Charles J., J. Howard Hixson, and Dennis T. Burton.  1977.  Abundance and
      seasonal occurrence of shore zone fishes in central Chesapeake Bay.  Assoc.
      Southeastern Biol. Bull. 24:72. (Abstract).

45.   Richardson, Leonard B., Dennis T. Burton, Philip R. Abell, and W. Waldo
      Wakefield.  1977.  The effects of rapid temperature changes in oxygen consumption
      patterns of amphipods (*Gammarus* sp.) and juvenile blue crabs (*Callinectes sapidus*)
      acclimated to constant and cyclic temperatures.  Assoc. Southeastern Biol. Bull.
      24:80-81. (Abstract).

46.   Wakefield, W. Waldo, Philip R. Abell, Dennis T. Burton, and Stuart L. Margrey.
      1977.  A comparison of oxygen consumption rates of juvenile blue crabs (*Callinectes
      sapidus*) acclimated to constant and cyclic temperatures.  Assoc. Southeastern Biol.
      Bull. 24:93. (Abstract).

47.   Bongers, Leonard H., Thomas P. O'Connor, and Dennis T. Burton.  1977.  Bromine
      chloride - An alternative to chlorine for fouling control in condenser cooling systems.
      EPA-600/7-77-053.  U. S. Environmental Protection Agency, Washington, DC.  163
      pp.

48.   Abell, Philip R., Leonard B. Richardson, and Dennis T. Burton.  1977.  Electronic
      controller for producing cyclic temperatures in aquatic studies.  Prog. Fish-Cult.
      39:139-141.

49.   Bongers, L. H., L. H. Liden, B. Bradley, A. F. Holland, and D. T. Burton.  1977.
      Biotoxicity of chlorinated and chlorobrominated power plant cooling water effluents.
      Abstr. of Papers, Savannah River Ecol. Lab. Energy and Environmental Stress in
      Aquatic Systems Symp., Nov. 2-4, 1977, Augusta, GA. (Abstract).

50.    Abell, P. R. and D. T. Burton. 1977. Cold shock: The effect of rate of thermal decrease on the mortality of juvenile Atlantic menhaden (*Brevoortia tyrannus*). Abstr. of Papers, Savannah River Ecol. Lab. Energy and Environmental Stress in Aquatic Systems Symp., Nov. 2-4, 1977, Augusta, GA. (Abstract).

51.    Liden, Lawrence H. and Dennis T. Burton. 1977. Survival of juvenile Atlantic menhaden (*Brevoortia tyrannus*) and spot (*Leiostomus xanthurus*) exposed to bromine chloride- and chlorine-treated estuarine waters. J. Environ. Sci. Hlth. A12:375-388.

52.    Burton, Dennis T. 1977. An assessment of intermittent and continuous chlorination and bromochlorination schemes for control of estuarine fouling organisms in once-through cooling systems. Proc. Amer. Power Conf. 39:934-942.

53.    Bongers, Leonard H., Dennis T. Burton, and Brian P. Bradley. 1978. Procedure for estimating biocide dosages for biofouling control in estuarine once-through cooling systems. Reprints of Papers Presented at the 175th National Meeting, Amer. Chem. Soc. Div. Environ. Chem. 18:70-72.

54.    Burton, Dennis T. and Stuart L. Margrey. 1978. An evaluation of acute bromine chloride toxicity to grass shrimp (*Palaemonetes* spp.) and juvenile blue crabs (*Callinectes sapidus*). Bull. Environ. Contam. Toxicol. 19:131-138.

55.    Richardson, Leonard B., Dennis T. Burton, Stuart L. Margrey, and Ann Rosenkranz. 1978. Egg and prolarval development of striped bass, *Morone saxatilis* (Walbaum), exposed to ozone produced oxidants in fresh and estuarine water. Assoc. Southeastern Biol. Bull. 25:40. (Abstract).

