# D. BURTON DECLARATION

# EXHIBIT 1
# PART 2

110. Hall, Lenwood W., Jr., and Dennis T. Burton. 1981. Estuarine and marine toxicity studies. Pages 131-217 *in* L. W. Hall, Jr., G. R. Helz and D. T. Burton. Power plant chlorination a biological and chemical assessment. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

111. Burton, Dennis T., Lenwood W. Hall, Jr., and George R. Helz. 1981. Research recommendations. Pages 219-222 *in* L. W. Hall, Jr., G. R. Helz and D. T. Burton. Power plant chlorination a biological and chemical assessment. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

112. Richardson, Leonard B., Dennis T. Burton, and John C. Rhoderick. 1981. Toxicity of bromate to striped bass ichthyoplankton (*Morone saxatilis*) and juvenile spot (*Leiostomus xanthurus*). J. Toxicol. Environ. Hlth. 8:687-695.

113. Margrey, Stuart L., Dennis T. Burton, and Lenwood W. Hall, Jr. 1981. Seasonal temperature and power plant chlorination effects on estuarine invertebrates. Arch. Environ. Contam. Toxicol. 10:691-704.

114. Hall, Lenwood W., Jr., George R. Helz, and Dennis T. Burton. 1981. Power plant chlorination a biological and chemical assessment. EA-1750 Project 1312-1. Electric Power Research Institute, Palo Alto, CA. 237 pp.

115. Richardson, Leonard B., Dennis T. Burton, and Ann M. Stavola. 1982. A comparison of ozone and chlorine toxicity to three life stages of the American oyster *Crassostrea virginica*. Mar. Environ. Res. 6:99-113.

116. Hall, Lenwood W., Jr., Dennis T. Burton, and Lawrence H. Liden. 1982. Power plant chlorination effects on estuarine and marine organisms. CRC Critical Rev. Toxicol. 10:27-47.

117. Burton, Dennis T. and Lenwood W. Hall, Jr. 1982. Alternatives to chlorination for controlling biofouling in cooling water systems of steam electric generating stations. Pages 157-169 *in* Chlorine - bane or benefit? Proc. of a Conf. on the Uses of Chlorine in Estuaries, May 27 and 28, 1981, Mary Washington College, Fredericksburg, VA. Sponsored by the Chesapeake Bay Foundation, Chesapeake Research Consortium and Citizens Program for the Chesapeake Bay.

118. Hall, Lenwood W., Jr. and Dennis T. Burton. 1982. Effects of power plant coal pile and coal waste runoff and leachate on aquatic biota: An overview with research recommendations. CRC Critical Rev. Toxicol. 10:287-301.

119. Hall, Lenwood W., Jr., William C. Graves, Dennis T. Burton, Stuart L. Margrey, Frank M. Hetrick, and Bob S. Roberson. 1982. A comparison of chlorine toxicity to three life stages of striped bass, *Morone saxatilis*. Bull. Environ. Contam. Toxicol. 29:631-636.

120.  Burton, Dennis T.  1982.  An evaluation of the potential toxicity of treated bleached kraft mill effluent to the early life stages of striped bass (*Morone saxatilis*).  PB83-264150.  National Technical Information Service, Springfield, VA.  75 pp.

121.  Hall, Lenwood W., Jr., Dennis T. Burton, and Philip R. Abell.  1982.  Thermal responses of Atlantic silversides (*Menidia menidia*) acclimated to constant and asymmetric fluctuating temperatures.  Arch. Hydrobiol.  94:318-325.

122.  Hall, Lenwood W., Jr., Dennis T. Burton, Stuart L. Margrey, and William C. Graves.  1982.  A comparison of the avoidance responses of individual and schooling juvenile Atlantic menhaden, *Brevoortia tyrannus*, subjected to simultaneous chlorine and ▲T conditions.  J. Toxicol. Environ. Hlth.  10:1017-1026.

123.  Richardson, Leonard B., Dennis T. Burton, Ronald M. Block, and Ann M. Stavola.  1983.  Lethal and sublethal effects of ozone-produced oxidants on adult white perch (*Morone americana* Gmelin).  Water Res.  17:205-213.

124.  Hall, Lenwood W., Jr., Dennis T. Burton, Stuart L. Margrey, and William C. Graves.  1983.  The effect of acclimation temperature on the interactions of chlorine, ▲T and exposure duration to eggs, prolarvae and larvae of striped bass, *Morone saxatilis*.  Water Res.  17:309-317.

125.  Burton, Dennis T.  1983.  Aquatic ecology at the Applied Physics Laboratory.  Johns Hopkins APL Tech. Digest 4:127-132.

126.  Hall, Lenwood W., Jr., Stuart L. Margrey, William C. Graves, and Dennis T. Burton.  1983.  Avoidance responses of juvenile Atlantic menhaden, *Brevoortia tyrannus*, subjected to simultaneous chlorine and ▲T conditions.  Pages 983-991 *in* R. L. Jolley, W. A. Brungs, J. A. Cotruvo, R. B. Cumming, J. S. Mattice and V. A. Jacobs, eds.  Water chlorination environmental impact and health effects, Vol. 4, Book 2.  Environment, health, and risk.  Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

127.  Hall, Lenwood W., Jr., Dennis T. Burton, Stuart L. Margrey, and William C. Graves.  1983.  Predicted mortality of Chesapeake Bay organisms exposed to simulated power plant chlorination conditions at various acclimation temperatures.  Pages 1005-1017 *in* R. L. Jolley, W. A. Brungs, J. A. Cotruvo, R. B. Cumming, J. S. Mattice and V. A. Jacobs, eds.  Water chlorination environmental impact and health effects, Vol. 4, Book 2.  Environment, health, and risk.  Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

128.  Hall, Lenwood W., Jr., Stuart L. Margrey, Dennis T. Burton, and William C. Graves.  1983.  The influence of spring and fall temperatures on the avoidance response of juvenile Atlantic menhaden, *Brevoortia tyrannus*, exposed to simultaneous chlorine-▲T conditions.  Water Resources Bull.  19:283-287.

129. Garey, J. F., D. T. Burton, and E. P. Taft. 1983. Marine macrofouling. Pages 3-1 to 3-23 *in* I. A. Diaz-Tous, M. J. Miller and Y. G. Mussalli, eds. Symposium on condenser macrofouling control technologies: the state of the art. CS-3343 Project 1689-9. Electric Power Research Institute, Palo Alto, CA.

130. Goodfellow, William L., Jr., Dennis T. Burton, William C. Graves, Lenwood W. Hall, Jr., and Keith R. Cooper. 1983. Acute toxicity of picric acid and picramic acid to rainbow trout, *Salmo gairdneri*, and American oyster, *Crassostrea virginica*. Water Resources Bull. 19:641-648.

131. Hall, Lenwood W., Jr., Stuart L. Margrey, Dennis T. Burton, and William C. Graves. 1983. Avoidance behavior of juvenile striped bass, *Morone saxatilis*, subjected to simultaneous chlorine and elevated temperature conditions. Arch. Environ. Contam. Toxicol. 12:715-720.

132. Burton, Dennis T., William L. Goodfellow, Jr., and Keith R. Cooper. 1983. Bioconcentration, elimination and metabolism of picric and picramic acid in freshwater fish and estuarine bivalves. AD A129-212. Defense Tech. Information Center, Alexandria, VA. 75 pp.

133. Taylor, R. J., L. B. Richardson, and D. T. Burton. 1983. Ultrasonics for inhibiting biofouling. Pages 352-357 *in* Ultrasonics Int. 83 Conf. Proc. Butterworth Scientific Ltd., Borough Green, U.K.

134. Goodfellow, W. L., Jr., D. T. Burton, and K. R. Cooper. 1983. Effect of picric and picramic acids on the growth of rainbow trout (*Salmo gairdneri*) and American oysters (*Crassostrea virginica*). Chemosphere 12:1259-1268.

135. Taylor, Robert J., Leonard B. Richardson, and Dennis T. Burton. 1983. Ultrasonics as an alternative to biocides for controlling the growth of the colonial hydroid *Garveia franciscana*. PPRP-82. Maryland Department of Natural Resources Power Plant Siting Program, Annapolis, MD. 86 pp.

136. Burton, Dennis T., Lenwood W. Hall, Jr., Ronald J. Klauda, and Stuart L. Margrey. 1983. Effects of treated bleached kraft mill effluent on eggs and prolarvae of striped bass (*Morone saxatilis*). Water Resources Bull. 19:869-879.

137. Burton, Dennis T., Leonard B. Richardson, and Robert J. Taylor. 1984. Control of colonial hydroid macrofouling by free-field ultrasonic radiation. Science 223:1410-1411.

138. Hall, Lenwood W., Jr., Alfred E. Pinkney, Scott Zeger, Dennis T. Burton, and Michael J. Lenkevich. 1984. Behavioral responses to two estuarine fish species subjected to bis (tri-n-butyltin) oxide. Water Resources Bull. 20:235-239.

