# Exhibit
# 2

AUG 2 4 2000



**Parris N. Glendening**
*Governor*

**Kathleen Kennedy Townsend**
*Lt. Governor*

# Maryland Department of Natural Resources

## FISHERIES SERVICE

Cooperative Oxford Laboratory
904 S. Morris Street
Oxford, Maryland 21654-9724
August 22, 2000

**Sarah J. Taylor-Rogers, Ph.D.**
*Secretary*

**Stanley K. Arthur**
*Deputy Secretary*

Dr. Dennis Burton
University of Maryland
Wye Research and Education Center
P.O. Box 169
Queenstown, Maryland 21658

This letter constitutes the diagnostic report for one sample of *Rangia* clams submitted to Cooperative Oxford Laboratory for *Perkinsus marinus* (Dermo) assay.

The sample was received by the Diagnostics and Histology Laboratory on August 15, 2000. A 30-animal sub-sample was necropsied and innoculate into RFTM on the same day. Tissues assayed were rectum, palp, and gill. Assays were read seven days post-inoculation. *Perkinsus marinus* was detected in 1 animal. Percent prevalence was 3.33%, mean infection intensity was 0.03 on a scale of 0(negative) to 7 (very heavy), and weighted infection intensity was 1.00 on a scale of 0-7.

Sincerely,

*Carol B. McCollough*

Carol B. McCollough
Diagnostics & Histology
Laboratory Manager

Telephone: 410-226-5193