# Exhibit 3

SEP 0 1 2000



UNIVERSITY OF
MARYLAND

P.O. Box 169
Queenstown, Maryland 21658
410.827.8056 TEL
410.827.9039 FAX

COLLEGE OF AGRICULTURE AND NATURAL RESOURCES
AGRICULTURAL EXPERIMENT STATION
Wye Research and Education Center

September 1, 2000

Mr. Charles Lesser
Division of Fisheries and Wildlife
89 Kings Highway
Dover, DE 19901

RE:  Use of Louisiana Brackish Water Clams (*Rangia cuneata*) in the Delaware River

Dear Mr. Lesser:

  As per our discussions this summer, the University of Maryland would like to request permission to use brackish water clams (*Rangia cuneata*) obtained from Louisiana in a bioaccumulation study of polycyclic aromatic hydrocarbons (PAHs) in the vicinity of Motiva Enterprises LLC's Delaware City Refinery. The University of Maryland is conducting a four-year study to determine whether or not Refinery-related PAHs are affecting the biological communities in the vicinity of the discharge. One of the study elements is a caged bivalve study to address the bioavailability of PAHs. The purpose of the bioavailability study is to provide an *in situ* characterization of chemical exposure and potential biological effects from the Refinery. The study will provide 1) a time-integrated physical, chemical, and biological sampling process to assess existing conditions at representative test sites and 2) data to predict the fate and effects of bioaccumulative chemicals of concern. We would like to use *Rangia* because this species has been found in several preliminary benthic samples above and below the Refinery. Briefly, the following approach will be used:

  *Rangia* will be used as integrators of the physical-chemical environment over space and time in a controlled field exposure. Chemicals accumulated in the tissues will characterize chemical exposure. Growth rates will be used to characterize potential effects. Sampling sites will be selected based on fate and transport studies currently being conducted. The caged clam studies will be conducted in the late spring/early summer of 2001. Triplicate cages with 75 clams per cage will be deployed at each site. The clams will be deployed for 60 days to ensure that chemical equilibrium has been reached between chemicals in the Delaware River and chemicals in the clam's tissues. The cages will be deployed at a depth of 1 meter off the bottom to combine potential exposure from the water column and suspended sediment.

  The statistical model to assess differences in exposure and effects among sites will be ANOVA. For the effects characterization portion of the study, the level of replication is the individual clam. Power analyses performed on data from similar studies conducted with the eastern oyster (*Crassostrea virginica*) in Georgia and Delaware Bay indicate that

*302-739-4782*

*Jeff Tinsman (DE shellfish disease specialist) called. 9-11-00*
*Jeff does not want to bring in Rangia that has demo because he is concerned*

approximately 75 bivalves per replicate are sufficient to detect differences in weight on the order of 0.2 g. For the exposure characterization portion of the study, the analytical samples will be created by pooling the soft tissues of all living clams from a given cage at a particular station. Three chemistry samples will be prepared for each station. This will provide three replicate samples for each station for the statistical comparisons. PAHs, PCBs, and metals will be analyzed.

We have been unable to locate *Rangia* is the Delaware River system that do not have the potential for significant PAHs to be present in their tissues. It is important that we initiate our study with clams that have minor, or more preferably, no PAHs present in their tissues. We have looked at a number of sources of *Rangia* which have a low potential for PAHs levels and/or PAH levels below detection limits in their tissues. We have also looked for clams that are not infected with Dermo. We have finally located a source in Louisiana which is essentially free of Dermo. I have enclosed a copy of a diagnostic report by the Maryland Department of Natural Resources Cooperative Oxford Laboratory, Oxford, Maryland, on a 30-animal sub-sample of *Rangia* from the Louisiana source. As can be seen in the report, Dermo was detected in one of 30 animals. The percent prevalence was 3.3%, mean infection intensity was 0.03 on a scale of 0 (negative) to 7 (very heavy), and weighted infection intensity of 1 on a scale of 0-7.

If you have any questions or need additional information about the source of the clams or other details of the Refinery study, please contact me at the above address or call me at 410-827-8056. We appreciate your consideration in this matter.

Sincerely yours,

Dennis T. Burton, Ph.D.
Senior Research Scientist


cc: R. Cole (Div. Fish. Wildlife)
L. Hall (Univ. Md.)