# Exhibit 4

**Summary of Criteria for Selecting *In Situ* Rangia Clam Tissue Study Sample Sites**

On 3/27-3/28/01 all Triad Study sample sites were dredged for clams to be used for tissue analysis. Sixteen clams were needed from each sample repetition to provide enough tissue for the analysis. An *a priori* decision was made to gather at least 64 clams per sample site in order to have enough clams for randomization in the size range (40-50 mm) needed for the study. The decision was also made to cease sampling at any site were fewer than 16 clams were collected after four clam dredge tows were made in random directions from the site center point (or no clams were collected after two tows). Only four of the fifteen Triad sites provided sufficient clams for tissue analysis. It was felt that the habitats with insufficient clams may not have had sediment preferred by the clams. Some of the dredge sites had a very high sand content and some of the sites had mostly hard clay (from current scouring). It was speculated that some of the deeper sites may even have suffered from periods of low oxygen due to their basin like contours. Nine more sites were selected on mud flats that would bracket the unusable Triad sites. Mud flats were selected because we had the greatest success previously at those sites. Five of the new sites (sampled on 4/3/01) had clams of sufficient quantity. The sites with no clams were hard clay and scoured from high flow velocities. Two of the sites (101 and 104b) were too shallow to sample at low tide and remained too shallow right up to the channel edges. The original clam tissue sample sites and the new sample sites are depicted in Figures 1a and 1b. Table 1 lists the distance between the new sample sites and the original Triad sites.

Table 1. Distances between sample sites used in the *In Situ* Clam Tissue Study and the original Triad Study sites.

| Original Triad Sample Site | Sample Site used in Study | Distance from Original Site (km) |
|---|---|---|
| DR10 | no counterpart | --- |
| DR9b | Clam 102 | 1.22 |
| DR45 | DR45 | 0 |
| DR56 | Midfield 30 | 1.09 |
| DR26 | DR26 | 0 |
| DR51 | DR23 | 0.99 |
| DR2 | DR2 | 0 |
| DR1 | DR2 | 0.48 |
| DR23 | DR23 | 0 |
| DR52 | DR23 | 1.16 |
| DR53 | Midfield 40 | 2.04 |
| DR55 | Midfield 40 | 1.06 |
| DR67 | Clam 104 | 0.47 |
| DR68 | Clam 104 | 0.83 |
| DR83 | Clam 106 | 1.13 |
| --- | --- | Average = 0.75 |

Figure 1a. Sample sites (north panel) where an attempt to sample Rangia clams was made during the 2001 Clam Tissue Analysis Study. All Triad Study sites (those with "DR" prefixes) were sampled initially but clams were only collected in sufficient quantities at those sites marked with a triangle. A second set of sites was selected (also marked with triangles) for clam sampling on near shore mud flats. Several of these sites were from the Midfield Study. Sites with the "unsuccessful" suffix either had no clams or were too shallow to sample at low tide.



Figure 1b. Sample sites (south panel) where an attempt to sample Rangia clams was made during the 2001 Clam Tissue Analysis Study. All Triad Study sites (those with "DR" prefixes) were sampled initially but no clams were collected from the southern (below the C&D Canal) Triad sites. A second set of sites (marked with triangles) was selected for sampling on mud flat areas that bordered the Triad sites. Sites with the "unsuccessful" suffix either had no clams or were too shallow to sample at low tide.

