# Exhibit
# 1

Curriculum Vitae

Of

Lenwood (Len) Whitfield Hall, Jr.


PRESENT ADDRESS:                University of Maryland
                                Agricultural Experiment Station
                                Wye Research and Education Center
                                P.O. Box 169
                                Queenstown, Maryland 21658

PRESENT TELEPHONE:              (Home)   (410) 643-1824
                                (Work)   (410) 827-8056

BIRTH DATE:                     April 21, 1952

SOCIAL SECURITY NUMBER:         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

EDUCATION:                      B.S. (Professional) Biology – East
                                Carolina University – 1974.
                                M.S. Fisheries Management – Frostburg
                                State College.  Appalachian Environmental
                                Laboratory, University of Maryland – 1978

POSITIONS HELD:                 Program Manager, Aquatic Toxicology. University of
                                Maryland Agricultural Experiment Station, Wye
                                Research and Education Center P.O. 169,
                                Queenstown, Maryland.  December 1989 – Present.

                                Senior Professional Staff Biologist.  The Johns
                                Hopkins University, Applied Physics Laboratory,
                                Aquatic Ecology Section, Shady Side, Maryland.
                                November 1982 – December 1989.

                                Adjunct Associate Research Scientist.  The Johns
                                Hopkins University, Chesapeake Bay Institute, Shady
                                Side, Maryland.  December 1984 – December 1989.

                                Associate Biologist.  The Johns Hopkins University,
                                Applied Physics Laboratory, Aquatic Ecology
                                Section, Shady Side, Maryland.  September 1980 –
                                October 1982.

1

Aquatic Toxicologist.  Academy of Natural Sciences of Philadelphia, Division of Limnology and Ecology, Benedict Estuarine Research Laboratory, Benedict, Maryland.  March 1978 – September 1980.

Graduate Research Assistant.  Fisheries Management, Appalachian Environmental Laboratory, University of Maryland, Frostburg State College, Frostburg, Maryland.  September 1976 – March 1978.

Technician.  Department of Biology, Center for Environmental Studies, Virginia Polytechnic Institute and State University, Blacksburg, Virginia. September 1975 – September 1976.

Benthic Biologist.  North Carolina State University, Cape Fear Estuarine Laboratory, Southport, North Carolina.  May 1975 – June 1975.

TEACHING EXPERIENCE:

Instructor, Invertebrate Zoology.  Frostburg State College, Frostburg, Maryland.  January 1977 – May 1977.

HEARING EXPERIENCE:

I have served as an expert witness for the Maryland Power Plant Citing Program in Maryland Power Plant Citing Program in a Maryland Public Service Commission hearing. I presented testimony on acid rain effects on aquatic biota in March of 1984 before the State Senate Economic and Environmental Affairs Committee.  In September of 1986 I presented testimony to the House Subcommittee on Fisheries and Merchant Marine concerning the environmental effects of tributyltin compounds.  Similar testimony was presented to the State Senate in Maryland.  In 1989 I presented testimony on a Chesapeake Bay Toxics Act in the Maryland Senate.  In January of 2000, I was involved in a court case involving a Delaware River Oil Refinery (Motiva) and NRDC.

PROFESSIONAL ORGANIZATION MEMBERSHIPS:

American Fisheries Society
American Water Resources Association
International Association of Fish Ethologists
Society of Environmental Toxicology and Chemistry
Water Pollution Control Federation

Organizations with whom I have been associated for research or consulting purposes:

2

Academy of Natural Sciences of Philadelphia
American Petroleum Institute
Appalachian Environmental Laboratory –
University of Maryland
Arch Chemicals, Inc.
Cadmus Group, Inc.
Carolina Power and Light Company
Ciba Giegy Corporation
Ciba Specialty Chemicals
Coalition for Urban and Rural Environ. Stewardship
Department of Agricultural (Maryland)
Department of Environmental Quality (Virginia)
Department of Justice – Environmental Enforcement
Division
Department of Natural Resources (Maryland)
Department of The Environment (Maryland)
District of Columbia Department of Environmental
Services
Dow Chemical Company
Ducks Unlimited
East Carolina University
Ecorisk Inc.
Electric Power Research Institute
Environmental Resources Management
Hudson River Keeper Association
Hempel Paints
ICF Kaiser Engineers
Makhteshim Agan of North America
Motiva Enterprises
North Carolina State University
Northern California Water Association
Norvartis Crop Protection, Inc.
Potomac Electric Power Company
Power Plant Citing Program (Maryland)
San Francisco Estuary Institute
San Joaquin River Group Authority
Sargent & Lundy Engineers
Science Application International Corporation
South Carolina Wildlife & Marine Resources Dept.
Syngenta Crop Protection, Inc.
TAMS Consulting, Inc.
Union Camp Corporation
University of North Carolina
U.S. Environmental Protection Agency
U.S. Fish and Wildlife Service
U.S. Navy

3

Utility Water Act Group
Western Crop Protection Association

PROFESSIONAL EXPERIENCE:

May 1974 – June 1975

Worked as a benthic biologist for North Carolina Sate University on the Cape Fear
River, North Carolina. My responsibilities included field collections and identification of
estuarine benthos near the Brunswick Nuclear Power Plant. Other work areas included
sampling and identification of nekton and sampling of larval fish.

June 1975 – July 1975

Participated in a seven-week study sponsored by the University of North Carolina at
Wilmington. My duties involved the collection and identification of estuarine and marine
macroinvertebrates on the coast of Ecuador, South American. Specific responsibilities
included the identification of polychaetes.

September 1975 – September 1976

Conducted research at Virginia Polytechnic Institute and State University on a contract
funded by the American Petroleum Institute (API) involving the toxicity testing of
estuarine and marine biota to a simulated refinery effluent. In March of 1976, I assisted in
organizing a toxicity workshop for the training of API personnel in invertebrate bioassay
procedures.

September 1976 – March 1978

Entered Masters Program in Fisheries Management at University of Maryland,
Appalachian Environmental laboratory, Frostburg State College with a research
assistantship. My assistantship was funded by the State of Maryland Power Plant
Siting Program and involved review of power plant effects on the behavior of fish and blue
crabs indigenous to Chesapeake Bay and the fresh waters of the state. My responsibilities
included conducting computerized literature retrieval searches, on site power plant visits
and interviews at major utility facilities and discussions with researchers at major private,
state and federal sectors. My Masters thesis was entitled "The effect of geographic
location on the temperature preference of the white perch, *Morone Americana*". Other
research projects included collection and identification of fresh water fish and temperature
preference studies with fresh water crayfish.

March 1978 – September 1980

Worked as an aquatic toxicologist for the Academy of Natural Sciences of Philadelphia,
Benedict Estuarine Research laboratory. My responsibilities as a principal and a co-
principal investigator included directing and conducting research with chlorine-time-

temperature tests simulating power plant conditions with various estuarine aquatic biota. My major responsibilities were writing proposals, manuscripts for professional journals and technical reports.

September 1980 – December 1989

Worked as a Senior Professional Staff Biologist for The Johns Hopkins University, Applied Physics Laboratory, Aquatic Ecology Section. I was the Principal Investigator or APL project director for the following research grants: (1) In-situ Investigations for Assessing Striped Bass Larval and Yearling Survival as Related to Contaminants and Changes in Water Quality Parameters – Annual Contaminant and Water Quality Evaluations in East Coast Striped Bass Habitats; (2) Monitoring Organotin Concentrations in the Chesapeake Bay; (3) An Assessment of Effluent Toxicity to Chesapeake Bay Biota and (4) An Evaluation of Tributyltin Toxicity to Chesapeake Bay Aquatic Biota.

December 1989 – Present

Currently I am employed by the University of Maryland Agricultural Experiment Station. I am the Principal Investigator for grants or contracts in the following research areas: aquatic toxicology; ecological risk assessment of pesticides, metals and organometallics; exposure characterization of pesticides; development of biological and physical habitat indicators; bioassessments and triad studies assessing the impact of point sources (Oil Refinery). I am responsible for writing technical proposals, manuscripts for professional journals and technical reports. I am also responsible for generating research funding for myself and my staff.

RECENT COMMITTEES AND PANELS

I have recently served as: an ad hoc expert for the Environmental Protection Agencies FIFRA Science Advisory Panel (Ecological effects of tributyltin); a member of a science advisory committee for the California Aquatic Pesticide Monitoring Program; a science advisor for the Sacramento Valley Water Quality Coalition; and a science advisor for the Coalition for Urban and Rural Environmental Stewardship (eight watershed coalitions in California's Central Valley).

PUBLICATIONS:

MANUSCRIPTS

1. Hall, Lenwood W., Jr., Arthur L. Buikeman, Jr., and John Cairns, Jr. 1977. The effects of a simulated refinery effluent on the grass shrimp, *Palaemonetes pugio*. Arch. Enviromn. Contam. And Toxicol. 7 : 23-35.

2. Hall, Lenwood W., Jr., and Arthur L. Buikema, Jr. 1977. Rearing larval grass shrimp in the laboratory. Prog. Fish Cult. 39: 129-131.

3.  Hall, Lenwood W., Jr., Daniel A. Cincotta, Jay R. Stauffer, Jr. and Charles H. Hocutt. 1978. Temperature preference of the crayfish *Orconectes obscurus*. Arch. Environ. Contam. Toxciol. 7 : 379-384.

4.  Hall, Lenwood W., Jr., Charles H. Hocutt and Jay R. Stauffer, Jr. 1978. Implication of geographic location on the temperature preference of the white perch *Morone americana*. J. Fish. Res. Board Can. 35: 1464-1468.

5.  Burton, Dennis T., Lenwood W. Hall, Jr., Stuart L. Margrey and Robert D. Small. 1979. The interactions of chlorine, temperature change and exposure time on survival of striped bass, *Morone saxatilis*, eggs and prolarvae. J. Fish. Res. Board Can. 36: 1108-1113.

6.  Hall, Lenwood W., Jr., Dennis T. Burton and Stuart L. Margrey. 1979. Chlorine, temperature and exposure duration effects of power plant effluents on juvenile blue crabs *Callinectes sapidus* and grass shrimp *Palaemonetes pugio*. J. Toxicol. Environm. Hlth. 5 : 749-757.

7.  Hall, Lenwood W., Jr. Charles H. Hocutt and Jay R. Stauffer, Jr. 1979. Temperature preference of the white perch, *Morone americana*, collected in the Wicomico River, Maryland. Estuaries 2: 129-132.

8.  Burton, Dennis T., Lenwood W. Hall, Jr. and Stuart L. Margrey. 1979. Multifactorial chlorine, "delta" T and exposure duration studies of power plant effluents on estuarine ichthyoplankton, p. 223-229. In: Eleventh MidAtlantic Industrial Waste Conf. Proc., July 15-17 1979. The Pennsylvania State University, University Park, PA.

9.  Hall, Lenwood W., Jr., Dennis T. Burton and Stuart L. Margrey. 1979. The effects of chlorine, elevated temperature and exposure duration interactions of power plant effluents on larval white perch, *Morone americana* (Gmelin). Water Resources Bull. 15: 1365-1373.

