# L. HALL DECLARATION

# EXHIBIT 3
# PART 3

# APPENDIX D

Culturing and testing protocols for *Leptocheirus plumulosus* and *Hyalella azeta*.

# CULTURING AND TESTING PROTOCOLS FOR CONDUCTING SEDIMENT TOXICITY TESTS WITH FRESHWATER AND ESTUARINE AMPHIPODS

by:

Beth L. McGee, Ph.D.
Daniel J. Fisher, Ph.D.

UNIVERSITY OF MARYLAND
WYE RESEARCH AND EDUCATION CENTER
AQUATIC TOXICOLOGY LABORATORY
QUEENSTOWN, MARYLAND

JANUARY 1998
REVISED APRIL 1998

# TABLE OF CONTENTS

Page #

LIST OF TABLES                                                        IV
1. INTRODUCTION                                                       1
2. SAFETY                                                             1
3. GENERAL QUALITY ASSURANCE/QUALITY CONTROL                          2
    3.1   Negative Controls                       2
    3.2   Reference Sediments                     2
    3.3   Positive Controls                       2
    3.4   Blind Testing/Randomization             2
    3.5   Maintenance/Measurement of Water Quality   2
    3.6   Accuracy of counting and sorting        3
4. FACILITIES AND EQUIPMENT                                           3
    4.1   Testing Facility                        3
    4.2   Bioassay Chamber                        3
    4.3   Materials                               3
        4.3.1   Composition   3
        4.3.2   Cleaning      4
5. EXPOSURE CONDITIONS                                                4
    5.1   Overlying Water                         4
        5.1.1   Acceptability   4
        5.1.2   Source/preparation   4
        5.1.3   Characterization   4
    5.2   Sediments                               4
        5.2.1   Acceptability   4
        5.2.2   Source        4
        5.2.3   Characterization   5
        5.2.4   Field collected test sediment   5
    5.3   Lighting                                5
    5.4   Temperature                             5
    5.5   Dissolved Oxygen                        5
6. GENERAL BIOASSAY PROCEDURE                                         6
    6.1   Experimental Design                     6
    6.2   Handling and Acclimation                6
    6.3   Test Preparation (Day -1)               6
    6.4   Initiation of Test (Day 0)              7
        6.4.1   Water quality monitoring   7
        6.4.2   Observations  7
        6.4.3   Sorting/counting of test organisms   7

Page #

6.5    Daily Monitoring and Maintenance
       6.5.1    Water quality                                          9
       6.5.2    Observations                                           9
6.6    Termination                                                     9
       6.6.1    Water quality                                          9
       6.6.2    Observations                                           9
       6.6.3    Recovery                                               9
                6.6.3.1    10-d exposures                              10
                6.6.3.2    28-d expsrues                               10
6.7    Statistics                                                      10
7.0 ACCEPTABILITY OF TEST                                              11
8.0 DOCUMENTATION                                                      11
9.0 TEST SPECIES                                                       12
9.1    *Leptocheirus plumulosus* (Amphipoda: Aoridae)                 12
       9.1.1    Source                                                 12
       9.1.2    Culturing                                              12
       9.1.3    Life cycle                                             12
       9.1.4    Life stage                                             13
       9.1.5    Toxcity test specifications                            13
                9.1.5.1    Acute 10-d test                             13
                9.1.5.2    Partial life cycle 28-d test                16
9.2    *Hyalella azteca* (Amphipoda: Talitridae)                      16
       9.2.1    Source                                                 16
       9.2.2    Culturing                                              16
       9.2.3    Life cycle                                             16
       9.2.4    Life stage                                             16
       9.2.5    Toxcity test specifications                            17
                9.1.5.1    Acute 10-d test                             17
                9.1.5.2    Partial life cycle 28-d test                17
APPENDIX I        Culturing *Leptocheirus plumulosus*                 20
   Overview                                                            20
   Culture Materials List                                             20
   Typical Culturing Schedule                                         21
   Preparation of Culture Bins                                        21
   Preparation of Culture Sediment and Seawater                       22
   Selection of Animals to Establish Cultures                         22
   Food Preparation and Feeding                                       22
   Maintenance and Renewal of Cultures                                23
   Harvesting Cultures for Toxicity Test Animals                      23
APPENDIX II       Culturing *Hyalella azteca*                         24
   Overview
   Culture Materials List                                             24

Page #

Typical Culturing Schedule                          25
Maintenance and Renewal of Cultures                 25
Harvesting Cultures for Toxicity Test Animals       25
REFERENCES                                          26

# LIST OF TABLES

Page #

Table 1    Test conditions for reference toxicity tests
with *Leptocheirus plumulosus* and *Hyalella azteca*          8

Table 2    Test conditions for 10-d acute sediment toxicity
tests with *Leptocheirus plumulosus*                          14

Table 3    Test conditions for 28-d acute sediment toxicity
tests with *Leptocheirus plumulosus*                          15

Table 4    Test conditions for 10-d acute sediment toxicity
tests with *Hyalella azteca*                                  18

Table 5    Test conditions for 28-d acute sediment toxicity
tests with *Hyalella azteca*                                  19

# 1. INTRODUCTION

This document describes procedures for conducting toxicity tests to evaluate adverse effects of sediment-associated contaminants on aquatic organisms. The methods are designed to assess the toxic effects on invertebrate survival, growth and/or reproduction, in short (10 day) or long-term (28 day) partial life cycle exposures. Testing procedures are outlined for two species: *Hyalella azteca* (freshwater amphipod) and *Leptocheirus plumulosus* (estuarine amphipod). The protocols and methodologies described herein are modified from the most current ASTM (1992, 1994a,b) and EPA documents (1994a,b; DeWitt et al., 1997).

# 2. SAFETY

Many substances may pose health risks to humans if precautions are inadequate. Therefore, skin contact with all toxicants, overlying water, and sediments is minimized by wearing appropriate protective gloves (especially when washing equipment or putting hands into test sediments or solutions), laboratory coats, aprons and eyewear. Special precautions, such as covering test chambers and ventilating the area surrounding the chambers, are taken when conducting tests on volatile materials. Information on human toxicity, recommended handling procedures, and chemical and physical properties of the test material are studied before a test is begun and presented to all personnel involved.

Sediments collected from the field might be contaminated with hundreds of potentially toxic materials, and laboratory prepared sediments could be spiked with high concentrations of toxicants. All potentially contaminated sediments are handled in a manner to minimize exposure of researchers to toxic compounds. Mixing of toxic sediments in open containers, spiking of laboratory prepared sediments, and loading of toxic sediments into test chambers is done in a well-ventilated area, preferably a fume hood. Face shields or protective goggles are worn during operations that might involve accidental splashing of sediments, such as sieving, mixing and loading into test chambers.

Health and safety precautions and applicable regulations for disposal of stock solutions, overlying water from test chambers, test organisms, and sediments are considered before beginning a test.

Cleaning of equipment with a volatile solvent such as acetone, is performed in a well-ventilated area in which no smoking is allowed and no open flame is present. Cleaning equipment with acids is done only in a well-ventilated area, and protective gloves and safety goggles are worn.

To prepare dilute acid solutions, concentrated acid is added to water, not vice versa. Opening a bottle of concentrated acid and adding concentrated acid to water is performed only in a well-ventilated area or fume hood.

## 3. GENERAL QUALITY ASSURANCE/QUALITY CONTROL

The following general QA/QC procedures apply to all sediment bioassays. Procedures unique to a test species are incorporated into individual species bioassay protocols.

