# L. HALL DECLARATION

# EXHIBIT 3
# PART 4

# APPENDIX E

Scope of work for the high resolution coring studies prepared by Skidaway Institute of
Oceanography

High Resolution Coring Study in Delaware River Estuary
Near the Texaco Delaware City Refinery

Submitted by:

Richard F. Lee, Clark R. Alexander and Keith A. Maruya
Skidaway Institute of Oceanography
10 Ocean Science Circle
Savannah, GA 31411

Principal Investigator and Coordinator:
Richard F. Lee
Skidaway Institute of Oceanography
10 Ocean Science Circle
Savannah, GA 31411
Telephone Number: 912-5982494
FAX: 912-5982310
E-mail: dick@skio.peachnet.edu

Administrative Contact:
William McChesney
Assistant Director, Business Affairs
Skidaway Institute of Oceanography
10 Ocean Science Circle
Savannah, GA 31411
Telephone Number: 912-5982482
FAX: 912-5982310
E-mail: wmc@skio.peachnet.edu

Total Funds Requested: $281,192

Proposed Study Period: November 1, 1999-October 30, 2001

# I. Statement of Work (SOW)

## A. Introduction

Texaco Refining & Marketing Inc. ("Texaco"), under an injunction entered by the U.S. District Court, has agreed to undertake studies to characterize the fate, transport, and evidence of past noncomplying discharges from their petrochemical refinery in the upper Delaware River estuary. Variations of the Nonpoint Source Discharge Elimination Strategy (NPDES) permit limits at the Delaware City refinery occurred between 1983 and 1991. After a suitable plan to address potential impacts resulting from "numerous" violations of the refinery's NPDES permit limits could not be agreed upon, the Court ordered an independent consultant to outline/develop a study that would adequately address the issues of the lawsuit.

In his report to the Court, Dr. J. Means described, in his opinion, the chemicals of concern in the refinery effluent, and the physical, chemical and biological processes that are of importance in determining their fate, transport and effects in the Delaware River estuary (Means, 1997). In Part III, Means suggested that it was scientifically feasible to determine the extent and effects of past permit violations, particularly those that occurred on or after March 1993. This section of the report is the focus of the present proposal.

## B. Background

### a.    Polycyclic Aromatic Hydrocarbons

Numerous scientific and monitoring surveys have shown that polycyclic aromatic hydrocarbons(PAH) accumulate in shallow water sediments. Total and individual PAHs tend to be highest near point sources, i.e. industrial discharges (Chapman et al., 1987), poorly flushed basins (Kim et al., 1998) and in densely populated areas (Maruya et al., 1997). Relatively uniform total PAH concentrations in sediments from larges estuaries or embayments, e.g. San Francisco Bay, suggest the sources are diffuse, e.g. airborne sources, and /or estuarine processes act to disperse PAHs and other particle reactive contaminants over a wide deposition area (SFEI, 1994). In or near significant point sources of petrogenic influence, distinct contamination gradients in the sediment record can exist (Kim et al., 1998).

### b.    Historical Coring

The terms deposition and accumulation are used by sedimentologists and the distinction between these terms has been discussed by McKee et al. (1983). Deposition is the temporary emplacement of particles in the seabed. Accumulation is the net sum of many episodes of sediment deposition and removal. The difference between rates of deposition and accumulation affects the ability of an environment to record sedimentary events.

The sediment record, as revealed in sediment cores, can be used to reconstruct the history of contaminant input into estuaries. The basic assumptions are that contaminant inputs rapidl

equilibrate with sediment inputs and the sediment column represents a continuous sequence of sediment and associated contaminant accumulations.    Using radiochemical chronologies, it is possible, theoretically, to date sediments over a period corresponding to about five radioactive decay half-lives (~100 years in the case of $^{210}Pb$).    $^{210}Pb$, a naturally occurring radionuclide in the $^{238}U$ decay series, has been used successfully to provide a temporal frame work in numerous studies of the estuarine environment (Goldberg et al., 1979; Alexander et al.,1991, 1993; Thorbjarnarson et al., 1985).  An analysis of sediment cores showed that from the Savannah River Estuary for PAHs between 1958 and 1962, there was significantly more input of PAHs in the Savannah River estuary than before and after this period (Alexander et al., 1999).    Cores closer to the city of Savannah had much higher concentrations of PAHs during this time period than cores collected further down river from Savannah.  Analysis of sediment cores from Southampton Water, a coastal plain estuary in the United Kingdom, showed elevated PAH concentrations in the 1949-1951 period due to expansion of an oil refinery during this period (Croudace and Cundy, 1995).

