# Exhibit 4

Aug 25 11:27:00 2000                                    update on Motiva study issues we discussed on August

Date: Fri, 25 Aug 2000 11:25:48 -0400 (Eastern Daylight Time)
From: Lenwood Hall <lh43@umail.umd.edu>
Sender: lh43@umail.umd.edu
Reply-To: lh43@umail.umd.edu
Subject: update on Motiva study issues we discussed on August 22
To: skipliv@earthlink.net
Message-ID: <SIMEON.10008251148.A@test.umd.edu>

Skip:
The status on the issues we discussed on August 22 is as follows:

1. Search for an expert to help resolve the PAH analysis issue in amphipods (sediment toxicity test species) - I will start searching for a qualified individual to serve this dispute resolution role. My preference would be to hire someone from academia unless you think this is bias. As we discussed, I will have to hire someone if we want to get a worthwhile opinion. I will frame the problem to the individual by stating that the task is a court order and then present Mean's position ( ⁻¹ method) and our position. The individual would then state their ⌐ .on along with their rationale. Does this approach sound appropriate and unbias?

2. Sediment trap studies - As stated in detail in our scope of work, we believe that the data collected from sediment traps in shallow water areas of the Delaware river will contain a high degree of uncertainty because short term sedimentation rates will likely overestimate the movement of PAH-sorbed particles to the river floor and the sediment collected in the traps will contain resuspended unconsolidated bottom sediment. Every expert in this area that we have talked with agrees with the above statement. Despite our reservations and to adhere to the court order, we will conduct the sediment trap study for 2 to 3 weeks at ~ 6 sites in the near-field and mid-field area of the effluent canal.

3. Dissolved, Particulate and Colloidal Phase Analysis - These experiments will be conducted as described in our scope of work. I will also add a literature review component to address the colloidal phase importance to PAH transport and fate.

ᵈd by: Koralleen Stavish                    Page: 1

Fri Aug 25 11:27:00 2000                                   update on Motiva study issues we discussed on August

4. Potential Mercury issue in the Delaware - Backgroud mercury data in sediment collected by NOAA in the Delaware River will be reviewed to search for spatial trends. I will also check all dischargers in the area that are permitted for mercury. Motiva is not permitted for mercury. I will also take a look at the mercury loading from Motiva's 001 discharge.

5. PAH and metals data from Motiva's discharge - Concentration and loadings data for both PAHs and metals will be updated and sent to you within a few weeks.

I think this covers all the issues we discussed unless you can think of any others. The PAH, grain size and TOC data from the 49 sites we sampled on August 21-23 should be available in 3 to 4 four weeks. I will compile these data on a map or series of maps (and send them to you ASAP) so we can make final decisions on the sample sites. Clark will have his results within the same time frame so the long term coring sites can be selected.

Thanks for your constructive input.

Lenwood


------------------------
Lenwood Hall
lh43@umail.umd.edu