# Exhibit 5



# Human & Ecological Risk Assessment
*An International Journal*

HERA Editorial Office
P.O. Box 81328
Atlanta, Georgia 30366 USA
Tel/Fax: (770) 451-9411
Barry L. Johnson, Managing Editor

May 14, 2005

Lenwood W. Hall, Jr.
University of Maryland
Wye Research and Education Center
P. O. Box 169
Queenstown, Maryland 21658

Dear Mr. Hall:

I write to state that your work "An integrated Case Study for Evaluating the Impacts of an Oil Refinery Effluent on Aquatic Biota in the Delaware River" will be published in the August 2005 issue of the *Journal of Human and Ecological Risk Assessment*, which can be cited as HERA 11(4). The six manuscripts that constitute the oil refinery study will be published as a special issue of our journal. Thank you for contributing your work to our journal.

Sincerely,

Barry L. Johnson
Assistant Surgeon General (ret.)
Editor in Chief/Managing Editor

Barry L. Johnson, Ph.D., F.C.R.
Editor in Chief/Managing Editor
Rollins School of Public Health
Emory University
bljradm@aol.com

Edward J. Calabrese, Ph.D.
Co-Editor in Chief
School of Public Health
University of Massachusetts
edwardc@schoolph.umass.edu

Christopher M. Teaf, Ph.D.
Senior Editor for Human Risk
Florida State University
ctcaf@mailer.fsu.edu

Robert A. Pastorok, Ph.D.
Senior Editor for Ecological Risk
Exponent Environmental Group
pastorokr@exponent.com