# Exhibit 6

David S. Page
Chemistry Department
Bowdoin College
6600 College Station
Brunswick, Maine 04011-8466 USA
December 7, 2000

Phone: (207) 725-3602                                               Fax: (207) 725-3017
Email: dpage@polar.bowdoin.edu

Dr. Lenwood W. Hall
University of Maryland System
Agricultural Experiment Station
Wye Research and Education Center
PO Box 169
Queenstown, MD 21658

RE:  Expert Opinion on Proposed Hydrocarbon Analysis Methodology for:

> "A Baseline Study for Assessing the Potential Aquatic Ecological Effects from Motiva Enterprises LLC Delaware City refinery Effluent Using a Sediment triad Approach."

Dear Dr. Hall:

This is a response to your request for an opinion on the suitability of the analytical proposed method proposed by the Court appointed expert, Dr. Jay Means, for the analysis of polycyclic aromatic hydrocarbons (PAH) in amphipod test species. I have reviewed the material you sent to me in your letter of October 5, 2000. These materials included the following:

1. A court order settlement agreement between Motiva and the National Resources Defense Council (see section h on tissue analysis on page A-4 and section n on dispute resolution on page A-6)

2. Sections from your scope of work entitled Triad sampling (Section 3.4 on pages 24 - 34) and Tissue Analysis of PAHs and metals from sediment toxicity tests (Section 3.8 on pages 41-45).

3. Methods of Tissue Analysis for Semi-volatile Aromatic Hydrocarbons by Jay Means

In addition, I have examined the peer-reviewed literature as well as other documents relevant to this question. I have had no prior connection with this project, nor have I had any relationship with the principals in this case; Motiva Enterprises LLC, the Natural Resources Defense Council, Inc. and the Delaware Audubon Society.

I will provide a summary of my opinion and then a more detailed discussion in support of my overall opinion.

## SUMMARY OF OPINION

The method for the analysis of amphipod tissue samples in the range of ~0.1-0.2 g dry weight (approximately equal to 0.5-1.0 g wet weight) for PAH proposed by Dr. Means is not appropriate to the current project and carries the risk of yielding misleading data because:

1. Monitoring programs carried out under Court order must use standard, tested analytical methods consistent with standard Federal EPA and NOAA methodologies in order to produce reliable, credible and defensible data. Research analytical methods, as proposed by Dr. Means, have not been subjected to the rigorous testing and validation that standard Federal EPA and NOAA methods have been subjected to. Employing non-standard methodologies in litigation-related studies carries a very real risk of producing data that cannot survive intense scientific/legal scrutiny.

2. Analyses of very small, sub-gram wet-weight, sample sizes generally yield poor method detection limits (MDL), thus limiting the ability to discriminate different PAH sources by failing to detect minor PAH components. In small analytical samples, the effects of lab and field contaminants are amplified, thus leading to errors and in extreme cases, mis-attribution of PAH sources.

3. The proposed amphipod tissue analyses are unnecessary because of the triad-based study design adopted in this project. The dose-response relationships between PAH and the test species in the standard bioassays used in this project are well-documented. Sediment bioassays are employed as part of any triad-based study to obviate the need to analyze the small amphipod test organisms for PAH. The known response of the test organism reflects the PAH concentration in the tissues, thus making separate tissue analyses superfluous.

## DISCUSSION

### Proposed Method of Means:

The material provided for review had two documents describing test methods for PAH authored by Dr. Means and others. Both were in manuscript form. In one document: "Compound-Specific GC/MS Analysis of Alkylated and Parent PAH's in Waters, Sediments, and Aquatic Organisms," By D.J. McMillin and J.C. Means (undated – but most recent reference is 1996), a sensitive analytical method is described for various sample types including tissues. This reference is not relevant to the present case because the tissue sample size employed in this reference is 20 grams – one hundred times larger than the analytical samples proposed in the present case by Means.

The second reference is titled "Method of Tissue Analysis for Semi-Volatile Aromatic hydrocarbons," J. Means dated Wed. Feb 09 11:49:10 2000. It is a printout of what appears to be a draft method summary. This is not an EPA or NOAA standard method for analyzing PAH in tissue samples. As a research-based method, it gives no detailed information on method detection limits, precision and accuracy. To be appropriate for forensic/litigation-related studies, this method must undergo the same

rigorous validation procedures applied to established standard analytical methodologies. This method employs small tissue sample sizes of ~0.1-0.2 g dry weight. Using a conversion factor of 5 times dry weight = wet weight appropriate for bivalve soft tissue, this is ~ 0.5-1.0 g on a wet weight basis. For organisms like amphipods, the wet weight/dry weight ratio is likely to be much larger because the mass of the inert exoskeleton means that there is a smaller proportion of soft tissue. Therefore, the actual soft tissue dry weight of a 0.5-1.0 gram wet weight amphipod sample could be much smaller than predicted by the relationship above. The use of such a small sample size carries a major risk of insufficiently sensitive method detection limits and of field and lab contamination (see below). Poor detection limits and sample contamination will compromise any attempt to interpret the data.

