# Exhibit
# 7

# UNIVERSITY OF MARYLAND

COLLEGE OF AGRICULTURE AND NATURAL RESOURCES
AGRICULTURAL EXPERIMENT STATION
*Wye Research and Education Center*

P.O. Box 169
Queenstown, Maryland 21658
410.827.8056 TEL
410.827.9039 FAX

February 8, 2001

Dear Skip:
Enclosed are the following:

1. Updated concentration and loading data for cyclic hydrocarbons, total PAHs and PAH isomers for 601, 001 and CWIN (cooling water intake) through November 2000.

2. Individual PAH concentrations for the outfalls and CWIN through November 2000.

3. Metals concentrations and loadings data for the outfalls and CWIN through 2000.

All the various other studies (Rangia tissue experiments, three phase analysis, sediment traps etc.) are on schedule. The spring triad sampling will begin in April.

If you have any questions, don't hesitate to call or e-mail.

Lenwood

From:           Lenwood Hall [lh43@umail.umd.edu]
Sent:           Wednesday, May 16, 2001 9:52 AM
To:             Skip Livingston
Cc:             Dennis Burton
Subject:        update on Motiva tasks

h43.vcf (411
   B)

        Hi Skip:
How are things with you? I suspect you are swamped as usual. I thought you might be
interested in a brief update on Motiva activities since January.

1. Monthly PAH and metals analysis is on schedule as proposed. I will send you quarterly
summaries using the same format previously used.

2. The three phase study (colloidal, particulate and dissolved) was initiated a few months
ago. Final results are expected in a few weeks.

3. A Rangia tissue depuration study was initiated this spring with tissue samples
collected on day 0, 2, 4, 7, 15 and 28. The goal of this experiment is to determine the
loss of PAHs in tissues over time for Rangia collected in the Delaware River and placed in
a relatively clean creek in Delaware. Results will be available by the end of the month.
Mike Salazar has been involved with the design of this experiment.

4. Resident Rangia (not caged Rangia) have been collected from various sites in the
Delaware River this spring and tissue is presently being analyzed for PAHs, pesticides,
PCBs and metals. Tissue results are expected within a month.
Mike Salazar has
also been involved with this experiment. Mike recommends using resident species collected
from the area of interest if these species can be collected on an adequate spatial scale.

5. Sediment samples for toxicity testing and chemical analysis were collected from the
triad sites (sites we agreed on last winter) during the last week of April.
Toxicity tests have been initiated and sediment samples have been sent to the various
laboratories for chemical analysis. Sampling for benthic communities will be conducted at
all triad sites next week by ODU (Dan Dauer's group) and our field crew.

6. The sediment trap study has been initiated. Results will be available in the next 2
months.

7. Based on conversations with Dick Lee, Skidaway is on schedule with their coring
analysis and chemical measurements.

Please confirm that you received this e-mail. Don't hesitate to call or e-mail if you have
any questions.

Lenwood

1



# UNIVERSITY OF MARYLAND

COLLEGE OF AGRICULTURE AND NATURAL RESOURCES  ♦  AGRICULTURAL EXPERIMENT STATION
WYE RESEARCH AND EDUCATION CENTER

August 16, 2001

Dr. Skip Livingston
Professor and Director
Center for Aquatic Research and Resource Management
136b Conradi Building
Flordia State University
Tallahassee, Flordia  32306

Dear Skip:

Enclosed are the following data summaries from January-June 2001 chemical measurements at
the Motiva Refinery:

(1) Hydrocarbon concentrations and daily loading from 601, 001 and CWIN

(2) Trace metal concentrations from 601, 001 and CWIN

(3) Trace metals loading data from 601, 001 and CWIN

(4) Individual PAH concentrations from monthly sampling at 601, 001 and CWIN

All the other studies outlined in our scope of work are on schedule. If you have any questions,
don't hesitate to call or e-mail (lh43@umail.umd.edu). Please confirm that you received this
correspondence.

