IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY, | : : : : |
| Plaintiffs, | : : |
| v. | :   Civil Action No. 88-263-SLR : |
| TEXACO REFINING AND MARKETING INC., | : : : |
| Defendant. | : |

STIPULATION AND ORDER

IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

1. Plaintiffs shall serve their reply brief and supporting papers in support of their Motion To Enforce Judgment and in opposition to defendant's Motion for Relief from Judgment not later than October 12, 2005.

2. Defendant shall serve its reply brief in support of its Motion for Relief from Judgment not later than October 26, 2005.

COOCH & TAYLOR

_/s/ Norriss Cosgrove for CSR_
C. Scott Reese (#2036)   NORRISS E. COSGROVE (#4238)
824 N. Market Street
P.O. Box 1680
Wilmington, DE 19899-1680
(302) 984-3811
   Attorneys for Plaintiffs

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Richard D. Allen

Richard D. Allen (#469)
Megan Ward Cascio (#3785)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
 Attorneys for Defendant

IT IS SO ORDERED this ____ day of _____, 2005.

_____
      U.S.D.J.

483429