**Exhibit A: Comparison of average PAH loadings and sediment PAH concentrations**

**loading-g/day**

| Compound | av001 load | Compound | av601 load |
|---|---|---|---|
| **C3-Fluoranthenes/Pyrenes*** | 74 | **C3-Fluoranthenes/Pyrenes*** | 66 |
| **C2-Fluoranthenes/Pyrenes** | 62 | **C2-Fluoranthenes/Pyrenes** | 48 |
| **C4-Naphthalenes** | 40 | **C4-Naphthalenes** | 32 |
| **C2-Chrysenes** | 35 | **C2-Chrysenes** | 27 |
| Pyrene | 31 | **C3-Chrysenes** | 23 |
| **C2-Naphthalenes** | 31 | C4-Chrysenes | 14 |
| Naphthalene | 29 | **C1-Fluoranthenes/Pyrenes** | 14 |
| C1-Fluoranthenes/Pyrenes | 26 | **C1-Chrysenes** | 13 |
| **C3-Naphthalenes** | 26 | C4-Phenanthrenes/Anthracenes | 12 |
| C3-Chrysenes | 24 | **C3-Naphthalenes** | 11 |
| **Benzo(g,h,i)perylene** | 22 | **Benzo(e)pyrene** | 11 |
| C2-Phenanthrenes/Anthracenes | 22 | C4-Dibenzothiophenes | 10 |
| C3-Dibenzothiophenes | 21 | **Benzo(g,h,i)perylene** | 9 |
| Perylene | 20 | **C2-Naphthalenes** | 8 |
| **Benzo(e)pyrene** | 20 | C3-Phenanthrenes/Anthracenes | 5 |

\* boldface = common 001-601    \* boldface = common 001-601

**Ave Seds 53,55,67,68,83- µg/kg dw**    **Ave Seds 2,23,26- µg/kg dw**

| Compound | sed PAH | Compound | sed PAH |
|---|---|---|---|
| C3-Phenanthrenes/Anthracenes | 649 | Perylene | 169 |
| **C1-Fluoranthenes/Pyrenes**\*\* | 632 | Pyrene | 125 |
| **C3-Fluoranthenes/Pyrenes** | 594 | **C2-Fluoranthenes/Pyrenes**\*\* | 117 |
| C2-Phenanthrenes/Anthracenes | 590 | Fluoranthene | 113 |
| Perylene | 563 | C3-Phenanthrenes/Anthracenes | 107 |
| **C2-Fluoranthenes/Pyrenes** | 520 | **C1-Fluoranthenes/Pyrenes** | 106 |
| **Benzo(e)pyrene** | 504 | **C2-Chrysenes** | 101 |
| **C1-Chrysenes** | 504 | Chrysene | 100 |
| C1-Phenanthrenes/Anthracenes | 481 | C2-Phenanthrenes/Anthracenes | 99 |
| **C2-Naphthalenes** | 464 | **C1-Chrysenes** | 92 |
| Phenanthrene | 453 | C3-Dibenzothiophenes | 88 |
| Fluoranthene | 444 | **C2-Naphthalenes** | 86 |
| C4-Phenanthrenes/Anthracenes | 442 | **C3-Fluoranthenes/Pyrenes** | 85 |
| **C2-Chrysenes** | 432 | Benzo(j/k)fluoranthene | 84 |
| C1-Naphthalenes | 431 | Benzo(b)fluoranthene | 84 |

\*\* boldface = common 601-sed    \*\* boldface = common 601-sed