**Exhibit B: Average values of primary physical-chemical and biological variables by station over the study period.**

| Station | % sand | mean%TOC | mean PAH/TOC ratios | mean sed PAHs | sedC2-Fluor/Pyr | sedC3-Fluor/Pyr |
|---|---|---|---|---|---|---|
| DR1 | 46.1 | 6.06 | 1.09 | 6.25 | 293.6 | 275.6 |
| DR2 | 79.7 | 4.01 | 0.56 | 2.31 | 119.4 | 94.3 |
| DR10 | 27.1 | 2.30 | 0.91 | 2.10 | 49.0 | 17.5 |
| DR9B | 55.4 | 1.82 | 1.40 | 2.52 | 79.0 | 37.5 |
| DR45 | 25.0 | 3.64 | 1.03 | 3.70 | 133.9 | 81.2 |
| DR26 | 24.1 | 3.95 | 1.03 | 4.03 | 151.9 | 111.2 |
| DR23 | 29.3 | 3.13 | 0.74 | 2.32 | 78.4 | 48.7 |
| DR56* | 35.0 | 3.42 | 3.08 | 10.19 | 372.0 | 261.1 |
| DR51 | 72.4 | 1.07 | 2.17 | 2.30 | 74.5 | 43.0 |
| DR52 | 38.2 | 3.62 | 1.68 | 6.06 | 227.3 | 164.3 |
| DR53* | 32.4 | 3.86 | 3.20 | 12.14 | 505.5 | 400.8 |
| DR55* | 41.7 | 2.86 | 2.57 | 7.35 | 242.2 | 150.5 |
| DR67* | 34.5 | 4.21 | 4.40 | 17.50 | 739.5 | 470.9 |
| DR68* | 26.3 | 4.18 | 3.62 | 12.90 | 494.0 | 347.2 |
| DR83* | 17.0 | 4.59 | 2.82 | 13.01 | 488.5 | 302.4 |

| Station | mean ERM | Hyal %surv | Hyal %gravid | Lepto %surv | Lepto #offspring |
|---|---|---|---|---|---|
| DR1 | 4997 | 94.5 | 85.7 | 76 | 1.49 |
| DR2 |  | 94.8 | 89.3 | 88 | 2.34 |
| DR10 |  | 93.3 | 85.4 | 83 | 1.87 |
| DR9B |  | 94.5 | 90.0 | 84 | 2.75 |
| DR45 |  | 94.3 | 85.1 | 90 | 2.52 |
| DR26 |  | 94.5 | 89.1 | 84 | 3.11 |
| DR23 |  | 95.8 | 89.2 | 79 | 2.98 |
| DR56* | 5128 | 87.8 | 84.0 | 70 | 1.08 |
| DR51 |  | 89.3 | 82.9 | 79 | 2.76 |
| DR52 |  | 93.8 | 80.6 | 81 | 1.42 |
| DR53* | 6209 | 79.8 | 81.6 | 33 | 0.41 |
| DR55* | 3752 | 84.0 | 79.8 | 82 | 1.24 |
| DR67* | 8010 | 71.3 | 79.9 | 40 | 0.72 |
| DR68* | 6073 | 87.0 | 81.9 | 66 | 0.85 |
| DR83* | 6370 | 82.8 | 78.0 | 61 | 1.02 |

**Regression analyses**

| mean sed PAHs by: | % sand | mean %TOC | mean PAH/TOC ratios | |
|---|---|---|---|---|
| | $R^2 = 0.181$ | $R^2 = 0.225$ | $R^2 = 0.835**$ | |
| mean sed PAHs by: | Hyal %surv | Hyal %gravid | Lepto %surv | Lepto #offspring |
| | $R^2 = -0.771**$ | $R^2 = -0.556**$ | $R^2 = -0.734**$ | $R^2 = -0.734**$ |
| SedC3-Fluor/Pyr by: | Hyal %surv | Hyal %gravid | Lepto %surv | Lepto #offspring |
| | $R^2 = -0.641**$ | $R^2 = -0.489**$ | $R^2 = -0.760**$ | $R^2 = -0.735**$ |
| PAH/TOC ratios by | sedC2-Fluor/Pyr | sedC3-Fluor/Pyr | | |
| | $R^2 = 0.770**$ | $R^2 = 0.680**$ | | |

$R^2$ = coefficient of determination or relationship between 2 variables. Note the relatively high $R^2$ values when the relationships are statistically significant ($P < 0.05$)

* depositional areas    ** significant ($P < 0.05$)                ERM=Effects Range Median
   sedC2-Fluor/Pyr= C2-Fluoranthenes/Pyrenes   sedC3-Fluor/Pyr= C3-Fluoranthenes/Pyrenes
   Hyal=*Hyalella*    Lepto = *Leptocheirus*    surv=survival