IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATURAL RESOURCES DEFENSE
COUNCIL, INC., and DELAWARE
AUDUBON SOCIETY,               )
                                       )

|  |  |  |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 88-263-SLR |
| v. | ) ) ) | |
| TEXACO REFINING AND MARKETING, INC., | ) ) ) | |
| Defendant. | ) ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, plaintiffs respectfully request oral argument

on their Motion to Enforce Judgment and defendant's Motion for Relief from

Judgment.

Dated:  October 12, 2005

Mitchell S. Bernard
Nancy S. Marks
Amelia E. Toledo
Natural Resources Defense Council
40 West 20th Street
New York, New York 10011
(212) 727-2700

C. Scott Reese (2036)
Cooch & Taylor
824 Market Street
Suite 1000
Wilmington, Delaware 19899
(302) 984-3811

Attorneys for Plaintiffs