**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of John W. Kampman, Julie Ronder Domike and Anthony F. King is granted.


Dated: _____, 2005        _____
                                                             United States District Judge