## CERTIFICATE OF SERVICE

I, Megan Ward Cascio, hereby certify that on November 9, 2005 I electronically filed **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JOHN W. KAMPMAN, JULIE RONDER DOMIKE AND ANTHONY F. KING WITH CERTIFICATIONS BY COUNSEL TO BE ADMITTED PRO HAC VICE** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

C. Scott Reese, Esquire
Cooch & Taylor
824 North Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680

I also certify that copies were caused to be served on November 9, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY:

C. Scott Reese, Esquire
Cooch & Taylor
824 North Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680

### BY FEDERAL EXPRESS

Mitchell S. Bernard, Esquire
Nancy S. Marks, Esquire
Amelia Toledo, Esquire
Natural Resources Defense Council
40 West 20th Street
New York, New York 10011

*Megan Cascio*
Megan Ward Cascio (#3785)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
mcascio@mnat.com
Attorneys for Defendant