IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  Civ. No. 88-263-SLR ) |
| TEXACO REFINING AND MARKETING INC., | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this /0th day of February, 2006,

IT IS ORDERED that oral argument on plaintiffs' pending motion to enforce judgment (D.I. 300) and defendant's motion to alter judgment (D.I. 308) shall be heard on **Wednesday, March 1, 2006, at 11:00 a.m.** in courtroom 6B on the 6th Floor of the J. Caleb Boggs Federal Building, 844 North King Street, Wilmington, Delaware. Each side will be given one hour to present their argument.

                                           _/s/ Sue L. Robinson_
                                           United States District Judge