Confidential




**GLEAMS**
Great Lakes Environmental
and Molecular Science Center

February 14, 2006

The Honorable Judge Sue L Robinson
United State District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King St.
Wilmington, DE 19801

Dear Judge Robinson:

    Let re-introduce myself. I last appeared before you in the matter of NRDC vs. Motiva (Texaco) in early 2000. If you recall, I was originally appointed by Judge Longobardi as an expert to serve the court as an impartial scientific reference. I prepared the written document and offered testimony in court before Judge Longobardi upon which in part he based his order of 3/5/1996. Subsequently, in 1999, I was asked to review the preliminary research conducted by Motiva and its sub-contractors as well as the planned three year environmental impact study proposed by Motiva. I testified before you in 2000 regarding the inadequacies of the proposed plan and subsequently you ordered that a settlement agreement reached between Motiva with its contractors and the NRDC be carried out. The settlement agreement study plan agreed to was largely based upon the science that I recommended in my report to Judge Longobardi and the critique that I presented before you.

    I have recently learned that a study was carried out by Motiva and that a review of the data and report was carried out by Dr. Livingston the NRDC chief science advisor on this matter. I was contacted by the NRDC in the Spring of 2005 and asked for the names of others who could serve as a neutral scientific reference and I provided one or two names. I also learned that Motiva strongly opposed my participation in any review of the data and reports.

    Recently, I learned that the NRDC has filed for a hearing on the matter of whether the studies conducted by Motiva were in compliance with the settlement agreement, whether the data gathered were interpreted properly and whether the report conclusions therefore are supported by the data. At this time, I am requesting a decision from you as to whether you wish for me to serve as the scientific expert to the court in this case. I am willing and able to do so at this time. Please advise me as to how best to serve the court in this instance.

Sincerely,

Jay C. Means
Gwen Frostic Professor of Toxicology
   and Environmental Chemistry,
Department of Chemistry
Associate Director, Environmental Research Center

1

Dr. Jay C Means
9607 Autumn Wood Circle
Kalamazoo, MI 49009



The Honorable Judge Sue L Robinson
United State District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King St.
Wilmington, DE 19801

19801+3518

