## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

August 31, 2006

Jay C. Means
Gwen Frostic Professor of Toxicology
  and Environmental Chemistry
Department of Chemistry
Associate Director, Environmental
  Research Center
Western Michigan University
9607 Autumn Wood Circle
Kalamazoo, MI  49009

<u>Re:  **NRDC v. Texaco, Civ. No. 88-263-SLR**</u>

Dear Dr. Means:

    The court is in receipt of your February 14, 2006 letter regarding your willingness to, once again, serve as a court appointed expert in the above captioned matter.  As the attached order reflects, I have concluded that your services as an impartial scientific reference are needed for the October 24, 2006 evidentiary hearing.  Please advise if any additional information is required.  I appreciate your time and assistance in this matter.

                                Cordially,

                                Sue L. Robinson