IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 88-263-SLR |
| TEXACO REFINING AND MARKETING INC., | ) ) ) | |
| Defendant. | ) ) | |

O R D E R

At Wilmington this 31st day of August, 2006, having reviewed the pending motions, the papers submitted in connection therewith, as well as the arguments presented by counsel at the March 1, 2006 hearing;

IT IS ORDERED that:

1. An evidentiary hearing will be conducted on **Tuesday, October 24, 2006** at **10:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. The hearing shall include testimony from court-appointed expert Dr. Jay C. Means, and shall examine whether defendant's data is reliable and whether it demonstrates compliance with the Stipulated Order dated February 22, 2000. (D.I. 296) Specifically, the following sections of the

Stipulated Order will be considered: 1(c)(2); 1(c)(3); 1(d); 1(i); 1(j); and 1(l). (D.I. 296)

2. Defendant shall bear all expenses and costs associated with the hearing because defendant did not conduct a caged bivalve study as mandated by the February 22, 2000 Stipulated Order (D.I. 296), nor did defendant confer with the court or opposing counsel before conducting tests not specifically mandated in said order.

3. The pending motions (D.I. 300, 308) are denied without prejudice to renew.

_____
United States District Judge