Confidential




GLEAMS
Great Lakes Environmental
and Molecular Science Center

September 6, 2006

The Honorable Judge Sue L Robinson
United State District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King St.
Wilmington, DE  19801

Dear Judge Robinson:
    I am in receipt of your letter of August 31, 2006 and your order in the matter of NRDC vs. TEXACO (Civ.#88-263-SLR).  I am available to serve and will reserve the necessary time to review and comment on the subject issues in the case that you have identified in your Order of August 31, 2006.  I will communicate directly with the parties asking them to provide me with materials relevant to each side that they wish to present and have reviewed by me as an impartial expert to the court.  Perhaps it would be helpful for you to instruct the parties to provide all such relevant documents so that there are no surprises at the evidentiary hearing on October 24, 2006.

I am grateful for your confidence and for the opportunity to serve.

                                  Sincerely,

                                  Jay C. Means
                                  Gwen Frostic Professor of Toxicology
                                      and Environmental Chemistry,
                                  Department of Chemistry
                                  Associate Director, Environmental Research Center

