## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Richard D. Allen
302 351 9279
302 425 4668 Fax
rallen@mnat.com

January 10, 2007

**Vie E-Filing**

The Honorable Sue L. Robinson
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: *Natural Resources Defense Council, Inc., et al. v. Texaco Refining and Marketing Inc.* - Civil Action No. 88-263-SLR

Dear Judge Robinson:

Dr. Means has been asked by the Court to prepare a report on certain issues, and he originally advised the parties that he expected to complete his report in late December. The parties then advised the Court that, following the receipt of the report, they would confer and attempt to agree on a schedule to resolve the pending issues. Dr. Means has now advised us that he does not expect to complete his report until January 26, 2007. Accordingly, if it is acceptable to the Court, the parties will confer following the receipt of the report and in early February either submit for the Court's consideration an agreed upon schedule or advise the Court of any differences between the parties concerning a schedule.

If the Court has any questions, the parties are available at the Court's convenience.

Respectfully,

Richard D. Allen

cc: Anthony King, Esquire (Via E-filing)
    Mitchell S. Bernard, Esquire (Via E-Filing)
    C. Scott Reese, Esquire (Via E-Filing)
    Clerk of Court (Via E-Filing)