IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY, | : : : : | |
| Plaintiffs, | : : | |
| | : | Civil Docket No.: 88-00263 SLR |
| TEXACO REFINING AND MARKETING, INC., | : : : | |
| Defendant. | : | |

## NOTICE OF SERVICE

Pursuant to Local Rule 5.4(a), Plaintiffs Natural Resources Defense Council, Inc., and Delaware Audubon Society hereby notify the Court that on March 2, 2007, by electronic and first class mail, they served on counsel for defendant Texaco Refining and Marketing, Inc. the following discovery demands:

Plaintiffs' First Request for Production of Documents Relevant to Their July 7, 2005 Motion to Enforce the Judgment; and Notice to Take Rule 30(b)(6) Deposition.

Dated: March 2, 2007

Respectfully submitted,

/s/ C. Scott Reese
C. SCOTT REESE (DE Bar ID #2036)
Cooch & Taylor
824 Market Street, Suite 1000
Wilmington, Delaware 19899
(302) 984-3811
*Counsel for Plaintiffs*

_____
MITCHELL S. BERNARD
NANCY S. MARKS
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, New York 1001 1
(212) 727-4469

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March, 2007, I caused a copy of the foregoing Plaintiffs' Notice of Service to be delivered by Electronic and First Class Mail to defendant's counsel:

Richard D. Allen
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, Delaware 19899
rallen@mnat.com

Julie M. Domike
Wallace King Marraro & Branson
1050 Thomas Jefferson St., N.W.
Washington, DC 20007
jdomike@wallaceking.com

/s/ C. Scott Reese
C. SCOTT REESE (DE Bar ID #2036)
COOCH & TAYLOR
824 Market Street, Suite 1000
Wilmington, Delaware 19899
(302) 984-3811
*Counsel for Plaintiffs*


MITCHELL S. BERNARD
NANCY S. MARKS
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, New York 10011
(212)727-4469