IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUBUBON SOCIETY,<br><br>    Plaintiffs,<br><br>v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>    Defendant. | ) ) ) ) ) Civ. Action No. 88-263-SLR ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

I HEREBY CERTIFY this 8th day of March, 2007, that I caused to be served copies of:

1. TEXACO REFINING AND MARKETING, INC.'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS; and

2. THIS NOTICE OF SERVICE,

on the following counsel of record in the manner indicated:

**BY HAND DELIVERY:**

C. Scott Reese, Esquire
Cooch & Taylor
824 North Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680
csreese@ctlaw.org

**BY FEDERAL EXPRESS**

Mitchell S. Bernard, Esquire
Nancy S. Marks, Esquire
Amelia Toledo, Esquire
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
mbernard@nrdc.org

- 2 -

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  /s/ Megan Cascio
                                  _____
                                  Richard D. Allen (#469)
                                  Megan Ward Cascio (#3785)
                                  1201 North Market Street
                                  P. O. Box 1347
                                  Wilmington, DE  19899-1347
                                  (302) 658-9200
                                  *Attorneys for Defendant*

OF COUNSEL:

Anthony F. King
Julie M. Domike
John W. Kampman
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC  20007
(202) 204-1000


March 8, 2007

759248