IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C. A. No. 88-263-SLR |
| TEXACO REFINING AND MARKETING, INC., | ) ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the following schedule shall govern the proceedings:

1. The deposition of Dr. Means shall be completed by April 27, 2007.

2. Expert reports shall be served by June 15, 2007.

3. All depositions and other discovery shall be completed by August 8, 2007.

4. All pre-trial motions shall be filed by August 15, 2007.

5. The Pre-Trial Conference shall be on September 17, 2007 beginning at 4:30 p.m.

6. Trial shall be October 1 – 5, 2007.

COOCH & TAYLOR

/s/ C. Scott Reese
C. Scott Reese (#2036)
824 Market Street
Suite 1000
Wilmington, DE 19899
(302) 652-3641

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Richard D. Allen
Richard D. Allen (#469)
Megan Ward Cascio (#3785)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200

NATURAL RESOURCES DEFENSE
COUNCIL
Mitchell S. Bernard
Nancy S. Marks
40 West 20th Street
New York, New York 10011
(212) 727-2700
  *Attorneys for Plaintiffs*

WALLACE KING DOMIKE
 & REISKIN, PLLC
Anthony F. King
Julie M. Domike
John W. Kampman
1050 Thomas Jefferson St., N.W.
Washington, DC 20007
(202) 204-1000
  *Attorneys for Defendant*

SO ORDERED THIS ___ day of March, 2007.

_____
              Judge

754930 1