IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUBUBON SOCIETY,<br><br>        Plaintiffs,<br>v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)  Civ. Action No. 88-263-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

I HEREBY CERTIFY this 2nd day of April, 2007, that I caused to be served copies of:

1. TEXACO REFINING AND MARKETING, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS RELEVANT TO THEIR JULY 7, 2005 MOTION TO ENFORCE THE JUDGMENT; and

2. THIS NOTICE OF SERVICE,

on the following counsel of record in the manner indicated:

### BY HAND DELIVERY:

C. Scott Reese, Esquire
Cooch & Taylor
824 North Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE  19899-1680
csreese@ctlaw.org


### BY FEDERAL EXPRESS

Mitchell S. Bernard, Esquire
Nancy S. Marks, Esquire
Amelia Toledo, Esquire
Natural Resources Defense Council
40 West 20th Street
New York, NY  10011
mbernard@nrdc.org

- 2 -

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Megan Cascio*

                    Richard D. Allen (#469)
                    Megan Ward Cascio (#3785)
                    1201 North Market Street
                    P. O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                    *Attorneys for Defendant*

OF COUNSEL:

Anthony F. King
Julie M. Domike
John W. Kampman
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC  20007
(202) 204-1000

April 2, 2007

759248

- 2 -