IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY, )<br><br>Plaintiffs, )<br><br>v. )<br><br>TEXACO REFINING AND MARKETING, INC., )<br><br>Defendant. ) | Civil Docket No.: 88-00263 SLR |

## NOTICE OF SERVICE

Pursuant to Local Rule 5.4(a), plaintiffs Natural Resources Defense Council, Inc. and Delaware Audubon Society hereby notify the Court that on April 9, 2007, by electronic and first class mail, they served on counsel for defendant Texaco Refining and Marketing, Inc. the following:

Plaintiffs' Responses and Objections to Defendant's Interrogatories and Requests for Production of Documents.

Dated: April 9, 2007

                                            Respectfully submitted,

                                            /s/ C. Scott Reese
                                            C. Scott Reese (DE Bar ID #2036)
                                            COOCH & TAYLOR
                                            824 Market Street, Suite 1000
                                            Wilmington, Delaware 19899
                                            (302)984-3800

                                            Mitchell S. Bernard
                                            Nancy S. Marks
                                            NATURAL RESOURCES DEFENSE COUNCIL, INC.
                                            40 West 20th Street
                                            New York, New York 10011
                                            (212) 727-4469
                                            Attorneys for Plaintiffs