IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDOBON SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> TEXACO REFINING AND MARKETING, INC. <br><br> Defendant. | Civ. Action No. 88-263-SLR |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Texaco Refining and Marketing, Inc. will take the deposition upon oral examination of Dr. Jay C. Means. The deposition will commence at 10:00 a.m. on Tuesday, April 24, 2007 at the law offices of Wallace King Domike & Reiskin, PLLC, 1050 Thomas Jefferson St., N.W., Washington, DC 20007, or at such other time and place as the Court shall order or the parties shall agree and will continue from day to day until completed.

The oral examination will be recorded by stenographic and videographic means, and will be conducted before a notary public or other person authorized by law to administer oaths.

You are invited to attend and examine the witness.

                    MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

                    */s/ Megan Cascio*
                    _____
                    Richard D. Allen (#469)
                    Megan Ward Cascio (#3785)
                    1201 North Market Street
                    P. O. Box 1347
                    Wilmington, Delaware 19899
                    (302) 658-9200
                        *Attorneys for Defendant*
                        *Texaco Refining and Marketing, Inc.*

OF COUNSEL:

WALLACE KING DOMIKE &
   REISKIN, PLLC
Anthony F. King
Julie M. Domike
John W. Kampman
1050 Thomas Jefferson St., N.W.
Washington, DC 20007
(202) 204-1000

April 17, 2007

801177

## CERTIFICATE OF SERVICE

I, Megan Ward Cascio, hereby certify that on April 17, 2007 I electronically filed the foregoing **NOTICE OF DEPOSITION** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

> C. Scott Reese, Esquire
> Cooch & Taylor
> 824 North Market Street, Suite 1000
> P. O. Box 1680
> Wilmington, DE 19899-1680

I also certify that copies were caused to be served on April 17, 2007 upon the following in the manner indicated:

### BY HAND DELIVERY:

> C. Scott Reese, Esquire
> Cooch & Taylor
> 824 North Market Street, Suite 1000
> P. O. Box 1680
> Wilmington, DE 19899-1680

### BY FEDERAL EXPRESS

> Mitchell S. Bernard, Esquire
> Nancy S. Marks, Esquire
> Amelia Toledo, Esquire
> Natural Resources Defense Council
> 40 West 20th Street
> New York, New York 10011

/s/ Megan Cascio
Megan Ward Cascio (#3785)
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
mcascio@mnat.com
*Attorneys for Defendant*