# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

April 19, 2007

Megan Ward Cascio, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Mitchell S. Bernard, Esquire
Natural Resources Defense
 Council
40 West 20th Street
New York, NY  10011-4211

**Re: NRDC v. Texaco, 88-263-SLR**

Dear Counsel:

In response to your email requests, efforts have been made to locate a letter written by Dr. Means to the court, dated December 9, 1999. (D.I. 287) Neither the court nor Dr. Means can find the document or a copy thereof. If a copy turns up, it will be shared with the parties. If it does not, obviously, it will not play a role in the litigation.

Cordially,

Sue L. Robinson