Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Natural Resources Defense Council, Inc., et al., )
v. )   Civil Action No.   88-263-SLR
Texaco Refining and Marketing Inc., et al. )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of __Aaron Colangelo__ to represent __Plaintiffs__ in this matter.

Signed: _[signature]_

(Movant's Name and Delaware State Bar Identification Number)
(Movant's Address)
(Movant's Telephone Number)

C. Scott Reese (2036)
Cooch and Taylor
824 Market Street
Wilmington, DE 19899
(302) 984-3811

Attorney for: __Plaintiffs__

Date: 4/24/07

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of THE DISTRICT OF COLUMBIA pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _[signature] Aaron Colangelo_

Date: 3/27/07

(Applicant's Address)

Natural Resources Defense Council
1200 New York Avenue, NW, Suite 400
Washington, DC 20005