Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Natural Resources Defense          )
Council, Inc., et al.,             )
          v.                       )    Civil Action No. 88-263-SLR
Texaco Refining and Marketing      )
Inc., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of __Benjamin Longstreth__ to represent __Plaintiffs__ in this matter.

Signed: _[signature]_

(Movant's Name and Delaware State Bar Identification Number)
(Movant's Address)
(Movant's Telephone Number)

C. Scott Reese (2063)
Cooch and Taylor
824 Market Street
Wilmington, DE 19899
(302) 984-3811

Attorney for: __Plaintiffs__

Date: 4/24/07

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New York__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _[signature] Benjamin Longstreth_

Date: March 27, 2007

(Applicant's Address)

Natural Resources Defense Council
1200 New York Avenue, NW, Suite 400
Washington, D.C. 20005