IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUBUBON SOCIETY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. Action No. 88-263-SLR |
| TEXACO REFINING AND MARKETING, INC., | ) ) ) | |
| Defendant. | ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alec Zacaroli of Wallace King Domike & Branson, PLLC, 1050 Thomas Jefferson Street, N.W., Washington, District of Columbia 20007 to represent Defendant Texaco Refining and Marketing, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan Cascio
Richard D. Allen (#469)
Megan Ward Cascio (#3785)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Defendant*

OF COUNSEL:

Anthony F. King
Julie M. Domike
John W. Kampman
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson St., N.W.
Washington, DC 20007
(202) 204-1000


Dated: April 26, 2007


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
                                              United States District Judge

811557

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: April 25, 2007

/Alec Zacaroli
Wallace King Domike & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
(202) 204-1000

## CERTIFICATE OF SERVICE

I, Megan Ward Cascio, hereby certify that on April 26, 2007 I electronically filed a MOTION AND ORDER FOR ADMISSION PRO HAC VICE of Alec Zacaroli with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

> C. Scott Reese, Esquire
> Cooch & Taylor
> 824 N. Market Street
> Suite 1000
> P.O. Box 1680
> Wilmington, DE 19899-1680

I also certify that copies were caused to be served on April 26, 2007 upon the following in the manner indicated:

### BY HAND DELIVERY:

C. Scott Reese, Esquire
Cooch & Taylor
824 N. Market Street
Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680

### BY FEDERAL EXPRESS

Mitchell S. Bernard, Esquire
Nancy S. Marks, Esquire
Amelia Toledo, Esquire
Natural Resources Defense Council
40 West 20th Street
New York, New York 10011

/s/ Megan Ward Cascio
Megan Ward Cascio (#3785)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
302-351-9364
mcascio@mnat.com
*Attorneys for Defendant*