IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>　　　　Defendant. | Civ. Action No. 88-263-SLR |

## NOTICE TO TAKE DEPOSITION OF DR. ALLEN D. UHLER

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30, Plaintiffs Natural Resources Defense Council, Inc. and Delaware Audubon Society (collectively "Plaintiffs") will take the deposition upon oral examination of Dr. Allen D. Uhler, beginning at 9 a.m. on July 31, 2007, or a date to be agreed upon by counsel not after August 15, 2007. The deposition will be taken at a location to be agreed upon by counsel, before a notary public or other individual authorized to administer oaths, and will be recorded by stenographic means.

　　The deponent is directed to identify, bring with him, and make available for inspection and copying, all documents reviewed or utilized by the deponent to prepare for this deposition.

Dated:      May 10, 2007

        Respectfully submitted,

        /s/ C. Scott Reese
        C. Scott Reese
        Cooch & Taylor
        824 Market Street
        Suite 1000
        Wilmington, Delaware 19899
        (302) 984-3811

        Mitchell S. Bernard
        Nancy S. Marks
        Natural Resources Defense Council, Inc.
        40 West 20th Street
        New York, New York 10011
        (212) 727-4469

        Counsel for Plaintiffs