IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE ) <br> COUNCIL, INC., and DELAWARE ) <br> AUDUBON SOCIETY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TEXACO REFINING AND ) <br> MARKETING, INC., ) <br> ) <br> Defendant. ) | Civ. Action No. 88-263-SLR |

### NOTICE TO TAKE DEPOSITION OF MR. MICHAEL H. SALAZAR

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30, Plaintiffs Natural Resources Defense Council, Inc. and Delaware Audubon Society (collectively "Plaintiffs") will take the deposition upon oral examination of Mr. Michael H. Salazar, beginning at 9 a.m. on July 25, 2007, or a date to be agreed upon by counsel not after August 15, 2007. The deposition will be taken at a location to be agreed upon by counsel, before a notary public or other individual authorized to administer oaths, and will be recorded by stenographic means.

The deponent is directed to identify, bring with him, and make available for inspection and copying, all documents reviewed or utilized by the deponent to prepare for this deposition.

Dated:     May 10, 2007

                Respectfully submitted,

                <u>/s/ C. Scott Reese</u>
                C. Scott Reese
                Cooch & Taylor
                824 Market Street
                Suite 1000
                Wilmington, Delaware 19899
                (302) 984-3811

                Mitchell S. Bernard
                Nancy S. Marks
                Natural Resources Defense Council, Inc.
                40 West 20th Street
                New York, New York 10011
                (212) 727-4469

                Counsel for Plaintiffs