IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. Action No. 88-263-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE TO TAKE DEPOSITION OF DR. DENNIS T. BURTON

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30, Plaintiffs Natural Resources Defense Council, Inc., and Delaware Audubon Society (collectively "Plaintiffs") will take the deposition upon oral examination of Dr. Dennis T. Burton, beginning at 9 a.m. on June 22, 2007. The deposition will be taken at a location to be agreed upon by counsel, before a notary public or other individual authorized to administer oaths, and will be recorded by stenographic means.

The deponent is directed to identify, bring with him, and make available for inspection and copying, all documents reviewed or utilized by the deponent to prepare for this deposition.

Dated: May 10, 2007

                    Respectfully submitted,

                    <u>/s/ C. Scott Reese</u>
                    C. Scott Reese
                    Cooch & Taylor
                    824 Market Street
                    Suite 1000
                    Wilmington, Delaware 19899
                    (302) 984-3811

                    Mitchell S. Bernard
                    Nancy S. Marks
                    Natural Resources Defense Council, Inc.
                    40 West 20th Street
                    New York, New York 10011
                    (212) 727-4469

                    Counsel for Plaintiffs