IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> TEXACO REFINING AND MARKETING, INC., <br><br> Defendant. | Civ. Docket No. 88-263-SLR |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4(a), plaintiffs Natural Resources Defense Council, Inc., and Delaware Audubon Society hereby notify the Court that on May 10, 2007, by electronic and first class mail, they served on counsel for defendant Texaco Refining and Marketing, Inc. the following:

Plaintiffs' First Set of Requests for Admission;

Plaintiffs' First Set of Interrogatories;

Plaintiffs' Second Request for Production of Documents Relevant to Their July 7, 2005 Motion to Enforce the Judgment.

Dated:  May 10, 2007

Respectfully submitted,

/s/ C. Scott Reese
C. Scott Reese
COOCH & TAYLOR
824 Market Street
Suite 1000
Wilmington, Delaware 19899
(302) 984-3811

- 2 -

Mitchell S. Bernard
Nancy S. Marks
NATURAL RESOURCES DEFENSE
COUNCIL., INC.
40 West 20th Street
New York, New York 10011
(212) 727-4469

Counsel for Plaintiffs

- 2 -