IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUBUBON SOCIETY,<br><br>   Plaintiffs,<br>v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>   Defendant. | Civ. Action No. 88-263-SLR |

## NOTICE OF SERVICE

I HEREBY CERTIFY this 12th day of June, 2007, that I caused to be served copies of:

1. RESPONSE OF TEXACO REFINING AND MARKETING, INC. TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION;

2. RESPONSE OF TEXACO REFINING AND MARKETING, INC. TO PLAINTIFFS' FIRST SET OF INTERROGATORIES;

3. TEXACO REFINING AND MARKETING, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS RELEVANT TO THEIR JULY 7, 2005 MOTION TO ENFORCE THE JUDGMENT; and

4. THIS NOTICE OF SERVICE,

on the following counsel of record in the manner indicated:

**BY HAND DELIVERY:**

C. Scott Reese, Esquire
Cooch & Taylor
824 North Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680
csreese@ctlaw.org

- 2 -

**BY FEDERAL EXPRESS**

Mitchell S. Bernard, Esquire
Nancy S. Marks, Esquire
Amelia Toledo, Esquire
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
mbernard@nrdc.org

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Megan Cascio*
          _____
          Richard D. Allen (#469)
          Megan Ward Cascio (#3785)
          1201 North Market Street
          P. O. Box 1347
          Wilmington, DE 19899-1347
          (302) 658-9200
          *Attorneys for Defendant*

OF COUNSEL:

Anthony F. King
Julie M. Domike
John W. Kampman
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
(202) 204-1000

June 12, 2007

759248