IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>Defendant. | Civ. Docket No. 88-263-SLR |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4(a), plaintiffs Natural Resources Defense Council, Inc., and Delaware Audubon Society hereby notify the Court that on June 15, 2007, by electronic and first class mail, they served on counsel for defendant Texaco Refining and Marketing, Inc. the following:

Expert Report of Dr. Robert J. Livingston.

Dated: June 15, 2007

                              Respectfully submitted,

                              /s/ C. Scott Reese
                              C. Scott Reese
                              COOCH & TAYLOR
                              824 Market Street
                              Suite 1000
                              Wilmington, Delaware 19899
                              (302) 984-3811

                              Mitchell S. Bernard
                              Nancy S. Marks
                              NATURAL RESOURCES DEFENSE COUNCIL, INC.
                              40 West 20th Street
                              New York, New York 10011
                              (212) 727-4469
                              Counsel for Plaintiffs