IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUBUBON SOCIETY,<br><br>　　　　Plaintiffs,<br>　v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>　　　　Defendant. | Civ. Action No. 88-263-SLR |

### NOTICE OF SERVICE

I HEREBY CERTIFY this 15th day of June, 2007, that I caused to be served copies of:

1. The reports of experts: Dr. Clark Alexander, Dr. Joseph DiLorenzo, Dr. Jerry Neff, Dr. David Page, Michael Salazar, and Dr. Al Uhler, and

2. THIS NOTICE OF SERVICE,

on the following counsel of record in the manner indicated:

### BY EMAIL:

C. Scott Reese, Esquire
Cooch & Taylor
824 North Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680
csreese@ctlaw.org

- 2 -

**BY EMAIL AND U.S. MAIL**

Mitchell S. Bernard, Esquire
Nancy S. Marks, Esquire
Amelia Toledo, Esquire
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
mbernard@nrdc.org

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Megan Ward Cascio_
Richard D. Allen (#469)
Megan Ward Cascio (#3785)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Defendant*

OF COUNSEL:

Anthony F. King
Julie M. Domike
John W. Kampman
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
(202) 204-1000

June 15, 2007

759248