IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>Defendant. | Civ. Docket No. 88-263-SLR |

## NOTICE OF SERVICE

Pursuant to Local Rule 5.4(a), plaintiffs Natural Resources Defense Council, Inc., and Delaware Audubon Society hereby notify the Court that on June 18, 2007, by electronic and first class mail, they served on counsel for defendant Texaco Refining and Marketing, Inc. the following:

Plaintiffs' First Supplemental Response to Defendant's Interrogatories and Requests for Production of Documents.

Dated: June 18, 2007

Respectfully submitted,

/s/ C. Scott Reese
C. Scott Reese (DE Bar I.D. #2036)
COOCH & TAYLOR
824 N. Market Street, Suite 1000
Wilmington, Delaware 19899
(302) 984-3811

Mitchell S. Bernard
Nancy S. Marks
NATURAL RESOURCES DEFENSE COUNCIL., INC.
40 West 20th Street
New York, New York 10011
(212) 727-4469
*Counsel for Plaintiffs*