IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>Defendant. | Civ. Action No. 88-263-SLR |

**DEFENDANT'S NOTICE OF 30(b)(6) DEPOSITION OF
PLAINTIFF NATURAL RESOURCE DEFENSE COUNCIL, INC.**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant Texaco Refining and Marketing, Inc. ("Texaco"), by its counsel, will take the deposition upon oral examination of Plaintiff Natural Resource Defense Council, Inc., ("Plaintiff"), beginning at 9 a.m. on a date to be agreed upon by counsel, but not after August 8, 2007, and continuing from day to day until completed, at the offices of Wallace King Domike and Reiskin, PLLC, 1050 Thomas Jefferson St., N.W., Washington, D.C., or another location to be agreed upon by counsel.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(6), Plaintiff is requested to designate one or more officers, directors, managing agents, or other persons who are most qualified, knowledgeable and competent to testify on its behalf with respect to each of the topics set forth in the attached Schedule A.

The deposition will be taken before a notary public or other officer authorized to administer oaths under law, and will continue from day to day until completed. The

deposition will be recorded by stenographic means and may be videotaped. You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Megan Cascio*

Richard D. Allen (#469)
Megan Ward Cascio (#3785)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899
(302) 658-9200

Attorneys for Defendant
Texaco Refining and Marketing, Inc.

OF COUNSEL:

WALLACE KING DOMIKE & REISKIN, PLLC
Anthony F. King
Julie M. Domike
John W. Kampman
1050 Thomas Jefferson St., N.W.
Washington, DC  20007
(202) 204-1000

July 18, 2007

<u>**CERTIFICATE OF SERVICE**</u>

I, Megan Ward Cascio, hereby certify that on July 18, 2007 I electronically filed a DEFENDANT'S NOTICE OF 30(b)(6) DEPOSITION OF PLAINTIFF NATURAL RESOURCE DEFENSE COUNCIL, INC. with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

> C. Scott Reese, Esquire
> Cooch & Taylor
> 824 N. Market Street, Suite 1000
> P.O. Box 1680
> Wilmington, DE  19899-1680

I also certify that copies were caused to be served on July 18, 2007 upon the following in the manner indicated:

**BY HAND DELIVERY:**

> C. Scott Reese, Esquire
> Cooch & Taylor
> 824 N. Market Street, Suite 1000
> P.O. Box 1680
> Wilmington, DE  19899-1680

**BY FEDERAL EXPRESS**

> Mitchell S. Bernard, Esquire
> Nancy S. Marks, Esquire
> Amelia Toledo, Esquire
> Natural Resources Defense Council
> 40 West 20th Street
> New York, New York  10011

*/s/ Megan Cascio*
Megan Ward Cascio (#3785)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
302-351-9364
mcascio@mnat.com
*Attorneys for Defendant*