IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDOBON SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>TEXACO REFINING AND MARKETING, INC.<br><br>Defendant. | Civ. Action No. 88-263-SLR |

## NOTICE OF SERVICE

I HEREBY CERTIFY this 25th day of July, 2007, that I caused to be served copies of TEXACO REFINING AND MARKETING, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS and a copy of this NOTICE OF SERVICE on the following counsel of record in the manner indicated:

**BY EMAIL**:

C. Scott Reese, Esquire
Cooch & Taylor
824 North Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680
csreese@ctlaw.org

**BY EMAIL AND U.S. MAIL**

Mitchell S. Bernard, Esquire
Nancy S. Marks, Esquire
Amelia Toledo, Esquire
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
mbernard@nrdc.org

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    /s/ Richard D. Allen
                    Richard D. Allen (#469)
                    Megan Ward Cascio (#3785)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, Delaware 19899
                    (302) 658-9200
                    Attorneys for Defendant
                    Texaco Refining and Marketing, Inc.

OF COUNSEL:

WALLACE KING DOMIKE & REISKIN, PLLC
Anthony F. King
Julie M. Domike
John W. Kampman
1050 Thomas Jefferson St., N.W.
Washington, DC 20007
(202) 204-1000

July 25, 2007

990005.1