IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY,<br><br>Plaintiff,<br><br>v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>Defendant. | Civ. Action No. 88-263-SLR |

**DEFENDANTS' NOTICE TO TAKE DEPOSITION
OF DR. ROBERT J. LIVINGSTON**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Texaco Refining and Marketing, Inc., ("Texaco") will take the oral deposition of Dr. Robert Livingston. The deposition will commence at 8:30 a.m. on Thursday, August 9, 2007 and at 8:30am on Friday, August 10, 2007 at the offices of the Natural Resources Defense Council, 40 West 20th Street, New York, NY 10011. You are invited to attend.

The oral examination will be recorded by stenographic and/or videographic means, and will be conducted before a notary public or other person authorized by law to administer oaths. In addition, the deponent is directed to identify, bring with him, and make available for inspection and copying: 1) all documents reviewed or utilized by the deponent to prepare for this deposition; and 2) all documents or writings utilized or relied on by the deponent for purposes of his July 7, 2005 declaration, his October 7, 2005 reply declaration, his July 2005 document entitled

"Review of Motiva Study and Independent Analysis of Study Data," or his June 15, 2007 expert report, that were not specifically cited in these aforementioned documents.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan Cascio*

Richard D. Allen (#469)
Megan Ward Cascio (#3785)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200

Attorneys for Defendant
Texaco Refining and Marketing, Inc.

OF COUNSEL:

WALLACE KING DOMIKE & REISKIN, PLLC
Anthony F. King
Julie M. Domike
John W. Kampman
1050 Thomas Jefferson St., N.W.
Washington, DC 20007
(202) 204-1000

August 2, 2007

## CERTIFICATE OF SERVICE

I, Megan Ward Cascio, hereby certify that on August 2, 2007, I electronically filed DEFENDANTS' NOTICE TO TAKE DEPOSITION OF DR. ROBERT J. LIVINGSTON with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

> C. Scott Reese, Esquire
> Cooch & Taylor
> 824 N. Market Street, Suite 1000
> P.O. Box 1680
> Wilmington, DE  19899-1680

I also certify that copies were caused to be served on August 2, 2007 upon the following in the manner indicated:

**BY HAND DELIVERY:**

C. Scott Reese, Esquire
Cooch & Taylor
824 N. Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE  19899-1680

**BY FEDERAL EXPRESS**

Mitchell S. Bernard, Esquire
Nancy S. Marks, Esquire
Amelia Toledo, Esquire
Natural Resources Defense Council
40 West 20th Street
New York, New York  10011

/s/ Megan Ward Cascio
Megan Ward Cascio (#3785)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
302-351-9364
mcascio@mnat.com
*Attorneys for Defendant*