IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. Docket No. 88-263-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4(a), plaintiffs Natural Resources Defense Council, Inc., and Delaware Audubon Society hereby notify the Court that on August 6, 2007, by electronic and first class mail, they served on counsel for defendant Texaco Refining and Marketing, Inc. the following:

Plaintiffs' Responses and Objections to Defendant's First Set of Requests for Admission.

Dated: August 6, 2007

                                      Respectfully submitted,

                                      /s/ C. Scott Reese_____
                                      C. Scott Reese
                                      COOCH & TAYLOR
                                      824 Market Street
                                      Suite 1000
                                      Wilmington, Delaware 19899
                                      (302) 984-3811

                                      Mitchell S. Bernard
                                      Nancy S. Marks
                                      NATURAL RESOURCES DEFENSE

- 2 -

COUNCIL., INC.
40 West 20th Street
New York, New York 10011
(212) 727-4469

Counsel for Plaintiffs