IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 88-263-SLR |
| TEXACO REFINING AND MARKETING, INC., | ) ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**

WHEREAS, the Court previously entered a Stipulation and Order on March 27, 2007 (D.I. 335) that pre-trial motions shall be filed no later than August 15, 2007;

WHEREAS, defendant seeks and would appreciate the Court's accommodation of a one-week extension of time to file pre-trial motions because certain discovery has just been completed, including depositions that were continued by the agreement of the parties and therefore defendant needs an additional week to complete its pre-trial motions and plaintiffs do not oppose the extension; and

WHEREAS, by requesting an extension of time to file the pre-trial motions, the parties do not seek a change of any other dates in the schedule, including the pre-trial conference, which is scheduled for September 17, 2007 at 4:30 p.m;

IT IS HEREBY STIPULATED and agreed by and between the parties, subject to the approval of the Court, that:

1.　　All pre-trial motions shall be filed by August 22, 2007.

2.　　All other dates in the schedule remain the same.


COOCH & TAYLOR                           MORRIS, NICHOLS, ARSHT & TUNNELL, LLP


/s/ C. Scott Reese                        /s/ Megan Ward Cascio
C. Scott Reese (#2036)                    Richard D. Allen (#469)
824 Market Street                         Megan Ward Cascio (#3785)
Suite 1000                                1201 N. Market Street
Wilmington, DE 19899                      P. O. Box 1347
(302) 652-3641                            Wilmington, Delaware 19899
                                          (302) 658-9200


NATURAL RESOURCES DEFENSE                 WALLACE KING DOMIKE
COUNCIL                                    & REISKIN, PLLC
Mitchell S. Bernard                       Anthony F. King
Nancy S. Marks                            Julie M. Domike
40 West 20th Street                       John W. Kampman
New York, New York 10011                  1050 Thomas Jefferson St., N.W.
(212) 727-2700                            Washington, DC 20007
　*Attorneys for Plaintiffs*               (202) 204-1000
                                          　*Attorneys for Defendant*


SO ORDERED THIS ___ day of August,
2007.


_____
The Honorable Sue L. Robinson
Unites States District Court Judge


1211462