IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 88-263-SLR |
| TEXACO REFINING AND MARKETING, INC., | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND ORDER**
**EXTENDING DEADLINES FOR PRE-TRIAL MOTIONS AND ONE DEPOSITION**

WHEREAS, the parties have reached a settlement in principle to resolve their pending motions to enforce the judgment and for relief from the judgment;

WHEREAS, pre-trial motions are required to be filed by August 22, 2007;

WHEREAS, by agreement, the parties have scheduled one remaining deposition, of Roberto Llanso, now set for August 24, 2007;

WHEREAS, the parties believe their time is better spent drafting and executing a settlement agreement, and believe they can do so within the next two weeks, thus obviating the need for pre-trial motions and further discovery;

IT IS HEREBY STIPULATED and agreed by and between the parties, subject to the approval of the Court, that:

The deadline for filing pre-trial motions is extended to September 5, 2007.

The deadline for deposing Roberto Llanso is extended to September 7, 2007.

All other deadlines set forth in the Court's March 27, 2007 stipulated scheduling order remain in effect.


COOCH & TAYLOR                          MORRIS, NICHOLS, ARSHT & TUNNELL, LLP


/s/ C. Scott Reese                      /s/ Megan Ward Cascio
C. Scott Reese (#2036)                  Richard D. Allen (#469)
824 Market Street                       Megan Ward Cascio (#3785)
Suite 1000                              1201 North Market Street
Wilmington, DE 19899                    P. O. Box 1347
(302) 652-3641                          Wilmington, Delaware 19899
                                        (302) 658-9200


NATURAL RESOURCES DEFENSE               WALLACE KING DOMIKE & REISKIN, PLLC
COUNCIL                                 Anthony F. King
Mitchell S. Bernard                     Julie M. Domike
Nancy S. Marks                          John W. Kampman
40 West 20th Street                     1050 Thomas Jefferson Street, N.W.
New York, New York 10011                Washington, DC 20007
(212) 727-2700                          (202) 204-1000
  *Attorneys for Plaintiffs*              *Attorneys for Defendant*




SO ORDERED THIS ___ day of August, 2007.


_____
The Honorable Sue L. Robinson
Unites States District Court Judge


1217006


2