IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 88-263-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER
<u>EXTENDING DEADLINES FOR PRE-TRIAL MOTIONS AND ONE DEPOSITION</u>**

WHEREAS, the parties have reached a settlement in principle to resolve their pending motions to enforce the judgment and for relief from the judgment;

WHEREAS, the parties have been negotiating the language of an appropriate agreement documenting their settlement and have exchanged drafts of such a document;

WHEREAS, by order of this court dated August 24, 2007, pre-trial motions are required to be filed by September 5, 2007 and the deadline for deposing Roberto Llanso was extended to September 7, 2007;

WHEREAS, the parties believe their time is better spent finalizing and executing a settlement agreement, and believe they can do so within the next week, thus obviating the need for pre-trial motions and further discovery;

IT IS HEREBY STIPULATED and agreed by and between the parties, subject to the approval of the Court, that:

The deadline for filing pre-trial motions is extended to September 12, 2007.

The deadline for deposing Roberto Llanso is extended to September 14, 2007.

All other deadlines set forth in the Court's March 27, 2007 stipulated scheduling order remain in effect.

| COOCH & TAYLOR | MORRIS, NICHOLS, ARSHT & TUNNELL, LLP |
|---|---|
| /s/ C. Scott Reese | /s/ Megan Cascio |
| C. Scott Reese (#2036) | Richard D. Allen (#469) |
| 824 Market Street | Megan Ward Cascio (#3785) |
| Suite 1000 | 1201 North Market Street |
| Wilmington, DE 19899 | P. O. Box 1347 |
| (302) 652-3641 | Wilmington, Delaware 19899 |
|  | (302) 658-9200 |
|  |  |
| NATURAL RESOURCES DEFENSE COUNCIL | WALLACE KING DOMIKE & REISKIN, PLLC |
| Mitchell S. Bernard | Anthony F. King |
| Nancy S. Marks | Julie M. Domike |
| 40 West 20th Street | John W. Kampman |
| New York, New York 10011 | 1050 Thomas Jefferson Street, N.W. |
| (212) 727-2700 | Washington, DC 20007 |
|   *Attorneys for Plaintiffs* | (202) 204-1000 |
|  |   *Attorneys for Defendant* |

SO ORDERED THIS ___ day of September, 2007.

_____
The Honorable Sue L. Robinson
Unites States District Court Judge

1217006