IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C. A. No. 88-263-SLR ) |
| TEXACO REFINING AND MARKETING, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER**
**STAYING ACTION**

WHEREAS, the parties have reached a settlement in principle to resolve their pending motions to enforce the judgment and for relief from the judgment, have finalized the language of a settlement agreement and are in the process of collecting signatures and representations from third parties who will receive settlement proceeds to perform environmentally-related projects;

WHEREAS, because the settlement will be finalized imminently, the parties do not believe that further proceedings contemplated by the Court's scheduling order dated March 27, 2007 (DI #335) are necessary;

IT IS HEREBY STIPULATED and agreed by and between the parties, subject to the approval of the Court, that:

This case is STAYED pending a filing of a Stipulated Order dismissing the case for all purposes except a future application for attorneys' fees and costs by plaintiffs' counsel.

| | |
|---|---|
| COOCH & TAYLOR | MORRIS, NICHOLS, ARSHT & TUNNELL, LLP |
| /s/ C. Scott Reese | /s/ Megan Cascio |
| C. Scott Reese (#2036) | Richard D. Allen (#469) |
| 824 Market Street | Megan Ward Cascio (#3785) |
| Suite 1000 | 1201 North Market Street |
| Wilmington, DE 19899 | P. O. Box 1347 |
| (302) 652-3641 | Wilmington, Delaware 19899 |
| | (302) 658-9200 |
| NATURAL RESOURCES DEFENSE COUNCIL | WALLACE KING DOMIKE & REISKIN, PLLC |
| Mitchell S. Bernard | Anthony F. King |
| Nancy S. Marks | Julie M. Domike |
| 40 West 20th Street | John W. Kampman |
| New York, New York 10011 | 1050 Thomas Jefferson Street, N.W. |
| (212) 727-2700 | Washington, DC 20007 |
| *Attorneys for Plaintiffs* | (202) 204-1000 |
| | *Attorneys for Defendant* |

SO ORDERED THIS ___ day of September, 2007.

_____
The Honorable Sue L. Robinson
Unites States District Court Judge

1231629