IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> TEXACO REFINING AND MARKETING, INC., <br><br> Defendant. | Civil Action No. 88-263-SLR |

## STIPULATED ORDER

In 2005, Plaintiffs Natural Resources Defense Council, Inc. and Delaware Audubon Society ("Plaintiffs") filed a motion (D.I. 300) against Defendant Texaco Refining and Marketing, Inc. ("Defendant") to enforce the terms of this Court's Opinion and Order of September 1, 1998 (*Natural Res. Def. Council, Inc. v. Texaco Ref. & Mktg, Inc.*, 20 F. Supp. 2d 700 (D. Del. 1998)) and Stipulated Order of February 23, 2000 (D.I. 296). The 1998 and 2000 Orders enjoined Defendant to carry out certain environmental studies in the Delaware River. Later in 2005, Defendant filed a motion, pursuant to Federal Rule of Civil Procedure 60(b)(5), for relief from this Court's injunction (D.I. 308).

After hearing oral argument on the motions on March 1, 2006, the Court issued an order on August 31, 2006 (D.I. 328), scheduling an evidentiary hearing to "examine whether defendant's data is reliable and whether it demonstrates

compliance with the Stipulated Order…." The Court denied the parties' motions without prejudice to renew. D.I. 328, ¶ 3.

The parties have settled the disputes that were the subject of their respective motions, and, with the exception of Plaintiffs' attorneys' fees and costs, have now resolved all issues remaining in the case.

Plaintiffs and Defendant now stipulate as follows:

1. <u>Plaintiffs' Attorneys' Fees and Costs</u>. Plaintiffs will file a motion to recover their attorneys' fees and costs since entry of the Stipulated Order on February 23, 2000. Defendant will not contest Plaintiffs' entitlement to an award of such fees and costs, though it preserves all rights to challenge the amount of fees and costs Plaintiffs may seek to recover, including the scope of the work for which Plaintiffs seek to recover fees. Plaintiffs reserve the right to advance any argument in law or fact in support of their application for attorneys' fees and costs. Defendant expressly reserves the right to advance any argument in law or fact in opposition to Plaintiffs' application for fees and costs, except as limited by the language earlier in this paragraph. Plaintiffs will file their motion for attorney's fees and costs not later than October 5, 2007, or within 21 days after the Court approves and enters this Stipulated Order, whichever date is later.

2. <u>Continuing Jurisdiction</u>. The Court retains jurisdiction to adjudicate Plaintiffs' motion for attorneys' fees and costs. For all other purposes the case is closed.

Dated: October 17, 2007

   /s/ C. Scott Reese
C. Scott Reese (#2036)
COOCH & TAYLOR
824 Market Street Mall
P.O. Box 1680
Wilmington, DE 19899
(302) 984-3811

Of Counsel:

Mitchell S. Bernard
Nancy S. Marks
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
New York, NY 10011
(212) 727-4469

Attorneys for Plaintiffs


   /s/ Megan Ward Cascio
Richard D. Allen (#469)
Megan Ward Cascio (#3785)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Of Counsel:

Anthony F. King
John W. Kampman
Alec C. Zacaroli
WALLACE KING DOMIKE & REISKIN
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
(202) 204-1000

Attorneys for Defendant

So ordered this \_\_\_ day of October, 2007:

_____
Hon. Sue L. Robinson
United States District Judge

1269796