IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATURAL RESOURCES DEFENSE          )
COUNCIL, INC., and DELAWARE        )
AUDUBON SOCIETY,                   )
                                   )     Civil Action No.
          Plaintiffs,              )     88-263-SLR
                                   )
     v.                            )
                                   )
TEXACO REFINING AND MARKETING,     )
INC.,                              )
                                   )
          Defendant.               )

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to the fee-shifting provision of the Clean Water Act, 33 U.S.C.

§ 1365(d), and the Stipulated Order entered by the Court on October 18, 2007 (D.I. 368),

plaintiffs Natural Resources Defense Council, Inc. and Delaware Audubon Society

hereby move this Court to grant plaintiffs their reasonable attorneys' fees and costs

incurred in connection with plaintiffs' Third Motion to Enforce.

The grounds for this Motion are set forth in plaintiffs' Memorandum of Law, the

Declaration of Mitchell S. Bernard, and the 14 exhibits thereto, all filed herewith.

**COOCH AND TAYLOR, P.A.**

/s/ C. Scott Reese
C. Scott Reese (DE Bar ID #2036)
824 N. Market Street, Suite 1000
Wilmington, Delaware 19801
(302) 984-3811
*Attorney for Plaintiffs*

OF COUNSEL:

Mitchell S. Bernard, Esquire
Nancy S. Marks, Esquire
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, NY 10011
(212) 727-2700