IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY,<br><br>    Plaintiffs,<br><br>v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>    Defendant. | Civil Action No.<br>88-263-SLR |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

I am counsel to plaintiffs Natural Resources Defense Council and Delaware Audubon Society, who are filing a motion to recover attorneys' fees, expert witness fees, and costs incurred in litigating their recently settled Third Motion to Enforce the Court's judgments. I have discussed with Alec Zacaroli, counsel for defendant, the subject matter of plaintiffs' motion. The discussion did narrow the issues the Court must consider, in that defendant has conceded plaintiffs' entitlement to recover fees and costs. However, despite our reasonable efforts, we were not able to agree with defendant on the amounts plaintiffs should recover. Thus, plaintiffs' motion is necessary.

                                                        /s/ Mitchell S. Bernard
                                                        Mitchell S. Bernard, Esquire
                                                        Natural Resources Defense Council
                                                        40 West 20th Street
                                                        New York, New York 10011
                                                        (212) 727-2700
                                                        Attorney for Plaintiffs

DATED: November 6, 2007