Exhibits to Declaration of Mitchell S. Bernard

1   Settlement Agreement, September 30, 2007

2   Means Report to Court, January 30, 2007, with cover letter dated January 31, 2007

3   NRDC Recorded and Billed Hours

4   Resumes of NRDC Attorneys and Paralegal

5   Proposed Hourly Rates, Washington, D.C. and Wilmington

6   Declaration of Michael B. Gerrard

7   Declaration of F. Michael Parkowski

8   Summary of Requested Attorney Fee Award

9   Fees and Costs for Dr. Robert Livingston

10  NRDC Out-of-Pocket Expenses

11  Memorandum of Lenwood Hall, May 16, 2001

12  Declarations of Greg J. Abbott, William McAvoy, Paul H. Morrill, Jr., Derek Stoner, Robert A. Wood, Marian Young

13  Declaration of Nicholas DiPasqaule

14  Summary of Plaintiffs' Request for Fees and Costs