Exhibit 3

NRDC Recorded and Billed Hours

| Date | Description of Work | Person | Hours Recorded | Hours Billed |
|---|---|---|---|---|
| 5/26/2004 | Review Livingston critique of Hall/Burton study | Bernard | 4.0 | 4.0 |
| 5/27/2004 | Preparation for meeting with Livingston; review portions of Hall/Burton study | Bernard | 5.0 | 5.0 |
| 6/1/2004 | Confer Livingston re Hall/Burton study; notes re Hall/Burton study | Bernard | 4.0 | 4.0 |
| 6/2/2004 | Longobardi decision, notes for Hall and Burton examinations, trial transcript from 2000; confer Marks re Hall/Burton study | Bernard | 7.0 | 7.0 |
| 6/3/2004 | Review Means testimony; confer Marks re how to proceed; review Salazar report re bioavailability study (appendix to Hall/Burton document) | Bernard | 4.0 | 4.0 |
| 11/30/2004 | Review Livingston report on Motiva study | Bernard | 4.5 | 4.5 |
| 12/1/2004 | Review Livingston report on Motiva study | Bernard | 3.5 | 3.5 |
| 12/2/2004 | Confer Livingston re critique of Motiva work; confer Kampman re how to proceed | Bernard | 2.0 | 2.0 |

| | | | | | |
|---|---|---|---|---|---|
| 1/19/2005 | Review Kampman letter, tel. call Marks, Livingston | Bernard | | 2.5 | 2.5 |
| 1/20/2005 | Review Court opinion 9/98, Livingston review of Defendant's study, Defendant's report, 2/00 stipulation | Bernard | | 3.0 | 3.0 |
| 1/24/2005 | Review Means report, Hall and Burton depositions, testimony | Bernard | | 3.5 | 3.5 |
| 1/25/2005 | Review Hall/Livingston correspondence, draft letter to Defendants, review Means report and critiques (1997, 1998) | Bernard | | 4.5 | 4.5 |
| 1/26/2005 | Tel. call Livingston, edit and complete letter to Defendant | Bernard | | 2.0 | 2.0 |
| 2/2/2005 | Preparation for tel. call Kampman re arbitration | Bernard | | 1.0 | 1.0 |
| 2/16/2005 | Review Scope of Work, preparation for tel. call Livingston | Bernard | | 4.5 | 4.5 |
| 2/17/2005 | Tel. call Livingston, review Scope of Work | Bernard | | 3.5 | 3.5 |
| 2/23/2005 | Review Defendant's 9/1/04 response letter; tel. call Livingston re arbitration | Bernard | | 3.5 | 3.5 |

| | | | | |
|---|---|---|---|---|
| 2/24/2005 | Review Defendant's response to questions, preparation for tel. call Kampman, tel. call Kampman | Bernard | 3.0 | 3.0 |
| 3/15/2005 | Tel. call Means | Bernard | 0.3 | 0.3 |
| 3/15/2005 | Tel. call Farrington | Bernard | 0.8 | 0.8 |
| 3/17/2005 | Notes re arbitration process, memo to Livingston, Marks re same | Bernard | 2.5 | 2.5 |
| 3/18/2005 | Tel. call Livingston, draft letter to Kampman/Defendants, tel. call Kampman | Bernard | 6.0 | 6.0 |
| 3/21/2005 | Letter to Kampman re arbitration, discuss same with Marks; tel. call prospective arbitrator | Bernard | 0.5 | 0.5 |
| 3/23/2005 | Email to prospective arbitrator, review CVs | Bernard | 1.0 | 1.0 |
| 4/6/2005 | Preparation for 4/7 meeting | Bernard | 3.0 | 3.0 |
| 4/7/2005 | Meeting with Defendant's counsel, prep for same | Bernard | 3.5 | 3.5 |
| 4/29/2005 | Letters to Kampman/Defendant re arbitration | Bernard | 2.5 | 2.5 |
| 5/3/2005 | Letter to Kampman re arbitration process | Bernard | 1.5 | 1.5 |
| 5/19/2005 | Review letter from Defendant and CVs of Defendant's proposed arbitrators | Bernard | 2.0 | 2.0 |

| | | | | |
|---|---|---|---|---|
| 5/25/2005 | Review correspondence re arbitration; confer Marks re strategy; confer Livingston re science issues | Bernard | 2.0 | 2.0 |
| 6/2/2005 | Draft Motion to Enforce; research history for same | Bernard | 6.0 | 6.0 |
| 6/3/2005 | Review Livingston critique | Bernard | 3.0 | 3.0 |
| 6/7/2005 | Motion papers, to enforce judgment | Bernard | 3.5 | 3.5 |
| 6/8/2005 | Motion papers, to enforce judgment | Bernard | 4.5 | 4.5 |
| 6/9/2005 | Livingston report | Bernard | 7.5 | 7.5 |
| 6/10/2005 | Livingston report | Bernard | 7.5 | 7.5 |
| 6/12/2005 | Livingston report | Bernard | 1.5 | 1.5 |
| 6/13/2005 | Livingston report | Bernard | 4.5 | 4.5 |
| 6/15/2005 | Livingston report (review) | Bernard | 2.5 | 2.5 |
| 6/21/2005 | Review documents in support of Motion to Enforce | Bernard | 7.0 | 7.0 |
| 6/22/2005 | Draft declarations, Bernard, Livingston, for Motion to Enforce | Bernard | 7.0 | 7.0 |
| 6/27/2005 | Motion to Enforce; revise declarations; write brief | Bernard | 6.0 | 6.0 |
| 6/28/2005 | Opening brief for Motion to Enforce | Bernard | 7.5 | 7.5 |
| 6/29/2005 | Opening brief for Motion to Enforce; declarations; confer Toledo; tel. call Kampman; draft Rule 7.1 Statement; draft letter to Kampman | Bernard | 7.5 | 7.5 |

| | | | | |
|---|---|---|---|---|
| 6/30/2005 | Draft Motion to Enforce; edit letter to Defendant | Bernard | 3.0 | 3.0 |
| 7/5/2005 | Edit declarations for Motion to Enforce | Bernard | 1.5 | 1.5 |
| 7/13/2005 | Edit Motion to Enforce papers | Bernard | 1.5 | 1.5 |
| 7/14/2005 | Tel. call Defendant re settlement; revise motion papers; tel. call Defendant re motion | Bernard | 1.0 | 1.0 |
| 9/12/2005 | Review Defendant's opposition to Motion to Enforce; confer Marks re same | Bernard | 3.0 | 3.0 |
| 9/13/2005 | Review Defendant's declarations and exhibits; confer Marks re same | Bernard | 3.5 | 3.5 |
| 9/15/2005 | tel. call Livingston re technical | Bernard | 4.5 | 4.5 |
| 9/19/2005 | Livingston declaration | Bernard | 2.5 | 2.5 |
| 9/20/2005 | Livingston declaration | Bernard | 4.5 | 4.5 |
| 9/21/2005 | Livingston declaration | Bernard | 6.5 | 6.5 |
| 9/22/2005 | Livingston declaration | Bernard | 7.0 | 7.0 |
| 9/23/2005 | Livingston declaration, Bernard declaration | Bernard | 7.5 | 7.5 |
| 9/26/2005 | Bernard declaration | Bernard | 6.0 | 6.0 |
| 9/27/2005 | Bernard declaration | Bernard | 4.0 | 4.0 |
| 9/29/2005 | Livingston declaration | Bernard | 4.5 | 4.5 |
| 9/30/2005 | Livingston declaration | Bernard | 4.5 | 4.5 |
| 10/3/2005 | Edit Livingston declaration | Bernard | 3.5 | 3.5 |

| | | | | |
|---|---|---|---|---|
| 10/6/2005 | Edit reply brief, Bernard declaration | Bernard | 4.0 | 4.0 |
| 2/25/2006 | Review motion papers in preparation for oral argument | Bernard | 4.0 | 4.0 |
| 2/26/2006 | Review motion papers; make notes for argument | Bernard | 6.0 | 6.0 |
| 2/27/2006 | Refine notes for argument; confer Marks, Toledo re same; review Livingston critique of Motiva study | Bernard | 4.5 | 4.5 |
| 2/28/2006 | Review and refine notes for argument; review Motiva study report, expert declarations | Bernard | 4.5 | 4.5 |
| 2/28/2006 | Travel to Wilmington for oral argument | Bernard | 1.5 | 0.8 |
| 3/1/2006 | Oral argument, prepare for same | Bernard | 2.5 | 2.5 |
| 3/1/2006 | Travel back to NYC from Wilmington | Bernard | 1.5 | 0.8 |
| 9/5/2006 | Review Court order, tel. call Allen re same; confer Marks, Livingston | Bernard | 0.5 | 0.5 |
| 9/6/2006 | Preparation for tel. call Allen re procedure | Bernard | 1.0 | 1.0 |
| 9/7/2006 | Tel. call Allen re evidentiary hearing; tel. call Court's clerk; tel. call Livingston, Marks re same | Bernard | 1.0 | 1.0 |

