Exhibit 5

## PROPOSED HOURLY RATES, WASHINGTON, D.C. AND WILMINGTON

| Lawyer | Years in Practice | Washington, D.C. Rate | Wilmington, Del. Rate |
|---|---|---|---|
| Mitchell Bernard | 28 | 600 | 550 |
| Nancy Marks | 24 | 500 | 475 |
| Aaron Colangelo | 9 | 325 | 300 |
| Benjamin Longstreth | 5 | 275 | 250 |
| Amelia Toledo | 5 | 275 | 250 |
| Thomas Cmar | 3 | 250 | 225 |
| Dimple Chaudhary | 2 | 225 | 200 |
| **Paralegal** | | | |
| Kathryn Boudouris | | 125 | 100 |