Exhibit 8

## SUMMARY OF REQUESTED ATTORNEY FEE AWARD

| Lawyer | # Hours | DC Rate | DC Amt. | DE Rate | DE Amt. |
|---|---|---|---|---|---|
| Bernard | 662.9 | $600 | $397,740.00 | $550 | $364,595.00 |
| Marks | 113.9 | $500 | $ 56,950.00 | $475 | $ 54,102.50 |
| Colangelo | 116.8 | $325 | $ 37,960.00 | $300 | $ 35,040.00 |
| Longstreth | 66.9 | $275 | $ 18,397.50 | $250 | $ 16,725.00 |
| Toledo | 116.9 | $275 | $ 32,147.50 | $250 | $ 29,225.00 |
| Cmar | 146.1 | $250 | $ 36,525.00 | $225 | $ 32,872.50 |
| Chaudhary | 70.7 | $225 | $ 15,907.50 | $200 | $ 14,140.00 |
| **Paralegal** | | | | | |
| Boudouris | 86.8 | $125 | $ 10,850.00 | $100 | $  8,680.00 |
| **TOTAL FEES** | | | **$606,477.50** | | **$555,380.00** |