Exhibit 9

Fees and Costs for Dr. Robert Livingston

**EXPERT FEES**

| Date | Description | Hours Spent | Hourly Rate | Amount |
|---|---|---|---|---|
| 5/22/2000 | Work on review of the Motiva Study Plan | 4.5 | $185.00 | $832.50 |
| 5/23/2000 | Work on review of the Motiva Study Plan | 5.1 | $185.00 | $943.50 |
| 5/25/2000 | Work on review of the Motiva Study Plan | 4.6 | $185.00 | $851.00 |
| 5/26/2000 | Work on review of the Motiva Study Plan | 3.8 | $185.00 | $703.00 |
| 5/28/2000 | Work on review of the Motiva Study Plan | 5.9 | $185.00 | $1,091.50 |
| 5/29/2000 | Work on review of the Motiva Study Plan | 2.9 | $185.00 | $536.50 |
| 6/1/2000 | Work on review of the Motiva Study Plan | 3.3 | $185.00 | $610.50 |
| 8/18/2000 | Data review, trip preparation | 4.1 | $185.00 | $758.50 |
| 8/19/2000 | Trip to Delaware, Review data | 8.5 | $185.00 | $1,572.50 |
| 8/20/2000 | Review data | 7.8 | $185.00 | $1,443.00 |
| 8/21/2000 | Meeting with study team, field preparations | 9.2 | $185.00 | $1,702.00 |
| 8/22/2000 | Field trip, meeting with field personnel and L. Hall | 9.0 | $185.00 | $1,665.00 |
| 8/23/2000 | Meeting and data analysis | 5.5 | $185.00 | $1,017.50 |
| 8/27/2000 | Travel back from Delaware | 8.0 | $185.00 | $1,480.00 |
| 8/30/2000 | Data analysis, written report | 5.2 | $185.00 | $962.00 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 8/31/2000 | Data analysis, written report | 4.2 | $185.00 | $777.00 |
| 9/1/2000 | Data analysis, written report | 5.5 | $185.00 | $1,017.50 |
| 9/2/2000 | Data analysis, written report | 2.1 | $185.00 | $388.50 |
| 4/29/2001 | Review of Motiva Project and report preparation | 6.2 | $185.00 | $1,147.00 |
| 4/30/2001 | Review of Motiva Project and report preparation | 4.1 | $185.00 | $758.50 |
| 5/1/2001 | Review of Motiva Project and report preparation | 7.1 | $185.00 | $1,313.50 |
| 5/2/2001 | Review of Motiva Project and report preparation | 1.2 | $185.00 | $222.00 |
| 3/9/2004 | Review Motiva Report | 4.5 | $185.00 | $832.50 |
| 3/16/2004 | Review Motiva Report | 8.6 | $185.00 | $1,591.00 |
| 3/17/2004 | Review Motiva Report | 4.8 | $185.00 | $888.00 |
| 3/18/2004 | Review Motiva Report | 2.2 | $185.00 | $407.00 |
| 3/20/2004 | Review Motiva Report | 8.3 | $185.00 | $1,535.50 |
| 3/21/2004 | Review Motiva Report | 10.2 | $185.00 | $1,887.00 |
| 3/22/2004 | Review Motiva Report | 8.1 | $185.00 | $1,498.50 |
| 3/23/2004 | Analyze data and write re-evaluation report | 5.1 | $185.00 | $943.50 |
| 3/27/2004 | Analyze data and write re-evaluation report | 6.6 | $185.00 | $1,221.00 |
| 3/28/2004 | Analyze data and write re-evaluation report | 7.1 | $185.00 | $1,313.50 |
| 3/29/2004 | Analyze data and write re-evaluation report | 6.2 | $185.00 | $1,147.00 |
| 5/1/2004 | Analyze data and write re-evaluation report | 7.1 | $185.00 | $1,313.50 |
| 5/2/2004 | Analyze data and write re-evaluation report | 6.1 | $185.00 | $1,128.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/3/2004 | Analyze data and write re-evaluation report | 8.4 | $185.00 | $1,554.00 |
| 5/4/2004 | Analyze data and write re-evaluation report | 6.2 | $185.00 | $1,147.00 |
| 5/5/2004 | Analyze data and write re-evaluation report | 8.1 | $185.00 | $1,498.50 |
| 5/6/2004 | Analyze data and write re-evaluation report | 3.2 | $185.00 | $592.00 |
| 5/8/2004 | Analyze data and write re-evaluation report | 8.2 | $185.00 | $1,517.00 |
| 5/9/2004 | Analyze data and write re-evaluation report | 8.5 | $185.00 | $1,572.50 |
| 5/10/2004 | Analyze data and write re-evaluation report | 8.3 | $185.00 | $1,535.50 |
| 5/11/2004 | Analyze data and write re-evaluation report | 9.1 | $185.00 | $1,683.50 |
| 5/12/2004 | Analyze data and write re-evaluation report | 4.5 | $185.00 | $832.50 |
