Exhibit 10

NRDC Out-of-Pocket Expenses

| Date | Description | Person | Amount |
|---|---|---|---|
| 7/19/2005 | Photocopying, Texaco documents | Nancy Marks | $19.34 |
| 2/28/2006 | Hearing, Wilmington, DE, taxi from train station to hotel | Mitchell Bernard | $9.00 |
| 2/28/2006 | Hearing, Wilmington, DE, hotel | Mitchell Bernard | $280.50 |
| 2/28/2006 | Hearing, Wilmington, DE, train ticket | Mitchell Bernard | $226.00 |
| 2/28/2006 | Hearing, Wilmington, DE, train ticket for Toledo | Mitchell Bernard | $226.00 |
| 3/1/2006 | Hearing, Wilmington, DE, NJ Transit | Nancy Marks | $1.25 |
| 3/1/2006 | Hearing, Wilmington, DE, NJ Transit | Nancy Marks | $1.25 |
| 3/1/2006 | Hearing, Wilmington, DE, Taxi | Nancy Marks | $8.00 |
| 3/1/2006 | Hearing, Wilmington, DE, Amtrak Ticket | Nancy Marks | $226.00 |
| 4/18/2007 | Trip to Washington DC to review Texaco documents, Amtrak Ticket | Nancy Marks | $346.00 |
| 4/18/2007 | Trip to Washington DC to review Texaco documents, car service to train station | Nancy Marks | $60.00 |
| 4/18/2007 | Trip to Washington DC to review Texaco documents, car service home from train station | Nancy Marks | $60.00 |
| 4/18/2007 | Trip to Washington DC to review Texaco documents, Metrorail | Nancy Marks | $2.70 |
| 4/18/2007 | Trip to Washington DC to review Texaco documents, taxi | Nancy Marks | $27.00 |

| Date | Description | Person | Amount |
|---|---|---|---|
| 4/24/2007 | Livingston Deposition, taxi from Foggy Botton metro station to Hotel Monticello | Mitchell Bernard | $10.00 |
| 4/24/2007 | Livingston Deposition, metro | Mitchell Bernard | $3.30 |
| 4/25/2007 | Livingston Deposition, taxi | Mitchell Bernard | $13.00 |
| 4/25/2007 | Livingston Deposition, taxi | Mitchell Bernard | $12.50 |
| 4/25/2007 | Livingston Deposition, taxi | Mitchell Bernard | $13.00 |
| 4/25/2007 | Means Deposition, hotel | Mitchell Bernard | $455.72 |
| 4/25/2007 | Means Deposition, parking | Aaron Colangelo | $15.00 |
| 4/26/2007 | Means Deposition, airport parking | Mitchell Bernard | $90.00 |
| 4/26/2007 | Means Deposition, air plane ticket | Mitchell Bernard | $618.80 |
| 4/26/2007 | Means Deposition, parking | Aaron Colangelo | $15.00 |
| 5/11/2007 | Jay C. Means Deposition, Day 1:<br>  -copy transcript 10-day delivery<br>  -out-of-town shipping and handling<br>  -condensed transcript and disk<br>  -Exhibits (black and white) | Mitchell Bernard | $1,528.50 |
| 5/11/2007 | Jay C. Means Deposition, Day 2:<br>  -copy transcript 10-day delivery<br>  -condensed transcript and disk | Mitchell Bernard | $1,005.00 |
| 5/11/2007 | Jay C. Means Deposition, Day 3:<br>  -copy transcript 10-day delivery<br>  -condensed transcript and disk | Mitchell Bernard | $561.00 |
| 6/13/2007 | Lloyd Deposition, taxi from law firm to train station | Mitchell Bernard | $14.00 |
| 6/21/2007 | Hall Deposition, tolls to and from LaGuardia Airport | Mitchell Bernard | $9.75 |
| 6/21/2007 | Hall Deposition, taxi from airport to law firm | Mitchell Bernard | $20.00 |
| 6/21/2007 | Hall Deposition, taxi to law firm | Aaron Colangelo | $13.00 |

| Date | Description | Person | Amount |
|---|---|---|---|
| 6/21/2007 | Hall Deposition, taxi from law firm home | Aaron Colangelo | $12.00 |
| 6/21/2007 | Lenwood Hall Deposition, Day 1:<br>    -original transcript 10-day delivery<br>    -out-of-town shipping and handling<br>    -condensed transcript and disk | Mitchell Bernard | $1,664.00 |
| 6/21/2007 | Lenwood Hall Deposition, Day 2:<br>    -original transcript 10-day delivery<br>    -condensed transcript and disk | Mitchell Bernard | $576.00 |
| 6/21/2007 | Michael H. Salazar Deposition:<br>    -original transcript 10-day delivery<br>    -page premium - technical - original<br>    -condensed transcript and disk<br>    -out-of-town shipping and handling | Mitchell Bernard | $2,060.00 |
| 6/22/2007 | Hall Deposition, taxi from law firm to airport | Mitchell Bernard | $20.00 |
| 6/22/2007 | Ship deposition materials to NY | Aaron Colangelo | $34.79 |
| 6/25/2007 | Henry Lloyd Deposition:<br>    -original transcript 10-day delivery<br>    -out-of-town shipping and handling<br>    -condensed transcript and disk | Mitchell Bernard | $717.00 |
| 7/10/2007 | Alexander Deposition, taxi from train station to hotel, Marks, Cmar | Nancy Marks | $15.00 |
| 7/11/2007 | Alexander Deposition, taxi home from train station | Nancy Marks | $60.00 |
| 7/11/2007 | Alexander Deposition, taxi from Wallace King to train station, Marks, Cmar | Nancy Marks | $15.00 |

