Exhibit 11

**From:** Lenwood Hall [lh43@umail.umd.edu]
**Sent:** Wednesday, May 16, 2001 9:52 AM
**To:** Skip Livingston
**Cc:** Dennis Burton
**Subject:** update on Motiva tasks

h43.vcf (411 B)

Hi Skip:
How are things with you? I suspect you are swamped as usual. I thought you might be interested in a brief update on Motiva activities since January.

1. Monthly PAH and metals analysis is on schedule as proposed. I will send you quarterly summaries using the same format previously used.

2. The three phase study (colloidal, particulate and dissolved) was initiated a few months ago. Final results are expected in a few weeks.

3. A Rangia tissue depuration study was initiated this spring with tissue samples collected on day 0, 2, 4, 7, 15 and 28. The goal of this experiment is to determine the loss of PAHs in tissues over time for Rangia collected in the Delaware River and placed in a relatively clean creek in Delaware. Results will be available by the end of the month. Mike Salazar has been involved with the design of this experiment.

4. Resident Rangia (not caged Rangia) have been collected from various sites in the Delaware River this spring and tissue is presently being analyzed for PAHs, pesticides, PCBs and metals. Tissue results are expected within a month.
Mike Salazar has
also been involved with this experiment. Mike recommends using resident species collected from the area of interest if these species can be collected on an adequate spatial scale.

5. Sediment samples for toxicity testing and chemical analysis were collected from the triad sites (sites we agreed on last winter) during the last week of April. Toxicity tests have been initiated and sediment samples have been sent to the various laboratories for chemical analysis. Sampling for benthic communities will be conducted at all triad sites next week by ODU (Dan Dauer's group) and our field crew.

6. The sediment trap study has been initiated. Results will be available in the next 2 months.

7. Based on conversations with Dick Lee, Skidaway is on schedule with their coring analysis and chemical measurements.

Please confirm that you received this e-mail. Don't hesitate to call or e-mail if you have any questions.

Lenwood

1