Exhibit 14

## SUMMARY OF PLAINTIFFS' REQUEST FOR FEES AND COSTS

|  | Washington, D.C. | Wilmington, Del. |
|---|---|---|
| Attorneys' Fees | $606,477.50 | $555,380.00 |
| Expert Fees/Costs | $112,409.98 | $112,409.98 |
| Other Costs | $ 23,859.54 | $ 23,859.54 |
| **TOTALS** | **$742,747.02** | **$691,649.52** |