IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and DELAWARE AUDUBON SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>TEXACO REFINING AND MARKETING, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 88-263-SLR<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED and agreed by and between the parties, subject to the approval of the Court, that:

1.  Defendants' response to Plaintiffs' Motion for Attorneys' Fees and Costs shall be filed and served on or before November 30, 2007.

2.  Plaintiffs' reply in support of their Motion for Attorneys' Fees and Costs shall be filed and served on or before December 21, 2007.

| COOCH & TAYLOR | MORRIS, NICHOLS, ARSHT & TUNNELL, LLP |
|---|---|
| /s/ C. Scott Reese | /s/ Megan Ward Cascio |
| C. Scott Reese (#2036)<br>824 Market Street<br>Suite 1000<br>Wilmington, DE 19899<br>(302) 652-3641 | Richard D. Allen (#469)<br>Megan Ward Cascio (#3785)<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 658-9200 |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL<br>Mitchell S. Bernard<br>Nancy S. Marks<br>40 West 20th Street<br>New York, New York 10011<br>(212) 727-2700<br>  *Attorneys for Plaintiffs* | WALLACE KING DOMIKE<br> & REISKIN, PLLC<br>Anthony F. King<br>Julie M. Domike<br>John W. Kampman<br>1050 Thomas Jefferson St., N.W.<br>Washington, DC 20007<br>(202) 204-1000<br>  *Attorneys for Defendant* |

SO ORDERED THIS ___ day of November, 2007.

_____
The Honorable Sue L. Robinson
Unites States District Court Judge

1316278