IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATURAL RESOURCES DEFENSE          )
COUNCIL, INC. and DELAWARE         )
AUDUBON SOCIETY,                   )
                                   )
              Plaintiffs,          )
                                   )
       v.                          )    C. A. No. 88-263-SLR
                                   )
TEXACO REFINING AND                )
MARKETING, INC.,                   )
                                   )
              Defendant.           )

## REVISED STIPULATION AND ORDER

       IT IS HEREBY STIPULATED and agreed by and between the parties,

subject to the approval of the Court, that:

       1.     Defendants' response to Plaintiffs' Motion for Attorneys' Fees and Costs

shall be filed and served on or before December 28, 2007.

       2.     Plaintiffs' reply in support of their Motion for Attorneys' Fees and Costs

shall be filed and served on or before January 21, 2008.


COOCH & TAYLOR                    MORRIS, NICHOLS, ARSHT & TUNNELL, LLP


/s/ C. Scott Reese               /s/ Megan Ward Cascio
C. Scott Reese (#2036)           Richard D. Allen (#469)
824 Market Street                Megan Ward Cascio (#3785)
Suite 1000                       1201 N. Market Street
Wilmington, DE 19899             P. O. Box 1347
(302) 652-3641                   Wilmington, Delaware 19899
                                 (302) 658-9200

NATURAL RESOURCES DEFENSE
COUNCIL
Mitchell S. Bernard
Nancy S. Marks
40 West 20th Street
New York, New York 10011
(212) 727-2700
  *Attorneys for Plaintiffs*

WALLACE KING DOMIKE
  & REISKIN, PLLC
Anthony F. King
Julie M. Domike
John W. Kampman
1050 Thomas Jefferson St., N.W.
Washington, DC 20007
(202) 204-1000
  *Attorneys for Defendant*

SO ORDERED THIS ___ day of November,
2007.

_____

The Honorable Sue L. Robinson
Unites States District Court Judge

1316278