IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and DELAWARE AUDUBON SOCIETY, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 88-263-SLR |
| v. | ) ) ) | |
| TEXACO REFINING AND MARKETING, INC., | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATED ORDER

On October 18, 2007, this Court entered a Stipulated Order dismissing this action except for purposes of adjudicating plaintiffs' request for attorneys' fees.

On November 6, 2007 Plaintiffs filed their Motion for Attorneys' Fees and Costs.

The parties have resolved the Plaintiffs' Motion for Attorneys' Fees and Costs without need for further Court intervention.

IT IS HEREBY STIPULATED and agreed by and between the parties, subject to the approval of the Court, that:

1.  Plaintiffs' Motion for Attorneys' Fees and Costs is hereby withdrawn.

2.  This case is CLOSED for all purposes.

| | |
|---|---|
| COOCH & TAYLOR | MORRIS, NICHOLS, ARSHT & TUNNELL, LLP |
| | |
| /s/ C. Scott Reese | /s/ Megan Ward Cascio |
| C. Scott Reese (#2036) | Richard D. Allen (#469) |
| 824 Market Street | Megan Ward Cascio (#3785) |
| Suite 1000 | 1201 N. Market Street |
| Wilmington, DE 19899 | P. O. Box 1347 |
| (302) 652-3641 | Wilmington, Delaware 19899 |
| | (302) 658-9200 |
| | |
| NATURAL RESOURCES DEFENSE COUNCIL | WALLACE KING DOMIKE & REISKIN, PLLC |
| Mitchell S. Bernard | Anthony F. King |
| Nancy S. Marks | Julie M. Domike |
| 40 West 20th Street | John W. Kampman |
| New York, New York 10011 | 1050 Thomas Jefferson St., N.W. |
| (212) 727-2700 | Washington, DC 20007 |
| *Attorneys for Plaintiffs* | (202) 204-1000 |
| | *Attorneys for Defendant* |

So ordered this ___ day of December, 2007:

_____
Hon. Sue L. Robinson
United States District Judge

1321356