56.    Rosenkranz, Ann, Leonard B. Richardson, and Dennis T. Burton. 1978. The toxicity of ozone produced oxidants to adult white perch, *Morone americana* (Gmelin). Assoc. Southeastern Biol. Bull. 25:42. (Abstract).

57.    Rhoderick, John C., Leonard B. Richardson, Dennis T. Burton, Willem H. Roosenburg, Ann Rosenkranz, and Ronald M. Block. 1978. The effect of ozone and chlorine produced oxidants on larval stages of the American oyster, *Crassostrea virginica* (Gmelin). Assoc. Southeastern Biol. Bull. 25:48. (Abstract).

58.    Moore, Charles J. and Dennis T. Burton. 1978. A six year study of demersal fish prior to and during operation of a stream electric station on the Potomac River, Maryland. Assoc. Southeastern Biol. Bull. 25:55-56. (Abstract).

59.    Liden, Lawrence H., Eric L. Morgan, Kenneth W. Eagleson, Dennis T. Burton, and Stuart L. Margrey. 1978. The effect of total residual chlorine on goldfish (*Carassius auratus*) previously exposed to long-term sublethal metal stress. Assoc. Southeastern Biol. Bull. 25:79. (Abstract).

60.    Margrey, Stuart L., Dennis T. Burton, Lawrence H. Liden, and Charles J. Moore. 1978. The acute toxicity of soluble copper to tidewater silverside, *Menidia beryllina* (Cope), at constant and cycling temperatures. Assoc. Southeastern Biol. Bull. 25:79. (Abstract).

61.    Block, Ronald M., Dennis T. Burton, Steven R. Gullans, and Leonard B. Richardson. 1978. Respiratory and osmoregulatory responses of white perch (*Morone americana*) exposed to chlorine and ozone in estuarine waters. Pages 351-360 *in* R. L. Jolley, H. Gorchev and D. H. Hamilton, Jr., eds. Water chlorination environmental impact and health effects, Vol. 2. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

62.    Burton, Dennis T. and Lawrence H. Liden. 1978. Biofouling control alternatives to chlorine for power plant cooling water systems: An overview. Pages 717-734 *in* R. L. Jolley, H. Gorchev and D. H. Hamilton, Jr., eds. Water chlorination environmental impact and health effects, Vol. 2. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

63.    Bongers, Leonard H., Dennis T. Burton, Lawrence H. Liden, and Thomas P. O'Connor. 1978. Bromine chloride -An alternative biofouling control agent for cooling water treatment. Pages 735-752 *in* R. L. Jolley, H. Gorchev and D. H. Hamilton, Jr., eds. Water chlorination environmental impact and health effects, Vol. 2. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

64.    Capizzi, Tom and D. T. Burton. 1978. A statistical technique for analyzing time-response curves. Pages 137-149 *in* K. L. Dickson, J. Cairns, Jr. and R. J. Livingston, eds. Biological data in water pollution assessment: Quantitative and statistical analyses. STP 652. Amer. Soc. Testing Materials, Philadelphia, PA.

65.    Liden, Lawrence H. and Dennis T. Burton. 1978. Responses of selected Chesapeake Bay fish and invertebrate species to natural and artificial thermal increases - A review of the literature. PB290596/AS. National Technical Information Service, Springfield, VA. 64 pp.

66.    Margrey, Stuart L., Dennis T. Burton, Leonard B. Richardson, and Lawrence H. Liden. 1979. Artificial substrate system for biofouling control. J. Environ. Eng. Div., Proc. Amer. Soc. Civil Eng. 105:161-164.

67.    Hall, L. W., Jr., S. L. Margrey, D. T. Burton, and L. H. Liden. 1979. The effect of chlorine, temperature and exposure duration on juvenile blue crabs *Callinectes sapidus* and grass shrimp *Palaemonetes pugio*. Assoc. Southeastern Biol. Bull. 26:88. (Abstract).