139.   Burton, Dennis T. and John F. Garey.  1984.  Macrofouling in power plant service water systems.  Trans. Amer. Nuclear Soc.  46:698-699.

140.   Hall, Lenwood W., Jr, Dennis T. Burton, William C. Graves, and Stuart L. Margrey. 1984.  Avoidance responses of estuarine fish exposed to heated dechlorinated power plant effluents.  Environ. Sci. Technol. 18:561-566.

141.   Fava, James A. and Dennis T. Burton.  1984.  Toxicity of chlorine to aquatic life and its impact on the aquatic environment.  Pages 1-24 in Wastewater disinfection-the pros and cons.  Proc. of the 1984 Wastewater Disinfection Committee Preconference Workshop, 57th Annual WPCF Conf., New Orleans, LA.  Water Pollut. Control Fed., Washington, DC.

142.   Hall, Lenwood W., Jr., Dennis T. Burton, William C. Graves, and Stuart L. Margrey. 1984.  Behavioral modification of estuarine fish exposed to sulfur dioxide.  J. Toxicol. Environ. Hlth. 13:969-978.

143.   Burton, Dennis T., Ronald J. Klauda, Lenwood W. Hall, Jr., and Michael A. Jepson. 1984.  An evaluation of the potential toxicity of treated bleached kraft mill effluent to striped bass (Morone saxatilis Walbaum) larvae exposed through metamorphosis to the juvenile stage.  Water Res. 18:1365-1376.

144.   Burton, Dennis T., Keith R. Cooper, William L. Goodfellow, Jr., and David H. Rosenblatt.  1984.  Uptake, elimination, and metabolism of $^{14}$C-picric acid and $^{14}$C-picramic acid in the American oyster (Crassostrea virginica).  Arch. Environ. Contam. Toxicol. 13:653-663.

145.   Hetrick, F. M., L. W. Hall, Jr., S. Wolski, W. C. Graves, B. S. Roberson, and D. T. Burton.  1984.  Influence of chlorine on the susceptibility of striped bass (Morone saxatilis) to Vibrio anguillarum.  Can. J. Fish. Aquatic Sci. 41:1375-1380.

146.   Aschoff, A. F., R. J. Chiesa, M. H. Jacobs, Y. H. Lee, S. C. Mehta, A. C. Meko, R. R. Musil, D. M. Sopocy, J. A. Wilson, D. T. Burton, and G. C. White.  1984. Dechlorination technology manual.  CS-3748 Project 2300-3.  Electric Power Research Institute, Palo Alto, CA.  438 pp.

147.   Cooper, Keith R., Dennis T. Burton, William L. Goodfellow, Jr., and David H. Rosenblatt.  1984.  Bioconcentration and metabolism of picric acid (2,4,6-trinitrophenol) and picramic acid (2-amino-4,6-dinitrophenol) in rainbow trout Salmo gairdneri.  J. Toxicol. Environ. Hlth. 14:731-747.

148.   Pinkney, Alfred E., Lenwood W. Hall, Jr., Michael J. Lenkevich, Dennis T. Burton, and Scott Zeger.  1985.  Comparison of avoidance responses of an estuarine fish, Fundulus heteroclitus, and crustacean, Palaemonetes pugio, to bis (tri-n-butyltin) oxide.  Water Air Soil Pollut. 25:33-40.

149. Fisher, Daniel J., Dennis T. Burton, Michael J. Lenkevich, and Keith R. Cooper. 1985. Analytical methods for determining the concentration of solvent yellow 33, solvent green 3, synthetic-HC smoke combustion products and DEGDN in freshwater. AD-A167875. Defense Tech. Information Center, Alexandria, VA. 57 pp.

150. Hall, W. Scott, Robert L. Paulson, Lenwood W. Hall, Jr., and Dennis T. Burton. 1986. Acute toxicity of cadmium and sodium pentachlorophenate to daphnids and fish. Bull. Environ. Contam. Toxicol. 37:308-316.

151. Fisher, D. J., R. L. Paulson, and D. T. Burton. 1986. Comparative toxicity of a hexachloroethane smoke combustion products mixture to *Salmo gairdneri* and *Daphnia magna*. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 7th Annual Meeting, Nov. 2-5, 1986, Alexandria, VA. (Abstract).

152. Fisher, Daniel J., Dennis T. Burton, and Robert L. Paulson. 1987. Toxicity of DEGDN, synthetic-HC smoke combustion products, solvent yellow 33 and solvent green 3 to freshwater aquatic organisms. AD-A196906. Defense Tech. Information Center, Alexandria, VA. 80 pp.

153. Fisher, Daniel J., D. T. Burton, and R. L. Paulson. 1987. Comparative toxicity of DEGDN to freshwater aquatic organisms. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 8th Annual Meeting, Nov. 9-12, 1987, Pensacola, FL. (Abstract).

154. Burton, Dennis T., Daniel J. Fisher, and Robert L. Paulson. 1987. A comparative study of the toxicity of solvent yellow 33 and solvent green 3 to freshwater fish, invertebrates and algae. Abstr. of Papers, U.S. Environmental Protection Agency Workshop on Environmental Chemistry of Dyes, Nov. 12-13, 1987, Pensacola, FL. (Abstract).

155. Williamson, Richard L., Jr. and Dennis T. Burton. 1987. Use of aquatic biological testing under the NPDES permit system to reduce toxic pollution of the Chesapeake Bay. Pages 518-540 *in* S. K. Majumdar, L. W. Hall, Jr. and H. M. Austin, eds. Contaminant problems and management of living Chesapeake Bay resources. Pennsylvania Academy of Science, Harrisburg, PA.

156. Fisher, Daniel J., Dennis T. Burton, and Lenwood W. Hall, Jr. 1987. Manual standard operating procedures for acute effluent toxicity tests with freshwater and saltwater organisms. Maryland Department of the Environment, Baltimore, MD. 62 pp.

157. Fisher, Daniel J., Dennis T. Burton, Lenwood W. Hall, Jr., R.L. Paulson, and M.C. Hersh. 1988. Manual standard operating procedures for short-term chronic effluent toxicity tests with freshwater and saltwater organisms. Maryland Department of the Environment, Baltimore, MD. 94 pp.

158.   Fisher, Daniel J., Dennis T. Burton, and Robert L. Paulson. 1989. Comparative acute toxicity of diethyleneglycol dinitrate to freshwater aquatic organisms. Environ. Toxicol. Chem. 8:545-550.

159.   Burton, Dennis T., Daniel J. Fisher, and Robert L. Paulson. 1989. Comparative toxicity of solvent yellow 33 [2-(2'-quinolinyl)-1,3-indandione] and solvent green 3 (1,4-di-p-toluidinoanthraquinone) dyes to freshwater organisms. Chemosphere 19:1959-1970.

160.   Fisher, D. J., C. M. Hersh, R. L. Paulson, D. T. Burton, and L. W. Hall, Jr. 1989. Acute toxicity of industrial and municipal effluents in the State of Maryland, U.S.A.: results from one year of toxicity testing. Hydrobiologia 188/189:641-648. Also: Pages 641-648 *in* M. Munawar, G. Dixon, C.I. Mayfield, T. Reynoldson and M.H. Sadar, eds. Environmental bioassay techniques and their application. Kluwer Acad. Publ., Boston, MA. 1989.

161.   Burton, Dennis T. and Daniel J. Fisher. 1990. Acute toxicity of cadmium, copper, zinc, ammonia, 3,3'-dichloro- benzidine, 2,6-dichloro-4-nitroaniline, methylene chloride, and 2,4,6-trichlorophenol to juvenile grass shrimp and killifish. Bull. Environ. Contam. Toxicol. 44:776-783.

162.   Fisher, Daniel J., Dennis T. Burton, and Robert L. Paulson. 1990. The acute toxicity of a complex mixture of synthetic hexachloroethane (HC) smoke combustion products: I. Comparative toxicity to freshwater aquatic organisms. Environ. Toxicol. Chem. 9:745-754.

163.   Fisher, Daniel J., Dennis T. Burton, and Robert L. Paulson. 1990. The acute toxicity of a complex mixture of synthetic hexachloroethane (HC) smoke combustion products: II. Determination of component toxicity. Environ. Toxicol. Chem. 9:755-760.

164.   Fisher, Daniel J., G. Ziegler, P.A. Wisniewski, L.T. Yonkos, and D.T. Burton. 1990. Maryland's NPDES toxicity testing/reduction approach: Part I. Bioassay laboratory testing. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 11th Annual Meeting, Nov. 11-15, 1990, Washington, DC. (Abstract).

165.   Hersh, C.M., D.J. Fisher, R.L. Paulson, D.T. Burton, and L.W. Hall, Jr. 1990. Variation in cadmium chloride reference toxicity tests. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 11th Annual Meeting, Nov. 11-15, 1990, Washington, DC. (Abstract).

166.   Peters, Gregory T., Dennis T. Burton, Robert L. Paulson, and Steven D. Turley. 1991. The acute and chronic toxicity of hexahydro-1,3,5-trinitro-1,3,5-triazine (RDX) to three freshwater invertebrates. Environ. Toxicol. Chem. 10:1073-1081.