10. Hall, Lenwood W., Jr., Dennis T. Burton and Stuart L. Margrey. 1979. The influence of acclimation temperature on the interactions of chlorine, elevated temperature and exposure duration for grass shrimp, *Palaemonetes pugio*. Trans. Am. Fish. Soc. 108: 626-631.

11. Hall, Lenwood W. Jr., Dennis T. Burton and Lawrence H. Liden. 1981. An interpretative literature analysis evaluating the effects of power plant chlorination on freshwater organisms. CRC Critical Rev. Toxicol. 9: 1-20.

12. Hall, Lenwood W., Jr., Dennis T. Burton, William C. Graves and Stuart L. Margrey. 1981. Effects of dechlorination on early life stages of striped bass (*Morone saxatilis*). Environ. Sci. Tech. 15 : 573-578.

6

13. Hall, Lenwood W., Jr., Dennis T. Burton, Stuart L. Margrey and Kenneth R. Dixon. 1981. Time-related mortality responses of striped bass (*Morone saxatilis*) ichthyoplankton after exposure to simulated power plant chlorination conditions. Water Res. 15: 903-910.

14. Hall, Lenwood W., Jr., Dennis T. Burton and Stuart L. Margrey. 1981. Acclimation temperature: An important factor in power plant chlorination studies with larval white perch, *Morone americana*. J. Toxicol. Environm. Hlth. 7: 941-950.

15. Hall, Lenwood W., Dennis T. Burton and Leonard B. Richardson. 1981. Comparison of ozone and chlorine toxicity to the developmental stages of striped bass, *Morone saxatilis*. Can J. Fish. Aquatic Sci. 38: 752-757.

16. Margrey, Stuart L., Dennis T. Burton and Lenwood W. Hall, Jr. 1981. An evaluation of seasonal temperature effects in power plant chlorination studies with estuarine invertebrates. Arch. Environm. Contam. Toxicol. 10: 691-703.

17. Hall, Lenwood W., Jr., Dennis T. Burton and Lawrence H. Liden. 1981. Power plant chlorination effects on estuarine and marine organisms. CRC Critical Rev. Toxicol. 10: 27-47.

18. Hall, Lenwood W., Jr., Dennis T. Burton and Philip R. Abell. 1981. Thermal responses of Atlantic silversides (*Menidia*) acclimated to constant and asymmetric fluctuating temperatures. Archiv. Hydrobiol. 94: 318-325.

19. Hall, Lenwood W., Jr. and Dennis T. Burton. 1981. Effects of power plant coal pile waste runoff and leachate on aquatic biota: An overview with research recommendations. CRC Critical Rev. Toxciol. 10: 287-301.

20. Hall, Lenwood W., Jr., Dennis T. Burton, Stuart L. Margrey and William C. Graves. 1982. A comparison of the avoidance responses of individual and schooling juvenile Atlantic menhaden, *Brevoortia tyrannus* subjected to simultaneous chlorine - "delta" T conditions. J. Toxicol. Environ. Hlth. 10 : 1017-1026.

21. Hall, Lenwood W., Jr., William C. Graves, Dennis T. Burton, Stuart L. Margrey, Frank M. Hetrick and Bob S. Roberson. 1982. A comparison of chlorine toxicity to three life stages of striped bass, *Morone saxatilis*. Bull Environ. Contam. Toxicol. 29 : 631-636.

22. Hall, Lenwood W., Jr., Stuart L. Margrey, Dennis T. Burton and William C. Graves. 1983. The effect of acclimation temperature on the interactions of chlorine, "delta" T and exposure duration to eggs, prolarvae and larvae of striped bass, *Morone saxatilis*. Water Res. 17: 309-317

23.  Hall, Lenwood W., Jr., Stuart L. Margrey, Dennis T. Burton and William C. Graves. 1983. The influence of spring and fall temperatures on the avoidance response of juvenile Atlantic menhaden, *Brevoortia tyrannus*, exposed to simultaneous chlorine-"delta" T conditions. Water Resour. Bull. 19: 283-287.

24.  Goodfellow, W. L., Jr., D. T. Burton, W. C. Graves, L. W. Hall, Jr. and K. R. Cooper. 1983. Acute toxicity of picric acid and picramic acid to rainbow trout, *Salmo gairdneri* and American oyster, *Crassostrea virginica*. Water Res. Bull. 19: 641-648.

25.  Hall, Lenwood W., Jr., Stuart L. Margrey, Dennis T. Burton and William C. Graves. 1983. Avoidance behavior of juvenile striped bass, *Morone saxatilis*, subjected to simultaneous chlorine and elevated temperature conditions. Arch. Environ. Contam. Toxicol.. 12 : 715-720.

26.  Burton, D. T., L. W. Hall, Jr., R. J. Klauda and S. L. Margrey. 1984. Effects of treated bleached kraft mill effluent on striped bass (*Morone saxatilis*) eggs and prolarvae. Water Resources Bull. 19: 869-879.

27.  Hall, L. W., Jr., D. T. Burton, W. C. Graves and S. L. Margrey. 1984. Behavioral modification of estuarine fish exposed to sulfur dioxide. J. Toxicol. Environ. Hlth. 13 : 969-978.

28.  Hall, L. W., Jr., D. T. Burton, W. C. Graves and S. L. Margrey. 1984. Avoidance responses of estuarine fish exposed to heated dechlorinated power plant effluents. Environ. Sci. Tech. 18: 561-566.

29.  Hall, L. W., Jr., A. E. Pinkney, S. Zeger, D. T. Burton and M. J. Lenkevich. 1984. Behavioral responses of two estuarine fish species subjected to bis (tri-n-butyltin) oxide. Water Resources Bull. 20: 235-239.

30.  Hetrick, F. M., L. W. Hall, Jr., S. Wolski, W. C. Graves, B. S. Roberson and D. T. Burton. 1984. Influence of chlorine on the susceptibility of striped bass (*Morone saxatilis*) to *Vibrio anguillarum*. Can J. Fish Aquatic Sci. 41: 1375-1380.

31.  Burton, D. T., R. J. Klauda, L. W. Hall, Jr. and M. A. Jepson. 1984. An evaluation of the potential toxicity of treated bleached kraft mill effluent to striped bass (*Morone saxatilis*) larvae exposed through metamorphis to the juvenile stage. Water Res. 18: 1365-1376.

32.  Hall, Lenwood W., Jr., Larry O. Horseman and Scott Zeger. 1984. Effects of organic and inorganic chemical contaminants on fertilization, hatching success and prolarval survival of striped bass, *Morone saxatilis*. Arch. Environ. Contam. Toxicol. 13 : 723-729.

33. Hall, Lenwood W., Jr. and Alfred E. Pinkney. 1985. Acute and sublethal effects of organotin compounds on aquatic biota: An interpretative literature evaluation. CRC Critical Rev. Toxicol. 14: 159-209.

34. Pinkney, Alfred E., Lenwood W. Hall, Jr., Michael J. Lenkevich, Dennis T. Burton and Scott Zeger. 1985. Comparison of avoidance responses of avoidance responses of an estuarine fish, *Fundulus heteroclitus* and crustacean, *Palaemonetes pugio* to bis (tri-n-butyltin) oxide. Water Air and Soil Pollut. 25: 33-40.

35. Hall, Lenwood W., Jr., Alfred E. Pinkney, Larry O. Horseman and Susan E. Finger. 1985. Mortality of striped bass larvae in relation to contaminants and water quality conditions in a Chesapeake Bay tributary. Trans. Am. Fish. Soc. 114: 861-868.

36. Hall, W. S., R. L. Paulson, L. W. Hall, Jr., and D. T. Burton. 1986. Acute toxicity of cadmium and sodium pentachlorophenate to daphnids and fish. Bull. Environ. Contam. Toxicol. 37: 308-316.

37. Hall, Lenwood W. Jr., Michael J. Lenkevich, W. Scott Hall, Alfred E. Pinkney and Steven J. Bushong. 1987. Evaluation of butyltin compounds in Maryland waters of Chesapeake Bay. Marine Pollut. Bull. 18: 78-83.

38. Hall, Lenwood W., Jr. 1987. Acidification effects on larval striped bass, *Morone saxatilis*, in Chesapeake Bay tributaries: A Review. Water Air Soil Pollut. 35: 87-96.

39. Hall, Lenwood W. Jr., W. Scott Hall and Steven J. Bushong. 1987. In-situ striped bass contaminant and water quality studies in the Potomac River. Aquatic Toxicol. 10: 73-99.

40. Hall, Lenwood W. Jr., Alfred E. Pinkney, Roger L. Herman and Susan E. Finger. 1987. Survival of striped bass larvae and yearlings in relation to contaminants and water quality in the Upper Chesapeake Bay. Arch. Environ. Contam. Toxicol. 16: 391-400.

41. Hall, Lenwood W. Jr., Steven J. Bushong, W. Scott Hall and W. Edward Johnson. 1988. Acute and chronic effects of tributyltin on a Chesapeake Bay copepod. Environ. Toxicol. Chem. 7: 41-46.

42. Hall, Lenwood W. Jr., Steven J. Bushong, W. Edward Johnson and W. Scott Hall. 1988. Spatial and temporal distribution of butyltin compounds in a northern Chesapeake Bay marina and river system. Environ. Mont. Assess. 10: 229-244.

43. Bushong, Steven, J., Lenwood W. Hall, Jr., W. Scott Hall, W. Edward Johnson and Roger L. Herman. 1988. Acute toxicity of tributyltin to selected Chesapeake Bay fish and invertebrates: An environmental perspective. Water Res. 22: 1027-1032.

44. Hall, Lenwood W., Jr. 1988. Tributyltin environmental studies in Chesapeake Bay: A review. Marine Pollut. Bull. 19: 431-438.

45. Hall, Lenwood W., Jr. 1988. A review of in-situ striped bass contaminant studies in three Chesapeake Bay spawning habitats: Implications for Maryland's striped bass juvenile index. Marine Pollut. Bull. 19: 478-487.

46. Hall, Lenwood W. Jr., Steven J. Bushong, Michael C. Ziegenfuss and W. Scott Hall. 1988. Concurrent mobile on-site and in-situ striped bass contaminant and water quality studies in the Choptank River and Upper Chesapeake Bay. Environ. Toxicol. Chem. 7: 815-830.

47. Hall, Lenwood W. Jr., Steven J. Bushong, Michael C. Ziegenfuss and W. Edward Johnson. 1988. Chronic toxicity of tributyltin to Chesapeake Bay biota. Water Air Soil Pollut. 39: 365-376.

48. Hall, W. Scott, Steven J. Bushong, Lenwood W. Hall, Jr., Michael J. Lenkevich and Alfred E. Pinkney. 1988. Monitoring dissolved copper concentrations in Chesapeake Bay, USA. Environ. Monit. Assess. 10: 229-244.