Standard laboratory procedures are followed in every aspect of testing. These include proper documentation, proper cleaning, avoidance of contamination, and maintenance of appropriate test conditions. All unusual observations or deviations from established procedures are recorded and reported.

### 3.1 Negative Controls

Every test requires a control sediment consisting of sediment from the species collection site or other sediment known to be non-toxic and within the geochemical requirements of the test species. This treatment will: a) give a measure of the acceptability of the test, b) provide evidence of the health and relative quality of test organisms, c) determine the suitability of overlying water, test conditions, food, handling procedures, etc. and d) provide a basis for interpreting data obtained from test sediments.

### 3.2 Reference Sediments

Reference sediments, collected from an area documented to be free from chemical contamination, represent the range of important physical and chemical variables found in the test sediments. This provides a site-specific basis for comparison of potentially toxic and non-toxic conditions.

### 3.3 Positive Controls

Acute 96 hr. aqueous tests with cadmium chloride for *Leptocheirus plumulosus* and KCl for *Hyalella azteca* will be conducted periodically or in conjunction with sediment toxicity tests to ensure species' sensitivities remain consistent.

### 3.4 Blind Testing/Randomization

Test beakers are randomly assigned to locations in the constant temperature water bath. During sorting of test organisms, individuals are impartially assigned to bioassay chambers.

### 3.5 Maintenance/Measurement of Water Quality

Bioassays involving exposure of organisms in aqueous media require that the media be uncontaminated and that proper water quality conditions be maintained to ensure survival of organisms and that undue stress (unrelated to test sediments) is not exerted on the organisms. Specifics of water quality monitoring are given in sections 6.4 and 6.5. At a minimum, the

2

following variables are measured at the beginning and end of testing: temperature, dissolved oxygen, pH, ammonia, conductivity/salinity, hardness (freshwater), and alkalinity (freshwater).

## 3.6  Accuracy of counting and sorting

To ensure accuracy in the number of test organisms initially added to test chambers approximately 25 % of the test animals will be double counted prior to loading.  Upon test breakdown, all sieved material will be double checked to ensure all live adult animals have been removed from the material and 25% of recovered organisms will be double counted.  Proficiency of personnel sorting neonates for the *L. plumulosus* reproductive endpoint will be evaluated by re-picking two random samples.  If any neonates were missed by the original sorter, all samples done by that person will be re-picked.  Once personnel have passed the proficiency test, 5% of their samples will be re-checked.

## 4.  FACILITIES AND EQUIPMENT

## 4.1  Testing Facility

Toxicity tests are conducted in an area separate from the culturing facility to avoid contamination by test materials, especially volatile compounds.

## 4.2  Bioassay Chamber

The bioassay chamber consists of a 1L beaker covered with a watchglass or a 300 ml beaker. The jars are placed in a recirculating water bath to maintain constant temperature. Aeration to each 1L bioassay chamber is via a 1 ml disposable glass pipette which is placed so as to not disturb the sediment (approximately 3 cm below the water surface).  Air is provided at a rate of approximately 2 bubbles/second.  Acute freshwater tests in 300 ml beakers are static-renewal and do not require aeration.

## 4.3  Materials

Sieves and other equipment used for culturing test organisms remain separate from those used for test sediments.

## 4.3.1  Composition

Composition of materials that contact test solutions, stock solutions, sediments and overlying water do not contain substances that can be leached or dissolved in amounts that adversely affect the test organism.  In addition, equipment and facilities that contact sediment or water are chosen to minimize sorption of test materials from water.  Only glass, high density polyethylene (HDPE) and fluorocarbon plastics are used in testing procedures.  Other rigid plastics and materials used in the water supply system or for cleaning (e.g. carboys, brushes) are soaked for at least 1 week in culture water prior to use.

### 4.3.2  Cleaning

Test chambers and equipment used to prepare and store sediment and overlying water are cleaned as follows:

> a) non-phosphate lab detergent (Contrad or Liquinox)
> B) acid rinse (10% nitric acid)
> d) triple rinse with de-ionized water
> e) rinse in water miscible solvent (acetone)
> f) triple rinse in de-ionized water

Washed test chambers are rinsed with overlying water immediately prior to use. Containers used for non-toxic sediment or live animals are cleaned with Contrad and rinsed with distilled or culture water.

## 5.  EXPOSURE CONDITIONS

### 5.1  Overlying Water

#### 5.1.1  Acceptability

Overlying water used in toxicity tests and water used to hold organisms before testing should be acceptable to the organisms i.e., allow satisfactory survival and growth without showing signs of stress, disease, unusual behavior or death 48 hours immediately preceding the test.

#### 5.1.2  Source/preparation

A mixture of well water and natural salt water from the Wye River (95:5/v:v) is used in freshwater testing and culturing. Saltwater tests are conducted with filtered Wye River water. If necessary, the salinity is reduced by diluting the stock solution with well water or increased by adding Hawaiian Marine Mix®. Salt water used in the test is prepared within two days of the test and stored in clean, covered containers until sediment and water are added to the test chamber. Sufficient water is prepared at one time for all test chambers.

#### 5.1.3  Characterization

Average pH, hardness and alkalinity of well water as measured by the WREC Aquatic toxicology laboratory are: 7.7, 110 ppm as $CaCO_3$, and 100 ppm as $CaCO_3$, respectively. Salinity of Wye River water varies seasonally, ranging from 4 ppt to 15 ppt.

### 5.2  Sediments

#### 5.2.1  Acceptability

For acceptability of control and reference sediments see section 3.2 and 3.3.

#### 5.2.2  Source

Freshwater and estuarine control sediments are obtained from the Magothy River at the collection site for *Leptocheirus plumulosus*. These sediments have been shown to be acceptabl

to both *H. azteca* and *L. plumulosus* in short and long-term exposures. If necessary (e.g., for freshwater tests), interstitial salinity of this sediment is adusted by wet-sieving using a .50 mm mesh.

## 5.2.3 Characterization

The following parameters have been determined for all sediments: total organic carbon, particle size (% sand/silt/clay), % water, priority pollutant metals and organics, volatile organics, PCBs and pesticides. Other analyses may include pH, total volatile sulfides, oil and grease, biological oxygen demand, chemical oxygen demand, etc.

## 5.2.4 Field collected test sediment

Protocols for collection and storage of field sediments are based on EPA and ASTM guidance documents (U.S. EPA/U.S. ACE, 1995; ASTM, 1994b). Prior to addition of sediment to experimental chambers, the sediment is thoroughly homogenized in the holding container with a stainless steel spoon. Qualitative description of the sediment includes color, texture, consistency and presence of macrophytes, animals, tracks and burrows. Monitoring the odor is avoided because of potentially hazardous volatile contaminants. Reference sediments are included in the test if particle size distribution, organic content, etc. exceed the tolerance limits of the test organism.

## 5.3 Lighting

A photoperiod of 16h:8h (L:D) with a light intensity of approximately 80 footcandles is maintained during testing.

## 5.4 Temperature

Temperature, which is dependent on the test organism, is maintained with a recirculating water bath. The daily mean temperature must be within 1 °C of the desired temperature. Instantaneous temperature must be within 3 °C of the desired temperature.

## 5.5 Dissolved Oxygen

The dissolved oxygen (D.O.) concentration is measured in at least 1 test chamber in each treatment daily for 10 d tests, 1 test chamber per treatment on MWF for 28 d exposures, and when aeration to a test chamber has been inadvertently interrupted or whenever the behavior of the test organisms indicate that the D.O. might be too low. Concentration is maintained between 60 and 100 % saturation.