C.     Objectives

        The objectives of the proposed work are to collect a series of cores at stations in the Delaware River, followed by dating of the cores and analysis of dated sections of the cores for metals, metalloids and polycyclic aromatic hydrocarbons.  The focus will be to determine the existence of post-1993 pulse inputs of PAHs.

A.     Work Plan

        1.     Sites Proposed for Historical Coring

        Our proposed sites for historical coring are based on discussions with the group at the University of Maryland, who are coordinating the Delaware River study, and on sediment sampling carried out by our group at SkIO at a variety of stations in the Delaware River on a cruise in the Delaware River on November 19, 1999.  The original stations in the Delaware River which have been sampled by the group at the University of Maryland are shown in Fig. 1 and are labeled DR-1 through DR-10.  Our sampling cruise in November, 1999 collected sediment from each of these stations, as well as a number of other sites in the Delaware River.  We have proposed to collect cores from stations near DR-10 (station 1), DR-9 (station 2), DR-8 (station 3), between DR-7 and DR-2 (station 4), DR-5 (station 5), a station in the mid-field (station 6) and a station across the Delaware River (station 7).  Preliminary work by Batelle at DR-1 through DR-10 stations, showed PAH sediment concentrations ranged from 2 to 15µg/g.  Our selection of coring sites was based on the type of sediment at the sites as well as distance from the Refinery's discharge into the Delaware River.  Historical coring can not be done in areas of extensive mixing and also certain types of sediment do not allow collections of good cores, such as coarse, sandy sediment and hard packed clay.  Based on these criteria, we have selected the seven sites labeled in Fig. 1.  The University of Maryland group plans to carry out chemical and biological studies at several stations in addition to stations DR-1 through DR-10, e.g. mid-field stations.  Thus, the final decision on the exact location of seven sites for historical coring will be based on discussions with the University of Maryland group.  Also, we will participate in a sampling cruise with the University of Maryland in August, 2000 and this will provide us with additional information to make a decision on the location of the

coring sites.

### 2.    High Resolution Coring

The goal is to provide the highest degree of fine-scale resolution in sediment cores possible for the sedimentary environment in the Delaware River. The approach has been discussed in the papers by Alexander et al. (1991, 1999). Briefly, two types of coring strategies will be carried out: (1) "push coring" with an open-barrel PVC pipe (15 cm ID; 50 cm max length/depth) and (2) "box coring" (20 x 30 cm cross section, 60 cm max length/depth). Push coring will be used in the intertidal stations and box coring will be used in subtidal stations. X-radiography will be used for cursory examinations of intact cores, i.e. to look for evidence of sediment disturbance, bioturbation, mixing, etc. Cores slices will be extruded and sliced into 0.5cm intervals, discarding sediment from the outer layer that has contacted the coring device walls. $^{210}Pb$ and $^{137}Cs$ will be analyzed using gamma ray spectroscopy (46.5KeV and 662KeV energies, respectively). Sediment accumulation rates will be computed using the constant flux/constant rate of the supply geochemical model. In cores with little or no evidence of disturbance, core slice dating (i.e. year of deposition) will be estimated based on computed accumulation rates. Sediment core slices will also be analyzed for the short-lived radionuclide, $^{7}Be$, as an indicator of recent deposition and also to estimate biological mixing rates. See the enclosed paper by Alexander et al. (1999) for details on dating and determination of sediment accumulation rates.

A small boat, will be used to collect cores from the inshore stations. For the deeper stations, we will use R/V Henlopen from the University of Delaware.

### 3.    Analytical Methods

#### a.    Grain Size

An aliquot of sediment will be wet sieved with the retained (coarse) fraction labeled "sand". The sediment that passed through the sieve will be classified into silt or clay using the pipette method (Plumb, 1981).

#### b.    Analysis of metals and metalloids

The metals and metalloids to be analyzed in sections of sediment cores will include Al, As, Cd, Cr, Cu, Pb, Hg, Ni, Se, Sn and Zn with minimum detection levels for each element listed in section G. These are the same elements to be analyzed by Battelle Duxbury for surface sediments. The procedures to be used are described below.

#### 1.    Sample Digestion

Total digestion of sediment samples will be done in clean Teflon beakers with either Baker "Instra-Analyzed" or GFS redistilled nitric, perchloric and hydrofluoric acids. Samples will be first treated with nitric and hydrofluoric acids to break down silicate phases. The samples will be treated with perchloric acid to destroy any organic matter in the sample and taken to dryness. The residu

will be dissolved in dilute nitric acid, and stored in acid cleaned polyethylene vials. Details of the digestion procedure are given in Table 1.