General Comments:

Analytical methods used for research purposes can provide useful information, but lack the rigorous verification, validation and evaluation undergone by EPA, NOAA and ASTM – standard methods. Employing non-standard methodologies in formal risk assessment and compliance monitoring carries a major element of risk associated with the possibility of rebuttal of the results obtained due to unforeseen deficiencies in the data.

Non-standard analytical methods often run into trouble due to poor method detection limits (MDL), poor discrimination of either high- or low-molecular weight analytes and interferences by contaminants either in the lab or in the field.

The MDL for a given analyte in an analytical procedure is normally determined by an EPA standard method (40 CFR 136, Appendix B, 7/1/89). There is no information given that this has been done by Means for the proposed analytical method. The key is that low (sensitive) MDL's are essential to risk assessment, monitoring and PAH source identification. Since PAH concentrations in an environmental sample can vary by as much as 2-3 orders of magnitude, analytical methods with high (insensitive) MDL's may only provide the PAH signature of the most abundant analytes, and thus be misleading. MDL's are very sensitive to the size of an analytical sample and the volume of the sample extract prior to quantification by some gas chromatographic method (pre-injection volume = PIV). Reporting limits for a given analyte are often 3 to 5 times greater than the analyte MDL to ensure high confidence in the numerical value reported. Analyte concentrations below the reporting limit are often reported with an accompanying qualifier code to indicate lower confidence in the result.

In the present case, the small sample sizes proposed for analysis by Means raises a major question of reliability of results. Sample size is a key determiner of MDL. For example, a rigorous analytical method using a 50 g tissue or sediment sample with a 200 µL PIV will yield an MDL for a given analyte of ~0.10 ppb. A 0.2 – 0.5 g dry weight analytical sample will yield a MDL of > 25 ppb. In practice, the MDL would be much larger due to sample loss, particularly if plastic were in contact with the sample extracts as in the procedure proposed by Means.

A risk of employing chemical analysis methods with high MDL's is that it is often standard practice in ecological risk assessment to assign concentration values to analytes that are determined to be < their MDL as some fraction (i.e. 50%). If a full suite of PAH

analytes are analyzed, these < MDL values can add up to 100's of ppb, where the actual PAH concentration may be very low, < 1 ppb. The adverse effects of contaminants and of high MDL on the reliability of analytical results can be particularly severe with analytical samples of small size.

The environmental analysis of very small analytical samples has been done in various research studies. For example Weston and Mayer (1998) were able to measure the uptake of parent PAH in individual polychaete worms using radio-labelled (tritium) PAH in a lab study. Meador, et al., (1995) report PAH exposure studies of field-contaminated sediments to 2 infaunal invertebrates, an amphipod and a polychaete. In this study, an analytical sample of 75 amphipods gave a sample dry weight of 0.2-0.5 g and a dry weight MDL of 5-50 ppb for 2-3 ring PAH and 0.5-3.5 ppb for 4-6 ring PAH. For total PAH this would yield an MDL of 100- 1200 ppb for parent and alkyl homologue 2-6 ring PAH. The Meador, et al. (1995) study design provided test animals in sufficient number (75) to give a sufficiently large analytical sample for PAH analysis by a standard method and sample wet weights several times larger than proposed by Means. It is not likely that the present study can provide a sufficient number of the small test animals to provide an analytical sample of sufficient size to provide reliable analytical results. With analyte MDL values that would certainly be greater than those reported by Meador, et al. (1995), the method proposed by Means could fail to reliably quantify minor PAH components in contaminated samples or PAH components generally in lightly contaminated samples. The importance of sufficiently low MDL is stated well by Sauer and Boehm (1991):

> "Detection limits.
>
> Analytical methods for oil spill natural resource damage assessment must have meaningful detection limits of target analytes in sample matrices. Detection limits objectives must be derived from study objectives, not from analytical expedience. These objectives have a profound influence on which methods of analysis are selected for chemical characterization of oil-impacted environmental samples. Environmental samples impacted by oil require analytical techniques that can achieve method detection limits at significantly lower concentrations than those limits that can be attained by the EPA methods for matrices of interest (especially water samples).
>
> For oil spill assessments, the desired method detection limits for the essential target analytes vary depending on the sample matrix (such as water, sediment, and tissue). Recommended water sample detection limits are 10 ng/L for individual VAH and PAH compounds, 0.2 µg/L for individual saturated hydrocarbons, and 50 µg/L for total hydrocarbons. The desired detection limits in sediment and tissue samples are 10 ng/g for individual VAH (sediment only) and PAH compounds, 0.1 µg/g for individual saturated hydrocarbons, and 10 µg/g for total hydrocarbons, These goals are based on those concentrations that would be of environmental concern to the biologist and toxicologist and are needed to evaluate control or prespill conditions."