Sincerely,

Lenwood Hall

cc: Dennis Burton



# UNIVERSITY OF MARYLAND

COLLEGE OF AGRICULTURE AND NATURAL RESOURCES ◆ AGRICULTURAL EXPERIMENT STATION
WYE RESEARCH AND EDUCATION CENTER

April 5, 2002

Dr. Skip Livingston
Professor and Director
Center for Aquatic Research and Resource Management
136b Conradi Building
Florida State University
Tallahassee, Florida 32306

Dear Skip:

Enclosed for your comments is a draft summary of the monthly PAH and metals data from the effluent, intake and river samples through August of 2001. This will be Section 3 of the final report. When all data have been collected in 2002 this section will be updated. Appendix B (a description of analytical methods) and Appendix C (individual analyte concentrations from all samples) were also included.

All tasks are on schedule as outlined in our scope of work. If you have any questions, don't hesitate to call or email (lh43@umail.umd.edu). Please confirm that you received this correspondence.

Sincerely,

*Lenwood Hall*

Lenwood Hall

cc: Dennis Burton

## Lori Forster

**From:**      Lenwood Hall [lh43@umail.umd.edu]
**Sent:**      Tuesday, August 13, 2002 4:12 PM
**To:**        Skip Livingston
**Subject:**   update on Motiva tasks

Skip:

Attached as a word perfect file is a brief update on the various tasks
for the Motiva study. I have previously sent you summaries (by mail) of
the monthly PAH and metals data from the effluent, intake and river
water sampling on February 8, 2001, August 16, 2001 and April 5, 2002.
Please confirm that you have received these data.

If you have any questions on the status of the various tasks or any
other questions or concerns about the project, don't hesitate to call or
email.

Take care.

Lenwood

08/26/2002

August 12, 2002

MEMORANDUM

TO: Hank Lloyd and Bert Molina

FROM: Lenwood Hall

SUBJECT: Status of various tasks for the Motiva study

All tasks are generally on schedule as stipulated in the February 22, 2000 court order (District Court for the District of Delaware Civil Action No. 88-263-SLR) and described in our scope of work entitled "A Baseline Study for Assessing the Potential Aquatic Ecological Effects from Motiva Enterprises LLC Delaware City Refinery Effluent Using a Sediment Triad Approach" (Table 1). The draft scope of work (defined as a written program management plan in the court order) was submitted prior to May 1, 2000 as stipulated in the court order. A brief status update on the various tasks is described below:

**Monthly Effluent Chemical Characterizations** - Monthly PAH and metals analyses for effluent and intake water samples are on schedule. Summaries of these data have been submitted to Dr. Livingston periodically (approximately twice a year) for his comments. Quarterly sampling for PAHs and metals in the effluent will be initiated after the August 2002 Triad sampling has been completed.

**Fate and Transport Studies** - A dye study was completed in the spring of 2000 to aid in the selection of study sites. A draft report was completed by Ocean Surveys Inc in 2001. Najarian Associates has prepared a draft report on the hydrodynamic transport models. Comments on this report have been submitted to Najarian Associated and a revised final report is expected within the next six weeks.   The three phase water study was conducted in January of 2001 using protocols provided by Dr. Livingston.  PAH concentrations have been measured and a written section on this task is in draft form. The sediment trap study was completed in the spring of 2001. The final report for this task has been completed by Versar.

**Midfield Sampling for Selection of Triad Sites** - During August of 2000, PAHs, total organic carbon, and grain size distributions were measured from 53 sites in Motiva's discharge canal, near-field, mid-field and far-field areas. Data collected from these sites were used to select the final 15 sites for triad sampling in the spring and summer of 2001 and 2002. Dr. Livingston was

involved in the selection of all study sites. The section of the final report summarizing these data has been completed.

**Triad Sampling** - Triad sampling for the spring and summer of 2001 and the spring of 2002 has been completed. The 2001 benthic community data, chemical characterization data and sediment toxicity data has been analyzed. Triad sampling for the spring of 2002 has been conducted. Chemical and toxicity data has been analyzed. Benthic community data will be analyzed after the summer benthic data has been collected. Summer triad sampling will be conducted during the third week of August 2002.