| | | | | |
|---|---|---|---|---|
| 9/12/2006 | Preparation for tel. call Court; confer Marks; memo to Livingston re same | Bernard | 0.5 | 0.5 |
| 9/15/2006 | Preparation for tel. call Means; memo to Marks, Livingston; review documents to send to Means | Bernard | 1.5 | 1.5 |
| 9/19/2006 | Review documents to send to Means; tel. call Defendant's lawyer re same; confer Marks re same | Bernard | 2.5 | 2.5 |
| 9/20/2006 | Email and tel. call re documents to send to Means; review documents for proposed redactions | Bernard | 1.5 | 1.5 |
| 9/21/2006 | Tel. call Allen; email Allen re declarations we sent to Means | Bernard | 0.5 | 0.5 |
| 9/22/2006 | Tel. call Allen re documents to Means; review Bernard and Livingston declarations | Bernard | 1.5 | 1.5 |
| 9/26/2006 | Revise language in Stipulation for Means | Bernard | 0.8 | 0.8 |
| 9/27/2006 | Edit Stipulation to send to Means; email Defendant re same | Bernard | 0.8 | 0.8 |
| 2/8/2007 | Read Means Report | Bernard | 2.5 | 2.5 |
| 2/9/2007 | Review Plaintiffs' briefs, 2000 and 2006 Court Orders | Bernard | 4.0 | 4.0 |
| 2/11/2007 | Review Means Report, detail; tel. call Livingston | Bernard | 3.0 | 3.0 |

| | | | | |
|---|---|---|---|---|
| 2/12/2007 | Review Livingston documents | Bernard | 1.5 | 1.5 |
| 2/12/2007 | Tel. call Allen, Domike re trial | Bernard | 0.5 | 0.5 |
| 2/13/2007 | Cmar; review notes on Means Report; letter to Defendant re document preservation; tel. call Allen | Bernard | 2.5 | 2.5 |
| 2/16/2007 | Notes re schedule; tel. call Allen; tel. call Allen and Court Clerk; email to Allen | Bernard | 0.8 | 0.8 |
| 2/26/2007 | Discovery requests, confer Cmar re same | Bernard | 1.5 | 1.5 |
| 2/27/2007 | Tel. call Allen; review notes re discovery and discovery schedule | Bernard | 0.5 | 0.5 |
| 2/28/2007 | Call Defendant re schedule; review Means Report (1/07); prepare discovery plan; confer Marks, Cmar re same | Bernard | 4.5 | 4.5 |
| 3/1/2007 | Discovery notices, and confer Cmar re same; preparation for tel. call Court | Bernard | 2.5 | 2.5 |
| 3/6/2007 | Tel. call Defendant; email Means; review Defendant's proposed discovery schedule | Bernard | 0.5 | 0.5 |
| 3/8/2007 | Tel. call Defendant re discovery schedule | Bernard | 0.3 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 3/9/2007 | Review Defendant's interrogatories; document requests; discovery schedule; email to Means | Bernard | 1.0 | 1.0 |
| 3/13/2007 | Review interrogatories, document requests; notes re same; review electronic files for responsive documents; confer Marks, Cmar re discovery schedule | Bernard | 4.0 | 4.0 |
| 3/14/2007 | Review documents to respond to Defendant's requests; tel. call Allen re schedule | Bernard | 3.0 | 3.0 |
| 3/26/2007 | Tel. call Allen re Means testimony | Bernard | 0.5 | 0.5 |
| 3/28/2007 | Tel. call Allen, Court (Clerk) re Defendant's document request of Means; tel. call Livingston re Defendant's document request | Bernard | 1.0 | 1.0 |
| 3/29/2007 | Document review to respond to Defendant's request; tel. call  Allen re document exchange; emails to Wallace King; confer Cmar re document request | Bernard | 4.5 | 4.5 |
| 4/4/2007 | Review documents for production; discussions Allen re excerpts | Bernard | 5.0 | 5.0 |

| | | | | |
|---|---|---|---|---|
| 4/5/2007 | Draft response to Defendant's document requests; email Allen re excerpts; tel. call Kampman re depositions; review Plaintiffs' documents for production; tel. call Livingston re interrogatory defense | Bernard | 9.0 | 9.0 |
| 4/7/2007 | Refine response to interrogatories | Bernard | 2.0 | 2.0 |
| 4/9/2007 | Complete interrogatory response; tel. call Allen re discovery | Bernard | 2.0 | 2.0 |
| 4/12/2007 | Review Means Report | Bernard | 4.5 | 4.5 |
| 4/13/2007 | Means deposition outline; email to Defendant re discovery issues | Bernard | 9.5 | 9.5 |
| 4/15/2007 | Review Defendant's 12/03 report; Livingston critique; and Hall, Burton, Salazar, Uhler declarations | Bernard | 2.5 | 2.5 |
| 4/16/2007 | Prepare documents for production to Defendant Means deposition outline | Bernard | 3.5 | 3.5 |
| 4/17/2007 | Means deposition outline; document production; email to Kampman re discovery issues | Bernard | 6.0 | 6.0 |

| | | | | |
|---|---|---|---|---|
| 4/18/2007 | Preparation for Means deposition; complete document production to Defendant | Bernard | 4.5 | 4.5 |
| 4/19/2007 | Review 1999, 1997 Means Reports; prepare Means deposition exhibits | Bernard | 3.5 | 3.5 |
| 4/20/2007 | Review Means 2000 trial testimony; Means deposition testimony 1999, 2000 | Bernard | 4.0 | 4.0 |
| 4/23/2007 | Preparation for Means deposition | Bernard | 4.0 | 4.0 |
| 4/24/2007 | Means deposition; preparation for next day | Bernard | 14.0 | 14.0 |
| 4/25/2007 | Means deposition | Bernard | 8.0 | 8.0 |
| 4/26/2007 | Means deposition | Bernard | 4.5 | 4.5 |
| 4/30/2007 | Memo re discovery strategy | Bernard | 4.0 | 4.0 |
| 5/1/2007 | Memo re discovery tasks | Bernard | 1.0 | 1.0 |
| 5/10/2007 | Edit, complete discovery (RFA, interrogatories, document request; deposition notices), confer Chaudhary, tel. call Colangelo re same | Bernard | 3.0 | 3.0 |
| 5/11/2007 | Discovery emails with Kampman re deposition dates; Plaintiffs' document production; email Marks re same | Bernard | 1.0 | 1.0 |

| | | | | |
|---|---|---|---|---|
| 5/23/2007 | Review rule on expert reports; confer Livingston re same; review notes re discovery issues; review Defendant's documents; confer Cmar re Livingston report | Bernard | 3.0 | 3.0 |
| 5/24/2007 | Tel. call Kampman re discovery; email to colleagues re same | Bernard | 0.5 | 0.5 |
| 5/30/2007 | Confer DiPasquale (client DAS) re discovery questions | Bernard | 1.5 | 1.5 |
| 6/4/2007 | Review Defendant's documents for Hall deposition preparation; Hall deposition notes | Bernard | 6.0 | 6.0 |
| 6/5/2007 | Preparation for Hall deposition | Bernard | 6.0 | 6.0 |
| 6/6/2007 | Confer Chaudhary re Lloyd deposition; Hall deposition preparation | Bernard | 6.0 | 6.0 |
| 6/7/2007 | Hall deposition preparation | Bernard | 9.5 | 9.5 |
| 6/8/2007 | Hall deposition preparation | Bernard | 2.0 | 2.0 |
| 6/9/2007 | Review Lloyd deposition outline; Hall deposition preparation | Bernard | 3.5 | 3.5 |
| 6/12/2007 | Travel to DC for Lloyd deposition | Bernard | 2.0 | 1.0 |
| 6/12/2007 | Edit Livingston expert report | Bernard | 4.0 | 4.0 |

| | | | | |
|---|---|---|---|---|
| 6/13/2007 | Review Defendant's discovery responses; Lloyd deposition; Hall deposition preparation | Bernard | 7.0 | 7.0 |
| 6/13/2007 | Travel back to NYC from DC | Bernard | 2.0 | 1.0 |
| 6/15/2007 | Review Means deposition; Hall deposition preparation; Hall deposition exhibits | Bernard | 5.5 | 5.5 |
| 6/17/2007 | Hall deposition outline; review Means deposition | Bernard | 4.5 | 4.5 |
| 6/18/2007 | Hall deposition outline; review Defendant's expert reports, notes on Means | Bernard | 5.0 | 5.0 |
| 6/19/2007 | Notes on Means deposition | Bernard | 4.5 | 4.5 |
| 6/20/2007 | Hall deposition preparation | Bernard | 6.0 | 6.0 |
| 6/21/2007 | Travel to DC for Hall deposition | Bernard | 2.0 | 1.0 |
| 6/21/2007 | Preparation for Hall deposition in DC; Hall deposition, preparation for next day | Bernard | 14.0 | 14.0 |
| 6/22/2007 | Preparation for Hall deposition in DC, Hall | Bernard | 4.0 | 4.0 |
| 6/22/2007 | Travel back to NYC from DC | Bernard | 2.0 | 1.0 |
| 7/10/2007 | Help Cmar with Alexander deposition preparation | Bernard | 2.0 | 2.0 |
| 7/11/2007 | Preparation for Burton deposition, read bivalve reports | Bernard | 6.0 | 6.0 |