| 5/14/2004 | Analyze data and write re-evaluation report | 4.5 | $185.00 | $832.50 |
| 5/16/2004 | Analyze data and write re-evaluation report | 9.2 | $185.00 | $1,702.00 |
| 5/17/2004 | Analyze data and write re-evaluation report | 2.4 | $185.00 | $444.00 |
| 5/18/2004 | Analyze data and write re-evaluation report | 9.6 | $185.00 | $1,776.00 |
| 5/19/2004 | Analyze data and write re-evaluation report | 4.5 | $185.00 | $832.50 |
| 2/12/2007 | Review Means Report | 10.2 | $185.00 | $1,887.00 |
| 2/13/2007 | Tel. call Mitchell Bernard | 1.3 | $185.00 | $240.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/27/2007 | Review Texaco records | 2.7 | $185.00 | $499.50 |
| 3/28/2007 | Review Texaco records, write report | 4.8 | $185.00 | $888.00 |
| 3/29/2007 | Review Texaco records, write report | 8.2 | $185.00 | $1,517.00 |
| 3/30/2007 | Review Texaco records, finish and send report | 3.1 | $185.00 | $573.50 |
| 4/23/2007 | Review Documents for Means Deposition | 4.8 | $185.00 | $888.00 |
| 4/24/2007 | Means Deposition | 8.5 | $185.00 | $1,572.50 |
| 4/24/2007 | Case Preparation | 1.2 | $185.00 | $222.00 |
| 4/25/2007 | Means Deposition | 9.1 | $185.00 | $1,683.50 |
| 4/26/2007 | Means Deposition | 4.0 | $185.00 | $740.00 |
| 4/26/2007 | Review and document development | 4.9 | $185.00 | $906.50 |
| 4/29/2007 | Document development and data analysis | 2.8 | $185.00 | $518.00 |
| 5/21/2007 | Analysis of data for the report | 5.8 | $185.00 | $1,073.00 |
| 5/22/2007 | Analysis of data for the report | 6.8 | $185.00 | $1,258.00 |
| 5/23/2007 | Analysis of data for the report | 6.2 | $185.00 | $1,147.00 |
| 5/24/2007 | Analysis of data for the report | 7.8 | $185.00 | $1,443.00 |
| 5/25/2007 | Analysis of data for the report | 8.9 | $185.00 | $1,646.50 |
| 5/26/2007 | Analysis of data for the report | 3.8 | $185.00 | $703.00 |
| 5/27/2007 | Analysis of data and write report | 8.8 | $185.00 | $1,628.00 |
| 5/28/2007 | Analysis of data and write report | 8.2 | $185.00 | $1,517.00 |
| 5/29/2007 | Analysis of data and write report | 8.1 | $185.00 | $1,498.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/30/2007 | Analysis of data and write report | 7.8 | $185.00 | $1,443.00 |
| 5/31/2007 | Prepare and send report to NRDC | 2.9 | $185.00 | $536.50 |
| 6/13/2007 | Corrections to statement | 3.6 | $185.00 | $666.00 |
| 6/14/2007 | Corrections to statement | 1.2 | $185.00 | $222.00 |
| 6/17/2007 | Review depositions | 2.5 | $185.00 | $462.50 |
| 6/21/2007 | Response to Kampman letter | 6.4 | $185.00 | $1,184.00 |
| 6/22/2007 | Response to Kampman letter | 4.6 | $185.00 | $851.00 |
| 8/1/2007 | Preparation for August deposition | 5.1 | $185.00 | $943.50 |
| 8/2/2007 | Preparation for August deposition | 8.5 | $185.00 | $1,572.50 |
| 8/3/2007 | Preparation for August deposition | 6.8 | $185.00 | $1,258.00 |
| 8/4/2007 | Preparation for August deposition | 9.1 | $185.00 | $1,683.50 |
| 8/5/2007 | Preparation for August deposition | 8.6 | $185.00 | $1,591.00 |
| 8/6/2007 | Preparation for August deposition | 8.2 | $185.00 | $1,517.00 |
| 8/7/2007 | Preparation for August deposition | 4.5 | $185.00 | $832.50 |
| 8/7/2007 | Work with NRDC lawyers | 5.0 | $185.00 | $925.00 |
| 8/8/2007 | Work with NRDC lawyers | 7.2 | $185.00 | $1,332.00 |
| 8/9/2007 | Deposition | 8.2 | $250.00 | $2,050.00 |
| 8/10/2007 | Deposition | 7.0 | $250.00 | $1,750.00 |
| 8/11/2007 | Review of our data and 2005 Report | 8.2 | $185.00 | $1,517.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 8/19/2007 | Review of our data and 2005 Report | 8.3 | $185.00 | $1,535.50 |
| 8/20/2007 | Review of our data and 2005 Report | 8.7 | $185.00 | $1,609.50 |
| 8/21/2007 | Review of our data and 2005 Report | 7.2 | $185.00 | $1,332.00 |
|  | **TOTAL:** | **567.0** |  | **$105,883.00** |