| Date | Description | Person | Amount |
|---|---|---|---|
| 7/16/2007 | Burton, DiLorenzo, Neff Depositions, air plane ticket | Mitchell Bernard | $548.18 |
| 7/17/2007 | Burton, DiLorenzo, Neff Depositions, hotel | Mitchell Bernard | $478.62 |
| 7/17/2007 | DiLorenzo Deposition, parking | Aaron Colangelo | $15.00 |
| 7/17/2007 | Joseph DiLorenzo Deposition:<br>    -original transcript 10-day delivery<br>    -out-of-town shipping and handling<br>    -condensed transcript and disk | Mitchell Bernard | $1,241.00 |
| 7/18/2007 | Burton and Neff Depositions, taxi from airport to hotel | Mitchell Bernard | $19.00 |
| 7/18/2007 | Burton Deposition, taxi to law firm | Ben Longstreth | $11.00 |
| 7/19/2007 | Burton and Neff Depositions, breakfast | Mitchell Bernard | $2.48 |
| 7/19/2007 | Burton and Neff Depositions, taxi from law firm to airport | Mitchell Bernard | $16.00 |
| 7/19/2007 | Burton, DiLorenzo, Neff Depositions, airport parking | Mitchell Bernard | $87.00 |
| 7/19/2007 | Neff Deposition, taxi to law firm | Aaron Colangelo | $12.00 |
| 7/19/2007 | Neff Deposition, taxi from law firm home | Aaron Colangelo | $12.00 |
| 7/19/2007 | Jerry M. Neff Deposition:<br>    -original transcript 10-day delivery<br>    -out-of-town shipping and handling<br>    -condensed transcript and disk | Mitchell Bernard | $1,419.00 |
| 7/23/2007 | Salazar Deposition preparation, ASTM Method (E2122-02) | Kate Boudouris | $47.00 |
| 7/23/2007 | Salazar Deposition preparation, Journal article from Science Direct | Kate Boudouris | $30.00 |

| Date | Description | Person | Amount |
|---|---|---|---|
| 7/23/2007 | Salazar Deposition preparation, Journal article from Science Direct | Kate Boudouris | $30.00 |
| 7/24/2007 | Salazar Deposition preparation, ASTM Method (E2122-01) | Kate Boudouris | $68.73 |
| 7/24/2007 | Salazar Deposition preparation, Journal article from IEEE | Kate Boudouris | $35.00 |
| 7/25/2007 | Clark R. Alexander Deposition:<br>　-original transcript 10-day delivery, vol's 1 & 2<br>　-out-of-town shipping and handling<br>　-condensed transcript and disk | Mitchell Bernard | $852.00 |
| 7/26/2007 | Salazar and Page Depositions, tolls to and from LaGuardia Airport | Mitchell Bernard | $9.75 |
| 7/26/2007 | Salazar and Page Depositions, taxi from airport to hotel | Mitchell Bernard | $20.00 |
| 7/26/2007 | Page and Salazar Depositions, air plane ticket | Mitchell Bernard | $648.79 |
| 7/26/2007 | Page and Salazar Depositions, hotel | Mitchell Bernard | $198.87 |
| 7/26/2007 | Page Deposition, taxi to law firm | Ben Longstreth | $12.00 |
| 7/26/2007 | Page Deposition, taxi from law firm home | Ben Longstreth | $12.00 |
| 7/26/2007 | David Sanborn Page Deposition:<br>　-original transcript 10-day delivery<br>　-out-of-town shipping and handling<br>　-condensed transcript and disk | Mitchell Bernard | $1,407.00 |
| 7/27/2007 | Salazar and Page Depositions, taxi from law firm to airport | Mitchell Bernard | $20.00 |
| 7/27/2007 | Page and Salazar Depositions, airport parking | Mitchell Bernard | $60.00 |

| Date | Description | Person | Amount |
|---|---|---|---|
| 7/31/2007 | Uhler Deposition, tolls to and from LaGuardia Airport | Mitchell Bernard | $9.75 |
| 7/31/2007 | Uhler Deposition, taxi from airport to law firm | Mitchell Bernard | $18.00 |
| 7/31/2007 | Uhler Deposition, taxi from law firm to airport | Mitchell Bernard | $18.00 |
| 7/31/2007 | Uhler Deposition, air plane ticket | Mitchell Bernard | $648.79 |
| 7/31/2007 | Uhler Deposition, taxi to law firm | Aaron Colangelo | $12.00 |
| 7/31/2007 | Uhler Deposition, taxi from law firm home | Aaron Colangelo | $12.00 |
| 7/31/2007 | Ship deposition materials to NY | Aaron Colangelo | $10.46 |
| 7/31/2007 | Allen D. Uhler Deposition:<br>  -original transcript 10-day delivery<br>  -out-of-town shipping and handling<br>  -condensed transcript and disk | Mitchell Bernard | $1,758.00 |
| 8/1/2007 | Ship deposition materials to NY (overnight) | Aaron Colangelo | $45.32 |
| 8/1/2007 | Dennis T. Burton Deposition:<br>  -original transcript 10-day delivery<br>  -out-of-town shipping and handling<br>  -condensed transcript and disk | Mitchell Bernard | $1,692.00 |
| 8/21/2007 | Robert J. Livingston Deposition:<br>  -CD w/transcript and Exhibits<br>  -Condensed Transcript<br>  -Exhibits<br>  -Shipping and Handling | Mitchell Bernard | $1,258.40 |
| | | **TOTAL** | **$23,859.54** |