68.    Liden, L. H., D. T. Burton, S. L. Margrey, and L. H. Bongers. 1979. Comparative biotoxicity of bromochlorinated and chlorinated power plant condenser cooling waters to selected estuarine organisms. Assoc. Southeastern Biol. Bull. 26:88. (Abstract).

69. Margrey, S. L., L. W. Hall, Jr., and D. T. Burton. 1979. Combined effects of chlorine, temperature and exposure duration on larval white perch, *Morone americana* (Gmelin). Assoc. Southeastern Biol. Bull. 26:88. (Abstract).

70. Burton, D. T., L. W. Hall, Jr,. and S. L. Margrey. 1979. Chlorine, temperature and exposure duration interactions on eggs and prolarvae of the striped bass, *Morone saxatilis* (Walbaum). Assoc. Southeastern Biol. Bull. 26:89. (Abstract).

71. Burton, Dennis T. and Stuart L. Margrey. 1979. Control of fouling organisms in estuarine cooling systems by chlorine and bromine chloride. Environ. Sci. Technol. 13:684-689.

72. Burton, Dennis T., Lenwood W. Hall, Jr., and Stuart L. Margrey. 1979. Multifactorial chlorine, ♠T and exposure duration studies of power plant effluents on estuarine ichthyoplankton. Pages 223-229 *in* Eleventh Mid-Atlantic Industrial Wastes Conf., July 15-17, 1979. The Pennsylvania State University, University Park, PA.

73. Hall, Lenwood W., Jr., Dennis T. Burton, and Stuart L. Margrey. 1979. Chlorine, temperature and exposure duration effects of power plant effluents on juvenile blue crabs *Callinectes sapidus* and grass shrimp *Palaemonetes pugio*. J. Toxicol. Environ. Hlth. 5:749-757.

74. Burton, Dennis T., Lenwood W. Hall, Jr., Stuart L. Margrey, and Robert D. Small. 1979. Interactions of chlorine, temperature change (♠T) and exposure time on survival of striped bass (*Morone saxatilis*) eggs and prolarvae. J. Fish. Res. Bd. Canada. 36:1108-1113.

75. Hall, Lenwood W., Jr., Dennis T. Burton, and Stuart L. Margrey. 1979. The interactions of chlorine, temperature and exposure duration on selected estuarine species. Pages 48-49 *in* Abstr. of Papers, 109th Annual Meeting Amer. Fish. Soc., Sept. 12-15, 1979, West Yellowstone, MT. (Abstract).

76. Hall, Lenwood W., Jr., Dennis T. Burton, and Stuart L. Margrey. 1979. Chlorine, temperature and exposure duration effects of power plant effluents on larval white perch, *Morone americana* (Gmelin). Water Resources Bull. 15:1365-1373.

77. Burton, Dennis T., Thomas P. Capizzi, Lenwood W. Hall, Jr., Stuart L. Margrey, and Robert D. Small. 1979. A method for analyzing data from multifactorial toxicological experiments with repeated measurements. Biometrics 35:885. (Abstract).

78. Burton, Dennis T., Philip R. Abell, and Thomas P. Capizzi. 1979. Cold shock: Effect of rate of thermal decrease on Atlantic menhaden. Mar. Pollut. Bull. 10:347-349.

79.  Hall, Lenwood W., Jr., Dennis T. Burton, and Stuart L. Margrey.  1979.  The influence of acclimation temperature on the interactions of chlorine, elevated temperature and exposure duration to grass shrimp, *Palaemonetes pugio*.  Trans. Amer. Fish. Soc.  108:626-631.

80.  Burton, D. T.  1979.  Ventilation frequency compensation responses of three eurythermal estuarine fish exposed to moderate temperature increases.  J. Fish Biol. 15:589-600.

81.  Liden, Lawrence H., Dennis T. Burton, Leonard H. Bongers, and Alexander F. Holland.  1980.  Effects of chlorobrominated and chlorinated cooling waters on estuarine organisms.  J. Water Pollut. Control Fed.  52:173-182.