167. Fort, D. J., J. A. Bantle, R. A. Finch, J. N. Dumont, D. T. Burton, C. Callahan, G. Lender, D. A. Dawson, and G. Rand. 1991. Interlaboratory evaluation of frog embryo terato-genesis assay - *Xenopus* (FETAX). Abstr. of Papers, Soc. Environ. Toxicol. Chem. 12th Annual Meeting, Nov. 3-7, 1991, Seattle, WA. (Abstract).

168. Burton, Dennis T. and Steven D. Turley. 1991. Evaluation of several biological monitoring techniques for hazard assessment of potentially contaminated wastewater and groundwater at the Old O-Field Site at the Edgewood Area of Aberdeen Proving Ground. AD-A247535. Defense Technical Information Center, Alexandria, VA. 221 pp.

169. Kohlenstein, Lawrence C., Edward M. Portner, Dennis T. Burton, and J. Patrick Reilly. 1992. Environmental assessment and research. Johns Hopkins APL Tech. Digest 13:268-275.

170. Zillioux, E. J., D. T. Burton, D. J. Fisher, and C. R. Neff. 1992. Site-specific alternative criteria development for continuous vs. intermittent exposures to chlorine. Abstr. of Papers, Environmental contamination problems in the southeast. A symposium presented by the Southeast Regional Chapter of the Soc. Environ. Toxicol. Chem., March 7, 1992, Gainesville, FL. (Abstract).

171. Rayburn, J. R., J. A. Bantle, D. J. Fort, R. A. Finch, J. N. Dumont, D. Burton, C. Callahan, D. A. Dawson, and G. Rand. 1992. Interlaboratory evaluation of frog embryo terato-genesis assay - *Xenopus* (FETAX). Abstr. of Papers, Seventh Annual Ozark Prairie Soc. Environ. Toxicol. Chem. Meeting, May 28-30, 1992, Carbondale, IL. (Abstract).

172. Burton, D. T., D. J. Fisher, L. T. Yonkos, S. D. Turley, and G. Ziegler. 1992. Comparative toxicity of chlorine and bromine to aquatic organisms under continuous and intermittent exposure. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 13th Annual Meeting, Nov. 8-12, 1992, Cincinnati, OH. (Abstract).

173. Yonkos, L. T., D. J. Fisher, D. T. Burton, S. D. Turley, G. Ziegler, B. S. Turley, and E. J. Zillioux. 1992. Acute and chronic toxicity of chlorine to mysids and silversides under continuous and intermittent exposures. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 13th Annual Meeting, Nov. 8-12, 1992, Cincinnati, OH. (Abstract).

174. Fort, D. J., J. A. Bantle, J. R. Rayburn, R. A. Finch, J. N. Dumont, D. Burton, C. Callahan, G. Linder, and D. A. Dawson. 1992. Interlaboratory evaluation of frog embryo terato-genesis assay - *Xenopus* (FETAX): Part II. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 13th Annual Meeting, Nov. 8-12, 1992, Cincinnati, OH. (Abstract).

175.  Herriott, Randall S. and Dennis T. Burton.  1992.  U.S. Army Biomedical Research and Development Laboratory aquatic biomonitoring trailer version 1.0: operations manual.  AD-A260733.  Defense Technical Information Center, Alexandria, VA.  84 pp.

176.  Burton, Dennis T. and William C. Graves.  1992.  Evaluation of several biological monitoring techniques for hazard assessment of potentially contaminated wastewater and groundwater.  Volume 1 - Aberdeen Proving Ground-Edgewood Area Wastewater Treatment Plant.  AD-A260734.  Defense Technical Information Center, Alexandria, VA.  99 pp.

177.  Burton, Dennis T. and Randall S. Herriott.  1992.  Evaluation of several biological monitoring techniques for hazard assessment of potentially contaminated wastewater and groundwater.  Volume 2 - Aberdeen Proving Ground Wastewater Treatment Plant.  AD-A260226.  Defense Technical Information Center, Alexandria, VA.  133 pp.

178.  Burton, Dennis T. and Steven D. Turley.  1992.  Evaluation of several biological monitoring techniques for hazard assessment of potentially contaminated wastewater and groundwater.  Volume 3 - Old O-Field groundwater.  AD-A260735.  Defense Technical Information Center, Alexandria, VA.  221 pp.

179.  Clarke, James H. and Dennis T. Burton.  1993.  Clean water's new frontier: controlling sediment quality.  Eng. News Record, June 14, 1993:E71-E73.

180.  Burton, Dennis T., Steven D. Turley, and Gregory T. Peters.  1993.  Toxicity of nitroguanidine, nitroglycerin, hexahydro-1,3,5-trinitro-1,3,5-triazine (RDX), and 2,4,6-trinitro-toluene (TNT) to selected freshwater aquatic organisms.  AD-A267467.  Defense Technical Information Center, Alexandria, VA.  255 pp.

181.  Yonkos, L. T., D. T. Burton, D. J. Fisher, S. T. Turley, B. S. Turley, and G. P. Ziegler.  1993.  Acute toxicity of chlorine dioxide following continuous and intermittent exposures to freshwater organisms.  Abstr. of Papers, Soc. Environ. Toxicol. Chem. 14th Annual Meeting, Nov. 14-18, 1993, Houston, TX. (Abstract).

182.  Rayburn, J. R., M. A. Hull, J. A. Bantle, D. J. Fort, R. A. Finch, M. Maurice, J. N. Dumont, D. Burton, S. Turley, G. Linder, D. Buchwalter, and D. A. Dawson.  1993.  Interlaboratory evaluation of frog embryo teratogenesis assay - *Xenopus* (FETAX): Part II.  Abstr. of Papers, Soc. Environ. Toxicol. Chem. 14th Annual Meeting, Nov. 14-18, 1992, Houston, TX. (Abstract).

183.  Williamson, Richard L., Dennis T. Burton, James H. Clarke, and Lora E. Fleming.  1993.  Gathering danger: the urgent need to regulate toxic substances that can bioaccumulate.  Ecol. Law Quart. 20:605-720.

184.    Burton, Dennis T. and Steven D. Turley. 1993. Evaluation of biomonitoring systems for assessment of contaminated waters and sediments at U.S. Army installations - Fort Detrick Wastewater Treatment Plant effluent biomonitoring study. AD-A274764. Defense Technical Information Center, Alexandria, VA. 179 pp.

185.    Bantle, John A., Dennis T. Burton, Douglas A. Dawson, James N. Dumont, Robert A. Finch, Douglas J. Fort, Greg Linder, James R. Rayburn, David Buchwalter, Margaret A. Maurice, and Steven D. Turley. 1994. Initial interlaboratory validation study of FETAX: Phase I testing. J. Appl. Toxicol. 14:213-223.

186.    Burton, Dennis T., Steven D. Turley, and Gregory T. Peters. 1994. The toxicity of hexahydro-1,3,5-trinitro-1,3,5-triazine (RDX) to the freshwater green alga *Selenastrum capricornutum*. Water Air Soil Pollut. 76:449-457.

187.    Burton, Dennis T., Steven D. Turley, and Gregory T. Peters. 1994. The acute and chronic toxicity of hexahydro-1,3,5-trinitro-1,3,5-triazine (RDX) to the fathead minnow (*Pimephales promelas*). Chemosphere 29:567-579.

188.    Fisher, Daniel J., Dennis T. Burton, Lance T. Yonkos, Steven D. Turley, Bonnie S. Turley, Gregory P. Ziegler, and Edward J. Zillioux. 1994. Acute and short-term chronic effects of continuous and intermittent chlorination on *Mysidopsis bahia* and *Menidia beryllina*. Environ. Toxicol. Chem. 13:1525-1534.

189.    Bantle, John A., Dennis T. Burton, Douglas A. Dawson, James N. Dumont, Robert A. Finch, Douglas J. Fort, Greg Linder, James R. Rayburn, David Buchwalter, Angelia M. Gaudet-Hull, Margaret A. Maurice, and Steven D. Turley. 1994. FETAX interlaboratory validation study: Phase II testing. Environ. Toxicol. Chem. 13:1629-1637.

190.    Burton, Dennis T., Randall S. Herriott, and Steven D. Turley. 1994. Biomonitoring and hazard assessment evaluation of contaminated groundwater at Aberdeen Proving Ground-Edgewood Area Beach Point Peninsula. AD-A289063. Defense Technical Information Center, Alexandria, VA. 652 pp.

191.    Gardner, H.S., L.M. Brennan, E.M. Hennessey, D.T. Burton, and M.J. Wolfe. 1994. Assessment of the carcinogenic potential of contaminated waters. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 15th Annual Meeting, Oct. 30-Nov. 3, 1994, Denver, CO. (Abstract).