49. Matthias, Cheryl L., Steven J. Bushong, Lenwood W. Hall, Jr., Jon M. Bellama and Frederick E. Brinckman. 1988. Simultaneous butyltin determinations in the microlayer, water column and sediment of a northern Chesapeake Bay marina and receiving system. Applied Organometallic Chemistry. 2: 547-552.

50. Hall, W. Scott and Lenwood W. Hall, Jr. 1989. Toxicity of alum sludge to *Ceriodaphnia dubia* and *Pimephales promelas*. Bull. Environ. Contam. Toxicol. 42: 791-798.

51. Hall, L. W., Jr., M. C. Ziegenfuss, S. J. Bushong and M. A. Unger. 1989. Studies of contaminant and water quality effects on striped bass prolarvae and yearlings in the Potomac River and upper Chesapeake Bay in 1988. Trans. Am. Fish Soc. 118: 619-629.

52. Fisher, D. J., C. M. Hersh, R. L. Paulson, D. T. Burton and L. W. Hall, Jr. 1989. Acute toxicity of industrial and municipal effluents in the State of Maryland, U.S.A.: Results from one year of toxicity testing. Hydrobiologia. 188-9: 641-648.

53.   Bushong, S. J., M. C. Ziegenfuss, M. A. Unger and L. W. Hall, Jr. 1990.
      Chronic tributyltin toxicity experiments with the Chesapeake Bay copepod,
      *Acartia tonsa.* Environ. Toxicol. Chem. 9 : 359-366.

54.   Ziegnfuss, M.C., L. W. Hall, Jr., S. J. Bushong, J. A. Sullivan and M. A. Unger.
      1990. A remote in-situ apparatus for ambient toxicity testing of larval and
      yearling fish in river or estuarine systems. Environ. Toxicol. Chem. 9: 1311-
      1315.

55.   Hall, L. W., Jr. 1991. A synthesis of water quality and contaminants data on
      early life stages of striped bass, *Morone saxatilis.* Rev. Aq. Sci. 4 : 261-288.

56.   Hall, L. W., Jr., M. A. Unger, M. C. Ziegenfuss, J. A. Sullivan and S. J.
      Bushong. 1992. Butyltin and copper monitoring in a northern Chesapeake Bay
      Marina and river system in 1989: An assessment of tributyltin legislation.
      Environ. Mont. Assess. 22: 15-38

57.   Hall, L. W. Jr., S. A. Fischer and J. A. Sullivan. 1991. A synthesis of water
      quality and contaminants data for the Atlantic menhaden, *Brevoortia tyrannus*:
      Implications for Chesapeake Bay. J. Environ. Sci. And Hlth. A26: 1513-1544.

58.   Fischer, S. A., L. W. Hall, Jr. and W. D. Killen. 1992. Distribution of
      endangered glassy darter, *Etheotsoma vitreum*, in Maryland a coastal plain
      streams. Va. J. Sci. 43 : 47-52.

59.   Hall, L. W., Jr., M. C. Ziegenfuss, S. J. Bushong, J. A. Sullivan and M. A.
      Unger. 1992. In-situ striped bass (*Morone saxatilis*) contaminant and water
      quality studies in the Potomac River and upper Chesapeake Bay in 1989.
      Aquatic Toxicol. 22: 181-222.

60.   Fischer, S. A. and L. W. Hall, Jr. 1992. A review of environmental
      concentrations and aquatic toxicity data on diflubenzuron (Dimilin). Critical
      Rev. in Toxicol. 22: 45-79.

61.   Hall, L. W., Jr., M. C. Ziegenfuss and S. A. Fischer. 1992. Ambient toxicity
      testing in the Chesapeake Bay watershed using freshwater and estuarine water
      column tests. Environ. Tox. And Chem. 11: 1409-1425.

62.   Hall, L. W. Jr., M. C. Ziegenfuss, S. A. Fischer, J. A. Sullivan and D. M.
      Palmer. 1992. The influence of contaminant and water quality conditions on
      larval striped bass in the Potomac River and upper Chesapeake Bay in 1990:
      An in situ study. Arch. Environ. Contam. Toxicol. 24 : 1-10.

63.   Hall, L. W. Jr., S. E. Finger and M. C. Ziegenfuss. 1993. A review of in-situ
      and on-site striped bass contaminant and water quality studies in the Maryland

waters of the Chesapeake Bay watershed. American Fisheries Society
Symposium 14: 3-15.

64.    Hall, L. W. Jr., S. A. Fischer, W. D. Killen, M. C. Ziegenfuss, R. D. Anderson
and R. J. Klauda. 1993. Assessing the relationship between critical acidic
conditions in Maryland coastal plain streams and predicted mortality of early
life stages of migratory fish. Aquatic Toxicol. 26: 239-272.

65.    Hall, L. W. Jr., M. C. Ziegenfuss and R. D. Anderson. 1994. The influence of
salinity on the toxicity of atrazine to a Chesapeake Bay copepod (*Eurytemora
affinis*) and fish (*Cyprinodon variegates*): Implications for development of
estuarine aquatic life criteria. Estuaries 17: 181-186.

66.    Hall, L. W. Jr., S. A. Fischer, W. D. Killen, Jr., M. C. Ziegenfuss and R. D.
Anderson. 1994. Status assessment in acid sensitive and non-acid sensitive
Maryland coastal plain streams using an integrated biological, chemical,
physical and land-use approach. J. Aquatic Ecosystem Hlth. 3:145-167.

67.    Hall, L. W. Jr., W. D. Killen, Jr., S. A. Fischer, M. C. Ziegenfuss, R. D.
Anderson and R. J. Klauda. 1994. The efficacy of a limestone doser to mitigate
stream acidification in a Maryland coastal plain stream: Implications of
migratory fish species. Environ. Monitor. Assess. 31: 233-257.

68.    Hall, L. W. Jr., M. C. Ziegenfuss, R. D. Anderson and W. D. Killen, Jr. 1995.
The use of estuarine water column tests for detecting toxic conditions in
ambient areas of the Chesapeake Bay watershed. Environ. Toxicol. Chem. 14:
267-278.

69.    Hall, L. W. Jr., M. C. Ziegenfuss, R. D. Anderson, and D. P. Tierney. 1995.
The influence of salinity on the chronic toxicity of atrazine to an estuarine
copepod: Implications for development of an estuarine chronic criterion. Arch.
Envir. Cont. Toxicol. 28: 344-348.

70.    Hall, L. W. Jr., M. C. Ziegenfuss, R. D. Anderson and B. L. Lewis. 1995. The
effect of salinity on the acute toxicity of total and free cadmium to a
Chesapeake Bay copepod and fish. Mar. Pollut. Bull. 30: 376-384.

71.    Hall, L. W. Jr. and R. D. Anderson. 1995. The influence of salinity on the
toxicity of various classes of chemicals of aquatic biota. CRC Critical Reviews
in Toxicology 25: 281-346.

72.    Hall, L. W. Jr., M. C. Ziegenfuss, R. D. Anderson, D. P. Tierney, T. D. Spittler
and L. Lahr. 1995. The influence of salinity and sediment on the loss of
atrazine from the water column. Chemosphere 31: 2919-2944.

73. Hall, L. W. Jr., M. C. Scott, W. D. Killen, Jr. and R. D. Anderson. 1996. The effects of land use characteristics and acid sensitivity on the ecological status of Maryland coastal plain streams. Environ. Tox. Chem. 15: 384-394.

74. Solomon, K. R., D. B. Baker, P. Richards, K. R. Dixon, S. J. Klaine, T. W. LaPoint, R. J. Kendall, J. M. Giddings, J. P. Giesy, L. W. Hall, Jr., C.P. Weisskopf and M. Williams. 1996. Ecological risk assessment of atrazine in North American surface waters. Environ. Tox. Chem. 15 : 31-76.

75. Scott, M. C. and L. W. Hall, Jr. 1997. Fish assemblages as indicators of environmental degradation in Maryland coastal plain streams. Trans. Am. Fish. Soc. 126: 349-360.

76. Hall, L. W., Jr. and R. W. Alden III. 1997. A review of concurrent ambient water column and sediment toxicity testing in the Chesapeake Bay watershed: 1990-1994. Soc. Environ. Tox. Chem. 16 : 1606-1617.

77. Hall, L. W., Jr., R. D. Anderson, J. V. Kilian and B. L. Lewis. 1997. Acute and chronic toxicity of copper to the estuarine copepod, *Eurytemora affinis*: Influence of organic complexation and speciation. Chemsophere 35: 1567-1597.

78. Hall, L. W., Jr., R. D. Anderson and M.S. Ailstock. 1997. Chronic toxicity of atrazine to sago pondweed at a range of salinities: Implications for criteria development and ecological risk. Arch. Environ. Contam. Toxicol. 33: 261-267.

79. Hall, L. W., Jr., M. C. Scott and W. D. Killen. 1998. An ecological risk assessment of copper and cadmium in surface waters of the Chesapeake Bay watershed. Environ. Toxicol. Chem. 17: 1172-1189.

80. Roth, N. M. Southerland, J. Chaillou, R. Klauda, P. Kazyak, S. Stranko, S. Weisberg, L. Hall, Jr. and R. Morgan, II. 1998. Maryland biological stream survey: Development of an index of biotic integrity. Environ. Monitor. Assess. 51: 89-106.

81. Hall, L. W., Jr., R. D. Anderson, J. Kilian and D. P. Tierney. 1999. Concurrent exposure assessments of atrazine and metalachlor in the mainstem, major tributaries and small streams of the Chesapeake Bay watershed: Indicators of ecological risk. Environ. Monitor. Assess. 59: 155-190.

82. Hall, L. W., Jr. and R. D. Anderson. 1999. A deterministic ecological risk assessment for copper in European saltwater environments. Mar. Poll. Bull. 38: 207-218.

13

83. Hall, L. W., Jr., J. M. Giddings, K. R. Solomon and R. Balcomb. 1999. An ecological risk assessment for the use of Irgarol 1051 as an algaecide for antifouling paints. Critical Reviews in Toxicology 29: 367-437.

84. Hall, L. W., Jr., M. C. Scott, W. D. Killen and M. A. Unger. 2000. A probabilistic ecological risk assessment of tributyltin in surface waters of the Chesapeake Bay watershed. Human Ecol. Risk Assess. 6: 141-179.

85. Hall, L. W. Jr., and J. M. Giddings. 2000. The need for multiple lines of evidence for predicting site-specific ecological effects. Human Ecol. Risk Assess. 6: 679-710.

86. Giddings, J. M., L. W. Hall, Jr. and K. R. Solomon. 2000. An ecological risk assessment of diazinon in the Sacramento and San Joaquin Basins, California. Risk Analysis 20: 545-572.

87. Solomon, K. R., J. M. Giddings, and L. W. Hall, Jr. 2001. Olfactory measures of effects, population endpoints in endangered salmon and probabilistic risk assessments. SETAC Globe 3: 21-22.