## 6. GENERAL BIOASSAY PROCEDURE

### 6.1 Experimental Design

Test beakers are randomly assigned locations in the water bath and data sheets are coded to this arrangement. The short-term acute test (10 days) for *L. plumulosus* is a static exposure; the 10 d acute test with *H. azteca* and the long-term partial life cycle exposures for both species (28 days) are static- renewal of overlying water.

### 6.2 Handling and Acclimation

Organisms are handled as little as possible. When handling is necessary, it is done as gently, carefully and quickly as possible, so that the animals are not unnecessarily stressed. Small organisms are transferred with a 2 mm inner diameter eye dropper. Larger animals (adult amphipods) are transferred with a 7 mm inner diameter eye dropper. Animals are introduced into solutions beneath the air-water interface. Any test organisms that touch dry surfaces, are dropped or injured during handling are discarded.

If the animals are cultured in water different from the overlying water, an acclimation process is necessary. The procedure, as described by Ingersoll and Nelson (1990) is as follows: place animals in a 50:50 mixture of culture water to overlying water for 2 hours, followed by 2 hours in a 25:75 mixture, then transfer the larvae to 100% overlying water. At this stage the organisms are considered acclimated to the overlying water and can be counted and divided into holding dishes. Temperature acclimation should not exceed a 3 °C change per day.

### 6.3 Test Preparation (Day -1)

Label replicate beakers for each test sediment and the control with labels containing the position # in the water bath, treatment, replicate and type of test. This can be done with colored tape placed near the top of the beaker. (The removable tape label comes in handy at test breakdown time).

Test sediments are homogenized in storage containers with a stainless steel spoon - overlying water is mixed back into the sample. Test containers and sediment aliquots depend on the species and test duration i.e., 10 and 28 d tests with *L. plumulosus* and 28 d tests with *H. azteca* are conducted in 1 L beakers, typically with 5 replicates. 10 d tests with *H. azteca* are conducted in 300 ml beakers, typically with 8 replicates. For tests in 1L beakers, approx. 175 ml aliquots are added to each test chamber and settled by gently tapping the jar against the hand. Sediment depth is approximately 2 cm. For tests in 300 ml beakers, aliquots are approximately 100 ml of sediment. Depending on the amount of sediment sample, the remainder of the sediments will be centrifuged to obtain porewater to measure interstitial pH and ammonia.

Overlying water is added by gently pouring onto the "turbulence reducer" (a polyethyelene disk, attached to nylon monofilament for removal, placed on the sediment surface to minimize disruption). A separate disk is used for each treatment. A final volume of approximately 800 ml of overlying water is added to 1 L beakers and 175 ml are added to 300 ml beakers.

Test chambers (1L beakers) are covered with a watchglass, placed in the water bath, and aerated gently (2 bubbles/second) with a 1 ml pipette suspended approx. 2-3cm above the sediment surface using a rubber band around the lip of the beaker. Ten d tests with *H. azteca* conducted in 300 ml beakers are not aerated as the procedure calls for 2 water renewals daily to ensure good water quality. Test chambers are allowed to equilibrate overnight.

Test-sized amphipods (species and test specific) can be isolated from culture tubs.

Initiate reference toxicity test: Label 2 replicate 300ml beakers for each concentration of cadmium (*L. plumulosus*) or KCl (*H. azteca*) in the reference toxicity test. For *L. plumulosus* the following nominal concentrations are tested: 1.2, 0.6, 0.3, 0.15, 0.075 mg Cd/L plus a control. For *H. azteca*, the following concentrations of KCl are tested: 1.6, 0.8, 0.4, 0.2, 0.1 g KCl/L. To prepare concentrations a stock solution will be used to obtain the highest concentrations and that will be serially diluted to obtain the remaining concentrations. Specific test conditions for each species are found in Table 1.

Procedures #2 and 3 will be conducted in the well-ventilated tox. testing room and appropriate safety wear (gloves, lab coat, goggles, etc) should be worn.

## 6.4 Initiation of Test (Day 0)

### 6.4.1 Water quality monitoring

Salinity/conductivity, temperature, pH and dissolved oxygen are measured in all replicates of all treatments. D.O., pH and temperature can be measured directly in the test chambers, rinsing the probe well between treatments with D.I. water to avoid cross-contamination. Ammonia, hardness and alkalinity should be measured in one replicate per treatment.

### 6.4.2 Observations

Prior to adding animals, test chambers should be checked for proper aeration (measure DO if air is interrupted to any chamber) and evidence of indigenous infauna. Record any pertinent observations/abnormalities.

### 6.4.3 Sorting/counting of test organisms

At least 1/3 more organisms are sorted than are needed in a test. Ten or 20 animals per replicate are counted depending on the test, in lots of 5 or 10, into small holding chambers (beakers) containing approx. 50-100 ml of bioassay water. Animals can be recounted by transferring them to another dish. If room temperature is markedly different than the test temperature, small groups of animals are processed at a time. If necessary, bioassay water is brought to test temperature by holding it in the constant temperature bath. When pipetting care is taken to release amphipods below the air-water interface as they tend to get stuck in the surface tension.

Animals are added to test chambers by gently pouring the water and animals from the holding chamber into the test chamber. The holding chamber is rinsed the holding chamber again with bioassay water and visually check for animals still remaining in the beaker. Bring

Table 1. Test conditions for reference toxicity tests with *Leptocheirus plumulosus* (LP) and *Hyalella azteca* (HA).

| | |
|---|---|
| 1. Test type | Aqueous, static |
| 2. Temperature | LP: 25 °C, HA: 23 °C |
| 3. Toxicant | LP: Cd, HA: KCl |
| 4. Diluent water | LP: Filtered Wye River water adjusted as necessary to reach 8 ppt. HA: 95/5 well water:saltwater mix |
| 5. Light | Ambient laboratory |
| 6. Photoperiod | 16:8 (L/D) |
| 7. Test chamber | 300 ml glass beaker |
| 8. Water volume | 200 ml |
| 9. Size and life stage of amphipods | LP: 2-4 mm, sub-adults HA: 7 - 14 d old |
| 10. Number of organisms/replicate | 10 |
| 11. Minimum number of replicates | 2 |
| 12. Feeding | LP: None HA: 0.5 ml YCT on Day 0 and 2 |
| 13. Substrate | LP: None; HA: Nitex mesh square |
| 14. Aeration | None |
| 15. Water quality | D.O., salinity, pH, hardness and alkalinity at the beginning and end of test. Temperature daily |
| 16. Duration | 96 h |
| 17. Endpoint | Survival |
| 18. Test acceptability | 90 % control survival |

water level up to the 950 ml mark in 1 L beakers and cover. Test chambers should be inspected within 2 hours for "floaters" (submerge these organisms with drops of water or by pushing these gently under water with a glass rod) and organisms not burrowing (these should be replaced unless it is apparent they are attempting to avoid the nasty sediment).

For acute tests and 28 d tests with *H. azteca*, save and preserve a subsample of 20 test organisms for length estimates. For 28 d exposures with *L. plumulosus*, 3 samples of 20 organisms each should be dried and weighed for inital weight estimates used to derive the growth endpoint.