### 2.    Procedural Scheme

After the samples are digested as described above, they are diluted or aliquoted without dilution and the internal standard or internal standard mixture is added. The samples are placed in the autosampler behind the calibration standards and the initial calibration verification standard (ICV). A continuing calibration standard is placed after every 10 samples so that the analyst can assess whether instrument calibration is maintained throughout the sample run.

### 3.    Inductively coupled plasma-mass spectrometry (ICP-MS)

The ICP-MS must be allowed to stabilize in the operate-mode for approximately 30 minutes prior to beginning a sample run. During this time there are a number of instrumental parameters such as tuning, mass calibration, stability and resolution that must be checked. These parameters are checked according to the manufacturer's instructions. A VG-Elemental PQ-3 ICP/MS will be used for most trace metals.

### 4.    Calibration Procedures and Frequency for ICP-MS

Daily instrument calibration is achieved in accordance with Tables 2 and 3. Samples that are not bracketed by standard concentrations are diluted or concentrated as appropriate and reanalyzed. As indicated in Tables 2 and 3 a continuing calibration standard is used in each sample batch. Also at least two reagent blanks and one certified reference material (CRM) is analyzed with each batch of samples.

At least 5% of the samples are spiked with the analytes of interest at a concentration at least ten times the detection limit. Matrix spikes are necessary in order to evaluate the effect of sample matrix upon spike recoveries. The spike recoveries must be within the 99% confidence limits and samples that are outside these limits are subject to corrective action.

### 5.    Atomic Absorption

Perkin Elmer (Analyst 800) will be used for aluminum which is difficult to analyze for by IPM/MS. The instrument calibration is achieved in accordance with Tables 2 and 3. Standard operating procedures as recommended by the manufacturer are used unless noted otherwise.

### 6.    Total mercury

*Scope and Application*

Total mercury in sediment samples will be determined using the procedures described by Smith, (1993). The method involves spiking the sample with an enriched 201Hg isotope and microwave digestion with 5ml of HNO3. The samples will be analyzed using cold vapor reduction into the ICP/MS. The isotopic ratio of 202Hg/201Hg will be accurately determined and the

concentration of total mercury will be calculated from this ratio. The detection limit for the method has been determined to be 2ng/g.

### 7.    Method Detection Limits (MDL)

The method detection limits shown below were determined as described in the Code of Federal Regulations (40 CFR Part 136) and are based upon a sample size of 0.5 gms.

| Element | MDL ($\mu$g/g) |
|---------|------|
| Al | 20 |
| As | 0.12 |
| Cd | 0.10 |
| Cr | 0.20 |
| Cu | 0.10 |
| Pb | 0.12 |
| Hg | 0.002 |
| Ni | 0.08 |
| Se | 0.20 |
| Sn | 0.15 |
| Zn | 0.20 |

### c.    Analysis of Polycyclic Aromatic Hydrocarbons

The extraction and analysis of PAHs from sediment cores to be used have been described in the papers by Maruya et al. (1996, 1997). The procedures include freeze drying of sediment, soxhlet extraction with methylene chloride, separation of PAHs from other chemicals by silica gel column chromatography and sulfur removal with activated copper. The PAH fraction will be analyzed by full scan, GC-ion trap mass spectrometry. The methods used are very similar to those being used for surface sediments by the Battelle Laboratory. They are consistent with EPA EMAP protocols for extraction and analysis of PAHs (US EPA, 1993). The 51 PAHs to be analyzed for and quantified in the dated cores are listed in Table 4. These are the same PAHs to be analyzed for in the surface sediments by the Battelle Laboratory. The method detection limit (MDLs) for the

individual PAHs are on the order of 5ng/g dry sediment. The QA/QC to be used for the PAHs are described below.