Sample contamination is another major problem with small analytical samples. In the Exxon Valdez Trustee studies of oil exposure to biological resources, many samples that were originally thought to have been contaminated by the oil spill, were later shown to have been contaminated by Diesel fuel hydrocarbons (Bence and Burns, 1995). The contamination problem was particularly great for samples with low total sample weights, such as egg shells, where a small degree of contamination in a <1 g sample can result in a large total ppb value. This is the "denominator effect" where a small sample weight in the denominator increases the contributions from source material, contaminants and noise in equal measure in the final ppb value reported. Misattribution of petroleum sources in the Exxon Valdez Trustee database was a major problem and has been discussed in detail by Bence and Burn (1995). In a Court-ordered scientific monitoring study, sound, defensible analytical data obtained using proven standard methodologies is essential.

The triad approach taken in the Motiva environmental assessment study is a sound, robust study design where the goal is to detect adverse environmental effects if they are present at a reasonable level of statistical confidence. The triad approach relies on biological measures, standard sediment bioassays using organisms whose response to toxicants is known and chemical analyses of sediment and water (e.g. see Page, et al, 1995). The relationships between sediment PAH concentrations and organism response in standard bioassays has been well worked out (e.g. see DiToro and McGrath, 2000; Swartz, 1999). The use of sediment bioassays as the 3rd arm of the triad is normally done to eliminate the need to chemically analyze the test organisms. The dose-response characteristics for the various toxicants, already analyzed in the sediment samples that the test animals are exposed to, is known. This means that the need for the analysis of PAH is test organisms in the present study, while academically interesting, would be superfluous and likely to lead to data that were misleading due to the problems associated with the analysis of small analytical samples as discussed above.

## REFERENCES

Bence, A. E. and W. A. Burns (1995). Fingerprinting Hydrocarbons in the Biological Resources of the Exxon Valdez Spill Area. *"Exxon Valdez Oil Spill: Fate and Effects in Alaskan Waters ASTM Special Technical Publication # 1219"*. P. G. Wells, J. N. Butler and J. S. Hughes. Philadelphia, PA., American Society for Testing and Materials: 84-140.

Di Toro, D.M. and McGrath, J.A. (2000). Technical basis for narcotic chemicals and polycyclic aromatic hydrocarbon criteria. II. Mixtures and sediments. *Environmental Toxicology and Chemistry*, 19,: 1971-1982.

Meador, J. P., E. Casillas, C. A. Sloan and U. Varanasi (1995). Comparative bioaccumulation of polycyclic aromatic hydrocarbons from sediment by two infaunal invertebrates. *Marine Ecology Progress Series* 123: 107-124.

Page, D. S., Boehm, P. D., Douglas, G. S. & Bence, A. E. (1995a). Identification of hydrocarbon sources in the benthic sediments of Prince William Sound and the Gulf of Alaska following the *Exxon Valdez* oil spill. In: *Exxon Valdez Oil Spill: Fate and Effects in Alaskan Waters ASTM Special Technical Publication # 1219*. P. G. Wells, J. N. Butler and J. S. Hughes, eds. American Society for Testing and Materials, Philadelphia, PA. 41-83.

Page, D. S., E. S. Gilfillan, P. D. Boehm and E. J. Harner. (1995b). Shoreline ecology program for Prince William Sound, Alaska, following the *Exxon Valdez* oil spill. Part I: Methodology. In: *Exxon Valdez Oil Spill: Fate and Effects in Alaskan Waters ASTM Special Technical Publication # 1219*. P. G. Wells, J. N. Butler and J. S. Hughes, eds. American Society for Testing and Materials, Philadelphia, PA. 263-296.

Sauer, T. C. and Boehm, P. D. (1991). The use of defensible analytical chemical measurements for oil spill natural resource damage assessment. *Proceedings of the 1991 Oil Spill Conference*, Washington, D.C., American Petroleum Institute, 363-369

Swartz, R. C. (1999). Consensus Sediment Quality guidelines for polycyclic aromatic hydrocarbon mixtures. *Environmental Toxicology and Chemistry* 18, 780–787.

Weston, D. P. and L. M. Mayer (1998). Comparison of in vitro digestive fluid extraction and traditional in vivo approaches as measures of polycylcic aromatic hydrocarbon bioavailability from sediments. *Environmental Toxicology and Chemistry* 17: 830-840.

This is my professional opinion.

Signed:

David S. Page
Charles Weston Pickard Professor of Chemistry and Biochemistry