**PAH Fingerprinting** - PAH fingerprinting analysis has been initiated by Battelle. A brief progress report was submitted.

**Bivalve Study** - Dr. Michael Salazar was hired to conduct the bivalve studies to address bioavailability. Rather than using caged bivalves, resident clams (*Rangia cuneata*) were collected at various sites near the Motiva refinery during March and November of 2001. PAHs, pesticides, PCBs and metals have been measured in the tissues of these resident clams for both seasons. Data are currently being analyzed. A *Rangia* depuration study was also conducted in February of 2001 in a tidal freshwater creek in Delaware to determine the rate at which resident *Rangia* can depurate PAHs from their tissue. A draft report has been submitted by Dr. Salazar. Comments on the report were submitted to Dr. Salazar that will require additional analysis and data interpretation for an acceptable final report.

**Long Term Coring** - Skidaway Institute of Oceanography has completed the field sampling for the high resolution coring component of this study. Dr. Livingston was involved with the sampling of candidate coring sites in August of 2000.  Analysis of cores from sites with adequate accumulation rates (to provide a long term record) is progressing on schedule. A draft report will be completed by September of 2002.

**Statistical Analysis of Study Components** - Dr. Raymond Alden of University of Nevada Las Vegas was hired as a statistical consultant for data analysis. During the spring of 2000, Dr. Alden was involved in the statistical design described in detail in the scope of work  Statistical analysis of triad data (particularly the benthic community data) from 2001 has been initiated.

**Tissue Analysis of PAHs in Sediment Toxicity Test Species** - The stipulated court order stated that PAHs should be measured in the amphipod species used for toxicity tests if such analysis is feasible. Techniques developed by Dr. Jay Means and provided by Dr. Livingston were proposed for the tissue analysis. We explored the feasibility and scientific validity of this task and determined that it was inappropriate and has a high level of scientific uncertainty. We elected to use the dispute resolution clause in the court order and hire an outside expert to render an opinion on this issue. Dr. David Page of Bowdoin College, an expert in the area of PAH tissue burdens, was selected for this task.  Dr. Page concluded that the analysis of amphipod tissue samples in the range of ~ 0.1-0.2 g dry weight (approximately equal to 0.5 to 1.0 g wet weight) for PAHs proposed by Dr. Means is not appropriate for this study and carries the risk of yielding misleading data. A written opinion from Dr. Page dated December 7, 2000 provides details on his opinion. Dr. Livingston was involved with this dispute resolution issue and has a copy of Dr.

Page's opinion.

If you have any questions, don't hesitate to call.

cc: D. T. Burton

Table 1. Schedule of Tasks for Motiva Study.

| Task | Completion Date |
|------|-----------------|
| Effluent chemical characterizations | March, 1999 - March, 2004 |
| Fate and transport studies (dye study, sedimentation study and 3 phase PAH analysis) | May, 2000 - December, 2001[a] |
| Midfield sampling (PAHs, TOC, grain size) | August - September, 2000 |
| Triad sampling | April - May 2001; July - September 2001 April - May 2002; July - September 2002 |
| PAH fingerprinting | June, 2000 - December, 2004 |
| Bivalve study | March - May, 2002[b] |
| Long term coring | September, 2000 - October 2002 |
| Statistical analysis | June, 2000 - March 2004 |
| Annual progress updates | June, 2001; June 2002; June 2003 |
| Final report | December, 2004 |

[a]Completion date changed from May 2001 in the original scope of work to December 2001.
[b]Completion date changed from May 2001 in the original scope of work to May 2002.