| | | | | |
|---|---|---|---|---|
| 7/12/2007 | Review Burton documents; confer Cmar re corrections to expert report | Bernard | 2.0 | 2.0 |
| 7/13/2007 | Preparation for Burton deposition | Bernard | 6.0 | 6.0 |
| 7/16/2007 | Preparation for Burton deposition; Burton deposition exhibits; review DiLorenzo deposition outline and discuss with Colangelo | Bernard | 6.0 | 6.0 |
| 7/17/2007 | Travel to DC for depositions | Bernard | 2.0 | 1.0 |
| 7/17/2007 | DiLorenzo deposition in DC; preparation for Burton deposition | Bernard | 12.0 | 12.0 |
| 7/18/2007 | Burton deposition and preparation for same; confer Kampman re settlement | Bernard | 10.0 | 10.0 |
| 7/19/2007 | Neff deposition | Bernard | 4.0 | 4.0 |
| 7/19/2007 | Travel to NYC from DC | Bernard | 2.0 | 1.0 |
| 7/19/2007 | Review 30(b)(6) notice to NRDC, notes re same; email to colleagues re same | Bernard | 1.0 | 1.0 |
| 7/20/2007 | Email re Page deposition, Livingston deposition schedule, Uhler calculations, response to Defendants 30(b)(6) notice | Bernard | 1.0 | 1.0 |
| 7/21/2007 | Preparation for Salazar deposition | Bernard | 2.0 | 2.0 |

| | | | | |
|---|---|---|---|---|
| 7/22/2007 | Review Salazar draft report (bio) | Bernard | 2.5 | 2.5 |
| 7/23/2007 | Cmar, King re discovery; confer Livingston re bioavailability; review Salazar documents; confer colleagues re discovery | Bernard | 7.0 | 7.0 |
| 7/24/2007 | Discovery issues, review Page deposition outline; prepare Salazar exhibits | Bernard | 7.5 | 7.5 |
| 7/25/2007 | Preparation for Salazar deposition; review ASTM protocols, other Salazar documents | Bernard | 9.0 | 9.0 |
| 7/26/2007 | Travel to DC for depositions | Bernard | 2.0 | 1.0 |
| 7/26/2007 | Page deposition; preparation for Salazar deposition | Bernard | 8.0 | 8.0 |
| 7/27/2007 | Salazar deposition; prepare for same | Bernard | 10.0 | 10.0 |
| 7/27/2007 | Travel to NYC from DC | Bernard | 2.0 | 1.0 |
| 7/30/2007 | Review Uhler deposition outline; comments to Colangelo re same; review Hall deposition transcript; notes on same | Bernard | 2.0 | 2.0 |
| 7/31/2007 | Uhler deposition | Bernard | 8.0 | 8.0 |
| 7/31/2007 | Travel to and from DC for Uhler deposition | Bernard | 4.0 | 2.0 |

| | | | | |
|---|---|---|---|---|
| 8/1/2007 | Review Hall deposition transcript; tel. call with DAS; confer Defendant re schedule, settlement; confer Marks re strategy | Bernard | 2.5 | 2.5 |
| 8/2/2007 | Tel. call NRDC re trial evidence; tel. call Defendant re schedule | Bernard | 2.5 | 2.5 |
| 8/5/2007 | Review Hall deposition transcript | Bernard | 2.5 | 2.5 |
| 8/6/2007 | Confer Kampman re trial; tel. call Defendant re settlement, trial schedule | Bernard | 2.0 | 2.0 |
| 8/7/2007 | Review Burton deposition transcript | Bernard | 2.5 | 2.5 |
| 8/8/2007 | Preparation for Livingston deposition | Bernard | 6.0 | 6.0 |
| 8/9/2007 | Livingston deposition, review Burton deposition transcript | Bernard | 9.0 | 9.0 |
| 8/10/2007 | Livingston deposition; tel. call Defendant re settlement | Bernard | 8.0 | 8.0 |
| 8/12/2007 | Notes on Burton deposition | Bernard | 1.5 | 1.5 |
| 8/13/2007 | Notes on depositions: Burton, Lloyd, Hall; email to Court re documents to Means; tel. call Kampman and email re schedule; tel. call Longstreth re Llanso deposition preparation | Bernard | 6.5 | 6.5 |

| | | | | |
|---|---|---|---|---|
| 8/14/2007 | Emails to Longstreth re Llanso; Hall deposition notes; memo on remedy options; review Salazar deposition transcript | Bernard | 6.0 | 6.0 |
| 8/15/2007 | Review Salazar deposition transcript; edit Llanso deposition outline | Bernard | 3.0 | 3.0 |
| 8/17/2007 | Review Salazar deposition transcript; tel. call DAS; tel. call Zacaroli | Bernard | 4.5 | 4.5 |
| 8/18/2007 | Salazar deposition transcript notes | Bernard | 1.5 | 1.5 |
| 8/19/2007 | Salazar deposition transcript notes | Bernard | 1.5 | 1.5 |
| 8/20/2007 | Salazar deposition notes; confer DAS re settlement; tel. call Zacaroli; tel. call Cmar re remedies | Bernard | 6.5 | 6.5 |
| 8/21/2007 | Letter Zacaroli re settlement; review stip to stay proceedings; confer DAS | Bernard | 2.0 | 2.0 |
| 8/27/2007 | Draft settlement stip; email DAS and colleagues re same; review Livingston memo re data, settlement | Bernard | 4.5 | 4.5 |
| 8/28/2007 | Refine stip settlement after DAS comments; convey to Defendant | Bernard | 1.0 | 1.0 |

| | | | | |
|---|---|---|---|---|
| 8/28/2007 | Prep for mtg re fee app., review time; confer Marks re fee app. | Bernard | 2.0 | 1.5 |
| 8/29/2007 | Confer Marks re stipulation | Bernard | 0.2 | 0.2 |
| 8/29/2007 | Memo re fee-related tasks; mtg Lit Team re fee motion tasks, theories | Bernard | 1.8 | 1.4 |
| 8/30/2007 | Review Defendant's settlement offer; confer colleagues re same; confer clients re same; emails to Defendants re same | Bernard | 2.5 | 2.5 |
| 9/4/2007 | Notes re Defendant's settlement offer; confer Marks re same; confer clients re same | Bernard | 2.0 | 2.0 |
| 9/5/2007 | draft full settlement agreement | Bernard | 3.0 | 3.0 |
| 9/6/2007 | Review DAS comments on settlement agreement; edit agreement; send to Defendants; confer DiPasquale (DAS) re benefit projects | Bernard | 2.5 | 2.5 |
| 9/11/2007 | Review settlement agreement; emails colleagues re same; talk Zacaroli re same; communications clients re same | Bernard | 1.5 | 1.5 |

| | | | | |
|---|---|---|---|---|
| 9/12/2007 | Communications Defendant, client; final review settlement agreement | Bernard | 1.5 | 1.5 |
| 9/18/2007 | Tel. call with funding recipients plus follow-up emails re restricted amounts, assurances to Defendant | Bernard | 2.5 | 2.5 |
| 9/24/2007 | Letter to Zacaroli re recipient commitments; email clients | Bernard | 0.5 | 0.5 |
| 9/29/2007 | Review forms, letters from fund recipients | Bernard | 0.5 | 0.5 |
| 10/1/2007 | Tel. call Zacaroli; communications recipients, clients re settlement | Bernard | 0.5 | 0.5 |
| 10/5/2007 | Outline fee motion tasks; email colleagues re same; draft decs from fund recipients; communicate with DC lawyers re hourly rates | Bernard | 3.5 | 2.6 |
| 10/10/2007 | Draft declaration in support of fees; research re same; confer Marks re hourly rates | Bernard | 4.5 | 3.4 |
| 10/12/2007 | Draft declaration in support of fees | Bernard | 4.5 | 3.4 |
| 10/15/2007 | Review/edit fund recipient declarations (6) | Bernard | 2.5 | 1.9 |

| | | | | |
|---|---|---|---|---|
| 10/16/2007 | Review DiPasquale draft delaration; confer Boudouris re same; research for Bernard declaration; confer Marks re Del. Rates | Bernard | 1.5 | 1.1 |
| 10/17/2007 | Edit draft Bernard declaration | Bernard | 2.5 | 1.9 |
| 10/18/2007 | Edit DiPasquale declaration; edit Bernard declaration; fact-check Bernard declaration | Bernard | 3.5 | 2.6 |
| 10/19/2007 | Draft Gerrard affidavit | Bernard | 1.5 | 1.1 |
| 10/24/2007 | Review timesheets re billing judgment; confer Marks re Wilmington hourly rates | Bernard | 1.0 | 0.8 |
| 10/25/2007 | Parkowski declaration draft; revise Gerrard declaration; confer Marks re rates | Bernard | 1.5 | 1.1 |
| 10/30/2007 | Lawyer declarations; legal issues for brief; Bernard declaration; confer Marks re brief and exhibits | Bernard | 4.0 | 3.0 |
| 10/31/2007 | Edit brief; Bernard declaration; complete lawyer declarations | Bernard | 5.0 | 3.8 |
| | **TOTAL** | **BERNARD** | **757.7** | **736.6** |
| | **TOTAL AFTER 10% REDUCTION** | **BERNARD** | **NA** | **662.9** |
| 4/18/2007 | Document review | Boudouris | 6.5 | 6.5 |
| 5/25/2007 | Research EPA Method 8270 and availability of USGS Methods | Boudouris | 2.0 | 2.0 |