**EXPERT COSTS**

| Date | Description | Amount |
|---|---|---|
| 8/19/2000 | Trip to Delaware to review data, air fare | $382.00 |
| 8/19/2000 | Trip to Delaware to review data, car rental | $258.64 |
| 8/19/2000 | Trip to Delaware to review data, motel | $133.50 |
| 8/19/2000 | Trip to Delaware to review data, tolls | $12.20 |
| 8/27/2000 | Trip to Delaware to review data, airport parking | $26.00 |
| 8/27/2000 | Trip to Delaware to review data, gas | $21.25 |
| 8/27/2000 | Trip to Delaware to review data, total food costs | $139.95 |
| 5/2/2001 | Motiva Project Report, copy of report | $10.19 |
| 5/2/2001 | Motiva Project Report, mail costs | $3.45 |
| 3/27/2004 | Phillip Homann assistant | $162.47 |
| 4/11/2004 | Phillip Homann assistant | $213.64 |

| | | |
|---|---|---|
| 5/15/2004 | Phillip Homann assistant | $444.00 |
| 4/23/2007 | Means Deposition, taxi from airport to hotel | $24.00 |
| 4/23/2007 | Means Deposition, dinner | $6.41 |
| 4/24/2007 | Means Deposition, breakfast | $2.19 |
| 4/25/2007 | Means Deposition, hotel | $455.72 |
| 4/26/2007 | Means Deposition, airport parking | $32.00 |
| 4/26/2007 | Means Deposition, lunch | $10.80 |
| 4/26/2007 | Means Deposition, dinner | $7.25 |
| 4/26/2007 | Means Deposition, hotel (3 nights) | $889.68 |
| 4/26/2007 | Means Deposition, air plane ticket for Livingston | $659.60 |
| 8/7/2007 | Livingston Deposition, air fare | $579.60 |
| 8/7/2007 | Livingston Deposition, hotel (4 nights) | $1,752.69 |
| 8/10/2007 | Livingston Deposition, total food costs | $178.45 |
| 8/10/2007 | Livingston Deposition, total taxi costs | $81.30 |
| 8/10/2007 | Livingston Deposition, airport parking | $40.00 |
| | **TOTAL** | **$6,526.98** |

| | | |
|---|---|---|
| **TOTAL FEES** | | $105,883.00 |
| **TOTAL COSTS** | | $6,526.98 |

| | | |
|---|---|---|
| **TOTAL EXPERT FEES AND COSTS** | | **$112,409.98** |