82.  Burton, Dennis T., Leonard B. Richardson, and Charles J. Moore.  1980.  Cardiac frequency compensation responses of adult blue crabs (*Callinectes sapidus* Rathbun) exposed to moderate temperature increases.  Comp. Biochem. Physiol.  65A:259-263.

83.  Burton, Dennis T., S. L. Margrey, and L. W. Hall, Jr.  1980.  Seasonal effects of once-through power plant chlorination on several estuarine macroinvertebrates. Assoc. Southeastern Biol. Bull.  27:26.  (Abstract).

84.  Graves, W. C., D. T. Burton, L. B. Richardson, and S. L. Margrey. 1980.  Survival of sheepshead minnow (*Cyprinodon variegatus*) embryos, fry, juveniles and adults exposed to treated bleached kraft mill effluent at various dissolved oxygen levels. Assoc. Southeastern Biol. Bull.  27:37.  (Abstract).

85.  Garey, John F., Roger M. Jordan, Andrew H. Aitken, Dennis T. Burton, and Robert H. Gray, eds.  1980.  Condenser biofouling control.  Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.  528 pp.

86.  Burton, Dennis T.  1980.  Biofouling control procedures for power plant cooling water systems.  Pages 251-266 *in* J. F. Garey, R. M. Jordan, A. H. Aitken, D. T. Burton and R. H. Gray, eds.  Condenser biofouling control.  Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

87.  Liden, Lawrence H., Dennis T. Burton, and Leonard H. Bongers.  1980.  Estimation of chlorine and bromine chloride dosages for biofouling control in low-salinity estuarine once-through cooling systems.  Pages 355-360 *in* J. F. Garey, R. M. Jordan, A. H. Aitken, D. T. Burton and R. H. Gray, eds.  Condenser biofouling control.  Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

88.  Burton, Dennis T. and Alan G. Heath.  1980.  Ambient oxygen tension ($P_{O_2}$) and transition to anaerobic metabolism in three species of freshwater fish.  Can. J. Fish. Aquatic Sci.  37:1216-1224.

89.    Burton, Dennis T.  1980.  An evaluation of Pentron D-90[®] toxicity to juvenile estuarine fish and blue crabs.  Bull. Environ. Contam. Toxicol. 25:470-476.

90.    Burton, Dennis T., Lenwood W. Hall, Jr., and Stuart L. Margrey.  1980. Multifactorial chlorine, ♠T and exposure duration studies of spring power plant operations on three estuarine invertebrates.  Pages 547-556 in R. L. Jolley, R. B. Cumming and W. A. Brungs, eds.  Water chlorination environmental impact and health effects, Vol. 3.  Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

91.    Heath, A. G., D. T. Burton, and M. J. Smith.  1980.  Anaerobic metabolism in fishes: Environmental thresholds and time dependence.  Rev. Can. Biol. 39:123-128.

92.    Graves, William C., Dennis T. Burton, and Leonard B. Richardson. 1980.  The effect of 20- to 30-day continuous exposure of treated bleached kraft mill effluent on selected freshwater species.  Bull. Environ. Contam. Toxicol. 25:651-657.

93.    Hall, Lenwood W., Jr., Dennis T. Burton, William C. Graves, and Stuart L. Margrey. 1981.  The effects of dechlorinated industrial effluent on striped bass (*Morone saxatilis*).  PPSP-MP-33.  Maryland Department of Natural Resources Power Plant Siting Program, Annapolis, MD.  29 pp.

94.    Burton, Dennis T., Leonard B. Richardson, and Charles J. Moore.  1980.  Effect of rate of reduction and constant low dissolved oxygen concentrations on mortality of two estuarine fish.  Trans. Amer. Fish. Soc.  109:552-557.

95.    Burton, Dennis T., Thomas P. Capizzi, Stuart L. Margrey, and W. Waldo Wakefield. 1981.  Effects of rapid changes in temperature on two estuarine crustacea.  Mar. Environ. Res.  4:267-278.