192.    Bantle, J.A., J.R. Rayburn, M.A. Hull, D.T. Burton, S.D. Turley, D.A. Dawson, J.N. Dumont, R.A. Finch, M.A. Maurice, D.J. Fort, G. Linder, D. Buchwalter, and A.M. Gaudet-Hull. 1994. FETAX interlaboratory validation study: Phase III testing. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 15th Annual Meeting, Oct. 30-Nov.3, 1994, Denver, CO. (Abstract).

193.    Burton, Dennis T., Randall S. Herriott, Steven D. Turley, Tommy R. Shedd, Henry S. Gardner, and Robert A. Finch.  1994.  Toxicity and initial hazard assessment of the Beach Point Peninsula surficial aquifer at Aberdeen Proving Ground-Edgewood Area. AD-A304381.  Defense Technical Information Center, Alexandria, VA.  175 pp.

193.    Burton, Dennis T., Steven D. Turley, and Randall S. Herriott.  1995.  Evaluation of biomonitoring systems for assessment of contaminated water and sediments at U.S. Army installations - Evaluation of contaminated groundwater at Aberdeen Proving Ground-Edgewood Area West Branch of Canal Creek - Phase I: Groundwater evaluation.  AD-A326455.  Defense Technical Information Center, Alexandria, VA. 1,186 pp.

195.    Burton, Dennis T. and Steven D. Turley.  1995.  Reduction of hexahydro-1,3,5-trinitro-1,3,5-triazine (RDX) toxicity to the cladoceran *Ceriodaphnia dubia* following photolysis in sunlight.  Bull. Environ. Contam. Toxicol. 55:89-95.

196.    Burton, Dennis T. and Darlene M. Tieman.  1996.  Evaluation of biomonitoring systems for assessment of contaminated water and sediments - Continuous acute toxicity biomonitoring of Aberdeen Proving Ground-Edgewood Area Old O-Field Groundwater Treatment Facility effluent.  AD-A319417.    Defense Technical Information Center, Alexandria, VA. 184 pp.

197.    Chapman, Gary A., Brian S. Anderson, A. John Bailer, Roger B. Baird, Robert Berger, Dennis T. Burton, Debra L. Denton, William L. Goodfellow, Jr., Margarete A. Heber, Lyman L. McDonald, Teresa J. Norberg-King, and Peter J. Ruffier.  1996. Methods and appropriate endpoints.  Pages 51-78 *in* D. R. Grothe, K. L. Dickson, and D. K. Reed-Judkins, eds.  Whole effluent toxicity testing: An evaluation of methods and prediction of receiving system impacts.  SETAC Press, Pensacola, FL.

198.    Black, Jeffrey A., Dennis T. Burton, G. Michael DeGraeve, Margarete A. Heber, Norman E. LeBlanc, and Michael C. Lewis.  1996.  Workshop summary and conclusions.  Pages 331-340 *in* D. R. Grothe, K. L. Dickson, and D. K. Reed-Judkins, eds.  Whole effluent toxicity testing: An evaluation of methods and prediction of receiving system impacts.  SETAC Press, Pensacola, FL.

199.    Bantle, J.A., R.A. Finch, D.J. Fort, D.A. Dawson, G. Linder, and D.T. Burton.  1996. Completion of the interlaboratory validation study of FETAX.  Abstr. of Papers, Soc. Environ. Toxicol. Chem. 17th Annual Meeting, Nov 17-21, 1996, Washington, DC. (Abstract).

200.    Yonkos, L., D. Burton, D. Fisher, S. Turley, B. Turley, and G. Zieger.  1996.  The "residual" toxicity of chlorine, chlorine dioxide, and chlorite following dechlorination with a sulfer[IV] compound.  Abstr. of Papers, Soc. Environ. Toxicol. Chem. 17th Annual Meeting, Nov 17-21, 1996, Washington, DC.  (Abstract).

201.   Bantle, John A., Robert A. Finch, Dennis T. Burton, Douglas J. Fort, Douglas A. Dawson, Greg Linder, James R. Rayburn, Mendi Hull, Marie Kumsher-King, Angela M. Gaudet-Hull, and Steven D. Turley. 1996. FETAX interlaboratory validation study: Phase III- Part 1 testing. J. Appl. Toxicol. 16:517-528.

202.   Burton, Dennis T., Randal S. Herriott, and Steven D. Turley. 1997. Toxicity evaluation of contaminated groundwater at Aberdeen Proving Ground-Edgewood Area West Branch of Canal Creek Phase I: Groundwater evaluation. AD-A325328. Defense Technical Information Center, Alexandria, VA. 214 pp.

203.   Twerdock, Lorraine E., Dennis T. Burton, Henry S. Gardner, Tommy R. Shedd, and Marilyn J. Wolfe. 1997. The use of nontraditional assays in an integrated environmental assessment of contaminated ground water. Environ. Toxicol. Chem. 16:1816-1820.

204.   Gardner, H.S., L.M. Brennan, D.T. Burton, M.W. Toussaint, L. Twerdok, M. Wolfe, T.R. Shedd, and R.A. Finch. 1997. Environmental complex mixture toxicity assessment. Abstr. of Papers, Conference on current issues on chemical mixtures, Natl. Inst. Environ. Hlth. Sci. & Colorado State Univ., Aug. 11-13, 1997, Colorado State Univ., Fort Collins, CO. (Abstract).

205.   Raymond, A., T. Shedd, D. Burton, W. Wang, R. Finch, and J.T. Zelikoff. 1997. Teleost immune responses to assess toxicological hazards. Abstr. of Papers, Conference on current issues on chemical mixtures, Natl. Inst. Environ. Hlth. Sci. & Colorado State Univ., Aug. 11-13, 1997, Colorado State Univ., Fort Collins, CO. (Abstract).

206.   Toussaint, M.W., D.T. Burton, T.R. Shedd, M.J. Wolfe, A.B. Rosencrance, W.E. Dennis, F.J. Hoffmann, R.A. Finch, and H.S. Gardner. 1997. Integrated toxicity evaluation of a contaminated groundwater. Abstr. of Papers, Conference on current issues on chemical mixtures, Natl. Inst. Environ. Hlth. Sci. & Colorado State Univ., Aug. 11-13, 1997, Colorado State Univ., Fort Collins, CO. (Abstract).

207.   Goodfellow, W., Jr., P. Dorn, L. Ausley, D. Burton, W. Clements, D. Denton, D. Grothe, M. Heber, T. Norberg-King, and J. Rodgers, Jr. 1997. The role of inorganic ionic balance in aquatic toxicity testing. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 18th Annual Meeting, Nov 16-20, 1997, San Francisco, CA. (Abstract).

208.   Burton, Dennis T. and Steven D. Turley. 1997. Aquatic toxicity evaluation of selected sites during high surficial aquifer flow at J-Field, Aberdeen Proving Ground-Edgewood Area. AD-A333363. Defense Technical Information Center, Alexandria, VA. 268.

209.   Haley, Mark V., C.W. Kurnas, S.D. Turley, and D.T. Burton.  1998.  The aquatic toxicity of evaporator condensate produced from the VX super critical water oxidation process. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 19th Annual Meeting, Nov 15-19, 1998, Charlotte, NC.  (Abstract).

210.   Haley, Mark V., Carl W. Kurnas, Steven D. Turley, and Dennis T. Burton.  1998.  Aquatic toxicity of evaporator condensate produced from the VX super critical water oxidation process.  ERDEC-TR-547.  Edgewood Research, Development and Engineering Center, Aberdeen Proving Ground, MD.  21 pp.

211.   Haley, Mark V., Carl W. Kurnas, Steven D. Turley, and Dennis T. Burton.  1998.  Federally owned treatment works (FOTW) demonstration test.  Chronic aquatic toxicity of HD bioeffluents.  ERDEC-TR-553.  Edgewood Research, Development and Engineering Center, Aberdeen Proving Ground, MD.  21 pp.

212.   Fisher, Daniel J., Dennis T. Burton, Lance T. Yonkos, Steven D. Turley, and Gregory P. Ziegler.  1999.  The relative acute toxicity of continuous and intermittent exposures of chlorine and bromine to aquatic organisms in the presence and absence of ammonia.  Water Res. 33:760-768.

213.   Toussaint, Margaret W., Marilyn J. Wolfe, Dennis T. Burton, Florence J. Hoffmann, Tommy R. Shedd, and Henry S. Gardner, Jr.  1999.  Histopathology of Japanese medaka (*Oryzias latipes*) chronically exposed to a complex environmental mixture.  Toxicologic Pathol. 27:652-663.

214.   Burton, Dennis T. and Steven D. Turley.  1999.  Toxicity of diisopropyl methylphosphonate (DIMP) to aquatic organisms at the Building E3640 Process Laboratory. AD-A377369.  Defense Technical Information Center, Alexandria, VA.  126 pp.

215.   Burton, Dennis T.  1999.  Screening-level ecological risk assessment of diisopropyl methylphosphonate (DIMP) at the Building E3640 Process Laboratory site.  AD-A385302.  Defense Technical Information Center, Alexandria, VA.  47 pp.