88. Hall, L. W. Jr. and J. M. Giddings. 2001. Letter to the editor responding to de Vlaming et al. 2001 on paper entitled the need for multiple lines of evidence for predicting site-specific ecological effects. Human Ecol. Risk Assess. 2: 459-466.

89. Hall, L. W. Jr., R. M. Morgan II, E. S. Perry, and A. Waltz. 2002. Development of a provisional physical habitat index for Maryland freshwater streams. Environ. Monitor. Assess. 76: 265-291.

90. Hall, L. W. Jr., R. D. Anderson and R. M. Alden III. 2002. A ten-year summary of concurrent ambient water column and sediment toxicity tests in the Chesapeake Bay watershed: 1990-1999. Environ. Monitor. Assess. 76: 311-352.

91. Hall, L. W. Jr. 2003. Analysis of diazinon monitoring data from the Sacramento and Feather River watersheds: 1991-2001. Environ. Monitor. Assess. 86: 233-253.

92. Hall, L. W. Jr. 2003. Historical analysis of diazinon from the San Joaquin River watershed with implications for exceeding water quality targets. California Fish and Game 89:1-19.

93. Hall, L. W. Jr., W. D. Killen, R. D. Anderson and E. Perry. 2004. Analysis of historical salinity and boron surface water monitoring data from the San Joaquin River watershed: 1985-2002. Environ. Monitor. Assess. 95: 125-151.

94. Hall, L. W. Jr. and R. D. Anderson. 2003. Parametric and probabilistic analysis of historical chlorpyrifos surface water monitoring data from the San Joaquin River watershed: 1991-2001. Water, Air, Soil Pollut. 150: 275-298.

95. Hall, L. W. Jr. and P. R. Gardinali. 2004. Ecological risk assessment for Irgarol 1051 and its major metabolite in United States surface waters. Human Ecol. Risk Assess. 10: 525-542.

96. Hall, L. W. Jr. and W. D. Killen. 2004. Occurrence of Irgarol and its metabolite in Maryland waters of Chesapeake Bay. Mar. Pollut. Bull. 48: 554-562.

97. Hall, L. W. Jr. and W. D. Killen. 2005. Temporal and spatial assessment of water quality, physical habitat and benthic communities in an impaired agricultural stream in California's San Joaquin Valley. J Environ. Sci. and Hlth. Part A 40: 959-989.

98. Hall, L. W. Jr. and R. D. Anderson. 2005. Acute toxicity of diazinon to the amphipod, *Gammarus pseudolimnaeus*: Implications for water quality criteria development. Bull. Environ. Contam. Toxicol. 74: 94-99.

99. Hall, L. W. Jr., W. D. Killen, and R. D. Anderson. 2005. Characterization of benthic communities and physical habitat in the Stanislaus, Tuolumne and Merced Rivers in 2003. Environ. Monitor Assess.

100. Hall, L. W. Jr., W. D. Killen, R. D. Anderson, P. R. Gardinali, and R. Balcomb. 2005. Monitoring of Irgarol 1051 concentrations with concurrent phytoplankton evaluations in East Coast areas of the United States. Mar. Pollut. Bull.

101. Hall, L. W. Jr. and D. T. Burton. in press. An integrated case study for evaluating the impacts of an oil refinery effluent on aquatic biota in the Delaware River: Introduction, study approach and objectives. Human Ecol. Risk Assess.

102. Hall, L. W. Jr., D. M. Dauer, R. W. Alden III, A. D. Uhler, J. DiLorenzo, D. T. Burton and R. D. Anderson. in press. An integrated case study for evaluating the impacts of an oil refinery effluent on aquatic biota in the Delaware River: Sediment quality triad studies. Human Ecol. Risk Assess.

103. Uhler, A. D., S. Emsbo-Mattingly, L. W. Hall Jr., and D. T. Burton. in press. An integrated case study for evaluating the impacts of an oil refinery effluent on aquatic biota in the Delaware River: Advanced chemical fingerprinting of PAHs. Human Ecol. Risk Assess.

104. Salazar, M H., S. M. Salazar, D. T. Burton, and L. W. Hall, Jr. in press. An integrated case study for evaluating the impacts of an oil refinery effluent on

aquatic biota in the Delaware River: Bivalve bioavailability studies. Human Ecol. Risk Assess.

105.  Alexander, C. R., R. F. Lee, D. T. Burton, and L. W. Hall, Jr. in press. An integrated case study for evaluating the impacts of an oil refinery effluent on aquatic biota in the Delaware River: Sediment core studies. Human Ecol. Risk Assess.

106.  Alden, R. W. III, L. W. Hall, Jr., D. M. Dauer, and D. T. Burton. in press. An integrated case study for evaluating the impacts of an oil refinery effluent on aquatic biota in the Delaware River: Integration and analysis of study components. Human Ecol. Risk Assess.

BOOKS

1.  Hocutt, Charles H., Jay R. Stauffer, Jr., John E. Edinger, Lenwood W. Hall, Jr. and Raymond P. Morgan II (eds.). 1980. Power plants: Effects on fish and shellfish behavior. Academic Press Inc., NY 336 pp.

2.  Hall, Lenwood W. Jr., George R. Helz and Dennis T. Burton. 1981. Power plant chlorination: A biological and chemical assessment. Ann Arbor Sci. Publ. Inc. Ann Arbor, MI. 237 pp.

3.  Majumdar, S. K., L. W. Hall, Jr. and H. M. Austin. 1987. Contaminant problems and management of living Chesapeake Bay resources. Pennsylvania Academy of Science, Harrisburg, PA. 573 pp.

4.  Giddings, J. M., T. A. Anderson, L. W. Hall, Jr., A. J. Hosmer, R. J. Kendall, R. P. Richards, K. R. Solomon, and W. D. Williams. 2005. A probabilistic aquatic ecological risk assessment of atrazine in North American surface waters. SETAC Press, Pensacola. FL.

BOOK CHAPTERS AND MONOGRAPHS

1.  Buikema, Arthur L., Jr., John Cairns, Jr. and Lenwood W. Hall, Jr. 1976. Grass shrimp invertebrate bioassay for refinery effluents training manual. American Petroleum Institute Workshop. March 16 and 17, 1976 held at Virginia Polytechnic Institute and State University, Blacksburg, VA. 110 pp.

2.  Hall, Lenwood W., Jr. 1978. The effects of geographic location on the temperature preference of the white perch, *Morone americana*. Masters Thesis Fisheries Management, Frostburg State College, Frostburg, MD. 59 pp.

3.  Hall, Lenwood W. Jr. 1980. Blue crab behavior in relation to power plants, p. 207-226. In: Charles H. Hocutt, Jay R. Stauffer, Jr., John E. Edinger, Lenwood W. Hall, Jr. and Raymond P. Morgan II (eds.) Power plants: Effects on fish and shellfish behavior. Academic Press Inc., NY.

4.  Burton, Dennis T., Lenwood W. Hall, jr. and Stuart L. Margrey. 1980.
    Multifactorial chlorine, "delta" T and exposure duration studies of spring power
    plant operations on three estuarine invertebrates, p. 547-556. In: R. L. Jolley,
    R. B. Cumming and W. A. Brungs (eds.) Water chlorination environmental
    impact and health effects, Vol. 3. Ann Arbor Sc. Publ. Inc., Ann Arbor, MI

5.  Hall, Lenwood W., Jr., George R. Helz and Dennis T. Burton. 1981. Power
    plant chlorination perspective, p. 105. In: Lenwood W. Hall, Jr., George R.
    Helz and Dennis T. Burton. Power plant chlorination: A biological and
    chemical assessment. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

6.  Burton, Dennis T. and Lenwood W. Hall, Jr. 1981. Chlorine toxicity
    methodologies, p. 51-58. In: Lenwood W. Hall, Jr., George R. Helz and
    Dennis T. Burton. Power plant chlorination: A biological and chemical
    assessment. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

7.  Hall, Lenwood W., Jr. and Dennis T. Burton. 1981. Freshwater toxicity
    studies, p. 59-130. In: Lenwood W. Hall, Jr., George R. Helz and Dennis T.
    Burton. Power plant chlorination: A biological and chemical assessment. Ann
    Arbor Sci. Publ. Inc., Ann Arbor, MI.

8.  Hall, Lenwood W., Jr. and Dennis T. Burton. 1981. Estuarine and marine
    toxicity studies, p. 131-217. In: Lenwood W. Hall, Jr., George R. Helz and
    Dennis Burton. Power plant chlorination: A biological and chemical
    assessment. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

9.  Burton, Dennis T., Lenwood W. Hall, Jr. and George R. Helz. 1981. Research
    recommendations, p. 219-222. In: Lenwood W. Hall, Jr., George R. Helz and
    Dennis T. Burton. Power plant chlorination: A biological and chemical
    assessment. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

10. Burton, Dennis T. and Lenwood W. Hall, Jr. 1982. Alternatives to chlorination
    for controlling biofouling in cooling water systems of steam electric generating
    stations, p. 157-169. In: Chlorine-bane or benefit? Proceedings of a
    conference on the uses of chlorine in estuaries. Chesapeake Research
    Consortium, Inc., Shady Side, MD.

11. Hall, Lenwood W., Jr., Dennis T. Burton, Stuart L. Margrey and William C.
    Graves. 1983. Predicted mortality responses of Chesapeake Bay organisms
    exposed to simulated power plant chlorination conditions at various acclimation
    temperatures, p. 1005-1017. In: R. L. Jolley, W. A. Brungs, J. A. Contruvo, R.
    B. Cumming, J. S. Mattice and V. A. Jacobs (eds.) Water chlorination
    environmental impact and health effects, Vol.4, Book 2 Environment, Health
    and Risk. Ann Arbor Sci. Publ. Inc., Ann Arbor, MI.

12. Hall, Lenwood W., Jr., Stuart L. Margrey, William C. Graves and Dennis T.
    Burton. 1983. Avoidance responses of juvenile Atlantic menhaden, *Brevoortia
    tyrannus*, subjected to simultaneous chlorine and "delta" T conditions, p. 983-
    991. In: R. L. Jolley, W. A. Brungs, J. A. Contruvo, R. B. Cumming, J. S.
    Mattice and V. A. Jacobs (eds.) Water chlorination environmental impact and
    health effects, Vol. 4, Book 2, Environment, health and Risk. Ann Arbor Sci.
    Publ. Inc., Ann Arbor, MI.

13. Hall, Lenwood W., Jr., Michael J. Lenkevich, W. Scott Hall, Alfred E. Pinkney
    and Steven J. Bushong. 1986. Monitoring organotin concentrations in
    Maryland waters of Chesapeake Bay, p. 1275-1279. In: Oceans 86
    Proceedings Volume 4 Organotin Symposium. Marine Technology Society,
    Washington, D.C.

14. Stephenson, M. D., D. R. Smith, L. W. Hall, Jr., W. E. Johnson, P. Michel, J.
    Short, M. Waldock and R. J. Huggett. 1987. An intercomparison of butyltin
    determinations in mussel tissue and sediments. p. 1334-1338. In: Oceans '87 –
    Organotin Symposium. Marine Technology Society, Washington, DC.