## 6.5  Daily Monitoring and Maintenance

### 6.5.1 Water quality

For acute 10 d tests, measure D.O. and temperature daily in 1 replicate per treatment on a rotating basis so that this parameter is measured at least twice in each replicate. For 28 d tests, D.O, pH, salinity/conductivity, and temperature are measured prior to water changes on MWF in one replicate per treatment. Also, measure D.O. in any chamber to which aeration has been interrupted and note this on the daily comment sheet. Check temperature daily in the water bath and record.

### 6.5.2  Observations

For each replicate, the following is noted: abnormalities in sediment appearance (e.g., mold, fungus, discoloration), test organisms emerged or floating (should be submerged), presence of "foreign" organisms, etc. Watch glass should be removed and aeration stopped to make observations. This should be done daily for the first 2 days of a test and MWF from Day 3 thereafter.

## 6.6 Termination

### 6.6.1 Water quality

Procedure and parameters are the same as described on Day 0. In order to save time on the termination day of the test these parameters can be measure one day prior to test breakdown (i.e., Day 9 or Day 27). On the test termination day, daily monitoring and maintenance as described above should be followed.

### 6.6.2  Observations

Daily observations are recorded as described above.

### 6.6.3  Recovery

Only sieves designated for "chemical use" are used to sieve test sediments. Test water is used to wet-sieve the sediments and to rinse animals into collecting pans/dishes. Sieving is conducted in a wash tub so that all sediments, overlying and rinse water are collected for proper disposal.

6.6.3.1  10 d exposures: Amphipods are retrieved from test chambers by sieving in 5 steps: 1)

approx. 500 ml of overlying water are poured from the beakers through a .25 or .50 mm sieve (preferable a sieve cup) 2) the remaining water in the beakers is swirled to suspend the upper 1 cm of sediment 3) this slurry is also poured through the sieve cup and the contents of the sieve are rinsed into a glass culture dish that contains the tape label from the test chamber. 4) the sediment remaining in the beaker is washed through a .50 mm sieve with rinse water if necessary and 5) these contents are rinsed into the culture dish. To facilitate sorting of surviving amphipods, the contents can be placed into sorting pans; test animals are pipetted from the collecting pan and recorded as alive or dead. Death is defined as missing (due to decomposition) or those that do not move during a 5 second observation with unaided eye, after the animals has been touched with a blunt proble. Test water is used to wet-sieve the sediments and rinse animals into collecting pans. Sieving is conducted in a wash tub so that all sediment, overlying and rinse water are collected for proper disposal.

6.6.3.2 28 d exposures: The contents of each container are gently wet-sieved through a 0.71 (or a 0.5 mm mesh), being sure to collect all of the water and sediment passing through the sieve in a pan or tub. Adult amphipods retained on the coarse mesh sieve are gently washed into a counting dish, and the dish transferred to a counting and sexing station. Test animals are pipetted from the counting dish and recorded as alive or dead. Death is defined as missing (due to decomposition) or those that do not move during a 5 second observation with unaided eye, after the animals has been touched with a blunt probe. For 28 d exposures with *L. plumulosus*, surviving adults will be sexed and then animals from each replicate will be placed on tared drying boats for subsequent dry weight estimates. In addition, the sediment that passed through the coarse sieve is re-sieved through a 0.25 mm mesh. *L. plumulosus* neonates and residual sediment retained on this fine mesh sieve are rinsed to a small pile on the sieve, rinsed briefly with fresh water (to remove salts), and washed into a sample jar 8 oz. or larger. Transferring the offspring into the sample jar is facilitated by use of a wide-bore plastic funnel. Because the offspring are so small, great care is needed to ensure that all animals are transferred from the screen to the sample jar. The sample is preserved by adding a 70% solution of denatured ethanol containing rose bengal to the jar in a ratio of 1:1. Sample jars with offspring are set aside for picking at a later date. Jars are labeled containing the following information: study name, species, dates of the study, test treatment information and initials of the researcher.

Refer to species specific techniques for determination of sublethal endpoints.

## 6.7 Statistics

The calculating procedures and interpretation of results will depend on the experimental design. Generally, studies will include replicate samples from field sites; hence, site effects (on survivorship, growth, etc.) can be compared via parametric statistics such as the analysis of variance (ANOVA). Preliminary tests such as Shapiro-Wilk's and Bartlett's are conducted to check the assumptions of normality and homoscedasticity. Transformation of the data may be necessary to meet these assumptions. Commonly used transformations include arcsine square-root, log and square-root. Following a significant F-test, various multiple comparison tests are

available to determine significant differences among samples, including: Bonferroni's T-test, Student-Newman-Keuls (SNK), Tukey's LSD, Duncan's and Dunnett's procedures.

# 7. ACCEPTABILITY OF TEST

A test is usually considered unacceptable if one or more of the following occur:
1. All test chambers were not identical.
2. Treatments were not randomly assigned to individual test chamber locations.
3. Individual test organisms were not impartially or randomly assigned to test chambers.
4. Appropriate controls were not included in the test.
5. All animals in the test population were not obtained from the same source.
6. The negative control and/or reference sediment organisms did not survive and/or grow as required for test organisms (see species specific protocols).
7. Temperature was not maintained as specified in section 5.4.
8. Aeration to the test chambers was off for an extended time and dissolved oxygen levels dropped to less than 60% saturation.

# 8. DOCUMENTATION

The record of the results of an acceptable sediment toxicity test should include the following information either directly or by reference to available documents. In addition, published reports should contain enough information to clearly identify the methodology and the quality of the results.
1. Name of test and investigator(s), name and location of laboratory, and dates of initiation and termination of test.
2. Source of negative control, reference and/or test sediment, method for collection, handling, shipping, storage and disposal of sediment.
3. Source and/or method of preparation of overlying water, its chemical characteristics and results of any demonstration of the ability of a species to survive and/or reproduce in the water.
4. Source, history and age of test organisms, scientific name and how verified; source, history and age of brood stock, culture procedures; and source and date of collection of the test organisms, scientific name, name of person who identified the organisms and the taxonomic key used, age, life stage, means and ranges of weights and lengths, observed diseases or unusual appearance, treatments, holding and acclimation procedures.
5. Source and composition of food, procedure used to prepare food, feeding methods, frequency and ration.
6. Description of the experimental design and test chambers, the depth and volume of sediment and overlying water in the chambers, lighting, number of organisms per treatment, date and time of test initiation, temperature measurements, dissolved

oxygen concentration (% saturation) and any aeration used prior to initiating and during the conduct of a test.

7. Methods used for, and results of, physical and chemical analyses of sediment.

8. Definition of the biological endpoints for partial life cycle exposures and a summary of general observations of other effects.

9. A table of data on biological endpoints (determined by experimental design for specific species). Anything unusual about the test, any deviation from the standard procedures, and any other relevant information.


## 9. TEST SPECIES

### 9.1 *Leptocheirus plumulosus (*Amphipoda:Aoridae)

*Leptocheirus plumulosus* has many desirable characteristics of an estuarine test organism including: short generation time, ease of culture, relative sensitivity to sediment-associated contaminants, tolerance of varying sediment physico-chemical properties of sediments, and a broad salinity tolerance. It is one of the EPA recommended species for assessing acute toxicity of estuarine and marine sediments (EPA, 1994a) and the 28 d chronic test method is currently being finalized (DeWitt et al., 1997). Methods described herein are based on these protocols. (U.S. EPA 1994a; DeWitt et al., 1997). Survival is the endpoint in static 10 d exposures; survival, growth and reproduction are measured in 28 d tests.