### d.    Total Organic Carbon (TOC)

Freeze dried aliquots of sediment will have carbonate removed with fuming $H_2SO_4$ repeatedly until no bubbling is observed. Treated sediment will be re-dried, ground thoroughly and analyzed for TOC using a Fisons elemental (CHNS) analyzer. TOC down to 0.05% can typically be measured using SkIO's protocol (see Comprehensive QA Plan, Appendix B).

e.    Quality Assurance/Quality Control (QA/QC) Program

The provisions for QA/QC for analysis of trace organics and inorganics are summarized in SkIO's Comprehensive QA Plan (Smith & Maruya 1998). These include calculation of method detection limits in accordance with Federal guidelines, instrument calibration and performance verification, analysis of procedural blanks, matrix spikes and standard reference materials (SRMS) with certified concentration of target analytes. Although EPA methods are not followed specifically, our protocols have been approved by EPA for the Environmental Monitoring and Assessment Program-Estuaries (EMAP-E). In addition, the trace organics and inorganic laboratories have participated in the NIST/NOAA National Status & Trends (NS&T) sponsored Intercomparison Exercise for Trace analytes in sediments and tissues annually since 1993.

f.    Facilities and Instrumentation

The SkIO is fully equipped to undertake this study with the exception of a research vessel. We suggest the use of the R/V Cape Henlopen from the University of Delaware which has the necessary auxiliary equipment and adequate deck space for coring (see enclosed letter from director of the R/V Cape Hanlopen).

The trace organic laboratory (Maruya) is fully equipped to perform all the necessary extractions and analysis of sediments for trace level PAH. Extraction equipment included microwave and Soxhlet extractors. Instrumentation for PAH analysis include a Varian 3400CX GC/Saturn 3 ion trap MS and a HP6890 "Plus" series GC/5973 MSD with both positive and negative chemical iodization capability. A Fisons CHNS Analyzer is available for TOC/TON measurements.

The inorganics laboratory (Smith and Windom) is fully equipped to perform the extractions and analysis of sediments for metals and metalloids. Instruments for metal nad metalloid analysis include a VG-Elemental PQ-3 ICP-MS and a Perkin Elmer Analyst 800 atomic absorption instrument.

The sedimentology lab (Alexander) is fully equipped to obtain cores, perform core sectioning and analysis of radionuclides for dating purposes. This lab has a X-ray machine and gamma ray spectrometer.

g.    Schedule

| | |
|---|---|
| 10/1/99 | Project kickoff |
| 11/99 | Exploratory site visit to Delaware River estuary by all PIs |
| 6/00 | Coordination meeting at the University of Maryland, Calibration of Equipment, Decision of locations for coring. |
| 8/00 | Cruise on Delaware River with University of Maryland to sample coring sites |
| 9/00 | Long core sampling cruises |
| 10/00 - 2/01 | Long core radionuclide analysis |
| 1/01 - 3/01 | Grain size analysis |
| 10/00 - 4/01 | PAH analysis of cores |

6/01 - 8/01     Preparation of final report
10/30/01        Submission of Final Report

     h.     Miscellaneous Agreements

1.     The PIs request that any and all data resulting from parallel study efforts with the University of Maryland be made available upon request. Only data of a scientific nature that has a direct link to the studies proposed herein will be requested.

2.     The PIs retain the right to publish any and all material gathered as a result of this work. The principal investigators agree not to publish until five years after the study is completed or before if written permission is granted by MOTIVA.

# References

Alexander, C.R., C.A. Nittrouer, and D.J. DeMaster. 1991. Sediment Accumulation in a Modern Epicontinental Shelf Setting: The Yellow Sea. Mar. Geol. 98: 51-72.

Alexander, C.R., R. Smith, S. Schropp, F. Calder and H. Windom. 1992. The Historical Record of Metal Enrichment in Two Florida Estuaries, Estuaries 16: 627-637.

Alexander, C., R. Smith, B. Loganathan, J. Ertel, H.L. Windom and R.F. Lee. 1999. Pollution history of the Savannah River Estuary and comparisons with Baltic Sea pollution history. Limnologica 29: 267-273.

American Public Health Association (APHA). 1985. Standard Methods for the Examination of Water and Wastewater, 16th Edition. APHA/AWWA. Washington, DC.

Chapman, P.M., R.N. Dexter and E.R. Long. 1987. Synoptic measures of sediment contamination, toxicity and infaunal community composition (the Sediment Quality Triad) in San Francisco Bay. Mar. Ecol. Prog. Ser. 37:75-96.

Croudace, I.W. and A.B. Cundy. 1995. Heavy metal and hydrocarbon pollution in recent sediments from Southampton water, southern England: A geochemical and isotopic study. Environ. Sci. Technol. 29: 1288-1296.

Goldberg, E.D. J.J. Griffin, V. Hodge., M Koide and H.L. Windom. 1979. Pollution history of the Savannah River estuary. Environ. Sci. Technol. 13: 588-594.