*U = sent to Skip Oct 2*

*Najarian report to be sent when it arrives*

**Subject: Re: Motiva update**
**Date:** Tue, 24 Sep 2002 14:18:31 -0400
**From:** Lenwood Hall <lh43@umail.umd.edu>
**To:** skipliv@earthlink.net

Hi Skip:

I will be glad to send you various contractor reports and/or various summaries that have been prepared on  components of the study. As you know, these data should be considered draft at this point until all QA/QC checks, statistical analysis and interpretation have been completed. The status of the various tasks listed in your email are as follows:

1.Effluent/River monthly chemical characterizations - The most recent update of these data were sent to you on April 5th. I will be working on the final update through August 2002 within the next few months.
2. Dye study - I will send you the OSI report.
3. Hydrodynamic Model report - I will send you the Najarian report when it arrives. It is expected within the next week.
4. Midfield sampling to determine sample sites - This section of the final report has been completed and will be sent.
5. Sediment trap study - This report has been completed by Versar and will be sent.
6. Three Phase report - We are still working on this.
7. Effluent toxicity tests - This was not part of the court order and we discussed the value of this work at our August 2000 meeting. Your opinion was that the effluent toxicity testing was not particularly useful and  my opinion was that at least one round of testing would be valuable. We conducted tests in Septermber of 2000 and found no toxicity with the test species. A report summarizing these findings will be sent.
8. Triad sampling - A brief report summarizing the findings from the spring and summer 2001 triad sampling will be sent.
9. Bivalve studies - Mike Salazar is still working on the draft report.
10. PAH fingerprinting - Battelle is still working on this task.
11. Coring Report - Skidaway is still working on this task..

Please email your mailing address at EP&A, Inc so I can send the above mentioned documents. The Najarian report is the only document I am planning to send you that I presently do not have. If I don't have it early next week I will send the other documents and then send the Najarian report later.

Please confirm that you received this email.

Hope all is well with you.

Regards,

Lenwood


Skip Livingston wrote:

> 23 September 2002
>
> Hi Lenwood:
>
> Below I have outlined your project schedule with the proposed due dates
> as you referred to them. I was wondering if you have any data or reports
> (results) that you can share with me at this time.
>
> Hope all is going well with the project.
>

:: Motiva update

> *Regards,*
>
> *Skip L.*
>
> >  *I. Chemical characterization of Motiva effluent (started 6/2000).\**
> > *(we have some of these results).*
> > > *II. Dye tracer study (5/2000)\* (we have some of these results).*
> > > *III. Results of dye study, bottom mapping and preliminary sediment*
> > *transport (8/2000).\* (we have some of these results).*
> > > *IV. Background data (1999) + above to determine sampling sites for*
> > *8/9 2000 sampling for Triad Analysis. (field trip carried out*
> > *8/22/00).\**
> > > *V. After site selection, sediment traps and 3-phase PAH analysis*
> > *(8-10/2000).\**
> > > *VI. Effluent water column toxicity tests (6-8/2000), (1-3/2000).\**
> > > *VII. Triad sampling (4-5/2000 and 7-10/2000; 4-5/2001 and*
> > *7-10/2002).*
> > > *VIII. Caged bivalve study (3-5/2001)\*.*
> > > *IX. PAH fingerprinting (1999-through end of study).\**
> > > *X. Long-core sampling (9/2000)-core analysis (10/2000-4/2001);*
> > *report (10/2001)\**
> > > *XI.   Statistical analyses (1999-10/2002)*
> > > *XII. Annual progress reports with no extensive data analysis:*
> > *6/2001, 2/2002. 6/2003)*
> > > *XIII. Final Report: 4/2004.*
> > >

Lenwood Hall <lh43@umail.umd.edu>

October 2, 2002

Skip:
Enclosed are the various reports/data summaries from the Motiva study as we discussed.
The Najarian report on the hydrodynamic model should arrive later this week or early
next week. I will send you a copy when it arrives.

Please email me to confirm that you received these documents.

Hope all is well with you.

Lenwood



October 7, 2002

Skip Livingston
Center for Aquatic Research and Resource Management
136b Conradi Building
Florida State University
Tallahasseee, Florida 32306

Dear Skip:
Enclosed is a copy of the Najarian hydrodynamic and sediment transport model report. If you have any questions, don't hesitate to call.

Please email me to confirm that you received this report.

Sincerely,

Lenwood Hall