| | | | | |
|---|---|---|---|---|
| 5/27/2007 | Read SW-846 intro and Method 8270 | Boudouris | 2.8 | 2.8 |
| 5/29/2007 | Research EPA and NOAA methods available for tissue analysis | Boudouris | 1.0 | 1.0 |
| 5/30/2007 | Research EPA and NOAA methods for tissue analysis | Boudouris | 1.5 | 1.5 |
| 5/30/2007 | Read EPA dredged materials protocols and tissue analysis methods | Boudouris | 1.5 | 1.5 |
| 5/31/2007 | Research NOAA methods for tissue analysis | Boudouris | 2.5 | 2.5 |
| 6/4/2007 | Read Method 8260 | Boudouris | 1.0 | 1.0 |
| 6/6/2007 | Read EPA method 8000 and NOAA methods | Boudouris | 1.7 | 1.7 |
| 6/6/2007 | Research BSAF | Boudouris | 2.7 | 2.7 |
| 6/8/2007 | Read NOAA methods and USGS methods | Boudouris | 3.3 | 3.3 |
| 6/11/2007 | Draft memo regarding regulatory uses of methods, read documents regarding bioaccumulation, additional research on RCRA methods | Boudouris | 6.0 | 6.0 |
| 6/12/2007 | Draft memo re surrogate recovery | Boudouris | 5.0 | 5.0 |
| 6/13/2007 | Draft memo re bioaccumulation and continue working on all sections | Boudouris | 7.0 | 7.0 |
| 6/14/2007 | Edit and cite check memo | Boudouris | 2.0 | 2.0 |

| | | | | |
|---|---|---|---|---|
| 7/23/2007 | Research ASTM method authored by Salazar and studies cited by Burton | Boudouris | 5.3 | 5.3 |
| 7/24/2007 | Read studies cited by Burton; draft memorandum to Bernard | Boudouris | 5.2 | 5.2 |
| 7/25/2007 | Draft memorandum to Bernard re bivalve studies | Boudouris | 3.5 | 3.5 |
| 8/8/2007 | Obtain media articles re Washington and Delaware rates | Boudouris | 2.5 | 1.9 |
| 8/8/2007 | Westlaw research re fee decisions in D. Del | Boudouris | 1.3 | 1.0 |
| 8/8/2007 | Internet research re attorneys named in fee decisions | Boudouris | 0.8 | 0.6 |
| 8/8/2007 | Make charts of fees | Boudouris | 1.0 | 0.8 |
| 8/9/2007 | Draft memo re fees, additional internet research | Boudouris | 2.7 | 2.0 |
| 8/10/2007 | Draft memo re fees | Boudouris | 3.5 | 2.6 |
| 8/13/2007 | Research articles cited in Salazar testimony re substrate and read Tenore article | Boudouris | 4.7 | 4.7 |
| 8/14/2007 | Draft summary of Tenore article on bivalves and substrate | Boudouris | 3.2 | 3.2 |
| 10/16/2007 | Tel. call DiPasquale | Boudouris | 0.3 | 0.2 |
| 10/16/2007 | Tel. call Bernard, edit DiPasquale declaration | Boudouris | 2.9 | 2.2 |
| 10/17/2007 | Edit DiPasquale declaration | Boudouris | 1.5 | 1.1 |
| 10/18/2007 | Proof DiPasquale declaration and send to DiPasquale | Boudouris | 0.2 | 0.2 |

| | | | | |
|---|---|---|---|---|
| 10/18/2007 | Confer Marks re fee application | Boudouris | 0.1 | 0.1 |
| 10/22/2007 | Format and send DiPasquale declaration for signature | Boudouris | 0.3 | 0.2 |
| 10/23/2007 | Correct DiPasquale declaration | Boudouris | 0.2 | 0.2 |
| 10/30/2007 | Check fee petition exhibits | Boudouris | 3.3 | 2.5 |
| 10/31/2007 | Check fee petition exhibits, confer Marks re same | Boudouris | 4.5 | 3.4 |
| 11/1/2007 | Check fee petition exhibits, confer Marks re same | Boudouris | 12 | 9 |
| | **TOTAL** | **BOUDOURIS** | **105.5** | **96.4** |
| | **TOTAL AFTER 10% REDUCTION** | **BOUDOURIS** | **NA** | **86.8** |
| 4/11/2007 | Tel. call Texaco discovery | Chaudhary | 0.5 | 0.5 |
| 5/7/2007 | Collect info for notices ready for request for admission | Chaudhary | 2.0 | 2.0 |
| 5/8/2007 | Draft notice of deposition and request for admission | Chaudhary | 4.0 | 2.0 |
| 5/10/2007 | Complete and proof discovery requests, deposition notices, request for admission, and file with Court | Chaudhary | 6.0 | 4.0 |
| 5/10/2007 | Confer Bernard, Marks re discovery filing | Chaudhary | 0.5 | 0.5 |
| 5/28/2007 | Document review for Lloyd deposition | Chaudhary | 3.0 | 3.0 |
| 5/29/2007 | Review Motion to Enforce briefs for Lloyd deposition | Chaudhary | 3.3 | 3.3 |

| 5/29/2007 | Draft Lloyd deposition outline | Chaudhary | 5.0 | 5.0 |
|---|---|---|---|---|
| 5/30/2007 | Review Texaco Study Report 2004 | Chaudhary | 4.0 | 4.0 |
| 5/30/2007 | Review Livingston critique of Study Report | Chaudhary | 4.0 | 4.0 |
| 5/31/2007 | Review prior Lloyd testimony and deposition; review Means report 2007 | Chaudhary | 6.3 | 6.3 |
| 6/1/2007 | Draft Lloyd deposition outline | Chaudhary | 5.0 | 5.0 |
| 6/4/2007 | Lloyd deposition preparation: review and draft outline | Chaudhary | 8.0 | 6.0 |
| 6/5/2007 | Draft Lloyd deposition outline | Chaudhary | 8.0 | 6.0 |
| 6/6/2007 | Confer Bernard re Lloyd deposition outline | Chaudhary | 2.0 | 2.0 |
| 6/6/2007 | Revisions to Lloyd deposition outline | Chaudhary | 3.0 | 3.0 |
| 6/7/2007 | Revisions to Lloyd deposition outline | Chaudhary | 7.5 | 5.0 |
| 6/12/2007 | Travel to DC for Lloyd deposition | Chaudhary | 4.0 | 2.0 |
| 6/12/2007 | Lloyd deposition preparation: compile exhibits and draft outline | Chaudhary | 4.0 | 4.0 |
| 6/13/2007 | Lloyd deposition and preparation | Chaudhary | 7.0 | 7.0 |
| 6/19/2007 | Document review for Hall deposition for Bernard, set up court reporter | Chaudhary | 5.0 | 2.0 |
| 6/20/2007 | Research and emailing for Bernard for Hall deposition | Chaudhary | 3.5 | 2.0 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | **TOTAL** | **CHAUDHARY** | **95.6** | **78.6** |
|  | **TOTAL AFTER 10% REDUCTION** | **CHAUDHARY** | **NA** | **70.7** |
| 2/9/2007 | Review Means report | Cmar | 2.1 | 2.1 |
| 2/13/2007 | Tel. call with Livingston, Bernard, Marks re Means report | Cmar | 1.2 | 1.2 |
| 2/22/2007 | Review 2005 motion to enforce briefs | Cmar | 4.2 | 4.2 |
| 2/23/2007 | Draft document requests | Cmar | 3.9 | 3.9 |
| 2/25/2007 | Review Renner memo re remedies | Cmar | 0.4 | 0.4 |
| 2/26/2007 | Confer Bernard re strategy, discovery | Cmar | 0.4 | 0.4 |
| 2/26/2007 | Draft deposition notices | Cmar | 2.4 | 2.4 |
| 2/28/2007 | Confer Bernard, Marks re discovery strategy | Cmar | 0.4 | 0.4 |
| 3/1/2007 | Revise document requests, deposition notices, confer Bernard re same | Cmar | 4.4 | 4.4 |
| 3/2/2007 | Supervise service and filing of discovery requests and notices | Cmar | 0.4 | 0.0 |
| 3/6/2007 | Letter to Delaware Audubon re Means report | Cmar | 0.2 | 0.2 |
| 3/13/2007 | Confer NY Lit. Team re discovery responses | Cmar | 0.5 | 0.5 |
| 3/22/2007 | Emails to Colangelo, Longstreth re pro hac vice application, local rules | Cmar | 0.2 | 0.2 |