96.    Richardson, Leonard B., Dennis T. Burton, and Ann M. Stavola.  1981.  Toxicity of ozonated estuarine water to juvenile blue crabs (*Callinectes sapidus*) and juvenile Atlantic menhaden (*Brevoortia tyrannus*).  Bull. Environ. Contam. Toxicol. 26:171-178.

97.    Hall, Lenwood W., Jr., Dennis T. Burton, William C. Graves and Stuart L. Margrey. 1981.  Effects of dechlorination on early life stages of striped bass (*Morone saxatilis*). Environ. Sci. Technol. 15:573-578.

98.    Hall, Lenwood W., Jr., Dennis T. Burton, and Lawrence H. Liden.  1981.  An interpretive literature analysis evaluating the effects of power plant chlorination on freshwater organisms.  CRC Critical Rev. Toxicol. 9:1-20.

99.    Hall, Lenwood W., Jr., Dennis T. Burton, Stuart L. Margrey, and Kenneth R. Dixon. 1981.  Time-related mortality responses of striped bass (*Morone saxatilis*) ichthyoplankton after exposure to simulated power plant chlorination conditions. Water Res.  15:903-910.

100.  Graves, William C., Dennis T. Burton, Leonard B. Richardson, and Stuart L. Margrey. 1981. The interaction of treated bleached kraft mill effluent and dissolved oxygen concentration on the survival of the developmental stages of the sheepshead minnow (*Cyprinodon variegatus*). Water Res. 15:1005-1011.

101.  Hall, Lenwood W., Jr., Dennis T. Burton, and Stuart L. Margrey. 1981. Acclimation temperature: An important factor in power plant chlorination studies with larval white perch, *Morone americana*. J. Toxicol. Environ. Hlth. 7:941-950.

102.  Burton, Dennis T. and Leonard B. Richardson. 1981. An investigation of chemistry and toxicity of ozone-produced oxidants and bromate to selected estuarine species. EPA-600/4-81-040. U.S. Environmental Protection Agency, Washington DC. 88 pp.

103.  Hall, Lenwood W., Jr., Dennis T. Burton, and Leonard B. Richardson. 1981. Comparison of ozone and chlorine toxicity to the developmental stages of striped bass, *Morone saxatilis*. Can. J. Fish. Aquatic Sci. 38:752-757.

104.  Portner, Edward M., John J. Lentz, William D. Stanbro, Gary A. Yoshioka, Dennis T. Burton, and Lenwood W. Hall, Jr. 1981. Prediction of impacts from the solid wastes disposal area for the proposed Vienna Unit No. 9. JHU PPSE 8-5. Maryland Department of Natural Resources Power Plant Siting Program, Annapolis, MD. 22 pp.

105.  Richardson, Leonard B., Dennis T. Burton, George R. Helz, and John C. Rhoderick. 1981. Residual oxidant decay and bromate formation in chlorinated and ozonated sea water. Water Res. 15:1067-1074.

106.  Hall, Lenwood W., Jr., George R. Helz, and Dennis T. Burton. 1981. Power plant chlorination a biological and chemical assessment. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI. 237 pp.

107.  Hall, Lenwood W., Jr., George R. Helz, and Dennis T. Burton. 1981. Power plant chlorination perspective. Pages 1-5 *in* L. W. Hall, Jr., G. R. Helz and D. T. Burton. Power plant chlorination a biological and chemical assessment. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

108.  Burton, Dennis T. and Lenwood W. Hall, Jr. 1981. Chlorine toxicity methodologies. Pages 51-58 *in* L. W. Hall, Jr., G. R. Helz and D. T. Burton. Power plant chlorination a biological and chemical assessment. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

109.  Hall, Lenwood W., Jr. and Dennis T. Burton. 1981. Freshwater toxicity studies. Pages 59-130 *in* L. W. Hall, Jr., G. R. Helz and D. T. Burton. Power plant chlorination a biological and chemical assessment. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.