216.   Goodfellow, William L., Lawrence W. Ausley, Dennis T. Burton, Debra L. Denton, Philip B. Dorn, Donald R. Grothe, Margarete A. Heber, Teresa J. Norberg-King, and John H. Rodgers, Jr.  2000.  Major ion toxicity in effluents: A review with permitting recommendations.  Environ. Toxicol. Chem. 19:175-182.

217.   Burton, Dennis T.  2000.  Evaluation of biomonitoring systems for assessment of contaminated waters and sediments at U.S. Army installations.  AD-A378865.  Defense Technical Information Center, Alexandria, VA.  38 pp.

218.    Burton, Dennis T., Steven J. Turley, and Daniel J. Fisher. 2000. Bioaccumulation of total and monomethylmercury in earthworms and the ecological risk to birds and mammals at the Northeast Test Hut, Graces Quarters, Aberdeen Proving Ground, Maryland.    DAMD17-92-2066.    U.S. Army Center for Environmental Health Research, Fort Detrick, MD. 106 pp.

219.    Ausley, L.W., D.T. Burton, D.L. Denton, P.B. Dorn, W.L. Goodfellow, Jr., J.R. Gulley, T.J. Norberg-King, J.H. Rodgers, Jr., and W.T. Waller. 2000. Watershed management: Historical perspective to the future. Abstr. of Papers, Soc. Environ. Toxicol. 21st Annual Meeting, Nov 12-16, 2000, Nashville, TN. (Abstract).

220.    Burton, Dennis T. and Daniel J. Fisher. 2001. Acute water quality criteria for chlorite in freshwater ecosystems. Proc. of the Fourth International Symposium on Chlorine Dioxide, Feb 15-16, 2001, Las Vegas, NV. 10 pp.

221.    Yonkos, Lance T., Daniel J. Fisher, Dennis T. Burton, Wilson K. Whitekettle, and Joseph C. Petrille. 2001. Effectiveness of the sulfur[IV] compound, sodium bisulfite, in reducing chlorine, chlorine dioxide, and chlorite toxicity to *Daphnia magna* in well water and pond water. Environ. Toxicol. Chem. 20:530-536.

222.    Shedd, T.R., W.H. van der Schalie, M.W. Widder, D.T. Burton, and E.P. Burrows. 2001. Long-term operation of an automated fish biomonitoring system for continuous effluent acute toxicity surveillance. Bull. Environ. Contam. Toxicol. 66:392-399.

223.    Norberg-King, T.J., L.W. Ausley, D.T. Burton, W.L. Goodfellow, J. Miller, and W.T. Waller. 2001. Toxicity identification evaluation workshop-Part !: What works, what doesn't, and development for effluents and aqueous media. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 22nd Annual Meeting, Nov 11-15, 2001, Baltimore, MD. (Abstract).

224.    Miller, J., L.W. Ausley, D.T. Burton, W.L. Goodgellow, T.J. Norberg-King, and W.T. Waller. 2001. Toxicity identification evaluation workshop-Part II: What works, what doesn't, and developments for effluents and aqueous media. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 22nd Annual Meeting, Nov 11-15, 2001, Baltimore, MD. (Abstract).

225.    Rodgers, J.H., Jr., L.W. Ausley, D.L. Denton, P.B. Dorn, W.L. Goodfelow, J. Gully, T.J. Norberg-King, and D.T. Burton. 2001. TMDLs: After point sources, what can we do next? Abstr. of Papers, Soc. Environ. Toxicol. Chem. 22nd Annual Meeting, Nov 11-15, 2001, Baltimore, MD. (Abstract).

226.  Burton, Dennis T., Steven J. Turley, and Michelle A. Osborn. 2001. Preliminary evaluation of DDTr in earthworms at the Bush River Study Area 22nd street landfill and 26th street disposal site, Edgewood Area of the U.S. Army Garrison, Aberdeen Proving Ground, Maryland. DAAD05-99-P-2175. U.S. Army Garrison, Aberdeen Proving Ground, MD. 30 pp.

227.  Burton, Dennis T., S.D. Turley, T.R. Shedd, and E.P. Burrows. 2002. Toxicity of diisopropyl methylphosphonate (DIMP) to aquatic organisms. Bull. Environ. Contam. Toxicol. 68:282-289.

228.  Burton, Dennis T., Steven D. Turley, and M.A. Osborn. 2002. Toxicity assessment of potentially contaminated sediment in the Bush River adjacent to the 22nd Street Landfill (Southern Bush River), Aberdeen Proving Ground, Maryland. Services Agreement No. 7003-022 Work Authorization No. AMY240-001. General Physics Corp., Edgewood, MD. 309 pp.

229.  Burton, Dennis T., Joseph L. DiLorenzo, Tommy R. Shedd, and John G. Wrobel. 2002. Aquatic hazard assessment of a contaminated surficial aquifer discharge into the Bush River, Maryland (U.S.A.). Water Air Soil Pollut. 139:159-182.

230.  Arfsten, Daryl P., Cody A. Wilson, Kenneth R. Still, Barry J. Spargo, John Callahan, Daniel J. Fisher, and Dennis T. Burton. 2002. Characterization of the ecotoxicity of five biodegradable polymers under consideration by NAVAIR for use in chaff-dispensing systems. TOXDET-01-03. Naval Health Research Center Detachment (Toxicology) - NHRC/TD, Wright-Patterson AFB, OH. 34 pp.

231.  Burton, D.T., L.W. Ausley, D.L. Denton, P.B. Dorn, F. Fulk, W.L. Goodfellow, J.G. Gully, J. Pletl, T.J. Norberg-King, J. H. Rodgers, Jr., and W.T. Waller. 2002. Development of SETAC technical expert advisory committees: Scientific guidance involving testing, characterization and identifying sources of toxicity in complex effluents. Abstr. of Papers Errata Sheet, Soc. Environ. Toxicol. Chem. 23rd Annual Meeting in North America, Nov 16-20, 2002, Salt Lake City, UT (Abstract).

232.  Hall, L., D. Burton, R. Anderson, S. Turley, and R. Alden. 2002. A triad study for assessing the ecological effects of an oil refinery effluent in the Delaware River. Abstr. of Papers, Soc. Environ. Toxicol. Chem. 23rd Annual Meeting in North America, Nov 16-20, 2002, Salt Lake City, UT (Abstract).

233.  Burton, Dennis T., Steven D. Turley, and M.A. Osborn. 2003. Toxicity assessment of potentially contaminated soils and sediments at the Concrete Slab Test Site (Cluster 5), Lauderick Creek Study Area, Aberdeen Proving Ground, Maryland. Services Agreement No. 7003-022 Work Authorization No. AMY300-001. General Physics Corp., Edgewood, MD. 158 pp.

234.  Turley, S.D., L. Eaton-Poole, A.E. Pickney, M.A. Osborn, and D.T. Burton. 2003. Evaluation of the potential impact of water and sediment from national wildlife refuge sites using a modified frog embryo teratogenesis assay- *Xenopus* (FETAX). Pages 79-95 *in* G. Linder, S. Krest, D. Sparling, and E. Little, eds. Multiple stressor effects in relation to declining amphibian populations. STP 1443. Amer. Soc. Testing Materials, Philadelphia.

235.  Fisher, Daniel J. and Dennis T. Burton. 2003. Comparison of two U.S. Environmental Protection Agency species sensitivity distribution methods for calculating ecological risk criteria. Human Ecol. Risk Assessment 9:675-690.

236.  Turley, S.D., M.A. Osborn, and D.T. Burton. 2003. Three-Year (2000-2002) Evaluation of the Potential Impact of Water and Sediment from Three USFWS Region 5 National Wildlife Refuge Sites using a Modified Frog Embryo Teratogenesis Assay-Xenopus (FETAX). Pages C-1 to C-31 *in* Investigation of Abnormalities in Frogs on Region 5 National Wildlife Refuges. FY03-NEFO-1-EC CBFO-CO3-02. U.S. Fish Wildlife Service, Chesapeake Bay Field Office, Annapolis, MD

237.  Fisher, Daniel J., Dennis T. Burton, Lance T. Yonkos, Steven D. Turley, Gregory P. Ziegler, and Bonnie S. Turley. 2003. Derivation of acute ecological risk criteria for chlorite in freshwater ecosystems. Water Res. 37:4359-4368.

238.  Burton, Dennis T., Steven D. Turley, and M.A. Osborn. 2003. Toxicity assessment of volatile organic compounds (VOCs) in the sediments and water column at School Fields I and II (Cluster 13), Lauderick Creek Study Area, Aberdeen Proving Ground, Maryland. Services Agreement No. 7003-022 Work Authorization No. AMY300-002. General Physics Corp., Edgewood, MD. 208 pp.

239.  Burton, Dennis T., Steven D. Turley, and M.A. Osborn. 2004. Toxicity assessment of potentially contaminated sediments adjacent to Kings Creek Chemical Disposal Site/30[th] Street Landfill. Services Agreement No. 7003-022 Work Authorization No. AMY240-002. General Physics Corp., Edgewood, MD. 144 pp.