15. Johnson, W. E., L. W. Hall, Jr., S. J. Bushong and W. S. Hall. 1987. Organotin
    concentrations in centrifuged versus uncentrifuged water column samples and in
    sediment pore waters of a northern Chesapeake Bay tributary. p. 1364-1369.
    In: Oceans '87 – Organotin Symposium. Marine Technology Society,
    Washington, DC.

16. Bushong, S. J., W. S. Hall, W. E. Johnson and L. W. Hall, Jr. 1987. Toxicity of
    tributyltin to selected Chesapeake Bay biota. p. 1499-1503. In: Oceans '87 –
    Organotin Symposium. Marine Technology Society, Washington, DC.

17. Hall, L. W. Jr. and S. J. Bushong. 1996. A review of acute effects of tributyltin
    compounds on aquatic biota, p. 157-190. In: M. A. Champ and P. F. Seligman
    (eds.). Organotins: Environmental Fate and Effects, Chapman & Hall Medical,
    London, England.

18. Huggett, R. J., D. A. Evans, W. G. MacIntyre, M. A. Unger, P. F. Seligman and
    L. W. Hall, Jr. 1996. Tributyltin concentrations in waters of the Chesapeake
    Bay, p. 485-502. M. A. Champ and P. F. Seligman (eds.). Organotins:
    Environmental Fate and Effects, Chapman & Hall Medical, London, England.

19. Hamilton, E. S. and L. W. Hall, Jr. 1991. Striped bass, *Morone saxatilis*, p. 13-
    1 – 13-31. Habitat Requirements for Chesapeake Bay Living Resources,
    Second Edition. Maryland Department of Natural Resources, Annapolis, MD.

20. Klauda, R. J., S. A. Fisher, L. W. Hall, Jr. and J. A. Sullivan. 1991. American
    shad and Hickory shad, *Alosa sapidissima* and *Alosa mediocris*, p. 9-1 – 9-27.

In: Habitat Requirements for Chesapeake Bay Living Resources, Second Edition. Maryland Department of Natural Resources, Annapolis, MD.

21.    Klauda, R. J., S. A. Fischer, L. W. Hall, Jr. and J. A. Sullivan. 1991. Alewife and Blueback herring, *Alosa pseduoharenaus* and *Alosa aestivalis*, p. 10-1 1 10-29. In: Habitat Requirements for Chesapeake Bay Living Resources, Maryland Department of Natural Resources Annapolis, MD.

22.    Giddings, J. M. and L. W. Hall, Jr. 1996. The aquatic ecotoxicology of triazine herbicides. American Chemical Symposium New Orleans, LA.

23.    Johnson, W. E., L. W. Hall, Jr., R. D. Anderson and C. P. Rice. 1999. A small agricultural watershed study on Maryland's outer Atlantic coastal plain. ASC Symposium Series 1998, Dallas, TX.

24.    Benson, W. H., H. E. Allen, J. P. Connolly, C. G. Delos, L. W. Hall, Jr., S. N. Loma, D. Maschwitz, J. S. Meyer, J. W. Nichols and W. A. Stubblefield. 1999. Reevaluation of the state of the science for water quality criteria development: Exposure analysis. Chapter 2, Pellston Workshop, Gregson, MT.

TECHNICAL REPORTS

1.    Buikema, Arthur L., Jr., John Cairns, Jr., Clarence Rutherford, Randy Ardmant, Lenwood W. Jr. and Joyce Hoyle. 1976. Interim report to the American Petroleum Institute: Estuarine studies. Report, American Petroleum Institute, Washington DC. 15 pp.

2.    Buikema, Arthur L., Jr., John Cairns, Jr., Clarence Rutherford, Randy Ardmant, Lenwood W. Hall, Jr. and Joyce Hoyle. 1976. The effects of refinery effluents on freshwater and marine organisms and enzyme activity. Report, American Petroleum Institute, Washington, DC. 41 pp.

3.    Buikema, Arthur L., Jr., John Cairns, Jr. and Lenwood W. Hall, Jr. 1976. Development of a simple estuarine invertebrate bioassay for evaluating petroleum refinery effluents. Report, American Petroleum Institute, Washington, DC. 20 pp.

4.    Hocutt, Charles H., Jay R. Stauffer, Jr., John E. Edinger, Lenwood W. Hall, Jr. and Raymond P. Morgan II. 1978. Fish and crab behavior in the vicinity of cooling water intake and discharge structures. Report, State of Maryland, Department of Natural Resources, Power Plant Citing Program, Annapolis, MD. 293 pp.

5.  Melisky, Edward L., John E. Cooper and Lenwood W. Hall, Jr. 1978. The
    fishes of swamp areas in western Maryland. Report, University of Maryland,
    Frostburg State College, Frostburg, MD. 10 pp.

6.  Hall, Lenwood W., Jr., Dennis T. Burton and Stuart L. Margrey. 1978.
    Impinged fish and blue crab delayed survival at PEPCO's Chalk Point
    Generating Facility. Report, Potomac Electric Power Company, Washington,
    DC. 43 pp.

7.  Hall, Lenwood W., Jr., George R. Helz and Dennis T. Burton. 1980. Power
    plant chlorination: A biological and chemical assessment. Report EPRI EA-
    1750 RT-1312-1, Electric Power Research Institute, Palo Alto, CA. 303 pp.

8.  Portner, Edward M., John J. Lentz, William D. Stanbro, Gary A. Yoshioka,
    Dennis T. Burton and Lenwood W. Hall, Jr. 1981. Prediction of impacts from
    the solid wastes disposal area for the proposed Vienna Unit No. 9. Report No.
    JHU PPSE 805, State of Maryland, Department of Natural Resources, Power
    Plan Citing Program, Annapolis, MD 224 pp.

9.  Hall, Lenwood W., Jr., Dennis T. Burton, William C. Graves and Stuart L.
    Margrey. 1981. The effects of dechlorinated industrial effluent on striped bass
    (*Morone saxatilis*). Report PPSP-MP-33, State of Maryland, Department of
    Natural Resources, Power Plant Citing Program, Annapolis, MD. 29 pp

10. Hall, Lenwood W., Jr., Stuart L. Margrey and William C. Graves. 1981.
    Acclimation temperature: An important factor influencing the interactions of
    chlorine, "delta" T and exposure duration to eggs, prolarvae and larvae of
    striped bass, *Morone saxatilis*. Report PPRP-47, State of Maryland,
    Department of Natural Resources, Power Plant Citing Program, Annapolis, MD.
    45 pp.

11. Hall, Lenwood W., Jr. and Stuart L. Margrey. 1981. Avoidance responses of
    estuarine fish subjected to heated chlorinated and dechlorinated power plant
    conditions. Progress Report. State of Maryland, Department of Natural
    Resources, Power Plant Citing Program, Annapolis, MD. 12 pp.

12. Hetrick, Frank M., Bob S. Roberson, Lenwood W. Hall, Jr., William C. Graves,
    Alicia Toranzo, Susan Wolski and Jim Stave. 1982. Effect of low chlorine
    levels on the susceptibility of striped bass to bacterial disease. Progress Report.
    State of Maryland, Department of Natural Resources, Power Plant Citing
    Program, Annapolis, MD. 27 pp.

13. Hetrick, F. M., B. S. Roberson, L. W. Hall, Jr., J. Barja, W. C. Graves, J. Stave,
    A. Toranzo and S. Wolski. 1983. Effect of low chlorine levels on the
    susceptibility of striped bass to bacterial disease. Final Report. State of

Maryland, Department of Natural Resources, Power Plant Citing Program, Annapolis, MD. 46 pp.

14. Hall, L. W., Jr. 1983. Avoidance responses of fish to organotin antifouling paint. Final Report. Internal Research and Development Committee, (U.S. Navy Sponsor) The Johns Hopkins University, Applied Physics Laboratory, Laurel, MD. 12 pp.

15. Hall, Lenwood W. Jr. 1983. The effect of an organic-inorganic contaminant mixture on fertilization, hatching success and prolarval survival of striped bass, *Morone saxatilis*. Final Report. U.S. Fish and Wildlife Service, Kearneysville, WV. 23 pp.

16. Hall, Lenwood W., Jr., Stuart L. Margrey and William C. Graves. 1983. Avoidance responses of estuarine fish to sulfur dioxide. Final report PPRP-85. State of Maryland, Department of Natural Resources and Department of Health and Mental Hygiene. Annapolis and Baltimore, MD. 20 pp.

17. Hall, Lenwood W., Jr., Stuart L. Margrey and William C. Graves. 1983. Avoidance responses of estuarine fish to sulfur dioxide. Final report PPRP-85. State of Maryland, Department of Natural Resources and Department of Health and Mental Hygiene. Annapolis and Baltimore, MD. 20 pp.

18. Hall, Lenwood W., Jr., 1984. Field assessment of striped bass, *Morone saxatilis* larval survival as related to contaminants and changes in water quality parameters. Final Report. U.S. Fish and Wildlife Service, Kearneysville, WV. 39 pp.

19. Hall, Lenwood W. Jr. 1985. "in-situ" investigations for assessing striped bass, *Morone saxatilis* larval and yearling survival as related to contaminants and changes in water quality parameters: Contaminant and water quality evaluations in east coast striped bass habitats. Final Report. U.S. Fish and Wildlife Service, Kearneysville, WV. 40 pp.

20. Hall, Lenwood W. Jr. 1986. "In-situ" investigation for assessing striped bass, *Morone saxatilis* larval and yearling survival as related to contaminants and water quality parameters in the Potomac River – Contaminant and water quality evaluations in east coast striped bass habitats. Progress Report. U.S. Fish and Wildlife Service, Kearneysville, WV. 22 pp.

21. Hall, Lenwood W. Jr. 1986. Monitoring organotin concentrations in Maryland waters of Chesapeake Bay. Final Report. State of Maryland, Department of Natural Resources, Annapolis, MD. 32 pp.

22. Hall, Lenwood W. Jr., W., Scott Hall and Steven J. Bushong. 1986. In-situ investigations for assessing striped bass, *Morone saxatilis*, larval and yearling

survival as related to contaminants and water quality parameters in the Potomac River – Contaminant and water quality evaluations in east coast striped bass habitats. Final Report. U.S. Fish and Wildlife Service, Kearneysville, WV. 61 pp.

23.   Hall, Lenwood W. Jr., Steven J. Bushong, W. Edward Johnson and W. Scott Hall. 1987. Spatial and temporal distribution of butyltin compounds in a northern Chesapeake Bay marina and receiving system. Final Report. NAVSEA, Washington, DC. 30 pp.

24.   Hall, Lenwood W. Jr., Steven J. Bushong, W. Scott Hall and W. Edward Johnson. 1987. Acute and chronic effects of tributyltin on a Chesapeake Bay copepod. Progress Report. NAVSEA, Washington, DC. 24 pp.