### 9.1.1 Source

*Leptocheirus plumulosus* were originally obtained by field collection from a site in the Magothy River. This site has supported a thriving population of *L. plumulosus* for over 7 years, in addition to serving as the study site for an intensive 2 year investigation of the field population dynamics of this species (McGee, 1998).

### 9.1.2 Culturing

Refer to Appendix I.

### 9.1.3 Life cycle

*Leptocheirus plumulosus* (family Aoridae) is an infaunal gammaridean amphipod distributed subtidally along the east coast of the United States from Cape Cod, MA to northern Florida (Bousfield, 1973). It is an annual species with an opportunistic lifestyle. Females produce multiple broods and reproduction is continuous from May to November with peak periods in the fall and spring (McGee, 1998). Fertilization is internal and females brood the young externally in the marsupium. Under laboratory conditions (25 °C) L. plumulosus is fast growing and can go from egg to egg in approximately 40 d. Newly released young are approximately 1.0 - 1.5 mm long and can double and triple in size in 10 and 14 d, respectively. Cultured females may live for ovr 100 d, producing at least 6 broods during this time (DeWitt et al., 1992). Brood size is dependent on female size and generally ranges from 10 to 40 embry

12

(DeWitt et al., 1992; McGee 1998). Males typically grow faster and reach senescence sooner (DeWitt et al., 1992; Emery et al. 1997)

## 9.1.4 Life stage

Ten d tests are initiated with animals approximately 2-4 mm in length, operationally defined as those passing through a .71 mm or 1.0 mm mesh sieve onto a .50 mm mesh. Animals are obtained for testing by gently pouring water from the cultures onto a .71 mesh placed in a wash tub. The material which which passes through the sieve is then gently re-sieved using a .50 mm sieve which retains the test-sized organisms. Animals caught on the .71 sieve are rinsed back into the culture containers or used to re-start cultures. Amphipods are isolated for 28d tests in a similar fashion by using animals passing through a .50 mm mesh onto a .25 mm. These animals are approximately 1-2 mm in length and 0-1 week old.

## 9.1.5 Toxicity test specifications

Ten d acute and 28 d partial life cycle testing protocols are based on those described in U.S. EPA (1994b) and DeWitt et al., (1997), respectively.

### 9.1.5.1 Acute 10d test

The 10 d toxicity test is conducted at 25 °C with a 16L:8D photoperiod (Table 2). Test chambers are 1 L beakers containing 175 ml of sediment and 800 ml of overlying water. Twenty test-sized amphipods (2-4 mm; obtained as described above) are used to start the test. Five replicates are routinely used for testing. Exposure is static and animals are not fed during the 10 d exposure. Salinity of the overlying water depends on the study objective though EPA protocols recommend a standardardizing salinity to 20 ppt. Salinity of filtered Wye River water is adjusted as necessary to meet the study objectives. The sediment toxicity test is unacceptable if the average survival in the negative control chambers is less than 90% and reference toxicity test with $CdCl_2$ are outside prescribed limits.

### 9.1.5.2 Partial life cycle 28-d test

Twenty-eight d partial life cycle tests with *L. plumulosus* are conducted at 25 °C with a 16L:8D photoperiod (Table 3). Test chambers are 1 L beakers containing 175 ml of test sediment and 800 ml of overlying water. Beakers are covered with a watch glass and aeration is provided with a 1 ml pipette. Twenty 0-1 week old amphipods (obtained as described above) are added to each of 5 replicate beakers. Three lots of 20 animals each are also dried and weighed for initial weight estimates. Three times per week (MWF), 400 ml of water is replaced and animals are fed (Table 3). The sediment toxicity test is unacceptable if the average survival in the negative control chambers is less than 80% and there is no growth or reproduction. In addition, reference toxicity test with $CdCl_2$ must fall within prescribed limits. Test endpoints include survival, growth and reproduction. Growth is estimated by calculating growth rate (mg/day). The surviving adults from a test chamber are transferred as a group to a tared weigh boat, dried to a constant weight at 100°C, and weighed on a microbalance to 0.01 mg precision. Average per-capita dry weight of adult amphipods for each replicate is the difference between the tared weight of the boat and the total weight of the boat and the dried amphipods, divided by the number of

13

Table 2.  Test conditions for 10 d acute sediment toxicity tests with *Leptocheirus plumulosus*.

| | |
|---|---|
| 1. Test type | Whole sediment, static |
| 2. Temperature | 25 °C |
| 3. Overlying water | Filtered Wye River water adjusted as necessary with well water or Hawaiian Marine Mix® |
| 4. Light | Ambient laboratory |
| 5. Photoperiod | 16:8 (L/D) or 24:0 |
| 6. Test chamber | 1 L glass beaker covered with watchglass |
| 7. Sediment volume | 175 ml (2 cm) |
| 8. Overlying water volume | 800 ml |
| 9. Size and life stage of amphipods | 2-4 mm, sub-adults |
| 10. Number of organisms/replicate | 20 |
| 11. Number of replicates | 5 |
| 12. Feeding | None |
| 13. Aeration | 1-2 bubbles/sec with 1 ml pipette |
| 14. Water quality | Salinity, pH and total ammonia at beginning and end of test. Temperature and D.O. daily. |
| 15. Test duration | 10 d |
| 16. Endpoint | Survival |

Table 3.  Test conditions for 28 d sediment toxicity tests with *Leptocheirus plumulosus*.

| | |
|---|---|
| 1. Test type | Whole sediment, static renewal |
| 2. Temperature | 25 °C |
| 3. Overlying water | 5 or 20 ppt |
| 4. Light | Ambient laboratory |
| 5. Photoperiod | 16:8 (L/D) |
| 6. Test chamber | 1 L glass beaker covered with watch glass |
| 7. Sediment volume | 175 ml (2 cm) |
| 8. Overlying water volume | 800 ml |
| 9. Water renewal | 3 x /week, replace 400 ml |
| 10. Size and life stage of amphipods | neonates; size sorted on nested 250 and 500 um mesh sieves |
| 11. Number of organisms/replicate | 20 |
| 12. Number of replicates | 5 |
| 13. Feeding | TetraMin or TetraMin+algae 3x/week |
| 14. Aeration | 1-2 bubbles/sec with 1 ml pipette |
| 15. Water quality | Salinity, pH and total ammonia at beginning and end of test. Temperature and D.O. daily. |
| 16. Test duration | 28 d |
| 17. Endpoints | Survival, growth, reproduction |
| 18. Performance criteria | Control survival $\geq$ 80% Measurable growth and reproduction |

amphipods in the weigh boat. The growth rate endpoint is calculated as the difference between per capita adult and neonate dry weight, divided by 28 days. The reproductive endpoint is estimated from the number of neonates released during the test. The contents of the sample jars containing material caught on the .25 mm sieve during test termination are transfered to a fine screen (<0.25-mm mesh) and rinsed with fresh water to remove alcohol and excess stain. The material is rinsed into a white sorting pan and the offspring are removed and counted with the help of a illuminated magnifying glass and a dissecting microscope. The reproduction endpoint is calculated as the number of offspring per surviving adult.

### 9.2 *Hyalella azteca* (Amphipoda: Talitridae)

*Hyalella azteca* has many desirable characteristics of an experimental organism including: short generation time, ease of culture, relative sensitivity to sediment-associated contaminants and tolerance of varying sediment physico-chemical properties of sediments. It is one of the EPA recommended species for assessing acute toxicity of freshwater sediments (EPA, 1994a) and methods described herein are based on these protocols. In addition, it can be used to assess the toxicity of estuarine sediments (up to 15 ppt). Both growth and survival have been measured in 10 d acute sediment toxicity tests with *H. azteca*; our lab typically measures only survival in 10 d exposures. Endpoints in the 28 d exposure include survival, growth and reproduction.