Kim, G.B., K.A. Maruya, R.F. Lee, S.G. Kang, C.H. Koh and S. Tanabe. 19998. Distribution and source of polycyclic armoatic hydrocarbons in sediments form the vicinity of Incheon Harbor, Korea. Mar. Pollut. Bull. 38:7-15.

Maruya, K.A., R.W. Risebrough and A.J. Horne. 1996. Partitioning of polynuclear aromatic hydrocarbons between sediments from San Francisco Bay and their porewaters. Environ. Sci. Technol 30: 2942-2947.

Maruya, K.A., B.G. Loganathan, K. Kannan. S. McCumber-Kahn and R.F. Lee. 1997. Organic and organometallic compounds in estuarine sediments from the Gulf of Mexico - 1993-1994. Estuaries 20: 700-709.

McKee, B.A., C.A. Nittrouer and D.J. DeMaster. 1983. Concepts of sediment depositoin and accumulation applied to the continental shelf near the mouth of the Yangtze River. Geology 11: 631-633.

Means, J.C. Report to the U.S. District Court District of Delaware, NRDC and Delaware Audubon Society vs. Texaco Refining and Marketing, Inc., November 3, 1997.

Plumb, R.H., Jr. Procedures for Handling and Chemical Analysis of Sediment and Water Samples;

U.S. environmental Protection Agency/U.S. Army Corps of Engineers, EPA/Ce81-1, USACE Waterways Experimental Station, Vicksburg, MS, 1981.

San Francisco Estuary Institute (SFEI). 1994. San Francisco Estuary Regional Monitoring Program for Trace Substances. 1993 Annual Report. SFEI, Richmond, CA

Smith, Ralph G.  1993.  Determination of mercury in environmental samples by isotope dilution/ICPMS. Anal. Chem. 65: 2485-2488.

Smith, R. and K.A. Maruya.  1998.  Comprehensive QA Plan.  Skidaway Insinuate of Oceanography, 1998, 300 pp.

Thorbjarnarson, K.W. C.A. Nittrouer, D.J. Demaster and R.B. McKinney.  1985.  Sediment accumulation in a back-barrier lagoon. Great Sound, New Jersey, J. Sed. Pet. 55: 856-863.

U.S. Environmental Protection Agency. 1993. Estuaries Louisianian Province Quality Assurance Project Plan.  EPA 600/X-93/XXX, Office of Research and Development, Gulf Breeze, Florida, Virginian Province Quality Assurance Project Plan.

**Explanation of Budget:**
**Personnel**

1.    Principal Investigators

Richard Lee is to be managing and coordinating the proposed work, responsible for scheduling of field sampling surveys, logistics, report submission and coordination between SkIO, University of Maryland, Motiva, Equilon Enterprises and Equiva Services. Keith Maruya will be responsible for analysis of PAHs and total organic carbon in sediment cores. R. Smith and H. Windom will be responsible for analysis of metals and metalloids in sediment cores. Clark Alexander will be responsible for the coring and ancillary sedimentological measurements, e.g. grain size. 2 months is requested for K. Maruya and 3 months time for C. Alexander. 2 months of time is requested each year for R. Lee for coordination of work at SkIO, meetings with University of Maryland group, field work, and preparation of reports.

2.    Technician

A technician will be necessary to help in the collection of cores, preparation of cores for dating, core slicing, carrying out X-ray analysis of cores, and dating of cores. Three months of technician time each year for two years are requested.

**Ship Time**

4 days on the R/V Cape Henlopen ($6500/day-see enclosed letter from the director of the R/V Cape Henlopen) and 2 days on small boat ($2000).

**Equipment Maintenance**

$2500 is requested for maintenance of X-ray and gamma counters.

**Supplies**

$4500 is requested in year 1 for supplies which includes X-ray film, fabrication of plexi-glass, sampler, core barrels, samples jars.

$4000 is requested in year 2 which includes liquid nitrogen, calibration standards, sample jars and other lab supplies

Analysis of Cores for PAHs, grain size and total organic carbon
year 1 - 120 sections from 7 cores (down to 10cm) - 120 x $150/section = $18,000
year 2 - 120 sections from 2 cores (down to 20cm) - 120 x $150/section = $18,000

Analysis of Cores for Trace Metals and Metalloids
year 1 - 120 sections from 7 cores (down to 10cm) - 120 x $300/section = $36,000
**Travel**