| | | | | |
|---|---|---|---|---|
| 3/29/2007 | Confer Bernard re document requests and interrogatory answers | Cmar | 0.2 | 0.2 |
| 3/29/2007 | Complete and file pro hac vice form | Cmar | 0.3 | 0.0 |
| 3/29/2007 | File Colangelo and Longstreth pro hac vice forms | Cmar | 0.1 | 0.1 |
| 4/4/2007 | Review Texaco document request responses | Cmar | 0.3 | 0.3 |
| 4/5/2007 | Review Kampman letter to Bernard, Bernard draft letter | Cmar | 0.4 | 0.4 |
| 4/11/2007 | Confer DC, NY Lit. teams re discovery and trial preparation | Cmar | 0.5 | 0.5 |
| 4/19/2007 | Review letter from Judge Robinson | Cmar | 0.1 | 0.1 |
| 4/20/2007 | Review 2005 motion papers to prepare to attend Means deposition | Cmar | 1.2 | 0.0 |
| 4/25/2007 | Attend Means deposition | Cmar | 8.0 | 0.0 |
| 5/1/2007 | Review Bernard memo re Means deposition, discovery | Cmar | 0.6 | 0.6 |
| 5/2/2007 | Email Colangelo and Longstreth re p.h.v. motions granted, ECF registration | Cmar | 0.2 | 0.0 |
| 5/2/2007 | Prepare and submit ECF registration | Cmar | 0.2 | 0.0 |
| 5/9/2007 | Email Colangelo re interrogatories, Texaco contractors | Cmar | 0.3 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 5/23/2007 | Confer Bernard re Livingston expert report | Cmar | 0.6 | 0.6 |
| 5/23/2007 | Tel. call with Livingston re expert report | Cmar | 0.4 | 0.4 |
| 5/24/2007 | Review files re Livingston past work on case | Cmar | 1.3 | 1.3 |
| 6/5/2007 | Revise Livingston expert report | Cmar | 4.0 | 4.0 |
| 6/6/2007 | Review documents produced by Texaco to organize for depositions | Cmar | 1.0 | 1.0 |
| 6/11/2007 | Edits to Livingston expert report | Cmar | 3.0 | 3.0 |
| 6/11/2007 | Review documents produced by Texaco to organize for depositions | Cmar | 4.0 | 4.0 |
| 6/12/2007 | Edits to Livingston expert report | Cmar | 6.0 | 6.0 |
| 6/13/2007 | Tel. call, emails with Livingston re expert report | Cmar | 0.5 | 0.5 |
| 6/13/2007 | Edits to Livingston expert report in response to Bernard comments | Cmar | 3.5 | 3.5 |
| 6/14/2007 | Review Livingston comments on expert report | Cmar | 0.4 | 0.4 |
| 6/14/2007 | Edits to Livingston expert report | Cmar | 2.5 | 2.5 |
| 6/15/2007 | Final edits, service of Livingston expert report | Cmar | 3.0 | 2.0 |

| | | | | |
|---|---|---|---|---|
| 6/18/2007 | Review documents for exhibits to Hall deposition | Cmar | 1.2 | 1.2 |
| 6/19/2007 | Prepare, organize exhibits for Hall deposition | Cmar | 4.0 | 4.0 |
| 6/20/2007 | Review documents for Hall deposition | Cmar | 1.0 | 1.0 |
| 6/20/2007 | Travel to DC for Hall deposition | Cmar | 2.5 | 0.0 |
| 6/21/2007 | Hall deposition | Cmar | 9.0 | 0.0 |
| 6/22/2007 | Hall deposition | Cmar | 3.0 | 0.0 |
| 6/25/2007 | Emails with Zacaroli re Hall correspondence with peer reviewers | Cmar | 0.3 | 0.3 |
| 6/25/2007 | Confer Marks re Zacaroli emails | Cmar | 0.3 | 0.3 |
| 6/25/2007 | Confer Marks re Livingston discovery dispute (spreadsheets) | Cmar | 0.5 | 0.5 |
| 6/26/2007 | Review documents re Hall correspondence with peer reviewers | Cmar | 1.9 | 1.9 |
| 6/26/2007 | Confer Marks re Livingston discovery dispute | Cmar | 0.2 | 0.2 |
| 6/27/2007 | Review Alexander documents to prepare for deposition | Cmar | 2.0 | 2.0 |
| 6/28/2007 | Review Alexander documents to prepare for deposition | Cmar | 2.0 | 2.0 |
| 6/29/2007 | Review Alexander documents to prepare for deposition | Cmar | 4.0 | 4.0 |

| | | | | |
|---|---|---|---|---|
| 7/1/2007 | Review Alexander documents to prepare for deposition | Cmar | 3.5 | 3.5 |
| 7/2/2007 | Review Alexander documents to prepe for deposition | Cmar | 3.0 | 3.0 |
| 7/3/2007 | Review Alexander documents to prepare for deposition | Cmar | 4.5 | 4.5 |
| 7/4/2007 | Review Alexander documents to prepare for deposition | Cmar | 3.5 | 3.5 |
| 7/5/2007 | Review Alexander documents to prepare for deposition | Cmar | 1.0 | 1.0 |
| 7/5/2007 | Prepare outline for Alexander deposition | Cmar | 2.0 | 2.0 |
| 7/6/2007 | Prepare outline for Alexander deposition | Cmar | 8.0 | 4.0 |
| 7/7/2007 | Prepare outline for Alexander deposition | Cmar | 10.0 | 6.0 |
| 7/8/2007 | Prepare outline for Alexander deposition | Cmar | 10.0 | 6.0 |
| 7/9/2007 | Edits to outline for Alexander deposition | Cmar | 8.0 | 4.0 |
| 7/10/2007 | Edits to outline for Alexander deposition, review | Cmar | 8.0 | 4.0 |
| 7/10/2007 | Travel to DC for Alexander deposition | Cmar | 2.0 | 1.0 |
| 7/11/2007 | Alexander deposition | Cmar | 7.5 | 7.5 |
| 7/11/2007 | Travel back from Alexander deposition | Cmar | 5.0 | 2.5 |
| 7/12/2007 | Review Livingston corrections to expert report, confer Bernard re same | Cmar | 3.0 | 3.0 |

| | | | | |
|---|---|---|---|---|
| 7/16/2007 | Draft letter to Kampman re Livingston corrections | Cmar | 1.5 | 1.5 |
| 7/16/2007 | Draft summary of Alexander deposition, email to team | Cmar | 2.5 | 2.5 |
| 7/16/2007 | Confer Colangelo re DiLorenzo deposition | Cmar | 0.4 | 0.0 |
| 7/18/2007 | Review 30(b)(6) notice, exchange emails with team re same | Cmar | 0.6 | 0.6 |
| 7/19/2007 | Review emails from Kampman, Marks re Livingston | Cmar | 0.2 | 0.2 |
| 7/20/2007 | Emails to Communications, Membership re 30(b)(6) | Cmar | 0.5 | 0.0 |
| 7/20/2007 | Confer Laura Wright re OnEarth Texaco articles, 30(b)(6) | Cmar | 0.3 | 0.0 |
| 7/20/2007 | Review documents responsive to 30(b)(6) | Cmar | 0.4 | 0.4 |
| 7/20/2007 | Review local, federal rules re 30(b)(6), emails to team re same | Cmar | 0.7 | 0.7 |
| 7/23/2007 | Confer colleagues re discovery issues | Cmar | 0.6 | 0.6 |
| 7/23/2007 | Tel. call Bernard, Kampman re discovery issues | Cmar | 0.3 | 0.3 |
| 7/23/2007 | Tel. call with Bernard, King re 30(b)(6) | Cmar | 0.3 | 0.3 |
| 7/23/2007 | Review documents responsive to 30(b)(6) | Cmar | 0.4 | 0.4 |

| | | | | |
|---|---|---|---|---|
| 7/23/2007 | Email to Bernard re local rules for raising discovery disputes | Cmar | 0.2 | 0.2 |
| 8/2/2007 | Confer team re strategy | Cmar | 0.8 | 0.8 |
| 8/2/2007 | Exchange emails with Litigators re Daubert | Cmar | 0.3 | 0.3 |
| 8/5/2007 | Review background materials re Daubert | Cmar | 3.0 | 3.0 |
| 8/6/2007 | Email memo to team re Livingston and Daubert | Cmar | 0.7 | 0.7 |
| 8/7/2007 | Email to Boudouris re fees research | Cmar | 0.2 | 0.2 |
| 8/8/2007 | Confer Livingston, Bernard, Colangelo to prepare for deposition | Cmar | 5.0 | 0.0 |
| 8/9/2007 | Attend Livingston deposition | Cmar | 6.0 | 0.0 |
| 8/10/2007 | Attend Livingston deposition | Cmar | 6.0 | 0.0 |
| 8/20/2007 | Tel. call Bernard re remedies, motions | Cmar | 0.4 | 0.4 |
| 8/22/2007 | Review Bernard email re fees | Cmar | 0.2 | 0.2 |
| 8/22/2007 | Review Livingston letter to Bernard | Cmar | 0.1 | 0.1 |
| 8/22/2007 | Research local rules re fee motions, research CWA fee statute cases, email team re same | Cmar | 2.5 | 1.9 |
| 8/27/2007 | Review draft settlement stipulation, email Bernard re same | Cmar | 0.4 | 0.4 |