240.  Burton, Dennis T., Steven D. Turley, and M.A. Osborn. 2004. Toxicity assessment of potentially contaminated sediments around the 22nd Street Landfill. Services Agreement No. 7003-022 Work Authorization No. AMY240-003. General Physics Corp., Edgewood, MD. 144 pp.

241.  Arfsten, Darryl P., Dennis T. Burton, Daniel J. Fisher, John Callahan, Cody L. Wilson, Kenneth R. Still, and Barry J. Spargo. 2004. Assessment of the aquatic and terrestrial toxicity of five biodegradable polymers. Environ. Res. 94:198-210.

242.   Burton, Dennis T., Steven D. Turley, and M.A. Osborn.   2004.   Long-term monitoring of the stream and marsh of Lauderick Creek downgradient from the Cluster 3 Old Bush River Road Dump (Years 1-5).  Services Agreement No. 7003-022 Work Authorization No. AMY1090-003.  General Physics Corp., Edgewood, MD.  817 pp.

243.   Burton, Dennis T., Steven D. Turley, and M.A. Osborn.   2004.   Long-term monitoring of the stream and marsh of Lauderick Creek downgradient from the Cluster 3 Old Bush River Road Dump (Year 6).  Services Agreement No. 7003-022 Work Authorization No. AMY1090-004.  General Physics Corp., Edgewood, MD.  85 pp.

244.   Burton, Dennis T. and Steven D. Turley.   2004.   Toxicity assessment of potentially contaminated sediments to amphipods and frogs in support of the remedial action long-term monitoring program at Watson Creek.  Services Agreement No. 7003-022 Work Authorization Nos. 721.62-001 and 721.152-001.   General Physics Corp., Edgewood, MD.  290 pp.

245.   Burton, Dennis T. and Turley, S.D.  2005.  Toxicological evaluation of surface water, sediment, and soil at the J-Field White Phosphorus Pits, Aberdeen Proving Ground, Maryland.  4F-01621.  Argonne National Laboratory, Washington, DC.  216 pp.

246.   Norberg-King, Teresa J., Larry W. Ausley, Dennis T. Burton, William L. Goodfellow, Jeffrey L. Miller, and William T. Waller, eds.  2005.  Toxicity reduction and toxicity identification evaluations for effluents, ambient waters, and other aqueous media.  SETAC Press, Pensacola, FL.  455pp.

247.   Norberg-King, Teresa J., Larry W. Ausley, Dennis T. Burton, William L. Goodfellow, Jeffrey L. Miller, and William T. Waller.  2005.  Introduction.  Pages 1-29 *in* Norberg-King, T.J., L.W. Ausley, D.T. Burton, W.L. Goodfellow, J.L. Miller, and W.T. Waller, eds.  Toxicity reduction and toxicity identification evaluations for effluents, ambient waters, and other aqueous media.  SETAC Press, Pensacola, FL.

248.   Ausley, Larry W., John C. Baummer, John A. Botts, Dennis T. Burton, Douglas D. Drury, Dennis O. McIntyre, Lesley Novak, James J. Pletl, and Gregory J. Smith.  2005.  Toxicity reduction evaluations.  Pages 31-58 *in* Norberg-King, T.J., L.W. Ausley, D.T. Burton, W.L. Goodfellow, J.L. Miller, and W.T. Waller, eds.  Toxicity reduction and toxicity identification evaluations for effluents, ambient waters, and other aqueous media.  SETAC Press, Pensacola, FL.

249.   Burton, Dennis T., Teressa J. Norberg-King, Larry W. Ausley, William L. Goodfellow, Jeffrey L. Miller, and William T. Waller.  2005.  Workshop summary, recommendations, and conclusions.  Pages 115-125 *in* Norberg-King, T.J., L.W. Ausley, D.T. Burton, W.L. Goodfellow, J.L. Miller, and W.T. Waller, eds.  Toxicity reduction and toxicity identification evaluations for effluents, ambient waters, and other aqueous media.  SETAC Press, Pensacola, FL.

250.    Hall, L.W., Jr. and D.T. Burton. (in press). An integrated case study for evaluating the impacts of an oil refinery effluent on aquatic biota in the Delaware River: Introduction, study approach and objectives. Human Ecol. Risk Assessment.

251.    Hall, L.W., Jr., D.M. Dauer, R.W. Alden III, A.D. Uhler, J. DiLorenzo, D.T. Burton, and R.D. Anderson. (in press). An integrated case study for evaluating the impacts of an oil refinery effluent on aquatic biota in the Delaware River: Sediment quality triad studies. Human Ecol. Risk Assessment.

252.    Uhler, A.D., S. Emsbo-Mattingly, L.W. Hall, Jr., and D.T. Burton. (in press). An integrated case study for evaluating the impacts of an oil refinery effluent on aquatic biota in the Delaware River: Advanced chemical fingerprinting of PAHs. Human Ecol. Risk Assessment.

253.    Salazar, M.H. S.M. Salazar, D.T. Burton, and L.W. Hall, Jr. (in press). An integrated case study for evaluating the impacts of an oil refinery effluent on aquatic biota in the Delaware River: Bivalve bioavailability studies. Human Ecol. Risk Assessment.

254.    Alexander, C.R., R.F. Lee, D.T. Burton, and L.W. Hall, Jr. (in press). An integrated case study for evaluating the impacts of an oil refinery effluent on aquatic biota in the Delaware River: Sediment core studies. Human Ecol. Risk Assessment.

255.    Alden, R.W. III, L.W. Hall, Jr., D.M. Dauer, and D.T. Burton. (in press). An integrated case study for evaluating the impacts of an oil refinery effluent on aquatic biota in the Delaware River: Integration and analysis of study. Human Ecol. Risk Assessment.

Technical Reports (Not published in the open literature):

1.      Cairns, John, Jr. and Dennis T. Burton.  1971.  Sediment chemistry interactions and toxic effects of a viscose discharge on selected fauna of the Shenandoah River.  Final Report.  FMC-American Viscose Division, Philadelphia, PA.  103 pp.

2.      Burton, Dennis T. and John Cairns, Jr.  1971.  Acute bioassay evaluation of DuPont's (Waynesboro Plant) experimental waste treatment studies and evaluation of major waste components of normal plant operations.  Pages 72-83 *in* J. Cairns, Jr. and K. L. Dickson, eds.  An ecosystematic study of the South River, Virginia and the effects of DuPont's effluent on the flora and fauna.  Final Report.  E. I. DuPont de Nemours and Co., Waynesboro, VA.

3.      Burton, Dennis T.  1972.  Evaluation of Radford Army Ammunition Plant's major outfalls by acute bioassay procedures.  Pages 51-67 *in* J. Cairns, Jr. and K. L. Dickson, eds.  The effects of waste discharges from Radford Army Ammunition Plant on the biota of the New River, Virginia.  Final Report.  Hercules, Inc., Radford, VA.

4.      Burton, Dennis T.  1974.  Thermal resistance of adhesive or demersal fish eggs exposed to different rates of temperature elevation.  Final Report.  Baltimore Gas and Electric Co., Baltimore, MD.  22 pp.

5.      Burton, Dennis T.  1975.  Impingement studies II.  Qualitative and quantitative survival estimates of impinged fish and crabs.  Pages II.2-17 to II.2-42 *in* Semi-Annual Report-1975.  Biological and chemical investigations in the vicinity of Calvert Cliffs Nuclear Power Plant.  Baltimore Gas and Electric Co., Baltimore, MD.

6.      Burton, Dennis T.  1975.  An evaluation of Pentron D-90® toxicity to juvenile estuarine fish and crabs.  Final Report.  Potomac Electric Power Co., Washington, DC.  12 pp.

7.      Burton, Dennis T.  1975.  An evaluation of potential thermal impact to five estuarine crustacea exposed to time-temperature changes simulating once-through, low ▲T, power plant condenser entrainment.  Final Report.  Baltimore Gas and Electric Co., Baltimore, MD.  41 pp.

8.      Burton, Dennis T.  1976.  Impingement studies II.  Qualitative and quantitative survival estimates of impinged fish and crabs.  Pages 11.2-1 to 11.2-49 *in* Semi-Annual Environmental Monitoring Report Calvert Cliffs Nuclear Power Plant.  Baltimore Gas and Electric Co., Baltimore, MD.

9.      Burton, Dennis T.  1976.  A preliminary assessment of intermittent and continuous chlorination schemes for control of fouling organisms at Calvert Cliffs Nuclear Power Plant.  Interim Report.  Baltimore Gas and Electric Co., Baltimore, MD.  22 pp.

10.    Burton, Dennis T.  1977.  An assessment of intermittent and continuous chlorination and bromochlorination schemes for control of fouling organisms at Calvert Cliffs Nuclear Power Plant.  Final Report.  Baltimore Gas and Electric Co., Baltimore, MD. 87 pp.

11.    Liden, Lawrence H. and Dennis T. Burton.  1977.  Effects of bromochlorinated and chlorinated power plant cooling waters on juvenile Atlantic menhaden (*Brevoortia tyrannus*) and spot (*Leiostomus xanthurus*).  Final Report.  Martin Marietta Corp., Baltimore, MD.  43 pp.