25.   Hall, Lenwood W. Jr., Steven J. Bushong, Michael C. Ziegenfuss and W. Scott Hall. 1987. Mobile on-site and in-situ striped bass contaminant studies in the Choptank River and upper Chesapeake Bay-Annual contaminant and water quality evaluations in East coast striped bass spawning habitats. Final Report U.S. Fish and Wildlife Service, Kearneysville, WV. 67 pp.

26.   Bushong, Steven J., Lenwood W. Hall, Jr., W. Edward Johnson, W. Scott Hall and Michael C. Ziegenfuss. 1987. Acute and chronic toxicity of tributyltin to selected Chesapeake Bay fish and invertebrates. Final Report. NAVSEA, Washington, DC. 66 pp.

27.   Hall, Lenwood W. Jr., Michael C. Ziegenfuss, Steven J. Bushong and Michael A. Unger. 1988. Striped bass contaminant and water quality studies in the Potomac River and upper and Chesapeake Bay – Annual contaminant and water quality monitoring in east coast striped bass habitats. Progress Report. U.S. Fish and Wildlife Service, Kearneysville, WV. 32 pp.

28.   Fisher, D. J., D. T. Burton, L. W. Hall, Jr., R. L. Paulson and C. M. Hersh. 1988. Standard operating procedures for short-term chronic effluent toxicity tests with freshwater and saltwater organisms. Manual. State of Maryland, Department of the Environment, Baltimore, MD. 165 pp.

29.   Bushong, S. J., M. C. Ziegenfuss, M.A. Unger and L. W. Hall, Jr. 1988. Repeated chronic tributyltin toxicity experiments with the estuarine copepod, *Acartia tonsa*. Final Report, NAVSEA, Washington, DC. 35 pp.

30.   Hall, L. W. Jr., M. A. Unger, S. J. Bushong and M. C. Ziegenfuss. 1989. butyltin monitoring in a northern Chesapeake Bay marina and river system in 1988: An assessment of tributyltin legislation. Final Report. NAVSEA, Washington, DC. 52 pp.

31.  Unger, M. A., L. W. Hall, Jr. and J. A. Sullivan, 1990.  A survey of tributyltin
     concentrations in softshell clams (*Mya arenaria*) from Maryland waters of
     Chesapeake Bay.  Final Report, Maryland Department of Environment,
     Baltimore, MD. 45 pp.

32.  Hall, L. W. Jr., M. A. Unger, M. C. Ziegenfuss, J. A. Sullivan and S. J.
     Bushong. 1990.  Butyltin and copper monitoring in a northern Chesapeake Bay
     marina and river system in 1989: An assessment of tributyltin legislation.  Final
     Report, Maryland Department of Natural Resources, Annapolis, MD. 48 pp.

33.  Hall, L. W. Jr., M. C. Ziegenfuss, S. A. Fischer, R.W. Alden III, E. Deaver, J.
     Gooch and N. Debert-Hastings. 1991.  A pilot study for ambient toxicity testing
     in Chesapeake Bay.  Year I Report, Volume 1, Maryland Department of Natural
     Resources, Annapolis, MD. 196 pp.

34.  Hall, L. W. Jr., M. C. Ziegenfuss, S. J. Bushong, J. A. Sullivan and M. A.
     Unger. 1991.  Striped bass contaminant and water quality studies in the
     Potomac River and upper Chesapeake Bay in 1989: Annual contaminant and
     water quality evaluations in east coast striped bass habitats.  Final Report.  U.S.
     Fish and Wildlife Service, Kearneysville, WV. 84 pp.

35.  Hall, L. W. Jr., M.C. Ziegenfuss, S. A. Fischer, J. A. Sullivan and D. M.
     Palmer. 1992.  In-situ striped bass contaminant and water quality studies in the
     Potomac River and upper Chesapeake Bay in 1990.  Final Report.  U. S. Fish
     and Wildlife Service, Kearneysville, WV. 62 pp.

36.  Hall, L. W. Jr., S. A. Fischer, W. D. Killen, M. C. Ziegenfuss and R. D.
     Anderson. 1992.  1991 Doser study in Maryland's Coastal Plain: Use of lime
     doser to mitigate stream acidification.  Final Report.  Maryland Department of
     Natural Resources, Annapolis, MD.

37.  Fischer, S. A. and L. W. Hall, Jr. 1992.  A review of environmental
     concentrations and aquatic toxicity data on diflubenzuron (Dimilin).  Final
     Report.  Maryland Department of Agriculture, Annapolis, MD. 107 pp.

38.  Hall, L. W. Jr., M. C. Ziegenfuss, S. A. Fischer, R. D. Anderson, W. D. Killen,
     R. W. Alden III, E. Deaver, J.W. Gooch and N. Shaw. 1992.  A pilot study for
     ambient toxicity testing in Chesapeake Bay.  Year 2 Report, Maryland
     Department of Natural Resources, Annapolis, MD.  173 pp.

39.  Hall, L. W. Jr., S. A. Fischer, W. D. Killen, Jr., M. C. Scott, M. C. Ziegenfuss
     and R. D. Anderson. 1993.  A pilot study to evaluate biological, physical,
     chemical and land-use characteristics in Maryland coastal plain streams.  Final
     report.  Maryland Department Natural Resources, Annapolis, MD.  100 pp.

40. Ziegenfuss, M. C. and L. W. Hall, Jr. 1993. Screening of candidate species for development of Standard Operating Procedures for aquatic toxicity testing with resident Chesapeake Bay biota. Final report. Maryland Department of Environment, Baltimore, MD. 88 pp.

41. Hall, L. W. Jr., M. C. Ziegenfuss, R. D. Anderson, T. D. Spittler and L. Lahr. 1994. The influence if salinity and sediment on the loss of atrazine from the water column. Final Report. Ciba Geigy Corporation, Greensboro, NC. 45 pp.

42. Hall, L. W. Jr., R. D. Anderson and W. D. Killen, 1993. A review of aquatic toxicity data with atrazine: Implications of ecological risk based on environmental concentrations. Draft report. Ciba Geigy Corporaiton, Greensboro, NC. 135 pp.

43. Hall, L. W. Jr., M. C. Ziegenfuss, R. D. Anderson, W. D. Killen, R. W. Alden and P. Adolphson. 1994. A pilot study for ambient toxicity testing in the Chesapeake Bay: Year 3. Final Report. Maryland Department of Natural Resources, Annapolis, MD. 110 pp.

44. Hall, L. W. Jr., M. C. Ziegenfuss and R. D. Anderson. 1993. An assessment of salinity effects on the toxicity of atrazine to Chesapeake Bay species: Data needs for development of estuarine aquatic life criteria. Final report. Maryland Department of Environment, Baltimore, MD. 28 pp.

45. Hall, L. W. Jr. and M. C. Ziegenfuss. 1993. Porewater toxicity tests with the coot clam, *Mulinia lateralis* in Kings Creek and reference areas. Data report. ICF Kaiser Engineers, Abington, MD. 8 pp.

46. Hall, L. W. Jr., S. A. Fischer, W. D. Killen, Jr., M. C. Ziegenfuss and R. D. Anderson. 1994. 1992 Doser study in Maryland's coastal plain: Use of limestone doser to mitigate stream acidification. Final report. Maryland Department of Natural Resources, Annapolis, MD. 116 pp.

47. Hall, L. W. Jr., W. D. Killen, Jr., M. C. Scott and R. D. Anderson. 1994. A pilot study designed to evaluate the provisional sampling design for the Maryland Biological Stream Survey in two watersheds. Final report. Maryland Department of Natural Resources, Annapolis, MD. 16 pp.

48. Hall, L. W. Jr., M. C. Ziegenfuss and R.D. Anderson. 1994. The influence of salinity on the chronic toxicity of atrazine to an estuarine copepod: Filling a data need for development of an estuarine chronic criterion. Final Report. Ciba Geigy Corporation, Greensboro, NC. 28 pp.

49. Ziegenfuss, M.C. and L. W. Hall, Jr. 1994. Standard operating procedures for conducting acute and chronic aquatic toxicity tests with *Eurytemora affinis*, a

calanoid copepod. Report. U.S. Environmental Protection Agency, Chesapeake Bay Program, Annapolis, MD. 45 pp.

50. Hall, L. W. Jr. and R. D. Anderson. 1994. The influence of salinity on the toxicity of various classes of chemicals of aquatic biota. Report. Maryland Department of the Environment, Baltimore, MD. 199 pp.

51. Hall, L. W. Jr., M. C. Ziegenfuss, R. D. Anderson and B. L. Lewis. 1994. The effect of salinity on the acute toxicity of total and free cadmium to the copepod *Eurytemora affinis* and the larval fish, *Cyprinodon variegates*. Report. Maryland Department of the Environment, Baltimore, MD. 38 pp.

52. Hall, L. W. Jr., M. C. Scott, W. D. Killen, Jr., J.V. Kilian and C. L. Speir. 1994. A 1994 Maryland biological stream survey demonstration project in coastal plain streams. Report. Maryland Department of Natural Resources, Annapolis, MD. 21 pp.

53. Hall, L. W. Jr. and R. D. Anderson. 1994. The effect of salinity on the acute toxicity of atrazine to the copepod, *Acartia tonsa*. Report. Ciba Geigy Corporation, Greensboro, NC. 26 pp.

54. Hall, L. W. Jr., M. C. Scott, W. D. Killen, Jr. and R. D. Anderson. 1994. A pilot study to evaluate biological, physical, chemical and land-use characteristics in Maryland coastal plain streams: Year 2. Report. Maryland Department of Natural Resources, Annapolis, MD. 173 pp.

55. Hall, L. W. Jr., R. D. Anderson and W. D. Killen. 1995. A review of aquatic toxicity data with atrazine. Final Report. Ciba Geigy Corporation, Greensboro, NC. 119 pp.

56. Solomon, K. R., D. B. Baker, K. R. Dixon, J. M. Giddings, J. P. Geisy, L. W. Hall, Jr., S. J. Klaine, T. W. LaPoint. R. P. Richards, C. P. Weisskopf, W. M. Williams and R. J. Kendall. 1995. Ecological risk assessment of atrazine in North American surface waters. Report for Ciba Geigy Corporation, Greensboro, NC.

57. Adams, W., L. Davis, J. Giddings, L. Hall, Jr. R. Smith, K. Solomon and D. Vogel. 1996. An ecological risk assessment of diazinon in the Sacramento and San Joaquin river basins. Report for Ciba Geigy Corporation, Greensboro, NC. 168 pp.

58. Hall, L. W. Jr. 1996. Ecological risk of ammonia in the effluent of the Blue Plains wastewater treatment plant. Report for Department of Justice, Environmental Enforcement Division, Washington, DC. 38 pp.

59.  Hall, L. W. Jr., R. D. Anderson and J. V. Kilian.  1996.  Monitoring of atrazine and metalochlor in the mainstem, major tributaries and small streams of the Chesapeake Bay watershed.  Report.  Ciba Geigy Corporation, Greensboro, NC. 49 pp.