### 9.2.1 Source
Amphipod brood stock were obtained in January 1990 from M. Nelson at the National Biological Survey Midwest Science Center in Columbia, Missouri.

### 9.2.2 Culturing
Refer to Appendix II.

### 9.2.3 Life cycle
The life cycle of <u>H. azteca</u> can be divided into three distinct stages: 1) immature stage, consisting of instars 1 to 5; 2) juvenile stage, including instars 6 and 7; and 3) adult stage, the 8th instar and older. The potential number of adult instars is large and growth is indeterminate such that old adults can be much larger than younger ones. *Hyalella azteca* can complete a life cycle in 27 days or longer depending on the temperature. The amphipods are sexually dimorphic with the adult male characterized by larger body size and larger second gnathopods.

### 9.2.4 Life stage
Ten d tests are initiated with animals from 1-2 weeks old, operationally defined as those passing through a .71 mm mesh sieve onto a .50 mm mesh. Animals are obtained for testing by gently siphoning water from the cultures onto a .71 mesh placed in a wash tub. The material which which passes through the sieve is then gently re-sieved using a .50 mm sieve which retains the test-sized organisms. Animals caught on the .71 sieve are rinsed back into the culture

containers. Amphipods are isolated for 28d tests in a similar fashion by using animals passing through a .50 mm mesh onto a .25 mm. These animals are approximately 1 week old.

### 9.2.5 Toxicity test specifications

Ten d acute and 28 d partial life cycle testing protocols are based on those described in U.S. EPA (1994a) and Ingersoll and Nelson (1990), respectively.

### 9.2.5.1 Acute 10d test

The recommended 10 d toxicity test is conducted at 23 °C with a 16L:8D photoperiod (Table 4). Test chambers are 300 ml high form lipless beakers containing 100 ml of sediment and 175 ml of overlying water. Ten 7-14 d old amphipods (obtained as described above) are used to start the test. Eight replicates are routinely used for testing. Amphipods in each test chamber are fed 1.5 ml of YCT food daily (see U.S. EPA 1994b, for preparation of YCT food). Overfeeding may result in a fungal or bacterial growth on the surface of the sediment, in which case feeding is suspended for one or more days. Each chamber receives 2 volume renewals per day. Water renewal is started on Day -1 before the addition of test organisms or food on Day 0. Overlying water is the 95/5, well/Wye River mix used for culturing. Filtered Wye River water is used for estuarine tests. The sediment toxicity test is unacceptable if the average survival in the negative control chambers is less than 80% and reference toxicity test with KCl are outside prescribed limits.

### 9.2.5.2 Partial life cycle test

Twenty-eight d partial life cycle tests with *H. azteca* are conducted at 23 °C with a 16L:8D photoperiod (Table 5). Test chambers are 1 L beakers containing 175 ml of test sediment and 800 ml of overlying water. Beakers are covered with a watch glass and aeration is provided with a 1 ml pipette. Twenty 7-11 d old amphipods (obtained as described above) are added to each of 5 replicate beakers. Amphipods in each test chamber are fed 2.0 ml YCT, three times per week. Water is renewed 3x per week, by replacing 60% of the water. Overlying water is the 95/5, well/Wye River mix used for culturing. Filtered Wye River water is used for estuarine tests. The sediment toxicity test is unacceptable if the average survival in the negative control chambers is less than 80% and reference toxicity test with KCl are outside prescribed limits. These procedures may change once EPA issues guidance on chronic tests with *H. azteca*.

Sublethal endpoints in the 28 d test are growth (estimated by amphipod length) and reproduction (proportion of gravid females). After being counted for the survival endpoint, amphipods are preserved in 70% ethanol for subsequent estimates of length and sexual maturity. Length is measured with an ocular micrometer from the base of the second antenna to the base of the urosome along the dorsal surface.

Table 4.  Test conditions for 10 d acute sediment toxicity tests with *Hyalella azteca*.

| | |
|---|---|
| 1. Test type | Whole sediment, static-renewal |
| 2. Temperature | 23 °C |
| 3. Overlying water | 95:5 well water/ saltwater mix |
| 4. Renewal of overlying water | 2 volume additions/d |
| 5. Light | Ambient laboratory |
| 6. Photoperiod | 16:8 (L/D) |
| 7. Test chamber | 300 ml highform lipless beaker |
| 8. Sediment volume | 100 ml |
| 9. Overlying water volume | 175 ml |
| 10. Size and life stage of amphipods | 7 - 14 d old |
| 11. Number of organisms/replicate | 10 |
| 12. Number of replicates | 8 |
| 13. Feeding | 1.5 ml YCT daily |
| 14. Aeration | none |
| 15. Water quality | Alkalinity, hardness, pH and total ammonia at beginning and end of test. Temperature and D.O. daily. |
| 16. Test duration | 10 d |
| 17. Endpoint | Survival (growth optional) |

18

Table 5.  Test conditions for 28 d sediment toxicity tests with *Hyalella azteca*.

| | |
|---|---|
| 1. Test type | Whole sediment, static renewal |
| 2. Temperature | 23 °C |
| 3. Overlying water | 95:5 well water/saltwater mix |
| 4. Renewal of overlying water | 3x / week replace 400 ml |
| 5. Light | Ambient laboratory |
| 6. Photoperiod | 16:8 (L/D) |
| 7. Test chamber | 1 L beaker |
| 8. Sediment volume | 175 ml |
| 9. Overlying water volume | 800 ml |
| 10. Size and life stage of amphipods | neonates; size sorted on nested 250 and 500 um mesh sieves |
| 11. Number of organisms/replicate | 20 |
| 12. Number of replicates | 5 |
| 13. Feeding | 2.0 ml YCT 3 x/week |
| 14. Aeration | none |
| 15. Water quality | Alkalinity, hardness, pH and total ammonia at beginning and end of test. Temperature and D.O. daily. |
| 16. Test duration | 28 d |
| 17. Endpoints | Survival, growth, reproductive maturation |
| 18. Performance criteria | Control survival $\geq 80\%$<br>Measurable growth |

APPENDIX I
WYE RESEARCH AND EDUCATION CENTER
AQUATIC TOXICOLOGY LABORATORY
STANDARD OPERATING PROCEDURE FOR CULTURING THE AMPHIPOD
*LEPTOCHEIRUS PLUMULOSUS* (AMPHIPODA: AORIDAE)

## Overview

The estuarine amphipod, *Leptocheirus plumulosus*, is cultured in fine-grained sediments using saltwater from the Wye River which has an annual salinity range from 6-14 ‰. Water temperature is 25°C, aeration is constant and a 16 hr light: 8 hr dark photoperiod is maintained. Field-collected animals are added periodically to the culture population to maintain genetic diversity. The cultures are fed ~0.4 g of finely-milled TetraMin three times per week, and the overlying water is replaced three times per week. The cultures may be harvested for toxicity test animals after 4-5 wk and up until 8 wk. The cultures are thinned and the sediment replaced every 6 to 8 wk. The culturing protocol described herein is modified from the most recent EPA documents (U.S. EPA, 1994b; DeWitt et al., 1997).