Year 1          Exploratory site visit by 3 PIs ($1500 for travel and $1000 for boat rental)
                Trip to University of Maryland by 3 PIs for coordination of studies and discussion
                of coring sites ($1000).
                Trip for sampling cruise to Delaware River in June, 2000 ($1000)
                Trip to Delaware River site by 3 PIs and 2 technicians, includes driving van with
                equipment from Savannah and return and hotels ($5000)

Year 2          Wrap up meeting by 3 PIs in Houston ($1600)


### Justification of PAH Analysis of Cores at Skidaway Institute of Oceanography

The group of 3 principal investigators (Lee, Alexander, and Maruya) have worked together on
several studies involved with data and analysis of sediment cores. All investigators will be involved
in the collection of the cores at the site. A team approach is necessary to carry out high resolution
coring work. Discussion of which locations to collect cores will depend on our past experience in
finding good coring sites as well as any information on the location of sites with high PAH
concentrations. Before we start the PAH analysis of thin sections of cores will require discussions
by the sedimentologist as to the best cores in terms of good dating, sedimentation rates and lack of
mixing and by the geochemists as to the best cores with regards to PAH concentrations. For
example, to achieve the objectives, it will be necessary to sample very thin sections, yet a section
must have enough PAHs to allow sensitive analysis including good quality assurance. In writing
the final report, it again will be necessary for all of the PIs to be involved in the analysis of all data.

Table 1
Sediment Digestion Procedure

1) Weigh 250 mg of oven dried (60C) and powdered sample into a 100 ml teflon (PTFE) beaker.

2) Add 10 ml of concentrated nitric acid (Baker Instra-Analysed).

3) Add 10 ml of hydrofluoric acid (Baker Instra-Analysed).

4) Cover the beaker with a teflon watch glass and allow the sample to stand overnight in a fume hood.

5) Add 3 ml of 70% perchloric acid (GFS redistilled)

6) Heat to dryness at 120C using a surface thermometer to monitor the temperature.

7) Add 1 ml of nitric acid and heat to dryness at 120C. Repeat this step again in order to remove chloride ions.

8) Add 2 ml of 10% nitric acid (diluted from conc. Baker Instra-Analysed HNO3). If the resulting solution is not clear with a greenish yellow color, repeat steps 2-8.

9) Add 18 mls of double distilled water and determine the total sample volume gravimetrically.

NOTES:

With each batch of 20 or fewer samples, prepare one reagent blank containing all of the acids as described above. Also prepare one certified reference material such as NIST 1646 or NRC BCSS-1.

Nitric acid is added to the samples using a Brinkmann acid dispenser (cat# 050-10-954-2). Perchloric acid is added with a Lab Industries (L/I) repipet. Hyfrofluoric is measured using a 10 ml plastic graduated cylinder.

Caution: This digestion procedure requires a perchoric acid hood with adequate wash down facilities. Also the analyst must wear protective clothing (i.e. polyethelene gloves, face shield and lab coat) while working with these acids.

Table 2
Instrument Calibrations

| Instrument | # Standard Initial Calib. | Acceptance/ Rejection Criteria | Frequency | # Standards Cont. Calib. | Acceptance/ Rejection Criteria | Frequency |
|---|---|---|---|---|---|---|
| ICP-MS | 4 | Linear regression correlation coef. of >0.99 | Daily prior to use or failure of CCV | 1 | Concentration must be within 10% of correct value | Initial and every 10 samples |
| Atomic Absorption | 4 | Linear regression correlation coef. of >0.99 | Daily prior to use or failure of CCV | 1 | Concentration must be within 10% of correct value | Initial and every 10 samples |

E-14

## Table 3
### Calibration Protocol

## 1. ICP-MS

A) Initial tuning of the ion lenses is performed using a 1.0 ppb tuning solution. A test scan is made with the tuning solution in order to evaluate the mass calibration and resolution. Adjustments are made if necessary according to manufacturer's recommendations.

B) Sequence of events for initial calibration:

   a) Run blank solution (quartz distilled water with 1% HNO3)
   b) Run four calibration standards
   c) Verify initial calibrations
   d) Run Q/C standard (SPEX-2A) - must be within 10% of true value for acceptance
   e) Analyze 10 samples (includes reagent blanks, certified standard (NIST 1646), spikes and duplicates
   f) Run blank solution
   g) Run Q/C standard

C) Final Acceptance/Rejection. A certified sediment standard (NIST 1646) is analyzed periodically throughout the sample run. Concentrations of these standards must meet Q/A objectives.