| | | | | |
|---|---|---|---|---|
| 8/28/2007 | Tel. call Marks re preparation for fee petition, research | Cmar | 0.8 | 0.6 |
| 8/29/2007 | Team call re fee petition | Cmar | 1.0 | 0.8 |
| 8/30/2007 | Review Texaco draft settlement agreement | Cmar | 0.6 | 0.6 |
| 8/30/2007 | Review Renner memo re lodestar multipliers, research re same | Cmar | 0.3 | 0.2 |
| 8/30/2007 | Tel. call Bernard re settlement agreement | Cmar | 0.4 | 0.4 |
| 8/31/2007 | Review Renner memo re lodestar multipliers | Cmar | 0.2 | 0.2 |
| 9/3/2007 | Research applicable legal standards for fee application | Cmar | 2.3 | 1.7 |
| 9/5/2007 | Review draft settlement agreement | Cmar | 0.4 | 0.4 |
| 9/9/2007 | Fees research (bad faith) | Cmar | 0.5 | 0.4 |
| 9/10/2007 | Fees research (bad faith) | Cmar | 2.2 | 1.7 |
| 9/11/2007 | Fees research (bad faith) | Cmar | 2.6 | 2.0 |
| 9/12/2007 | Fees research (bad faith) | Cmar | 1.4 | 1.1 |
| 9/13/2007 | Fees research (bad faith) | Cmar | 3.1 | 2.3 |
| 9/17/2007 | Draft memo re fees and bad faith | Cmar | 0.6 | 0.5 |
| 9/18/2007 | Fees research (bad faith) | Cmar | 1.5 | 1.1 |
| 9/18/2007 | Draft memo re fees and bad faith | Cmar | 1.4 | 1.1 |
| 10/9/2007 | Draft memo re fees and bad faith | Cmar | 4.2 | 3.2 |
| 10/10/2007 | Draft, edit memo re fees and bad faith | Cmar | 4.2 | 3.2 |

| | | | | |
|---|---|---|---|---|
| 10/12/2007 | Review and respond to email from Bernard re fee research | Cmar | 0.2 | 0.2 |
| | **TOTAL** | **CMAR** | **236.6** | **162.3** |
| | **TOTAL AFTER 10% REDUCTION** | **CMAR** | **NA** | **146.1** |
| 4/11/2007 | Tel. call co-counsel re discovery plan | Colangelo | 0.5 | 0.5 |
| 4/24/2007 | Means deposition | Colangelo | 3.3 | 1.6 |
| 4/25/2007 | Means deposition | Colangelo | 8.0 | 4.0 |
| 4/26/2007 | Means deposition | Colangelo | 4.0 | 2.0 |
| 5/9/2007 | Review Tex declarations re PAH fingerprinting, HERA publication, and sediment types | Colangelo | 1.5 | 1.5 |
| 5/9/2007 | Draft interrogatories and document requests | Colangelo | 2.6 | 2.6 |
| 5/10/2007 | Tel. call Bernard re interrogatories and document requests | Colangelo | 0.3 | 0.3 |
| 6/18/2007 | Read DiLorenzo report | Colangelo | 1.0 | 1.0 |
| 6/20/2007 | Read Means deposition summary | Colangelo | 1.0 | 1.0 |
| 6/20/2007 | Read Texaco discovery responses | Colangelo | 0.5 | 0.5 |
| 6/20/2007 | Review and comment on Hall deposition outline | Colangelo | 0.5 | 0.5 |
| 7/9/2007 | Read Neff and DiLorenzo expert reports | Colangelo | 1.2 | 1.2 |
| 7/9/2007 | Read Livingston expert report 2004 | Colangelo | 0.5 | 0.5 |

| 7/13/2007 | Deposition preparation | Colangelo | 7.0 | 7.0 |
|---|---|---|---|---|
| 7/15/2007 | Prepare for DiLorenzo and Neff depositions | Colangelo | 3.0 | 3.0 |
| 7/16/2007 | Prepare for DiLorenzo deposition | Colangelo | 14.0 | 10.0 |
| 7/17/2007 | DiLorenzo deposition and preparation for same; lunch discussion with Bernard re deposition | Colangelo | 8.0 | 8.0 |
| 7/18/2007 | Neff deposition preparation | Colangelo | 14.0 | 14.0 |
| 7/19/2007 | Neff deposition | Colangelo | 6.5 | 6.5 |
| 7/19/2007 | Confer Longstreth re Neff deposition | Colangelo | 1.0 | 1.0 |
| 7/20/2007 | Email correspondence re 30(b)(6) notice | Colangelo | 0.5 | 0.5 |
| 7/22/2007 | Read Lloyd transcript | Colangelo | 3.0 | 3.0 |
| 7/22/2007 | Read 2005 Uhler report | Colangelo | 1.5 | 1.5 |
| 7/23/2007 | Tel. call colleagues re discovery | Colangelo | 0.6 | 0.6 |
| 7/23/2007 | Uhler deposition preparation | Colangelo | 2.0 | 2.0 |
| 7/25/2007 | Uhler deposition preparation | Colangelo | 4.0 | 4.0 |
| 7/26/2007 | Uhler deposition preparation | Colangelo | 6.0 | 6.0 |
| 7/27/2007 | Uhler deposition preparation | Colangelo | 7.0 | 7.0 |
| 7/29/2007 | Uhler deposition preparation | Colangelo | 12.0 | 12.0 |
| 7/30/2007 | Uhler deposition preparation | Colangelo | 13.0 | 10.0 |
| 7/31/2007 | Uhler deposition | Colangelo | 8.2 | 8.2 |
| 8/1/2007 | Tel. call client re settlement options | Colangelo | 1.0 | 1.0 |

| | | | | |
|---|---|---|---|---|
| 8/2/2007 | Tel. call Bernard, Cmar, and Marks re litigation strategy, settlement, and trial | Colangelo | 0.8 | 0.8 |
| 8/7/2007 | Deposition summaries | Colangelo | 1.5 | 1.5 |
| 8/8/2007 | Livingston deposition preparation | Colangelo | 4.0 | 1.0 |
| 8/9/2007 | Summarize deposition transcripts | Colangelo | 4.0 | 4.0 |
| | **TOTAL** | **COLANGELO** | **147.5** | **129.8** |
| | **TOTAL AFTER 10% REDUCTION** | **COLANGELO** | **NA** | **116.8** |
| 4/18/2007 | Document review | Longstreth | 4.8 | 4.8 |
| 4/24/2007 | Attend Means deposition | Longstreth | 6.0 | 0.0 |
| 4/26/2007 | Attend Means deposition | Longstreth | 4.5 | 0.0 |
| 5/7/2007 | Texaco background reading on case | Longstreth | 2.5 | 2.5 |
| 6/20/2007 | Background reading on case history | Longstreth | 1.5 | 1.5 |
| 6/21/2007 | Attend Hall deposition | Longstreth | 7.5 | 0.0 |
| 6/22/2007 | Attend Hall deposition | Longstreth | 2.8 | 0.0 |
| 7/9/2007 | Preparation for Page deposition | Longstreth | 3.7 | 3.7 |
| 7/11/2007 | Preparation for Page deposition | Longstreth | 5.4 | 5.4 |
| 7/12/2007 | Preparation for Page deposition | Longstreth | 0.5 | 0.5 |
| 7/19/2007 | Preparation for Page deposition; confer Colangelo re Neff Deposition | Longstreth | 2.8 | 2.8 |

| | | | | |
|---|---|---|---|---|
| 7/20/2007 | Preparation for Page deposition | Longstreth | 3.6 | 3.6 |
| 7/21/2007 | Preparation for Page deposition | Longstreth | 1.8 | 1.8 |
| 7/22/2007 | Preparation for Page deposition | Longstreth | 1.5 | 1.5 |
| 7/23/2007 | Preparation for Page deposition | Longstreth | 10.8 | 10.8 |
| 7/24/2007 | Preparation for Page deposition | Longstreth | 8.0 | 8.0 |
| 7/25/2007 | Preparation for Page deposition | Longstreth | 5.6 | 5.6 |
| 7/26/2007 | Page deposition and preparation for same | Longstreth | 9.2 | 9.2 |
| 8/12/2007 | Preparation for Llanso deposition | Longstreth | 1.2 | 1.2 |
| 8/13/2007 | Preparation for Llanso deposition | Longstreth | 3.1 | 3.1 |
| 8/14/2007 | Preparation for Llanso deposition, remedy questions | Longstreth | 5.1 | 5.1 |
| 8/15/2007 | Preparation for Llanso deposition | Longstreth | 2.4 | 2.4 |
| 8/15/2007 | Discuss settlement and preparation hours | Longstreth | 0.8 | 0.8 |
| | **TOTAL** | **LONGSTRETH** | **95.1** | **74.3** |
| | **TOTAL AFTER 10% REDUCTION** | **LONGSTRETH** | **NA** | **66.9** |
| 4/1/2004 | Review Judge's 2/00 order, Longobardi opinion, new study executive summary | Marks | 1.2 | 1.2 |