12.    Burton, Dennis T. and Stuart L. Margrey.  1977.  An evaluation of acute bromine chloride toxicity to grass shrimp (*Palaemonetes* spp.) and juvenile blue crabs (*Callinectes sapidus*).   Final Report.   Dow Chemical USA, Halogen Research Laboratory, Midland, MI.  29 pp.

13.    Burton, Dennis T.  1977.  An investigation of the ecological effects of ozone-produced oxidants to selected estuarine species.  Interim Report.  U.S. Environmental Protection Agency Gulf Breeze Environmental Research Laboratory, Gulf Breeze, FL.  60 pp.

14.    Bongers, L. H., B. Bradley, D. T. Burton, A. F. Holland, and L. H. Liden.  1977. Biotoxicity of bromine chloride- and chlorine-treated power plant condenser cooling water effluent.  Final Report.  Ethyl Corp., Ferndale, MI. and Great Lakes Chemical Corp., West Lafayette, IN.  61 pp.

15.    Burton, Dennis T.  1978.  The effect of low ♠T thermal increases on adult fish and blue crab.  Final Report.  Baltimore Gas and Electric Co., Baltimore, MD.  42 pp.

16.    Burton, Dennis T. and Leonard B. Richardson.  1978.  Effect of rate of reduction and constant low dissolved oxygen concentrations on two estuarine fish.  Final Report. Baltimore Gas and Electric Co., Baltimore, MD.  36 pp

17.    Hall, Lenwood W., Jr., Dennis T. Burton, and Stuart L. Margrey.  1978.  Impinged fish and blue crab delayed survival at PEPCO's Chalk Point Generating Facility. Final Report.  Potomac Electric Power Co., Washington, DC.  43 pp.

18.    Burton, Dennis T.  1978.  The response of two estuarine crustacea exposed to time-temperature changes simulating once-through 10°C ♠T, power plant condenser entrainment.  Final Report.  Baltimore Gas and Electric Co., Baltimore, MD.  27 pp.

19.    Burton, Dennis T. and William C. Graves.  1979. Impingement studies II.  Survival estimates of impinged fish.   Pages 11.2-1 to 11.2-23 *in* Non-radiological environmental monitoring report Calvert Cliffs Nuclear Power Plant.  Baltimore Gas and Electric Co., Baltimore, MD.

20.     Burton, Dennis T. and Stuart L. Margrey. 1980. Impingement studies 2. Survival estimates of impinged fish. Pages 9.2-1 to 9.2-28 *in* Non-radiological environmental monitoring report Calvert Cliffs Nuclear Power Plant. Baltimore Gas and Electric Co., Baltimore, MD.

24.     Burton, Dennis T., William C. Graves, and Leonard B. Richardson. 1980. The toxicity of Scott Paper Company's treated bleached kraft mill effluent on selected species of the Mobile Bay region of Alabama. Final Report. Scott Paper Co., Philadelphia, PA. 60 pp.

25      Garey, John F. and Dennis T. Burton. 1984. An evaluation of macrofouling problems at the Angra Nuclear Generating Station, Angra, Brazil. Final Report. Westinghouse Nuclear Operations Division, Pittsburgh, PA. 71 pp.

26.     Burton, Dennis T. 1985. Chlorine decay in the service and circulating water systems at PSE&G's Salem Nuclear Generating Station, Hancocks Bridge, New Jersey. STD-L-5911. The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD. 214 pp.

27.     Burton, Dennis T., Robert L. Paulson, and W. Scott Hall. 1986. Chlorine decay in the service and circulating water systems at PSE&G's Salem Nuclear Generating Station, Hancocks Bridge, New Jersey - Phase 2. STD-L-6290. The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD. 207 pp.

28.     Burton, Dennis T. and John F. Garey. 1986. Chlorine minimization and chlorine decay studies at PSE&G's Salem Nuclear Generating Station, Hancocks Bridge, New Jersey (1984-1985). STD-L-6422. The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD. 52 pp.

29.     Burton, Dennis T. 1986. Results of the "Proposed Upjohn program for the determination of effluent toxicity to aquatic organisms in the Quinnipac River". STD-L-6468. The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD. 16 pp.

30.     Giles, J.W and D.T. Burton. 1988. Reflectances of biofouled targets. STD-R-1703. The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD. 72 pp.

31.     Burton, Dennis T. and Daniel J. Fisher. 1989. Toxicity evaluation of the Upjohn Company's North Haven Facility NPDES permitted discharge serial No. 001 for the period August 1987 to December 1988. STD-L-8251. The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD. 57 pp.

32.     Burton, Dennis T. and Daniel J. Fisher. 1989. Toxicity evaluation of the Upjohn Company's North Haven Facility NPDES permitted discharge No. 001 effluent treated with UV/hydrogen peroxide. STD-L-8446. The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD. 50 pp.

33.    Burton, Dennis T. and Daniel J. Fisher.  1989.  Acute toxicity of selected compounds in the Upjohn Company's North Haven Facility NPDES permitted discharge No. 001 to juvenile grass shrimp and mummichogs.  STD-L-8536.  The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD.  52 pp.

34.    Burton, Dennis T. and Daniel J. Fisher.  1990.  Toxicity evaluation of the Upjohn Company's North Haven Facility NPDES permitted discharge serial No. 001 for the period January 1989 to December 1989.  STD-L-9139.  The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD.  65 pp.

35.    Burton, Dennis T. and Daniel J. Fisher.  1990.  Special toxicity studies of the Upjohn Company's North Haven Facility groundwater and secondary stage of NPDES permitted discharge serial No. 001.  STD-L-9156.  The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD. 73 pp.

36.    Burton, Dennis T. and Daniel J. Fisher.  1991.  Toxicity evaluation of the Upjohn Company's North Haven Facility NPDES permitted discharge serial No. 001 for the period January 1990 to December 1990.  STD-L-9995.  The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD.  88 pp.

37.    Burton, Dennis T. and Daniel J. Fisher.  1991.  Additional toxicity studies of the Upjohn Company's North Haven Facility groundwater and secondary stage of NPDES permitted discharge serial No. 001.  STD-L-10003.  The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD.  67 pp.

38.    Burton, Dennis T. and Steven D. Turley.  1991.  Old O-Field untreated and treated groundwater bench scale acute toxicity studies with fathead minnow (*Pimephales promelas*) and daphnia (*Daphnia magna*).  STD-L-10103.  The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD.  36 pp.

39.    Burton, Dennis T. and Steven D. Turley.  1991.  Old O-Field untreated and treated groundwater pilot scale acute toxicity studies with two freshwater and two saltwater invertebrates and fish.  STD-L-10431.  The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD.  40 pp.

40.    Bongers, Leonard H., Dennis T. Burton, and Daniel J. Fisher.  1991.  The relative toxicities of continuous and intermittent exposures of chlorine and bromine to aquatic organisms.  Final Report.  B & B Environmental Services, Inc., Baltimore, MD.  69 pp.

41.    Burton, Dennis T., Daniel J. Fisher, and Dennis T. Burton.  1991.  Comparative toxicities of chlorine-induced oxidant with Actibrom® and sodium bromide to two freshwater species.  Final Report.  B & B Environmental Services, Inc., Baltimore, MD.  14 pp.

42. Burton, Dennis T. and Daniel J. Fisher. 1992. Toxicity evaluation of the Upjohn Company's North Haven Facility NPDES permitted discharge serial No. 001 for the period January 1991 to December 1991. WREC-92-B1. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 101 pp.

43. Burton, Dennis T. and Daniel J. Fisher. 1992. Acute toxicity of tetrahydrofuran and 1,4-dioxane to estuarine invertebrates and fish. WREC-92-B2. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 12 pp.

44. Burton, Dennis T., Daniel J. Fisher, and Bonnie S. Turley. 1993. Toxicity evaluation of the Upjohn Company's North Haven Facility NPDES permitted discharge serial No. 001 for the period January 1992 to December 1992. WREC-93-B1. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 126 pp.

45. Fisher, Daniel J. and Dennis T. Burton. 1993. The acute and short-term chronic effects of continuous and intermittent chlorination on *Mysidopsis bahia* and *Menidia beryllina*. WREC-93-B2. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 65 pp.

46. Burton, Dennis T. and Dennis T. Burton. 1993. The acute effects of continuous and intermittent application of chlorine dioxide and chlorite on *Daphnia magna*, *Pimphales promelas*, and *Oncorhynchus mykiss*. WREC-93-B4. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 30 pp.

47. Burton, Dennis T. and Dennis T. Burton. 1993. Acute and short-term chronic effects intermittent exposures to chlorite on *Mysidopsis bahia*. WREC-93-B7. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 24 pp.

48. Burton, Dennis T., Daniel J. Fisher, and Bonnie S. Turley. 1994. Toxicity evaluation of the Upjohn Company's North Haven Facility NPDES permitted discharge serial No. 001 for the period January 1993 to December 1993. WREC-94-B1. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 131 pp.