60.  Hall, L. W. Jr., M. C. Scott and W. D. Killen, Jr.  1996.  Development of biological indicators using fish in Maryland coastal plain streams.  Report. Maryland Department of Natural Resources, Chesapeake Bay Research and Monitoring Division, Annapolis, MD. 155 pp.

61.  Hall, L. W. Jr., R. D. Anderson, W. D. Killen, Jr., M. C. Scott, J. V. Kilian, R. W. Alden III, P. Adophson and R. A. Eskin.  1996.  Ambient toxicity testing in Chesapeake Bay.  Report.  U. S. Environmental Protection Agency, Chesapeake Bay program Office, Annapolis, MD. 81 pp.

62.  Hall, L. W. Jr., W. D. Killen Jr., M. C. Scott, J. V. Kilian and C. L. Speir.  1995. The 1995 Maryland biological stream survey in two coastal plain river basins. Report.  Maryland Department of Natural Resources, Monitoring and Non-tidal Assessment Division, Annapolis, MD.

63.  Hall, L. W. Jr., R. D. Anderson and M. S. Ailstock.  1997.  The influence of salinity on the chronic toxicity of atrazine to sago pondweed:  Filling a data need for development of an estuarine chronic criterion.  Report.  U.S. EPA Chesapeake Bay Program Office, Annapolis, MD.

64.  Hall, L. W. Jr., R. D. Anderson, J. V. Kilian and B. L. Lewis.  1997.  Acute and Chronic Toxicity of copper to the estuarine Copepod, *Eurytemora affinis*. Report.  U.S. EPA Chesapeake Bay Program Office, Annapolis, MD.

65.  Hall, L. W. Jr., W. D. Killen, Jr., M.C. Scott, J. V. Kilian and J. DeBerardinis. 1997.  The 1996 Maryland biological stream survey in four Piedmont/coastal plain river basins.  Report.  Maryland Department of Natural Resources, Monitoring and Non-tidal Assessment Division, Annapolis, MD.

66.  Hall, L. W. Jr., M. C. Scott and W. D. Killen.  1997.  A screening level probabilistic ecological risk assessment of copper and cadmium in the Chesapeake Bay watershed.  Final Report.  U. S. EPA Chesapeake Bay Program Office, Annapolis, MD.

67.  Hall, L. W. Jr., R. D. Anderson, R. W. Alden, III and P. Adolphson.  1997. Ambient toxicity testing in Chesapeake Bay:  Year 5.  Final Report.  U. S. EPA Chesapeake Bay Program Office, Annapolis, MD.

68.  Hall, L. W. Jr., R. D. Anderson and J. Kilian.  1997.  Monitoring of atrazine and metalochlor in the mainstem, major tributaries and small streams of the

Chesapeake Bay watershed: Implications for ecological risk. Final Report. Ciba Giegy (now Norvartis Crop Protection, Inc.). Greensboro, NC.

69. Giddings, J., L. W. Hall, Jr., K. Solomon, W. Adams, D. Vogel, L. Davis and R. Smith. 1997. An ecological risk assessment of diazinon in the Sacramento and San Joaquin River basins. Final Report. Norvartis Crop Protection, Greensboro, NC.

70. Hall, L.W., Jr., R. D. Anderson, B. L. Lewis and J. Schudlark. 1997. Acute and chronic toxicity of lead to the estuarine copepod, *Eurytemora affinis*. Final Report. Virginia Department of Environmental Quality, Richmond, VA.

71. Hall, L. W., Jr., R. D. Anderson, R. W. Alden III, A. Messing, T. Turner, D. Goshorn and M. McGinty. 1998. Ambient toxicity testing in Chesapeake Bay: Year 6. Final Report. U.S. EPA Chesapeake Bay Program Office, Annapolis, MD.

72. W. D. Killen and L. W. Hall, Jr. 1998. The 1997 Maryland Biological Stream Survey in three coastal plain river basins: Choptank, Pocomoke and West Chesapeake. Final Report. Maryland Department of Natural Resources, Annapolis, MD.

73. L. W. Hall, Jr. and R. D. Anderson. 1998. A deterministric ecological risk assessment for copper in Europen saltwater environments. Final Report. Rohm and Haas Company, Philadelphia, PA.

74. L. W. Hall, Jr., M. C. Scott and W. D. Killen. 1998. A probabilistic ecological risk assessment of tributyltin in the Chesapeake Bay watershed. Final Report. U.S. EPA Chesapeake Bay Program Office, Annapolis, MD.

75. L. W. Hall, Jr., M. C. Scott and R. D. Anderson. 1998. A probabilistic ecological risk assessment of zinc in surface waters of the Chesapeake Bay watershed. Final Report. U.S. EPA Chesapeake Bay Program Office, Annapolis, MD.

76. L. W. Hall, Jr., J. M. Giddings, K. R. Solomon and R. Balcomb. 1998. An ecological risk assessment for the use of Irgarol 1051 as an algaecide for antifouling paints. Final Report. Ciba Specialty Chemicals, Tarrytown, NY.

77. Hall, L. W., Jr., W. D. Killen, J. Killen and R. D. Anderson. 1999. Pilot study to develop assessment methods and biological indicators for tidal streams in Maryland's coastal plain. Final report. Maryland Department of Natural Resources, Annapolis, MD.

78. Hall, L. W., Jr., R. P. Morgan II, E. S. Perry and A. Waltz. 1999. Development of a physical habitat index for Maryland freshwater streams. Final report. Maryland Department of Natural Resources, Annapolis, MD.

79. Hall, L. W. Jr. and R. D. Anderson. 1999. A deterministic ecological risk assessment for zinc in European saltwater environments. Final report. Arch Chemical Company. Cheshire, CN.

80. Hall, L. W. Jr., R. D. Anderson and M. S. Ailstock. 1999. Chronic toxicity of Irgarol 1051 to submerged aquatic macrophytes. Final report. Ciba Specialty Chemicals, Tarrytown, NY.

81. Hall, L. W. Jr., R. D. Anderson, A. Messing, T. Turner, R. W. Alden II, D. Goshorn and M. McGinty. 2000. Ambient toxicity testing in Chesapeake Bay: Year 7. EPA 903/R/00/006. U.S. EPA, Chesapeake Bay Program Office, Annapolis, MD.

82. Hall, L. W. Jr., R. D. Anderson, A. Messing, J. Winfield, A. K. Jenkins, I. J. Weber, R. W. Alden III, D. Goshorn and M. McGinty. 2000. Ambient toxicity testing in Chesapeake Bay: Year 8. EPA 903/R/00/012. U.S. EPA, Chesapeake Bay Program Office, Annapolis, MD.

83. Hall, L. W. Jr., R. D. Anderson, A. Messing, J. Winfield, A. K. Jenkins, I. J. Weber, R. W. Alden III, D. Goshorn and M. McGinty. 2000. Ambient Toxicity testing in Chesapeake Bay: Year 9. Draft report. U.S. EPA, Chesapeake Bay Program Office, Annapolis, MD.

84. Hall, L. W. Jr., R. D. Anderson and J. Deberardinis. 2000. Development of biological indicators for small tidal streams and identification/evaluation of reference site conditions in non-tidal coastal plain streams. Report. Maryland Department of Natural Resources, Annapolis, MD.

85. Hall, L. W. Jr., R. D. Anderson and M. S. Ailstock. 2000. Chronic toxicity of the Irgarol metabolite GS26575 to Sago Pondweed. Final report. Ciba Specialty Chemicals, Tarrytown, NY.

86. Hall, L. W. Jr. and R. D. Anderson. 2000. A site specific probabilistic ecological risk assessment for diazinon in California's Newport Bay watershed. Report. Syngenta Crop Protection. Greensboro, NC.

87. Hall, L. W. Jr. and W. D. Killen. 2001. Characteristics of benthic communities and physical habitat in an agricultural and urban stream in California's Central Valley. Report. Dow AgroSciences, Indianapolis, IN.

88. Hall, L. W. Jr. 2001. Analysis of diazinon monitoring data from the Sacramento and Feather River watersheds: 1991-2001. Report. Makhteshim Agan, New York, NY.

89. Hall. L. W., Jr. and W. D. Killen. 2001. A pilot monitoring study for Irgarol and its metabolite in Maryland waters of Chesapeake Bay. Report. Ciba Specialty Chemicals, Tarrytown, NY.

90. Hall, L. W. Jr. 2002. Analysis of diazinon monitoring data from the San Joaquin River watershed: 1991-2001. Report. Makhteshim Agan, New York, NY.

91. Hall, L. W. Jr. 2002. Analysis of chlorpyrifos monitoring data from the San Joaquin river watershed: 1991-2001. Report. San Joaquin River Group Authority, Sacramento, CA.

92. Hall, L. W. Jr. and W. D. Killen. 2002. Characterization of benthic communities and physical habitat in agricultural streams in California's San Joaquin Valley. Report. Dow AgroSciences, Indianapolis, IN.

93. L. W. Hall, Jr. 2002. An ecological risk assessment for Irgarol and its major metabolite in United States surface waters. Report. Ciba Specialty Chemicals, Tarrytown, NY.

94. Hall, L. W. Jr. and W. D. Killen. 2003. Characterization of benthic communities and physical habitat in agricultural streams in California's San Joaquin Valley in 2002. Report. Dow AgroSciences, Indianapolis, IN.

95. Hall, L. W. Jr. 2003. Analysis of salinity and boron surface water monitoring data from the San Joaquin river watershed: 1985-2002. Report. San Joaquin River Group Authority, Sacramento, CA.

96. Hall, L. W. Jr. and W. D. Killen. 2003. A 2002 pilot monitoring study for Irgarol 1051 and its major metabolite in Maryland waters of Chesapeake Bay. Report. Ciba Specialty Chemicals, Tarrytown, NY.

97. Hall, L. W. Jr. and D. T. Burton. 2003. A baseline study for assessing the potential aquatic ecological effects from Motiva Enterprises LLC Delaware City Refinery effluent using the sediment triad approach. Draft report. Motiva Enterprises, Delaware City, DE.

98. Hall, L. W. Jr., W. D. Killen, and R. D. Anderson. 2004. Monitoring of Irgarol 1051 concentrations with concurrent phytoplankton evaluations in Maryland waters of Chesapeake Bay. Report. Ciba Specialty Chemicals, Tarrytown, NY.

99.    Hall, L. W. Jr. and W. D. Killen. 2004. Characterization of benthic communities and physical habitat in agricultural streams in California's San Joaquin Valley in 2003. Report. Makhteshim Agan of North America, New York, NY.

100.   Hall, L. W. Jr. and W. D. Killen. 2004. Characterization of benthic communities and physical habitat in three east side rivers of the San Joaquin watershed in 2003. Report. San Joaquin River Group Authority, Modesto, CA.

101.   Hall, L. W. Jr. and R. D. Anderson. 2004. Acute toxicity of diazinon to the amphipod, *Gammarus pseudolimnaeus*. Report. Makhteshim Agan of North America, New York, NY.