## Culture Materials List

| | |
|---|---|
| Culture bins | Plastic wash basins, ~34 cm x ~28 cm x ~13 cm deep |
| Sieves | stainless steel, 0.25, 0.5, .71, and 1.0 mm mesh |
| Sediment | Fine-grained, clayey silt sediments with moderate organic carbon content (~2%), sieved to < 0.25 mm collected from the Magothy River, Anne Arundel County, Maryland |
| Seawater | Ambient Wye River water filtered sequentially through coarse, carbon, 5 um and 1 um filters. Salinity is adjusted up or down as needed by adding Hawaiian Marine Mix® or well water, respectively. |
| Constant Temperature Facility | Culturing room of the WREC Aquatic Toxicology Lab which maintains the temperature at 25°C ± 2°C. Room temperature is monitored continuously with a strip chart recorder. |
| Photoperiod Control | Lighting system timers provide a 16 h light:8 h light photoperiod. Lights are standard fluorescent ceiling fixtures. |
| Food | TetraMin® fish food manufactured by TetraWerke (Melle, Germany) and available from many retailers; ground to <0.25 mm |

| Miscellaneous Labware | Squirt bottles, tally counters, pans or bowls for sorting amphipods, wide-bore pipettes for transferring amphipods. |
|---|---|

## Typical Culturing Schedule

Establish Culture

Day 1:      Add sediment and saltwater to empty culture bin and bring to culture temperature. Add amphipods. DeWitt et al., (1997) recommend adding equal abundances of neonates (<.50 mm, >.25 mm), sub-adults ( <1.0mm, >.50 mm) and adults (> 1.0 mm) to achieve densities approximating $0.25/cm^2$ to $0.35/cm^2$. This equates to approximately 100-133 animals in each size class. Cultures should not be stocked at densities >$0.5/cm^2$. Select only actively moving, healthy-looking animals. Start aeration.

Day 2:      Replace overlying water. Do not feed the amphipods.

Day 4 or 5:   Replace overlying water; feed ~0.4 g TetraMin

Maintain Culture
Daily:       Monitor temperature and aeration

3x/week:    Feed ~0.4 g TetraMin; replace 50% of overlying water.

Weekly:     Check that lighting timers maintain 16 h light: 8 h dark photoperiod

Harvest and Renew Culture
Week 4-8:   Harvest neonates for chronic test or sub-adults for acute test

Week 6-8:    Thin and renew cultures: Remove and discard sediment, re-start culture with 300-600 amphipods

## Preparation of Culture Bins

Plastic tubs are soaked in running water for several days prior to use in the cultures to leach out residual plasticizers or solvents. Culture bins are not washed with soap or detergent except in extreme conditions, but if so cleaned, the bins are rinsed and soaked thoroughly to remove traces of residual cleanser. Previously used culture bins usually can be satisfactorily cleaned using hot water and a scrub brush or pad (i.e., no cleanser). Dilute acid is used to remove iron stains.

## Preparation of Culture Sediment and Seawater

The amphipods are cultured in an uncontaminated, organic-rich, fine-grained sediment from the

21

Magothy River. The organic carbon content (%TOC) is approximately 2%. The sediment is sieved to less than 0.25 mm diameter to facilitate harvesting of neonates and to remove juvenile macrofauna. Sediment is stored at 4 °C for no longer than 6 months after collection. EPA protocols recommend freezing the sediment used for culturing to facilitate long-term storage and to remove all indigenous organisms (DeWitt et al., 1997). This procedure is not adopted in our laboratory because the presence of indigenous organisms has not been a problem and freezing changes the physico-chemical properties of the sediment. Prior to addition to culture tubs, the sediment is homogenized and then spread to a layer 1.0 cm to 1.5 cm deep on the bottom of the culture bin (approximately 1-L sediment for a 34 cm x 28 cm plastic tub). Filtered Wye River water is added to the culture bin to achieve a water depth ≥10 cm, taking precautions to minimize resuspension of the sediment. The culture bin is placed in the culture room to allow acclimation to 25 °C and moderate aeration is provided with an airstone. Aeration should be moderate (>10 bubbles per second) but not so vigorous as to resuspend sediment. The culture bins are now ready to receive animals. Remove and replace the overlying water the day after establishing a new culture, and then three times a week thereafter.

## Selection of Animals to Establish Cultures

*Leptocheirus plumulosus* were originally obtained by field collection from a site in the Magothy River. This site has supported a thriving population of *L. plumulosus* for over 7 years, in addition to serving as the study site for an intensive 2 year investigation of the field population dynamics of this species (McGee, 1998). Sediments from this site are relatively uncontaminate as indicated by surrounding land-use and analysis of sediment chemistry. Amphipods are field collected periodically and added to existing cultures in order to maintain genetic diversity of culture animals. Newly collected animals are acclimated to culture temperature and salinity at a rate of ~3 °C and ~3‰ per day. These animals are quarantined for at least one week in separate containers from existing broodstock.

Cultures should be stocked to densities approximating 0.25/cm$^2$ to 0.35/cm$^2$. DeWitt et al., (1997) recommend adding equal abundances of neonates (<.50 mm, >.25 mm), sub-adults (<1.0mm, >.50 mm) and adults (> 1.0 mm). This equates to approximately 100-133 animals in each size class. Cultures should not be stocked at densities >0.5/cm$^2$. Only actively moving, healthy-looking animals are selected.

## Food Preparation and Feeding

The cultures are fed finely milled TetraMin® (TetraWerke, Melle, Germany) three times per week. TetraMin is a dry fish food (flake or powder) widely available in retail pet stores. The food is prepared by grinding with a mortar and pestle and sieving through a .25 mm mesh. Personnel preparing the dry food should avoid aspirating any dust produced during milling and sifting by wearing a respirator with dust filters or preparing the food under a hood. Note: when establishing a new culture or renewing a culture, do not add food for 3 to 4 days after amphipods are placed in new sediment. This will encourage the animals to consume labile organic matt

the sediment, and to turn over the sediment by burrowing and feeding, thereby reducing the generation of anaerobic conditions in the culture bin. Food added too early can rot and encourage fungal growth on the sediment surface.

Maintenance and Renewal of Cultures

Every day, each culture bin is checked to ensure that aeration is provided and that the water temperature is within range (25°C ± 2°C). Three times per week (typically, Monday, Wednesday, and Friday), the amphipods in each bin are fed and ~ 50% of the water in each culture bin is removed (by decanting or siphoning) and replaced with new saltwater. DeWitt et al., (1997) recommend water changes only twice per week, but our laboratory has achieved better results on a three time per week schedule. Salinity of overlying water is checked weekly with a refractometer. After 6 to 8 week, the cultures are thinned and the sediment replaced. Culture bin contents are sieved through a 0.25 mm mesh screen to remove sediment. The old sediment is discarded and new cultures are prepared as described previously. If cultures are not thinned, the cultures may become overcrowded, fecundity per female will decline, and the abundance of neonates and sub-adults will be dramatically reduced. A typical indication of over-crowding is a fairly uniform size distribution of amphipods (mostly adults), and the presence of only 2 to 4 eggs in the brood pouches of gravid females. If sediments are not replaced, the cultures may become infested with undesirable species, such as worms or copepods. These "pests" may compete for food, bind sediments as fecal pellets, or produce copious quantities of mucous, thereby reducing culture productivity or increasing the effort required to harvest amphipods.