## 2. Atomic Absorption

A) Allow instrument and hollow cathode lamp to warm up 30 minutes prior to use. Set up instrument wavelength, slit width and lamp current according to the manufacturers recommendations. This may be accomplished by analyzing a midpoint standard and comparing the absorbance with that quoted in the software. Check the observed characteristic concentration with the expected value found within the software. If there is a large discrepancy, resolve the problem before continuing.

B) Sequence of events for initial calibration:

   a) Run blank solution (quartz distilled water with 1% HNO3)
   b) Run four calibration standards
   c) Verify initial calibrations
   d) Run Q/C standard (SPEX-2A) - must be within 10% of true value for acceptance
   e) Analyze 10 samples (includes reagent blanks, certified standard (NIST 1646), spikes and duplicates
   f) Run blank solution
   g) Run Q/C standard

C) Final Acceptance/Rejection. A certified sediment standard (MESS-2) form the National Research Council of Canada is analyzed periodically throughout the sample run. Concentrations of these standards must meet Q/A objectives.

## Table 4.
## PAH Target Analyte List for Sediment Cores

**Naphthalene**
- 1-Methylnaphthalene
- 2-Methylnaphthalene
- 2-Ethylnaphthalene
- 1-Ethylnaphthalene
- 2,6/2,7-Dimethylnaphthalene
- 1,3/1,7-Dimethylnaphthalene
- 1,6-Dimethylnaphthalene
- 1,4/2,3-Dimethylnaphthalene
- 1,5-Dimethylnaphthalene
- 1,2-Dimethylnaphthalene
- 1,8-Dimethylnaphthalene
- 2-Isopropylnaphthalene
- 1,6,7-trimethylnaphthalene

**Acenaphthylene**
**Acenaphthene**
**Fluorene**
**Anthracene**
**Phenanthrene**
- 1-Methylphenanthrene
- 3-Methylphenanthrene
- 2-Methylphenanthrene
- 4,9-Methylphenanthrene
- 3,6-Dimethylphenanthrene
- 3,5-Dimethylphenanthrene
- 2,6-Dimethylphenanthrene
- 2,7-Dimethylphenanthrene
- 3,9-Dimethylphenanthrene
- 1,6/2,5/2,9-Dimethylphenanthrene
- 1,7-Dimethylphenanthrene
- 1,9/4,9-Dimethylphenanthrene
- 1,2-Dimethylphenanthrene
- 1,8-Dimethylphenanthrene
- 1,5-Dimethylphenanthrene
- 9,10-Dimethylphenanthrene
- 1,2,8-Trimethylphenanthrene

**Dibenzothiophene**
- 1-Methyldibenzothiophene
- 4-Methyldibenzothiophene
- 2/3-Methyldibenzothiophene

Table 4. (Cont'd.)


Fluoranthene
Pyrene
Benzo(a)anthracene
Chrysene
Benzo(b)fluoranthene
Benzo(k)fluoranthene
Benzo(a)pyrene
Ideno(1,2,3-cd)pyrene
Dibenz(a,h)anthracene
Benzo(g,h,i)perylene

Subject: [Fwd: 2000 Cruise]
Date: Wed, 14 Jul 1999 13:24:52 -0400
From: Clark Alexander <clark@skio.peachnet.edu>
Organization: Skidaway Institute of Oceanography
To: dick@skio.peachnet.edu

```
Here's the message I got from the Cape Henlopen people fior your
information.
*******************************************************************
Dr. Clark Alexander                    clark@skio.peachnet.edu
Skidaway Institute of Oceanography     http://www.skio.peachnet.edu/
10 Ocean Science Circle                Voice: 912-598-2329
Savannah, GA  31411                    FAX: 912-598-2310
```

Subject: 2000 Cruise
Date: Wed, 14 Jul 1999 11:41:11 -0400
From: Matthew Hawkins <hawkins@UDel.Edu>
To: clark@skio.peachnet.edu, hawkins@UDel.Edu

```
Clark-

Per our phone conversation, I've "penciled" you in for 4 days in 2000
(May 30 - June 2).  Our schedule is in flux right now and we can work
our exact dates once things settle out a little.  Work is to be benthic
sampling near the Texaco terminal in Delaware River as I understand it.

Our daily rates have been very consistent over the past 5 years, and
judging from our preliminary schedule there should be no significant
increases for 2000.  Rates will be ~$5500/day for the ship, and
~1000/day for technical services for a total of ~$6500/day.  This is all
inclusive (crew, technicians, ship's full suite of instrumentation and
equipment, food, fuel, etc.).

Please e-mail me your mailing address and I'll send you some technical
details on the ship and some arrangement drawings.

Looking forward to working together next year.

Matt Hawkins
               Cape Henlopen
```