| | | | | |
|---|---|---|---|---|
| 5/31/2004 | Review Livingston critique of MD study | Marks | 2.5 | 2.5 |
| 6/1/2004 | Meetings with Livingston, critique of MD study | Marks | 2.0 | 2.0 |
| 6/2/2004 | Confer Bernard re study flaws; tel. call with DNREC re permit | Marks | 0.6 | 0.6 |
| 6/3/2004 | Confer Bernard re trial testimony, how to proceed w/r/t study flaws | Marks | 0.4 | 0.4 |
| 6/7/2004 | Review data | Marks | 0.4 | 0.4 |
| 9/7/2004 | Review letter re UM Study | Marks | 0.8 | 0.8 |
| 9/9/2004 | Tel. call Livingston re UM study flaws; research PAH screening levels | Marks | 1.2 | 1.2 |
| 12/3/2004 | Review Livingston critique of MD study | Marks | 2.8 | 2.8 |
| 1/19/2005 | Review Texaco arbitration proposal; talk to Bernard re arbitration proposal | Marks | 0.6 | 0.6 |
| 1/26/2005 | Review Bernard letter to Kampman and discuss | Marks | 0.2 | 0.2 |
| 3/17/2005 | Review draft letter, emails re arbitration | Marks | 0.8 | 0.8 |
| 3/21/2005 | Review draft letter to Kampman; discuss with Bernard | Marks | 0.5 | 0.5 |
| 4/26/2005 | Review Texaco letter | Marks | 0.4 | 0.4 |
| 5/2/2005 | Talk to Toledo re background of case for Premcor question | Marks | 0.3 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 5/3/2005 | Review letter to Kampman re arbitrator, and talk to Bernard re letter to Kampman | Marks | 0.4 | 0.4 |
| 5/25/2005 | Review correspondence re arbitration; confer Bernard, Wolpin re choices | Marks | 1.1 | 1.1 |
| 5/31/2005 | Review memo re Premcor/mootness | Marks | 0.5 | 0.5 |
| 6/1/2005 | Talk to Toledo, Wolpin re motion to enforce | Marks | 0.3 | 0.3 |
| 6/22/2005 | Review and edit Bernard and Livingston declarations for Motion to Enforce | Marks | 0.8 | 0.8 |
| 9/12/2005 | Review Texaco response to Motion to Enforce, discuss with Bernard | Marks | 1.2 | 1.2 |
| 9/13/2005 | Review Motion to Enforce papers, discuss with Bernard | Marks | 1.4 | 1.4 |
| 9/14/2005 | Review Motion to Enforce papers | Marks | 1.5 | 1.5 |
| 9/19/2005 | Legal research and review documents for reply on Motion to Enforce | Marks | 2.8 | 2.8 |
| 9/20/2005 | Work on Motion to Enforce reply; talk to NYU students re research | Marks | 2.5 | 2.5 |
| 9/22/2005 | Motion to Enforce reply | Marks | 2.2 | 2.2 |
| 9/26/2005 | Motion to Enforce reply: review Livingston declaration and legal research | Marks | 2.2 | 2.2 |

| | | | | |
|---|---|---|---|---|
| 9/27/2005 | Motion to Enforce Reply: review Bernard declaration; work on brief; talk to Toledo and Bernard re declaration and brief | Marks | 2.8 | 2.8 |
| 9/28/2005 | Motion to Enforce reply: legal research and drafting | Marks | 1.8 | 1.8 |
| 9/29/2005 | Motion to Enforce reply: legal research and drafting | Marks | 2.0 | 2.0 |
| 10/3/2005 | Motion to Enforce reply: legal research and drafting | Marks | 5.5 | 5.5 |
| 10/4/2005 | Motion to Enforce reply: drafting | Marks | 6.5 | 6.5 |
| 10/5/2005 | Motion to Enforce reply: drafting | Marks | 6.5 | 6.5 |
| 10/12/2005 | Motion to Enforce reply: final editing | Marks | 2.0 | 2.0 |
| 2/23/2006 | Talk to Kathy Hanna (law student) re Rule 60(b) standard of review; review letter from Means | Marks | 0.4 | 0.4 |
| 2/27/2006 | Talk to Kathy Hanna (law student) re Rule 60(b) standard of review; confer Bernard, Toledo re oral argument | Marks | 0.8 | 0.8 |
| 3/1/2006 | Travel to/from oral argument on Motion to Enforce | Marks | 5.6 | 2.8 |
| 3/1/2006 | Oral argument | Marks | 2.0 | 2.0 |

| | | | | |
|---|---|---|---|---|
| 8/31/2006 | Review Judge's letter and order, emails to review stipulated order | Marks | 0.6 | 0.6 |
| 9/5/2006 | Talk to Bernard, Livingston re evidentiary hearing | Marks | 0.3 | 0.3 |
| 9/7/2006 | Talk to Bernard re evidentiary hearing, tel. call with Texaco counsel | Marks | 0.6 | 0.6 |
| 9/12/2006 | Review Judge's letter to Means and talk to Bernard re process | Marks | 0.4 | 0.4 |
| 9/19/2006 | Go over documents to be sent to Means, talk to Bernard, Monica Well | Marks | 1.3 | 1.3 |
| 2/13/2007 | Tel. call re Means report with Bernard, Livingston, Cmar | Marks | 1.2 | 1.2 |
| 2/28/2007 | Review Means report; confer Bernard, Cmar re discovery | Marks | 1.0 | 1.0 |
| 3/13/2007 | Confer Bernard, Cmar re discovery schedule; search files for response documents | Marks | 1.4 | 1.4 |
| 3/22/2007 | Review paper files for document requests | Marks | 1.5 | 1.5 |
| 4/11/2007 | Tel. call Zacaroli twice re document production; tel. call Livingston re data in document production; tel. call team re documents and depositions | Marks | 0.8 | 0.8 |

| | | | | |
|---|---|---|---|---|
| 4/16/2007 | Review order and study; emails re logistics of document review | Marks | 0.8 | 0.8 |
| 4/18/2007 | Travel to and from DC for document review | Marks | 8.5 | 4.3 |
| 4/18/2007 | Document review | Marks | 6.5 | 6.5 |
| 5/2/2007 | Review Texaco documents re study | Marks | 2.5 | 2.5 |
| 5/3/2007 | Review Texaco documents re study | Marks | 0.5 | 0.5 |
| 5/9/2007 | Review requirements for admissions | Marks | 0.5 | 0.0 |
| 5/10/2007 | Review Livingston data files before producing | Marks | 1.3 | 1.3 |
| 5/10/2007 | Talk to Chaudhary re deposition notices and other discovery requests | Marks | 0.4 | 0.4 |
| 5/14/2007 | Prepare data files for Texaco, talk to Kampman | Marks | 0.5 | 0.5 |
| 6/25/2007 | Talk to Kampman and Livingston re data; talk to Cmar re same and correspondence | Marks | 1.6 | 1.6 |
| 6/26/2007 | Review document requests, orders; talk to Livingston re data; talk to Cmar re data | Marks | 0.9 | 0.9 |
| 8/1/2007 | Edit Texaco RFA responses | Marks | 1.7 | 1.7 |
| 8/1/2007 | Talk to clients re settlement | Marks | 1.0 | 1.0 |
| 8/1/2007 | Talk to Bernard re strategy | Marks | 0.3 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 8/2/2007 | Review RFAs, contempt settlement; confer team | Marks | 1.2 | 1.2 |
| 8/28/2007 | Tel. call Cmar re fee application, confer Bernard re same | Marks | 1.0 | 0.8 |
| 8/29/2007 | Review stipulation, tel. call Bernard re stipulation | Marks | 0.8 | 0.8 |
| 8/29/2007 | Review Judge Robinson fee cases; tel. call Bernard, Cmar re fee petition | Marks | 2.5 | 1.9 |
| 9/4/2007 | Confer Bernard re Texaco edits to agreement; tel. call Zacaroli re agreement | Marks | 0.4 | 0.4 |
| 9/5/2007 | Legal research re out-of-forum rates and billing judgment for fee petition | Marks | 1.0 | 0.8 |
| 10/10/2007 | Research DC rates; email Gerrard re same; confer Bernard  re same | Marks | 1.0 | 0.8 |
| 10/11/207 | Email Whetzel re DE rates | Marks | 0.2 | 0.2 |
| 10/16/2007 | confer Bernard re same | Marks | 0.5 | 0.4 |
| 10/17/2007 | Emails to Drane, Flynn re DE rates | Marks | 0.4 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 10/18/2007 | Legal research re rates, out-of-forum lawyers; confer Bernard re declarations, rates; tel. call Jaiswal re brief; outline brief; tel. call Drane and email Parkowski re DE rates; confer Boudouris re fee application | Marks | 3.2 | 2.4 |
| 10/22/2007 | Email Parkowski; legal research re fees; begin drafting fee brief | Marks | 2.8 | 2.1 |
| 10/23/2007 | Legal research re fees; draft brief; review and edit declarations from fund recipients | Marks | 3.4 | 2.6 |
| 10/24/2007 | Confer Bernard and tel. call Jaiswal re rates, market; emails re same; research draft brief | Marks | 2.6 | 2.0 |
| 10/25/2007 | Email Parkowski re rates; confer Bernard re same; review recipient declaration; review District of Delaware fee cases | Marks | 1.8 | 1.4 |
| 10/29/2007 | Draft fee brief; review and edit recipient declaration; review DC rates | Marks | 1.8 | 1.4 |
| 10/30/2007 | Draft and legal research re fee brief; confer Bernard re brief and exhibits | Marks | 4.5 | 3.4 |