49. Burton, Dennis T. and Daniel J. Fisher. 1994. The decay of chlorine dioxide in Indian River water taken from Florida Power and Light's Cape Canaveral Plant. WREC-94-B2. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 25 pp.

50.    Burton, Dennis T., Daniel J. Fisher, and Bonnie S. Turley. 1995. Toxicity evaluation of the Upjohn Company's North Haven Facility NPDES permitted discharge serial No. 001 for the period January 1994 to December 1994. WREC-95-01. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 156 pp.

51.    Burton, Dennis T. and Daniel J. Fisher. 1995. The "residual" toxicity of chlorine, chlorine dioxide, and chlorite following dechlorination with a sulfur[IV] compound. WREC-95-02. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 28 pp.

52.    Fisher, Daniel J. and Dennis T. Burton. 1995. Determination of acute water quality criteria for continuous and intermittent exposure of chlorite for freshwater organisms. WREC-95-03. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 23 pp.

53.    Burton, Dennis T. 1995. Acute toxicity of continuous and intermittent exposures of chlorite to freshwater invertebrates and fish. WREC-95-04. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 34 pp.

54.    Burton, Dennis T., Daniel J. Fisher, and Bonnie S. Turley. 1996. Toxicity evaluation of the Upjohn Company's North Haven Facility NPDES permitted discharge serial No. 001 for the period January 1995 to December 1995. WREC-96-01. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 169 pp.

55.    Burton, Dennis T. and Daniel J. Fisher. 1996. Acute toxicity of bis(2-ethylhexal) phosphite to the fathead minnow (*Pimephales promelas*). WREC-96-02. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 13 pp.

56.    Burton, Dennis T., Daniel J. Fisher, and Bonnie S. Turley. 1997. Toxicity evaluation of Pharmacia & Upjohn Company's North Haven Facility NPDES permitted discharge serial No. 001 for the period January 1996 to December 1996. WREC-97-01. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 184 pp.

57.    Burton, Dennis T. and Steven D. Turley. 1997. Treated mustard effluent short-term chronic toxicity studies with a cladoceran (*Ceriodaphnia dubia*) and fathead minnow (*Pimephales promelas*). WREC-97-02. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 47 pp.

58.    Burton, Dennis T. and Steven D. Turley. 1997. Bioreactor and trickle filter treated mustard effluent acute and short-term chronic freshwater and saltwater toxicity studies. WREC-97-03. University of Maryland at College Park Wye Research and Education Center, Queenstown, MD. 77 pp.

59.    Burton, Dennis T. and Steven D. Turley.  1997.  SCOW effluent and APG distilled water acute and short-term chronic toxicity studies with a cladoceran (*Ceriodaphnia dubia*).  WREC-97-05.  University of Maryland at College Park Wye Research and Education Center, Queenstown, MD.  24 pp.

60.    Burton, Dennis T. and Steven D. Turley.  1997. Bioreactor (SBR) and trickle filter (TF) treated mustard effluent acute and short-term chronic toxicity studies with a cladoceran (*Ceriodaphnia dubia*).  WREC-97-06.  University of Maryland at College Park Wye Research and Education Center, Queenstown, MD.  26 pp.

61.    Burton, Dennis T. and Steven D. Turley.  1997.  SCOW evaporator condensate and trickle filter (TF) mustard effluent acute and short-term chronic toxicity studies with a cladoceran (*Ceriodaphnia dubia*).  WREC-97-07.  University of Maryland Wye Research and Education Center, Queenstown, MD.  27 pp.

62.    Burton, Dennis T. and Steven D. Turley.  1998.  Bioreactor (SBR- low nutrient) treated mustard effluent short-term saltwater chronic toxicity studies.  WREC-98-01.  University of Maryland Wye Research and Education Center, Queenstown, MD.  25 pp.

63.    Burton, Dennis T. and Steven D. Turley.  1998.  SCWO evaporator condensate (with salts) and distilled water (with salts) short-term acute and chronic toxicity studies with a cladoceran (Ceriodaphnia dubia).  WREC-98-02.  University of Maryland Wye Research and Education Center, Queenstown, MD.  28 pp.

64.    Burton, Dennis T. and Steven D. Turley.  1998. Bioreactor (8.3% SBR) and trickle filter (TF) treated mustard effluent short-term chronic toxicity studies with a cladoceran (*Ceriodaphnia dubia*) and fathead minnow (*Pimephales promelas*).  WREC-98-03.  University of Maryland Wye Research and Education Center, Queenstown, MD.  61 pp.

65.    Turley, Steven D. and Dennis T. Burton.  2000.  Evaluation of the toxicity and teratogenicity of chemical U2723 using the frog embryo teratogenesis assay-*Xenopus* (FETAX).  WREC-00-02.  University of Maryland Wye Research and Education Center, Queenstown, MD.  118 pp.

66.    Burton, Dennis T., Steven J. Turley, and Daniel J. Fisher.  2000.  Bioaccumulation of total and monomethylmercury in earthworms and the ecological risk to birds and mammals at the Northeast Test Hut, Graces Quarters, Aberdeen Proving Ground, Maryland.  WREC-00-03.  University of Maryland Wye Research and Education Center, Queenstown, MD.  106 pp.

67.  Burton, Dennis T., Steven J. Turley, and Michelle A. Osborn.  2001.  Preliminary evaluation of DDTr in earthworms at the Bush River Study Area 22nd street landfill and 26th street disposal site, Edgewood Area of the U.S. Army Garrison, Aberdeen Proving Ground, Maryland.  WREC-01-01.  University of Maryland Wye Research and Education Center, Queenstown, MD.  30 pp.

68.  Fisher, Daniel J. and Dennis T. Burton.  2001.  Derivation of acute water quality criteria for chlorite in freshwater ecosystems using a probabilistic approach.  WREC-01-02.  University of Maryland Wye Research and Education Center, Queenstown, MD.  41 pp.

69.  Fisher, Daniel J. and Dennis T. Burton. 2001.  Toxicity of degradable chaff dispenser endcaps to freshwater and saltwater organisms.  WREC-01-03.  University of Maryland Wye Research and Education Center, Queenstown, MD. 78 pp.

70.  Burton, Dennis T. and Daniel J. Fisher.  2002.  Acute and chronic toxicity of aqueous samples treated with chlorine dioxide followed by ascorbic acid addition to the cladoceran (*Ceriodaphnia dubia*).  WREC-02-02.  University of Maryland Wye Research and Education Center, Queenstown, MD.  43 pp.

71.  Turley, Steven D., Michelle A. Osborn, and Dennis T. Burton.  2002.  Evaluation of the potential impact of water and sediment from national wildlife refuge sites using standard and modified frog embryo teratogenesis assay-*Xenopus* (FETAX).  WREC-02-03.  University of Maryland Wye Research and Education Center, Queenstown, MD.  24 pp.

72.  Turley, Steven D., Michelle A. Osborn, and Dennis T. Burton.  2003.  Short-term chronic toxicity of *Ceriodaphnia dubia* exposed to soil extracts obtained from soils amended with Decon Green.  WREC-03-02.  University of Maryland Wye Research and Education Center, Queenstown, MD.  28 pp.

73.  Turley, Steven D., Michelle A. Osborn, and Dennis T. Burton.  2003.  Evaluation of the potential toxicity of APG KD range and reference site surface water on amphibian development using the frog embryoteratogenicity assay - Xenopus (FETAX).  WREC-03-06.  University of Maryland Wye Research and Education Center, Queenstown, MD.  41 pp.

74.  Hall, Lenwood W., Jr., Dennis T. Burton, Raymond W. Alden III, Daniel Dauer, Joseph DiLorenzo, Richard Lee, Clark Alexander, Keith Maruya, Michael Salazar, Sandra Salazar, Al Uhler, and Steven Emsbo-Mattingly.  2004.  A baseline study for assessing the potential aquatic ecological effects from Motiva Enterprises LLC Delaware City Refinery effluent using the sediment triad approach.  Final Report.  University of Maryland Wye Research and Education Center, Queenstown, MD.  760 pp + Appendices A-M.

75.   Turley, Steven D. and Dennis T. Burton. 2004. Short-term chronic toxicity of Decon Green to *Ceriodaphnia dubia*. WREC-04-05. University of Maryland Wye Research and Education Center, Queenstown, MD. 40 pp.

76.   Turley, Steven D. and Dennis T. Burton. 2004. Chronic toxicity of *Ceriodaphnia dubia* exposed to soil leachates containing polyazapolycyclic caged poly-nitramine (2,4,6,8,10,12-hexanitro-2,4,6,8,10,12-hexaazaisowurtzitane) (HNIW or CL-20). WREC-04-06, University of Maryland Wye Research and Education Center, Queenstown, MD. 21 pp.

77.   Turley, Steven D. and Dennis T. Burton. 2004. Short-term chronic toxicity of disseminated carbon fibers to *Hyalella azteca*. WREC-04-07. University of Maryland Wye Research and Education Center, Queenstown, MD. 23 pp.