Research Contracts

| Project Title | Co-Principal Investigator(s) | Sponsor | Year | Funding |
|---|---|---|---|---|
| Chlorine, Delta T and Exposure Duration Effects on Estuarine Aquatic Biota | D. T. Burton | Potomac Electric Power Company | 1978-1979 | 60K |
| Power Plant Chlorination: A Biological and Chemical Assessment | D. T. Burton | Electric Power Research Institute | 1979-1980 | 55K |
| Dechlorination Effects on Early Developmental Stages of Striped Bass | D. T. Burton | State of Maryland-Power Plant Citing Program | 1979-1980 | 19K |
| Effects of Base Temperature on the Interactions of Chlorine, Delta T and Exposure Durations to Eggs, Prolarvae and Larvae of Striped Bass | None | State of Maryland-Power Plant Citing Program | 1979-1980 | 65K |
| Avoidance Responses of Estuarine Fish Subjected to Heated Chlorinated and Dechlorinated Power Plant Effluents | None | State of Maryland-Power Plant Citing Program | 1981-1983 | 151K |
| Effects of Low Chlorine Levels on the Susceptibility of Striped Bass to Bacterial Disease | F. M. Hetrick B. S. Roberson | State of Maryland-Power Plant Citing Program | 1981-1983 | 182K |
| Behavior Modification of Estuarine Fish Subjected to Sulfur Dioxide | None | State of Maryland-Department of Health and Mental Hygiene and Power Plant Citing Program | 1982-1983 | 20K |
| Avoidance Responses of Estuarine Fish to Organotin Antifouling Paint. | None | U.S. Navy | 1982-1983 | 30K |
| The Effect of an Organic-Inorganic Contaminant Mixture on Fertilization, hatching Success and Prolarval Survival of Striped Bass | None | U.S. Fish and Wildlife Service | 1982-1983 | 60K |

| | | | | |
|---|---|---|---|---|
| Field Assessment of Striped Bass Larval Survival as Related to Contaminants and Changes in Water Quality Parameters | None | U.S. Fish and Wildlife Service | 1983-1984 | 121K |
| In-situ Inverstigations for Assessing Striped Bass Larval and Yearling Survival as Related to Contaminants and Changes in Water Quality Parameters – Annual Contaminant and Water Quality Evaluations in East Coast Striped Bass Habitats | None | U.S. Fish and Wildlife Service | 1985-1987 | 279K |
| Monitoring Orgnotin Concentrations in the Chesapeake Bay | None | State of Maryland Department of Natural Resources | 1985-1986 | 45K |
| Acute and Chronic Toxicity of Alum Sludge to Freshwater Aquatic Organisms | None | District of Columbia Department of Environmental Services | 1985-1986 | 25K |
| Environmental Assessment of Tributyltin in Chesapeake Bay | None | U.S. Navy – NAVSEA | 1986-1988 | 330K |
| Assessment of Effluent Toxicity | D. T. Burton D. J. Fisher | State of Maryland Department of Health and Mental Hygiene | 1986-1989 | 485K |
| An Evaluation of Tributyltin Toxicity to Chesapeake Bay Aquatic Biota | D. Wright | University of Maryland | 1986-1987 | 76K |
| Mobile On-Site and In-Situ Striped Bass Contaminant Studies in the Upper Chesapeake Bay and Choptank River | None | U.S. Fish and Wildlife Service | 1987-1988 | 188K |
| Striped Bass Contaminant Studies in Chesapeake Bay | None | U.S. Fish and Wildlife Service | 1988-1989 | 192K |
| Contaminant Evaluations in Chesapeake Bay Microlayer | None | U.S. Environmental Protection Agency | 1988-1989 | 23K |

| | | | | |
|---|---|---|---|---|
| Tributyltin Environmental Monitoring in Chesapeake Bay | M.A. Unger | State of Maryland Department of Natural Resources | 1989-1990 | 57K |
| Tributyltin Environmental Monitoring in Softshell Clams | M.A. Unger | State of Maryland Department of Environmental | 1989-1990 | 54K |
| Habitat Requirements for Chesapeake Bay Fish | None | State of Maryland Department of Natural Resources | 1989-1990 | 45K |
| Assessment of Effluent Toxicity | D.J. Fisher D.T. Burton | State of Maryland Department of Environmental | 1989-1994 | 1,357K |
| Striped Bass Contaminant Studies in Chesapeake Bay | None | U.S. Fish and Wildlife Service | 1989-1990 | 189K |
| Striped Bass Contaminant Studies in Chesapeake Bay | None | U.S. Fish and Wildlife Service | 1990-1992 | 160K |
| A Pilot Study for Ambient Toxicity Testing in Chesapeake Bay | R.W. Alden J.W. Gooch | Maryland Dept. Natural Resources and U.S. Environmental Protection Agency | 1990-1992 | 401K |
| A Review of Environmental Concentrations and Aquatic Toxicity Data on Dimilin | None | Maryland Dept. of Agriculture | 1990-1991 | 45K |
| 1991 Maryland Doser Study in Maryland Coastal Plain: Use of Lime Doser to Mitigate Stream Acidification | None | State of Maryland Department of Natural Resources | 1990-1992 | 356K |
| A Pilot Study to Evaluate Biological, Physical, Chemical and Land-use Characteristics in Maryland Coastal Plain Streams | S. A. Fischer | State of Maryland Department of Natural Resources | 1992-1994 | 199K |
| Development of Aquatic Life Criteria for Atrazine in Chesapeake Bay | None | State of Maryland Department of Environment | 1992-1993 | 95K |

| | | | | |
|---|---|---|---|---|
| 1992 Acidification Studies in Maryland's Coastal Plain: Use of Lime Doser to Mitigate Stream Acidification | S. A. Fischer | State of Maryland Department of Natural Resources | 1992-1994 | 177K |
| A Pilot Study for Ambient Toxicity Testing in Chesapeake Bay: Year 3 | R. W. Alden M. C. Ziegenfuss | State of Maryland Department of Natural Resources and U.S. Environmental Protection Agency | 1992-1994 | 180K |
| Development of SOPs for Chesapeake Bay Species | None | State of Maryland Department of Environment | 1992-1993 | 15K |
| Assessing the Toxicity of Tire Leachate | None | State of Maryland Department of Natural Resources | 1992-1994 | 14K |
| A Pilot Study to Evaluate Biological, Physical, Chemical and Land-use Characteristics in Maryland Coastal Plain Streams: Year 2 | None | State of Maryland Department of Environment | 1993-1995 | 175K |
| The Effects of Salinity on the Toxicity of Various Classes of Chemicals to Aquatic Biota | None | State of Maryland Department of Environment | 1993-1994 | 45K |
| Maryland Biological Stream Survey | None | State of Maryland Department of Natural Resources | 1993-1995 | 63K |
| Development of Estuarine Water Quality Criteria for Chesapeake Bay: SOP Development and Salinity Effects on Cadmium Toxicity | None | State Of Maryland Department of Environment | 1993-1995 | 135K |
| 1994 Maryland Biological Stream Survey Demonstration Project in Coastal Plain Streams | None | State of Maryland Department of Natural Resources | 1994-1996 | 120K |

| | | | | |
|---|---|---|---|---|
| Continued Development of Maryland Coastal Plain Stream Index of Biotic Integrity for Fish | None | State of Maryland Department of Natural Resources | 1994-1996 | 65K |
| A Study for Ambient Toxicity Testing in Chesapeake Bay: Year 4 | R. W. Alden | U.S. Environmental Protection Agency and Maryland Department of Environment | 1994-1996 | 154K |
| 1995 Maryland Biological Stream Survey | None | State of Maryland Department of Natural Resources | 1995-1997 | 114K |
| 1996 Maryland Biological Stream Survey | None | State of Maryland Department of Natural Resources | 1996-1998 | 114K |
| Chronic Toxicity of Atrazine to Sago Pondweed | None | U.S. Environmental Protection Agency and Maryland Department of Environment | 1996-1997 | 58K |
| A Study of Ambient Toxicity Testing in Chesapeake Bay: Year 5 | R.W. Alden | U.S. Environmental Protection Agency | 1995-1997 | 144K |
| Contaminant and Water Quality Investigations in the Chesapeake Bay Watershed | None | U.S. Environmental Protection Agency | 1996-1998 | 188K |
| 1997 Maryland Biological Stream Survey | | State of Maryland Department of Natural Resources | 1997-1999 | 114K |
| Contaminant and Water Quality Investigations in the Chesapeake Bay Watershed: Year II | None | U.S. Environmental Protection Agency | 1997-1999 | 148K |
| 1998 Maryland Biological Stream Survey | None | State of Maryland Department of Natural Resources | 1998-2000 | 80K |

| Development of a Physical Habitat Index for Maryland Freshwater Streams | R. Morgan | State of Maryland Department of Natural Resources | 1997-1999 | 45K |
|---|---|---|---|---|
| Contaminant and Water Quality Investigations in Chesapeake Bay: Year III | A. Messing D. Goshorn | U.S. Environmental Protection Agency | 1998-2000 | 94K |
| Develop Biological Indicators for Small Tidal Streams nad Identify/Evaluate Reference Site Conditions in Non-tidal Coastal Plain Streams | None | Maryland Department Natural Resources | 1999-2001 | 100K |
| Ambient Toxicity Testing in Chesapeake Bay: 1999-2001 | A. Messing D. Goshorn | U.S. Environmental Protection Protection Agency | 1999-2001 | 97K |
| Bioassessments in California Agricultural and Urban Streams | None | Dow AgroSciences | 2000-2002 | 325K |
| Assessing the Potential Aquatic Ecological Effects from Motiva Enterprises LLC Delaware City Refinery Effluent Using the Sediment Triad Approach | D. T. Burton | Motiva Enterprises | 1999-2002 | 400K |
| A Baseline Study for Assessing the Potential Aquatic Ecological Effects from Motiva Enterprises LLC | D.T. Burton | Motiva Enterprises | 2001-2005 | 1300K |
| Irgarol Monitoring in Chesapeake Bay | None | Ciba Specialty Chemicals | 2003-2004 | 75K |
| Bioassessments in the San Joaquin River Watershed | None | Makhteshim Agan (MANA) | 2003-2004 | 65K |
| Bioassessments in East San Joaquin River Tributaries | None | San Joaquin River Drainage Authority (SJRDA) | 2003-2004 | 88K |
| Irgarol Monitoring on East Coast of the U. S. | None | Ciba Specialty Chemicals | 2004-2005 | 98K |
| Diazinon toxicity to *Gammarus* | None | Makhteshim Agan | 2004 | 35K |

| Bioassessments in the San Joaquin River Tributaries | None | Dow, MANA, SJRDA | 2005-2006 | 110K |
|---|---|---|---|---|
| Irgarol Monitoring and Risk Assessment in U. S. Waters | None | Ciba Specialty Chemicals | 2005-2006 | 101K |
| Endangered Species Risk Assessments for Three Herbicides | None | Syngenta Crop Protection | 2005-2006 | 60K |