Harvesting Cultures for Toxicity Test Animals

The cultures can be harvested approximately 4 to 5 wk after initiation, or up until the cultures are thinned and renewed (6 to 8 wk after initiation). To harvest the amphipods, the culture bins are sieves successively through a 1.0 mm or .71 mm mesh to remove adults, a 0.5 mm mesh to obtain sub-adults, and a 0.25 mm mesh to obtain neonates. Neonates that pass through a 0.5 mm mesh and are retained on a 0.25 mm mesh are used in chronic tests and sub-adults animals that pass through a 1.0 mm or .71 mm mesh and are retained on a 0.5 mm mesh are used in acute tests. Culture bins 34 cm x 28 cm typically produce at least 300 to 400 neonates and subadults. Animals not used in toxicity tests can be used to establish new cultures; the culture sediment is replaced if the cultures are 6+ wk old.

APPENDIX II
WYE RESEARCH AND EDUCATION CENTER
AQUATIC TOXICOLOGY LABORATORY
STANDARD OPERATING PROCEDURE FOR CULTURING THE AMPHIPOD
*HYALELLA AZTECA* (AMPHIPODA: TALITRIDAE)

## Overview

The epibenthic amphipod, *Hyalella azteca*, is cultured in glass aquaria containing coiled PVC biobale® for substrate. The aquaria are covered with a sheet of clear plexiglass to minimize evaporation and potential cross-contamination with other cultures. Culture water is a 95/5 volume to volume mix of well water and Wye River filtered saltwater. This mixture is used for culturing and testing because preliminary water-only exposures indicated poor survival in 100% well water. It was thought that these survival problems were most likely due to the absence of essential ions (bromide or chloride) and this problem is ameliorated with the addition of brackish Wye River water. Water temperature is 25°C, aeration is constant and a 16 hr light: 8 hr dark photoperiod is maintained. The cultures are fed ~0.8 g of coarsely ground TetraMin three times per week, and 30% of the overlying water is replaced three times per week. The cultures are thinned approximately every 8-12 weeks. The culturing protocol described herein is modified from the most recent EPA document (U.S. EPA, 1994a).

## Culture Materials List

| | |
|---|---|
| Culture bins | 10 gallon glass aquaria covered with plexiglass |
| Sieves | stainless steel, 0.25, 0.5, .71, and 1.0 mm mesh |
| Substrate | Biobale® - PVC coiled material |
| Water | 95/5 volume/volume mix of deep well water and filtered Wye River water |
| Constant Temperature Facility | Culturing room of the WREC Aquatic Toxicology Lab which maintains the temperature at 25°C ± 2°C. Room temperature is monitored continuously with a strip chart recorder. |
| Photoperiod Control | Lighting system timers provide a 16 h light:8 h light photoperiod. Lights are standard fluorescent ceiling fixtures. |
| Food | TetraMin® fish food manufactured by TetraWerke (Melle, Germany) and available from many retailers; ground to <0.25 mm. |

Miscellaneous Labware          Squirt bottles, tally counters, pans or bowls for sorting amphipods,
                                wide-bore pipettes for transferring amphipods.

## Typical Culturing Schedule

<u>Maintain Culture</u>

Daily:          Monitor temperature and aeration

3x/week:        Feed ~0.8 g TetraMin; replace 30% of overlying water.

Weekly:         Check that lighting timers maintain 16 h light: 8 h dark photoperiod.
                Measure water quality parameters (D.O., pH, conductivity).

Week 8-12:      Thin and renew cultures.

## Maintenance and Renewal of Cultures

<u>Every day,</u> each culture tank is checked to ensure that aeration is provided and that the water
temperature is within range (25°C ± 2°C). <u>Three times per week</u> (typically, Monday,
Wednesday, and Friday), the amphipods in each bin are fed and ~ 30% of the water in each
culture tank is removed (by decanting or siphoning) and replaced with new culture water.
Conductivity, pH and D.O. should be checked weekly. <u>Every 8- 12 weeks,</u> the cultures are
thinned and tanks re-started with approximately 400-500 mixed aged animals.

## Harvesting Cultures for Toxicity Test Animals

To harvest the amphipods, the culture bins are sieves successively through a .71 mm mesh to
remove adults, a 0.5 mm mesh to obtain sub-adults, and a 0.25 mm mesh to obtain neonates.
Growth experiments in our laboratory have indicated that amphipods that pass through a 0.5 mm
mesh and are retained on a 0.25 mm mesh are 7-11 d old; these organisms are used in 28 d tests.
Animals that pass through a .71 mm mesh and are retained on a 0.5 mm mesh are 8-13 d old;
thes animals are used in acute tests.

25

## REFERENCES:

ASTM. 1992. Standard guide for conducting 10-day static sediment toxicity tests with marine and estuarine amphipods. ASTM 1992. Annual Book of Standards, Vol 11.04, E1367-92, Philadelphia, PA.

ASTM. 1994a. Standard guide for conducting sediment toxicity tests with freshwater invertebrates. ASTM 1994. Annual Book of Standards Vol. 11.04, E1383-94, Philadelphia, PA.

ASTM. 1994b. Standard guide for collection, storage, characterization and manipulation of sediments for toxicological testing. ASTM 1994. Annual Book of Standards Vol. 11.04, E1391-90, Philadelphia, PA.

Bousfield, E.L. 1973. Shallow-water Gammaridean Amphipoda of New England. Cornell University Press, Ithaca and London.

DeWitt, T.H., M.R. Pinza, L.A. Niewolny, V.I. Cullinan, and B. Gruendell. 1997. Development and evaluation of standard marine/estuarine chronic toxicity test using *Leptocheirus plumulosus*. Draft Final Report prepared for U.S. Environmental Protection Agency, Office of Science and Technology, Washington, DC, under contract DE-AC06-76RLO 1830 by Battelle Marine Sciences Laboratory, Battelle Memorial Institute, Pacific Northwest Division, Richland, Washington.

DeWitt, T.H., M.S. Redmond, J.E. Sewall, and R.C. Swartz. 1992. Development of a Chronic Sediment Toxicity Test for Marine Benthic Amphipods. CBP/TRS 89/93. U.S. EPA Chesapeake Bay Program, Annapolis, MD.

Emery, V.L. Jr., Moore, D.W., Gray, B.R., Duke, B.M., Gibson, A.B., Wright, R.B. and Farrar, J.D. 1997. Development of a chronic sublethal sediment bioassay using the estuarine amphipod *Leptocheirus plumulosus* (Shoemaker). Environ. Toxicol. Chem. 16: 1912-1920.

Ingersoll, C.G. and M.K. Nelson. 1990. Testing sediment toxicity with *Hyalella azteca* (Amphipoda) and *Chironomus riparius* (Diptera). In: W.G. Landis and W.H. van der Schalie (eds.), Aquatic toxicology and risk assessment, 13th volume. ASTM STP 1096. Philadelphia, PA.

McGee, B.L. 1998. Population dynamics of the estuarine amphipod *Leptocheirus plumulosus*: Implications for sediment toxicity tests. Ph.D. dissertation, University of Maryland, College Park, MD.

U.S. EPA. 1994a. Methods for Measuring the Toxicity and Bioaccumulation of Sediment-associated Contaminants with Freshwater Invertebrates. EPA/600/R-94/024. Office of Research and Development, Washington, D.C.

U.S. EPA. 1994b. Methods for Assessing the Toxicity of Sediment-associated Contaminants with Estuarine and Marine Amphipods. EPA/600/R-94/025. Office of Research and Development, Washington, D.C.

U.S. EPA/U.S. ACE. 1995. QA/QC Guidance for Sampling and Analysis of Sediments, Water and Tissues for Dredged Material Evaluations. EPA 823-B-95-001. Washington, D.C.