Year 1

## PROPOSAL BUDGET

| ORGANIZATION | | | | PROPOSAL NO. | DURATION (MONTHS) | |
|---|---|---|---|---|---|---|
| Skidaway Institute of Oceanography | | | | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR/PROJECT DIRECTOR | | | | AWARD NO. | | |
| Richard F. Lee | | | | | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI'S, Faculty and Other Senior Associates | | | | | | |
|---|---|---|---|---|---|---|
| (List each separately with title, A.7. show number in brackets) | Person-Mos. | | | Funds Requested By Proposer | | |
| | CAL. | ACAD | SUMR | | | |
| 1. R. F. Lee, Professor | 2.0 | | | $15,047 | | |
| 2. Clark R. Alexander, Associate Professor | 2.0 | | | 9,780 | | |
| 3. Keith A. Maruya, Assistant Professor | 1.0 | | | 4,368 | | |
| 4. | | | | 0 | | |
| 5. | | | | 0 | | |
| 6. (   )OTHERS (LIST INDIVIDUALLY ON BUDGET EXPLANATION PAGE) | | | | 0 | | |
| 7.       ( 3 )TOTAL SENIOR PERSONNEL(1-6) | 5.0 | | | 29,195 | | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | | |
| 1. (   )POST DOCTORAL ASSOCIATES | | | | 0 | | |
| 2. ( 1 )OTHER PROFESSIONALS (TECHNICIANS, PROGRAMMER, ETC) | 3.0 | | | 6,300 | | |
| 3. (   )GRADUATE STUDENTS | | | | 0 | | |
| 4. (   )UNDERGRADUATE STUDENTS | | | | 0 | | |
| 5. (   )SECRETARIAL CLERICAL | | | | 0 | | |
| 6. (   )OTHER | | | | 0 | | |
| TOTAL SALARIES AND WAGES (A+B) | | | | 35,495 | | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 9,939 | | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A+B+C) | | | | 45,434 | | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000:) | | | | | | |
| TOTAL EQUIPMENT | | | | 0 | | |
| E. TRAVEL  1. DOMESTIC (INCL.CANADA,MEXICO AND U.S. POSSESSIONS) | | | | 9,500 | | |
| 2. FOREIGN | | | | 0 | | |
| F. PARTICIPANT SUPPORT COSTS | | | | | | |
| 1. STIPENDS        $ | | | | | | |
| 2. TRAVEL | | | | | | |
| 3. SUBSISTENCE | | | | | | |
| 4. OTHER | | | | | | |
| (   )TOTAL PARTICIPANT COSTS | | | | 0 | | |
| G. OTHER DIRECT COSTS | | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 4,500 | | |
| 2. CORE ANALYSIS | | | | 18,000 | | |
| 3. TRACE METALS ANALYSIS | | | | 36,000 | | |
| 4. COMPUTER SERVICES | | | | 1,000 | | |
| 5. SHIP TIME - R/V Cape Henlopen | | | | 26,000 | | |
| 6. OTHER - Equipment Maintenance & Small Boat Use | | | | 4,500 | | |
| TOTAL OTHER DIRECT COSTS | | | | 90,000 | | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | 144,934 | | |
| I. INDIRECT COSTS  (F&A) (SPECIFY RATE AND BASE) | | | | | | |
| 45% OF H.  Less G.3. & G.5. | | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 37,320 | | |
| J. TOTAL DIRECT AND INDIRECTS COSTS (H+I) | | | | 182,254 | | |
| K. RESIDUAL FUNDS (IF FOR FURTHER SUPPORT OF CURRENT PROJECTS SEE GPG II.D.7.J.) | | | | | | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | $182,254 | | |
| M. COST SHARING: PROPOSED LEVEL $ | | AGREED LEVEL IF DIFFERENT $ | | | | |
| PI/PD TYPED NAME & SIGNATURE* | DATE | | | | | |
| Richard F. Lee | | | | | | |
| ORG. REP. TYPED NAME & SIGNATURE* | DATE | | | | | |
| William McChesney | | | | | | |



• Sta 1
DR-10

DR-9
• Sta 3    • Sta. 2
DR-8

• Sta. 6

DR-7
DR-1 •• Station 4
DR-2

DR-3 •

• DR-4

Delaware River

• Sta. 7

C & D Canal

• DR-5
Sta 5

• DR-6

E-20