| | | | | |
|---|---|---|---|---|
| 10/31/2007 | Draft fee brief; confer Boudouris re exhibits | Marks | 5.5 | 4.1 |
| 11/1/2007 | Edit fee brief; revise Bernard declaration, exhibits; confer Boudouris re exhibits | Marks | 4.5 | 3.4 |
| | **TOTAL** | **MARKS** | **142.7** | **126.5** |
| | **TOTAL AFTER 10% REDUCTION** | **MARKS** | **NA** | **113.9** |
| 5/2/2005 | Research on Premcor liability and confer Marks re same | Toledo | 0.8 | 0.8 |
| 5/5/2005 | Read/interpret Longobardi decision | Toledo | 0.8 | 0.8 |
| 5/6/2005 | Tel. call and email John DeFriece of DNREC re permit holder and Motiva's relationship | Toledo | 0.3 | 0.3 |
| 5/9/2005 | Legal research on Premcor/Motiva liability | Toledo | 1.0 | 1.0 |
| 5/10/2005 | Legal research on Premcor/Motiva liability | Toledo | 1.8 | 1.8 |
| 5/19/2005 | Draft memo on Motiva, Premcor, and mootness | Toledo | 1.0 | 1.0 |
| 5/20/2005 | Legal research on mootness | Toledo | 5.0 | 5.0 |
| 5/23/2005 | Legal research on mootness, change in permit | Toledo | 6.0 | 6.0 |
| 5/24/2005 | Legal research on mootness and type of relief | Toledo | 2.0 | 2.0 |
| 5/25/2005 | Legal research on effect of injunction | Toledo | 2.0 | 2.0 |
| 5/25/2005 | Draft memo on mootness | Toledo | 4.0 | 4.0 |

| | | | | |
|---|---|---|---|---|
| 5/25/2005 | Review brief on Tosco case, pull cases cited therein | Toledo | 1.5 | 1.5 |
| 5/26/2005 | Draft mootness memo | Toledo | 6.0 | 6.0 |
| 5/31/2005 | Review local rules and Judge's rules on filing a motion | Toledo | 0.5 | 0.5 |
| 6/1/2005 | Confer Marks re Motion to Enforce | Toledo | 0.3 | 0.3 |
| 6/2/2005 | Draft section on mootness for reply papers | Toledo | 2.0 | 2.0 |
| 6/2/2005 | Review and edit draft standard for motion to enforce | Toledo | 0.5 | 0.5 |
| 6/3/2005 | Review and edit draft sections of Motion to Enforce | Toledo | 3.0 | 3.0 |
| 6/3/2005 | Legal research on ancillary jurisdiction (to enforce settlement agreements) | Toledo | 1.0 | 1.0 |
| 6/20/2005 | Legal research on collateral estoppel, equity defenses | Toledo | 1.5 | 1.5 |
| 6/21/2005 | Review and edit Livingston's report | Toledo | 5.0 | 5.0 |
| 6/22/2005 | Review and edit Livingston's study | Toledo | 1.8 | 1.8 |
| 6/22/2005 | Review tables and figures of Livingston's report | Toledo | 2.0 | 2.0 |
| 6/22/2005 | Legal research:  Delaware law on estoppel | Toledo | 1.0 | 1.0 |
| 6/27/2005 | Legal research on acquiescence and estoppel | Toledo | 3.0 | 3.0 |

| | | | | |
|---|---|---|---|---|
| 6/28/2005 | Review and edit draft declarations | Toledo | 1.0 | 1.0 |
| 6/29/2005 | Confer Bernard re Motion to Enforce | Toledo | 0.8 | 0.8 |
| 6/30/2005 | Read Hall and Burton depositions | Toledo | 0.5 | 0.5 |
| 6/30/2005 | Prepare appendices | Toledo | 3.0 | 3.0 |
| 7/5/2005 | Tel. call Livingston re his report and tables | Toledo | 0.4 | 0.4 |
| 7/5/2005 | Review and edit Livingston's report and tables | Toledo | 1.5 | 1.5 |
| 7/5/2005 | Review and edit draft brief and declarations | Toledo | 1.0 | 1.0 |
| 7/5/2005 | Reviewed Hall and Burton deposition transcripts | Toledo | 2.0 | 2.0 |
| 7/6/2005 | Stamp appendices with "A" | Toledo | 1.0 | 0.0 |
| 7/7/2005 | Input cite-checks (by Eric Wolpin) and check appendix cites | Toledo | 1.5 | 1.5 |
| 7/8/2005 | Stamp appendices with "A" | Toledo | 1.0 | 0.0 |
| 7/8/2005 | Organize and coordinate binder/appendices production | Toledo | 2.0 | 0.0 |
| 7/8/2005 | Review appendices for missing pages, insert missing pages | Toledo | 4.0 | 0.0 |
| 7/11/2005 | Insert appendix cites to brief, create table of contents for appendices, finalize certificate of service | Toledo | 3.0 | 2.0 |

| | | | | |
|---|---|---|---|---|
| 7/12/2005 | Final cite check of brief and declarations | Toledo | 3.0 | 3.0 |
| 7/13/2005 | Tel. call Reese, letter and email to Reese | Toledo | 1.0 | 1.0 |
| 7/14/2005 | Coordinate document scanning, inserting missing pages, and converting motion papers into PDF for filing | Toledo | 4.0 | 2.0 |
| 7/15/2005 | Check appendices to be filed with court | Toledo | 0.8 | 0.8 |
| 7/18/2005 | Revise appendix page numbers (page numbering off in Livingston's maps, figures) | Toledo | 1.0 | 0.0 |
| 7/18/2005 | Tel. call Reese | Toledo | 0.3 | 0.3 |
| 9/14/2005 | Review Texaco opposition declarations and exhibits | Toledo | 4.0 | 4.0 |
| 9/15/2005 | Review Texaco opposition/cross motion papers | Toledo | 2.0 | 2.0 |
| 9/15/2005 | Legal research on Rule 60(b) standard | Toledo | 1.5 | 1.5 |
| 9/16/2005 | Legal research on Rule 60(b) standard | Toledo | 2.5 | 2.5 |
| 9/21/2005 | declarations and make chart of DJ's reliance on Livingston | Toledo | 1.5 | 1.5 |
| 9/23/2005 | Compare Burton's declaration to appendices and make chart comparing the two, noting discrepancies | Toledo | 2.5 | 2.5 |

| | | | | |
|---|---|---|---|---|
| 9/26/2005 | Read NYU student's memo on misinterpretation of study data | Toledo | 1.0 | 1.0 |
| 9/27/2005 | Read cases on misinterpretation of study data; confer re declaration and brief | Toledo | 1.0 | 1.0 |
| 9/29/2005 | Review cases on duty to properly carry out mandated study | Toledo | 0.8 | 0.8 |
| 10/3/2005 | Review and cite-check Livingston's reply declaration | Toledo | 3.0 | 3.0 |
| 10/6/2005 | Cite-check Bernard and Livingston's reply declaration | Toledo | 5.5 | 5.5 |
| 10/7/2005 | Cite-check brief and shepardize cases | Toledo | 5.0 | 5.0 |
| 10/8/2005 | Review and edit draft declarations and brief | Toledo | 3.0 | 3.0 |
| 10/11/2005 | Proofread Texaco briefs, declarations, exhibits | Toledo | 3.0 | 3.0 |
| 2/26/2006 | Read and summarize cases in brief | Toledo | 6.0 | 6.0 |
| 2/26/2006 | Read and summarize cases in brief | Toledo | 6.0 | 6.0 |
| 2/27/2006 | Prepare document for Bernard | Toledo | 4.0 | 4.0 |
| 2/27/2006 | Confer Bernard, Marks re oral argument | Toledo | 0.7 | 0.0 |
| 2/28/2006 | Prepare documents and read briefs | Toledo | 1.0 | 1.0 |

| | | | | |
|---|---|---|---|---|
| 3/1/2006 | Travel to/from oral argument on Motion to Enforce | Toledo | 5.6 | 0.0 |
| 3/1/2006 | Oral argument | Toledo | 2.0 | 2.0 |
| | **TOTAL** | **TOLEDO** | **148.2** | **129.9** |
| | **TOTAL AFTER 10% REDUCTION** | **TOLEDO** | **NA** | **116.9** |

| | | | | |
|---|---|---|---|---|
| | **TOTAL** | **ALL ATTORNEYS** | **1728.9** | **1534.4** |
| | **TOTAL AFTER 10% REDUCTION** | **ALL ATTORNEYS** | **NA** | **1381.0** |